MAY-17-2007 14:20 From:LUCE          4159564611          To:8665048339          P.18/19

1  Justin L. Allamano, State Bar No. 229764
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II
   121 Spear St., Suite 200
3  San Francisco, California 94105-1582

4  Mitchell P. Brook, State Bar No. 172105
   Jeffrey D. Wexler, State Bar No. 132256
5  Andrea M. Kimball, State Bar No. 196485
   Michael J. Mancuso, State Bar No. 228669
6  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   11988 El Camino Real, Suite 200
7  San Diego, California 92130-2594
   Telephone No.: 858.720.6300
8  Fax No.: 858.720.6306
   E-Mail:  mbrook@luce.com
9
   Attorneys for Instant Media Inc.
10

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN JOSE DIVISION
14

15
   INSTANT MEDIA INC.,                Case No. C07 02639 EMC
16
                                      PLAINTIFFS' CERTIFICATION AS TO
17         Plaintiff,                 INTERESTED PARTIES [FED. R. CIV.
                                      P. 7.1; LOCAL RULE 3.16]
18   v.

19   MICROSOFT CORPORATION,

20         Defendant.

                                                          BY FAX

---

1                                                     Case No. _____
                              CERTIFICATION RE INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Plaintiff Instant Media, Inc. ("Instant Media"), certifies that Instant Media has no parent corporation and that there is no publicly held corporation that owns 10 percent or more of Instant Media's stock.

Pursuant to Local Rule 3-16, the undersigned, counsel of record for Instant Media, certifies that the following listed parties may have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

1. Instant Media, Inc.          Plaintiff
2. Microsoft Corporation        Defendant

DATED: May 17, 2007          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Mitchell P. Brook
Justin L. Allamano
Attorney for Instant Media Inc.

2                    Case No. _____
CERTIFICATION RE INTERESTED PARTIES