Justin L. Allamano, State Bar No. 229764
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, California 94105-1582

Mitchell P. Brook, State Bar No. 172105
Jeffrey D. Wexler, State Bar No. 132256
Andrea M. Kimball, State Bar No. 196485
Michael J. Mancuso, State Bar No. 228669
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Del Mar Gateway, 11988 El Camino Real, Suite 200
San Diego, California 92130-2594
Telephone No.: 858.720.6300
Fax No.: 858.720.6306
E-Mail:  jallamano@luce.com
         mbrook@luce.com
         jwexler@luce.com
         akimball@luce.com
         mmancuso@luce.com

Attorneys for Instant Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. C 07-02639 EMC<br><br>**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE FOR PURPOSES OF UPCOMING PRELIMINARY INJUNCTION MOTION, DISPOSITION AND TRIAL PER LOCAL RULE 73-1; REQUEST FOR REASSIGNMENT TO SAN JOSE DIVISION** |

Plaintiff Instant Media, Inc. ("Instant Media") hereby respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition. Pursuant to Civil Local Rule 73-1(a), Instant Media files this request for reassignment to a district judge in the San Jose Division. The deadline for filing the initial case management conference statement has not passed. *See* Local Rule 73-1(a)(1).

1
Case No. C 07-02639 EMC
Declination to Proceed before Magistrate Judge;
Request for Reassignment to San Jose Courthouse

1  In addition, Instant Media is preparing and will shortly file a motion for
preliminary injunction against defendant Microsoft Corporation. This motion
cannot be heard by the Magistrate Judge absent consent of the parties. *See* Local
Rule 73-1(a)(2). As such, Instant Media asks that a District Judge be reassigned to
this matter at the Court's earliest convenience, so the preliminary injunction motion
may be heard by said District Judge.

Finally, Instant Media filed this action in the San Jose Division of the
Northern District of California. The Court assigned this matter to the San Francisco
Division. Instant Media resides in San Jose, making it the preferable division for
this case. Plaintiff is also informed and believes that Microsoft's corporate
residence lies within the San Jose Division. As such, Instant Media requests
reassignment to a District Judge in the San Jose Division.

DATED: June 5, 2007          LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By:   /s/ Mitchell P. Brook
      Mitchell P. Brook
      Attorneys for Plaintiff Instant Media, Inc.

201000843.1

2          Case No. C 07-02639 EMC
Declination to Proceed before Magistrate Judge;
Request for Reassignment to San Jose Courthouse