**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9

10   INSTANT MEDIA, INC.,                          Case No. 07-2639 EMC

11              Plaintiff,

12       v.

13   MICROSOFT CORPORATION,

14              Defendant.

15   _____/

16

17                    **NOTICE OF IMPENDING REASSIGNMENT TO**
18                    **A UNITED STATES DISTRICT COURT JUDGE**

19       The Clerk of this Court will now randomly reassign this case to a United States District

20   Judge because either:

21       (x  )    One or more of the parties has requested reassignment to a United States District

22
23   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

24       (  )    One or more of the parties has sought a type of judicial action (e.g., a temporary

25   restraining order) that a United States Magistrate Judge may not take without the consent of all

26   parties, the necessary consents have not been secured, and time is of the essence.

27   ///

28

**United States District Court**

For the Northern District of California

1    Any matters presently set before Magistrate Judge Chen, will be taken off calendar and

2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new

3  date.

4

5  Dated:  June 11, 2007                                Richard W. Wieking, Clerk
                                                        United States District Court
6

7

8                                                       _____

9                                                       By: Betty Fong, Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2