**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**June 12, 2007**

**CASE NUMBER:  CV 07-02639 EMC**
**CASE TITLE:  INSTANT MEDIA INC.-v-MICROSOFT CORPORATION**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable SAUNDRA BROWN ARMSTRONG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/12/07

FOR THE EXECUTIVE COMMITTEE:

_____
                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 06/12/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA