

**Instant Media I'M Screenprints taken 4/24/07**



**Instant Media I'M Screenprints taken 4/24/07**



**Instant Media I'M Screenprints taken 4/24/07**