# EXHIBIT "C"

Page 01 of 01

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

ISSUE DATE: Jul 4, 2006

Mitchell P. Brook
11988 EL CAMINO REAL STE 200
SAN DIEGO CA 92130-2594

ATTORNEY
REFERENCE NUMBER
31876-2-T6

---

** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have SIX (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of Use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

The following information should be reviewed for accuracy:

SERIAL NUMBER: 78/415999
MARK: I'M (AND DESIGN)
OWNER: Instant Media Inc.
65 Enterprise
Aliso Viejo, CALIFORNIA 92656

This application has the following bases, but not necessarily for all listed goods/services
Section 1(a): NO    Section 1(b): YES    Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

035-Electronic retailing services via the Internet and other electronic communications networks, featuring general consumer merchandise, electronic devices, music, movies, video games and related merchandise; developing on-line promotional campaigns for others in the field of entertainment

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

TMFR9B (3/2005)    ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS