# EXHIBIT "D"

Trademark/Service Mark Application, Principal Register

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

Page 1 of 3

# Trademark/Service Mark Application, Principal Register

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | I'M |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | I'M |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Instant Media, Inc. |
| STREET | 65 Enterprise |
| CITY | Aliso Viejo |
| STATE | California |
| ZIP/POSTAL CODE | 92656 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| DESCRIPTION | Software for receiving, accessing, extracting, encoding, decoding, storing, organizing, managing, viewing and outputting audio, video and audiovisual and other content data; software for subscribing to news, information, audio, video and audiovisual programs, feeds and services; software for providing access to sites and data via the Internet; software implementing IPTV and Internet based content, television and movie subscription services, software for conducting commercial transactions, namely computer e-commerce |

| | |
|---|---|
| | software to allow users to perform electronic business transactions via a global computer network. |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 05/15/2006 |
| FIRST USE IN COMMERCE DATE | At least as early as 05/15/2006 |
| SPECIMEN FILE NAME(S) | 6511887157-28173745216-IM 1.JPG |
| | 6511887157-28173802707-IM 2.JPG |
| | 6511887157-28173807024-IM 3.JPG |
| SPECIMEN DESCRIPTION | jpeg images of webpages showing mark as used in commerce. |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Mitchell Brook/ |
| SIGNATORY NAME | Mitchell Brook |
| SIGNATORY DATE | 06/28/2006 |
| SIGNATORY POSITION | Attorney |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| **ATTORNEY** | |
| NAME | Mitchell P. Brook, Esq. |
| FIRM NAME | Luce, Forward, Hamilton & Scripps LLP |
| STREET | 11988 El Camino Real, Suite 200 |
| CITY | San Diego |
| STATE | California |
| ZIP/POSTAL CODE | 92130 |
| COUNTRY | United States |
| PHONE | 858-720-6300 |
| FAX | 858-720-6306 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| ATTORNEY DOCKET NUMBER | 31876-2-T18 |
| **CORRESPONDENCE SECTION** | |
| NAME | Mitchell P. Brook, Esq. |

| FIRM NAME | Luce, Forward, Hamilton & Scripps LLP |
|---|---|
| STREET | 11988 El Camino Real, Suite 200 |
| CITY | San Diego |
| STATE | California |
| ZIP/POSTAL CODE | 92130 |
| COUNTRY | United States |
| PHONE | 858-720-6300 |
| FAX | 858-720-6306 |
| AUTHORIZED EMAIL COMMUNICATION | No |

Go Back

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

**Mark (USPTO-generated image for standard characters):**



Go Back

PTO Form: Trademark/Service Mark Application, Principal Register

Page 3 of 3

| CORRESPONDENCE INFORMATION | |
|---|---|
| Mitchell P. Brook, Esq.<br>Luce, Forward, Hamilton & Scripps LLP<br>11988 El Camino Real, Suite 200<br>San Diego   California (CA) 92130<br>United States (USX) | |
| * Name | Mitchell P. Brook, Esq. |
| FirmName | Luce, Forward, Hamilton & Scripps |
| Address * Street | 11988 El Camino Real, Suite 200<br>NOTE: You must limit your entry here, and for all remaining fields within this overall section, to no more than 40 characters (the storage limit for the USPTO database). You may need to abbreviate some words, e.g., St. instead of Street. Failure to do so may result in an undeliverable address, due to truncation at the 40 character limit. |
| Internal Address | |
| * City | San Diego |
| State | California<br>If not listed above, please select 'OTHER' and enter state here: |
| * Country | United States<br>If not listed above, please select 'OTHER' and specify here: |
| Zip/Postal Code | 92130 |
| Internet E-Mail Address | ☐ Check here to authorize the USPTO to communicate with the applicant or its representatives via e-mail. |

Click on the desired action:

[ Go Back ]   [ Refresh and Go Back ]

Privacy Policy Statement

# Trademark/Service Mark Application, Principal Register

**TABLE OF CONTENTS:**

Class #: 1

Specimen:



Specimen:

http://teas.uspto.gov/servlet/V2.0/bas250.Get?USPTO/BAS-6511887157-20060628173839884865-eTEAS...    6/28/2006

Trademark/Service Mark Application, Principal Register



**Specimen:**

http://teas.uspto.gov/servlet/V2.0/bas250.Get?USPTO/BAS-6511887157-20060628173839884865-eTEAS...    6/28/2006

Trademark/Service Mark Application, Principal Register

Page 3 of 3



Return to Top

Go Back

http://teas.uspto.gov/servlet/V2.0/bas250.Get?USPTO/BAS-6511887157-20060628173839884865-eTEAS...     6/28/2006

```xml
<?xml version="1.0" encoding="ISO-8859-1" ?>
- <uspto-tm-document document-type="app" description="Base Application Form" system-creator="eteas" version="2.11" version-date="2003-11-02" copyright="Copyright 1999-2003 United States Patent and Trademark Office">
  - <trademark-case-files>
    - <trademark-case-file>
      - <case-file-header>
          <serial-number>N/A</serial-number>
        - <mark action-code="create" version="new">
          - <typed-mark standard-character-format="y">
              <mark-text>I'M</mark-text>
              <file-name image-type="jpg" width="600" height="250" acceptable="y">mark.jpg</file-name>
            </typed-mark>
          </mark>
          <filing-date>N/A</filing-date>
        </case-file-header>
      - <base-application-form>
        - <goods-services>
          - <goods-service action-code="create" version="new">
              <sequence-number>1</sequence-number>
              <class-code>009</class-code>
              <description-text>Software for receiving, accessing, extracting, encoding, decoding, storing, organizing, managing, viewing and outputting audio, video and audiovisual and other content data; software for subscribing to news, information, audio, video and audiovisual programs, feeds and services; software for providing access to sites and data via the Internet; software implementing IPTV and Internet based content, television and movie subscription services, software for conducting commercial transactions, namely computer e-commerce software to allow users to perform electronic business transactions via a global computer network.</description-text>
              <filing-basis-current-1a-in>Y</filing-basis-current-1a-in>
              <first-use-anywhere-date>20060515</first-use-anywhere-date>
              <first-use-in-commerce-date>20060515</first-use-in-commerce-date>
            - <specimen action-code="create" version="new">
                <file-name image-type="jpg">6511887157-28173745216-IM1.JPG</file-name>
                <file-name image-type="jpg">6511887157-28173802707-IM2.JPG</file-name>
                <file-name image-type="jpg">6511887157-28173807024-IM3.JPG</file-name>
                <description-text>jpeg images of webpages showing mark as used in commerce.</description-text>
              </specimen>
            </goods-service>
          </goods-services>
        - <case-file-owners>
          - <case-file-owner action-code="create" version="new">
              <legal-entity-type-code>03</legal-entity-type-code>
              <name>Instant Media, Inc.</name>
              <street>65 Enterprise</street>
              <city>Aliso Viejo</city>
              <state>California (CA)</state>
              <postal-code>92656</postal-code>
              <country-name>United States (USX)</country-name>
```

```xml
            <incorporated-in-state-code>Delaware (DE)</incorporated-in-state-code>
          </case-file-owner>
        </case-file-owners>
      - <signatures>
          <esignature-type>ESIGN-ON</esignature-type>
        - <signature action-code="create" version="new">
            <signature-type>D</signature-type>
            <signature-entry-number>1</signature-entry-number>
            <signature-name>/Mitchell Brook/</signature-name>
            <signatory-date>20060628</signatory-date>
            <signatory-name>Mitchell Brook</signatory-name>
            <signatory-position>Attorney</signatory-position>
          </signature>
        </signatures>
      - <fee-types>
        - <fee-type action-code="create" version="new">
            <fee-code>7001</fee-code>
            <number-of-classes>1</number-of-classes>
            <number-of-classes-paid>1</number-of-classes-paid>
            <subtotal-amount>325</subtotal-amount>
          </fee-type>
          <total-amount>325</total-amount>
        </fee-types>
        <payment />
      </base-application-form>
    - <correspondence-form>
        <source-form>APP</source-form>
      - <correspondences>
        - <correspondence action-code="create" version="new">
            <type-code>a</type-code>
          - <new-address>
              <name>Mitchell P. Brook, Esq.</name>
              <firm-name>Luce, Forward, Hamilton & Scripps LLP</firm-name>
              <street>11988 El Camino Real, Suite 200</street>
              <city>San Diego</city>
              <state>California (CA)</state>
              <postal-code>92130</postal-code>
              <country-name>United States (USX)</country-name>
              <phone>858-720-6300</phone>
              <fax>858-720-6306</fax>
              <attorney-docket-number>31876-2-T18</attorney-docket-number>
            </new-address>
          </correspondence>
        - <correspondence action-code="create" version="new">
            <type-code>c</type-code>
          - <new-address>
              <name>Mitchell P. Brook, Esq.</name>
              <firm-name>Luce, Forward, Hamilton & Scripps LLP</firm-name>
              <street>11988 El Camino Real, Suite 200</street>
              <city>San Diego</city>
              <state>California (CA)</state>
              <postal-code>92130</postal-code>
              <country-name>United States (USX)</country-name>
              <phone>858-720-6300</phone>
              <fax>858-720-6306</fax>
```

```xml
          </new-address>
        </correspondence>
      </correspondences>
    </correspondence-form>
  </trademark-case-file>
</trademark-case-files>
<boilerplates>
  <boilerplate>
    <boilerplate-type>DECLARATION.APP</boilerplate-type>
    <boilerplate-description>TEAS Trademark/Service Mark Declaration</boilerplate-description>
    <boilerplate-text>Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended).</boilerplate-text>
  </boilerplate>
  <boilerplate>
    <boilerplate-type>MARK</boilerplate-type>
    <boilerplate-description>Statement for Mark</boilerplate-description>
    <boilerplate-text>The mark is presented in standard character format without claim to any particular font style, size or color.</boilerplate-text>
  </boilerplate>
  <boilerplate>
    <boilerplate-type>GOODSSERVICES.1A</boilerplate-type>
    <boilerplate-description>Section 1a Statement</boilerplate-description>
    <boilerplate-text>The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.</boilerplate-text>
  </boilerplate>
  <boilerplate>
    <boilerplate-type>SIGNATURE.APPLICATION</boilerplate-type>
    <boilerplate-description>Application Signature Statement</boilerplate-description>
    <boilerplate-text>The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.</boilerplate-text>
  </boilerplate>
</boilerplates>
<filing>
  <filing-identifier>20060628173839884865-N/A</filing-identifier>
  <xml-create-date>20060628 17:38:39</xml-create-date>
  <teas-stamp>N/A</teas-stamp>
  <filing-description>Trademark/Service Mark Application, Principal Register</filing-description>
```

```
<reply-email>N/A</reply-email>
</filing>
</uspto-tm-document>
```

[Page rotated 90°; image of Instant Media application window showing "Welcome To Instant Media - The Leader in Internet TV" with Featured Channel BuyTV, Available Now Yoga Today, Featured Videocast ABC News Good Morning America, 7 Days of TGR, Featured Videocast The Man Show, Featured Audiocast Engadget, and iHD advertisement.]



I'M Instant Media - The Leader in Internet TV - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back  Search  Favorites  Media

Address http://im.com/main.aspx    Go   Links

# I'M HD

## The Leader in Internet TV™

Introduction | Screenshots | Features | Channels | Commercials

- There's a new way to watch TV.
- Our free software delivers shows to your PC.
- Subscribe to your favorite channels.
- New shows will appear instantly.
- Click to watch.

**Download Instant Media! It's Free**
for Windows XP, English, 7.2MB

I'M Cool

Get Your I'M T-shirt

Select Your T-Shirt

Done

## Trademark Snap Shot Publication & Issue Review Stylesheet
*(Table presents the data on Publication & Issue Review Complete)*

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 78919227 | FILING DATE | 06/28/2006 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | POWELL, LINDA A | L.O. ASSIGNED | M80-NOT FOUND |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 06/01/2007 |
| PUB DATE | 07/03/2007 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 05/31/2007 |
| LITERAL MARK ELEMENT | I'M |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |

| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| STANDARD CHARACTER MARK | YES |
|---|---|
| LITERAL MARK ELEMENT | I'M |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Instant Media, Inc. |
| ADDRESS | 1032 Elwell Court, Suite 220<br>Palo Alto, CA 94303 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Software for receiving, accessing, extracting, encoding, decoding, storing, organizing, managing, viewing and outputting audio, video and audiovisual data; software for subscribing to news, information, audio, video and audiovisual programs, and news feeds for use by subscribers; software for providing access to the Internet; software implementing Internet Protocol television, television and movie subscription services; software for conducting commercial transactions, namely computer e-commerce software to allow users to perform electronic financial and retail business transactions via a global computer network |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 05/15/2006 | FIRST USE IN COMMERCE DATE | 05/15/2006 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | I AM |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 05/31/2007 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 013 |
| 05/31/2007 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 012 |
| 05/11/2007 | ACEC | I | AMENDMENT FROM APPLICANT ENTERED | 011 |
| 05/11/2007 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 010 |
| 05/11/2007 | ALIE | A | ASSIGNED TO LIE | 009 |
| 04/18/2007 | MAIL | I | PAPER RECEIVED | 008 |
| 10/23/2006 | CHAN | I | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 007 |
| 10/23/2006 | COAR | I | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 006 |
| 10/17/2006 | CNRT | F | NON-FINAL ACTION MAILED | 005 |
| 10/13/2006 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 10/06/2006 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 07/07/2006 | MPMK | O | NOTICE OF PSEUDO MARK MAILED | 002 |
| 07/06/2006 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Mitchell P. Brook, Esq. |
|---|---|
| CORRESPONDENCE ADDRESS | MITCHELL P. BROOK<br>LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>11988 EL CAMINO REAL STE 200<br>SAN DIEGO CA 92130-2594 |
| DOMESTIC REPRESENTATIVE | NONE |

I'M