# EXHIBIT "F"

31876-2-T09

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Feb 14, 2007

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   78/772,600

2. Mark:
   I'M INTERESTED
   Standard Character Mark

3. International Class(es):
   35, 38

4. Publication Date:
   Mar 6, 2007

5. Applicant:
   Instant Media Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

DOCKET
DATE  02-26-07
INITIALS  AMC

RECEIVED-LFH&S
FEB 2 0 2007
TECH & IP DEPT

PCF10B (REV 3/2005)

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

ISSUE DATE: May 29, 2007

MITCHELL P. BROOK, ESQ.
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
11988 EL CAMINO REAL STE 200
SAN DIEGO, CA 92130-2594

ATTORNEY
REFERENCE NUMBER
31876-2-T09

**\*\* IMPORTANT INFORMATION: 6 MONTH DEADLINE \*\***

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have SIX (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of Use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

The following information should be reviewed for accuracy:

SERIAL NUMBER: 78/772600
MARK:          I'M INTERESTED (STANDARD CHARACTER MARK)

OWNER:         Instant Media Inc.
               65 Enterprise
               Aliso Viejo, CALIFORNIA  92656

This application has the following bases, but not necessarily for all listed goods/services:
     Section 1(a): NO      Section 1(b): YES     Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

035-Electronic retailing services via the Internet and other electronic communications networks, featuring general consumer merchandise, namely - downloadable video and audio, and multimedia works; downloadable advertising or infomercial content;

RECEIVED-LFH&S

JUN 0 4 2007

TECH & IP DEPT

TMFR9B (3/2005)    ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS