# EXHIBIT "G"

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 09/30/2008)

# Trademark/Service Mark Application, Principal Register

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of I'M INTERACTIVE.

The applicant, Instant Media, Inc., a corporation of Delaware, residing at 65 Enterprise, Aliso Viejo, California, United States, 92656, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 035: Electronic retailing services via the Internet and other electronic communications networks, featuring general consumer merchandise and services, namely, streamed and downloadable video and audio and multimedia works, streamed or downloadable advertising or infomercial content, electronic devices, and, video and computer games; developing on-line promotional campaigns for others in the field of entertainment; advertising referral services; general business and consumer referral services, namely, promoting the goods and services of others by displaying advertising on an Internet website and providing consumer response information to advertisers; providing a business networking and referral website and database for facilitating business and sales introductions, referrals, discounts, advertising and other business interactions among individuals and businesses; advertising.

The applicant hereby appoints Mitchell P. Brook, Esq. of Luce, Forward, Hamilton & Scripps LLP, 11988 El Camino Real, Suite 200, San Diego, California, United States, 92130 to submit this application on behalf of the applicant. The attorney docket/reference number is 31876-2-T17.

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near

resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Mitchell Brook/   Date: 05/15/2006
Signatory's Name: Mitchell Brook
Signatory's Position: Attorney

Go Back

Trademark/Service Mark Application, Principal Register
Page 1 of 1

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Mark (USPTO-generated image for standard characters):**

I'M INTERACTIVE

Go Back

http://teas.uspto.gov/servlet/V2.0/bas250.Get?USPTO/BAS-6511887157-2006051520365... 5/15/2006

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-06-07 12:42:39 ET

**Serial Number:** 78884064 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**

# I'M INTERACTIVE

**(words only):** I'M INTERACTIVE

**Standard Character claim:** Yes

**Current Status:** Final review prior to publication has been completed, application will be published for opposition.

**Date of Status:** 2007-05-18

**Filing Date:** 2006-05-15

**The Information will be/was published in the Official Gazette on** (DATE NOT AVAILABLE)

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 117

**Attorney Assigned:**
POWELL LINDA A Employee Location

**Current Location:** M80 -Law Office 117

**Date In Location:** 2007-05-18

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Instant Media, Inc.

**Address:**
Instant Media, Inc.
1032 Elwell Court, Suite 220
Palo Alto, CA 94303
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Electronic retail store services via the Internet and other electronic communications networks, featuring streamed and downloadable video and audio and multimedia works, streamed or downloadable advertising or infomercial content, consumer electronic devices, and, video and computer games; developing on-line promotional campaigns for others in the field of entertainment namely, Internet video, Internet TV; advertising referral services; general business and consumer referral services, namely, promoting the goods and services of others by displaying advertising on an Internet website and providing consumer response information to advertisers; providing a business networking and referral website and database for facilitating business and sales introductions, referrals, discounts, advertising among individuals and businesses
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
3149552

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-05-18 - Law Office Publication Review Completed

2007-05-18 - Assigned To LIE

2007-05-01 - Approved for Pub - Principal Register (Initial exam)

2007-04-17 - Teas/Email Correspondence Entered

2007-04-16 - Communication received from applicant

2007-04-16 - TEAS Response to Office Action Received

2006-10-23 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-10-23 - TEAS Change Of Owner Address Received

2006-10-16 - Non-final action mailed

2006-10-14 - Non-Final Action Written

2006-10-06 - Assigned To Examiner

2006-05-20 - Notice Of Pseudo Mark Mailed

2006-05-19 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mitchell P. Brook, Esq.

**Correspondent**
MITCHELL P. BROOK
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
11988 EL CAMINO REAL STE 200
SAN DIEGO CA 92130-2594
Phone Number: 858-720-6300
Fax Number: 858-720-6306

**Brook, Mitchell**

**From:** teas@uspto.gov
**Sent:** Monday, May 15, 2006 5:38 PM
**To:** mbrook@luce.com
**Subject:** Received Your Trademark/Service Mark Application, Principal Register Form for serial number 78884064

<MARK> I'M INTERACTIVE (standard characters)
The literal element of the mark consists of I'M INTERACTIVE. The mark is presented in standard characters without claim to any particular font style, size or color.

We have received your application and assigned serial number '78884064' to your submission. The summary of the application data, bottom below, serves as your official filing receipt. In approximately 6-7 months, your application will be assigned to an examining attorney; however, the critical date for determining registrability is your filing date, NOT the actual examination date. You will not receive any further USPTO communications until examination. At this point, your mark is not registered it is only a "pending" application. The overall process, from the time of initial filing to final registration, can take 13-18 months, and even longer depending on many factors, e.g., the correctness of the original filing, or the type of application filed.

If you discover an error in the application data, you may file a Preliminary Amendment, stating your proposed correction, at http://www.uspto.gov/teas/eTEASpageB2.htm. Do not submit any proposed amendment to TEAS@uspto.gov, because the technical team cannot make any changes to already-filed data. NOTE: You cannot file a Preliminary Amendment until at least 15 days after the initial filing of the application. Prior to that time, the serial number will not appear in the USPTO database (even though the number was assigned at the time of filing), preventing the uploading of new data. If you submit a Preliminary Amendment, the acceptability of that amendment will not be determined until regular examination begins; i.e., the assigned examining attorney will decide at that time whether the change proposed in the amendment is permissible--not all errors may be corrected. E.g., if you submitted the wrong mark, if the proposed correction would be considered a material alteration to your original filing, this will not be accepted. Unfortunately, your only recourse in that event is to re-file.

Since you have already submitted your application, do not contact TEAS@uspto.govto request cancellation. The USPTO will not cancel the filing or refund your fee, unless the application does not meet minimum filing requirements; i.e., if the USPTO later determines that no filing date was justified, we will return your submission, and refund the filing fee. You could then, if possible, cure the deficiency, and re-file the application. Otherwise, the fee is a processing fee, which we do not refund, even if we cannot issue a registration after our substantive review. The only way to "cancel" an application is to file an Express Abandonment, at http://www.uspto.gov/teas/eTEASpageF.htm, waiting at least 15 days after the initial filing; however, you would not receive a fee refund under those circumstances.

NOTE: The only "exception" to the above is if you inadvertently file duplicate applications, due to a technical glitch;i.e.,if you believe that the first filing did not go through, and immediately file again, only to learn later that both filings were successful, then the support team at TEAS@uspto.gov can mis-assign and refund one of the filings.

This must be due to a technical prob[illegible] (which we will independently verify), and not a mere misunderstanding or mistake.

NOTE: To check status, please use http://tarr.uspto.gov. Do not submit status requests to TEAS@uspto.gov, as that mailbox is only for technical assistance. We recommend that you check status at the 6-month point, and every two months thereafter to ensure that you know of any action that the Office may have issued. Failure to respond timely to an action will result in abandonment of your application. All incoming and outgoing correspondence can be viewed at http://portal.uspto.gov/external/portal/tow. If your status check reveals an action has issued, but you did not receive it, please immediately check the on-line site to view the action; filing deadlines are not extended due to failures to receive USPTO mailings.

APPLICATION DATA: Trademark/Service Mark Application, Principal Register

The applicant, Instant Media, Inc., a corporation of Delaware, residing at 65 Enterprise, Aliso Viejo, California, United States, 92656, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

* Classification and Listing of Goods/Services:

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 035: Electronic retailing services via the Internet and other electronic communications networks, featuring general consumer merchandise and services, namely, streamed and downloadable video and audio and multimedia works, streamed or downloadable advertising or infomercial content, electronic devices, and, video and computer games; developing on-line promotional campaigns for others in the field of entertainment; advertising referral services; general business and consumer referral services, namely, promoting the goods and services of others by displaying advertising on an Internet website and providing consumer response information to advertisers; providing a business networking and referral website and database for facilitating business and sales introductions, referrals, discounts, advertising and other business interactions among individuals and businesses; advertising.

*Correspondence Information

The applicant hereby appoints Mitchell P. Brook, Esq. of Luce, Forward, Hamilton & Scripps LLP, 11988 El Camino Real, Suite 200, San Diego, United States, 92130 to submit this application on behalf ofthe applicant. The attorney docket/reference number is 31876-2-T17.

* Fees

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

*Declaration Signature

Signature:/Mitchell Brook/ Date: 05/15/2006
Signatory's Name: Mitchell Brook
Signatory's Position: Attorney

---

## TEAS XML SUBMISSION

```
<?xml version="1.0" encoding="ISO-8859-1"?>

<uspto-tm-document document-type="app" description="Base Application
Form" system-creator="eteas" version="2.11" version-date="2003-11-02"
copyright="Copyright 1999-2003 United States Patent and Trademark
Office">
<trademark-case-files>
<trademark-case-file>
<case-file-header>
<serial-number>78884064</serial-number>
<mark action-code="create" version="new">
<typed-mark standard-character-format="y">
<mark-text>I'M INTERACTIVE</mark-text>
<file-name image-type="jpg" width="600" height="250"
acceptable="y">mark.jpg</file-name>
</typed-mark>
</mark>
<filing-date>20060515</filing-date>
</case-file-header>
<base-application-form>
<goods-services>
<goods-service action-code="create" version="new">
<sequence-number>1</sequence-number>
<class-code>035</class-code>
<description-text>Electronic retailing services via the Internet and
other electronic communications networks, featuring general consumer
merchandise and services, namely, streamed and downloadable video and
audio and multimedia works, streamed or downloadable advertising or
infomercial content, electronic devices, and, video and computer games;
developing on-line promotional campaigns for others in the field of
entertainment; advertising referral services; general business and
consumer referral services, namely, promoting the goods and services of
others by displaying advertising on an Internet website and providing
consumer response information to advertisers; providing a business
networking and referral website and database for facilitating business
and sales introductions, referrals, discounts, advertising and other
business interactions among individuals and businesses;
advertising.</description-text>
<filing-basis-current-1b-in>Y</filing-basis-current-1b-in>
</goods-service>
</goods-services>
<case-file-owners>
<case-file-owner action-code="create" version="new">
<legal-entity-type-code>03</legal-entity-type-code>
<name>Instant Media, Inc.</name>
<street>65 Enterprise</street>
<city>Aliso Viejo</city>
<state>California (CA)</state>
<postal-code>92656</postal-code>
<country-name>United States (USX)</country-name>
<incorporated-in-state-code>Delaware (DE)</incorporated-in-state-code>
</case-file-owner>
</case-file-owners>
<signatures>
<signature action-code="create" version="new">
<signature-type>D</signature-type>
<signature-entry-number>1</signature-entry-number>
<signature-name>/Mitchell Brook/</signature-name>
<signatory-date>20060515</signatory-date>
<signatory-name>Mitchell Brook</signatory-name>
```

<signatory-position>Attorney</signatory-position>
</signature>
</signatures>
<fee-types>
<fee-type action-code="create" version="new">
<fee-code>7001</fee-code>
<number-of-classes>1</number-of-classes>
<number-of-classes-paid>1</number-of-classes-paid>
<subtotal-amount>325</subtotal-amount>
</fee-type>
<total-amount>325</total-amount>
</fee-types>
<payment>
<ram-sale-number>996</ram-sale-number>
<ram-accounting-date>20060516</ram-accounting-date>
<payment-method>DA</payment-method>
</payment>
</base-application-form>
<correspondence-form>
<source-form>APP</source-form>
<correspondences>
<correspondence action-code="create" version="new">
<type-code>a</type-code>
<new-address>
<name>Mitchell P. Brook, Esq.</name>
<firm-name>Luce, Forward, Hamilton & Scripps LLP</firm-name>
<street>11988 El Camino Real, Suite 200</street>
<city>San Diego</city>
<state>California (CA)</state>
<postal-code>92130</postal-code>
<country-name>United States (USX)</country-name>
<phone>858-720-6300</phone>
<fax>858-720-6306</fax>
<attorney-docket-number>31876-2-T17</attorney-docket-number>
</new-address>
</correspondence>
<correspondence action-code="create" version="new">
<type-code>c</type-code>
<new-address>
<name>Mitchell P. Brook, Esq.</name>
<firm-name>Luce, Forward, Hamilton & Scripps LLP</firm-name>
<street>11988 El Camino Real, Suite 200</street>
<city>San Diego</city>
<state>California (CA)</state>
<postal-code>92130</postal-code>
<country-name>United States (USX)</country-name>
<phone>858-720-6300</phone>
<fax>858-720-6306</fax>
</new-address>
</correspondence>
</correspondences>
</correspondence-form>
</trademark-case-file>
</trademark-case-files>
<boilerplates>
<boilerplate>
<boilerplate-type>DECLARATION.APP</boilerplate-type>
<boilerplate-description>TEAS Trademark/Service Mark Declaration</boilerplate-description>
<boilerplate-text>Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended).</boilerplate-text>

</boilerplate>
<boilerplate>
<boilerplate-type>MARK</boilerplate-type>
<boilerplate-description>Statement for Mark</boilerplate-description>
<boilerplate-text>The mark is presented in standard character format without claim to any particular font style, size or color.</boilerplate-text>
</boilerplate>
<boilerplate>
<boilerplate-type>GOODSSERVICES.1B</boilerplate-type>
<boilerplate-description>Section 1b Statement</boilerplate-description>
<boilerplate-text>Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).</boilerplate-text>
</boilerplate>
<boilerplate>
<boilerplate-type>SIGNATURE.APPLICATION</boilerplate-type>
<boilerplate-description>Application Signature Statement</boilerplate-description>
<boilerplate-text>The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.</boilerplate-text>
</boilerplate>
</boilerplates>
<filing>
<filing-identifier>20060515203659535801-78884064</filing-identifier>
<xml-create-date>20060515 20:36:59</xml-create-date>
<submit-date>Mon May 15 20:38:21 EDT 2006</submit-date>
<teas-stamp>USPTO/BAS-6511887157-20060515203821081178-78884064-20037d435ca14b5e725c95f35d3543ce034-DA-996-20060515203659535801</teas-stamp>
<filing-description>Trademark/Service Mark Application, Principal Register</filing-description>
<reply-name>Mitchell P. Brook, Esq.</reply-name>
<reply-email>mbrook@luce.com</reply-email>
</filing>
</uspto-tm-document>

---------------------------------------------------------------------------
---------------------------------------------

Thank you,

The TEAS support team
Mon May 15 20:38:21 EDT 2006
STAMP:
USPTO/BAS-6511887157-20060515203821081178-78884064-20037d435ca14b5e725c95f35d3543ce034-DA-996-20060515203659535801