# EXHIBIT "H"

IM Instant Media - Commercials



**IM Instant Media**

Home    Intro    Features    Directory    Commercials    Download

Commercials



I'M Cached

I'M Ready

I'M Connected

Sign up to receive new channel updates and Instant Media News.

Your Email:

SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.
Patents Pending | Terms | Privacy