

**Screen Prints of MSN taken April 24, 2007**



**Screen Prints of MSN taken April 24, 2007**