# EXHIBIT "J"



**000810 Stanley**
Stanley in trip <reachme@citiz.net>

000810 Stanley appears to be offline. Messages you send will be delivered when they sign in. E-mail this contact instead | Add a mobile number for this contact

000810 Stanley says:
  Currently Windows
Andy says:
  that is fine
000810 Stanley says:
  win2000 will do
Andy says:
  ok good
Andy says:
  I have to step away for a few minutes - back online in approx 15 minutes...
000810 Stanley says:
  ok

Last message received at 7:16 AM on 5/4/2007.