# EXHIBIT "K"

Live Search

I'M

Sign in

Web Images News Maps Classifieds More

I'M Page 1 of 143,554,085 results · Options · Advanced

Back to msn

I'm Home

This website requires Adobe Flash Player 6 or above. Upgrade your version of Flash and then return to this page and hit "Refresh".

im.live.com/Messenger/IM/Home · Cached page

I'm lovin' it - Wikipedia, the free encyclopedia

I'm lovin' it is an international branding campaign by McDonald's Corporation primarily aimed at people aged 15-24. It was the company's first global advertising campaign and was launched in Munich ...

en.wikipedia.org/wiki/I%27m_lovin%27_it · Cached page

I. M. Pei - Wikipedia, the free encyclopedia

Ieoh Ming Pei (; b. April 26, 1917), commonly known by his initials I. M. Pei, is a Pritzker Prize-winning architect, known as the last master of high modernist architecture. He works with the ...

en.wikipedia.org/wiki/I.M._Pei · Cached page

+Show more results from en.wikipedia.org

THIS IS WHY I'M HOT Lyrics - MIMS

Mims This Is Why I'm Hot Lyrics ... use quotes "" to search for a phrase/text in a song, e.g: "sample text"

www.elyrics.net/read/m/mims-lyrics/this-is-why-i_m-hot-lyrics.html · 5/15/2007 · Cached page

I'M Instant Media - The Leader in Internet TV

The Instant Media platform is built on patent-pending caching technology that delivers professional video. Unlike other video solutions that utilize streaming technologies, I'M excels at delivering ...

im.com · 5/14/2007 · Cached page

Amazon.com: M.I.A.M.I.: Music: Pitbull

Dammit Man" is also pretty decent, although I'm not exactly sure why it's censored. It's too bad that Oobie (the female singer that seems to show up on all rap albums that nobody has) doesn't impress ...

www.amazon.com/M-I-M-I-Pitbull/dp/B0002CHI60 · 5/14/2007 · Cached page

THE USED - I'M A FAKE LYRICS

I'm A Fake lyrics performed by The Used ... Small, simple, safe price. Rise the wake and carry me with all of my regrets. This is not a small cut ...

www.sing365.com/music/lyric.nsf/I'm-A-Fake-lyrics-The-Used/D35134C61576323E4825GEFE00DAF3F... · Cached page

THE PROCLAIMERS - I'M GONNA BE (500 MILES) LYRICS

I'm Gonna Be (500 Miles) lyrics performed by The Proclaimers ... When hey I know I'm gonna be I'm gonna be the man who's havering to you Now! But I would walk 500 miles

www.sing365.com/music/lyric.nsf/I'm-Gonna-Be-500-Miles-lyrics-The-Proclaimers/53706D508E94... · Cached page

+Show more results from www.sing365.com

YouTube - I'm Your Ghost

You are more than welcome to download for (Free)the "Im Your Ghost" song at= http://www.montagraphy ... You are more than welcome to download... You are more than welcome to download for (Free)the "Im ...

www.youtube.com/watch?v=gWUgwSM2Wxk · Cached page

I'm a Senoir Citizen

Please scroll down a ways then it will scroll alone. I'm a SENIOR CITIZEN I'm usually interested in going home before I get to where I am going. I'm good on a trip for at least an hour without my ...

www.ilerrah.com/seniorcitizen.htm · Cached page

Didn't find an answer? Ask a real person on Live QnA.

Prev 1 2 3 4 5 Next

Related searches:

- M I L F
- M I Homes
- I M Pei
- M I Hummel
- B5dafivep I M PS
- I M Mohsin
- I M Singh
- M I Swaco

Learn more about the new Live Search.

I'M

© 2007 Microsoft Trademarks | Privacy | Legal | For Site Owners

Help Central | Account | Feedback

May 15, 2007.