# EXHIBIT "L"

Case 4:07-cv-02639-SBA    Document 9-19    Filed 06/12/2007    Page 1 of 11



**Inside the World of Dog Fighting**
A detective details the gory & illegal underground events

< Previous                                          Next >

### Today's Picks
New laws seek to protect breast-feeding in public
How quarantine rules work
50 stocks set to rise

 **Major tirade**
Video: Minor league skipper goes ballistic

### Money
**On Your Own:**
To get rich, start now
Watch those student loans
Why you need to bank $500
Build your first budget
Search: Average CEO pay

### Also on MSN
 Do you suffer from hypersomnia?
How to plan a waterfront cookout
Q&A with Dixie Chick Emily Robison
Quiz: Estimate your credit score range
Doing arts & crafts for a good cause

### Video Highlights
 90-year-old rocks with his band
Paris Hilton begins serving jail term
Miss USA responds to the boos
Drag racing crash caught on tape
Boot camp trains new canine cops

### Entertainment
 Photos: Stars at MTV Movie Awards
Hilton 'cooperative' in jail, officials say
More trouble for Tony on 'Sopranos'
Gossip: Nicole weight watching again?
'The Rock' separates from his wife

### Popular Searches
 Internet taxes
The days of tax-free Internet shopping

---

Advertisement                                Ad
LeBron challenges you to make a difference.

### MSNBC News
 Congressman indicted for brib
Militants: 3 abducted GIs slain
U.S.: Informant key to foiling pl
Charges nixed against Gitmo de
Putin issues stark new warning

### FOX Sports
 NASCAR pioneer Bill France Jr.
Kriegel: Kobe can learn from Lel
Will scar tissue delay Clemens' c
Sources: Donovan back to Flori
NFL suspends Bears star for eig

### Money
 25 tips for being suddenly sin
Stocks finish with small rally
The damage of the dollar glut
How much house can you afford
Selling body parts for profit

### Quotes
| | |
|---|---|
| Dow | 13,676.32 |
| NASDAQ | 2,618.29 |
| S&P | 1,539.18 |

### Weather
**New York, NY**   Cloudy, 66°

| Monday | Tuesday | Wednesday | Thursday |
|---|---|---|---|
| 71° / 65° | 81° / 56° | 75° / 61° | 76° / 66° |

**San Diego, CA**   Cloudy, 66°

| Monday | Tuesday | Wednesday | Thursday |
|---|---|---|---|
| 68° / 59° | 68° / 59° | 67° / 58° | 67° / 58° |

### Shopping
Sexy summer dress styles
Find hot Father's Day gift ideas
Summer sales are here! Start saving
Family camping gear – tents, stoves & more

may be numbered as state and local
governments lobby Congress for change.

Mark Cuban
Katharine McPhee
Jack Kevorkian
Robert Alan Soloway

Lost whales
Tuberculosis
Triathlon
Climate 'tipping points'

**Add Content from MSN**

Gorgeous birthstone jewelry for every month

Advertisements



**Netflix – 5 movies for $5 a mo**
Shoe sale: Save $10 + free ship
$5 Omaha Steaks + 4 free burg
RedEnvelope: Gifts for Dad und
iFLOOR: Buy a floor & get a cru

**MSN Services**

Greetings
Windows Live Messenger
Get High-Speed Now!
MSN Premium
Beta Services

Encarta
Email Solutions
Windows Live Sp
MSN Dial-up FRE
MSN Mobile

MSN Home   My MSN   Hotmail   Shopping   Money   **Sign In**   Web Search:

Encarta®                                                                > > Sut

Home | Encyclopedia | Dictionary | Thesaurus | World Atlas | Multimedia | Quizzes | Top-10 Lists | Education | Upgrade your I

Search Encarta [        ] Go                    Language Help

# On This Day

## June 4

**Select another date**
Jun ▼  4 ▼  Go



Advertisement

**This Day in History**



**1827:** The inaugural cricket match between Oxford University and Cambridge University takes place at the Lord's ground, London, England. Learn more about Cricket.

**1896:** In Detroit, Henry Ford test-drives his first automobile, the Quadricycle, a two-cylinder engine mounted on four bicycle wheels that has a top speed of 40 km/h (25 mph).

Learn more about Henry Ford.

**1936:** Léon Blum becomes the first Socialist premier of France when he forms a Popular Front coalition government, which introduces a program of extensive social reform.
Learn more about Léon Blum.

**1942:** Near the Midway Islands in the Pacific Ocean, American and Japanese air and sea forces begin the three-day Battle of Midway. The American victory there halts Japan's eastward push.
Learn more about the Battle of Midway.

**1987:** After winning 107 straight times in the 400-meter hurdles, Edwin Moses loses his first race in nearly ten years when Danny Harris outruns him in Madrid, Spain.
Learn more about Edwin Moses.

**1989:** Months of student-led prodemocracy demonstrations in Beijing's Tiananmen Square end after the Chinese army crushes the protests.
Learn more about the Tiananmen

**Born on This Day**

**François Quesnay**, economist (1694)

**Sir Garnet Wolseley**, military commander (1833)

**Heinrich Wieland**, chemist (1877)

**Natalia Goncharova**, painter and stage designer (1881)

**Beno Gutenberg**, seismologist (1889)

**Gerry Mulligan**, jazz saxophonist (1927)

**Mystery Person of the Day**

 Who am I? I was born on this day in 1738. I presided over Britain's loss of its American colonies

**Your Astrological Sign**

Gemini is symbolized by twins and ruled by the planet Mercury. Geminis are thought to be quick-witted, intellectual, talkative, and mischievous. They value learning and may bore easily. Learn more about Gemini.

Advertisement

**Today on MSN**

• Online degrees: Pursue your dreams

• Today's hottest deals on the MSN Shopping Bargain Center

• Education news on MSNBC

**Also on Encarta**

• Why career changers choose tea

• Top 10 best-value colleges

• Celebrity quotes on college

• The school of hard knocks for ar

• Negotiating your financial aid pa

• Do you know what your child is

• Coffee break: Recharge your bra

**Our Partners**

• ClassesUSA.com: Compare onlir

• Englishtown: Learn English onlin

• Kaplan Test Prep and Admission

• The Princeton Review

**Also on MSN**

• Peek into the future on the Disco Channel

• MSN Shopping: Best books for t

• MSN Careers: Nail that job inter

**MSN Shopping**



**Editors' Picks**
Spring fashion

Square Protests.

**2003:** Television star Martha Stewart is indicted under charges including obstruction of justice and securities fraud, stemming from sales of stock in December 2001.

Handbags
Best bedding
Home décor



 Encarta RSS Feeds

MSN Privacy    Legal    Advertise    Newsletter    Worldwide

© 2007 Microsoft    M

Live Search | I'M | Sign in

Web | Images | News | Maps | Classifieds | More▼

**I'M** Page 1 of 132,491,254 results · Options · Advanced

Back to msn

### i'm Home
This website requires Adobe Flash Player 6 or above. Upgrade your version of Flash and then return to this page and hit "Refresh".
im.live.com/Messenger/IM/Home · Cached page

#### About i'm
Download the Windows Live Messenger instant messaging service. There's no charge and it's easy to download and use.
im.live.com/Messenger/IM/About · Cached page
+Show more results from im.live.com

### Amazon.com: M.I.A.M.I.: Music: Pitbull
Dammit Man" is also pretty decent, although **I'm** not exactly sure why it's censored. It's too bad that Oobie (the female singer that seems to show up on all rap albums that nobody has) doesn't impress ...
www.amazon.com/M-I-M-I-Pitbull/dp/B0002CHI60 · Cached page

### THIS IS WHY I'M HOT Lyrics - MIMS
Mims This Is Why **I'm** Hot Lyrics ... use quotes "" to search for a phrase/text in a song, e.g: "sample text"
www.elyrics.net/read/m/mims-lyrics/this-is-why-i_m-hot-lyrics.html · 6/2/2007 · Cached page

### I. M. Pei - Wikipedia, the free encyclopedia
Ieoh Ming Pei (; b. April 26, 1917), commonly known by his initials **I. M.** Pei, is a Pritzker Prize-winning architect, known as the last master of high modernist architecture. He works with the ...
en.wikipedia.org/wiki/I.M._Pei · Cached page

#### I'm lovin' it - Wikipedia, the free encyclopedia
**i'm** lovin' it is an international branding campaign by McDonald's Corporation primarily aimed at people aged 15-24. It was the company's first global advertising campaign and was launched in Munich ...
en.wikipedia.org/wiki/I%27m_lovin%27_it · Cached page
+Show more results from en.wikipedia.org

### THE USED - I'M A FAKE LYRICS
**I'm** A Fake lyrics performed by The Used ... Small, simple, safe price. Rise the wake and carry me with all of my regrets. This is not a small cut ...
www.sing365.com/music/Lyric.nsf/I'm-A-Fake-lyrics-The-Used/D35134C61576323E48256EFE000AF3F... · 6/3/2007 · Cached page

#### JENNIFER LOPEZ - I'M GLAD LYRICS
**I'm** Glad lyrics performed by Jennifer Lopez ... Verse 1: aby when I think

about The day that we first met (the day that we first met)
www.sing365.com/music/lyric.nsf/I'm-Glad-lyrics-Jennifer-Lopez/ECAEF7304F8F1CFA48256C84000... · 6/3/2007 · Cached page
+Show more results from www.sing365.com

YouTube - **I'm** Gonna Be
500 Miles ... Hello, you either have JavaScript turned off or an old version of Macromedia's Flash Player. Get the ...
www.youtube.com/watch?v=qQfqSWe8eVE · 6/3/2007 · Cached page

JASON MRAZ - **I'M** YOURS LYRICS!
Jason Mraz **I'm** yours lyrics ... Well you done done me and you bet I felt it I tried to be chill but you're so hot that I melted
www.metrolyrics.com/lyrics/1097559300/Jason_Mraz/I'm_Yours · 6/3/2007 · Cached page

Didn't find an answer? Ask a real person on Live QnA.

**Related searches:**
M **I** L **F**
M I **Homes**
I M **Pei**
M I **Hummel**
B5dafivep I M **PS**
I M **Mohsin**
I M **Singh**
M I **Swaco**

SPONSORED SITES

**Ring Tones**
Listen to all the latest ringtones! Get the ones you want now.
ringtonemonkey.info

See your message here...

Prev    1    2    3    4    5    Next

**Learn more** about the new Live Search.    **I'M**

© 2007 Microsoft    Trademarks | Privacy | Legal | For Site Owners         Help Central | Account | Feedback

Live Search: I'M                                                                                      Page 1 of 2
Case 4:07-cv-02639-SBA    Document 9-19    Filed 06/12/2007    Page 8 of 11



Live Search    [I'M]    Sign in

**Web**    Images    News    Maps    Classifieds    More▼

**I'M** Page 2 of 132,491,254 results · Options · Advanced                    Back to msn

### YouTube - Hi, I'm a Marvel...and I'm a DC. (Mac PC Parody) #7
While making their next installment of the series, Spider-Man (Marvel) and Superman (DC) receive ... Hello, you either have JavaScript turned off or an old version of Macromedia's Flash Player. Get ...
www.youtube.com/watch?v=ohZB8ef0nVg · 6/3/2007 · Cached page

### Where I'm From Poem
Where I'm From" Poem Assignment . Professional Poet's Exemplar. Where I'm From by George Ella Lyon I am from clothespins, from Clorox and carbon tetrachloride.
www.studyguide.org/where_I'm_from_poem.htm
· Cached page

### I. M. Pei - Great Buildings Online
Biography and works of the modern architect from Great Buildings Online.
www.greatbuildings.com/architects/I._M._Pei.html
· Cached page

### A.I.M. - Marvel Universe: The definitive online source for Marvel ...
A.I.M. (Advanced Idea Mechanics) is an organization of brilliant scientists and their hirelings dedicated to the acquisition of power and the overthrow of all government by technological means.
www.marvel.com/universe/A.I.M. · Cached page

### H.I.M.
H.I.M. community page where all media tagged H.I.M. including photos, videos and journals is ... i can't sleep. so i was watching Viva La Bam dvd's. god i miss 2005. after watching 1 episode, which ...
www.buzznet.com/tags/him · Cached page

### I'm shaped liked SpongeBob! - Smart Fitness - MSNBC.com
What are the best exercises if you're shaped like

http://search.msn.com/results.aspx?q=I%27M&first=11&FORM=PERE                                         6/4/2007

chicken legs ... **I'm** shaped liked SpongeBob! Exercise strategies to work out odd body-shape woes
www.msnbc.msn.com/id/18042863 · Cached page

**I'm** pregnant
Taking a break from flooring - a two hour break as the men try to figure out how to cut the pieces of floorboard around the doorframe..... I've been googling random stuff.
impregnated.wordpress.com · Cached page

poem
So what if **I'm** different and don't act like them? **I'm** not going to change and be someone **I'm** not. I like who I am, and **I'm** all that I've got!
www.gigglepoetry.com/poem.aspx?PoemID=46&CategoryID=8 · Cached page

**I'M** --- Image Management --- Athens Greece
Designed & Hosted by Up2U
www.i-m.gr · Cached page

**I'M** A FLIRT (REMIX) Lyrics - by R KELLY from album DOUBLE UP (2007 ...
Words Lyrics of the song **I'M** A FLIRT (REMIX) By R KELLY from the album DOUBLE UP (2007) Info: "**I'M** A FLIRT (REMIX)" Lyrics (by R KELLY from the album DOUBLE UP (2007)
www.lyricsandsongs.com/song/306389.html · 6/2/2007 · Cached page

**Related searches:**
M I **L F**
M I **Homes**
I M **Pei**
M I **Hummel**
**B5dafivep** I M **PS**
I M **Mohsin**
I M **Singh**
M I **Swaco**

Didn't find an answer? Ask a real person on Live QnA.

Prev    1    **2**    3    4    5    6    Next

**Learn more** about the new Live Search.    [I'M                    ]

© 2007 Microsoft    Trademarks  |  Privacy  |  Legal  |  For Site Owners       Help Central  |  Account  |  Feedback

 Live Search | I'M | Sign in

**Web** | Images | News | Maps | Classifieds | More▼

**I'M** Page 3 of 132,491,254 results · Options · Advanced                      Back to msn

### I'm Still in Japan
For reasons I can't quite articulate, **I'm** still kicking around Japan, scraping together a life from restaurant work, translating, English teacher jobs and sheer luck.
jamieabroad.blogspot.com · Cached page

### I'M Instant Media - The Leader in Internet TV
The Instant Media platform is built on patent-pending caching technology that delivers professional video. Unlike other video solutions that utilize streaming technologies, **I'M** excels at delivering ...
www.im.com/newsite/index.html · Cached page

### I'm a Pilgrim (Shindler)
Words: Mary Shindler, 1841. Music: Italian air. ... **I'm** a pilgrim, and **I'm** a stranger, I can tarry, I can tarry but a night; Do not detain me, for I ...
www.cyberhymnal.org/htm/i/m/imapilgr.htm · Cached page

### THE USED LYRICS - I'm A Fake
THE USED LYRICS "**I'm** A Fake" [Spoken:] Small, simple, safe price Rise the wake and carry me with all of my regrets This is not a small cut that scabs, and dries, and flakes, and heals
www.azlyrics.com/lyrics/used/imafake.html · Cached page

### I'm Sorry Greeting Cards
There is only one happiness in life: to love and be loved. © Copyright 1LoveCards.com All rights reserved.
www.1lovecards.com/cards/sorry.shtml · Cached page

### Avril Lavigne I'm With You Lyrics (AllAvril.com)
Lyrics: **I'm** With You, Avril Lavigne. Find these lyrics and more by Avril here!
www.allavril.com/ImWith.shtml · Cached page

### H.I.M. MP3 Downloads - H.I.M. Music Downloads - H.I.M. Music Videos

H.**I.M**. MP3 Downloads - MP3.com offers legal H.**I.M**. music downloads as well as all of your favorite H ... After forming in Finland in 1995, H.**I.M**. (or His Infernal Majesty) set out on the path of goth ...
www.mp3.com/artist/him1/summary · Cached page page

**I'm** an organizing junkie!
Welcome! **I'm** glad you found me. **I'm** Laura, the resident "freak" with a crazy passion for organizing! I am a SAH mom to three kids (girl 10, boys 7 and 1)
orgjunkie.blogspot.com/index.html · 6/3/2007 · Cached page

**I'm** Not Scared - Rotten Tomatoes
**I'M** NOT SCARED reviews from the nation's top critics and audiences. Also includes movie info ... NUMBERS Box Office : $1,426,639 details... MOVIE CONSENSUS A well-acted and thrilling coming-of-age ...
www.rottentomatoes.com/m/im_not_scared · Cached page

Amazon.com: **I'm** Already There: Music: Lonestar
Amazon.com: **I'm** Already There: Music: Lonestar by Lonestar ... Availability: In Stock. Ships from and sold by Amazon.com . Gift-wrap available.
www.amazon.com/Im-Already-There-Lonestar/dp/B00005KBBZ · Cached page

**Related searches:**
M I **L** F
M I **Homes**
I M **Pei**
M I **Hummel**
B5dafivep I M **PS**
I M **Mohsin**
I M **Singh**
M I **Swaco**

Didn't find an answer? Ask a real person on Live QnA.

Prev    1    2    **3**    4    5    6    7    Next

**Learn more** about the new Live Search.

© 2007 Microsoft    Trademarks | Privacy | Legal | For Site Owners    Help Central | Account | Feedback