# EXHIBIT "M"

Google

Web Images Video News Maps Desktop more »

zkleak@gmail.com | My Account | Sign out

I'M

Search | Advanced Search Preferences

New! View and manage your web history

Web

Results 1 - 10 of about 842,000,000 for I'M [definition]. (0.05 seconds)

Download Google Pack: free essential software for your PC

**I'm Home**
It's easy to get everyone talking by adding a Windows Live Messenger™ I'm button to your Web site or blog, or by displaying it in your e-mail signature. ...
im.live.com/Messenger/IM/ - 18k - Cached - Similar pages - Note this

**About i'm**
i'm is a new initiative from Windows Live™ Messenger. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising ...
im.live.com/Messenger/IM/About/ - 15k - Cached - Similar pages - Note this

**I'm in**
I'm in! provides an outrageously fun place to create and coordinate gender based trips & events. Eventually we plan to expand into other market segments. ...
www.imin.com/ - 11k - Cached - Similar pages - Note this

**I'M Instant Media - The Leader in Internet TV**
Unlike other video solutions that utilize streaming technologies, I'M excels at delivering full-screen video in DVD or HD quality. I'M presents a superior ...
www.im.com/ - 6k - Cached - Similar pages - Note this

**I'm The Decider**
I'm above the law and I'll decide what's right or wrong. I am the egg head, I'm the Commander, I'm the Decider Koo-Koo-Kachoo ...
decider.cf.huffingtonpost.com/ - 5k - Cached - Similar pages - Note this

**I'm From Barcelona**
I'm From Barcelona handlar om att cykla hela dagarna, om vattkoppor och trädkojor och om sommarnätter som aldrig tar slut.
www.imfrombarcelona.com/ - May 15, 2007 - Similar pages - Note this

**Leonard Cohen - I'm your Man**
www.leonardcohenimyourman.com/ - 3k - Cached - Similar pages - Note this

**I'm JADed ! | Linux Journal**
Fortunately I'm an old Linux hound so I downloaded the kernel source package, went through xconfig to lighten the load (i.e. I got rid of the gazillion ...
www.linuxjournal.com/node/1000208 - 26k - May 15, 2007 -
Cached - Similar pages - Note this

**i guess i'm floating**
While Modest Mouse are filling up their entire summer with tour dates to every country, state, and city that I don't dwell in - I'm remaining hopeful that ...
iguessimfloating.blogspot.com/ - May 16, 2007 - Similar pages - Note this

**I'm Not Obsessed**
"I'm old enough to know better and I shouldn't have. It could jeopardize everything, including my job, which to me, is the greatest job in the world and I ...
www.imnotobsessed.com/ - 45k - May 15, 2007 - Cached - Similar pages - Note this

1 2 3 4 5 6 7 8 9 10 **Next**

I'M | Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

May 15, 2007

Live Search [I'M] Sign in

Web Images News Maps Classifieds Money

I'M Page 1 of 143,554,085 results · Options · Advanced

Back to msn

I'm Home
This website requires Adobe Flash Player 6 or above. Upgrade your version of Flash and then return to this page and hit "Refresh".
im.live.com/Messenger/IM/Home · Cached page

I'm lovin' it - Wikipedia, the free encyclopedia
I'm lovin' it is an international branding campaign by McDonald's Corporation primarily aimed at people aged 15-24. It was the company's first global advertising campaign and was launched in Munich ...
en.wikipedia.org/wiki/I%27m_lovin%27_it · Cached page

I. M. Pei - Wikipedia, the free encyclopedia
Ieoh Ming Pei (; b. April 26, 1917), commonly known by his initials I. M. Pei, is a Pritzker Prize-winning architect, known as the last master of high modernist architecture. He works with the ...
en.wikipedia.org/wiki/I._M._Pei · Cached page
+Show more results from en.wikipedia.org

THIS IS WHY I'M HOT Lyrics - MIMS
Mims This Is Why I'm Hot Lyrics ... use quotes "" to search for a phrase/text in a song, e.g: "sample text"
www.elyrics.net/read/m/mims-lyrics/this-is-why-i_m-hot-lyrics.html · 5/15/2007 · Cached page

I'M Instant Media - The Leader in Internet TV
The Instant Media platform is built on patent-pending caching technology that delivers professional video. Unlike other video solutions that utilize streaming technologies, I'M excels at delivering ...
im.com · 5/14/2007 · Cached page

Amazon.com: M.I.A.M.I.: Music: Pitbull
Dammit Man" is also pretty decent, although I'm not exactly sure why it's censored. It's too bad that Oobie (the female singer that seems to show up on all rap albums that nobody has) doesn't impress ...
www.amazon.com/M-I-A-M-I-Pitbull/dp/B0002CHI6O · 5/14/2007 · Cached page

THE USED - I'M A FAKE LYRICS
I'm A Fake lyrics performed by The Used ... Small, simple, safe price. Rise the wake and carry me with all of my regrets. This is not a small cut ...
www.sing365.com/music/lyric.nsf/I'm-A-Fake-lyrics-The-Used/D35134C61576323E48256EFE000AF3F... · Cached page

THE PROCLAIMERS - I'M GONNA BE (500 MILES) LYRICS
I'm Gonna Be (500 Miles) lyrics performed by The Proclaimers ... When hey I know I'm gonna be I'm gonna be the man who's havering to you Now' But I would walk 500 miles
www.sing365.com/music/lyric.nsf/I'm-Gonna-Be-500-Miles-lyrics-The-Proclaimers/53706D508E94... · Cached page
+Show more results from www.sing365.com

YouTube - I'm Your Ghost
You are more than welcome to download for (Free)the "Im Your Ghost" song at= http://www.montagraphy ... You are more than welcome to download... You are more than welcome to download for (Free)the "Im ...
www.youtube.com/watch?v=gWUgwSM2Wxk · Cached page

I'm a Senoir Citizen
Please scroll down a ways then it will scroll alone. I'm a SENIOR CITIZEN I'm usually interested in going home before I get to where I am going. I'm good on a trip for at least an hour without my ...
www.llerrah.com/seniorcitizen.htm · Cached page

Didn't find an answer? Ask a real person on Live QnA.

Prev 1 2 3 4 5 Next

Learn more about the new Live Search. [I'M]

© 2007 Microsoft Trademarks | Privacy | Legal | For Site Owners

Help Central | Account | Feedback

Related searches:
M I L F
M I Homes
I M Pei
M I Hummel
B5dafivep I M PS
I M Mohsin
I M Singh
M I Swaco

May 15, 2007.