# EXHIBIT "N"

Web  Images  Video  News  Maps  Gmail  more ▼

akleak@gmail.com | My Account | Sign out

Google [I'M] Search | Advanced Search Preferences

Web

New! View and manage your web history

Results 1 - 10 of about 758,000,000 for I'M [definition]. (0.05 seconds)

### i'm Home
It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature. ...
im.live.com/Messenger/IM/ - 18k - Cached - Similar pages - Note this

### About i'm
i'm is a new initiative from Windows Live™ Messenger. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising ...
im.live.com/Messenger/IM/About/ - 16k - Cached - Similar pages - Note this

### I'm in
I'm in! provides an outrageously fun place to create and coordinate gender based trips & events. Eventually we plan to expand into other market segments, ...
www.imin.com/ - 11k - Cached - Similar pages - Note this

### I'M Instant Media - The Leader in Internet TV
Unlike other video solutions that utilize streaming technologies, I'M excels at delivering full-screen video in DVD or HD quality. I'M presents a superior ...
www.im.com/ - 6k - Cached - Similar pages - Note this

### I'm Not Obsessed
Easy Navigation: Pages (1323): [1] 2 3 4 » ... Last » © I'm Not Obsessed! Inc. Everything on this site is pure gossip.
www.imnotobsessed.com/ - 49k - Cached - Similar pages - Note this

### I'm From Barcelona
I'm From Barcelona handlar om att cykla hela dagarna, om vattkoppor och trädkojor och om sommarnätter som aldrig tar slut.
www.imfrombarcelona.com/ - May 28, 2007 - Similar pages - Note this

### i guess i'm floating
Although I'm in the pro-Sky Blue Sky camp, his responses to its lack-of-experimentation just make me want to slap him even more: "I just want to hear ...
guessimfloating.blogspot.com/ - May 30, 2007 - Similar pages - Note this

### I'm The Decider
I'm above the law and I'll decide what's right or wrong. I am the egg head, I'm the Commander, I'm the Decider Koo-Koo-Kachoo ...
decider.cf.huffingtonpost.com/ - 5k - Cached - Similar pages - Note this

### ThinkGeek :: I'm blogging this.
100% cotton black heavyweight t-shirt. "I'm blogging this" on the front in white and "www.oreilly.com" on the back, also in white. ...
www.thinkgeek.com/oreilly/tshirts/5eb7/ - 23k - May 29, 2007 - Cached - Similar pages - Note this

### I'm Not There (2007)
I'm Not There on IMDb: Movies, TV, Celebs, and more...
www.imdb.com/title/tt0368794/ - 40k - May 28, 2007 - Cached - Similar pages - Note this

Sponsored Links

**Windows Live™ Messenger**
Make every IM count with Microsoft Windows Live™ Messenger Today!
im.live.com

Result Page:  1 2 3 4 5 6 7 8 9 10  **Next**

Wednesday, May 30, 2007ate

Download Google Pack: free essential software for your PC

I'M                                                  Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google