Justin L. Allamano, State Bar No. 229764
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, California 94105-1582

Mitchell P. Brook, State Bar No. 172105
Jeffrey D. Wexler, State Bar No. 132256
Andrea M. Kimball, State Bar No. 196485
Michael J. Mancuso, State Bar No. 228669
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Del Mar Gateway, 11988 El Camino Real, Suite 200
San Diego, California 92130-2594
Telephone No.: 858.720.6300
Fax No.: 858.720.6306
E-Mail:   jallamano@luce.com
          mbrook@luce.com
          jwexler@luce.com
          akimball@luce.com
          mmancuso@luce.com

Attorneys for Instant Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. C 07-02639 SBA<br><br>**DECLARATION OF MITCHELL P. BROOK IN SUPPORT OF PLAINTIFF INSTANT MEDIA'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   July 17, 2007<br>Time:   1:00 p.m.<br>Ctrm.:  3<br><br>The Honorable Saundra Brown Armstrong, District Judge |

1                              Case No. C 07-02639 SBA
Declaration of Mitchell P. Brook in Support of
Plaintiff's Motion for Preliminary Injunction

I, Mitchell Brook, declare and state as follows:

1. I am a partner with the law firm of Luce, Forward, Hamilton & Scripps LLP, counsel for Instant Media in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. I have been personally involved with filing applications and obtaining federal trademark registration for the **I'M** family of trademarks on behalf of Instant Media, Inc.

3. According to the PTO website (www.uspto.gov), on February 27, 2007 Microsoft filed three intent-to-use applications to register marks comprised of the letters "**I'M**" in stylized form: (1) in International Class 9 for "computer software for connecting users to web messaging services and for voice and video transmissions over the Internet and wireless networks"; (2) in International Class 36 for "philanthropic services concerning monetary donations made via the Internet and wireless networks"; and (3) in International Class 38 for "web messaging services having voice and video capabilities." Attached hereto as Exhibit A are true and correct copies of the printouts of these three applications from the PTO website (www.uspto.gov).

4. Microsoft has begun to market and distribute software via its new branding and promotional campaign under the designation "**I'M**". (*See* www.msn.com and www.im.live.com). According to Microsoft, the "**i'm** campaign" was launched on March 1, 2007. Attached hereto as Exhibit B is a true and correct copy of an article from Inside MSN Editor, dated March 21, 2007, and printed by my office on June 4, 2007. Also according to Microsoft, since the campaign's launch, "thousands of Windows Live Messenger users have joined." (*Id*.) This article (Exhibit B) can also be found at http://specials.msn.com/InsideMSN/032107-2007-IM_Making_Difference.aspx.

5. Microsoft's popular MSN Messenger was upgraded and rebranded in 2006 as Windows Live Messenger. According to Microsoft, MSN Messenger is used by millions of people every day. Attached hereto at Exhibit C is a true and correct copy of a printout of a Microsoft document entitled "PressPass – Information for Journalists." Microsoft represents that "Windows Live Messenger, the next version of MSN Messenger, is the world's largest easy to use

2    Case No. C 07-02639 SBA
Declaration of Mitchell P. Brook in Support of
Plaintiff's Motion for Preliminary Injunction

1 | consumer instant messaging service…." (Exhibit C.) Microsoft claims that Windows Live
2 | Messenger is used "by more than 240 million active accounts each month." (*Id.*)
3 |       6.    Attached hereto as Exhibit D is a true and correct copy of a screen print from
4 | Wikipedia, printed on June 4, 2007 by my office, noting Microsoft's shift from MSN Messenger
5 | to Windows Live Messenger. According to Microsoft, the **i'm** promotional campaign is a
6 | component of MSN's Window Live Messenger. (*See* www.msn.com).
7 |       7.    Microsoft represents that MSN attracts 465 million users to its site per month. (*See*
8 | Exhibit E, p. 3). Attached hereto as Exhibit E is a true and correct copy of a "PressPass-
9 | Information for Journalists" from Microsoft, announcing the launch of Windows Live Messenger,
10 | also found at http://www.microsoft.com/presspass/press/2006/jun06/06-19LiveEraPR.mspx).
11 |       8.    The "**i'm** Messenger" link is displayed on the home page at msn.com. (*See*
12 | www.msn.com). Microsoft touts Windows Live Messenger (of which **i'm** appears to be a
13 | component), as:

> the next generation of MSN® Messenger, the world's most widely used instant messaging service. Windows Live Messenger goes beyond text IM to help people connect and share with voice, video and more. It also acts as a window to the Internet, connecting people to their e-mail, blogs, search and other Windows Live services with one click of the mouse.

17 | (Exhibit E, p. 2).
18 |       9.    In June 2007, my office located a press release on Microsoft's website reporting
19 | that Microsoft was acquiring aQuantive, Inc., described as "the parent company of one of the
20 | industry's most successful families of digital marketing service and technology companies."
21 | Attached hereto as Exhibit F is a true and correct copy of that press release, dated May 18, 2007,
22 | printed from Microsoft's website. According to the press release, Microsoft's acquisition
23 | "enhanc[ed] [Microsoft's] world-class advertising platforms and service beyond its current
24 | capabilities," and "provide[d] Microsoft increased depth in building and supporting next
25 | generation advertising solutions and environments such as cross media planning, video-on-
26 | demand and IPTV." (*Id.*)
27 |       10.    As part of my investigation into Microsoft's use of the **I'M** mark, I have monitored
28 | and run searches on Google, MSN and other search engines to see the "hits" or search results

3    Case No. C 07-02639 SBA
Declaration of Mitchell P. Brook in Support of
Plaintiff's Motion for Preliminary Injunction

generated by the term "I'M."  I conducted a Google search on May 31, 2007.  A true and correct copy of the screen print of the results of that search is attached hereto as Exhibit G.  Because I was monitoring Google's placement of the **I'M** mark, I noticed that the Microsoft-sponsored advertisement on the right hand side appeared after the date Instant Media asked Microsoft to cease and desist from using the **I'M** mark.  Microsoft must have "bought" or paid Google for the "I'M" keyword.  Thus, every time someone clicks on the ad, Google will likely bill Microsoft for the bid amount.  Also at Exhibit G you can see that Instant Media's search result ("**I'M** Instant Media") appears as the fourth search result, behind Microsoft's two entries (and the one paid advertisement on the right).

11. Instant Media has asked Microsoft to cease use of the **I'M** designation.  Microsoft has refused.  I have had personal communications with Microsoft's counsel concerning such request and refusal.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of June, 2007 at San Diego, California.

By:   /s/ Mitchell P. Brook
      Mitchell P. Brook

101008589

4     Case No. C 07-02639 SBA
Declaration of Mitchell P. Brook in Support of
Plaintiff's Motion for Preliminary Injunction