# EXHIBIT "B"

# 'I'm' Making a Difference & So Can You

**By Jody Brannon, Inside MSN Editor**



*Mar. 21, 2007*

Earlier this month, Tony of Amarillo, Texas, took us to task, writing, "Several suggestions have been submitted and nothing has been done. So, now what? Why bother?"

Well, Tony, teams throughout Microsoft are acting on dozens of suggestions, though sometimes they take longer to take shape than any of us would like.

Among the most common letters we receive are from people wanting to read about individuals making a difference in the world. An example of one Microsoft team that quickly sprang into action to do just that is the Windows Live Messenger group. Its i'm initiative allows users of the latest version to choose one of nine organizations worthy causes to receive a contribution each time they have an instant message conversation.

Since the i'm campaign launched March 1, thousands of Windows Live Messenger users have joined. In downloading the application, they select which group they'd like to benefit. That process creates an i'm icon in line with their name. That little symbol means he or she spurs a Microsoft donation with each instant message conversation.

Nine of the world's most effective organizations dedicated to social causes are participating in this campaign; each is guaranteed to receive at least $100,000 from a portion of advertising revenue.

No cap has been set on the amount to be donated, so if you participate you can choose to give to any of these groups: American Red Cross, Boys & Girls Clubs of America, National AIDS Fund, National Multiple Sclerosis Society, ninemillion.org; Sierra Club; stopglobalwarming.org; Susan B. Komen for the Cure; or the U.S. Fund for UNICEF. You can even redirect your giving between groups by changing your settings.

The organizations are thrilled to be involved in the program. "Instant Messaging is a great way to keep in touch with friends and family," says Kristine Templin of the American Red Cross, "and now with the i'm initiative people can also touch the lives of those in need in communities across the country."

Among my 49 Windows Live Messenger contacts, 13 are participating so far -- and making a difference to their organizations of choice (mine is Komen for the Cure) each time they start a conversation with me. Last week's quick question showed that 42 percent of MSN readers who voted use IM daily. That made me recall December's discussion on what to call the holiday season, in which many users more broadly spoke about making a difference, year-round.

Jim, of Fairfield Bay, Ark., urged more coverage of "regular people doing good things;" Cincinnati resident Rocco wanted "more human interest stories, such as ordinary people beating the odds or people giving back to their communities;" and Toni of Bradford, Pa., emphasized the importance of "caring about people ... and helping each other."

Using Windows Live Messenger is a direct way you can show you care about people and helping  others, while engaging in an efficient means of communicating. You can download Windows Live Messenger 8.1 and start giving right away.

Additionally, the i'm initiative shows that we're rolling out things that you ask for. We

## We want to hear from

Tell us what you think about MSN. Sub published and edited. We cannot provi response to your comments.

**Subject title**

**Your input or letter**

**First name**

**City and state or country**

By sending your comments, you are a Microsoft Service Agreement.

Send

MSN Privacy | Questions?

can't do them all, but keep the suggestions coming by sending a letter now.

**More feedback options**

- Specific MSN channels & sections
- Hotmail
- MSN Services & Support
- MSNBC 'contact us' page