# EXHIBIT "C"

Quick Links | Home | Worldwide

Search Microsoft.com for: _____ Go

**Microsoft**

**PressPass - Information for Journalists**

| PR Contacts | Fast Facts About Microsoft | Site Map | Advanced Search | RSS Feeds

PressPass Home

**Microsoft News**
Product News
Consumer News
International Contacts
Legal News
Security & Privacy News
Events
News Archive

**Corporate Information**
Microsoft Executives
Fast Facts About Microsoft
Image Gallery
Broadcast Room

**Related Sites**
Analyst Relations
Community Affairs
Essays on Technology
Executive E-Mail
Global Citizenship
Investor Relations
Microsoft Research





## Windows Live Messenger

Windows Live Messenger, the next version of MSN Messenger, is the world's largest easy-to-use consumer instant messaging service that allows people to connect with others in real time, expressing themselves in a rich, convenient and fun way.

**June 2006**

Windows Live™ Messenger, the next version of MSN® Messenger, is the world's largest easy-to-use consumer instant messaging (IM) service that allows people to connect with others in real time, expressing themselves in a rich, convenient and fun way. The name is new, but users will still be able to enjoy features they love, such as their contact list and emoticons, plus they will be able to experience all the new things that Windows Live Messenger has to offer. Windows Live Messenger is free to download and is available in 26 languages and is used in more than 60 countries[1] by more than 240 million active accounts each month.

**Related Links**

**Newsroom:**
* MSN and Windows Live News on PressPass

While Windows Live Messenger users can enjoy text instant messaging, they can also take messaging to a new level and easily have full-screen rich video conversations with people on their contact list, call their friends on their PC or phone, and share personal files instantly with those who matter most to them. Windows Live Messenger features tight integration with other Windows Live and MSN communication services including Windows Live Mail, MSN Hotmail® and MSN Spaces, further allowing people to unify their online world. The Windows Live Contacts and the unified contact list exemplifies this tight integration, giving users the ability to manage a global address book across Windows Live services and still see all their contacts on a single contact list within Windows Live Messenger — even their e-mail-only contacts.

**Your Message Delivered Your Way: Text, Call or Video Chat**

Users can stay closer than ever to their friends and family by seeing and talking with them through Windows Live Messenger:

* **Video call.** The free synchronized audio and video service in Windows Live Messenger, powered by Logitech, allows users to view and talk to their friends through their PCs in a fully integrated fashion in full-screen video with one push of a button.[2] When conducting a video conversation, users have the choice of using full-screen video mode for a face-face experience or having their video embedded in their Windows Live Messenger conversation window so they can simultaneously continue using the other features of Messenger such as text messaging or shared search, or sharing files or pictures with others. Also, users can now see MSN Video rotations at the bottom of their Messenger window and can click on the video to view more.[2]

* **Audio conversation.** With Windows Live Messenger, users can talk online with friends on their contact list, worldwide, for no charge. In addition, with the new Windows Live Call feature and the Verizon Web calling service, Windows Live Messenger users can place Internet calls to their friends on their land line or cell phone numbers at affordable rates.[3]

* **Cordless phones and webcams designed exclusively for Windows Live Messenger.** Uniden Corp. and Philips recently introduced phones that make the Windows Live Call feature for Windows Live Messenger available through a convenient and familiar consumer handset

experience, which can be used to make land-line and Internet phone calls from anywhere in the home, even while away from the PC. Motorola also recently announced that it will be retailing phones later this year. The Windows Live services group announced earlier this week webcams that are optimized for use with Windows Live Messenger. The first of these webcams, the Microsoft LifeCam VX-6000 and Microsoft LifeCam VX-3000, contain several groundbreaking features designed to streamline people's digital communications experience.

- **Voice Clip.** The new Voice Clip feature lets users record short audio snippets and send them to their contact via Windows Live Messenger.

**Easy Messaging: Reach Who You Want or What You Want, When You Want**

Consumers can now instantly connect with others in more ways with Windows Live Messenger:

- **Sharing Folders.** With the new, intuitive user interface in Windows Live Messenger, customers can more easily share their files and personal photos with family, friends and colleagues on their Messenger contact list. Any changes made to the files are synchronized with the other user's folder using peer-to-peer sharing. If sharing takes place while one person is offline, they will see that the folder was updated the next time they log in.

- **Windows Live Contacts.** Windows Live Contacts in Windows Live Messenger allows users to decide who they want to keep updated — their friends, family or others — with current contact information automatically and allows users to keep up to date on their contacts as well. This tool will be integrated across Windows Live Messenger, Windows Live Mail and MSN Spaces.

- **Unified contacts.** Users now have the ability to see all their contacts — even their e-mail-only contacts — with their unified contact list accessible through Windows Live Messenger. Some new contacts features include these:

- **Include more contacts.** Users can now have up to 600 Messenger contacts (as well as their other unified, non-Messenger contacts) in their list. Contacts in a user's Windows Live Mail or Hotmail Address Book will also be added to the Messenger contact list for easy access.

- **Search contacts.** Users can use the word wheel to type in the name of the person they are trying to find in the contact list. The word wheel then takes them directly to that contact.

- **Sort contacts by updated MSN Spaces.** Users can choose to sort their contacts by the "gleam" (a symbol that appears next to a contact's name indicating that their space has been updated), in addition to traditional sorting by group, status or availability.

- **Nickname contacts.** Users can control the names of their contacts in their list by giving them nicknames.

- **Windows Live Mail and Hotmail integration.** Windows Live Messenger is closely connected with Windows Live Mail and MSN Hotmail to allow people to easily use the services seamlessly. If a Messenger contact is offline, users can choose to send the contact an e-mail directly from Messenger. Alternatively, when users receive an e-mail message, they can choose to respond through Windows Live Messenger and have an immediate, real-time conversation with their contact. People also can use Windows Live Contacts to manage rich, detailed information about Windows Live Messenger and Windows Live Mail contacts all in one place.

- **MSN Search.** A Windows Live Messenger session does not need to stop when one of the participants wants to conduct an online search for a word, phrase or product that comes up during a conversation. Windows Live Messenger includes a Shared Search button in the search window that enables users to search topics together, as well as to highlight and right-click on text in their message to instantly run a search during a conversation. In addition, users can directly access MSN Search and select from a number of vertical search options via the main Contact window.

- **Offline instant messages.** With offline IM, customers who are not signed in will not miss any messages from their contacts. Users can now send instant messages to their offline contacts,

who will receive them the next time they sign in.

- **Windows Live for mobile messaging.** Windows Live Messenger supports several mobile messaging scenarios, such as sending messages from Windows Live Messenger to virtually any mobile phone number even if the recipient doesn't have a Windows Live Messenger account[4] or receiving messages sent from mobile devices to Windows Live Messenger. These options help Windows Live Messenger users stay only a short message service (SMS) message away from their contacts as long as they have their mobile device.

- **MSN Web Messenger.** People can still easily connect with their friends and family via Windows Live Messenger from virtually any computer with an Internet connection — even if the computer doesn't have Messenger installed — through MSN Web Messenger (http://webmessenger.msn.com).

- **User control of status.** Users can set their status before they sign in or at any time while they're signed in, so they can control how their contacts view their online presence. Users can sign in and send messages while appearing offline, so they won't be interrupted if they do not want to be.

- **Photoswap.** Users can share personal photos or files directly with one or many of their friends and family on their contact list during a conversation. Slide shows also can be used to share photos and video; recipients can control the slide show and download photos from it.

**Your Messenger Delivered Your Way**

People can bring their online personalities to life and easily express themselves with Windows Live Messenger:

- **Theme packs.** Users can add personality to Windows Live Messenger sessions by applying a theme to the instant messaging conversation window with rich free and paid content. Theme packs can include interactive background images, Dynamic Display Pictures, emoticons and Winks to personalize their Windows Live Messenger experience in just a few clicks.

- **Winks and other customized content.** The Winks feature in Windows Live Messenger gives users a fun way to punctuate their conversations. Sending a Wink to a contact launches an animated image-sound combination that pops to the front of the IM window, plays and then fades into the background. Windows Live Messenger also includes Dynamic Display Pictures, which allow the use of customization tools for creating an image that expresses individuality. Users also can select an image that reflects their frame of mind. Windows Live Messenger users can choose from a selection of rich, free content or get premium content including Winks, Dynamic Display Pictures, backgrounds and emoticons for a small fee.

- **Personal user interface.** Windows Live Messenger users now can customize and choose their own color for their background quickly and easily and display a personal message alongside their Messenger "friendly name" and status message. The user can choose to display either a personal message or the song he or she currently is enjoying.

- **Personal music message.** The new Music Personal Message enables users to share information about the song they are listening to through Windows Media® Player or an iTunes player.

**More Than Your Average Instant Messaging Service**

Windows Live Messenger takes instant messaging to the next level with informative, helpful and entertaining features including these:

- **Alerts.** Users can receive important messages through the Alerts service available in Windows Live Messenger, in Windows Live Mail or on their mobile devices. They choose how and when they receive these messages by specifying their preferences during the easy setup process.

- **Bots.** Bots, or automated interactive applications, are offered through Windows Live

- Messenger, allowing users to easily add them to their contact list. Bots are available 24x7 to engage with users and provide a great tool for users to access information or have fun through the familiar Messenger interface. Users can choose from applications such as Encarta, where they can easily research and access information by "chatting" with the bot in a conversation window.

- **Gameplay.** The MSN Instant Games Clubhouse, now available in 25 countries, is a subscription service[5] offering a range of popular, well-known games. Subscribers can play games in real time with their friends via the Games link in Windows Live Messenger and can invite nonsubscribers to play with them for no additional cost. The Games page also offers free games, which vary by market.

**Enhanced Safety and Security With Windows Live Messenger**

Windows Live Messenger offers a range of security features that give users more control over their privacy, help shield them from spam, and help them protect their children when they are surfing online:

- **Protection against spam and spim.** Windows Live Messenger is set up to help ensure that users receive instant messages only from people whose messages are welcome. Before anyone can send users an instant message, those users must first set the permission level for their contact list. The highly customizable permission levels are Public, Same as your Space and Custom (which features combinations of the above and an individual contact picker). This helps protect users from unwanted messages from strangers and from annoyances such as spam and "spim" (spam via IM).

- **Disabled URL links.** Windows Live Messenger delivers optional security enhancements that help prevent users from accidentally clicking on a Web-site link in a conversation that may pose a risk. Users using Windows Live Messenger will have the option to disable links that are sent to them. Those who opt to use this feature will continue to receive the text of a link in IM but will not be able to click on it directly from the Windows Live Messenger conversation window.

- **File scanning.** People can set up Windows Live Messenger to use their own PC anti-virus software to scan all the files they receive through IM and File Sharing by using the File Transfer Options.

- **Message logging and recall.** Favorite IM conversations can be saved to a personal hard drive with just one click via message logging. Windows Live Messenger also allows people to recall IM conversations if an IM window is closed too early or by accident.

**System Requirements**

- Multimedia PC with 233MHz or faster processor (500MHz processor recommended)
- Microsoft® Windows® XP operating system or later
- Minimum 128 MB of RAM (256 MB recommended)
- Up to 50 MB of hard disk space for installation (15 MB to run)
- Minimum 800x600 screen resolution
- Internet Explorer® browser software version 6.0 Service Pack 1 or later must be installed on computer though it does not need to be default browser.
- Internet functionality requires dial-up or broadband Internet access (provided separately). Local or long-distance charges may apply. (Broadband connection required for video features.)
- Microsoft Passport or Windows Live ID account

[1] Markets with Windows Live Messenger are Argentina, Australia, Austria, Belgium, Belize, Bermuda, Bolivia, Brazil, Canada (English and French), Chile, China, Colombia, Costa Rica, Cuba, Czech Republic, Denmark, Dominican Republic, Ecuador, El Salvador, Finland, France, Germany, Greece, Guatemala, Haiti, Honduras, Hong Kong, Hungary, India, Indonesia, Ireland, Israel, Italy, Jamaica, Japan, Korea, Malaysia, Martinique, Mexico, Netherlands, New Zealand, Nicaragua, Norway, Panama, Paraguay, Peru, Philippines, Poland, Portugal, Puerto Rico, Russia, Singapore, Slovakia, Slovenia, South Africa, Spain, Sweden, Switzerland, Taiwan, Trinidad and Tobago, Turkey, Turks and Caicos Islands, the U.K., Uruguay, the U.S. and Venezuela.

[2] Broadband Internet connection required; service fees may apply. Users must supply their own webcam and microphone.

[3] The Windows Live Call and Verizon Web calling service works for PCs running Windows Live Messenger and Windows XP or later. For a complete list of rates to countries and cities: Step 1) User clicks on call entry point in Messenger. Step 2) User sees the first-run page with a brief marketing message and a "learn more" button. Step 3) User clicks on "learn more" button to go to Verizon marketing page to see rates. Step 4) User purchases minutes and begins enjoying the ability to call friends and family.

[4] Charges may occur from recipient's wireless carrier for receiving or replying to messages.

[5] MSN Instant Games Clubhouse is available in 25 markets: Australia, Austria, Belgium (Dutch), Belgium (French), Brazil, Canada (English and French), Denmark, Finland, France, Germany, Hong Kong, Italy, Korea, Mexico, Netherlands, Norway, Portugal, Spain, Sweden, Switzerland (French and German), Taiwan, the U.K. and the U.S. Each game costs $4.99 (U.S.) per month or $14.99 (U.S.) per year, except chess, which is $3.99 (U.S.) per month or $9.99 (U.S.) per year, and nonsubscribers can play if challenged by a subscriber.

[6] Feature and service based on market availability.

Microsoft, Windows Live, MSN, Hotmail, Windows Media, Windows and Internet Explorer are either registered trademarks or trademarks of Microsoft Corp. in the United States and/or other countries.

The names of actual companies and products mentioned herein may be the trademarks of their respective owners.

↑ Top of page

Printer-Friendly Version   Send This Page   Add to Favorites

Manage Your Profile | Contact Us | Newsletter

© 2007 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement