# EXHIBIT "G"

Case 4:07-cv-02639-SBA   Document 10-5   Filed 06/12/2007   Page 1 of 2

Web   Images   Video   News   Maps   Gmail   more ▼                                        Sign in

Google   [i'm]   Search   Advanced Search / Preferences

**Web**                              Results **1 - 10** of about **758,000,000** for **i'm** [definition]. (**0.19** seconds)

### i'm Home
It's easy to get everyone talking by adding a Windows Live Messenger™
**i'm** button to your Web site or blog, or by displaying it in your e-mail
signature. ...
im.live.com/Messenger/IM/ - 18k - Cached - Similar pages

#### About i'm
**i'm** is a new initiative from Windows Live™ Messenger. Every time
you start a conversation using **i'm**, Microsoft shares a portion of the
program's advertising ...
im.live.com/Messenger/IM/About/ - 16k - Cached - Similar pages

### I'm in
**I'm** in! provides an outrageously fun place to create and coordinate gender based trips &
events. Eventually we plan to expand into other market segments, ...
www.imin.com/ - 11k - Cached - Similar pages

### I'M Instant Media - The Leader in Internet TV
Unlike other video solutions that utilize streaming technologies, **I'M** excels at delivering full-
screen video in DVD or HD quality. **I'M** presents a superior ...
www.im.com/ - 6k - Cached - Similar pages

### I'm Not Obsessed
Easy Navigation: Pages (1323): [1] 2 3 4 » ... Last » © **I'm** Not Obsessed! Inc. Everything on
this site is pure gossip.
www.imnotobsessed.com/ - 49k - Cached - Similar pages

### I'm From Barcelona
**I'm** From Barcelona handlar om att cykla hela dagarna, om vattkoppor och trädkojor och om
sommarnätter som aldrig tar slut.
www.imfrombarcelona.com/ - May 28, 2007 - Similar pages

### i guess i'm floating
Although **I'm** in the pro-Sky Blue Sky camp, his responses to its lack-of-experimentation just
make me want to slap him even more: "I just want to hear ...
iguessimfloating.blogspot.com/ - May 30, 2007 - Similar pages

### I'm The Decider
**I'm** above the law and I'll decide what's right or wrong. I am the egg head, **I'm** the
Commander, **I'm** the Decider Koo-Koo-Kachoo ...
decider.cf.huffingtonpost.com/ - 5k - Cached - Similar pages

### ThinkGeek :: I'm blogging this.
100% cotton black heavyweight t-shirt. "**I'm** blogging this" on the front in white and
"www.oreilly.com" on the back, also in white. ...
www.thinkgeek.com/oreilly/tshirts/5eb7/ - 23k - May 29, 2007 - Cached - Similar pages

### I'm Not There (2007)
**I'm** Not There on IMDb: Movies, TV, Celebs, and more...

Sponsored Links

**Windows Live™ Messenger**
Make every IM count with Microsoft
Windows Live™ Messenger Today!
im.live.com

5/31/07