# EXHIBIT "D"

MSN - Wikipedia, the free encyclopedia
Page 1 of 5
Case 4:07-cv-02639-SBA    Document 10-8    Filed 06/12/2007    Page 2 of 6

# MSN

From Wikipedia, the free encyclopedia
(Redirected from Msn)



**The Microsoft Network**

| URL | http://www.msn.com/ |
|---|---|
| Commercial? | Mixed |
| Type of site | Portal |
| Registration | Optional |
| Owner | Microsoft Corporation |
| Created by | MSN, Microsoft |

**MSN** (short for **Microsoft Network**) is a collection of Internet services provided by Microsoft. Initially released on August 24, 1995, to coincide with the release of Windows 95. The range of services provided has changed significantly since its release. The Hotmail webmail service was amongst the first (as of May 7th, 2007 it is being replaced by Windows Live Hotmail), followed by the instant messenger service MSN Messenger, which has recently been replaced by Windows Live Messenger. According to Alexa.com, MSN.com is currently ranked 2nd amongst all websites for Traffic Rank.[1]

In large part, MSN was rebranded in 2005 to Windows Live, which saw the release of Windows Live Hotmail (previously Windows Live Mail) and Windows Live Messenger. Microsoft overhauled its online software and services in a climate of increasing competition from rivals such as Google, and Yahoo!. The Windows Live brand is currently being rolled out service-by-service, with rebranded services being classed as Beta tests initially. It is anticipated that the MSN service will aim at the personal and family user, whilst Windows Live will be a dedicated search facility for various media.

In the United States, MSN is not only a content provider and search engine, it is additionally an Internet Service Provider. With around 9 million subscribers, MSN is the second largest Internet Service Provider in the United States behind AOL service with about 26.5 million. In other countries, MSN uses underwriters for their services; in the UK, Microsoft use BT group.

The term "MSN" has come to be synonymous with MSN Messenger in Internet slang. To use MSN services, users must have a Windows Live ID account, an account system which allows access to all of the MSN facilities. One can sign-up using any e-mail address, and can then use personalized MSN and Windows Live features requiring the use of a Windows Live ID. These personalized features include My MSN, MSN Hotmail (now Windows Live Hotmail) and the ability to sign into Windows Live Messenger, and the now retired (as from Windows Vista) Windows Messenger. As of 2007, MSN has more than 225 million users.

In 2007 Microsoft plans to set up in Shanghai, China, a research and development center for MSN

MSN - Wikipedia, the free encyclopedia
Case 4:07-cv-02639-SBA    Document 10-8    Filed 06/12/2007    Page 3 of 6
Page 2 of 5

service. It will be the company's first center of such kind situated outside of the United States. Being based in Shanghai's Zizhu Science Park, the research and development center will develop Internet software. Its set up is estimated at $20 million. Microsoft, in the new center, will have a technical support team for its MSN service. In the future, the company hopes MSN Messenger will play an important role in everyday life of Chinese teenagers and young professionals. Several setbacks caused Microsoft to create its own facility for MSN service. One of such setback is the resignation of Luo Chuan, who headed the Windows Live unit in China and who was also responsible for Chinese MSN portal. [2]

# Contents

- 1 History
- 2 MSN Affiliates
- 3 Windows Live
- 4 "The January Effect" - MSN Reborn?
- 5 See also
- 6 References
- 7 External Links

# History

MSN was originally conceived as an online service provider in the vein of America Online, supplying local and proprietary content through an interface that matched that of Windows 95's Windows Explorer.

The MSN group began life in the Advanced Technology Group, headed by Nathan Myhrvold and group was called AT-OLS (Advanced Technologies Online Systems group.



The MSN multi-colored butterfly logo

Following the rapid adoption of the Internet, partly fueled by the built-in IP protocol capabilities of Windows 95, the service was then rebranded in a new "MSN 2.0" incarnation, which combined access to the Internet with web delivered proprietary content.

The new content made extensive use of multimedia and interactive features, including VBScript and early implementations of Macromedia Flash for animations. While the approach was quite unique, the content wasn't easily accessible by users with low-end computers and dial-up connections (high-bandwidth Internet access hadn't yet hit the mainstream). As a result, the service was again rebranded as a more traditional Internet service provider. On February 14, 2000, MSN adopted its current multi-colored "butterfly" logo. [3]

# MSN Affiliates

Microsoft has collaborated with many other service providers, as well as other Microsoft departments to expand the appeal of the Microsoft Network, examples include:

- Microsoft adCenter
- MSN Shopping — affiliated with eBay, Pricegrabber and Shopping.com

MSN - Wikipedia, the free encyclopedia
Case 4:07-cv-02639-SBA   Document 10-8   Filed 06/12/2007   Page 4 of 6
Page 3 of 5

- MSN Encarta encyclopedia with various levels of access to information and cost.

In addition MSN Premium subscribers also receive:

- MSN Firewall and MSN Virus Guard, provided by McAfee
- Webroot Spy Sweeper for MSN

Microsoft has found increasing competition from other service providers, such as Google and Yahoo! The recent launch of Google Earth was shortly followed by a similar offering from MSN. Suffice it to say, MSN, Yahoo! and Google are rapidly expanding the services they offer, and with little difference between them, except personal preference. Similarly, while MSN Premium does offer the use of Firewall, Virus and Spyware programs for free, other broadband providers also offer similar (or identical) services for their subscribers.

# Windows Live

In 2006, the majority of MSN services and software were upgraded and re-branded with the new **Windows Live** name. This is part of Microsoft's strategy to improve its online offerings through better services and software using the Windows brand name. MSN will then become only an online content provider through internet portals such as msn.com (http://www.msn.com/).

Windows Live will use new web technology to offer software-like features and functionality through one's web browser. This is evident with Windows Live Hotmail where a right-click menu can be used and the interface mimics that of Microsoft Outlook. Windows Live also accompanies Office Live which will offer Microsoft Office programs and service through an internet browser.

Completed and speculated name changes:

- MSN Hotmail is now called Windows Live Hotmail,
- MSN Messenger is now called Windows Live Messenger,
- MSN Search is now called Windows Live Search,
- MSN Virtual Earth is now called Microsoft Virtual Earth,
- MSN Mobile will become Windows Live Mobile,
- MSN Spaces are now called Windows Live Spaces, and
- MSN Alerts are now called Windows Live Alerts.

The future status of two current offerings, MSN Explorer and MSN Groups, is not currently public.

New services have been announced, such as Windows Live OneCare Safety Scanner and Windows Live Favorites.

# "The January Effect" - MSN Reborn?

In early 2007, liveside.net reported disappointing results from the Windows Live brand [4], concluding that resulting losses included user alienation, higher running costs and the fact that completely new brand names have caused confusion which is harming the Microsoft online services. It was later announced that MSN will be once-again focused on (however, it is yet to be seen how this affects the Live brand) with a redesign of the network. The MSN Entertainment portal has been recently redesigned

MSN - Wikipedia, the free encyclopedia
Case 4:07-cv-02639-SBA    Document 10-8    Filed 06/12/2007    Page 5 of 6
Page 4 of 5

focusing on content rather than services, said to be the definition of the difference between Windows Live and MSN.

## See also

- List of MSN Services
- List of search engines
- MSN Maps
- MSN Chat
- MSN Groups
- MSN Video
- NineMSN
- MSNBC
- Microsoft
- Soapbox on MSN Video

*Microsoft Portal*

## References

1. ^ Alexa - Related info for: MSN.com (http://www.alexa.com/data/details/main?url=MSN.com). Retrieved on 2006-10-12.
2. ^ Microsoft's Research and Development Center in China (http://www.gadget4boys.com/index.php?page=articles&catid=3&id=21)
3. ^ Microsoft Corporation (2000-02-14). *New Microsoft Ad Campaign Encourages People to Experience The Everyday Web on MSN. Now MSN has grown inevitably as new services have been added on. And that is why MSN is cool. (http://www.microsoft.com/presspass/press/2000/Feb00/AdCampaignPR.mspx)*. Press release.
4. ^ MSN Revival - The January Effect (http://www.liveside.net/blogs/main/archive/2007/01/28/msn-revival-the-january-effect.aspx). Liveside.net (2007-28-01). Retrieved on 2007-03-03.

## External Links

- MSN.com (http://msn.com/) PC/Mac Site
- MSN.mobi (http://msn.mobi/device/en-us) Mobile Site

| MSN Services and Tools | [hide] |
|---|---|
| **Web Services**: Hotmail • Groups • Music • Money • Shopping • Games • Search • more... | |
| **System applications**: MSN Explorer • MSN Messenger • MSN TV | |
| **Other**: MSN Mobile • MSN Encarta • Microsoft adCenter | |
| **Removed Services**: MSN Chat | |

Retrieved from "http://en.wikipedia.org/wiki/MSN"

Categories: Internet properties established in 1995 | Internet service providers of the United States | Microsoft subsidiaries | Web portals | Hotmail | On-line chat | MSN | Internet

- This page was last modified 20:47, 11 June 2007.

- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.