Justin L. Allamano, State Bar No. 229764
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, California 94105-1582

Mitchell P. Brook, State Bar No. 172105
Jeffrey D. Wexler, State Bar No. 132256
Andrea M. Kimball, State Bar No. 196485
Michael J. Mancuso, State Bar No. 228669
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Del Mar Gateway, 11988 El Camino Real, Suite 200
San Diego, California 92130-2594
Telephone No.: 858.720.6300
Fax No.: 858.720.6306
E-Mail:   jallamano@luce.com
          mbrook@luce.com
          jwexler@luce.com
          akimball@luce.com
          mmancuso@luce.com

Attorneys for Instant Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. C 07-02639 SBA<br><br>**DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF PLAINTIFF INSTANT MEDIA'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   July 17, 2007<br>Time:  1:00 p.m.<br>Ctrm.:  3<br><br>The Honorable Saundra Brown Armstrong, District Judge |

1

Case No. C 07-02639 SBA
Declaration of Jeffrey D. Wexler in Support of
Plaintiff's Motion for Preliminary Injunction

I, Jeffrey D. Wexler, declare and state as follows:

1. I am a partner with the law firm of Luce, Forward, Hamilton & Scripps LLP, counsel for plaintiff Instant Media, Inc. in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. I have MSN Messenger version 7.5 installed on my office computer.

3. Whenever I turn my office computer on, it automatically signs me on to MSN Messenger. Upon signing on, MSN Messenger opens two windows: (1) the MSN Messenger window, a true and correct copy of a screen shot of which is attached hereto as Exhibit A; and (2) the MSN Today window, a true and correct copy of a screen shot of which is attached hereto as Exhibit B.

4. I am also able to sign on to MSN Messenger by clicking an icon on my computer's toolbar or by starting the program from the program list. Doing so takes me to the MSN Messenger window (Exhibit A hereto).

5. At the bottom of the MSN Messenger window (Exhibit A hereto) is a box including the phrase "i'm MAKING A DIFFERENCE," the words "LEARN HOW," and the Windows logo above the words "Windows Live Messenger" (the "**i'm** Advertisement"). (At other times during the day, advertisements other than the **i'm** Advertisement appear at the bottom of the MSN Messenger window.) Along the left side of the MSN Messenger window is a tab bearing the mark **i'm** (the "i'm Tab").

6. Clicking on the **i'm** Advertisement link on the MSN Messenger window (Exhibit A hereto) takes me to another web page, the URL of which is http://im.live.com/Messenger/IM/Home/?source=banner_WLM_generictagline (the "**i'm** Home Page"). According to the Internet Explorer description of the **i'm** Home Page appearing in the upper left hand corner of that Page, that Page is named "i'm MAKING A DIFFERENCE." Attached hereto as Exhibit C is a true and correct copy of a screen shot of the **i'm** Home Page.

7. Clicking on the **i'm** Tab on the MSN Messenger window (Exhibit A hereto) takes me to another window within MSN Messenger, which bears the headline "i'm MAKING A

2    Case No. C 07-02639 SBA
Declaration of Jeffrey D. Wexler in Support of
Plaintiff's Motion for Preliminary Injunction

1  DIFFERENCE WITHOUT MAKING A SACRIFICE."  Attached hereto as Exhibit D is a true and
2  correct copy of a screen shot of this web page

3       8.     On the right hand side of the MSN Today window (Exhibit B hereto) is a link
4  bearing the term **i'm** next to the phrase "Start making a difference in the world today" (the "**i'm**
5  Link").

6       9.     Clicking on the **i'm** Link on the MSN Today window (Exhibit B hereto) takes me
7  to the **i'm** Home Page (Exhibit C hereto).

8      10.    Attached hereto as Exhibit E is a true and correct copy of a June 11, 2007 screen
9  shot of a printout of the top two screens from www.alexa.com listing the most popular websites in
10 the United States.  This information may be accessed at
11 http://www.alexa.com/site/ds/top_sites?cc=US&ts_mode=country&lang=none.

12     11.    Attached hereto as Exhibit F is a true and correct copy of a June 11, 2007 screen
13 shot of a printout from www.alexa.com providing information concerning msn.com.  This
14 information may be accessed at
15 http://www.alexa.com/data/details/traffic_details?q=&url=msn.com.

16     12.    Attached hereto as Exhibit G is a true and correct copy of a June 11, 2007 screen
17 shot of a printout from www.alexa.com providing information concerning live.com.  This
18 information may be accessed at
19 http://www.alexa.com/data/details/traffic_details?q=&url=live.com.

20     I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th
21 day of June, 2007 at Los Angeles, California.

By: _____
Jeffrey D. Wexler

101011111.1

3                        Case No. C 07-02639 SBA
Declaration of Jeffrey D. Wexler in Support of
Plaintiff's Motion for Preliminary Injunction