# Exhibit F







