# Exhibit G







