Justin L. Allamano, State Bar No. 229764
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, California 94105-1582

Mitchell P. Brook, State Bar No. 172105
Jeffrey D. Wexler, State Bar No. 132256
Andrea M. Kimball, State Bar No. 196485
Michael J. Mancuso, State Bar No. 228669
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Del Mar Gateway, 11988 El Camino Real, Suite 200
San Diego, California 92130-2594
Telephone No.: 858.720.6300
Fax No.: 858.720.6306
E-Mail:  jallamano@luce.com
         mbrook@luce.com
         jwexler@luce.com
         akimball@luce.com
         mmancuso@luce.com

Attorneys for Instant Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. C 07-02639 SBA<br><br>**PROOF OF PERSONAL SERVICE RE PLAINTIFF INSTANT MEDIA'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  July 17, 2007<br>Time:  1:00 p.m.<br>Ctrm.:  3<br><br>The Honorable Saundra Brown Armstrong, District Judge |

## PROOF OF SERVICE HAND DELIVERY

I, **ANTONIO ORTA**, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 601 S. Figueroa, Suite 3900, Los Angeles, California 90017. I am over the age of eighteen years, and am not a party to this action.

On June 12, 2007, I served the following documents:

**PLAINTIFF INSTANT MEDIA, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES;**

**DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF PLAINTIFF MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF ANDREW LEAK IN SUPPORT OF PLAINTIFF MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF MITCHELL P. BROOK IN SUPPORT OF PLAINTIFF MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION;**

**[PROPOSED] ORDER GRANTING PLAINTIFF MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

by delivering a true copy thereof to the following:

**Suzanne Wilson, Esq.**
**Catherine Rowland, Esq.**
**Charles Cavanagh**
**Arnold & Porter LLP**
**777 So. Figueroa St., Ste. 4400**
**Los Angeles, CA  90017-5844**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Los Angeles, California on June 12, 2007.

_____
ANTONIO ORTA

201001270.1