1  Justin L. Allamano, State Bar No. 229764
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II
   121 Spear St., Suite 200
3  San Francisco, California 94105-1582

4  Mitchell P. Brook, State Bar No. 172105
   Jeffrey D. Wexler, State Bar No. 132256
5  Andrea M. Kimball, State Bar No. 196485
   Michael J. Mancuso, State Bar No. 228669
6  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   11988 El Camino Real, Suite 200
7  San Diego, California 92130-2594
   Telephone No.: 858.720.6300
8  Fax No.: 858.720.6306
   E-Mail:   jallamano@luce.com
9            mbrook@luce.com
             jwexler@luce.com
10           akimball@luce.com
             mmancuso@luce.com
11
   Attorneys for Instant Media, Inc.
12

13
                    UNITED STATES DISTRICT COURT
14
                  OAKLAND DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17 | INSTANT MEDIA, INC.,           | Case No. C 07-02639 SBA

18 |                                | **PLAINTIFF INSTANT MEDIA, INC.'S
   |        Plaintiff,              | NOTICE OF RESCHEDULING HEARING ON
19 |                                | MOTION FOR PRELIMINARY INJUNCTION**
   | v.
20 |                                | Date:  September 11, 2007
   | MICROSOFT CORPORATION,         | Time:  1:00 p.m.
21 |                                | Ctrm.: 3
   |        Defendant.
22 |                                | The Honorable Saundra Brown Armstrong, District Judge

23

24

25

26

27

28

1  **TO DEFENDANT MICROSOFT CORPORATION**:

2  PLEASE TAKE NOTICE that the hearing on the motion of plaintiff Instant Media, Inc. ("Instant Media") for a preliminary injunction to enjoin defendant Microsoft Corporation and its subsidiaries, associates, agents, servants, employees, officers, directors, representatives, successors, assigns, and attorneys, as well as any person in active concert or participation with them or any related company embraced within the definition thereof contained in 15 U.S.C. § 1127 with notice of the Order, from, during the pendency of this action, using the name or designation **I'M** or **i'm**, or any user icon using either such name or designation, in connection with the sale, offering for sale, promotion, distribution, or advertising of any goods or services, including any online promotional campaigns for others, or client software or other software that can be used for reception of communications or data via the Internet, or any related consumer merchandise, originally scheduled for July 17, 2007, has been renoticed at the Court's request for September 11, 2007, the first available date on the Court's calendar.

Instant Media plans to file a motion to shorten time pursuant to Local Rule 6-3 on the ground that it will suffer irreparable injury in the event that its motion for preliminary injunction is not heard until September 11, 2007.

DATED: June 14, 2007         LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By:      /s/ Jeffrey D. Wexler
         Jeffrey D. Wexler
         Attorneys for Plaintiff Instant Media, Inc.

201001487.1