Justin L. Allamano, State Bar No. 229764
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear St., Suite 200
San Francisco, California 94105-1582

Mitchell P. Brook, State Bar No. 172105
Jeffrey D. Wexler, State Bar No. 132256
Andrea M. Kimball, State Bar No. 196485
Michael J. Mancuso, State Bar No. 228669
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
11988 El Camino Real, Suite 200
San Diego, California 92130-2594
Telephone No.: 858.720.6300
Fax No.: 858.720.6306
E-Mail:   jallamano@luce.com
          mbrook@luce.com
          jwexler@luce.com
          akimball@luce.com
          mmancuso@luce.com

Attorneys for Instant Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>         Defendant. | Case No. C 07-02639 SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF INSTANT MEDIA INC.'S MOTION TO SHORTEN TIME ON MOTION FOR PRELIMINARY INJUNCTION [DOCKET 8]**<br><br>The Honorable Saundra Brown Armstrong, District Judge |

1  After consideration of the papers in support of the motion of plaintiff Instant Media, Inc.
2  ("Instant Media") to shorten time on its motion for a preliminary injunction against defendant
3  Microsoft Corporation ("Microsoft") [Docket 8] (the "Preliminary Injunction Motion") and any
4  papers filed by Microsoft in response thereto, and GOOD CAUSE BEING FOUND, it is hereby
5  ORDERED that:
6      (1)    the Preliminary Injunction Motion, currently scheduled for hearing
7  at 1:00 p.m. on September 11, 2007, shall be heard at _____ on _____,
8  2007.

10  DATED: _____, 2007

11                                                    The Honorable Saundra Brown Armstrong
                                                  United States District Judge

14  201001597.1