Justin L. Allamano, State Bar No. 229764
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, California 94105-1582

Mitchell P. Brook, State Bar No. 172105
Jeffrey D. Wexler, State Bar No. 132256
Andrea M. Kimball, State Bar No. 196485
Michael J. Mancuso, State Bar No. 228669
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Del Mar Gateway, 11988 El Camino Real, Suite 200
San Diego, California 92130-2594
Telephone No.: 858.720.6300
Fax No.: 858.720.6306
E-Mail:   jallamano@luce.com
          mbrook@luce.com
          jwexler@luce.com
          akimball@luce.com
          mmancuso@luce.com

Attorneys for Instant Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | Case No. C 07-02639 SBA<br><br>**PROOF OF ELECTRONIC SERVICE RE PLAINTIFF INSTANT MEDIA'S MOTION TO SHORTEN TIME ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>The Honorable Saundra Brown Armstrong, District Judge |

**PROOF OF ELECTRONIC SERVICE**

I, Jeffrey D. Wexler, declare as follows:

I am an attorney at the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 601 South Figueroa, Suite 3900, Los Angeles, California 90017.  I am over the age of eighteen years, and am not a party to this action.

On June 18, 2007, I served the following on the interested parties in this action by:

 **X**     **ELECTRONIC MAIL:** I caused a copy of such document(s) to be sent via electronic mail transmission to the party(ies) stated below and was transmitted without error.

**PLAINTIFF INSTANT MEDIA, INC.'S MOTION TO SHORTEN TIME ON MOTION FOR PRELIMINARY INJUNCTION [DOCKET 8]; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JEFFREY D. WEXLER**

**[PROPOSED] ORDER GRANTING PLAINTIFF INSTANT MEDIA, INC.'S MOTION TO SHORTEN TIME ON MOTION FOR PRELIMINARY INJUNCTION**

**Suzanne Wilson, Esq.**
**Catherine Rowland, Esq.**
**Charles Cavanagh**
**Arnold & Porter LLP**
**777 So. Figueroa St., Ste. 4400**
**Los Angeles, CA  90017-5844**
Suzanne_Wilson@aporter.com
Catherine_Rowland@aporter.com
Charles_Cavanagh@aporter.com

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California on June 18, 2007.

    /s/ Jeffrey D. Wexler
        JEFFREY D. WEXLER

201001618.1