1   ARNOLD & PORTER LLP
    Suzanne V. Wilson (State Bar #152399); suzanne_wilson@aporter.com
2   Charles C. Cavanagh (State Bar #198468); charles_cavanagh@aporter.com
    Elizabeth G. Frank (State Bar # 245676); elizabeth_frank@aporter.com
3   777 South Figueroa Street, 44th Floor
    Los Angeles, California  90017-5844
4   Telephone:  (213) 243-4000
    Facsimile:  (213) 243-4199
5

6   *Attorneys for Defendant Microsoft Corporation*

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12  INSTANT MEDIA, a Delaware corporation,  )   Case No. CV 07-02639 SBA
                                            )
13                          Plaintiff,      )
                                            )   **DEFENDANT MICROSOFT
14          v.                              )   CORPORATION'S STATEMENT OF NON-
                                            )   OPPOSITION TO PLAINTIFF INSTANT
15  MICROSOFT CORPORATION, a                )   MEDIA, INC.'S MOTION TO SHORTEN TIME
    Washington corporation,                 )   [DOCKET 15]
16                                          )
                            Defendants.     )
17                                          )   Judge:  Hon. Saundra Brown Armstrong
                                            )
18                                          )
                                            )
19

20

21

22

23

24

25

26

27

28

---

**MICROSOFT CORPORATION'S STATEMENT OF NON-OPPOSITION TO MOTION TO SHORTEN TIME**

1    Pursuant to Civil L.R. 6-3(c) and 7-3(b), defendant Microsoft Corporation ("Microsoft")

2    submits this statement of non-opposition to the motion of plaintiff Instant Media, Inc. ("Plaintiff")

3    to shorten the time for hearing Plaintiff's motion for a preliminary injunction, provided that that

4    motion is set for hearing no earlier than July 24, 2007, and that Microsoft's opposition to the motion

5    be due no earlier than July 3, 2007.[1]

6    Microsoft's non-opposition to Plaintiff's motion to shorten time is not a concession or

7    acknowledgement that good cause exists for the motion to shorten time, that Plaintiff's motion for a

8    preliminary injunction has any evidentiary or legal basis, that Plaintiff's motion is urgent, or that

9    Plaintiff will suffer irreparable harm -- or any harm -- if its motion for a preliminary injunction is

10   not heard until September 11, 2007.  Microsoft specifically denies that it has engaged in any

11   conduct that infringes on Plaintiff's rights or that Plaintiff has suffered any harm as a result of any

12   act of Microsoft.

13

14   Dated:  June 21, 2007            ARNOLD & PORTER LLP

15

16                           By: _Suzanne Wilson_____

17                               Suzanne V. Wilson
                                 *Attorneys for Defendant Microsoft Corporation*
18

19   436999

20

21

22

23

24   [1] As referenced in Paragraph 9 of the Declaration of Jeffrey Wexler filed in support of Plaintiff's
     motion to shorten time, Microsoft had previously requested that Plaintiff continue the hearing on its
25   motion for a preliminary injunction from July 17, 2004 to July 24, 2004.  Microsoft's request was
     based on the fact that Plaintiff had not provided sufficient notice of its motion to have it heard on
26   July 17.  Plaintiff did not serve the motion on Microsoft's counsel until approximately 6:20 p.m. on
     June 12, 2007, well after the close of business.  Accordingly, Microsoft's counsel wrote to
27   Plaintiff's counsel requesting that Plaintiff agree to move the hearing date to July 24, 2007.
     Plaintiff ignored Microsoft's request until this Court required that Plaintiff provide notice that the
28   hearing date had been continued to September 11, 2007.

- 1 -
**MICROSOFT CORPORATION'S STATEMENT OF NON-OPPOSITION TO MOTION TO SHORTEN TIME**

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                                     )   ss

COUNTY OF LOS ANGELES    )

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

       On **June 21, 2007**, I served the foregoing document described as:

**DEFENDANT MICROSOFT CORPORATION'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF INSTANT MEDIA, INC.'S MOTION TO SHORTEN TIME  [DOCKET 15]**

    ☒     by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

    ☒     **BY PERSONAL SERVICE**  I caused such envelope to be delivered by hand to the office of the addressee.  Executed on **June 21, 2007** at Los Angeles, California.

    ☒     **BY ELECTRONIC MAIL**  I caused the above-referenced document to be transmitted by e-mail, and said transmissions were reported  as complete and without error. Executed on **June 21, 2007**, at Los Angeles, California.

    ☒     **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Pamela J. Tanigawa_
Pamela J. Tanigawa

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SERVICE LIST
*Instant Media, Inc. v. Microsoft Corporation*
U.S.D.C. Case No. C 07-02639 SBA

***VIA PERSONAL SERVICE***
Jeffrey D. Wexler
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, CA 90017
Telephone:  (213) 892-4992
Facsimile:   (213) 892-7731
Email:  jwexler@luce.com

***VIA ELECTRONIC MAIL***
Justin L. Allamano
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
Telephone:  (415) 356-4600
Facsimile:   (415) 356-4610
Email:  jallamano@luce.com

***VIA ELECTRONIC MAIL***
Mitchell P. Brook
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
11988 El Camino Real, Suite 200
San Diego, CA  92130-2594
Telephone:  (858) 720-6300
Facsimile:   (858) 720-6306
Email:  mbrook@luce.com

PROOF OF SERVICE