1  ARNOLD & PORTER LLP
   Suzanne V. Wilson (State Bar #152399); suzanne_wilson@aporter.com
2  Charles C. Cavanagh (State Bar #198468); charles_cavanagh@aporter.com
   Elizabeth G. Frank (State Bar # 245676); elizabeth_frank@aporter.com
3  777 South Figueroa Street, 44th Floor
4  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
5  Facsimile: (213) 243-4199

6  *Attorneys for Defendant Microsoft Corporation*

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 | INSTANT MEDIA, a Delaware corporation, | Case No. CV 07-02639 SBA |
   |---|---|
13 | Plaintiff, | |
14 | v. | **DEFENDANT MICROSOFT CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
15 | MICROSOFT CORPORATION, a Washington corporation, | |
16 | | Judge: Hon. Saundra Brown Armstrong |
17 | Defendants. | |

---

**MICROSOFT CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interested parties to report.

4  Dated: June 21, 2007        ARNOLD & PORTER LLP

By: _____
    Suzanne V. Wilson
    *Attorneys for Defendant Microsoft Corporation*

436999

- 1 -

MICROSOFT CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**PROOF OF SERVICE**

STATE OF CALIFORNIA       )
                          ) ss
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On **June 21, 2007**, I served the foregoing document described as:

**DEFENDANT MICROSOFT CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☒  by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒  **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee. Executed on **June 21, 2007** at Los Angeles, California.

☒  **BY ELECTRONIC MAIL** I caused the above-referenced document to be transmitted by e-mail, and said transmissions were reported as complete and without error. Executed on **June 21, 2007**, at Los Angeles, California.

☒  **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Pamela J. Tanigawa*
Pamela J. Tanigawa

SERVICE LIST
*Instant Media, Inc. v. Microsoft Corporation*
U.S.D.C. Case No. C 07-02639 SBA

***VIA PERSONAL SERVICE***

Jeffrey D. Wexler
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 892-4992
Facsimile: (213) 892-7731
Email: jwexler@luce.com

***VIA ELECTRONIC MAIL***

Justin L. Allamano
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone: (415) 356-4600
Facsimile: (415) 356-4610
Email: jallamano@luce.com

***VIA ELECTRONIC MAIL***

Mitchell P. Brook
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130-2594
Telephone: (858) 720-6300
Facsimile: (858) 720-6306
Email: mbrook@luce.com