1  ARNOLD & PORTER LLP
   Suzanne V. Wilson (State Bar #152399); suzanne_wilson@aporter.com
2  Charles C. Cavanagh (State Bar #198468); charles_cavanagh@aporter.com
   Elizabeth G. Frank (State Bar #245676); elizabeth_frank@aporter.com
3  777 South Figueroa Street, 44th Floor
4  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
5  Facsimile:  (213) 243-4199

6  *Attorneys for Defendant Microsoft Corporation*

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11 | INSTANT MEDIA, INC.,              ) Case No. C 07-02639 SBA
                                       )
12 |        Plaintiff,                 ) **DEFENDANT MICROSOFT
                                       ) CORPORATION'S ANSWER TO
13 |   v.                              ) PLAINTIFF INSTANT MEDIA,
                                       ) INC.'S COMPLAINT**
14 | MICROSOFT CORPORATION,            )
                                       )
15 |        Defendant.                 )
                                       )
16 |                                   )

17

18         Defendant Microsoft Corporation ("Microsoft"), for its answer to the Complaint

19  filed by plaintiff Instant Media, Inc. ("Plaintiff"), admits, denies and alleges as follows:

20         1.      Microsoft alleges that it is without knowledge or information sufficient to

21  form a belief as to the truth of the allegations contained in paragraph 1 and therefore

22  denies said allegations.

23         2.      Microsoft admits the allegations in paragraph 2.

24         3.      Answering paragraph 3 of the Complaint, Microsoft admits that the

25  Complaint purports to seek damages and injunctive relief and to state claims for

26  trademark infringement, unfair competition, unjust enrichment and misappropriation, but

Microsoft denies that the Complaint alleges facts sufficient to state a claim upon which relief can be granted, whether under the alleged claims or otherwise.

4.  Answering paragraph 4 of the Complaint, Microsoft admits that the Complaint purports to allege claims against Microsoft based on Microsoft's use of the i'm designation and that these claims are purportedly alleged pursuant to the Lanham Act (15 U.S.C. §§ 1051-1127), California Business & Profession Code (including §§ 14335, 17200 *et seq.* and 17500 *et seq.*), and common law.  Except as expressly admitted, alleged, and denied herein, Microsoft denies each and every allegation contained in paragraph 4.

5.  The allegations of paragraph 5 consist of legal contentions that do not require a response.

6.  The allegations of paragraph 6 regarding the statutory basis of venue with regard to the action consist of legal contentions that do not require a response.  As to the remaining allegations, Microsoft denies that it has engaged in any conduct that infringes on Plaintiff's trademarks, but Microsoft admits that it has a place of business in this judicial district.  Except as expressly admitted, alleged, and denied herein, Microsoft denies each and every allegation contained in paragraph 6.

7.  Answering paragraph 7 of the Complaint, Microsoft denies each and every allegation.

8.  In response to the allegations in paragraph 8, Microsoft admits that it does business in the State of California.  The remaining allegations in paragraph 8 consist of legal contentions that do no require a response.  Except as expressly admitted, alleged, and denied herein, Microsoft denies each and every allegation contained in paragraph 8.

9.  The allegations of paragraph 9 consist of legal contentions that do not require a response.

1  10.   In response to the allegations in paragraph 10, Microsoft alleges that it is
2  without knowledge or information sufficient to form a belief as to the truth of the
3  allegations contained in paragraph 10 and therefore denies said allegations.
4  11.   Answering paragraph 11 of the Complaint, Microsoft admits that the
5  records of the United States Patent and Trademark Office ("PTO") indicate that Plaintiff
6  has a registered trademark and several allowed and pending trademark applications.

7  11(a).  Microsoft admits that the records of the PTO reflect that Plaintiff has
8  obtained a trademark registration, Reg. No. 3,149, 552, for the goods and services
9  described therein.

10  11(b).  Microsoft admits the records of the PTO reflect that Plaintiff has
11  filed an application for registration of a trademark, Application No. 78/416,026,
12  for the goods and services described therein.

13  11(c).  Microsoft admits the records of the PTO reflect that Plaintiff has
14  filed an application for registration of a trademark, Application No. 78/919,227,
15  for the goods and services described therein.

16  11(d)   Microsoft admits the records of the PTO reflect that Plaintiff has
17  filed an application for registration of a trademark, Application No. 78/415,999,
18  for the goods and services described therein, and that the application has been
19  allowed.

20  11(e)   Microsoft admits the records of the PTO reflect that Plaintiff has
21  filed an application for registration of a trademark, Application No. 78/772,600,
22  for the goods and services described therein, and that the application has been
23  published by the PTO.

24  11(f)   Microsoft admits the records of the PTO reflect that Plaintiff has
25  filed an application for registration of a trademark, Application No. 78/884,064,
26

1      for the goods and services described therein, and that the application has been
2      approved for publication by the PTO.
3  Except as expressly admitted, alleged, and denied herein, Microsoft denies each and
4  every allegation contained in paragraph 11.
5      12.    Answering paragraph 12 of the Complaint, Microsoft alleges that it is
6  without knowledge or information sufficient to form a belief as to the truth of the
7  allegations contained in paragraph 12 and therefore denies said allegations.
8      13.    Answering paragraph 13 of the Complaint, Microsoft alleges that it is
9  without knowledge or information sufficient to form a belief as to the truth of the
10 allegations contained in paragraph 13 and therefore denies said allegations.
11     14.    Microsoft denies each and every allegation contained in paragraph 14.
12     15.    Microsoft denies each and every allegation contained in paragraph 15.
13     16.    Microsoft denies each and every allegation contained in paragraph 16.
14     17.    Microsoft denies each and every allegation contained in paragraph 17.
15     18.    Microsoft denies each and every allegation contained in paragraph 18.
16     19.    Microsoft denies each and every allegation contained in paragraph 19.
17     20.    Microsoft denies each and every allegation contained in paragraph 20.
18 Without limiting the generality of the foregoing, Microsoft specifically denies that
19 Plaintiff has suffered damage of any kind or in any amount whatsoever.
20     21.    Microsoft denies each and every allegation contained in paragraph 21.
21 Without limiting the generality of the foregoing, Microsoft specifically denies that
22 Plaintiff has suffered damage of any kind or in any amount whatsoever.
23     22.    Microsoft denies each and every allegation contained in paragraph 22.
24     23.    Microsoft incorporates by reference its responses contained in all previous
25 paragraphs 1 through 22 above, as if fully set forth herein.
26     24.    Microsoft denies each and every allegation contained in paragraph 24.

- 4 -

Case No. C 07-02639 SBA
Defendant Microsoft Corporation's Answer

1  25. Microsoft denies each and every allegation contained in paragraph 25.
2 Without limiting the generality of the foregoing, Microsoft specifically denies that
3 Plaintiff has suffered damage of any kind or in any amount whatsoever.

4  26. The allegations of paragraph 26 consist of legal contentions that do not
5 require a response. To the extent that a response is required, Microsoft denies each and
6 every allegation contained in paragraph 26. Without limiting the generality of the
7 foregoing, Microsoft specifically denies that Plaintiff has suffered damage of any kind or
8 in any amount whatsoever.

9  27. Microsoft incorporates by reference its responses contained in all previous
10 paragraphs 1 through 26 above, as if fully set forth herein.

11  28. Answering paragraph 28 of the Complaint, Microsoft admits that the online
12 records of the PTO reflect a trademark registration in Plaintiff's name for the mark I'M.
13 As to the remaining allegations in paragraph 28, Microsoft alleges that it is without
14 knowledge or information sufficient to form a belief as to the truth of said allegations and
15 therefore denies these allegations. Except as expressly admitted, alleged, and denied
16 herein, Microsoft denies each and every allegation contained in paragraph 28.

17  29. Microsoft denies each and every allegation contained in paragraph 29.

18  30. Microsoft denies each and every allegation contained in paragraph 30.
19 Without limiting the generality of the foregoing, Microsoft specifically denies that
20 Plaintiff has suffered damage of any kind or in any amount whatsoever.

21  31. The allegations of paragraph 31 consist of legal contentions that do not
22 require a response. To the extent that a response is required, Microsoft denies said
23 allegations. Without limiting the generality of the foregoing, Microsoft specifically
24 denies that Plaintiff has suffered damage of any kind or in any amount whatsoever.

25  32. Microsoft incorporates by reference its responses contained in all previous
26 paragraphs 1 through 31 above, as if fully set forth herein.

1   33.   Microsoft denies each and every allegation contained in paragraph 33.

2   34.   Microsoft denies each and every allegation contained in paragraph 34. Without limiting the generality of the foregoing, Microsoft specifically denies that Plaintiff has suffered damage of any kind or in any amount whatsoever.

5   35.   Microsoft denies each and every allegation contained in paragraph 35.

6   36.   Microsoft denies each and every allegation contained in paragraph 36. Without limiting the generality of the foregoing, Microsoft specifically denies that Plaintiff has suffered damage of any kind or in any amount whatsoever.

9   37.   Microsoft incorporates by reference its responses contained in all previous paragraphs 1 through 36 above, as if fully set forth herein.

11  38.   Answering the allegations in paragraph 38 regarding Plaintiff's purported trademark rights, Microsoft alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 and therefore denies said allegations. Microsoft denies each and every remaining allegation in paragraph 38.

16  39.   Microsoft denies each and every allegation contained in paragraph 39. Without limiting the generality of the foregoing, Microsoft specifically denies that Plaintiff has suffered damage of any kind or in any amount whatsoever.

19  40.   Microsoft denies each and every allegation contained in paragraph 40. Without limiting the generality of the foregoing, Microsoft specifically denies that Plaintiff has suffered damage of any kind or in any amount whatsoever.

22  41.   Microsoft incorporates by reference its responses contained in all previous paragraphs 1 through 40 above, as if fully set forth herein.

24  42.   Microsoft denies each and every allegation contained in paragraph 42.

25  43.   Microsoft incorporates by reference its responses contained in all previous paragraphs 1 through 42 above, as if fully set forth herein.

1  44. Microsoft denies each and every allegation contained in paragraph 44

2  45. Microsoft denies each and every allegation contained in paragraph 45.

3  Without limiting the generality of the foregoing, Microsoft specifically denies that

4  Plaintiff has suffered damage of any kind or in any amount whatsoever.

5  46. Microsoft denies each and every allegation contained in paragraph 46.

6  47. Microsoft denies each and every allegation contained in paragraph 47.

7  Without limiting the generality of the foregoing, Microsoft specifically denies that

8  Plaintiff has suffered damage of any kind or in any amount whatsoever.

9  48. Microsoft states that Plaintiff's prayer for relief, set forth in the Complaint

10 at page 12, line 8 through page 13, line 12, does not require a response.

11 50. Microsoft denies each and every allegation of the Complaint not heretofore

12 admitted, alleged or denied.

13 AS AND FOR ITS ADDITIONAL AND AFFIRMATIVE DEFENSES HEREIN,

14 MICROSOFT ALLEGES AS FOLLOWS:

15 <u>FIRST DEFENSE</u>

16 51. With respect to each and every purported claim for relief in the Complaint,

17 Plaintiff fails to state a claim for relief against Microsoft.

18 <u>SECOND DEFENSE</u>

19 52. With respect to each and every purported claim for relief in the Complaint,

20 Microsoft denies that Plaintiff suffered any damage or injury, but alleges, in the

21 alternative, that if the Court should determine that Plaintiff has suffered damage or injury,

22 Plaintiff has failed to use reasonable efforts to mitigate such damage or injury.

23 <u>THIRD DEFENSE</u>

24 53. With respect to each and every purported claim for relief in the Complaint,

25 Microsoft is informed and believes and thereupon alleges that plaintiff has suffered no

26 damage or injury, but alleges, in the alternative, that if the Court should determine that

plaintiff has suffered any damage or injury, it is attributable to causes other than any acts or omissions of Microsoft.

### FOURTH DEFENSE

54. With respect to each and every purported claim for relief in the Complaint, Microsoft alleges that Plaintiff's claimed trademarks, including I'M and the I'M "family" of trademarks, are invalid and unenforceable, including without limitation based on Microsoft's allegation that the marks lack secondary meaning. As a result of the invalidity of Plaintiff's marks, each and every one of the claims in the Complaint fails.

### FIFTH DEFENSE

55. With respect to each and every purported claim for relief in the Complaint, Microsoft alleges that there has been no actual confusion and that there is no likelihood of confusion between the trademarks used by Plaintiff and the i'm designation used by Microsoft for its charitable initiative. As a result of the lack of either actual confusion or the likelihood of confusion, each and every one of the claims in the Complaint fails.

### SIXTH DEFENSE

56. Plaintiff lacks standing to assert a claim against Microsoft pursuant to California Business & Profession Code § 17200, *et seq.*, to the extent that its claim is not based upon conduct that caused it to suffer injury in fact and to lose money or property as a result of such conduct.

### SEVENTH DEFENSE

57. Microsoft reserves the right to assert any and all additional defenses which may later be revealed to be appropriate.

WHEREFORE, Microsoft prays for judgment against Plaintiff as follows:

A. That Plaintiff's prayer for preliminary and permanent injunctive relief be denied;

B. That Plaintiff take nothing from Microsoft by its Complaint,

1     C.    That judgment be entered in favor of Microsoft and against Plaintiff.

2     D.    That Microsoft be awarded its attorneys' fees herein;

3     E.    That Microsoft be awarded its costs of suit herein; and

4     F.    That this Court award such other or further relief as it deems just and proper.

Dated: June 22, 2007

ARNOLD & PORTER LLP
Suzanne V. Wilson
Charles C. Cavanagh
Elizabeth G. Frank

By: /s/ Suzanne V. Wilson
Suzanne V. Wilson
Attorneys for Defendant
Microsoft Corporation

437006_1.DOC

- 9 -

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **June 22, 2007**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **DEFENDANT MICROSOFT CORPORATION'S ANSWER TO PLAINTIFF INSTANT MEDIA, INC.'S COMPLAINT** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **June 22, 2007**.

_____
Pamela J. Tanigawa