ARNOLD & PORTER LLP
Catherine R. Rowland; catherine_rowland@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999



FILED
2007 JUN 28 PH 3: 41
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. C 07-02639 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Catherine Rebekkah Rowland, an active member in good standing of the bars of the District of Columbia and Virginia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Microsoft Corporation in the above-entitled action.

In support of this application, I certify on oath that:

(1) I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

(2) I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

(3) An attorney who is a member of the bar of this Court in good standing and who

---

Case No. C 07-02639 SBA
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE FOR CATHERINE R. ROWLAND

| | |
|---|---|
| 1 | maintains an office within the State of California has been designated as co-counsel |
| 2 | in the above-entitled action. The name, address, and telephone number of that |
| 3 | attorney is: |
| 4 | |
| 5 | Suzanne V. Wilson |
| 6 | ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor |
| 7 | Los Angeles, California 90017-5844<br>Telephone: (213) 243-4000 |
| 8 | Facsimile: (213) 243-4199 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 28, 2007          _____
                               Catherine Rebekkah Rowland

- 2 -

Case No. C 07-02639 SBA
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE FOR CATHERINE R. ROWLAND

```
CORRECTED

Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611000932
Cashier ID: lenahac
Transaction Date: 06/28/2007
Payer Name: Specialized Legal Services Inc
-----------------------------------------
PRO HAC VICE
 For: Catherine Rebekkah Rowland
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00
-----------------------------------------
CHECK
 Check/Money Order Num: 27649
 Amt Tendered: $210.00
-----------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

07-cv-2639-SBA for Catherine
Rebekkah Rowland


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```