**RECEIVED**

**JUN 2 8 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INSTANT MEDIA, INC., a Delaware corporation,

Plaintiff(s),

v.

MICROSOFT CORPORATION, a Washington corporation,

Defendant(s).

CASE NO. C 07-02639 SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Catherine Rebekkah Rowland, an active member in good standing of the bar of District of Columbia & Virginia Supreme Court (particular court to which applicant is admitted) whose business address and telephone number is ARNOLD & PORTER, LLP
555 Twelfth Street, NW, Washington, D.C. 20004
(202) 942-5000 (phone) (202) 942-5999 (fax)
Catherine_Rowland@aporter.com
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Microsoft Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/29/07

*Saundra B. Armstrong*
Hon. Saundra B. Armstrong
United States District Judge