<div style="margin-left: 2em;">
<p style="text-align: center;">IN THE UNITED STATES DISTRICT COURT</p>
<p style="text-align: center;">FOR THE NORTHERN DISTRICT OF CALIFORNIA</p>
</div>

| | |
|---|---|
| INSTANT MEDIA INC, | No. C 07-02639 SBA |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

PURSUANT TO CIVIL L.R. 72-1

    IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for all discovery. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 7/3/07

                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California