1

ARNOLD & PORTER LLP
Suzanne V. Wilson (State Bar #152399)

2

suzanne.wilson@aporter.com
Charles C. Cavanagh (State Bar #198468)

3

charles.cavanagh@aporter.com
Elizabeth G. Frank (State Bar #245676 )

4

elizabeth.frank@aporter.com
777 South Figueroa Street, 44th Floor

5

Los Angeles, California  90017-5844
Telephone:  (213) 243-4000

6

Facsimile:  (213) 243-4199

7

Catherine R. Rowland (*Pro Hac Vice* Pending)

8

catherine.rowland@aporter.com
555 Twelfth Street, N.W.

9

Washington, D.C.  20004
Telephone:  (202) 942-5000

10

Facsimile:  (202) 942-5999

11

*Attorneys for Defendant Microsoft Corporation*

12

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

OAKLAND DIVISION

16

17

INSTANT MEDIA, INC., a Delaware
corporation,

18

19

Plaintiff,

20

v.

21

MICROSOFT CORPORATION, a
Washington corporation,

22

Defendant.

23

24

25

26

27

28

)  Case No. CV 07-02639 SBA
)
)
)  **DECLARATION OF QUE THANH LUU IN**
)  **SUPPORT OF OPPOSITION TO MOTION**
)  **FOR PRELIMINARY INJUNCTION**
)
)
)
)  Judge:       Hon. Saundra Brown Armstrong
)  Date:        July 24, 2007
)  Time:        1:00 p.m.
)  Ctrm.:       3
)

**DECLARATION OF QUE THANH LUU**

I, Que Thanh Luu, declare as follows:

1.     I am a Director of Mergers and Acquisitions for Microsoft Corporation ("Microsoft"), the defendant in this matter.  I have been with Microsoft since February 2, 2004, and have held the Director position since March 31, 2006.  I make this declaration in opposition to the motion of plaintiff Instant Media, Inc. ("Instant Media") for a preliminary injunction, enjoining Microsoft from using its **i'm** trademark during the pendency of this action.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.     In my capacity as Director, I actively participated in Microsoft's recent acquisition of aQuantive, Inc. ("aQuantive") and was required to familiarize myself with aQuantive's business. aQuantive is the parent company of a number of digital marketing companies that enable advertising on the Internet.  aQuantive provides the back-end software infrastructure that permits websites to serve advertisements over the Internet and to measure their effectiveness.  aQuantive's companies provide a number of tools to assess the success of online advertising and to permit the seamless delivery of advertising over the Internet.  aQuantive's services are designed primarily to appeal to agencies and advertisers seeking to advertise, or to offer advertising, online.  aQuantive also recently acquired another business designed to assist publishers in delivering advertising on webpages.

3.     As part of the acquisition process, I participated in the due diligence review of aQuantive's business.  I also familiarized myself with companies that compete with the business of aQuantive.  I have reviewed the Instant Media website located at www.im.com.  Based on my review of the Instant Media website, I do not believe that aQuantive provides any services similar to those provided by Instant Media.  For instance, Instant Media offers a downloadable media player. aQuantive does not offer a downloadable media player, or any media player.  Instant Media provides services that enable hosted broadband Internet video solutions.  aQuantive and Instant

- 1 -

1    Media provide different services and products and do not compete for customers.  Not surprisingly,

2    Instant Media never surfaced as a competitor of aQuantive during our due diligence process.

3         4.    aQuantive has no involvement with Microsoft's **i'm** initiative.  aQuantive does not

4    use, and does not intend to use, the **i'm** mark or logo in connection with any of the services

5    provided by, or any of the software developed by, aQuantive.

6         I declare under penalty of perjury pursuant to the laws of the United States of America that

7    the foregoing is true and correct, and that this declaration was executed on June 29, 2007, in New

8    York, New York.

9

10                                                    Que Thanh Luu

11

12    437871

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **July 3, 2007**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **DECLARATION OF QUE THANH LUU IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **July 3, 2007**.

Pamela J. Tanigawa

#437348

PROOF OF SERVICE