ARNOLD & PORTER LLP
Suzanne V. Wilson (State Bar #152399)
suzanne.wilson@aporter.com
Charles C. Cavanagh (State Bar #198468)
charles.cavanagh@aporter.com
Elizabeth G. Frank (State Bar #245676 )
elizabeth.frank@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Catherine R. Rowland (*Pro Hac Vice* Pending)
catherine.rowland@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. CV 07-02639 SBA<br><br>**DECLARATION OF KRISTINE TEMPLIN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:  Hon. Saundra Brown Armstrong<br>Date:   July 24, 2007<br>Time:   1:00 p.m.<br>Ctrm.:  3 |

# DECLARATION OF KRISTINE TEMPLIN

I, Kristine Templin, declare as follows:

1. I am the Director of Corporate Partnerships and Cause Marketing for the American Red Cross. I make this declaration in support of the opposition of Microsoft Corporation ("Microsoft") to the motion of Instant Media, Inc. for a preliminary injunction, enjoining Microsoft from using its **i'm** trademark during the pendency of their lawsuit. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Since its founding in 1881, the American Red Cross has been the nation's premier emergency response organization. As part of a worldwide movement offering neutral humanitarian care to the victims of war, the American Red Cross distinguished itself by also aiding victims of devastating natural disasters. Over the years, the organization has further expanded its services to include: community services to help the needy; support and comfort for members of the military and their families; the collection, processing and distribution of blood and blood products; educational programs that promote health and safety; and international relief and development programs.

3. The American Red Cross is not a government agency. The organization relies upon donations of time, money and blood to do its work. An average of 91 cents of every dollar that the American Red Cross spends is invested in humanitarian services and programs.

4. In my capacity as Director of Corporate Partnerships and Cause Marketing, I have been personally involved in the American Red Cross's participation in Microsoft's "i'm initiative." From the moment Microsoft contacted the American Red Cross about participating in the initiative, I have been personally involved in discussing the details of the organization's involvement, and I was personally involved in securing the organization's authorization to participate in the initiative, which authorization the organization gave happily.

5. Microsoft is contractually committed to donate a minimum of $100,000 to the American Red Cross as a result of the American Red Cross' participation in the "i'm initiative."

- 1 -

6. I have been personally involved in the development and review of materials to promote the "i'm initiative" and the participation of the American Red Cross in that initiative. In connection with its participation in the "i'm initiative," the American Red Cross began promoting the initiative on March 1, 2007, by issuing press releases, notifying potential donors through newsletters, developing content and altering its websites to include links to webpages discussing the initiative.

7. Since the "i'm initiative" began four months ago, I have not become aware of a single instance in which anyone has indicated any confusion between the "i'm initiative" and any goods or services that are offered by Instant Media, Inc.

8. If Microsoft is prohibited from using its **i'm** mark and, therefore, required to re-brand its "i'm initiative," the American Red Cross would also be required to dedicate some of its limited resources to re-branding websites and content for newsletters relating to its participation in the initiative. Among other things, the organization would be required to coordinate with Microsoft to change the **i'm** icon that currently appears on the American Red Cross' websites.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on July 3, 2007, in Washington, D.C.

_____
Kristine Templin

438100

- 2 -

Case No. C 07-02639 SBA
DECLARATION OF KRISTINE TEMPLIN IN SUPPORT OF OPP. TO MOTION FOR PRELIMINARY INJUNCTION

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **July 3, 2007**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **DECLARATION OF KRISTINE TEMPLIN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **July 3, 2007**.

_____
Pamela J. Tanigawa

#437348