1  ARNOLD & PORTER LLP
   Suzanne V. Wilson (State Bar #152399)
2  suzanne_wilson@aporter.com
   Charles C. Cavanagh (State Bar #198468)
3  charles_cavanagh@aporter.com
   Elizabeth G. Frank (State Bar #245676)
4  elizabeth_frank@aporter.com
   777 South Figueroa Street, 44th Floor
5  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
6  Facsimile:  (213) 243-4199

7  Catherine R. Rowland (Pro Hac Vice)
   catherine_rowland@aporter.com
8  555 Twelfth Street, N.W.
   Washington, D.C.  20004
9  Telephone:  (202) 942-5000
   Facsimile:  (202) 942-5999

10

   Attorneys for Defendant Microsoft Corporation

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

15
   INSTANT MEDIA, INC.,           )    Case No. C 07-02639 SBA
16                                 )
                Plaintiff,         )
17                                 )    Declaration of Dr. Gerald
       v.                          )    Ford in Opposition to
18                                 )    Plaintiff's Motion for
   MICROSOFT CORPORATION,          )    Preliminary Injunction
19                                 )
                Defendant.         )
20                                 )
   _____)
21

22         I, Gerald L. Ford, declare as follows:

23                    INTRODUCTION

24         1.   I am a partner in the marketing research and

25  consulting firm of Ford Bubala & Associates, located in

26  Huntington Beach, California, where I have been engaged in

27  commercial marketing research and consulting for the past thirty-

28  two years.  I am also an emeritus faculty member of the School of

1  Business Administration, California State University, Long Beach,

2  where I held a full-time teaching position for twenty-five years,

3  prior to my retirement in 1994.  My professional experience is

4  further summarized below in paragraphs 35 through 45.

5       2.   In the instant matter, at the request of Arnold &

6  Porter LLP, counsel for Defendant, Microsoft Corporation

7  ("Microsoft"), I designed and caused to be conducted a pilot

8  survey[1] to address the issue of likelihood of reverse confusion

9  with respect to the Instant Media consumer software offered under

10 the "I'M" mark.  Specifically, this survey was designed to

11 measure the likelihood of reverse confusion, if any, with respect

12 to the source, approval of, or business affiliation/connection of

13 the Instant Media consumer software offered under the "I'M" mark.

14      3.   The results of the likelihood of reverse confusion

15 survey do not evidence, on a net basis after controlling the

16 survey data for non-trademark related confusion, that the

17 relevant universe of individuals likely to download any free

18 software from the internet that enables the user to access music,

19 images, video, text, or internet television channels are likely

20 to be confused with respect to the source, approval of, or

21 business affiliation/connection of the Instant Media consumer

22 software offered under the "I'M" mark.

23      4.   It is my opinion that the results of the survey

24 conducted in this matter clearly support a finding of no

25 _____

26      [1]   The full-scale survey was designed to consist of 432
   interviews, 216 test cell interviews and 216 control cell
   interviews.  As a result of the July 2, 2007, deadline for a
27 response to the Motion for Preliminary Injunction, 216 interviews
   were completed, 108 test cell interviews and 108 control cell
28 interviews.

1  likelihood of reverse confusion.  Specifically, the survey

2  results evidence that the relevant universe of individuals likely

3  to download any free software from the internet that enables the

4  user to access music, images, video, text, or internet television

5  channels are not likely to be confused or deceived by the belief

6  that the Instant Media software offered under the "I'M" mark is

7  either put out by Microsoft, is put out with the approval of

8  Microsoft, or that the company that puts out the Instant Media

9  software has a business affiliation/connection with Microsoft.

10      5.    I characterize this survey as a pilot only because

11  two hundred sixteen (216) of the scheduled four hundred thirty-

12  two (432) interviews were conducted.  The survey in this matter

13  followed all of the generally accepted standards and procedures

14  in the field of surveys and contained survey cell sizes that are

15  considered sufficient for full-scale studies (i.e., 108 test cell

16  interviews and 108 control cell interviews).  Based upon the

17  results of the two hundred sixteen (216) interviews, I do not

18  believe it is likely that the results would change with an

19  additional two hundred sixteen (216) interviews.

20                        SURVEY BACKGROUND

21      6.    Submitted to the court as Exhibit A to this

22  declaration are the results of the survey which address the issue

23  of likelihood of reverse confusion, if any, as to the source,

24  approval of, or business affiliation/connection of Plaintiff's

25  Instant Media mark "I'M," used in conjunction with its consumer

26  software.  Exhibit A, Volume I, provides a synopsis of the survey

27  methodology, the survey screeners and questionnaires, selected

28  color screen shots of the survey exhibit websites, response

1  frequencies for the survey questions, and a listing of the survey
2  responses.  Exhibit A, Volume II, of this report contains a
3  sequential listing of the survey responses, copies of the
4  supervisor and interviewer Instructions, which provide additional
5  details of the survey protocols, and other survey-related
6  background materials.

7          7.    The sample selection, questions, questionnaire
8  design, and interviewing procedures employed in this survey were
9  designed in accordance with the generally accepted standards and
10 procedures in the field of surveys.  The survey was also designed
11 to meet the criteria for survey trustworthiness detailed in the
12 Federal Judicial Center's <u>Manual for Complex Litigation,</u>
13 <u>Fourth</u>.[2]

14         8.    I was responsible for the design of the survey,
15 the survey's questionnaires, and the instructions given to the
16 survey's supervisors and interviewers, as well as for the
17 procedures to be followed in conducting the interviews.
18 Interviewing, data gathering, and response recordation were
19 carried out, under the direction of Ford Bubala & Associates, by
20 interviewers employed by independent interviewing organizations.
21 Supervisors working on this survey were personally trained by

22 _____

23        [2]    For the proffered poll or survey, "...Relevant factors
   include whether:  the population was properly chosen and defined;
   the sample chosen was representative of that population; the data
24 gathered were accurately reported; and the data were analyzed in
   accordance with accepted statistical principles...In addition, in
25 assessing the validity of a survey, the judge should take into
   account the following factors:  whether the questions asked were
26 clear and not leading; whether the survey was conducted by
   qualified persons following proper interview procedures; and
27 whether the process was conducted so as to ensure objectivity..."
   See Federal Judicial Center, <u>Manual for Complex Litigation,</u>
28 <u>Fourth</u>, Section 11.493, @ 102-104 (2004).

1  Ford Bubala & Associates with respect to the design, procedures,

2  and related protocols for the survey; and daily shipments of

3  completed interviews from each professional interviewing service

4  were reviewed by Ford Bubala & Associates to confirm that the

5  questionnaires were being properly executed.  In addition,

6  approximately eighty-one percent (81.48%) of the survey's

7  interviews were validated, in person, by the survey supervisors

8  personally meeting the survey respondents and confirming their

9  qualification and participation in the survey.  Ford Bubala &

10 Associates also conducted telephone validation of approximately

11 twenty percent (20.37%) of the interviews by recontacting, by

12 telephone, survey respondents to confirm their qualification and

13 participation in the survey.  Net unduplicated validations total

14 approximately eighty-five percent (85.19%) of the survey

15 interviews.[3]  None of the interviews failed to validate.

16       9.   The survey conducted in this matter was

17 administered under a double-blind protocol.  Specifically, not

18 only were the respondents not informed as to the purpose or

19 sponsor of the survey, but similarly, both the survey's

20 supervisors and interviewers were not informed as to the purpose

21 or sponsor of the survey.

22                    SURVEY STRUCTURE

23       10.  The likelihood of reverse confusion survey

24 conducted in this matter employed a traditional scientific

25 experimental survey design consisting of two survey cells:  (1) a

26 test or experimental survey cell designed to measure the

27 _____

28       [3]   This level of validation exceeds industry standards of
   10% to 15%.

1  likelihood of reverse confusion, if any, with respect to the

2  source, approval of, or business affiliation/connection of the

3  Instant Media consumer software offered under the "I'M" mark; and

4  (2) a control survey cell designed to measure the extent of non-

5  trademark related confusion or mismeasurement error in the

6  likelihood of reverse confusion test cell survey results.

7        11.   In this likelihood of reverse confusion survey, in

8  the test cell, survey respondents were asked to review a

9  nominally abbreviated version (e.g., respondents could not

10  download the software, send an email to Instant Media, leave the

11  website, etc.) of the Instant Media consumer-oriented website

12  (i.e., www.im.com/main.aspx) as they would if they located it on

13  the web and wanted to download free software that enabled them to

14  access music, images, video, text, or internet television

15  channels.  Respondents were then asked questions regarding their

16  state of mind with respect to the source, approval of, or

17  business affiliation/connection of the Instant Media consumer

18  software offered under the "I'M" mark.  See Exhibit A, Volume I,

19  pages 6-11 for selected screen shots of the test cell website and

20  see Exhibit A, Volume II, Appendix E, for a CD containing the

21  abbreviated version of the Instant Media consumer-oriented

22  website used in the test cell.

23        12.   In this likelihood of reverse confusion survey, in

24  the control cell, respondents were shown a modified version of

25  the Instant Media website in which the "I'M" mark and "Instant

26  Media" mark were replaced with "IT'S" and "Media Instantly,"

27  respectively.  Respondents in the control cell were then asked

28  the same questions as respondents in the test cell regarding

1   their state of mind with respect to the source, approval of, or

2   business affiliation/connection of the software offered under the

3   control name.  See Exhibit A, Volume I, pages 83-88 for selected

4   screen shots of the control cell website and see Exhibit A,

5   Volume II, Appendix F, for a CD containing the modified version

6   of the Instant Media website used in the control cell.

7       13.  The control survey cell provides a measure of the

8   extent that non-trademark related confusion or mismeasurement

9   error exists in the test survey cell results which is not

10  reflective of a likelihood of reverse confusion due to the use of

11  the "i'm" mark by Microsoft for a philanthropic marketing

12  campaign aimed at socially responsible persons who use instant

13  messaging.  Specifically, the control survey cell functions as a

14  baseline and provides a measure of the degree to which

15  respondents are likely to give the answer "Microsoft" not as a

16  result of Microsoft's use of the "i'm" mark, but because of other

17  factors, such as the survey's questions, the survey's procedures,

18  or some other potential influence on a respondent's answer such

19  as market share or brand popularity of Microsoft.[4]

20      14.  The likelihood of reverse confusion survey

21  conducted in this matter employed the use of a question (i.e.,

22  "Why do you say that?") to assess the basis for the beliefs

23  expressed in response to the survey's sponsor, approval, and

24  business affiliation/connection questions.

25

26      [4]    In a fashion similar to the protocols employed in a
    pharmaceutical drug test, the test or experimental cell
27  represents the drug or pill with the "active" ingredient(s) and
    the control cell represents the "placebo" that does not contain
28  the active ingredient being tested.

15.   In total, two hundred sixteen (216) interviews were conducted in this pilot survey:  one hundred eight (108) interviews were conducted in the test cell; and one hundred eight (108) interviews were conducted in the control cell.

16.   The test and control cells were separate surveys. The questions and procedures for the test cell and the control cell were identical with the exception of the website exhibit respondents reviewed.  Any single respondent participated in interviews in only one of the two survey cells.

17.   The likelihood of reverse confusion survey conducted in this matter employed a shopping mall intercept methodology.  Respondents in the survey were interviewed at nine (9) shopping centers in metropolitan markets located in nine (9) states (i.e., Arizona, California, Illinois, Maryland, Massachusetts, Minnesota, New York, Tennessee, and Texas), located in each of the nine (9) U.S. Census Divisions.

18.   The relevant universe, for both the test cell and the control cell, was the same, and was defined as males and females, eighteen years of age or older, who reported that, within the next year, they were likely to download any free

///

///

///

///

///

///

///

///

1  software from the internet that enables the user to access music,

2  images, video, text, or internet television channels.[5]

3        19.  The respondent selection procedure employed in the

4  survey is referred to as a quota sampling method.  This method

5  provided a respondent base that is generally representative of

6  the age and gender distribution of adults who, during the past

7  year, have downloaded any free software from the internet that

8  enables the user to access music, images, video, text, or

9  internet television channels.  The distribution of these age and

10 gender characteristics generally conforms to the results of an

11 Opinion Research Corporation survey conducted on June 14-18,

12 2007, among a nationally representative telephone sample of two

13 thousand (2,000) adult respondents 18 years of age or older

14 across the continental United States.[6]

15

---

16   [5]   Additionally, the survey universe was also restricted
as follows:  (1) to respondents who did not, nor did anyone else
17 in their home, work for an advertising agency or marketing
research firm, for a retail store that sells any computer
18 hardware or software, or for a company that makes, sells, or
distributes any computer hardware or software; (2) to respondents
19 who, during the preceding three months, had not participated in
any marketing research surveys, other than a political poll,
20 including online surveys; (3) to respondents who, during the
preceding month, had not heard anything about the subject of any
21 of the interviews being conducted at the mall; and (4) to
respondents who, if they wore contact lenses or eyeglasses when
22 reading material on a computer, had them and would wear them
during the interview.
23

24   [6]   As directed by Ford Bubala & Associates, respondents in
the Opinion Research Corporation survey were asked "Within the
25 past year, have you downloaded any free software from the
internet that enables you to access music, images, video, text,
26 or internet television channels?"  The results of the Opinion
Research Corporation survey indicate that the gender distribution
27 of individuals who have downloaded this type of free software is
approximately 57% male and 43% female and the age distribution is
28 approximately 48% 18 to 34 years of age, 37% 35 to 54 years of
age, and 15% 55 years of age or above.

1                     SURVEY PROCEDURES AND QUESTIONS

2            20.  Initially, potential survey respondents were

3    stopped by an interviewer in the public area of a shopping mall

4    and screened (i.e., asked questions) to determine if the

5    potential respondents met the criteria to be included in the

6    survey universe (i.e., males and females 18 years of age or older

7    who are likely, within the next year, to download any free

8    software from the internet that enabled them to access music,

9    images, video, text, or internet television channels).  See

10   Exhibit A, Volume I, pages 12-13 and 89-90.

11           21.  If a potential respondent fulfilled the screening

12   criteria, or survey universe definition, he/she was invited to

13   return with the interviewer to the professional interviewing

14   service facility located within the shopping mall to complete the

15   interview.  The interviewer then escorted the survey respondent

16   into a private interviewing area.  See Exhibit A, Volume I, pages

17   14-18 and 91-95.  In the private interviewing area, the

18   respondent was told:

19             In a moment, I am going to show you an internet
              website; then I will ask you a couple of questions.
20
              Please understand that we are only interested in
21            your opinions; and if you don't have an opinion or
              don't know the answer to a question, that is an
22            acceptable answer.

23   The interviewer then loaded either the test cell CD on the

24   computer (i.e., an abbreviated version of the Instant Media

25   consumer-oriented website) or the control cell CD (i.e., the

26   modified version of the Instant Media consumer-oriented website)

27   and the respondent was then asked:

28        What letter is on the black screen?

1    and the respondent was asked to click on the letter and was told:

2         Now, please click on the letter.

3         Where it says "password," would you please type in the
     letter and then click on the white arrow to continue.
4

5    Next, the respondent was told:

6              Now, would you please review this website,
          clicking on the links as you would if you located it on
7         the web and wanted to download software that enables
          you to access music, images, video, text, or internet
8         television channels.

9              Please understand that some of the links on the
          pages will not work.  For all of the links that will
10        work, your cursor arrow will turn into a hand.  Use
          your back button as needed.
11

12             Please take as much time as you like reviewing
          this website and let me know when you are ready to
          continue.
13

     When the respondent indicated that he/she was ready to continue,
14
     he/she was asked:[7]
15

16        6.0  Who or what company do you believe puts out this
               software with this name I apostrophe M?[8]

17   For respondents who indicated a belief as to the source of the

18   product, the interviewer asked the basis for that belief with the

19   question:

20

21   _____

22        [7]    The first two principal survey questions (i.e.,
     question series 6.0 and 7.0) were designed to address the issue
23   of likelihood of confusion as to source or origin and were
     patterned after similar accepted questions.  See Union Carbide
24   Corp. v. Ever-Ready, Inc., 531 F.2d 366 (7th Cir. 1976), cert.
     denied, 429 U.S. 830, 50 L. Ed. 2d 94, 97 S. Ct. 91 (1976); E. &
25   J. Gallo Winery v. Gallo Cattle Co., 12 USPQ2d 1657, 1674 (E.D.
     Cal. 1989), amended, 967 F.2d 1280 (9th Cir. 1992); and J. Thomas
26   McCarthy, McCarthy on Trademarks and Unfair Competition, Vol. 6
     §32:174 @ 32-339, Rel. #39, 9/2006.

27        [8]    To avoid suggesting any particular pronunciation, "I'M"
     was not pronounced by the interviewer but was verbalized as "I
28   apostrophe M."

1    6.1  Why do you say that?[9]

2  Respondents were then asked:

3    7.0  What other product or products, if any, are put
          out by the company that puts out this software
4         with this name I apostrophe M?

5  For each other product identified, respondents were asked:

6    7.1  Why do you say that   INSERT ANSWER   is
          another product put out by the company that
7         puts out this software featured on this
          website with this name?[10]

8  Next, respondents were told:

9
    8.0  Now, I am going to ask you a question that has
10        three choices.  After I am done, if you want me to
          read the question again, just ask me.

11  Subsequently, respondents were asked:

12
          Other than the companies shown on this
13        website, do you believe that this software
          with this name I apostrophe M
14        • one, is being put out with the approval of
            any other company or companies;
15        • two, is not being put out with the approval
            of any other company or companies;[11] or
16        • three, don't know or have no opinion?

17  _____

18      [9]    Respondents who did not indicate a belief as to the
    source of the product were not asked question 6.1.
19
        [10]   Respondents who did not identify any other product(s)
20  at question 7.0 were not asked questions 7.1, 7.2, or 7.3.

21      [11]   To guard against any order bias, the first two
    alternatives in this list were rotated (i.e., approximately one-
22  half of the respondents were read the list with the first
    alternative being "...is being put out with the approval..." and
23  approximately one-half of the respondents were read the list with
    the first alternative being "...is not being put out with the
24  approval...").
          As an additional guard against order bias,
25  approximately one-half of the respondents were queried in
    question 8.0 regarding approval, and approximately one-half of
26  the respondents were queried in question 8.0 regarding business
    affiliation/connection.  Similarly, approximately one-half of the
27  respondents were queried in question 9.0 regarding approval, and
    approximately one-half of the respondents were queried in
28  question 9.0 regarding business affiliation/connection.

1    For respondents who indicated that they believed that software

2    with this name I apostrophe M was being put out with the approval

3    of any other company or companies, the interviewer asked:[12]

4        8.1   What other company or companies?

5    If the respondent provided a company's name or companies' names,

6    he/she was asked the basis for the belief with the question:

7        8.2   Why do you say that?

8    If a respondent could not provide a company's name or companies'

9    names, he/she was not asked question 8.2 but instead was asked

10   question 8.3.

11       8.3   Even though you don't know the name or names,
               what, if anything, can you tell me about the
12             company or companies that you believe gave
               their approval for this software with this
13             name I apostrophe M?

14   Respondents were asked this same series of questions with regard

15   to business affiliation or business connection.  Specifically,

16   respondents were told:

17       9.0   Now, I am going to ask you another question that
               has three choices.  Again, after I am done, if you
18             want me to read the question again, just ask me.

19   ///

20   ///

21   ///

22   ///

23   ///

24

_____

25       [12]   The principal survey questions designed to address
     likelihood of confusion as to approval or business affiliation/
26   connection (i.e., question series 8.0 and 9.0) were patterned
     after similar accepted questions.  See Pebble Beach Co. v. Tour
27   18 I, Ltd, 155 F.3d 526, n.10 (5th Cir. 1998); and J. Thomas
     McCarthy, McCarthy on Trademarks and Unfair Competition, Vol. 6
28   §32:175 @ 32-340, Rel. #39, 9/2006.

1  Subsequently, respondents were asked:

2          Again, other than the companies shown on this
           website, do you believe that the company that
3          puts out this software with this name I
           apostrophe M...
4          • one, has a business affiliation or business
             connection with any other company or
5            companies;
           • two, does not have a business affiliation or
6            business connection with any other company or
             companies;[13] or
7          • three, don't know or have no opinion?

8  For respondents who indicated that they believed that the company

9  that puts out this software with this name I apostrophe M has a

10 business affiliation or business connection with any other

11 company or companies, the interviewer asked:

12         9.1   What other company or companies?

13 If a respondent provided a company's name or companies' names,

14 he/she was asked the basis for the belief with the question:

15         9.2   Why do you say that?

16 Again, if a respondent could not provide a company's name or

17 companies' names, he/she was not asked question 9.2 but instead

18 was asked question 9.3.

19         9.3   Even though you don't know the name or names,
                 what, if anything, can you tell me about the
20               company or companies that you believe have a
                 business affiliation or business connection
21               with the company that puts out this software
                 with this name I apostrophe M?

22

23 ///

24

_____

25         [13]    Again, to guard against any order bias, the first two
   alternatives in this list were rotated (i.e., approximately one-
26 half of the respondents were read the list with the first
   alternative being "...has a business affiliation or business
27 connection..." and approximately one-half of the respondents were
   read the list with the first alternative being "...does not have
28 a business affiliation or business connection...").

Case No. C 07-02639 SBA
Dec. of G. Ford In Opp. to P.I.

1  See Exhibit A, Volume I, Appendix B and Appendix C, for

2  additional details of the survey protocols.

3                    SURVEY RESULTS

4  Test Cell Survey Results

5       22.  Approximately four percent (3.70%) of the survey

6  respondents who were shown the test cell website (i.e., an

7  abbreviated version of the Instant Media consumer-oriented web

8  site) reported that they believed that Microsoft/Windows put out

9  the software offered under the "I'M" mark.  Additionally,

10 approximately one percent (0.93%) of the survey respondents who

11 were shown the test cell website reported that they believed that

12 Microsoft/Windows and/or another company put out the software

13 offered under the "I'M" mark.  See Exhibit A, Volume I, Table 1,

14 page 19.

15

TABLE 1[14]
TEST CELL
INSTANT MEDIA

Q6.0  Who or what company do you believe puts out this software
      with this name I apostrophe M?
Q6.1  Why do you say that?

| Response Categories | Response Distribution | |
|---|---|---|
| | Number | Percent (n=108) |
| 1. Microsoft/Windows | 4 | 3.70 |
| 2. Microsoft/Windows and/or another company | 1 | 0.93 |
| 3. Instant Media/I'M | 39 | 36.11 |
| 4. Other response | 12 | 11.11 |
| 5. Don't know | 52 | 48.15 |
| Total | 108 | 100.00 |

_____

[14]  The table numbers in this declaration correspond to the
table numbers in Exhibit A, Volume I, and therefore may not be
sequential.

Case No. C 07-02639 SBA
Dec. of G. Ford In Opp. to P.I.

23.  In addition, approximately one percent (0.93%) of the survey respondents in the test cell reported that they believed Microsoft/Windows was another product put out by the company that puts out the software offered under the "I'M" mark. See Exhibit A, Volume I, Table 2, page 30.

TABLE 2
TEST CELL
INSTANT MEDIA

Q7.0  What other product or products, if any, are put out by the company that puts out this software with this name I apostrophe M?
Q7.1  Why do you say that INSERT ANSWER is another product put out by the company that puts out this software featured on this website with this name?

| | | | Response Distribution | |
| | | | Unduplicated | |
| Response Categories | Number | Percent (n=108) | Number | Percent (n=108) |
|---|---|---|---|---|
| 1. Microsoft/Windows | 1 | 0.93 | 1 | 0.93 |
| 2. Microsoft/Windows and/or another company | -- | --- | -- | --- |
| 3. Instant Media/I'M | 6 | 5.56 | | |
| 4. Other response | 24 | 22.22 | | |
| 5. Don't know/None | 83 | 76.85 | | |

24.  Finally, approximately one percent (0.93%) of the survey respondents in the test cell reported that they believed that software offered under the "I'M" mark was being put out with the approval of Microsoft.  Additionally, approximately two percent (1.85%) of the survey respondents in the test cell reported that they believed that software offered under the "I'M" mark was being put out with the approval of (0.93%) or has a business affiliation/connection with (0.93%) Microsoft and/or

///

///

Case No. C 07-02639 SBA
Dec. of G. Ford In Opp. to P.I.

1  another company.[15]  See Exhibit A, Volume I, Tables 3 and 5,

2  pages 41 and 60, respectively.

3
```
================================================================
                          TABLE 3
                         TEST CELL
                       INSTANT MEDIA
```

Q8.0  Other than the companies shown on this website, do you
      believe that this software with this name I apostrophe M...
          one, is being put out with the approval of any other
          company or companies;
          two, is not being put out with the approval of any other
          company or companies; or
          three, don't know or have no opinion?
Q8.1  What other company or companies?
Q8.2  Why do you say that?

| Response Categories | Response Distribution | | Unduplicated | |
|---|---|---|---|---|
| | Number | Percent (n=108) | Number | Percent (n=108) |
| 1. Put out with approval | | | | |
| • Microsoft/Windows | 1 | 0.93 | 1 | 0.93 |
| • Microsoft/Windows and/or another company | 2 | 1.85 | 1 | 0.93 |
| • Instant Media/I'M | 1 | 0.93 | | |
| • Other response | 14 | 12.96 | | |
| • Don't know company name | 10 | 9.26 | | |
| Subtotal | 28 | 25.93 | | |
| 2. Not put out with approval | 18 | 16.67 | | |
| 3. Don't know/No opinion | 62 | 57.41 | | |
| Total | 108 | 100.00 | | |

20  ///

21  ///

22  ///

23

_____

24      [15]      None of the respondents who either (1) believed the
software was put out with approval of another company/companies
25  or (2) that the company that puts out the software had a business
affiliation/connection with another company/companies and (3) did
26  not know the name of the company, when asked about the company
(i.e., questions 8.3 and 9.3, respectively) provided a response
27  indicative of Microsoft/Windows or Microsoft/Windows and/or
another company.  See Exhibit A, Volume I, Tables 4 and 6, pages
28  53 and 72.

```
                              TABLE 5
                             TEST CELL
                           INSTANT MEDIA

Q9.0  Other than the companies shown on this website, do you
      believe that the company that puts out this software with
      this name I apostrophe M...
          one, has a business affiliation or business connection
          with any other company or companies;
          two, does not have a business affiliation or business
          connection with any other company or companies; or
          three, don't know or have no opinion?
Q9.1  What other company or companies?
Q9.2  Why do you say that?
```

| Response Categories | Response Distribution | | | |
|---|---|---|---|---|
| | Number | Percent (n=108) | Unduplicated Number | Percent (n=108) |
| 1. Has business affiliation or connection | | | | |
| • Microsoft/Windows | 2 | 1.85 | -- | --- |
| • Microsoft/Windows and/or another company | 1 | 0.93 | 1 | 0.93 |
| • Instant Media/I'M | 1 | 0.93 | | |
| • Other response | 13 | 12.04 | | |
| • Don't know company name | 13 | 12.04 | | |
| Subtotal | 30 | 27.78 | | |
| 2. Does not have business affiliation or connection | 18 | 16.67 | | |
| 3. Don't know/No opinion | 60 | 55.56 | | |
| Total | 108 | 100.00 | | |

25.   In total, approximately six percent (5.56%) of the
relevant universe of individuals likely to download any free
software from the internet that enables the user to access music,
images, video, text, or internet television channels
expressed the belief consumer software offered under the "I'M"
mark is either put out by Microsoft, is put out with the approval
of Microsoft, or that the company that puts out the software has
a business affiliation/connection with Microsoft.  Additionally,
approximately three percent (2.79%) of the relevant universe

1  expressed the belief consumer software offered under the "I'M"

2  mark is either put out by Microsoft and/or another company, is

3  put out with the approval of Microsoft and/or another company, or

4  that the company that puts out the software has a business

5  affiliation/connection with Microsoft and/or another company.

6  See Exhibit A, Volume I, Table 19, page 162.

7       26.  As noted earlier, the likelihood of reverse

8  confusion survey conducted in this matter employed the use of a

9  question (i.e., "Why do you say that?") to assess the basis for

10  the respondents' beliefs expressed in response to the survey's

11  sponsor, approval of, and business affiliation/connection

12  questions.  A review of the responses to the "Why do you say

13  that?" question, for respondents who gave a Microsoft response to

14  any of the survey questions, indicates that respondents gave a

15  Microsoft response for such reasons as it is "a big company,"

16  "they are one of the biggest computer programmer companies,"

17  "because they are into everything," etc.  None of the respondents

18  reported that they gave a Microsoft response because of

19  Microsoft's use of the "i'm" mark or made any reference to

20  Microsoft's use of "i'm" for a philanthropic marketing campaign

21  aimed at socially responsible persons who use instant messaging.

22  These respondents' responses are provided below.

23  TEST CELL

24  RESPONDENT
    NUMBER    RESPONSE

25

26       1102    Q6.0  Microsoft.
                 Q6.1  A lot of those programs, they put out.

27       1111    Q7.0  Microsoft.
                 Q7.1  Microsoft.

28                     Because they are into everything.

```
 1    1208   Q8.0  [One].16
             Q8.1  Apple, Microsoft.
 2           Q8.2  The features, basically.  They're the same
                   program.
 3
      1311   Q6.0  Microsoft.
 4           Q6.1  They're the biggest maker of Windows software.

 5    1404   Q6.0  Microsoft.
             Q6.1  Because Microsoft has a big company.
 6
      1412   Q6.0  I would have to say Apple or Microsoft.
 7           Q6.1  Because those two are big companies.
             Q8.0  Maybe has a approval.
 8           Q8.1  Apple or Microsoft.
             Q8.2  Because they are the two big companies right
 9                 now.
             Q9.0  Probably would have a business affiliation.
10           Q9.1  Maybe Apple or Microsoft.
             Q9.2  Because they are two big companies right now.
11
      1604   Q8.0  Is being put out with the approval.
12           Q8.1  Windows.
             Q8.2  'Cause it has Windows on it.
13           Q9.0  Has a connection.
             Q9.1  Windows.
14           Q9.2  'Cause they have to promote it.

15    1811   Q6.0  I think that maybe it is Microsoft.
             Q6.1  They are one of the biggest computer programmer
16                 companies in the world.
             Q9.0  I think [one].
17           Q9.1  I think it's from Microsoft.
              Q9.2  Don't know.
18
```

19 <u>Control Cell Survey Results</u>

20         27.  As noted above, in paragraph 12, this study

21 employed a separate control cell to measure the degree of non-

22 trademark related confusion or mismeasurement error in the survey

23 test cell data (i.e., the degree to which respondents are likely

24 to give the answer Microsoft not as a result of Microsoft's use

25 of the "i'm" mark for a philanthropic marketing campaign aimed at

26 socially responsible persons who use instant messaging, but

27 _____

28         [16]    The rotated response alternatives to Q8.0 and Q9.0
   were reformatted for readability.

Case No. C 07-02639 SBA
Dec. of G. Ford In Opp. to P.I.

1   because of other factors, such as the survey's questions, the

2   survey's procedures, or some other potential influence on a

3   respondent's answer such as market share or brand popularity of

4   Microsoft).  In the control cell, respondents were shown a

5   modified version of the Instant Media website in which the "I'M"

6   mark and "Instant Media" mark were replaced with "IT'S" and

7   "Media Instantly, respectively.  See Exhibit A, Volume I, pages

8   83-88 for selected screen shots of the control cell website and

9   see Exhibit A, Volume II, Appendix F for a CD containing the

10  modified version of the Instant Media website used in the control

11  cell.

12          28.  Approximately five percent (4.63%) of the survey

13  respondents who were shown the control cell website (i.e., a

14  modified version of the Instant Media consumer-oriented website)

15  reported that they believed that Microsoft/Windows put out the

16  software offered under the "IT'S" mark.  See Exhibit A, Volume I,

17  Table 10, page 96.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

```
============================================================
                       TABLE 10
                    CONTROL CELL
                   MEDIA INSTANTLY

Q6.0  Who or what company do you believe puts out this software
      with this name I, T apostrophe S?
Q6.1  Why do you say that?
------------------------------------------------------------
                                 Response Distribution
Response Categories              Number        Percent
                                               (n=108)

  1. Microsoft/Windows              5            4.63
  2. Microsoft/Windows and/or
       another company             --           ---
  3. Media Instantly/IT'S          21           19.44
  4. Other response                16           14.81
  5. Don't know                    66           61.11

      Total                       108          100.00
============================================================
```

        29.   In addition, approximately one percent (0.93%) of
the survey respondents in the control cell reported that they
believed Microsoft/Windows was another product put out by the
company that puts out the software offered under the "IT'S" mark.
See Exhibit A, Volume I, Table 11, page 107.

        30.   Finally, approximately one percent (0.93%) of the
survey respondents in the control cell reported that they
believed that software offered under the "IT'S" mark was being
put out with the approval of Microsoft.  Approximately one
percent (0.93%) of the survey respondents in the control cell
reported that they believed that the company that software
offered under the "IT'S" mark has a business
affiliation/connection with (0.93%) Microsoft and/or another

///

///

///

1 | company.[17]  See Exhibit A, Volume I, Tables 12 and 14, pages 118

2 | and 138, respectively.

3 |

```
                          TABLE 11
                        CONTROL CELL
                      MEDIA INSTANTLY
```

Q7.0   What other product or products, if any, are put out by the
       company that puts out this software with this name I, T
       apostrophe S?

Q7.1   Why do you say that <u>INSERT ANSWER</u> is another product put
       out by the company that puts out this software featured on
       this website with this name?

|  | Response Distribution | | | |
|---|---|---|---|---|
| | | | Unduplicated | |
| Response Categories | Number | Percent (n=108) | Number | Percent (n=108) |
| 1. Microsoft/Windows | 4 | 3.70 | 1 | 0.93 |
| 2. Microsoft/Windows and/or another company | -- | --- | -- | --- |
| 3. Media Instantly/IT'S | 8 | 7.41 | | |
| 4. Other response | 32 | 29.63 | | |
| 5. Don't know/None | 81 | 75.00 | | |

16 | ///

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 |

24 |     [17]     Again, none of the respondents who either (1) believed
the software was put out with approval of another company/
companies or (2) that the company that puts out the software had
a business affiliation/connection with another company/companies
and (3) did not know the name of the company, when asked about
the company (i.e., questions 8.3 and 9.3, respectively) provided
a response indicative of Microsoft/Windows or Microsoft/Windows
and/or another company.  See Exhibit A, Volume I, Tables 13 and
15, pages 131 and 151.

```
                              TABLE 12
                            CONTROL CELL
                          MEDIA INSTANTLY

Q8.0   Other than the companies shown on this website, do you
       believe that this software with this name I, T apostrophe
       S...
            one, is being put out with the approval of any other
            company or companies;
            two, is not being put out with the approval of any other
            company or companies; or
            three, don't know or have no opinion?
Q8.1   What other company or companies?
Q8.2   Why do you say that?
```

|                                          | Response Distribution | | Unduplicated | |
| Response Categories                      | Number | Percent (n=108) | Number | Percent (n=108) |
|------------------------------------------|--------|-----------------|--------|-----------------|
| 1. Put out with approval                 |        |                 |        |                 |
| • Microsoft/Windows                      | 1      | 0.93            | 1      | 0.93            |
| • Microsoft/Windows and/or another company | --   | ---             | --     | ---             |
| • Media Instantly/IT'S                   | --     | ---             |        |                 |
| • Other response                         | 13     | 12.04           |        |                 |
| • Don't know company name                | 9      | 8.33            |        |                 |
|                                          |        |                 |        |                 |
| Subtotal                                 | 23     | 21.30           |        |                 |
| 2. Not put out with approval             | 23     | 21.30           |        |                 |
| 3. Don't know/No opinion                 | 62     | 57.41           |        |                 |
|                                          |        |                 |        |                 |
| Total                                    | 108    | 100.00          |        |                 |

///

///

///

///

///

///

///

///

///

///

```
========================================================
                       TABLE 14
                     CONTROL CELL
                   MEDIA INSTANTLY
```

Q9.0  Other than the companies shown on this website, do you
      believe that the company that puts out this software with
      this name I, T apostrophe S...
          one, has a business affiliation or business connection
          with any other company or companies;
          two, does not have a business affiliation or business
          connection with any other company or companies; or
          three, don't know or have no opinion?
Q9.1  What other company or companies?
Q9.2  Why do you say that?

| Response Categories | Response Distribution | | Unduplicated | |
|---|---|---|---|---|
| | Number | Percent (n=108) | Number | Percent (n=108) |
| 1. Has business affiliation or connection | | | | |
| • Microsoft/Windows | 2 | 1.85 | -- | --- |
| • Microsoft/Windows and/or another company | 1 | 0.93 | 1 | 0.93 |
| • Media Instantly/IT'S | 1 | 0.93 | | |
| • Other response | 18 | 16.67 | | |
| • Don't know company name | 7 | 6.48 | | |
| Subtotal | 29 | 26.85 | | |
| 2. Does not have business affiliation or connection | 22 | 20.37 | | |
| 3. Don't know/No opinion | 57 | 52.78 | | |
| Total | 108 | 100.00 | | |

```
========================================================
```

        31.  Again, in the control cell, the "Why do you say

that?" question was asked to assess the basis for the

respondents' beliefs expressed in response to the survey's

sponsor, approval, and business affiliation/connection questions.

The responses of respondents who gave a Microsoft answer in the

control cell are provided below.

///

///

///

```
1 ║  TEST CELL

2 ║  RESPONDENT
   ║    NUMBER    RESPONSE
3 ║
   ║     2112    Q6.0  Microsoft.
4 ║             Q6.1  They are the leaders in new technology.

5 ║     2403    Q6.0  Windows.
   ║             Q6.1  Because they're advertising Windows Media
6 ║                   Player.

7 ║     2404    Q7.0  Sony, Windows, Apple.
   ║             Q7.1  Sony.
8 ║                   Because it is a well-known company.
   ║             Q7.2  Windows.
9 ║                   Just because it is all brand.
   ║             Q7.3  Apple.
10 ║                   Same as above.

11 ║     2405    Q8.0  One, is being put out with approval.
   ║             Q8.1  Microsoft.
12 ║             Q8.2  Because Microsoft put out that kind of products.
   ║             Q9.0  One, has a business affiliation.
13 ║             Q9.1  Microsoft.
   ║             Q9.2  On the screen, and it looks like another company
14 ║                   that would be doing it.

15 ║     2501    Q6.0  Microsoft.
   ║             Q6.1  From the setup, it seems like something they
16 ║                   would do to compete with Apple and the whole
   ║                   iTunes thing.
17 ║
   ║     2602    Q6.0  Microsoft.
18 ║             Q6.1  That is the first thing came to my head.

19 ║     2607    Q6.0  Microsoft.
   ║             Q6.1  They usually have some very edgy software.
20 ║             Q7.0  Windows 98, XL, 2000.
   ║             Q7.1  Windows 98.
21 ║                   They are counterparts with Microsoft and its
   ║                   software.
22 ║             Q7.2  Windows XL.
   ║                   They are counterparts with Microsoft.
23 ║             Q7.3  2000.
   ║                   They are counterparts with Microsoft.
24 ║             Q9.0  It has an affiliation.
   ║             Q9.1  Microsoft.
25 ║             Q9.2  I just think so.

26 ║     2709    Q9.0  I think they do.
   ║             Q9.1  Windows and broadband.
27 ║             Q9.2  They are included in the downloading process.

28 ║  ///
```

32. In total, approximately six percent (6.49%) of the relevant universe of individuals likely to download any free software from the internet that enables the user to access music, images, video, text, or internet television channels expressed the belief consumer software offered under the "IT'S" mark is either put out by Microsoft, is put out with the approval of Microsoft, or that the company that puts out the software has a business affiliation/connection with Microsoft.  Additionally, approximately one percent (0.93%) of the relevant universe expressed the belief consumer software offered under the "IT'S" mark is either put out by Microsoft and/or another company, is put out with the approval of Microsoft and/or another company, or that the company that puts out the software has a business affiliation/connection with Microsoft and/or another company. See Exhibit A, Volume I, Table 19, page 162.

TABLE 19
TEST CELL AND CONTROL CELL
ALL RESPONDENTS
Composite Response Analysis
Net Unduplicated Microsoft/Windows Responses

|  | Response Distribution | |
| Response Categories | Test Cell Percent (n=108) | Control Cell Percent (n=108) |
| --- | --- | --- |
| 1. Microsoft/Windows | 5.56 | 6.49 |
| 2. Microsoft/Windows and/or another company | 2.79 | 0.93 |
| Total | 8.35 | 7.42 |

33. Thus, based upon the results of the control cell, after adjustment for non-trademark related confusion or

///

1  mismeasurement error, the net level likelihood of reverse

2  confusion is less than one percent (0.93%).[18]

3                          CONCLUSION

4        34.  It is my considered opinion, based upon my

5  education, background, and professional experience, and based

6  upon my review and analysis of the survey conducted in this

7  matter, that the results of the survey conducted in this matter

8  clearly support a finding of no likelihood of reverse confusion.

9  Specifically, the survey results evidence that the relevant

10 universe of individuals likely to download any free software from

11 the internet that enables the user to access music, images,

12 video, text, or internet television channels are not likely to be

13 confused or deceived by the belief that the Instant Media

14 software offered under the "I'M" mark is either put out by

15 Microsoft, is put out with the approval of Microsoft, or that the

16 company that puts out the Instant Media software has a business

17 affiliation/connection with Microsoft.

18 ///

19 ///

20 _____

21      [18]   The adjustment for non-trademark confusion or
   mismeasurement error is accomplished by reducing the percent of
22 Microsoft/Windows and Microsoft/Windows and/or another company
   responses in the test cell by the percentage of Microsoft/Windows
   and Microsoft/Windows and/or another company responses in the
23 control cell.  In this case, 8.35% of the survey respondents in
   the test cell indicated they believed that Microsoft/Windows and
24 Microsoft/Windows and/or another company was the source of,
   approved of, or had a business affiliation/connection with the
25 Instant Media consumer software offered under the "I'M" mark; and
   in the control cell 7.42% of the survey respondents indicated
26 that they believed that Microsoft/Windows and Microsoft/Windows
   and/or another company was the source of, approved of, or had a
27 business affiliation/connection with consumer software offered
   under "IT'S."  Thus, the likelihood of reverse confusion level
28 would be calculated as 8.35% - 7.42% = 0.93%.

QUALIFICATIONS

35.   I hold a Bachelor's Degree in Advertising (B.A.) from San Jose State University, a Master's Degree in Business Administration (M.B.A.) from the University of Southern California, and a Doctoral Degree in Business Administration (D.B.A.) from the University of Southern California.

36.   During my twenty-five year academic appointment, my teaching responsibilities included both graduate and undergraduate level courses in a variety of subject areas.  My teaching responsibilities included courses in marketing (e.g., marketing, marketing management, advertising, promotion, consumer behavior, and marketing research) and management (e.g., principles of management; business policy and strategy; business policies, operations, and organizations; and integrated analysis).

37.   I am a member of the American Marketing Association (AMA), the American Academy of Advertising (AAA), the American Association of Public Opinion Research (AAPOR), the Council of American Survey Research Organizations (CASRO), and the International Trademark Association (INTA).

38.   As a partner with Ford Bubala & Associates, I have been retained by a variety of firms engaged in the consumer product, industrial product, and service sectors of the economy to provide marketing consulting and research services. Approximately one-half of Ford Bubala & Associates' consultancies in which I have participated have involved the design and execution of marketing research surveys.

///

39.   During the past thirty-two years, I have been retained in a number of litigation-related consultancies involving intellectual property matters, including matters before federal and state courts, the Trademark Trial and Appeal Board of the U.S. Patent and Trademark Office, and the International Trade Commission.  I have designed and executed surveys relating to intellectual property matters, including false advertising, trademark, patent, and other related matters.  I am familiar with the accepted principles of survey research, as well as the tests for trustworthiness of properly conducted surveys or polls.[19]

40.   During the past twenty-seven years, I have addressed a variety of groups on the subject of surveys or polls and their use in the measurement of the state of mind of consumers, with respect to Lanham Act matters.  Specifically, I have spoken at meetings of the American Bar Association, the American Intellectual Property Law Association, the American Marketing Association, the International Trademark Association, the Marketing Research Association, the Intellectual Property Law Institute of Canada, and the Practising Law Institute.

41.   I have also written on the subject of the design and execution of litigation-related surveys in intellectual property matters.  Attached hereto as Exhibit B is a list of papers I have written since 1987.

42.   Since 1998 I have served as a member of the Editorial Board of <u>The Trademark Reporter</u>, the scholarly legal

---

[19]    Supra note 2.

1  journal on the subject of trademarks, published by the

2  International Trademark Association.

3         43.   I have been qualified and accepted as an expert in

4  marketing and marketing research in more than fifty (50) trials

5  before federal and state courts and administrative government

6  agencies.

7         44.   Attached hereto as Exhibit C is a list of cases in

8  which I have provided trial and/or deposition testimony since

9  1992.

10        45.   Attached hereto as Exhibit D is a copy of my

11  professional history, describing my qualifications and

12  professional background.

13                         MATERIALS CONSIDERED

14        46.   The Complaint, the Motion for Preliminary

15  Injunction, and the parties' websites (i.e., www.im.com,

16  www.im.com/main.aspx, and www.im.live.com).

17                            COMPENSATION

18        47.   Ford Bubala & Associates' fees for this engagement

19  consist of billable time and expenses.  Standard time is billed

20  at the rate of $450.00 per hour for the services of a Partner and

21  $200.00 per hour for the services of a Research Associate.

22  Deposition and trial time are billed at the rate of $600.00 per

23  hour plus expenses.

24        I declare under penalty of perjury that the foregoing

25  is true and correct.  Executed this 3rd day of July, 2007, in

26  Huntington Beach, California.

27

28                                              Dr. Gerald L. Ford

Case No. C 07-02639 SBA
Dec. of G. Ford In Opp. to P.I.

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **July 3, 2007**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **DECLARATION OF DR. GERALD FORD IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **July 3, 2007**.

Pamela J. Tanigawa

#437348