# EXHIBIT A

ARNOLD & PORTER LLP
Suzanne V. Wilson (State Bar #152399)
suzanne.wilson@aporter.com
Charles C. Cavanagh (State Bar #198468)
charles.cavanagh@aporter.com
Elizabeth G. Frank (State Bar #245676 )
elizabeth.frank@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Catherine R. Rowland (*Pro Hac Vice* Pending)
catherine.rowland@aporter.com
555 Twelfth Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Defendant. | Case No. CV 07-02639 SBA<br><br>**EXHIBIT A, VOLUME 1, TO DECLARATION OF DR. GERALD FORD IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[OVERSIZE DOCUMENT NOT AVAILABLE IN ELECTRONIC FORMAT & CD-ROM]**<br><br>Judge:　Hon. Saundra Brown Armstrong<br>Date:　July 24, 2007<br>Time:　1:00 p.m.<br>Ctrm.:　3 |

**MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT A, VOLUME 1, to the DECLARATION OF DR. GERALD FORD IN

OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.

438132_1.DOC

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
2  office.

3  If you are a participant on this case, this filing will be served in hard-copy shortly.

4  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

5  This filing was not efiled for the following reason(s):

6  __X__   Voluminous Document (PDF file size larger than efiling system allowances)

7  __X__   Unable to Scan Documents

8  __X__   Physical Object (description):  ___CD-ROM_____

9  _____

10 _____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

11 _____   Item Under Seal

12 _____   Conformance with the Judicial Conference Privacy Policy (General Order 53).

13 _____   Other (description): _____

14 _____

17  Dated: July 2, 2007           ARNOLD & PORTER
                                  Suzanne V. Wilson
18                                Charles C. Cavanagh
                                  Elizabeth G. Frank

20                                By: /s/ Suzanne V. Wilson
21                                    Suzanne V. Wilson
                                      Attorneys for Defendant
22                                    Microsoft Corporation

- 2 -

Case No. CV 07-02639 SBA
EXHIBIT A, VOLUME 1, TO DECL. OF DR. GERALD FORD IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On **July 3, 2007**, I served the foregoing document described as:

**EXHIBIT A, VOLUME 1, TO DECLARATION OF DR. GERALD FORD IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - [OVERSIZE DOCUMENT NOT AVAILABLE IN ELECTRONIC FORMAT & CD-ROM]**

☒   by placing ☐ the original and ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Jeffrey D. Wexler
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 892-4992
Facsimile: (213) 892-7731
Email: jwexler@luce.com

☒   **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee. Executed on **July 3, 2007** at Los Angeles, California.

☒   **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Pamela J. Tanigawa*
Pamela J. Tanigawa

#438146

| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
| 2 | Suzanne V. Wilson (State Bar #152399)<br>suzanne.wilson@aporter.com |
| 3 | Charles C. Cavanagh (State Bar #198468)<br>charles.cavanagh@aporter.com |
| 4 | Elizabeth G. Frank (State Bar #245676 )<br>elizabeth.frank@aporter.com |
| 5 | 777 South Figueroa Street, 44th Floor<br>Los Angeles, California  90017-5844 |
| 6 | Telephone:  (213) 243-4000<br>Facsimile:  (213) 243-4199 |
| 7 | |
| 8 | Catherine R. Rowland (*Pro Hac Vice* Pending)<br>catherine.rowland@aporter.com |
| 9 | 555 Twelfth Street, N.W.<br>Washington, D.C.  20004 |
| 10 | Telephone:  (202) 942-5000<br>Facsimile:  (202) 942-5999 |
| 11 | |
| 12 | *Attorneys for Defendant Microsoft Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Defendant. | Case No. CV 07-02639 SBA<br><br>**EXHIBIT A, VOLUME 2, TO DECLARATION OF DR. GERALD FORD IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[OVERSIZE DOCUMENT NOT AVAILABLE IN ELECTRONIC FORMAT & CD-ROM]**<br><br>Judge:　Hon. Saundra Brown Armstrong<br>Date:　July 24, 2007<br>Time:　1:00 p.m.<br>Ctrm.:　3 |

**MANUAL FILING NOTIFICATION**

Regarding:　EXHIBIT A, VOLUME 2, to the DECLARATION OF DR. GERALD FORD IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.

438132_1.DOC

Case No. CV 07-02639 SBA
EXHIBIT A, VOLUME 2, TO DECL. OF DR. GERALD FORD IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

2  If you are a participant on this case, this filing will be served in hard-copy shortly.

3  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

4  This filing was not efiled for the following reason(s):

_X_   Voluminous Document (PDF file size larger than efiling system allowances)

_X_   Unable to Scan Documents

_X_   Physical Object (description): ___CD-ROM___

_____  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____  Item Under Seal

_____  Conformance with the Judicial Conference Privacy Policy (General Order 53).

_____  Other (description): _____

Dated: July 2, 2007                    ARNOLD & PORTER
                                       Suzanne V. Wilson
                                       Charles C. Cavanagh
                                       Elizabeth G. Frank


                                       By: /s/ Suzanne V. Wilson
                                           Suzanne V. Wilson
                                           Attorneys for Defendant
                                           Microsoft Corporation

- 2 -

Case No. CV 07-02639 SBA
EXHIBIT A, VOLUME 2, TO DECL. OF DR. GERALD FORD IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                     ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On **July 3, 2007**, I served the foregoing document described as:

**EXHIBIT A, VOLUME 2, TO DECLARATION OF DR. GERALD FORD IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - [OVERSIZE DOCUMENT NOT AVAILABLE IN ELECTRONIC FORMAT & CD-ROM]**

☒  by placing ☐ the original and ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Jeffrey D. Wexler
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 892-4992
Facsimile: (213) 892-7731
Email: jwexler@luce.com

☒  **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee. Executed on **July 3, 2007** at Los Angeles, California.

☒  **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Pamela D. Tani* (signature)
Pamela J. Tanigawa

#438146

PROOF OF SERVICE