# EXHIBIT C

DR. GERALD L. FORD

TRIAL TESTIMONY 1992 - 2007

**2006**

Phillips-Van Heusen Corp., Calvin Klein, Inc., and Calvin Klein Trademark Trust v. Calvin Clothing Company, Inc. and Star Ride Kids, Inc.
U.S. District Court, Southern District of New York

Joel D. Wallach v. Longevity Network, Ltd.
U.S. District Court, Central District of California, Western District

**2005**

General Motors Corporation v. Chevy Duty, Inc.
U.S. District Court, Eastern District of Michigan, Southern Division

**2004**

A&W Food Services of Canada Inc. and A&W Trade Marks Inc. v. McDonald's Restaurants of Canada Limited.
Federal Court, Toronto, Canada

Callaway Golf Company v. Dunlop Slazenger Group Americas, Inc.
U.S. District Court for the District of Delaware

Nova Development v. Individual Software, Inc.
Arbitration (JAMS)

The PE Corporation and Roche Molecular Systems, Inc. v. MJ Research Incorporated and Michael and John Finney
U.S. District Court, District of Connecticut

**2002**

Sara Lee Corporation v. Kayser-Roth Corporation
Trademark Trial and Appeal Board

Kirkbi AG and Lego Canada Inc. v. Ritvik Holdings Inc./Gestions Ritvik Inc. and Ritvik Toys Inc./Jouets Ritvik Inc.
Federal Court of Canada, Toronto, Ontario

June 28, 2007

Trial Testimony continued

2001

    Harrods Limited v. Sixty Internet Domain Names
        U.S. District Court, Eastern District of Virginia

    The State of California Acting in a Higher Education Capacity by and through The Board of Trustees of the California State University v. Bello's Sporting Goods
        State of California, Superior Court, San Luis Obispo

2000

    Rally Accessories, Inc. d/b/a/ Rally Manufacturing, Inc., v. Quest Industries, Inc.
        U.S. District Court, Southern District of Florida

1999

    Daimler Chrysler Corporation v. Ted L. Vanzant, dba Country Craft
        U.S. District Court, Central District of California

    Hewlett-Packard Company v. Nu-kote International, Inc.
        U.S. District Court, Northern District of California

1998

    Nexxus Products Company v. Russ Kalvin, Inc., et al.
        Superior Court of California, County of Santa Barbara

    1-800-FLOWERS, Inc. v. Michael Segura, d/b/a FLOWER STAR, et al.
        U.S. District Court, Eastern District of New York

    Haverly Systems, Inc. v. Omni Flow Computers, Inc.
        Trademark Trial and Appeal Board

1997

    Kendall-Jackson Winery, Ltd. v. E. & J. Gallo Winery
        U.S. District Court, Northern District of California

    Leonard Studio Equipment, Inc. v. Desmar Corporation and Meccanica Italiana Srl.
        U.S. District Court, District of New Jersey

June 28, 2007

Trial Testimony continued

1996

    Black & Decker (U.S.) Inc. v. GSL Engineering Ltd., GSL Consumer Products Ltd., GSL Rechargeable Products Ltd., et al.
        U.S. District Court, Eastern District of Virginia

1995

    Berner International Corporation v. Mars Sales Company
        U.S. District Court, Western District of Pennsylvania

    Mavrides, et al. v. Hammond, et al.
        U.S. District Court, Northern District of California

    Peter Morton, et al. v. Rank Organization, et al.
        Arbitration, Los Angeles

1994

    The Princeton Review Management Corp. v. Stanley H. Kaplan Educational Center, Ltd.
        Arbitration, New York

    Al-Site Corp. v. The Bonneau Company
        U.S. District Court, Central District of California

1993

    American Professional Testing Service, Inc. v. Harcourt Brace Jovanovich Legal and Professional Publications, Inc.
        U.S. District Court, Central District of California

    Devon Industries, Inc. v. American Medical Manufacturing, Inc., et al.
        U.S. District Court, Central District of California

    United Services of America Federal Credit Union dba USA Federal Credit Union v. USA Federal Credit Union
        U.S. District Court, Southern District of California

    In re: Circuit Breaker Litigation
        U.S. District Court, Central District of California

    P. Leiner Nutritional Products v. Pharmavite Corporation
        U.S. District Court, Central District of California

    Mouldings, Inc. v. Kellogg Company
        U.S. District Court, District of Utah, Central Division

Trial Testimony continued

1992

    Adray, et al. v. Adry-Mart, et al.
        U.S. District Court, Central District of California

    Mag Instrument, Inc. v. Martin Heller et al.
        Superior Court of California, County of San Bernardino

    Baldwin Corporation v. Frank Su Enterprise Corporation, Frank Su, and Decorators Accessories, Ltd.
        U.S. District Court, Central District of California

    Mag Instrument Inc. v. Vermont American Corporation
        Trademark Trial and Appeal Board

    Better Carpet Care, Inc., dba A-1 Carpet Care v. A-1 Carpet Market
        Superior Court of California, County of Orange

DEPOSITION TESTIMONY 1992 - 2007

2007

    E.& J. Gallo Winery v. Cantine Rallo, S.p.A.
        U.S. District Court, Eastern District of California

    adidas American, Inc. and adidas-Salomon AG v. Kmart Corporation and Footstar, Inc.
        U.S. District Court, District of Oregon

2006

    NFL Properties LLC v. AllAuthentic Corporation
        U.S. District Court, Southern District of New York

    The Board of Trustees of the University of Alabama v. New Life Art, Inc. and Daniel A. Moore
        U.S. District Court, Northern District of Alabama

2005

    Children's Medical Center of Dallas v. Columbia Hospital at Medical City Dallas Subsidiary, L.P.
        U.S. District Court, Northern District of Texas

    Board of Supervisors of the Louisiana State University and Agricultural and Mechanical College, Board of Regents of the University of Oklahoma, Ohio State University, University of Southern California, Pasadena Tournament of Roses, and The Collegiate Licensing Company v. Smack Apparel Company and Wayne Curtiss
        U.S. District Court for the Eastern District of Louisiana

    The Boyds Collection, Ltd. v. The Bearington Collection
        U.S. District Court, Middle District of Pennsylvania

    Mag Instrument, Inc. v. Dollar Tree Stores, Inc. and Dollar Tree Distribution, Inc.
        U.S. District Court, Central District of California

2004

    Nissan North America and Nissan Jidosha Kabushiki Kaisha dba Nissan Motor Co., Ltd v. Europacific Parts International, Inc. dba Service & Value Expeditors, and Interstate Automotive Distributors dba Genuine Parts Advantage and Metro Automotive
        U.S. District Court, Central District of California

June 28, 2007

Deposition Testimony continued

2003

    Guthy-Renker Corporation v. University Medical Products/USA, Inc.
        U.S. District Court, Central District of California

    The Iams Company v. Kal Kan Foods, Inc.
        U.S. District Court, Southern District of Ohio

    XtraPlus Corporation v. Google, Inc.
        U.S. District Court, Northern District of California

    The Iams Company v. Nutro Products, Inc.
        U.S. District Court, Southern District of Ohio

    adidas America, Inc. and adidas-Salomon AG v. Steve Madden, Ltd., and Steve Madden Retail, Inc.
        U.S. District Court, District of Oregon


2002

    Masterfoods USA, a division of Mars, Incorporated v. Arcor USA, Incorporated, and Arcor S.A.I.C.
        U.S. District Court, Western District of New York

    Dioptics Medical Products, Inc. v. The Cooper Companies, Inc.
        U.S. District Court, Northern District of California

    Nissan Motor Co. Ltd. and Nissan North America, Inc. v. Nissan Computer Corporation
        U.S. District Court, Central District of California


2001

    Manufacture des Montres Jaguar, S.A., Manufacturas de Montres Jaguar, S.L., and Festina, U.S.A., Inc. v. Jaguar Cars Limited, The Jaguar Collection Limited and Jaguar Cars, a division of Ford Motor Company
        U.S. District Court, Southern District of New York

    Magnivision, Inc. v. The Bonneau Company
        U.S. District Court, Central District of California

Deposition Testimony continued

2000

    Kelly Blue Book Company, Inc. v. Primedia Intertec National Market Reports, Primedia Intertec Inc., & Primedia Inc.
        U.S. District Court, Central District of California

    JMYZ, Inc. v. The Gap, Inc. and Old Navy, Inc.
        U.S. District Court, Southern District of Florida

1999

    In re: Certain Two-Handle Centerset Faucets and Escutcheons and Components Thereof
        U.S. International Trade Commission, Washington, D.C.

    TriStar Pictures, Inc. and Zorro Productions, Inc. v. Del Taco, Inc. and Wongdoody
        U.S. District Court, Southern District of California

1998

    Iomega Corporation v. SyQuest Technology, Inc.
        U.S. District Court, District of Delaware

1997

    Summit Bottling, Inc. v. Water Star Bottling, Inc. et al.
        U.S. District Court, District of Utah, Northern Division

    Kellogg Company v. Exxon Corporation
        U.S. District Court, Western District of Tennessee

    Galen Rowell and Richard Johnson v. Price/Costco
        U.S. District Court, Northern District of California

1996

    Saban Entertainment, Inc. and Saban International, N.V. v. Rubie's Costumes Co., Inc.
        U.S. District Court, Eastern District of New York

    Breath Asure, Inc. v. Merlin Offshore International, Inc. et al.
        U.S. District Court, Central District of California

    Men's Wearhouse, Inc. v. T.H.C., Inc.
        U.S. District Court, Eastern District of Michigan

Deposition Testimony continued

1995

    Hugo Boss Fashions Inc., et al. v. Brookhurst, Inc., et al.
        U.S. District Court, Southern District of New York

    Wilden Pump & Engineering Co. v. Charles Horvath (PTE), et al.
        U.S. District Court, Central District of California

    Barbara Arner v. Sharper Image Corporation, Remington Products, et al.
        U.S. District Court, Central District of California

1993

    The Famous Amos Chocolate Chip Cookie Corporation v. Wally Amos
        U.S. District Court, Northern District of California

    Atari Games Corporation & Tengen, Inc. v. Nintendo of America
        U.S. District Court, Northern District of California

    Calgene, Inc. v. Enzo Biochem, Inc.
        U.S. District Court, Eastern District of California

    Health Net v. U.S.A. Healthnet Inc.
        U.S. District court, Central District of California

June 28, 2007