ARNOLD & PORTER LLP
Suzanne V. Wilson (State Bar #152399)
suzanne.wilson@aporter.com
Charles C. Cavanagh (State Bar #198468)
charles.cavanagh@aporter.com
Elizabeth G. Frank (State Bar #245676 )
elizabeth.frank@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Catherine R. Rowland (*Pro Hac Vice*)
catherine.rowland@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Defendant. | Case No. CV 07-02639 SBA<br><br>**MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION FOR AN ORDER TO FILE UNDER SEAL THE CONFIDENTIAL SUPPLEMENTAL DECLARATION OF TARA KRIESE IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INSTANT MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Civil Local Rules 79-5 and 7-11(b)]<br><br>Judge:　Hon. Saundra Brown Armstrong<br>Date:　July 24, 2007<br>Time:　1:00 p.m.<br>Ctrm.:　3 |

Case No. C 07-02639 SBA
ADMINISTRATIVE MOTION OF MICROSOFT CORP. TO FILE UNDER SEAL
CONF. SUPPL. DECLARATION OF TARA KRIESE

1    Pursuant to Civil Local Rules 79-5(b) and 7-11(b), defendant Microsoft Corporation ("Microsoft") hereby make this Administrative Motion for an Order Granting Permission to File Under Seal the Confidential Supplemental Declaration of Tara Kriese in Support of Microsoft's Memorandum in Opposition to Plaintiff Instant Media Inc.'s ("Instant Media's") Motion for a Preliminary Injunction (the "Administrative Motion").

As set forth in the attached memorandum, good cause exists for granting this Administrative Motion. First, the information contained in the Confidential Supplemental Declaration of Tara Kriese (the "Supplemental Kriese Declaration") consists of the types of highly sensitive business information that courts routinely protect from public disclosure by allowing them to be filed under seal. Second, Instant Media has stipulated to the entry of a protective order (the "Protective Order") in this action governing disclosure of confidential, sensitive business information. Declaration of Suzanne V. Wilson, ("Wilson Decl."), ¶ 3. The information that this Administrative Motion seeks to have placed under seal falls within the scope of the Protective Order. Third, the confidential information sought to be filed under seal is necessary for Microsoft's Opposition to Instant Media's Motion for a Preliminary Injunction. *Id.*, ¶ 3. In order to preserve the highly sensitive confidential nature of the information contained in the Supplemental Kriese Declaration, Microsoft respectfully requests that this Court grant Microsoft's Administrative Motion.

As set forth in the Wilson Declaration, Microsoft is filing this Administrative Motion electronically, and therefore counsel for Instant Media will receive automatic notice of this Administrative Motion concurrently with its filing. Wilson Decl., ¶ 5.

/ / /

/ / /

/ / /

- 1 -

Case No. C 07-02639 SBA
ADMINISTRATIVE MOTION OF MICROSOFT CORP. TO FILE UNDER SEAL
CONF. SUPPL. DECLARATION OF TARA KRIESE

1   This Administrative Motion is based on this Administrative Motion, the attached
2   Memorandum of Points and Authorities and Declaration of Suzanne V. Wilson and the concurrently
3   filed [Proposed] Order granting this Administrative Motion, as well as all other papers, records and
4   files in this action, and upon such other evidence as the Court may consider.

5   Dated: July 3, 2007                               ARNOLD & PORTER, LLP

                                                      By:_____/s/_____
                                                         Suzanne V. Wilson
                                                         Attorneys for Defendant
                                                         Microsoft Corporation

438139

- 2 -

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Microsoft Corporation ("Microsoft") submits this memorandum of points and authorities in support of its Administrative Motion for an Order Granting Permission to File Under Seal the Confidential Supplemental Declaration of Tara Kriese in Support of Microsoft's Memorandum in Opposition to Plaintiff Instant Media Inc.'s ("Instant Media's") Motion for a Preliminary Injunction (the "Administrative Motion").

## II. PROCEDURAL BACKGROUND

Plaintiff Instant Media filed this action against Microsoft on May 17, 2007. Instant Media alleges, in part, that Microsoft's use of the mark "**i'm**" infringes on Instant Media's I'M trademark.[1] The **i'm** initiative is a philanthropic marketing campaign used exclusively with Microsoft's Windows Live Messenger 8.1 instant messaging software. On June 12, Instant Media filed a preliminary injunction seeking, among other things, to enjoin Microsoft's use of its **i'm** mark. That motion is set for hearing before this Court on July 24. Declaration of Suzanne V. Wilson ("Wilson Decl.") ¶ 2.

On June 28, the parties jointly submitted a proposed protective order to this Court governing the disclosure of confidential and highly sensitive business information. Wilson Decl., ¶ 3.

## III. ARGUMENT

Microsoft seeks to file under seal the Confidential Supplemental Declaration of Tara Kriese (the "Supplemental Kriese Declaration"). The Supplemental Kriese Declaration consists of eight paragraphs containing highly detailed and competitively sensitive information regarding:

- Microsoft's internal information regarding the number of users of its Windows Live Messenger service and the number of participants in the **i'm** initiative;
- Microsoft's monetary investment in the **i'm** initiative;

---

[1] Microsoft timely answered the complaint on June 22. Wilson Decl., ¶ 2.

- 3 -

1  • Microsoft's costs to re-brand the **i'm** initiative if a preliminary injunction is entered;

2  • Microsoft's technical challenges and costs associated with re-branding the **i'm** initiative in a modified version of Windows Live Messenger software;

3  • Microsoft's actual and budgeted advertising spend for the **i'm** initiative.

Microsoft treats this sensitive business information as highly confidential in the normal course of its operations. This type of confidential and highly sensitive business information has been recognized as the type of highly sensitive business information that supports a sealing order. *See generally*, *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (recognizing disclosure of trade secrets as appropriate grounds for sealing order); *see also Compaq Computer Corp. v. Packard Bell Electronics*, 163 F.R.D. 329, 339 (N.D. Cal. 1995) (finding that sensitive business information should be protected from public disclosure); *Clark v. Bunker*, 453 F.2d 1006, 1009 (9th Cir. 1972) (same). Without such an Order, if this information were made public, Microsoft would be damaged by the misuse of the information by Microsoft's competitors.

Local Civ. R. 79-5 and 7-11(b) provide that a party may move the Court to have documents filed under seal upon a showing of good cause for the sealing of a Court record. As set forth above, good cause exists for the filing under seal of the Supplemental Kriese Declaration. This declaration contains Microsoft's confidential and highly sensitive business information, the disclosure of which will harm Microsoft's present and future business interests. Wilson Decl., ¶ 4. Moreover, the information in the Supplemental Kriese Declaration is necessary for Microsoft's opposition to Instant Media's pending motion for a preliminary injunction because it demonstrates, among other things, the harm Microsoft will suffer if a preliminary injunction is entered against the company preventing continuation of the **i'm** initiative. *Id.* Thus, without a sealing order, Microsoft will be hampered in its ability to present the Court with all of the information necessary for consideration of Microsoft's opposition brief.

/ / /

/ / /

- 4 -

## IV. CONCLUSION

For all of the foregoing reasons, Microsoft respectfully requests that the Court grant its Administrative Motion and issue an Order to seal the Supplemental Kriese Declaration.

Dated: July 3, 2007                                                      ARNOLD & PORTER, LLP


By: _____/s/_____
    Suzanne V. Wilson
    Attorneys for Defendant
    Microsoft Corporation

- 5 -

Case No. C 07-02639 SBA
ADMINISTRATIVE MOTION OF MICROSOFT CORP. TO FILE UNDER SEAL
CONF. SUPPL. DECLARATION OF TARA KRIESE

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **July 3, 2007**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION FOR AN ORDER TO FILE UNDER SEAL THE CONFIDENTIAL SUPPLEMENTAL DECLARATION OF TARA KRIESE IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INSTANT MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **July 3, 2007**.

*/s/ Gloria Turner*
Gloria Turner

#438218