ARNOLD & PORTER LLP
Suzanne V. Wilson (State Bar #152399)
suzanne.wilson@aporter.com
Charles C. Cavanagh (State Bar #198468)
charles.cavanagh@aporter.com
Elizabeth G. Frank (State Bar #245676 )
elizabeth.frank@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Catherine R. Rowland (*Pro Hac Vice*)
catherine.rowland@aporter.com
555 Twelfth Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>               Defendant. | Case No. CV 07-02639 SBA<br><br>**DECLARATION OF SUZANNE V. WILSON IN SUPPORT OF MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION FOR AN ORDER TO FILE UNDER SEAL THE CONFIDENTIAL SUPPLEMENTAL DECLARATION OF TARA KRIESE IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INSTANT MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Civil Local Rules 79-5 and 7-11(b)]<br><br>Judge:   Hon. Saundra Brown Armstrong<br>Date:    July 24, 2007<br>Time:    1:00 p.m.<br>Ctrm.:   3 |

**DECLARATION OF SUZANNE V. WILSON**

I, Suzanne V. Wilson, hereby declare and state as follows:

1. I am a partner at the law firm of Arnold & Porter, and counsel for defendant Microsoft Corporation ("Microsoft") in the above-captioned case. I hereby make this declaration in support of Microsoft's Administrative Motion for an Order Granting Permission to File Under Seal the Confidential Supplemental Declaration of Tara Kriese in Support of Microsoft's Memorandum in Opposition to Plaintiff Instant Media Inc.'s ("Instant Media's") Motion for a Preliminary Injunction (the "Administrative Motion"). Except as otherwise stated, I have personal knowledge of the matters stated herein and if called upon as a witness, I could and would testify competently thereto.

2. Plaintiff Instant Media filed this action on May 17, 2007. Among other things, Instant Media has asserted claims alleging that Microsoft's use of the "**i'm**" mark infringes on Instant Media's I'M trademark. On June 12, Instant Media filed a preliminary injunction seeking to enjoin Microsoft's use of its **i'm** mark. Microsoft timely answered the complaint on June 22. Following a motion to shorten time, Instant Media's preliminary injunction motion now is set for hearing before this Court on July 24.

3. On June 28, the parties jointly submitted a proposed protective order to this Court governing the disclosure of confidential and highly sensitive business information.

4. The Confidential Supplemental Declaration of Tara Kriese referenced in Microsoft's Administrative Motion (the "Supplemental Kriese Declaration") is necessary for Microsoft to rely upon in support of its opposition to Instant Media's pending Motion for a Preliminary Injunction. As set forth in the Memorandum of Points and Authorities, I am informed that the Supplemental Kriese Declaration contains highly sensitive business information that Microsoft maintains as confidential.

/ / /

/ / /

/ / /

- 1 -

1  |  5. Because this Administrative Motion is being filed electronically, counsel for Instant
2  |  Media will automatically receive notice of this Administration Motion.
3  |  I declare under penalty of perjury under the laws of the United States of America that the
4  |  foregoing is true and correct.
5  |  Executed on July 3, 2007 at Los Angeles, California.

*[Signature: Suzanne V. Wilson]*
Suzanne V. Wilson

- 2 -

Case No. C 07-02639 SBA
DECL. OF SUZANNE V. WILSON IN SUPP. OF ADMIN. MOT. OF MICROSOFT CORP. TO FILE UNDER SEAL
CONF. SUPPL. DECL. OF TARA KRIESE

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **July 3, 2007**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **DECLARATION OF SUZANNE V. WILSON IN SUPPORT OF MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION FOR AN ORDER TO FILE UNDER SEAL THE CONFIDENTIAL SUPPLEMENTAL DECLARATION OF TARA KRIESE IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INSTANT MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **July 3, 2007**.

/s/ Gloria Turner