ARNOLD & PORTER LLP
Suzanne V. Wilson (State Bar #152399)
suzanne_wilson@aporter.com
Charles C. Cavanagh (State Bar #198468)
charles_cavanagh@aporter.com
Elizabeth G. Frank (State Bar #245676)
elizabeth_frank@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Catherine R. Rowland (*Pro Hac Vice*)
catherine_rowland@aporter.com
555 Twelfth Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>                              Defendant. | Case No. CV 07-02639 SBA<br><br>**DECLARATION OF TARA KRIESE IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INSTANT MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Motion Date:   July 24, 2007<br>Time:            1:00 pm<br>Courtroom:    3<br>Judge:           Hon. Saundra Brown Armstrong |

1

## DECLARATION OF TARA KRIESE

2      I, Tara Kriese, hereby declare as follows:

3      1.      I am the Senior Product Marketing Manager for Windows Live Messenger at

4  Microsoft Corporation ("Microsoft").  I have worked at Microsoft in connection with the Windows

5  Live Messenger service (previously MSN Messenger) since July 2006.  As part of my

6  responsibilities as Senior Product Marketing Manager for Windows Live Messenger, I assisted in

7  the development, launch and promotion of Microsoft's **i'm** initiative.  I make this declaration in

8  support of Microsoft's Opposition to Plaintiff Instant Media, Inc.'s ("Instant Media's") Motion For

9  Preliminary Injunction.  The matters stated herein are of my own personal knowledge and upon a

10  review of documents and data maintained in the usual and ordinary course of business, except

11  where otherwise indicated.  If called upon as a witness, I could and would testify competently to the

12  matters stated herein.

13  **I.**      **Windows Live Messenger**

14      2.      Among other computer-related products and services, Microsoft has developed and

15  provides an instant messaging service.  Instant messaging is a form of electronic communication

16  that enables real-time communications between people who are connected to a network (such as the

17  Internet) and logged onto either the same or a compatible instant messaging service.  These real-

18  time conversations are often referred to as "chats."[1]  Instant messaging is commonly referred to in

19  the industry and by users as "IM."  Users often use the verb "im'ing" when describing the act of

20  instant messaging.

21      3.      Microsoft's current instant messaging service, released in January 2007, is called

22  Windows Live Messenger 8.1.  Windows Live Messenger is targeted primarily at consumers rather

23  than businesses.  There are many other popular competing instant messaging services in the United

24  States, including America Online's AIM, ICQ, Yahoo! Messenger, and Google's GTalk.  Instant

25  messaging has grown at a rapid pace in the United States and throughout the world.  There are

26

---

27  [1]  Permitting instantaneous communication between parties, instant messaging allows users to transmit information quickly and efficiently, and receive an immediate response.  Moreover, instant messaging software has developed that allows users to see each other using webcams, to share

28  documents and files, and to talk directly at no charge over the Internet.

1    currently over 77,425,000 estimated instant messenger users in the United States and approximately

2    368,000,000 users worldwide.

3         4.     Instant messaging users deliberately sign up for the Windows Live Messenger

4    service by signing up for a Windows Live Messenger account.  To use Microsoft's Windows Live

5    Messenger service, a user must download and install the Windows Live Messenger software from a

6    Microsoft website, such as http://get.live.com/messenger/features.  The software is available at no

7    charge.  When downloading the software, users must provide certain information including an email

8    address and their name.  The user must also select a unique Live ID to sign up.  In addition, the user

9    must select a Display Name, which is how the user is identified to other parties when

10   communicating through the instant messenger service.  Additionally, the user must agree to

11   Microsoft's terms and conditions by reviewing the language of the agreement and clicking on a box

12   indicating agreement with the terms.

13        5.     After downloading and installing the instant messaging software, a user must obtain

14   the instant messaging Live ID for the person with whom he or she would like to communicate.

15   After that, a user can engage in an instant messaging "chat" by sending an instant message to that

16   person.  Similarly, the user can share his or her Live ID with other friends and family who have

17   compatible instant messaging software to receive messages from those individuals.

18        6.     Microsoft's Windows Live Messenger service is funded by advertising.  Once signed

19   in to Windows Live Messenger, users can view links to other Microsoft websites, including

20   www.msn.com, a news and information website.  Advertisements appear at the bottom of the

21   Windows Live Messenger application when the user is signed in.  Microsoft obtains revenues when

22   users click on these advertisements to view their content.

23        7.     Unlike Instant Media's products and services, Windows Live Messenger is not a

24   media player or an Internet media platform.  The Windows Live Messenger service does not enable

25   users to broadcast video or audio programs over the Internet.  Additionally, the Windows Live

26   Messenger service does not support a subscription service by which a video or audio file would be

27   automatically downloaded to the user's computer.  Windows Live Messenger has no caching

28   technology for videos.  The Windows Live Messenger service also does not provide any retailing

- 2 -

1   services -- consumers cannot buy products through Windows Live Messenger (or the **i'm** initiative

2   discussed below).

3   **II.     Microsoft's i'm Initiative**

4           **A.     The i'm Initiative Generally**

5           8.      The **i'm** initiative is a philanthropic marketing program available only to Windows

6   Live Messenger 8.1 users.  The program is free, voluntary and does not require the user to

7   download any additional software.  The **i'm** initiative is designed to motivate socially responsible

8   instant messaging users to use Windows Live Messenger service as their instant messaging service

9   since it is the only instant messaging service that has a philanthropic program attached to it.  The

10  initiative is the only place where Microsoft uses the **i'm** mark.  Microsoft does not currently, and

11  has no plans in the future to, use its **i'm** mark and logo in connection with video or audio

12  broadcasts, downloads, or any media players.  There are no plans to use the **i'm** mark outside of

13  philanthropic marketing campaigns within an instant messaging or real-time communication

14  service.

15          9.      Microsoft launched the **i'm** initiative on March 1, 2007.  As part of the initiative,

16  Microsoft agreed to donate a portion of Windows Live Messenger's advertising revenue associated

17  with the program to the following designated social-cause organizations: (i) The Humane Society of

18  the United States, (ii) American Red Cross, (iii) UNICEF, (iv) Susan G. Komen Race for the Cure,

19  (v) Boys and Girls Clubs of America, (vi) National Aids Fund, (vii) National Multiple Sclerosis

20  Society, (viii) Ninemillion.org, (ix) Sierra Club, and (x) Stopglobalwarming.org (the "Participating

21  Organizations").  A Windows Live Messenger user who elects to join the **i'm** initiative selects

22  which of the ten Participating Organizations he or she wants to support.  The determination of how

23  much money will be donated to each Participating Organization is based on how many instant

24  messages are sent by participating Windows Live Messenger users supporting each Participating

25  Organization.  Microsoft has committed to donate by the end of 2007 a minimum of $1 million

26  dollars among the ten selected social-cause organizations (*i.e.*, $100,000 each), and possibly more

27  depending upon the number of messages sent by participating users over the Windows Live

28

- 3 -

1  Messenger service.  Microsoft will determine each social-cause organization's share at the end of

2  the year.  Microsoft has put no caps on the amount that it will donate.

3       10.    A user can utilize the Windows Live Messenger service without ever signing up for

4  the **i'm** initiative.  Moreover, voluntary participation in the **i'm** initiative does not change the

5  functionality of Windows Live Messenger or the manner in which users of Windows Live

6  Messenger send instant messages.

7       11.    Windows Live Messenger service users can participate in the **i'm** initiative by going

8  to the website located at www.im.live.com (the "**i'm** Website"), as well as other Microsoft websites.

9  A true and correct copy of several pages within the **i'm** Website are attached as Exhibit A.  When

10  connecting to the **i'm** Website, the user sees a presentation in which the **i'm** mark and logo are used

11  in connection with the phrase "**i'm** making a difference" and individual phrases pertaining to each

12  of the specific Participating Organizations including:

13       (1)    "**i'm** saving animals" (The Humane Society of the United States);

14       (2)    "**i'm** ready to help" (American Red Cross);

15       (3)    "**i'm** helping kids survive" (UNICEF);

16       (4)    "**i'm** finding the cure" (Susan G. Komen Race for the Cure);

17       (5)    "**i'm** providing a positive place for kids" (Boys & Girls Clubs of America);

18       (6)    "**i'm** fighting AIDS" (National AIDS Fund);

19       (7)    "**i'm** joining the MS movement" (National Multiple Sclerosis Society);

20       (8)    "**i'm** helping nine million refugee kids" (Ninemillion.org);

21       (9)    "**i'm** exploring and protecting the planet" (Sierra Club); and

22       (10)   "**i'm** stopping global warming" (Stopglobalwarming.org).

23  Many of these phrases are used in Microsoft's advertising campaign for the initiative and in the

24  Participating Organizations' outreach efforts.  Microsoft's **i'm** Website displays these phrases so

25  that one phrase appears and then another phrase appears until *all* of the phrases appear on the page.

26  After all of the phrases have appeared, they *all* disappear and the only phrase remaining is "**i'm**

27  making a difference."  This is a technique that is very common among websites.  True and correct

28  printouts demonstrating this presentation are attached as Exhibit B hereto.

- 4 -

12.     Once at the **i'm** Website, a Windows Live Messenger user can click on the "Join Now" button.  Because the **i'm** initiative is only available to United States residents, the Windows Live Messenger user must identify the country where he or she is located.  The user then designates the Participating Organization that he or she wishes to support through instant messaging.  Each Participating Organization is identified by a different text code.  *See* Exhibit A for a list of the text codes for each of the Participating Organizations.

13.     After the user types in the text code for his or her selected Participating Organization, the **i'm** logo appears immediately after the user's Display Name on Windows Live Messenger.  Attached hereto as Exhibit C is a true and correct copy of a screenshot of the **i'm** logo that appears beside the Display Name within Windows Live Messenger.  When other Windows Live Messenger users send instant messages to a user participating in the **i'm** initiative, the non-participating user will see the **i'm** logo with the Display Name of the participating user and be able to click on the logo for more information on the **i'm** initiative, including how to participate.  Once a user has elected to participate in the **i'm** initiative, every time the user sends an instant message using Windows Live Messenger, the selected social-cause organization will be credited for that message, regardless of whether the recipient of the message is participating in the **i'm** initiative.

14.     If a user of a competing instant message service sends an instant message to a Windows Live Messenger user participating in the **i'm** initiative, the non-Windows Live Messenger user will not see the **i'm** logo, but will see the text code for the Participating Organization the **i'm** initiative participant has chosen to support.

15.     Whether or not they participate in the **i'm** initiative, Windows Live Messenger users can personalize their Display Name by adding additional icons (such as smiley faces or hearts) or statements to either side of their Display Name.  For example, if a user wants to have two hearts before or after her Display Name "Jane Doe," she can do so by adding the text symbols for the heart image after her Display Name.  Attached as Exhibit D is a true and correct copy of an example of an instance where a Windows Live Messenger user added smiley faces after his or her Display Name.  Similarly, if a participant in the **i'm** initiative wishes to have other Windows Live Messenger users see her Display Name as "Jane Doe **i'm** An Example," the user must manually include the terms in

- 5 -

that exact sequence.  Attached as Exhibit E is a true and correct copy of an example of an instance where a Windows Live Messenger wishes others to see her name as "Jane Doe **i'm** An Example."

16.    The **i'm** initiative is popular with the target audience of socially responsible instant messaging users.  Microsoft does not track the number of Windows Live Messenger users who have chosen to participate in the **i'm** initiative.  Instead, Microsoft tracks the number of messages sent by participants in the initiative.

17.    As of June 29, 2007, the **i'm** Website had been viewed approximately 123,732,565 times.

18.    The **i'm** initiative does not provide "branded services" similar to Instant Media's services.  The **i'm** initiative is only a philanthropic marketing program. The **i'm** initiative does not provide software regarding any audio, video, audiovisual or other content data.  Moreover, the **i'm** initiative does not provide:  software for subscribing to news or other information; software implementing IPTV; or software for commercial transactions.

**B.    The i'm Trademark and Logo**

19.    Microsoft chose the term "**i'm**" for use with its philanthropic marketing program because the term is a play on the commonly used abbreviation for "instant messaging" – IM -- and on the idea that users are making a difference by contributing to a social cause (*e.g.*, "**i'm** making a difference").  Microsoft had no intent to trade off Instant Media's alleged goodwill and had no intent to be associated with Instant Media or its services.  I had no knowledge of Instant Media or its I'M trademark when I participated in selecting the name and logo for the **i'm** initiative.

20.    In addition, Microsoft's **i'm** logo was styled to appear young and hip.  Among the distinguishing features of the logo are the lower-case, stylized letters, the insertion of a speech balloon in place of an apostrophe, the use of pale green and blue coloring (which colors are sometimes reversed), and the absence of any shape surrounding the letters.  The use of the speech balloon next to the stylized "i" was intended to echo an icon of a speaking person, in order to reinforce the notion that the more messages a participant in the **i'm** initiative sends, the more Microsoft will donate to the Participating Organizations.  Moreover, the colors in the logo mirror those of "buddy" icons used in connection with Windows Live Messenger, for example to designate

- 6 -

the user's "contact" list of other Windows Live Messenger users.  Attached as Exhibit F is a true and correct copy of the "buddy" icons used with Windows Live Messenger.

21.    In addition to using the **i'm** logo on Microsoft's **i'm** Website, Microsoft also places a small version of the **i'm** logo on other Microsoft websites, such as www.msn.com.  Microsoft only uses the logo on these websites to identify and promote its **i'm** initiative and not to identify any other services about the **i'm** initiative.  A true and correct printout of Microsoft's use of the **i'm** logo in this manner is attached as Exhibit G.

**C.    Prospective Participants in the i'm Initiative**

22.    The target audience for Microsoft's **i'm** initiative is socially responsible people who use instant messaging and will be attracted to Windows Live Messenger because their instant messaging will result in contributions being made by Microsoft to one of the Participating Organizations.  Microsoft is not targeting all Internet users, nor is Microsoft targeting Internet users interested in video or audio downloads, recordings, or media players.

23.    Based on my experience, instant messaging users are relatively sophisticated Internet users.  They are typically aware that a number of different instant messaging services are available and make a conscious decision to download the software of the service they wish to use.  The selection of a service can also depend on whether a user's friends are using that service because the most popular instant messenger services, AOL's AIM service, does not interoperate with other instant messaging services, including Windows Live Messenger.  In addition, instant messaging users have to complete multiple affirmative acts before they can use the software.  As noted above, to use the Windows Live Messenger service, a user must first download the software, then agree to contractual terms and conditions, and provide certain personal information, and select certain options.  Moreover, once a user has downloaded the Windows Live Messenger software, a user must take additional, deliberate steps to participate in the **i'm** initiative.  No one is automatically signed up for the **i'm** initiative.

**D.    Promotion of the i'm Initiative**

24.    The **i'm** initiative, including the **i'm** Website, was officially launched on March 1, 2007.  At that time, I attended a panel discussion at which the **i'm** initiative was announced and

- 7 -

1   discussed.  The panelists included Dan Casey, Director, Windows Live VoIP and Messenger

2   Product Management, and representatives from the Participating Organizations.  This event

3   included representatives from the press.  However, even prior to its official launch, news of the **i'm**

4   initiative was known in the public.  Microsoft created the text code for the Participating

5   Organizations, which creates the **i'm** logo, in early 2007.  As a preparatory step for launch,

6   Microsoft put the text code for the **i'm** logo online on its service in January.  Although Microsoft

7   had not yet established a website for the **i'm** initiative, some users were able to figure out that the

8   text codes rendered the logo and they shared the logo and how to render it with other users.  This

9   information was written about on an influential fan website about instant messaging, which is

10  particularly focused on Windows Live Messenger.  A printout of this posting is attached as Exhibit

11  H.

12          25.     The knowledge of the **i'm** initiative resulted in immediate traditional press and

13  Internet coverage, including dozens of articles that mentioned and discussed the **i'm** initiative.  True

14  and correct copies of some of these articles are attached hereto as Exhibit I.

15          26.     At the time of the formal March 1, 2007 launch of the program, the Participating

16  Organizations also began outreach efforts and advertising programs to market the **i'm** initiative

17  among their supporters and the public.  Many of the Participating Organizations have specific

18  marketing plans to raise awareness of the **i'm** initiative.  For example, some Participating

19  Organizations sent emails regarding the **i'm** initiative to the social-cause organization's email list,

20  posted information regarding the **i'm** initiative on their websites, included information on the **i'm**

21  initiative in newsletters and mail to supporters, and included information on the **i'm** initiative on the

22  Internet blogs that support the Participating Organization or its cause.  Attached as Exhibit J are true

23  and correct examples of some of some of the Participating Organization's websites promoting the

24  **i'm** initiative.  These social-cause organizations continue to actively market the **i'm** initiative.

25          27.     On March 15, 2007, Microsoft began advertising the **i'm** initiative "on-network" on

26  Microsoft's www.msn.com website and through the Windows Live network, which includes all

27  Windows Live advertising-based products such as Windows Live Hotmail (Microsoft's email

28  application), Spaces (a social networking website), and Windows Live Messenger, among others.

- 8 -

This "on-network" advertising campaign used "on-network" advertising banners[2] (including banners on Windows Live Messenger), in-product text links (text links available to Windows Live Messenger users), advertisements on www.microsoft.com as well as in emails to the Windows customer database. During this same time period, individual users were rapidly spreading the word about the new initiative. For example, as part of my job, I tracked the messages discussing the **i'm** initiative that were posted on message boards and blogs by Internet users. Hundreds of messages were posted during this time period.

28. On May 15, 2007, Microsoft further expanded its advertising of the **i'm** initiative with more advertisements, including numerous advertisements that were aimed at socially responsible heavy instant messaging users on other Internet websites and other online media properties.

29. Microsoft created two online videos, "The Philanthropists" and "The Benefactors," which are currently available for viewing on the Internet and demonstrate the democratization of philanthropy through an exaggerated but lighthearted lens. The videos use a fun tone to communicate the serious nature of the subject in order to show that it is easy to get involved and make a difference by participating in the **i'm** initiative campaign. Attached hereto as Exhibit K is a true and correct copy of a screenshot from these advertising videos as currently shown on Facebook.com.

30. Microsoft also posted various advertisements touting the **i'm** initiative campaign on numerous websites, focusing on socially responsible websites likely to be visited by heavy instant message users. For example, Microsoft has advertised the **i'm** initiative on various philanthropy-focused websites such as change.org, care2.com, GoodMagazine.com, Lime.com, VolunteerMatch.org, YouthNoise.com, and Zaadz.com. A true and correct copy of an online advertisement is attached as Exhibit L.

---

[2] A banner advertisement is an advertisement that appears on a website either above, below, or on the sides of the main content of that website and links to the advertiser's own website.

31.    Other websites interested in supporting Microsoft's initiative have donated website space for **i'm** initiative advertisements at no cost to Microsoft. For example, Forbes.com, Infoworld.com, ChannelWeb.com, and ComputerWorld.com, among others, donated website space beginning on May 15, 2007.

32.    Microsoft has also spread awareness of its **i'm** initiative campaign by partnering with socially responsible Internet communities such as those found on Youth Noise, Facebook, and UGO Gets Conscious. For example, several social-cause organizations such as Youth Noise and UGO dedicate pages on their websites to promoting the **i'm** initiative, and Microsoft advertises on some blogs associated with these communities. True and correct printouts of a dedicated web page is attached as Exhibit M.

33.    The **i'm** initiative has also been advertised on posters in numerous geographic markets. Specifically, starting June 4, 2007, Microsoft engaged in a four-week effort to advertise the **i'm** initiative through an advertising method known as "wild postings." In a wild postings campaign, posters are placed throughout a city advertising an event or product. Microsoft conducted wild posting campaigns using recycled paper in approximately 600 locations in the following cities during the month of June: Manhattan, Los Angeles, the District of Columbia, Boston, Atlanta, Houston, Detroit, Chicago, Dallas, Philadelphia, San Francisco, and Seattle. An example of one of these posters is attached as Exhibit N.

34.    Microsoft uses college outreach methods, including the hiring of "college ambassadors" to promote the **i'm** initiative. This program was started on March 2, 2007 and is still continuing. These "college ambassadors" operate among students at Boston University, Duke University, Florida State University, George Washington University, Georgetown University, Harvard University, Howard University, Indiana University, Johns Hopkins University, Massachusetts Institute of Technology, Michigan State University, Northwestern University, Ohio State University, Pennsylvania State University, Princeton University, Purdue University, Rutgers University, Stanford University, State University of New York at Buffalo, Texas A&M, Texas Tech, University of Arizona, University of California - Berkeley, University of Colorado, University of Connecticut, University of Florida, University of Georgia, University of Illinois -

- 10 -

1  Urbana, University of Kentucky, University of Maryland, University of Michigan - Ann Arbor,

2  University of Mississippi, University of New Hampshire, University of North Carolina, University

3  of Pennsylvania, University of Texas, University of Virginia, University of Washington, Vanderbilt

4  University, Washington State University, and Yale University.

5       35.    Microsoft also placed print ads in a number of magazines' May or June 2007 issues,

6  including Forbes, Information Week, Dr. Dobbs Journal, PC Magazine, and Good Magazine,

7  among others.  A true and correct copy of a print ad from Good Magazine, which was the same ad

8  run in the other publications, is attached as Exhibit O.

9       36.    Many of Microsoft's advertisements of the **i'm** initiative include references to the

10  phrase "**i'm** making a difference" and other slogans such as "give til it hurts your fingers," as

11  depicted in the advertisement in Exhibit N.  Most of Microsoft's print and online advertisements for

12  the **i'm** initiative include the **i'm** logo alongside phrases such as "**i'm** making a difference" and

13  other slogans.

14       37.    Although Microsoft has provided commentary and public relations on television and

15  radio, Microsoft does not purchase paid television or radio advertisements for the **i'm** initiative.

16       38.    Although Microsoft does market the **i'm** initiative on the Internet, it does not market

17  the initiative as providing audio or video broadcasts, downloads, or media players.

18       **E.**    **Lack of Confusion**

19       39.    As part of my responsibilities, I review correspondence relating to the **i'm** initiative.

20  For example, I have reviewed the correspondence received at the im_initiative@live.com email

21  address.  I am also current regarding the correspondence received at the makeadifference@live.com

22  email address.  These are the two email addresses at which consumers are directed to send email

23  regarding the **i'm** initiative.

24       40.    Microsoft has not received any correspondence via the above two email addresses to

25  indicate that any consumers are confused regarding the source of the **i'm** initiative.  Additionally, I

26  am not aware of any inquiries or other writings in any form that indicate that any users believe that

27  Microsoft and Instant Media are somehow related, or that Microsoft is the source of Instant Media's

28

media player software. Furthermore, I am not aware of any telephone calls expressing any confusion between Microsoft and Instant Media or its services.

41.     Additionally, to help improve the **i'm** initiative, I regularly review comments posted on the Internet and in articles regarding the **i'm** initiative. I have not seen any public statements demonstrating any confusion between Microsoft and Instant Media and I am not aware of any comments that associate Microsoft's **i'm** initiative with Instant Media or associate Instant Media's services with Microsoft.

42.     I understand that Instant Media has raised concerns that its search results rankings have suffered since the launch of Microsoft's i'm initiative. These types of search rankings result from what are known as "natural" searches. Natural searches are generated from the search engine's proprietary search algorithm. For example, when an Internet user goes to a search engine, such as Microsoft Windows Live Search, Google, or Yahoo!, the user can type in a specific search term. When entered, the search term pulls up a search results page that will include "natural" listings. The "natural" listings typically appear on the left-hand side of the search results page. These "natural" search results are not influenced by paid advertising. Likewise, Microsoft websites, including those promoting the **i'm** initiative, do not receive any preference in the Microsoft Windows Live Search search engine search results rankings. Microsoft websites are treated just like any other company's websites for purposes of the natural search results rankings. Although Microsoft has purchased some paid advertising on search engine websites in connection with the **i'm** initiative, that advertising has no impact on the search results rankings complained about by Instant Media.

**F.     Lack of Relationship Between Windows Live Messenger or i'm Initiative and aQuantive**

43.     I understand from a press release issued by Microsoft on May 18, 2007, that it is acquiring the advertising company aQuantive. The acquisition of aQuantive is wholly unrelated to Microsoft's Windows Live Messenger service and to Microsoft's **i'm** initiative. Unlike the **i'm** initiative, aQuantive is not a philanthropic marketing campaign, nor is aQuantive or the services provided by it used in connection with the **i'm** initiative. To the contrary, the services offered by

- 12 -

aQuantive are what are known as back-end services, which provide support for purchasing and displaying advertisements. Microsoft has not used, does not use and does not intend to use its **i'm** mark or logo in connection with aQuantive or any of the services provided by aQuantive. Additionally, Microsoft has no plans for aQuantive or for any of the services provided by aQuantive to become part of its **i'm** initiative.

### III.    Harm if a Preliminary Injunction is Granted

44.    If Microsoft is ordered to stop using its **i'm** mark and logo, it will suffer significant injury and harm. Among other things, Microsoft made a very substantial investment in developing the **i'm** mark and logo, including on concept development, advertising, production, reporting, promotions and events, public relations, the college ambassador program, and the **i'm** Agent, which is an automated "bot" inside the messenger client. Actual monetary figures are set forth in my declaration, titled Confidential Supplemental Declaration of Tara Kriese In Support of Microsoft's Opposition to Preliminary Injunction (filed under seal) (the "Confidential Kriese Declaration"), filed contemporaneously with this declaration.

45.    In order to re-brand the **i'm** initiative, Microsoft would need to re-produce all elements of its advertising, including changing the **i'm** icon inside the Windows Live Messenger service, coordinate with the Participating Organizations for them to change the icon on their promotional materials and websites, coordinate with all Participating Organizations to pull back and change all of their advertising elements, and conduct extensive advertising to raise awareness of the change in the **i'm** mark and logo. Such a re-branding effort would include changes in advertisements on numerous websites, print ads, posters, and would include a wide geographic market. The cost for this re-branding effort is set forth in my declaration, the Confidential Kriese Declaration.

46.    Additionally, if a preliminary injunction is entered, Microsoft would be forced to design, test, and release a new modified version of Windows Live Messenger 8.1 to ensure that the **i'm** mark and logo is replaced. Because the **i'm** mark and logo is available to Windows Live Messenger users worldwide, the modified version would have to be released worldwide and users of the Windows Live Messenger service would have to download the new software to replace the **i'm**

- 13 -

1    logo with a new logo. The cost of designing, testing, and releasing a new modified version is set

2    forth in Confidential Kriese Declaration. These monetary costs do not encompass the harm to

3    Microsoft that would result from the loss of goodwill that would result from requiring consumers to

4    download a modified version of Windows Live Messenger.

5          47.    In addition to the loss of goodwill associated with requiring users to download a

6    modified version of Windows Live Media software, Microsoft would lose the substantial

7    investment it has made in the **i'm** mark and logo.

8          48.    The Participating Organizations also would be hurt if use of the **i'm** mark and logo is

9    enjoined. These organizations, which are dedicated to social causes, have scarce and limited

10   resources. An order forcing them to re-brand their outreach materials and websites will require

11   them to communicate this information to their supporters and the public by duplicating their prior

12   outreach efforts. In addition, re-branding will result in a certain amount of confusion among their

13   supporters regarding the initiative and how to participate. All of these issues will put a strain on

14   these organizations, many of which have limited staffs.

15         I declare under penalty of perjury pursuant to the laws of the United States of America that

16   the foregoing is true and correct, and that this declaration was executed on July 2, 2007 in

17   Redmond, Washington.

18

19                                                          TARA KRIESE

20   #1895545

21

22

23

24

25

26

27

28

- 14 -

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.  I am over the age of 18 and not a party to the within action.  On **July 3, 2007**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **DECLARATION OF TARA KRIESE IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INSTANT MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge.  Executed in Los Angeles, California on **July 3, 2007**.

_Pamela D. Tanig_

Pamela J. Tanigawa

#437348