# EXHIBIT A


Windows Live Messenger | im MAKING A DIFFERENCE

i'm Home | About i'm | Join Now | The Causes | Get Involved     i'm > i'm Home


**EVERY CONVERSATION COUNTS**

 i'm is easy to use, so join now and let the giving begin. **LEARN HOW.**

**JOIN NOW ▶**

**GET INVOLVED**

 It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED ▶**

## WHAT IS I'M

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.

  

So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

### IT'S YOUR VOICE SO IT'S YOUR CHOICE

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

## THE CAUSES

NATIONAL AIDS FUND
*A National Catalyst for Local Action*

## HOW I'M WORKS

i'm starts with you. When you start an i'm conversation you start giving.

1. Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

2. To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

3. Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

Privacy | Legal | Feedback                                                                                   © Copyright 2007 Microsoft Corp.



# ABOUT im

i'm is a new initiative from Windows Live™ Messenger. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit. There's no charge, so join now and put our money where your mouth is.

i'm is about making a difference. Not in a huge expensive way, not in a time-consuming way. But in a simple, effective way.

You won't have to change your conversation to change the conversation. With every instant message you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

Once you've signed up, every ad you see in your message window contributes to the grand total we send to the causes.



JOIN NOW ▶

## HOW IT WORKS

1. **Download** the Windows Live Messenger instant messaging service. There's no charge and it's easy to download and use.

2. Within Windows Live Messenger, click **Tools** and select **Options**. Place the text code corresponding to the cause of your choice into your Display Name.

   | Text Code | Cause |
   |---|---|
   | *red+u | American Red Cross |
   | *bgca | Boys & Girls Clubs of America |
   | *hsus | Humane Society of the United States |
   | *naf | National AIDS Fund |
   | *mssoc | National MS Society |
   | *9mil | ninemillion.org |
   | *sierra | Sierra Club |
   | *help | StopGlobalWarming.org |
   | *komen | Susan G. Komen for the Cure |
   | *unicef | U.S. Fund for UNICEF |

3. Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

## Microsoft and Corporate Giving

The people who work for Microsoft are the most generous charitable givers per employee in the world, and that spirit is at the center of how we work with governments and NGOs. Learn more.

## New to Windows Live Messenger?

Messenger lets you share what's on your mind. Besides real-time instant messaging and voice or video conversations, you can send photos or documents, text message cell phones—even connect with Yahoo! friends. Learn more.

## Press Resources

Learn more about i'm Initiative news with up-to-date press materials including recent announcements, fact sheet, FAQ and product screen shots.

Windows Live Messenger

im MAKING A DIFFERENCE

i'm Home | About i'm | Join Now | The Causes | Get Involved

i'm > Join Now

# GET READY TO MAKE A DIFFERENCE

Now you can instant message and contribute at the same time. The i'm™ initiative is only supported by Windows Live™ Messenger 8.1. Please follow the applicable instructions below.

**New to Windows Live Messenger or upgrading from previous version?**

You're only one question away from helping.

Where do you live?   [United States ▼]   [Next]

Why do we need to know?

**Already have Windows Live Messenger 8.1?**

Simply place the **text code** corresponding to the cause of your choice into your Display Name. Windows Live Messenger 8.1 is required to participate.

[Show me how]

Privacy | Legal | Feedback

© Copyright 2007 Microsoft Corp.

Windows Live Messenger — im MAKING A DIFFERENCE

i'm Home | About i'm | Join Now | **The Causes** | Get Involved     i'm > The Causes

**EVERY CONVERSATION COUNTS**



i'm is easy to use, so join now and let the giving begin. LEARN HOW.


JOIN NOW ▶

**GET INVOLVED**



It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.


GET INVOLVED ▶

# im™ MAKING A CHOICE

Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. Choose the one that best addresses the issues you feel most passionate about. As you can see, these are groups you know and groups you know can get things done. Because this isn't only about good intentions, it's also about great results.



CLICK A LOGO TO MEET THE CAUSE ORGANIZATION

American Red Cross · Boys & Girls Clubs of America · The Humane Society of the United States · National AIDS Fund · National Multiple Sclerosis Society · ninemillion.org · Sierra Club · stopglobalwarming.org · susan G. Komen for the cure · unicef



Windows Live Messenger | **im** MAKING A DIFFERENCE

i'm Home | About i'm | Join Now | The Causes | **Get Involved** | i'm > Get Involved

# **im** SPREADING THE WORD

You are the one who's going to make this work. The i'm™ initiative depends on you getting involved by adding i'm buttons or banners to your Web site or blog, or by displaying them in your e-mail signature. Tell your coworkers, family, and friends – and tell them to tell people. The more people you get to start i'm conversations, the more money gets raised. You can make a difference, one conversation at a time.

SELECT A CAUSE [Choose one ▼]

## BUTTONS AND BANNERS

You can put these buttons and banners on your Web site or blog. Simply copy the source code beneath each button and paste it into the HTML code for your page.




```
<a href="http://im.live.com/?source=WLM80x15"><img src="http://global.msads.net/a...
src="http://microsoftwlmessen...
```


```
<a href="http://im.live.com/?source=WLM88x31"><img src="http://global.msads.net/a...
src="http://microsoftwlmessen...
```

```
<a href="http://im.live.com/?source=WLM120x240"><img src="http://global.msads.net/a...
src="http://microsoftwlmessen...
```


```
<a href="http://im.live.com/?source=WLM180x60"><img src="http://global.msads.net/a...
src="http://microsoftwlmessen...
```


```
<a href="http://im.live.com/?source=WLM468x60"><img src="http://global.msads.net/ads/pronws/WLM2.468x60.gif"><img src="http://microsoftwlmessengermkt.112.2o7.net/b/ss/mswlmmktdreamcom/1/H.9--NS/1?ns=microsoftwlmessengermkt&pageName=Module&c3=Module%
```

## BLOG PANEL

You can tell your friends and family about the i'm initiative using this interactive flash blog panel. Click the Windows Live Spaces or Add to Blogger buttons to insert the panel into your blog. Or copy and paste the HTML code into your Web site and help spread the word.



i'm is a new initiative from Windows Live Messenger that shares a portion of the program's ad revenue with some of the world's most effective social cause groups. We've set no cap on the amount we'll donate.

So any time you have an i'm conversation, you help address the issues you feel most passionate about, including poverty, child protection, disease, and environmental degradation. It's simple and there's no charge, so join now and put your money where our mouth is. Learn more.

 Windows Live Blog |  Windows Live Gadget

```
<img src="http://microsoftwlmessengermkt.112.2o7.net/b--NS/1?
```

### PERSONAL EXPRESSIONS

 Click on the icon to download the i'm Initiative display pictures and background for Windows Live™ Messenger. The display pictures and background can be viewed by everyone you're having an IM conversation with.



# PRESS RESOURCES

Frequently Asked Questions About IM (.pdf, 73KB)
i'm Initiative Facts (.pdf, 83KB)
Press Release (.pdf, 212KB)
The Causes (includes quotes and logos) (.pdf, 53KB)

MEDIA CONTACT INFO:

American Red Cross
Joshua Kittner (202) 303-4249

Boys & Girls Clubs of America
Angela Richmond (404) 487-5813

The Humane Society of the United States
Rachel Querry (301) 258-8255

The National AIDS Fund
Kandee Ferrer (202) 408-4848 x212

National Multiple Sclerosis Society
Arney Rosenblat (212) 476-0515

ninemillion.org
Time Irwin (202) 243-7623

The Sierra Club
Orli Cotel (415) 977-5627

StopGlobalWarming.org
Heather Lylis (212) 691-2800

Susan G. Komen for the Cure
Ann Jane Cox (972) 830-2664

UNICEF
Marissa Buckanoff (212) 922-2485

Microsoft
Katie Smith-Adair, Waggener Edstrom (503) 443-7000



RESOURCES

im MAKING A DIFFERENCE

i'm Making a Difference

i'm™ Initiative Logo        "How-to" Join

Contact List with i'm Icon    i'm Conversation Window