# EXHIBIT B

# Windows Live Messenger



**im FIGHTING AIDS**

## EVERY CONVERSATION COUNTS



i'm is easy to use, so join now and let the giving begin. **LEARN HOW.**

**JOIN NOW ▶**

## GET INVOLVED



It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED ▶**

## WHAT IS I'M

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.

  

So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

## IT'S YOUR VOICE SO IT'S YOUR CHOICE

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

## THE CAUSES

**ninemillion.org**

## HOW I'M WORKS

i'm starts with you. When you start an i'm conversation you start giving.

**1** Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

**2** To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

**3** Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

Privacy | Legal | Feedback

© Copyright 2007 Microsoft Corp.

**Windows Live Messenger**

**im** MAKING A DIFFERENCE





### EVERY CONVERSATION COUNTS

i'm is easy to use, so join now and let the giving begin. **LEARN HOW.**

**JOIN NOW ▶**



### GET INVOLVED

It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED ▶**

## WHAT IS I'M

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.

  

So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

## IT'S YOUR VOICE SO IT'S YOUR CHOICE

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

## THE CAUSES



## HOW I'M WORKS

i'm starts with you. When you start an i'm conversation you start giving.

**1** Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

**2** To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

**3** Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

Privacy | Legal | Feedback

© Copyright 2007 Microsoft Corp.

# Windows Live Messenger

im MAKING A DIFFERENCE



**EVERY CONVERSATION COUNTS**

 i'm is easy to use, so join now and let the giving begin. **LEARN HOW.**

**JOIN NOW ▶**

**GET INVOLVED**

It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED ▶**

## WHAT IS I'M

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.

  

So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

## IT'S YOUR VOICE SO IT'S YOUR CHOICE

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

## THE CAUSES



## HOW I'M WORKS

i'm starts with you. When you start an i'm conversation you start giving.

1 Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

2 To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

3 Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

Privacy | Legal | Feedback                    © Copyright 2007 Microsoft Corp.

# Windows Live Messenger

**im** MAKING A DIFFERENCE

| i'm Home | About i'm | Join Now | The Causes | Get Involved |
|----------|-----------|----------|------------|--------------|

i'm > i'm Home



## EVERY CONVERSATION COUNTS


i'm is easy to use, so join now and let the giving begin. **LEARN HOW.**

**JOIN NOW ▶**

## GET INVOLVED


It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED ▶**

## WHAT IS I'M

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.

  

So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

## IT'S YOUR VOICE SO IT'S YOUR CHOICE

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

## THE CAUSES



## HOW I'M WORKS

i'm starts with you. When you start an i'm conversation you start giving.

**1** Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

**2** To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

**3** Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

Privacy | Legal | Feedback

© Copyright 2007 Microsoft Corp.

**Windows Live Messenger**

**im** MAKING A DIFFERENCE

| i'm Home | About i'm | Join Now | The Causes | Get Involved |   i'm > i'm Home |



## EVERY CONVERSATION COUNTS

 i'm is easy to use, so join now and let the giving begin. **LEARN HOW.**

**JOIN NOW ▶**

## GET INVOLVED

 It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED ▶**

### WHAT IS I'M

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.

  

So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

### IT'S YOUR VOICE SO IT'S YOUR CHOICE

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

### THE CAUSES


NATIONAL AIDS FUND
*A National Catalyst for Local Action*

### HOW I'M WORKS

i'm starts with you. When you start an i'm conversation you start giving.

**1** Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

**2** To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

**3** Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

Privacy | Legal | Feedback

© Copyright 2007 Microsoft Corp.

i'm Home | About i'm | Join Now | The Causes | Get Involved     i'm > i'm Home



**EVERY CONVERSATION COUNTS**

 i'm is easy to use, so join now and let the giving begin. **LEARN HOW.**

**JOIN NOW ▶**

**GET INVOLVED**

 It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED ▶**

## WHAT IS I'M

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.

  

So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

## IT'S YOUR VOICE SO IT'S YOUR CHOICE

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

## THE CAUSES



## HOW I'M WORKS

i'm starts with you. When you start an i'm conversation you start giving.

1   Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

2   To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

3   Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

Privacy | Legal | Feedback                                    © Copyright 2007 Microsoft Corp.



i'm STOPPING GLOBAL WARMING

i'm EXPLORING AND PROTECTING THE PLANET

i'm HELPING KIDS SURVIVE

i'm FIGHTING AIDS

i'm PROVIDING A POSITIVE PLACE FOR KIDS

i'm FINDING THE CURE

i'm READY TO HELP

## EVERY CONVERSATION COUNTS



i'm is easy to use, so join now and let the giving begin. **LEARN HOW.**

**JOIN NOW ▶**

## GET INVOLVED



It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED ▶**

## WHAT IS I'M

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.

  

So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

## IT'S YOUR VOICE SO IT'S YOUR CHOICE

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

## THE CAUSES



susan G. komen FOR THE cure

## HOW I'M WORKS

i'm starts with you. When you start an i'm conversation you start giving.

**1** Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

**2** To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

**3** Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

© Copyright 2007 Microsoft Corp.

# Windows Live Messenger

**im** MAKING A DIFFERENCE

| i'm Home | About i'm | Join Now | The Causes | Get Involved | i'm > i'm Home |



## EVERY CONVERSATION COUNTS



i'm is easy to use, so join now and let the giving begin. **LEARN HOW.**

**JOIN NOW** ▶

## GET INVOLVED



It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED** ▶

## WHAT IS I'M

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.



So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

## IT'S YOUR VOICE SO IT'S YOUR CHOICE

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

## THE CAUSES



## HOW I'M WORKS

i'm starts with you. When you start an i'm conversation you start giving.

**1** Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

**2** To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

**3** Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

© Copyright 2007 Microsoft Corp.

# Windows Live Messenger



## EVERY CONVERSATION COUNTS



i'm is easy to use, so join now and let the giving begin. **LEARN HOW.**

**JOIN NOW ▶**

## GET INVOLVED



It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED ▶**

## WHAT IS I'M

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.

  

So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

## IT'S YOUR VOICE SO IT'S YOUR CHOICE

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

## THE CAUSES



NATIONAL AIDS FUND
*A National Catalyst for Local Action*

## HOW I'M WORKS

i'm starts with you. When you start an i'm conversation you start giving.

1   Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

2   To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

3   Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

Privacy | Legal | Feedback

© Copyright 2007 Microsoft Corp.

i'm Home | About i'm | Join Now | The Causes | Get Involved       i'm > i'm Home




**EVERY CONVERSATION COUNTS**

i'm is easy to use, so join now and let the giving begin. **LEARN HOW.**

**JOIN NOW ▶**


**GET INVOLVED**

It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED ▶**

**WHAT IS I'M**

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.

  

So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

**IT'S YOUR VOICE SO IT'S YOUR CHOICE**

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

**THE CAUSES**



**HOW I'M WORKS**

i'm starts with you. When you start an i'm conversation you start giving.

1 Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

2 To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

3 Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

Privacy | Legal | Feedback                    © Copyright 2007 Microsoft Corp.

i'm Home | About i'm | Join Now | The Causes | Get Involved | i'm > i'm Home



## EVERY CONVERSATION COUNTS

 i'm is easy to use, so join now and let the giving begin.  LEARN HOW.

**JOIN NOW ▶**

## GET INVOLVED

 It's easy to get everyone talking by adding a Windows Live Messenger™ i'm button to your Web site or blog, or by displaying it in your e-mail signature.

**GET INVOLVED ▶**

## WHAT IS I'M

i'm is a new initiative from Windows Live Messenger™. Every time you start a conversation using i'm, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. We've set no cap on the amount we'll donate to each organization. The sky's the limit.

  

So any time you have an i'm™ conversation using Windows Live Messenger, you help address the issues you feel most passionate about, including poverty, child protection, disease, environmental degradation and animal protection. It's simple. All you have to do is join and start an instant messaging conversation. We'll handle the donation.

There's no charge, so join now and put our money where your mouth is.

## IT'S YOUR VOICE SO IT'S YOUR CHOICE

We're facing more than one challenge, so we're working with more than one cause. Choose the organization working on the issue you think is most urgent and they'll get a donation every time you start an i'm conversation. Learn more.

## THE CAUSES

NATIONAL AIDS FUND
*A National Catalyst for Local Action*

## HOW I'M WORKS

i'm starts with you. When you start an i'm conversation you start giving.

**1** Download the Windows Live Messenger instant messenger service. There's no charge and it's easy to download and use.

**2** To start making a difference, place the text code corresponding to the cause of your choice into your Display Name.

**3** Keep having i'm conversations so you can keep funding the cause doing the work most important to you.

Already have the version 8.1 of Windows Live Messenger? Start contributing using i'm.

Privacy | Legal | Feedback

© Copyright 2007 Microsoft Corp.