# EXHIBIT H

From the Windows Live Messenger fan site, Mess.be

http://www.mess.be/_inews/news-archive-28-1-2007.htm#newsitemEEZpEEVpZuHAnKOBTA

Messed on: **30th of January, 2007** 

 Updated: Mess Patch for Windows Live Messenger 8.1 Final

dwergs says:

And here's the all-you-can-tweak **Mess Patch** for **Windows Live Messenger 8.1.0178**. Trust me or the download counter (at 5.4 million right now), with dozens and dozens of options **Mess Patch** appeals to everyone. So what's new, Mr. *Rolando*?

- Added: **Full-sized Display Pictures** in contact cards (as requested by *DaMoose*).
- Added: **Remove mobile device button** from dashboard.
- **Patch improvements**:
* Displays an error message if the user is not logged in as computer administrator.
* Pages load faster.
* A graphic is shown on startup.

>> Download **Mess Patch** for **Windows Live Messenger 8.1.0178**. ENJOY!

SCOOP #2: Hidden emoticon in 8.1 for a good cause

dwergs says:

One important and worthy change in the just released **Windows Live Messenger 8.1**, is a new and currently still **secret emoticon** that will raise money for a good cause when used.





**ninemillion.org**, a "*UN Refugee Agency led campaign to raise awareness and funds for education and sport programs for refugee youth, many of whom are forced to spend years of their young lives away from home with little hope of returning.*" *Microsoft* partnered with them and will donate money for every Live search performed **at this site** until March 31st 2007. They also have special **Windows Live Space** about the agency and we just learned from *Inky* that **Windows Live Messenger 8.1** is also involved in the fundraising. If you put one of the shortcuts below in your display name, *Microsoft* will contribute to *ninemillion.org* every time you start a conversation.

**\*sierra**
**\*bgca**
**\*9mil**
**\*hsus**

**\*komen**
**\*one**
**\*mssoc**
**\*care**
**\*acs**
**\*oxfam**
**\*mod**
**\*help**
**\*red+u**
**\*unicef**
**\*wwf**
**\*naf**

This has yet to be announced officially so we have no idea whether they're already tracking this, but if you already downloaded **Windows Live Messenger 8.1.0178** it wouldn't hurt putting of these keyboard shortcuts in your nickname and start chatting :) Expect people wondering where you got the new emo from!

It's been two years since **a new emoticon was introduced** into Messenger, and this is a respectable way to do it! It's a bit like the **nickname advertising** that exists in China, but in a noble way.

**UPDATE**: If you right-click someone with the **i'm** emoticon, you'll see a new menu item called **What is i'm** that links to a yet unavailable website about the campaign.

