# EXHIBIT I



March 2, 2007 7:43 AM PST

# IMing to save the world

Posted by Caroline McCarthy

Thanks to a new charity drive started by Microsoft, IM-obsessed teenagers can now tell their parents that by staying online, they're helping charities like the Sierra Club, Unicef, and the National AIDS Fund. The initiative, called "I'm," is centered around a unique little gimmick: start a conversation in Microsoft's Windows Live Messenger with the word "I'm," and Microsoft will donate a (small) portion of Messenger's advertising revenue to one of its partner charities.

Yes, this is real. We're not talking the "forward this e-mail and Bill Gates will donate money" tales of urban legend fame.

But it's not quite as simple as you might think. First of all, the "I'm" campaign is tied to Windows Live Messenger, so users of multiplatform IM software like Trillian (as well as other instant messaging clients) aren't included in the deal. Additionally, you need to alter your "display name" with a text code that indicates which charity you'd like your "I'm" proceeds to go to.

And lastly, Microsoft's generosity only applies when you use "I'm" to start a conversation--i.e. when you open up a new window and start gabbing away. I guess that's necessary though, because it

advertisement

## About News Blog

Recent posts on technology, trends, and more.

Subscribe to this blog
Click this link to view this blog as XML.

eliminates the possibility of trying to get good karma by spamming all your friends with I'm I'm I'm I'm I'm I'm I'm I'm I'm I'm.

**TOPICS:** Microsoft

**BOOKMARK:**   Digg     Del.icio.us     Reddit

## TalkBack

2 comments
Post a comment

**Big brother?**
elmedico27
Mar 3, 2007, 9:41 AM PST

Read more comments >

## Recent posts from News Blog

Twitter to nab VC funds?
Jobs hints at wireless music downloads on the iPhone
Media, marketing opportunists flood Fifth Avenue iPhone line
Tech problems due to Mercury in retrograde?
New Google Maps feature was my fantasy

**Add this feed to your online news reader**
Add to Google         Add to my Yahoo
Add to MSN           Add to Bloglines
Add to Newsgator

## News Blog topics

| | |
|---|---|
| Apple | Microsoft |
| Blogma | Missing Links |
| Broadband | Music |
| Car Tech | Open source |
| Cellular | Oracle |
| Cisco | PCs |
| Coop's Corner | Politics |
| Deal of the day | Processors |
| Dell | RFID |
| Demo | Say What? |
| Digital Kids | Science |
| Digital parenting | Search |
| Enterprise software | Security |
| Esoteric post of the day | Sun Microsystems |
| Gadgets | VoIP |
| Gaming | Web 2.0 |
| Google | Windows |
| Green tech | Workplace |
| Half baked | Yahoo |

**SPONSORED LINKS**

**Windows Live™ Messenger**
Make every IM count with Microsoft Windows Live™ Messenger Today!
im.live.com

**Lenovo - Official Site**
Save up to $470. ThinkPad Notebooks with Intel Dual-Core. Buy Now!
www.lenovo.com

**Dell™ Notebook Computers**
Find Multimedia & Wireless Notebook Mobility. Get Offers at Dell™ Now!
www.dell.com

**Get Paid For Writing**
Write Short Articles & Earn Money. Free. Fun. Real. at Helium.com!
www.helium.com

**Secure Instant Messenger**
One System, One Password for All Your Communications. Learn More.
www.microsoft.com

(about)

IBM

Media

Resource center  from News.com sponsors

**Quad-Core Processors Bring Higher Performance and Lower Cost.**
Read the white paper

**Top TechNet Plus Questions**
Microsoft

**See the big picture>>**
Microsoft

**See how formatting is easier >>**
Microsoft

**How virtualization saves big bucks**
Qualcomm CIO explains how his company sa about $15 million

**The Blackberry Curve from the leading ser provider of the Blackberry solution**
AT&T Wireless

**Take business PCs to the next level with I**
View the demo

**See how much more you can do>>**
Microsoft



| Site map | Help center | Corrections | Newsletters | Send tips | News.com mobile | Content licensing | RSS feeds | **XML** | Search: [        ] News |

Popular topics: **Apple Mac** | IE7 | iPhone | iPod | iTunes | Microsoft Windows Vista | Nintendo Wii | PS3 | Spyware | TVs | Xbox 360

**CNET.com** About CNET | Today on CNET | Reviews | News | Compare prices | Tips & Tricks | Downloads | CNET TV

Popular on CNET Networks:   PS3 | Wii | Xbox 360 | Pussycat Dolls | Free Music Videos | TV Listings | Prison Break | Game Cheats

About CNET Networks | Jobs | Advertise | Partnerships | Site map          Visit other CNET Networks sites: [Select Site]

Copyright ©2007 CNET Networks, Inc. All rights reserved.   Privacy policy | Terms of use

# THE CHRONICLE OF PHILANTHROPY
### The Newspaper of the Nonprofit World

Home | Search

## Charity Feature Added to Microsoft Chat Software

**By Sam Kean**

Money talks, and for nine major nonprofit organizations, talk is now money.

Microsoft has unveiled a feature on its instant-messaging service that allows people to support a charity with minimal effort. Users of the software can type the name of one of nine nonprofit groups into a text box, causing a special logo to appear next to the person's name on the chat window.

Microsoft then sends advertising revenue from the chat to the selected organization, and will continue to do so until the user changes his or her preferences.

Microsoft officials described the program — named "I'm making a difference," with "I'm" a pun on the shorthand for instant messaging — as "micro-giving on a massive scale."

**To continue reading this Premium article, you must have a subscription or an online pass.**

| If you have a Chronicle account: | Don't have a Chronicle account? |
|---|---|
| Log in now. | Create a free account to purchase a subscription or online pass. |
| User name [      ] | Your free account will also allow you to sign up for Chronicle e-newsletters, participate in online discussions and more… |
| Password [      ]  Forgot your user name?  Forgot your password? | Create account |
| Log in | |



Subscribe | About The Chronicle | Contact us | Terms of use | Privacy policy | Help

# Small Business Tech Notes

Informational notes for customers of Harbor Computer Services and others.

**TUESDAY, MARCH 06, 2007**

## Instant Messaging for Charity

Microsoft has a new charity initiative. If you are like me then you use Windows Messenger for IM. Why not have it earn at least $100,000 for a charity? There are several to choose from.

Windows Live Messenger 8.1 is required to participate.
Already have Windows Live Messenger 8.1?

It's simple to join the i'm initiative if you already have version 8.1 of Windows Live Messenger.
Click the arrow next to your name and select "Tools, Options". Next to your name, type one of the following codes, including the asterisk, for the cause you'd like to support.

Text Code Cause

*red+u American Red Cross
*bgca Boys & Girls Clubs of America
*naf National AIDS Fund
*mssoc National MS Society
*9mil ninemillion.org
*sierra Sierra Club

### Contributors

Amy - Harbor Computer Services
Ted
Missy

### Previous Posts

Amy: On the Road
How to Update Home Computers for the New Daylight ...
Time Change: Non-Critical Projects on Hold
Phishing for Cheap Office 2007 and Vista
Sage Product Alert for Vista
A Tale of Teacher Held Responsible for Bad Compute...
Small Business Tech Notes
Quickbooks and Internet Explorer 7

\*help StopGlobalWarming.org
\*komen Susan G. Komen for the Cure
\*unicef U.S. Fund for UNICEF

Click "OK" to complete the sign-up process.

posted by Amy - Harbor Computer Services @ 6:23 PM     0 comments

Released: Internet Explorer 7

Virus Alert: Walmart

I Power Blogger

## 0 Comments:

Post a Comment

<< Home