# EXHIBIT J





- Pets
- Wildlife
- Farm Animals
- Animals in Research
- Horses

- Humane Domain
- Custom Postage and Products from Zazzle
- Dog Lovers Wine Club
- Fur Free Compassion Pin
- Get the "Be Kind" CauseCollar and Wristband
- My Pet's Health Card
- HSUS Checking: A New Way to Make a Difference
- HSUS Magazine Store
- HSUS Personal Checks from Classic Checks
- Humane Society of the U.S. Credit Card
- Humane Society Press
- Humane Wireless
- Loyal Candle
- Microsoft i'm" Initiative
- Trips with Pets

About Us
Donate
Campaigns & Programs
Legislation
Legal Action
Disaster Services
International

Wayne's Blog

Press Room
Animal Channel
Events
Shop



Receive action alerts, tips,

HSUS >> Shop

# Microsoft i'm™ Initiative

The Humane Society of the United States has teamed up with Microsoft to be a part of i'm™, a new initiative from Windows Live Messenger.

**How It Works**

Each time you have a conversation using i'm™, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes, including The HSUS. There's no cap on the amount of money that can be donated!

**Why We're Involved**

As technology evolves, it plays a larger part in our efforts to reach new audiences and broaden our constituency. This new initiative connects The Humane Society of the United States with current and potential Windows Live Messenger users.

**Why You Should Get Involved**

The i'm™ Initiative is an easy way to support The HSUS and help animals by doing something you do every day—and without spending a dime out of your own pocket! The Windows Live Messenger download is free and there is NO cost to you, the user.

You can customize your IM window by downloading cute, animal-inspired backgrounds and icons. Buttons and banners for your MySpace or other social networking page, website, or blog are also available to show that you are participating in the program to help save animals.

**How to Join**

Follow these 6 easy steps—click here to begin.

*Note: The page will open in new window so you can print the steps and return to this page when you are done.*

Microsoft i'm™ Initiative | The Humane Society of the United States     Page 2 of 2

Case 4:07-cv-02639-SBA     Document 37-11     Filed 07/03/2007     Page 3 of 5


BOYS & GIRLS CLUBS OF AMERICA

The Positive Place For Kids

DONATE
You can make a difference. Give today.

# our partners

## Microsoft Corporation

Microsoft

**i'm** is a new initiative from Windows Live™ Messenger - - When you use **i'm**, Microsoft donates a portion of the program's advertising revenue to some of the world's most effective nonprofit organizations, including Boys & Girls Clubs of America. Learn more.

im PROVIDING A POSITIVE PLACE FOR KIDS JOIN NOW

Microsoft Corporation's relationship with BGCA began in 1999 when it funded, in collaboration with NBA superstar Shaquille O'Neal, a $1.6 million pilot program to create technology centers at 15 Clubs across the country. In 2000, through the generosity of Microsoft, Club Tech was launched nationwide to reach some 4.6 million Club members, and give them equal footing with their more affluent or technically advanced counterparts.

Since the program's inception, Boys & Girls Clubs have received more than $74 million worth of Microsoft-donated software and more than 6,000 Club staff have participated in technology training. This translates to better access to technology for Club members, providing them more opportunities to succeed in school and in the future workforce.

Among the many programs within the Club Tech family is the Digital Arts Suite, a collection of five programs combining arts and technology, designed to incorporate the best learning approaches in a high-tech setting for kids in the areas of Web design; graphic design and animation; digital photography and photo editing; digital movies and digital music.

Learn More about Kids & Clubs

enter your e-mail

did you know ??

Clubs are located in all 50 states, the Virgin Islands and Puerto Rico.

artwork gallery...

ZAKIYYAH, AGE 9
WINNER, NATIONAL PHOTOGRAPHY CONTEST



BGCA also launched YNet, www.bgcayouthnet.org an online community that offers fun, entertaining, and above all safe, online content. Some components of the site include: lessons on Internet safety; access to Club Tech learning resources; activities, promotions and games; links to other teen-related sites; and music, streaming video and audio reports by Club YNet reporters.

A major milestone will be celebrated in 2007; the 2000th technology center will be open at a local Boys & Girls Club. Microsoft's generous software gift has helped BGCA deliver state-of-the art technology to those who need it most.

By providing young people with better online and computing resources, Boys & Girls Clubs can fill the gap for those without adequate resources in schools and at home. Acquiring Club Tech skills not only helps users navigate the World Wide Web, it enables them to better navigate life.

Digital Arts Festivals
Launch Your Digital Imagination

Click here for a review of the program by the SMARTlab Centre or visit Microsoft to learn more about ClubTech.

<< BACK TO PARTNERS MAIN PAGE

home | who we are | programs | alumni pride | our partners | media center | members only | find a club | donate

THE OFFICIAL SITE OF BOYS & GIRLS CLUBS OF AMERICA                     © 2007 Boys & Girls Clubs of America. All Rights Reserved. | Legal Notice