# EXHIBIT K

Case 4:07-cv-02639-SBA     Document 37-12     Filed 07/03/2007     Page 1 of 5







