# EXHIBIT M







