# EXHIBIT N



 MAKING A DIFFERENCE

## Support a cause every time you IM. Join now at **im.live.com**

          

