# EXHIBIT O

# GOOD

*have a neat summer*

**TIGHTENING THE BELTWAY**
inside the **GOVERNMENT ACCOUNTABILITY OFFICE** 58

**TRASHED**
**A YEAR OF GARBAGE** in pictures 82

**POLLING AND ROLLING!**
a special fold-out campaign **BOARD GAME** 64

**ALSO**
**MIKE GRAVEL** / **SWOON** / **GUERRILLA GARDENS**
**SUSHI ECONOMICS** / **WINNIE COOPER** / **WIKIPEDIA**
**DO NO EVIL?** / **MIX TAPES** / and **MORE**

**THE VOLUNTEERS** *America has 1.5 million new veterans. Meet 11 of them inside.*









**FREE** BOARD GAME **INSIDE!**

**GOOD** is for people who give a damn. It's an entertaining magazine about things that matter. Find out more: GOODMAGAZINE.COM

**Issue 005**
Jul/Aug 2007
$4.95 U.S. $5.95 Canada
DISPLAY UNTIL AUGUST 13, 2007

0 74820 08311 6   08>



Sign up for i'm, and every time you IM, we'll donate money to some of the world's most effective organizations dedicated to social causes. The more you IM, the more we give. **Join now at im.live.com.**











