ARNOLD & PORTER LLP
Suzanne V. Wilson (State Bar #152399)
suzanne.wilson@aporter.com
Charles C. Cavanagh (State Bar #198468)
charles.cavanagh@aporter.com
Elizabeth G. Frank (State Bar #245676 )
elizabeth.frank@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Catherine R. Rowland (*Pro Hac Vice*)
catherine.rowland@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. CV 07-02639 SBA<br><br>**DECLARATION OF CHARLES C. CAVANAGH IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INSTANT MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Motion Date: July 24, 2007<br>Time: 1:00 pm<br>Courtroom: 3<br>Judge: Hon. Saundra Brown Armstrong |

# DECLARATION OF CHARLES C. CAVANAGH

I, Charles C. Cavanagh, hereby declare as follows:

1. I am an attorney at the law firm of Arnold & Porter LLP, located at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I make this declaration in support of defendant Microsoft Corporation's ("Microsoft") Opposition to Plaintiff Instant Media, Inc.'s ("Instant Media") Motion For Preliminary Injunction. The matters stated herein are of my own personal knowledge and upon a review of documents and data maintained in the usual and ordinary course of business, except where otherwise indicated. If called upon as a witness, I could and would testify competently to the matters stated herein.

**Microsoft's "i'm" Trademark Applications**

2. On February 27, 2007, Microsoft filed with the United States Patent and Trademark Office ("PTO") three trademark applications to register its **i'm** mark in International Classes 9, 36 and 38. Microsoft filed these three applications on an "intent-to-use" basis. Attached hereto as **Exhibits A-C** are true and correct copies of the three trademark applications for the mark **i'm** filed by Microsoft, Application Serial Nos. 77/117453, 77/117458, and 77/117478, as downloaded from the PTO website by my office at my direction.

3. On June 17, 2007, the PTO approved for publication Microsoft's application for registration of the mark **i'm** in Class 36 for a philanthropic marketing campaign. A true and correct copy of a printout from the PTO's TARR website reflecting its approval for publication of this application, Serial No. 77/117458, as printed by my office at my direction, is attached hereto as **Exhibit D**.

4. Also on June 17, 2007, Microsoft received two Office Actions from the PTO, regarding its applications to register the **i'm** mark in Classes 9 and 38, Serial Nos. 77,117,453 and 77,117,478, respectively. True and correct copies of those Office Actions, as downloaded from the PTO's website at by my office at my direction, are included within **Exhibits E & F**.

5. On June 28, 2007, Microsoft filed two Responses to Office Action in response to Exhibits E and F hereto and indicated its abandonment of its applications to register its **i'm** mark in

- 1 -

Classes 9 and 38. In its Response to Office Action for Application Serial No. 77/117453, Microsoft stated:

> Applicant thanks the Examining Attorney for his telephone comments concerning this application and possible amendments to the goods description to overcome the cited marks. As indicated during those discussions, Applicant is using this mark for its charitable fund raising services in class 36, for which its application Serial No. 77/117458 has been approved for publication. Applicant no longer intends to use this mark as a brand for its goods in class 9 and so hereby expressly abandons this application Serial No. 77/117453.

Its Response to Office Action for Application Serial No. 77/117478 similarly thanked the Examining Attorney for his telephone comments and indicated Microsoft's abandonment of the application. True and correct copies of Microsoft's Responses to Office Action (including printouts from the PTO website reflecting the PTO's receipt of the Responses) for Application Serial Nos. 77/117453 and 77/117478 are attached hereto as **Exhibits G & H**.

**General Information Regarding Instant Media**

6. In a news article, originally published in *The Orange County Register* on May 8, 2006, Instant Media announced that its high-definition media-player would be launched that day. A true and correct copy of that article from *The Orange County Register* dated May 8, 2006, as it appears in the LEXIS/NEXIS database, is attached hereto as **Exhibit I**.

7. In a news article, published by *Market Wire,* dated August 22, 2006, Instant Media announced that one of the most-watched "shows" broadcast over Instant Media's player is the BuyTV show, which is produced by Buy.com. A true and correct copy of that *Market Wire* article dated August 22, 2006, as it appears in the LEXIS/NEXIS database, is attached hereto as **Exhibit J**. After reviewing this article, I visited the Internet website located at www.buy.com. The homepage of that website contains links to BuyTV. If an Internet user clicks on the "buy.tv" link at the top of that homepage, the user is taken to a webpage on which an advertisement for Instant Media's player appears. If a user clicks on the "Company Info" link at the bottom of the buy.com homepage and then clicks on the "Executive Biographies" link on that page, the user is taken to a webpage that contains a biography of Scott Blum, the founder of both Buy.com and Instant Media. True and correct copies of screenshots of the buy.com homepage, the buy.tv webpage containing the

advertisement for Instant Media and the buy.com "Executive Biographies" webpage, as captured by me on June 30, 2007, are attached hereto as **Exhibit K**.

8. At least two online reviews of Plaintiff's I'M media player compare it to Apple Computer's iTunes software. Attached hereto as **Exhibit L** is a true and correct copy of a screenshot from the website www.jakeludington.com, as it appeared on July 3, 2007, which refers to Instant Media's player as "one of the most usable alternatives to iTunes for subscription audio and video." Attached hereto as **Exhibit M** is a true and correct copy of a screenshot from the website www.thatoneguy.wordpress.com, as it appeared on July 3, 2007, which refers to Instant Media's player as looking "just like iTunes."

**Instant Media's Two Websites**

9. Instant Media has two websites bearing its **I'M** mark, both of which I have personally viewed over the Internet.

10. One Instant Media website is located at www.im.com. The pages on this website provide information directed at potential corporate clients ("Corporate Site"). This website includes information about Instant Media's services, and provides links to articles referencing Instant Media, among other things. The Corporate Site states that "Instant Media provides hosted broadband video solutions" including "Professional HD-quality video" and a "Branded viewer integrated with your website." The Corporate Site does not include any references to any capabilities to conduct two-way conversations with other Instant Media users. The Corporate Site also does not include on any page a "scroll" or other display any of the "I'M" phrases described by Instant Media in its motion, *e.g.*, "I'M PROUD," "I'M COOL," "I'M SURFING." True and correct screenshots of webpages on the Corporate Site, as they appeared on June 4, 2007, are attached hereto as **Exhibit N**.

11. Another Instant Media website is located at www.im.com/main.aspx. The pages on this website are directed at consumers (the "Consumer Site"). There are no apparent links from Instant Media's Corporate Site to this Consumer Site. When first accessing this site, the home page of the site displays a number of phrases, that appear one at a time on the home page, until the final phrase "I'M INSTANT MEDIA" appears and remains displayed on the home page. A true and correct copy of the screen displays that appear on the home page are attached hereto as **Exhibit O**.

- 3 -

12. After a user clicks to "enter" the site, the Consumer Site displays a page which includes a link to download Instant Media's media player, as well as links to information on Instant Media's services, a directory of content available through Instant Media's media player and three video or television commercials for Instant Media. When a consumer clicks on the "Introduction" link, he or she is taken to a web page that provides several screen shots and states that Instant Media software "delivers free shows to your PC," and allows users to "[b]rowse through an integrated directory of channels," among other things. If a user clicks on the "Features" link, the user is taken to a web page that provides information on the following topics: playing shows; media formats; channels; media management; and safety and security. The Consumer Site does not include any references to any capabilities to conduct two-way conversations with other Instant Media users. True and correct screenshots of webpages on the Consumer Site, as they appeared on June 4, 2007, are attached hereto as **Exhibit P**.

13. My office, including me personally, has run several searches for "I'M" and "Instant Media" in the major Internet search engines, Google, Windows Live Search and Yahoo! The search results demonstrate that a search on the term "I'M" in Google and Windows Live Search produces natural search results that include a listing for Instant Media's website located at www.im.com, *i.e.*, its Corporate Site. Until recently, the description for its Corporate Site that appeared in the search engine results produced by Google and Windows Live Search was:

> I'M INSTANT MEDIA – The Leader In Internet TV
> The **Instant Media** platform is built on patent-pending caching technology that delivers professional video. Unlike other video solutions that utilize ...

In addition, in the searches that I and others in my office ran on the term "I'M" in Google and Windows Live Search, we did not find any paid advertising for Instant Media among the search results. The search results from the Internet search engines reflect a large number of companies and websites prominently using the term "I'M" over the Internet. Attached hereto as **Exhibits Q & R** are true and correct copies of screenshots of the results of searches conducted on July 3, 2007, for the term "I'M" on the Google and Windows Live Search search engines.

- 4 -

14.     A search for the term "I'M" on the Yahoo! search engine revealed that neither of Instant Media's websites appear in the first 100 natural search result listings. In addition, there does not appear to be any paid advertising for Instant Media on the pages of these search results. As with the search results we obtained from Google and Windows Live Search, the search results from Yahoo! reflect a large number of companies and websites prominently using the term "I'M" over the Internet. Attached hereto as **Exhibit S** are true and correct copies of screenshots of the results of the search conducted on July 1, 2007, for the term "I'M" on the Yahoo! search engine.

15.     When running searches on the search engines Google, Yahoo! and Windows Live Search, Instant Media's Consumer Website (www.im.com/main.aspx) only appeared in the natural search results if a search was conducted for the term "Instant Media," not "I'M." Attached hereto as **Exhibits T-V** are true and correct copies of screenshots of the results of searches conducted on June 25, 2007, for the term "Instant Media" on the Google, Yahoo! and Windows Live Search search engines.

16.     On June 29, 2007, I accessed the website at www.archive.org, which website archives information that appears on the Internet. On that website, I used the "Way Back Machine," a tool that provides an archive of images of how websites located at a specified domain name appeared on the Internet at periodic intervals in the past. Using that tool, I accessed several prior webpages that have been posted at www.im.com. For example, intermittently from August 3, 2003, to February 6, 2004, the webpage at www.im.com referenced a company called Instant Messaging, Inc. A true and correct screenshot showing the Instant Messaging, Inc. webpage, as it appeared on February 6, 2004, is attached hereto as **Exhibit W**. In addition, between September 24, 2001, and March 28, 2002, a website for "Internet Motors Corporation" appeared at www.im.com. True and correct screenshots of webpages from the www.im.com website as they appeared on March 28, 2002, are attached hereto as **Exhibit X**. As reflected in Exhibits W & X, the logos used for Instant Messaging, Inc. and Internet Motors Corporation are virtually identical to the "I'M" mark currently used by Instant Media.

**Instant Media's Downloadable Media Player**

17. I personally reviewed the process by which a consumer may download the Instant Media player, as well as the functionality of the Instant Media player itself.

18. To download the Instant Media software, a user must click on the "download" icon on either of Instant Media's websites. The user must then agree to install a file with an ".exe" extension -- meaning that the file is an executable file -- and explicitly accept the warning regarding ".exe" files. The user then must open the file and begin the setup process. Next, the user must accept the terms of Instant Media's license agreement. Then, the user must select a setup method from a dropdown menu. Once the user has completed these steps, the Instant Media player downloads, checks the user's computer system for an Internet connection and begins playing. True and correct copies of screenshots showing these steps are attached hereto as **Exhibit Y**.

19. Once a user has downloaded the Instant Media software onto his or her computer, the user may view various types of video and audio content and, in some circumstances, text articles. For example, a user could view certain network television shows, news clips, and news feeds. It appears that most of the video content is downloaded to the user's computer, not "streamed" in real time to the user. Although the Instant Media software allows users to request certain video content from Instant Media, it does not permit any "real-time conversations" between Instant Media and the user.

20. There is no indication that users of Instant Media's media player can see if any other person is using the Instant Media player at the same time. In addition, Instant Media users do not appear to be able to share files with each other or to have "chats" or communications (real-time or otherwise) with other Instant Media users via the Instant Media player. Instant Media's software does not allow users to engage in instant messaging with each other. Instant Media users do not create specific profiles or "user names" that are viewable by other Instant Media users.

**Instant Media's "I'M" Trademark Applications**

21. Attached hereto as **Exhibit Z** is a true and correct copy of an Office Action issued to Instant Media on December 20, 2004, by the PTO, refusing registration of Instant Media's **I'M** mark, Serial No. 78/415899. Attached hereto as **Exhibit AA** is a true and correct copy of Instant

- 6 -

Media's Response to Office Action, dated June 20, 2005, responding to the Office Action. Both documents were downloaded from the PTO's website at my direction.

22. Attached hereto as **Exhibit BB** is a true and correct copy of an Office Action issued to Instant Media on December 20, 2004, by the PTO, refusing registration of Instant Media's **I'M** mark, Serial No. 78/415999. Attached hereto as **Exhibit CC** is a true and correct copy of Instant Media's Response to Office Action, dated June 20, 2005, responding to the Office Action. Both documents were downloaded from the PTO's website at my direction.

23. Instant Media attached as Exhibit A to both of its Responses to Office Action (Exhs. AA & CC attached hereto) six printouts of searches it had conducted on the PTO's TESS database. As Instant Media explained, those searches identified "over 600 registered marks containing a form of IM, I'M or I AM alone or with words." Exs. AA and CC, both at p. 12. Specifically, Instant Media attached printouts showing:

- 352 results for searches of live uses of "IM" in all classes of goods and services;
- 78 results for searches of live uses of "IM" in Class 9;
- 44 results for searches of live uses of "IM" in Class 35;
- 317 results for searches of live uses of "I AM" in all classes;
- 24 results for searches of live uses of "I AM" in Class 9; and
- 29 results for searches of live uses of "I AM" in Class 35.

Exs. AA, Ex. A & CC, Ex. A. Instant Media argued that, "[b]ecause so many IM and I'M registrations co-exist without apparent conflict and because [Instant Media's] goods are different from the services in the cited registration, consumers are not likely to be confused as to source."

24. At my direction, we conducted the same searches of the PTO database that Instant Media had run in 2005 to determine the current number of live trademark registrations for "IM," "I'M" or "I AM." The searches were conducted on June 28, 2007. The updated searches revealed:

- 623 results for searches of live uses of "IM" in all classes of goods and services;
- 78 results for searches of live uses of "IM" in Class 9;
- 73 results for searches of live uses of "IM" in Class 35;
- 879 results for searches of live uses of "I AM" in all classes;

- 7 -

- • 73 results for searches of live uses of "I AM" in Class 9; and
- • 92 results for searches of live uses of "I AM" in Class 35.

True and correct copies of printouts of the PTO database searches reflecting these results are attached hereto as **Exhibits DD-II**.

**Searches For Third-Party Uses Of "IM," "I'M" Or "I AM" In Business Names**

25.    In addition, we conducted several searches in corporate databases and on the Internet to identify companies in the United States that are doing business under names that contain the term "IM," "I'M" or "I AM." The librarian's searches resulted in the following:

- • 855 results in searching the Dun & Bradstreet database of LEXIS/NEXIS for companies with names that contain the term "IM," "I'M" or "I AM." Attached hereto as **Exhibit JJ** is a true and correct copy of the printout of the results of a search that was run on June 29, 2007, in the Dun & Bradstreet database of LEXIS/NEXIS for companies with names that contain the term "IM" or "I'M." Attached hereto as **Exhibit KK** is a true and correct copy of the printout of the results of a search that was run on June 29, 2007, in the Dun & Bradstreet database of LEXIS/NEXIS for companies with names that contain the term "I AM."
- • 494 results in searching the www.referenceusa.com website (formerly, the American Business Information database) for companies with names that contain the term "IM," "I'M" or "I AM." Attached hereto as **Exhibit LL** is a true and correct copy of the printout of the results of a search that was run on June 29, 2007, on the www.referenceusa.com website (formerly, the American Business Information database) for companies with names that contain the term "IM" or "I'M." Attached hereto as **Exhibit MM** is a true and correct copy of the printout of the results of a search that was run on June 29, 2007, on the www.referenceusa.com website (formerly, the American Business Information database) for companies with names that contain the term "I AM."
- • 478 results in searching the www.yellowpages.com website for companies with names that contain the term "IM," "I'M" or "I AM." Attached hereto as **Exhibit NN** is a true and correct copy of the printout of the results of a search that was run on June 29, 2007,

on the www.yellowpages.com website for companies with names that contain the term "IM" or "I'M." Attached hereto as **Exhibit OO** is a true and correct copy of the printout of the results of a search that was run on June 29, 2007, on the www.yellowpages.com website for companies with names that contain the term "I AM."

**Searches For Third-Party Uses Of "IM," "I'M" Or "I AM" On The Internet**

26.    At my direction, searches were also conducted on the Internet searches to identify third-party uses of marks that included IM, I'M or I AM. Based on these searches it is clear that these terms are ubiquitous on the Internet, including in the area of entertainment and instant messaging. As demonstrated in Exhibit Q, searching the term "i'm" through the Google search engine turns up over 900,000,000 results.

27.    These search results also reveal numerous instances in which third parties are using marks that are very similar to Instant Media's **I'M** mark, including in connection with goods and services that appear to be in fields generally related to the products and services of Instant Media.

28.    Examples of third-party Internet uses of marks including "i'm", "I'm", or "I'M" that sometimes appear in search engine result listings above Instant Media's Corporate Site include the following:

- A true and correct copy of a screenshot of a webpage from the www.imin.com website -- which appears to be a site offering gender-specific travel plans -- showing the use of the "I'm in" mark is attached hereto as **Exhibit PP**.

- A true and correct copy of a screenshot of a webpage from the www.imfrombarcelona.com website -- which appears to be the site of a musical band -- showing the use of the "i'm from Barcelona" mark is attached hereto as **Exhibit QQ**.

- True and correct copies of screenshots of a webpage from the www.imwines.com website -- which appears to be a site advertising a brand of wines -- showing the use of an "I'M WINES" mark is attached hereto as **Exhibit RR**.

29.    Examples of third-party Internet uses of various forms of "IM" as an abbreviation for, or in connection with, services relating to instant messaging include the following:

- 9 -

- A true and correct copy of a screenshot of a webpage from the www.aim.com website -- which is America Online's website for its AIM instant messaging service -- showing the use of the "AIM" mark is attached hereto as **Exhibit SS**.
- A true and correct copy of a screenshot of a webpage from the www.imlive.com website -- which appears to be a site offering video chats, geared primarily to adult content -- showing the use of an "i'mlive" mark used in connection with on-line communications is attached hereto as **Exhibit TT**.
- A true and correct copy of a screenshot of a webpage from the www.imvu.com website -- which appears to be a site offering downloadable instant messaging software -- showing the use of an "imvu" mark is attached hereto as **Exhibit UU**.
- True and correct copies of screenshots of a webpage from the www.hotcomm.com website -- which appears to be a site allowing real-time voice and video communications between users -- showing the use of an "IM-Live" mark are attached hereto as **Exhibit VV**.
- True and correct copies of screenshots of a webpage from the www.x-im.net website -- which appears to be a site offering downloadable encrypted instant messaging software -- showing the use of an "X-IM" mark is attached hereto as **Exhibit WW**.

30.     Examples of third-party Internet uses of various forms of the "IM" marks in connection with various goods and services, including entertainment, music, videos, and information technology services, similar to those claimed by Instant Media include the following:

- True and correct copies of screenshots of a webpage from the www.imagerymedia.com website -- which appears to be a game and video animation site -- showing the use of an "im" mark in the field of computer games and videos is attached hereto as **Exhibit XX**.
- A true and correct copy of a screenshot of a webpage from the www.in-on-line.com website -- which appears to be a marketing site for a network of online vendors -- showing the use of an "im" mark is attached hereto as **Exhibit YY**.
- A true and correct copy of a screenshots of a webpage from the www.independencemusic.net website -- which appears to be a site offering video and

- 10 -

audio music content -- showing the use of an "I'M" mark used in connection with the provision of video and audio content over the Internet is attached hereto as **Exhibit ZZ**.

- True and correct copies of screenshots of a webpage from the www.imrecords.com website -- which appears to be a site directing consumers to other music-related sites -- showing the use of an "im" mark are attached hereto as **Exhibit AAA**.

- A true and correct copy of a screenshot of a webpage from the www.imedia.buffalo.edu website -- which appears to be a design assistance and image creation resource available to the SUNY Buffalo community -- showing the use of an "im" mark is attached hereto as **Exhibit BBB**.

- A true and correct copy of a screenshot of a webpage from the www.studioim.com website -- which appears to be a fashion accessory site -- showing the use of an "im" mark is attached hereto as **Exhibit CCC**.

- A true and correct copy of a screenshot of a webpage from the www.interstatemusic.com website -- which appears to be a site selling musical instruments and equipment -- showing the use of an "im" mark is attached hereto as **Exhibit DDD**.

- A true and correct copy of a screenshot of a webpage from the www.iam.com website -- which appears to be a site for publicizing various categories of entertainers -- showing the use of an "I AM" mark is attached hereto as **Exhibit EEE**.

- A true and correct copy of a screenshot of a webpage from the www.imsports.com website -- which appears to be a site using animation technology to teach about sports and fitness -- showing the use of an "iM" mark is attached hereto as **Exhibit FFF**.

- A true and correct copy of a screenshot of a webpage from the www.im.tv website -- which appears to be a site offering news, television, shopping and other videos -- showing the use of an "i'mtv" mark in the field of television, shopping and news are attached hereto as **Exhibit GGG**.

- A true and correct copy of a screenshot of a webpage from the www.im2.org website -- which appears to be the site of an information technology company -- showing the use of an "IM2" mark is attached hereto as **Exhibit HHH**.

- A true and correct copy of a screenshot of a webpage from the www.imoncall.com website -- which appears to be a site offering "help desk" management solutions to allow companies to access remotely their customers' computers -- showing the use of an "I'm OnCall" mark is attached hereto as **Exhibit III**.
- A true and correct copy of a screenshot of a webpage from the www.imintouch.net website -- which appears to be a site offering software allowing remote access to other computers -- showing the use of an "I'm InTouch" mark is attached hereto as **Exhibit JJJ**.
- A true and correct copy of a screenshot of a webpage from the www.iamvoip.com website -- which appears to be the site for an Internet telephone service provider -- showing the use of an "iamvoip" mark is attached hereto as **Exhibit KKK**.
- A true and correct copy of a screenshot of a webpage from the www.imnetworks.co.uk website -- which appears to be the site of an information technology consulting company -- showing the use of an "imnetworks" mark is attached hereto as **Exhibit LLL**.
- A true and correct copy of a screenshot of a webpage from the www.imvite.com website -- which appears to be an entertainment site offering access to over 6500 Internet TV and radio stations -- showing the use of an "imvite" mark is attached hereto as **Exhibit MMM**.

31.    Examples of frequent third-party internet uses of "IM," "I'M" and "I AM" on Internet commerce sites, including "I'm ___" phrases are grouped together as **Exhibit NNN** and include the following:

- A true and correct copy of a screenshot of a webpage from the www.investedmanagement.com website -- which appears to be the site of a sports and entertainment management company -- showing the use of an "I.M." mark.
- A true and correct copy of a screenshot of a webpage from the www.mhprofessional.com website -- which appears to be the site for a company that publishes books regarding marine topics -- showing the use of an "IM" mark.

- 12 -

- A true and correct copy of a screenshot of a webpage from the www.iamny.org website -- which appears to be a site for the International Arts Movement -- showing the use of "IAM" and "Iam" marks.
- A true and correct copy of a screenshot of a webpage from the www.imorganic.com website -- which appears to be a site selling apparel and other products supporting the consumption of organic foods -- showing the use of an "i'm organic" mark.
- A true and correct copy of a screenshot of a webpage from the www.katrina.im-ok.org website -- which appears to be a registry for locating persons displaced by Hurricane Katrina -- showing the use of an "i'm ok" mark.
- A true and correct copy of a screenshot of a webpage from the www.imsmitten.com website -- which appears to be a site offering for sale various goods, such as handbags, apparel and stationery -- showing the use of an "i'm smitten" mark.
- A true and correct copy of a screenshot of a webpage from the www.imsafe.com website -- which appears to be a site offering safety tips -- showing the use of an "I'M SAFE" mark.
- A true and correct copy of a screenshot of a webpage from the www.iamprospering.com website -- which appears to be a motivational and well-being site -- showing the use of an "I Am Prospering" mark.
- A true and correct copy of a screenshot of a webpage from the www.impublications.com website -- which appears to be the site of a publisher of scientific and technical materials -- showing the use of an "IM Publications" mark.

32.   Examples of frequent uses of "IM," "I'M" and "I AM" on Internet sites of international companies are grouped together as **Exhibit OOO** and include the following:

- A true and correct copy of a screenshot of a webpage from the www.im-software.co.uk website -- which appears to be the site of a telecommunications company -- showing the use of an "IM Software" mark.

- 13 -

- A true and correct copy of a screenshot of a webpage from the www.indumart.com website -- which appears to be the site of a company that manufactures industrial instruments -- showing the use of an "iM" mark.
- A true and correct copy of a screenshot of a webpage from the www.im.no website -- which appears to be a site for an industrial works company -- showing the use of an "iM" mark.
- A true and correct copy of a screenshot of a webpage from the www.im.lv website -- which appears to be a site for an investment management company -- showing the use of an "iM" mark.
- A true and correct copy of a screenshot of a webpage from the www.indmin.com website -- which appears to be the site of a company specializing in non-metallic minerals -- showing the use of an "im" mark.
- A true and correct copy of a screenshot of a webpage from the www.im2.com website -- which appears to be a the site of the Swiss National Center of Competence in Research on Interactive Multimodal Information Management -- showing the use of an "iM" mark.
- A true and correct copy of a screenshot of a webpage from the www.im.cl website -- which appears to be a the site of a marketing solutions company -- showing the use of an "IM" mark.
- A true and correct copy of a screenshot of a webpage from the www.i-m.gr website -- which appears to be a site related to modeling -- showing the use of an "i'm" mark.
- A true and correct copy of a screenshot of a webpage from the www.tecgraf.puc-rio.br website -- which appears to be the site of a digital imaging company -- showing the use of an "IM" mark.

**Instant Media's Communication With Microsoft**

33.     Prior to filing this lawsuit, the founder of Instant Media, Scott Blum, contacted Microsoft regarding Microsoft's **i'm** initiative. In an email dated May 8, 2007, Mr. Blum stated, among other things, that Instant Media "has developed a next generation media player technology

- 14 -

1  using smart caching…." In response to that email, Peter Becker, Senior Attorney for Microsoft,

2  sent an email, explaining to Mr. Blum that, among other things, Microsoft did "not believe that [its]

3  use of **'i'm'** has caused any marketplace confusion or infringed any rights owned by Instant Media,

4  Inc." Mr. Becker specifically affirmed that Microsoft did not have any intent to use its **i'm** mark

5  outside of its current scope of use. On the same day, Mr. Blum responded by stating, among other

6  things, "we have spent millions of dollars branding "I'M" to indicate Instant Media as the source."

7  A true and correct copy of the email chain, dated between May 8, 2007, and May 17, 2007, between

8  Mr. Blum and Microsoft is attached hereto as **Exhibit PPP**.

9  I declare under penalty of perjury pursuant to the laws of California and the United States of

10 America that the foregoing is true and correct, and that this declaration was executed on July 3,

11 2007, in Los Angeles, California.

/s/ Charles C. Cavanagh

Charles C. Cavanagh

1895787v8

- 15 -

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **July 3, 2007**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **DECLARATION OF CHARLES C. CAVANAGH IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **July 3, 2007**.

_____
Pamela J. Tanigawa

#437348