# Exhibit C

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77117478
Filing Date: 02/27/2007

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77117478 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT12\771\174 \77117478\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | i'm |
| COLOR MARK | NO |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 944 x 688 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Microsoft Corporation |
| *STREET | One Microsoft Way |
| *CITY | Redmond |
| *STATE (Required for U.S. applicants) | Washington |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 98052-6399 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Washington |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 038 |
| DESCRIPTION | web messaging services having voice and video capabilities |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |

| NAME | William O. Ferron, Jr. |
|---|---|
| ATTORNEY DOCKET NUMBER | 660005.20267 |
| FIRM NAME | Seed IP Law Group PLLC |
| STREET | 701 Fifth Avenue |
| INTERNAL ADDRESS | Suite 5400 |
| CITY | Seattle |
| STATE | Washington |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 98104 |
| PHONE | 206-622-4900 |
| FAX | 206-682-6031 |
| EMAIL ADDRESS | BillF.docketing@SeedIP.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Lorraine Linford, E. Russell Tarleton, Kevin S. Costanza, Timothy L. Boller, Nima A. Seyedali, Karl L. Klassen and Nathaniel E. Durrance |

**CORRESPONDENCE INFORMATION**

| NAME | William O. Ferron, Jr. |
|---|---|
| FIRM NAME | Seed IP Law Group PLLC |
| STREET | 701 Fifth Avenue |
| INTERNAL ADDRESS | Suite 5400 |
| CITY | Seattle |
| STATE | Washington |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 98104 |
| PHONE | 206-622-4900 |
| FAX | 206-682-6031 |
| EMAIL ADDRESS | BillF.docketing@SeedIP.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**FEE INFORMATION**

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |

| SIGNATURE INFORMATION | |
|---|---|
| SIGNATURE | /William O. Ferron, Jr./ |
| SIGNATORY'S NAME | William O. Ferron, Jr. |
| SIGNATORY'S POSITION | Attorney for Applicant |
| DATE SIGNED | 02/27/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Feb 27 16:52:10 EST 2007 |
| TEAS STAMP | USPTO/BAS-64.38.133.114-2 0070227165210173706-77117 478-360d3bff6684ef8e282bb 3866a3568ebd3-DA-547-2007 0227164946929455 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77117478**
**Filing Date: 02/27/2007**

**To the Commissioner for Trademarks:**

**MARK:** i'm (stylized and/or with design, see mark)
The literal element of the mark consists of i'm.
The applicant, Microsoft Corporation, a corporation of Washington, having an address of One Microsoft Way, Redmond, Washington, United States, 98052-6399, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
    International Class 038: web messaging services having voice and video capabilities
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).
The applicant hereby appoints William O. Ferron, Jr. and Lorraine Linford, E. Russell Tarleton, Kevin S. Costanza, Timothy L. Boller, Nima A. Seyedali, Karl L. Klassen and Nathaniel E. Durrance of Seed IP Law Group PLLC, Suite 5400, 701 Fifth Avenue, Seattle, Washington, United States, 98104 to submit this application on behalf of the applicant. The attorney docket/reference number is 660005.20267.
Correspondence Information:     William O. Ferron, Jr.
                                Suite 5400
                                701 Fifth Avenue
                                Seattle, Washington 98104
                                206-622-4900(phone)
                                206-682-6031(fax)
                                BillF.docketing@SeedIP.com (authorized)
A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).
                                **Declaration**
The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection

with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.
Signature: /William O. Ferron, Jr./   Date Signed: 02/27/2007
Signatory's Name: William O. Ferron, Jr.
Signatory's Position: Attorney for Applicant
RAM Sale Number: 547
RAM Accounting Date: 02/28/2007
Serial Number: 77117478
Internet Transmission Date: Tue Feb 27 16:52:10 EST 2007
TEAS Stamp: USPTO/BAS-64.38.133.114-2007022716521017
3706-77117478-360d3bff6684ef8e282bb3866a
3568ebd3-DA-547-20070227164946929455



