# Exhibit D

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2007-06-28 22:18:08 ET

**Serial Number:** 77117458 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** I'M

**Standard Character claim:** No

**Current Status:** Approved by the examining attorney for publication for opposition. This is NOT the beginning of the Opposition period. In approximately two months, please visit the web site to learn the actual date of publication for opposition in the Trademark Official Gazette.

**Date of Status:** 2007-06-17

**Filing Date:** 2007-02-27

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 117

**Attorney Assigned:**
TANNER MICHAEL R Employee Location

**Current Location:** M8X -Law Office 117 - Examining Attorney Assigned

**Date In Location:** 2007-06-17

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Microsoft Corporation

**Address:**

Microsoft Corporation
One Microsoft Way
Redmond, WA 980526399
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Washington

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
philanthropic services concerning monetary donations made via the Internet and wireless networks
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-06-17 - Approved for Pub - Principal Register (Initial exam)

2007-06-07 - Assigned To Examiner

2007-03-03 - Notice Of Pseudo Mark Mailed

2007-03-02 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
William O. Ferron, Jr.

**Correspondent**
WILLIAM O. FERRON, JR.
SEED IP LAW GROUP PLLC
701 5TH AVE STE 5400
SEATTLE, WA 98104-7064
Phone Number: 206-622-4900
Fax Number: 206-682-6031