# Exhibit H

PTO Form 1957 (Rev 9/05)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77117478 |
| LAW OFFICE ASSIGNED | LAW OFFICE 117 |
| MARK SECTION (no change) | |
| ARGUMENT(S) | |

Applicant thanks the Examining Attorney for his telephone comments concerning this application and possible amendments to the services description to overcome the cited marks. As indicated during those discussions, Applicant is using this mark for its charitable fund raising services in class 36, for which its application Serial No. 77/117458 has been approved for publication. Applicant no longer intends to use this mark as a brand for its services in class 38 and so hereby expressly abandons this application Serial No. 77/117478.

| SIGNATURE SECTION | |
|---|---|
| RESPONSE SIGNATURE | /William O. Ferron, Jr./ |
| SIGNATORY'S NAME | William O. Ferron, Jr. |
| SIGNATORY'S POSITION | Attorney for Applicant |
| DATE SIGNED | 06/28/2007 |
| AUTHORIZED SIGNATORY | YES |

Back

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

**This page was generated by the TARR system on** 2007-07-02 18:07:55 ET

**Serial Number:** 77117478 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** I'M

**Standard Character claim:** No

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2007-06-17

**Filing Date:** 2007-02-27

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 117

**Attorney Assigned:**
TANNER MICHAEL R <u>Employee Location</u>

**Current Location:** M8X -Law Office 117 - Examining Attorney Assigned

**Date In Location:** 2007-06-17

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Microsoft Corporation

**Address:**

Microsoft Corporation
One Microsoft Way
Redmond, WA 980526399
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Washington

---

### GOODS AND/OR SERVICES

**International Class:** 038
**Class Status:** Active
web messaging services having voice and video capabilities
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

### ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

2007-06-28 - TEAS Response to Office Action Received

2007-06-17 - Notification Of Non-Final Action E-Mailed

2007-06-17 - Non-final action e-mailed

2007-06-17 - Non-Final Action Written

2007-06-07 - Assigned To Examiner

2007-03-03 - Notice Of Pseudo Mark Mailed

2007-03-02 - New Application Entered In Tram

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
William O. Ferron, Jr.

**Correspondent**
WILLIAM O. FERRON, JR.

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=77117478    7/2/2007

SEED IP LAW GROUP PLLC
701 5TH AVE STE 5400
SEATTLE, WA 98104-7064
Phone Number: 206-622-4900
Fax Number: 206-682-6031