# Exhibit I

63 of 63 DOCUMENTS

Copyright 2006 The Orange County Register
The Orange County Register (California)

Distributed by Knight/Ridder Tribune News Service

**May** 8, 2006 Monday

**SECTION:** BUSINESS AND FINANCIAL NEWS

**ACC-NO:** 20060508-OC-HIGHDEF-VIDEO-20060508

**LENGTH:** 382 words

**HEADLINE:** Buy.com founder unveiling HDvideo

**BYLINE:** Tamara Chuang, The Orange County Register, Calif.

**BODY:**

May 8--Buy.com founder Scott **Blum** will unveil a high-definition video company today called **Instant Media.**

**Instant Media,** or IM, revolves around a software player that gives Windows XP users access to high-definition video on a computer. The patent-pending software is part of **Blum's** vision to create an HDTV service in which shows and movies are delivered over the Internet, much like existing Internet Protocol TV services. Only, IM comes with a twist.

"It caches the show for you in the background and releases the shows to you when the network allows you to see it," **Blum** said.

For example, "CSI" fans can watch the high-definition version of the show on a computer at the same time the show airs on CBS. The IM software would download the episode beforehand and unlock it at showtime.

MovieBeam launched a similar service this year that preloaded 100 movies on a set-top box that are unlocked when a subscriber rents them.

"Think of us as a cable operator, not a Google, Yahoo or YouTube," **Blum** said. "We're trying to act like and feel like your local cable company minus the big bill."

But "CSI" and other shows are IM's future. The Palo Alto-based IM debuts with just two HD channels: video-blog Rocketboom and BuyTV, a brand of Aliso Viejo's Buy.com that will sell electronics. **Blum** said IM is in talks with all the major networks. While HD content is the focus, IM viewers can currently watch standard-definition videos from 400 Internet channels for free.

The service will be supported by ads, remaining free to viewers. IM can embed commercials and offer interactive ads -- a long-talked-about technology that never took off.

IM uses the iHD format, or Internet HD, to "optimize" high-definition video for the Internet, according to the iHD.org site. With it, one hour of iHD video takes up one gigabyte of storage.

Buy.com founder unveiling HDvideo The Orange County Register (California) May 8, 2006 Monday

Andy **Leak,** formerly with FlyPaper and Viant, is IM's chief executive. It employs about 50 people.

To see more of The Orange County Register, or to subscribe to the newspaper, go to http://www.ocregister.com. Copyright (c) 2006, The Orange County Register, Calif. Distributed by Knight Ridder/Tribune Business News. For information on republishing this content, contact us at (800) 661-2511 (U.S.), (213) 237-4914 (worldwide), fax (213) 237-6515, or e-mail reprints@krtinfo.com.

**LOAD-DATE:** May 10, 2006

