# Exhibit J

22 of 63 DOCUMENTS

Copyright 2006 Market Wire, Incorporated
All Rights Reserved
Market Wire

August 22, 2006 Tuesday 6:47 AM GMT

**LENGTH:** 591 words

**HEADLINE: Instant Media** Announces On-Demand Entertainment and Shopping Program BuyTV Spurs Over 300% Increase in Featured Product Sales;
Weekly Program Produced by Buy.com Available in HD via Broadband on I'M Channels

**DATELINE:** PALO ALTO, CA; Aug 22, 2006

**BODY:**

**Instant Media** (I'M), a privately held technology company pioneering Internet TV, today announced that one of the most popular programs on I'M, BuyTV, has been the catalyst for a sizeable jump in the e-commerce sales on Buy.com of those companies that are featured in weekly segments covering the latest entertainment and technology products.

One of the most popular programs to date on I'M, BuyTV is a weekly Internet TV show produced by Buy.com that highlights popular consumer products, technology, gaming, music and movies while including interviews from industry experts and Hollywood celebrities. Featured products have included the latest from category leaders such as D-Link, Sony Ericsson and Netgear. Such products, once highlighted on the program, have enjoyed an average increase in sales of 319% through Buy.com in the week following the initial airdate on I'M and Buy.com.

"The BuyTV program via I'M and Buy.com has been a terrific vehicle to increase consumer awareness of our product. It allows us not only to educate while entertaining viewers, but to harness the attention of a highly desirable, specific, targeted audience that has already demonstrated their active interest in exploring new technologies," said Dan Kelley, Director of Marketing for D-Link.

I'M offers viewers the latest in cutting-edge technology that allows consumers to enjoy their favorite programs, and buy their favorite products, on-demand via broadband internet connections. The revolutionary software allows viewers to access available programming in high definition (HD), the first solution of its kind available for PC-users. With a rapidly growing roster of entertainment channels, including exclusive content, I'M provides companies the opportunity to reach viewers through an interactive, specifically targeted and expanding entertainment platform.

"The BuyTV show has seen an immediate and positive response from viewers, indicative by the stronger sales of highlighted products," said Doug Marrs, VP of Marketing for Buy.com. "The ability to offer our show via I'M has increased consumer awareness of the program, and in turn the products featured."

"One of the most dynamic results we are seeing in the growth of on-demand entertainment is the ripple effects that this emerging industry has on existing internet functions such as e-commerce and advertising," said Andy **Leak,** CEO of **Instant Media.** "BuyTV has been enormously popular on our channels, and has clearly demonstrated that consumers are extremely interested, responsive and motivated by the merging of e-commerce and entertainment."

To experience I'M and BuyTV, please visit www.im.com.

  

Instant Media Announces On-Demand Entertainment and Shopping Program BuyTV Spurs Over 300% Increase in Featured Product Sales; Weekly Program Produced by Buy.com Available in HD via Broadband on I'

About **Instant Media**

**Instant Media** (I'M) is a revolutionary technology company whose patent-pending software delivers HD quality, full screen video on-demand over Broadband Internet connections. The company's caching technology manages delivery of high definition media files and provides an automated disk management capability. I'M currently boasts an installed base of more than 400,000 users, with more than 550 channels of content from top media companies such as CBS, NBC, ABC, PBS, and BBC, with top-tier advertisers including Chrysler, FedEx, and GE, and over 850 affiliate marketing partners. I'M strives to create the best video platform for consumers, advertisers and content providers. For more information, visit www.im.com.

```
For further information, please contact:
Sara Errickson
Brodeur
Contact via
http://www.marketwire.com/mw/emailprcntct?id=0E91486447960EBC
617-587-2858
```

SOURCE: **Instant Media**

**LOAD-DATE:** August 23, 2006

