# Exhibit K



Case 4:07-cv-02639-SBA    Document 40    Filed 07/03/2007    Page 3 of 4



