# Exhibit L

Jake on China, Food, Travel and Tech | Bloglines - My AOL - MyYahoo

# Jake Ludington's MediaBlab

Ask a Question    Game Arcade    Tutorials    Downloads    Audio Books    MediaBlab Premium    **Sponsor This Site**





## Instant Media

Download Instant Media

Instant Media (I'M) offers one of the most usable alternatives to iTunes for subscription audio and video. From a directory of audio and video shows, I'M supports searching

**Sansa MP3 & Video Players**
See SanDisk's Complete Line of MP3 and Video Players at SanDisk.com.
www.sandisk.com/mp3

**iTunes Tutorials**
Learn how to use iTunes All Things iPod, iTunes & Beyond
www.iLounge.com

**iPod To Computer Transfer**
Easy transfer iPod music to PC. Transfer iPod playlist to iTunes.
www.iPod2Computer.com

Ads by Google

and subscribing to content in both MP4 and WMV formats as well as MP3 and WMA audio. Instant Media seems to shine at the playback experience for downloaded content, integrating the play experience directly into the software via either QuickTime or Windows Media, with videos scaled up for fullscreen playback in some cases. There's also support for something their calling Internet High Definition content, which is being billed as 16:9 HD content in MP4 or WMV formats with 2048 kbps video at 1280x720 resolution. Like other subscription apps, Instant Media downloads new shows in the background as long as you leave the application running. There's a very basic media library designed to add music and video files, but the overall experience for that part of I'M is still very remedial. The only thing that seems to be lacking in the subscription experience is the ability to sample shows before downloading them. At the moment, I'M either subscribes you to a feed or doesn't, leaving out my preferred method of video consumption - random sampling. For those who

love to subscribe, Instant Media is definitely worth a closer look. [Windows XP $0.00]







Copy Camcorder Tapes to Computer

Convert Cassettes and Records to MP3

Face Control Photoshop Plugin

Why I Chose Dell over Apple

**Recent Entries**

How to Play SSA Files

How to play .torrent

BitTorrent Files

Registry Booster - Registry Scan

JPGVideo

Transfz

Lyricsnapper

Little Shop of Treasures

## Featured Downloads and Services

### Make Your Own DVD Movies
Put your favorite home movies, photos, and music on a DVD with MyDVD 8 Essentials

### Save $20 on ZoneAlarm Internet Security Suite
Protect yourself online with Network and Program Firewall, IM Protection, Email Security, Identity Theft Protection and more

### The Ultimate Troubleshooter
Effective PC System Optimizer for managing Tasks, Services, and Startup programs

[Flash Video Studio](#)
Make Flash videos from any movie file.

[MyTV ToGo](#)
The easiest way to save your TV shows to your iPod, PSP, or Windows Mobile device.

[Edit Your HDV and AVCHD Movies](#)
Make high definition home movies with Pinnacle Studio Plus

[Back up your iPod](#)
iPod Access backs up your iPod music library and transfer songs to a new computer.

[Xilisoft DVD Ripper](#)
Rip your favorite movies to DivX, MPEG-2, MPEG-4, SVCD, VCD, AVI

[High Definition Video for Windows](#)
Nero 7 Ultra Edition adds high definition video support (including AVCHD and HDV) to Windows 2000, XP and Vista

[Spin It Again](#)
Convert Vinyl LPs and Cassettes to CD or MP3

Privacy Policy / Terms of Service
Copyright © 2003-2007 Ludington Media West, LLC. All rights reserved.
Advertise | About | Archives
Popdex Citations