# Exhibit M

- Home
- About
- Media
- The Digital Age
- Thrills

## Review: Instant Media

Its been a while since I reviewed software for a PC…but this week, any bad review that I had ever posted doesn't matter, because what I'm about to talk about now is something that is overhyped, over-exaggerated, and something that I don't think anyone should even have to waste their time on. Today, I'd like to talk about Instant Media.

The concept behind Instant Media is pretty freaking awesome. Its a program that you download, for your computer, and you can select all sorts of different channels and download their content and watch it. All for free. It's not a bad concept, but, when it gets taken the wrong way, it doesn't turn out so well. And this turned out to be the wrong way.

At a first glance, you'll probably say "Oh, look, its just like iTunes!" And it is. The skin that the designers went with is a very iTunes-based rip, and to me, they didn't pull it off so well. This looks pretty bad. Not what I was hoping for. There are several different channels that you can download content from, and it caches it on your hard drive…that's right, and within just a few days, you'll have accumulated several gigabytes of content, which will, in turn, slow down your computer, making it just about impossible to be able to do anything.

Wait? Did I experience that? Oh yes…yes I did. Earlier today, I was on the right track to putting Windows Vista (the Beta version) onto my PC, and I looked at how much hard drive space that I had, and it said that I only had 2.5 GB!!! I thought to myself, there was no way possible. But then…when I decided that I was going to clean off my computer of anything that I didn't want…there it was. Seven of my precious gigabytes of space…wasted on Instant Media's cached junk that had gotten onto my computer. I thought to myself…yeah…this is definitely not going to happen. And I erased it. All of it. And then I trashed the program.

Looking back, the quality that the videos produced wasn't all that great, either. I don't know if thats just because my computer sucks at playing videos (and games, for that matter), or because it was a really bad way to watch videos, but, I left this thing very disapproving. When I first downloaded this, I looked at the channel selection, and I couldn't believe how poor it was. MTV News Raw, The Today Show, and This Week in Tech With Leo Laporte were the only three things that I had ever heard of. Everything else…either unheard of or just flat out uncalled for. There isn't enough content to be able to back this program up, and it was very disappointing to see just how bad it was.

Overall, I would definitely have to say don't waste your time (or hard drive space) on this program. If you're really looking for some good internet TV, just pop on over to MTV's Overdrive or Comedy Central's Motherload, or any of those free broadband video services that the TV companies are running, and just see for yourself how much better it is. This one just wasn't worth it to me.

This entry was posted on Wednesday, June 14th, 2006 at 12:21 am and is filed under Computers. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

**One Response to "Review: Instant Media"**

1. *Alysen* Says:
   June 26th, 2006 at 7:17 pm

   Thanks for the review. i was downloading it and decided to look up real quick on google for "don't download instant media" just to see if there was any un-happy people with the program. i got your post and after reading i,t i cancelled the download. thanks

**Leave a Reply**

You must be logged in to post a comment.

## Summer Splash 2007!

Now through August 18th is splatR's Summer Splash! Join us for the next three months as we bring you the best in music, movies, TV, videogames, and more, in the biggest summer celebration on the blog in its 3 year history!

*Upcoming Events*:
-The Ataris: Welcome the Night Review
-Shrek The Third Review (5/21)
-Pirates of the Caribbean: At World's End Review (5/28)
-Music Manic 2007 (June 1-3)
-Wii Wiikend 2007 (June 8-10)
-splatR's Three Year Anniversary!

And these are only the major events--a lot more on the way! Welcome to Summer Splash!



*splatR provides the latest news from around the splatRverse, courtesy of Digg.com and Screamscape.com!*

## The Latest in Videogames

- New Halo 3 Goodness
- Wii outsells PS3 in Japan 6 to 1
- Insurgency: Modern Infantry Combat Released!
- Interview: ArenaNet's co-founder Mike O'Brien, creator of Guild Wars
- New Contra 4 poster in Nintendo Power is the greatest thing ever
- Homebrew developer Dark AleX leaves PSP scene due to legal concerns
- XBox 360 failure rate estimated around 33%!

- **Theme Park Feed (via Screamscape)**
  - Six Flags Kentucky Kingdom - Superman tower accident update
  - Another death at Rye Playland on Mind Scrambler
  - Carowinds - Drop Zone reopens, Latin festival and video report
  - Internet Fun - Theme Park Review invades Spain
  - Las Vegas - Changes and comments about Excalibur, NYNY and Luxor
  - Hersheypark adds Dunkin' Donuts
  - California's Adventure - Toy Story Mania construction update
- **Entertainment News**
  - James Earl Jones will be the voice of the Declaration of Independence
  - Kanye West uses scenes from Akira in new music video
  - AllOfMP3 Shut Down by Russian Government For Good
  - Insurance Companies Reactions to Sicko
  - Five Lessons Learned from Watching Die Hard
  - 7-Eleven = Kwik-E-Marts!!! (GREAT PICS)
  - Ratatouille Beats Live Free or Die Hard at the Box Office
- **The splatRverse**

  2007 Bagel Awards   Album Reviews   Blog News   Computers   Crap Wars   eBay Hunter   Freakin' Sweet Countdown   Holy Appliances!   Internet   In The News   Late Night Bloggin'   Life Stories   Lyrics   Movie Reviews   Movies   Music   Nintendo DS   Nintendo Wii   Other   Own3d!   Rants   Sony Playstation   Special Features   Theme Parks   TV   Universal Orlando   Videogames   Walt Disney World   Xbox 360   YouTube

- **Archives Calendar**

  June 2006

  | S | M | T | W | T | F | S |
  |---|---|---|---|---|---|---|
  |   |   |   |   | 1 | 2 | 3 |
  | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
  | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
  | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
  | 25 | 26 | 27 | 28 | 29 | 30 |   |

  « May            Jul »

- **Archives**

  Select Month

- **Categories**

- **Blog Stats**

    164666

Theme: Contempt by Vault9.
Blog at WordPress.com.