# EXHIBIT N

 **Instant Media** THE LEADER IN INTERNET TV

Home    Platform    Customers    Partners    Contact



## Introducing Instant Media

*Instant Media provides hosted broadband video solutions:*
*- Professional HD-quality video*
*- Branded viewer integrated with your website*
*- Monetize your content with paid and ad-supported models*
*- Fast and simple to deploy - no coding required*

The Instant Media platform is built on patent-pending caching technology that delivers professional video. Unlike other video solutions that utilize streaming technologies, I'M excels at delivering full-screen video in DVD or HD quality. I'M presents a superior viewing experience that fully expresses your brand and your professional production values.



Instant Media keeps audiences engaged using features such as email updates and alerts, community, interactivity and internet marketing - all of which are woven seamlessly around your premium content. Instant Media enables you to monetize your content with both paid and ad-supported models. Our flexible approach enables you to engage consumers and partners in a way that seamlessly matches your unique brand and business processes.

## Download I'M



## Instant Media News

**I'M Ready for ITV**
Try the new ad units at Instant Media's broadband HDTV service I'M Interactive (im.com). The Media viewer displays pristine, full-screen high-def video ...

**Interactive TV Boosts Sales at Buy.com**
"The BuyTV show has seen an immediate and positive response from viewers, indicated by the stronger sales of highlighted products," says Doug Marrs, Vice President of Marketing at Buy.com ...

**Instant Media's Gonna Get You**
Instant Media is Internet TV on steroids. With Instant Media installed, you'll have access to Web shows, audio streams and video blogs. We appreciated how smoothly the video streamed on our desktops ...

▶ All News

© Instant Media, Inc. 2004-2007    **Terms | Privacy | Company | News**
Patents Pending | I'M ® is a registered trademark of Instant Media Inc.



Home   **Platform**   Customers   Partners   Contact

## The I'M Platform

The Instant Media Platform powers digital video ventures. Content Producers, Retailers and Network Operators use Instant Media's hosted products and services to support direct-to-consumer digital-media initiatives.



The Instant Media Platform includes a Branded Player that manages HD video downloads and playback, and a hosted Publishing Tool that controls all aspects of content ingestion, DRM encoding, pricing and distribution.

**With Instant Media, you'll be able to launch your new venture quickly without hiring new technical staff or building new technologies in-house.**

## Learn More...

↳ **I'M Platform**

↳ **Branded Player**

↳ **Publishing Tool**

## I'M Platform Benefits

- *Customized to fit your brand and business process*
- *Handles video delivery and playback for end-users*
- *Scales to any level*
- *Fast and simple to deploy*

## Contact I'M

**By Phone:** 650.265.0430

**By eMail:** info@im.com

↳ **More**

---

© Instant Media, Inc. 2004-2007     **Terms | Privacy | Company | News**
Patents Pending | I'M ® is is a registered trademark of Instant Media Inc.



Home   **Platform**   Customers   Partners   Contact

## Branded Player

Successful companies maintain an ongoing, close relationship with their customers. The Instant Media Player is a client application that lets you maintain this direct and persistent connection on your customers' desktop.



### Learn More...

↳ **I'M Platform**
↳ **Branded Player**
↳ **Publishing Tool**

## Branded Player Benefits

- *Custom branded player integrated with your website*
- *Highlight your premium video in DVD and HD quality*
- *Supports paid content and ad-supported content*
- *Simple and easy-to-use for end-users*

## Contact I'M

**By Phone:** 650.265.0430

**By eMail:** info@im.com

↳ **More**

### Key features of the Branded Player include:

- **Patent Pending Software**
  Instant Media turns any PC into a DVR, automating the distribution of high-quality video content and making it simple for end-users.

- **Content Auto-Deletion**
  The Instant Media Player automatically deletes media assets from the PC when a consumer no longer has rights to those assets.

- **Content License Management**
  Keep content safe from hackers, pirates, or DRM flaws. The Instant Media Player manages playback licenses for content based on your rights policies.

- **Bandwidth Management**
  Allowing your user to multi-task while downloading. The Player modulates the bandwidth of download jobs allowing consumers to perform non-bandwidth intensive Web access.

© Instant Media, Inc. 2004-2007      **Terms | Privacy | Company | News**
Patents Pending | I'M ® is a registered trademark of Instant Media Inc.



Instant Media
THE LEADER IN INTERNET TV

Home   **Platform**   Customers   Partners   Contact

## Publishing Tool

The Instant Media Publishing Tool is a web-based utility that supports all aspects of content ingestion, management and distribution.



Instant Media provides hosted digital media solutions that deliver the highest quality media to a mass audience. Select the product elements that you need for your digital media venture.

## The Publishing Tool includes:

▪ *I'M Media Manager*
Web-based tool allows for management of content, meta-data and usage rights.

▪ *I'M Commerce Engine*
Keep content safe from hackers, pirates, or DRM flaws. The Instant Media Player manages playback licenses for content based on your rights policies.

▪ *I'M Digital Storefront*
Generate online storefronts that showcase your unique content and brand.

▪ *I'M Interactive Advertising*
Video advertising and time-synced interactive overlays.

▪ *I'M Integration Workbench*
Integrate with your in-house systems, plug-in 3rd party components.



Instant Media is based on Windows Media and Windows Media DRM. Our approach is the simplest way for consumers to access HD-quality video over the Internet, and the simplest way for content producers to distribute and monetize professional, DRM-protected content.

## Learn More...

↳ **I'M Platform**
↳ **Branded Player**
↳ **Publishing Tool**

## Publishing Tool Benefits

▪ *Custom branded player integrated with your website*
▪ *Highlight your premium video in DVD and HD quality*
▪ *Supports paid content and ad-supported content*
▪ *Simple and easy-to-use for administrators*

## Contact I'M

**By Phone:** 650.265.0430

**By eMail:** info@im.com

↳ **More**

© Instant Media, Inc. 2004-2007    Terms | Privacy | Company | News
Patents Pending | I'M ® is a registered trademark of Instant Media Inc.



Home    Platform    **Customers**    Partners    Contact

## I'M Customers

Content Producers, Retailers and Network Operators use Instant Media to launch branded initiatives that feature full-screen video in DVD and HD quality.

### Brand Control

In order to reach a broad audience, content producers often partner with third party aggregators to distribute content. Yet history shows that market power often accrues to the aggregator, not the content producer.

With Instant Media, you own the customer relationship, and retain 100% of the profits from your content. I'M provides the fastest, easiest way to build a direct channel to your audience in a way that expresses your unique brand and production values.

### Premium Viewing

In 2006 User Generated content exploded, empowering the masses to stream video through branded aggregation services. But streaming video can not show off the high-production value that distinguishes your premium product from a sea of amateur content.

Instant Media gives you the ability to distribute HD-quality video to a mass audience. With Instant Media, your content will look impeccable played full-screen on a computer, or on large screen TV in the living room.

### Fast and Simple

Building a full-blown, commerce-enabled digital media business from scratch costs millions of dollars and years of effort. Instant Media's hosted approach slashes the time and cost required to launch a digital media venture. Get to market fast and give your audience the high quality content they are seeking - directly from the source. And our flexible infrastructure means that you'll be able to innovate, test new models, and adjust your business quickly and easily.

*Instant Media provides the fastest, most cost effective means to launch a digital media venture that highlights your professional content.*

## Key Benefits

- Showcase your professional content in DVD and HD quality
- Slash startup costs
- Launch in days, not months
- Eliminate the need for extra staff
- Eliminate technology risk

**Instant Media enables any company to build a premium online channel quickly.**

## Contact I'M

**By Phone:** 650.265.0430

**By eMail:** info@im.com

↳ **More**

---

© Instant Media, Inc. 2004-2007    **Terms | Privacy | Company | News**
Patents Pending | I'M ® is a registered trademark of Instant Media Inc.



Home    Platform    Customers    Partners    **Contact**

## Contact Us

### Headquarters

1032 Elwell Court, Suite 220
Palo Alto, CA  94303
650.265.0430



### General Inquires

**650.265.0430**
info@im.com

### Partners

**650.823.0836**
partners@im.com

To contact I'M, you can also use the form below.

First Name:

Last Name:

Company:

Website:
http://

eMail:

Phone:

Message:



## Instant Media News

**I'M Ready for ITV**

Try the new ad units at Instant Media's broadband HDTV service I'M Interactive (im.com). The Media viewer displays pristine, full-screen high-def video ...

**Interactive TV Boosts Sales at Buy.com**

"The BuyTV show has seen an immediate and positive response from viewers, indicated by the stronger sales of highlighted products," says Doug Marrs, Vice President of Marketing at Buy.com ...

**Instant Media's Gonna Get You**

Instant Media is Internet TV on steroids. With Instant Media installed, you'll have access to Web shows, audio streams and video blogs. We appreciated how smoothly the video streamed on our desktops ...

▶ **All News**

## I'M Platform Benefits

- *Customized to fit your brand and business process*
- *Handles video delivery and playback for end-users*
- *Scales to any level*
- *Fast and simple to deploy*

© Instant Media, Inc. 2004-2007    **Terms | Privacy | Company | News**
Patents Pending | I'M ® is a registered trademark of Instant Media Inc.

 **Instant Media**
THE LEADER IN INTERNET TV

Home    Platform    Customers    **Partners**    Contact

## Partners

Instant Media partners with leading technology and service companies to create integrated solutions that fit our customers' unique brand and business process. Instant Media's open architecture makes it easy to plug in third party components and systems.



Instant Media is design to interoperate with a variety of third party systems:

- **Content Delivery Networks** - Use your existing CDN relationship, or find a CDN solution that best fits your needs.

- **Social Networking Systems** - Enable social networking and user generated content, fully integrated with your professional video.

- **Streaming Video Solutions** - Integrate streaming video and live events with our capability to deliver full-screen video in HD quality.

- **Hard-Goods Commerce** - Enable hard-goods commerce purchase integrated into your professional videos.

- **Systems Integrators** - Work with your existing team for systems integration and web design.

- **Billing Systems** - Integrate your unique billing system.

- **DRM Engines** - Use a third party DRM and/or copy protection system that meets your specific requirements.

## Key Benefits

- *Use 3rd party components to create a unique offering for your users.*
- *Integrate and extend your existing systems and business relationships.*
- *Plug-in 3rd party systems and launch rapidly.*

## Contact I'M

To inquire about partnering with Instant Media, send an email to partners@im.com, or complete the form below.

First Name:

Last Name:

Company:

Website:
http://

eMail:

Phone:

Message:

**Submit**

© Instant Media, Inc. 2004-2007      **Terms | Privacy | Company | News**
Patents Pending | I'M ® is a registered trademark of Instant Media Inc.



Home    Platform    Customers    Partners    Contact

## Download

Our free software delivers shows to your PC. Installation is fast and simple. Instant Media is safe and spyware free. Download Instant Media today!

### System Requirements

*Operating System*
- Windows XP
- Windows Media Player 10

*Minimum Hardware*
- 750 MHZ CPU
- 256MB RAM
- 5GB Hard drive space for cached media, recommended
- Speakers for audio playback
- 1024 × 768 monitor resolution, recommended

*Network Connection*
- Broadband Internet Connection

## Download Instant Media! It's Free!

▶ *1.2 for Windows XP, English, 7.54MB*

Successful companies maintain an ongoing, close relationship with their customers. The Instant Media Player is a client application that lets you maintain this direct and persistent connection on your customers' desktop.

- *Showcase your professional content in DVD and HD quality*
- *Experiment with multiple monetization models (ad supported, rental, etc.)*
- *Leverage existing systems through simple integration*
- *Modular, plug-and-play architecture provides greater flexibility*
- *Proven across multiple environments and customer implementations*
- *Scale your broadband video distribution business to any level*

© Instant Media, Inc. 2004-2007     **Terms | Privacy | Company | News**
Patents Pending | I'M ® is a registered trademark of Instant Media Inc.



Home    Platform    Customers    Partners    Contact

# Terms

Effective as of May 1, 2006

Access to the Instant Media website, software and services is offered to you, the individual user, by Instant Media only if you accept to be bound by this Terms of Use Agreement ("Terms of Use").

PLEASE READ CAREFULLY.

This Terms of Use applies to use of the Instant Media website at www.im.com, (the "Sit") and the Instant Media Software and Digital Downloads (as hereinafter defined) available to download from the Site (the "Software"). The Site and Software is the exclusive property of Instant Media. The Digital Downloads and other content of the Site are owned by Instant Media and/or its licensors and content providers, and are protected by applicable domestic and international copyright laws. "Instant Media", "I'M" and the Instant Media logo are trademarks (the "Marks") belonging to Instant Media, Inc. Any unauthorized use of the Marks is strictly prohibited. These Terms of Use are in addition to, and not in lieu of, the End User License Agreement for Instant Media software and specific Usage Rules for content. The End User License Agreement and each specific Usage Rule are hereby incorporated herein by this reference so that the requirement to comply with these Terms of Use shall mean compliance with all of the Terms of Use, the End User License Agreement and all Usage Rules. Instant Media permits you to access the Site for the limited purpose of personal use, and not for any commercial purpose. You hereby agree not to use the Site, the Digital Downloads, or any element or portion thereof, for any commercial purpose whatsoever.

Instant Media reserves the right, at its sole discretion, to change, add or remove portions of this Terms of Use, at any time. It is your responsibility to check this Terms of Use each time before using the Site. Your continued use of the Site following the posting of changes will mean that you accept and agree to the changes. Subject to your full and complete compliance with this Terms of Use, the End User License Agreement and all Usage Rules, Instant Media grants you ("Customer") a personal, revocable, non-exclusive, non-transferable, non-sublicensable, limited privilege to enter and use the Site.

Instant Media offers its Site and Software for entertainment purposes only. Instant Media does not warrant the truth or validity of the information contained on the Site. You acknowledge and understand that, because of the possibility of human and mechanical error, mistakes or omissions in the data or information provided, delays or interruptions of the data or information stream from whatever cause, as well as other factors, Instant Media is not responsible for errors in or omissions from the information contained or accessed through the Site or Software. ALL INFORMATION AND CONTENT ON THE SITE ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT.

**WARNING: Not Intended for Minors.** Much of the content on or available through the Site is inappropriate for children. As such, the Site is not intended for use by persons under the age of eighteen (18) years of age ("Minors"). The Site Content may be confusing or offensive to Minors. Any Minor should seek consent from his/her legal guardian before using this Site, and such legal guardian should strictly monitor such Minor's use of the Site.  Persons aged between 13 and 18 may use the Site only with the consent of such person's parent or guardian. If you are aged between 13 and 18 and have not received the consent of your parent or guardian to use the Site or if you are younger than 13, please exit our Site. Under no circumstances should persons younger than 18, even with their parent or guardian's consent, visit the Adult Channel section of the Site.

You may not publicly display any portion of the Site, or any films or other audiovisual or digital works available at this Site, without a written license signed by a party authorized to legally bind Instant Media to such a contractual arrangement. Any other use or exploitation of this Site, including the Site Content or Site Code, is strictly prohibited. You agree and acknowledge that you shall not acquire any ownership rights by downloading the Materials from the Site. You agree that links to the Site are only permitted upon express permission from and arrangement with Instant Media. You acknowledge and agree that modification of the Materials or use of the Materials for any other purpose is a violation of Instant Media's and possibly other third parties' copyright and proprietary rights. You agree to use the Materials and this Site only for purposes which are lawful in every nation and jurisdiction in the world and all subdivisions thereof. If you violate any provision of these Terms of Use, your permission to use the Materials automatically terminates and you must immediately destroy any copy you may have of any of the Materials. Any other use or exploitation of this Site, including the Materials, is strictly prohibited. You agree not to interrupt, or attempt to

## Contact I'M

**By Phone:**
650.265.0430

**By eMail:**
info@im.com

↳ **More**

interrupt, the operation of the Site in any way.

You may "cache" pages of the Site for the sole purpose of increasing the speed and efficiency at which you access the Site in the future. However, no other copy or use of any portion of the Site is permissible, and the same shall constitute an act of copyright infringement.

## 1. Registration; Customer Accounts; Use of Site.

Before you can use the Software, you agree to comply with this Terms of Use. During the course of using I'M software, you may set up an account. You agree to provide us with accurate, current and complete information about yourself and your billing information as prompted by the account registration process. You may update any of your Customer Account information by using the account management function in the Software. You are responsible for all activity that occurs under your Customer Account and for maintaining the confidentiality of your Customer Account information, including your password. You agree to notify Instant Media immediately of any unauthorized use of your Customer Account or password, or any other breach of security. You may be held liable for losses incurred by Instant Media or any other user of the Site due to someone else using your password or Customer Account. You may not use anyone else's password or Customer Account at any time.

The following restrictions shall also apply to your use of the Site, and you agree that you will not: (i) frame or link to the Site; (ii) use any services or content on or provided by the Site, Software or Digital Downloads (as defined below) in conjunction with any device or service designed to circumvent technological measures employed to control access to, or the rights in, a content file or other work protected by the copyright laws of any jurisdiction; (iii) use any services or content on or provided by the Site, Software or Digital Downloads for any commercial or illegal purpose; (iv) use any services or content on or provided by the Site, Software or Digital Downloads to invade the privacy of, or obtain personal information about, any Instant Media account holder or user, or to obtain a list of Instant Media Customer Account holders or users; (v) copy, modify, erase or damage any information or data contained on the Site; (vi) use the services or content on or provided by the Site, Software or Digital Downloads to violate any legal right of any third-party, including any publicity or privacy right, copyright or other intellectual property right, or take action that is harassing, libelous, defamatory, abusive, tortuous, threatening, harmful or otherwise objectionable; (vii) use any data mining, robots, or similar data gathering and/or extraction tools; or (viii) interfere or attempt to interfere with the operation of the Site in any way and through any means or device including, but not limited to, spamming, hacking, uploading computer viruses or time bombs.

You also agree that Instant Media may, in its sole discretion and without prior notice to you, terminate your access to the Site and your Customer Account for any reason or without reason, including without limitation: (1) attempts to gain unauthorized access to the Site or assistance to others attempting to do so (including, but not limited to, distributing instructions, software or tools for that purpose), (2) overcoming (or attempting to overcome) software security features limiting use of or protecting any portion of the Site, its content, the Software or Digital Downloads, (3) discontinuing or materially modifying the Site or any service offered on or through the Site, (4) violating the Terms of Use, (5) failing to pay for charges to Customer Account or other purchases, (6) suspected or actual copyright infringement, (7) unexpected operational difficulties, (8) requests by law enforcement or other government agencies or (9) any other violation of the End User License Agreement or any Usage Rules. You agree that Instant Media will not be liable to you or to any third-party for termination of your access to the Site.

## 2. Consent to Collection, Use & Disclosure of Your Personal Information.

As more fully described in our Privacy Policy at www.im.com/privacy, you must disclose and agree to permit Instant Media to collect certain personally identifiable information to use our Site, register a Customer Account, and make purchases. As a condition of registering with our Site or making any purchases of any products, services, content, Digital Downloads or conduct any transactions, you represent that you have first read our Privacy Policy and consent to the collection, use ,and disclosure of your personally identifiable information and non-personally identifiable information as described in our Privacy Policy. Our Privacy Policy's terms and condition will change from time to time, and as a condition of browsing the Site, using any features or making any purchase, you agree that you will first review our Privacy Policy prior to making any initial or subsequent purchases and/or downloads.

While Instant Media takes reasonable steps to safeguard and to prevent unauthorized access to your personal information, we cannot be responsible for the acts of those who gain unauthorized access, and we make no warranty, express, implied, or otherwise, that we will prevent unauthorized access to your private information. IN NO EVENT SHALL INSTANT MEDIA OR ITS AFFILIATES BE LIABLE FOR ANY DAMAGES (WHETHER CONSEQUENTIAL, DIRECT, INCIDENTAL, INDIRECT, PUNITIVE, SPECIAL OR OTHERWISE) RELATING TO UNAUTHORIZED ACCESS TO YOUR PERSONAL INFORMATION, REGARDLESS OF WHETHER SUCH DAMAGES ARE BASED ON CONTRACT, STRICT LIABILITY, TORT OR OTHER THEORIES OF LIABILITY, AND ALSO REGARDLESS OF WHETHER INSTANT MEDIA WAS GIVEN ACTUAL OR CONSTRUCTIVE NOTICE THAT DAMAGES WERE POSSIBLE.

## 3. Consent To Our Communication With You By E-Mail.

By establishing a Customer Account, and each time you make a purchase or download through our Site, you grant

permission for Instant Media to contact you at your e-mail address. To stop receiving our marketing e-mails, send an e-mail to us at optout@im.com or follow the opt-out procedures set forth in such marketing e-mails.

Consider: Instant Media may periodically make special offers or communications to users of its Site. If you would like to receive such offers or communications, you may "Opt-In" at any time by checking the "Opt-In" box that appears on your Customer Account page of the Site, and providing the e-mail address you wish to use to receive such notices. If you change your mind at any time, you can reverse your option, or change your e-mail address, using the same page. Selecting the "Opt-In" option constitutes acceptance of Instant Media's use of your e-mail address to send you notices pertaining to Instant Media, its products and services, the Site, the Fee-Based Services, and related topics.

## 4. Digital Downloads.

**Use of Digital Downloads.** In addition to the requirements of Section 5, you must agree to and meet all of the following requirements to download, view and/or listen to any Digital Download:

**Authorized Consumers.** Your computer and other Approved Electronic Devices (defined below) must all be physically located in the United States of America ("Authorized Device"), and any Digital Downloads that you purchase may only be downloaded to your Primary Computer (defined below) or transferred to Secondary Computers (defined below) or Portable Devices (defined below), and you must first be a registered user of this Site and in full compliance with these Terms of Use.

**Usage Rules**. Your viewing and/or listening to any music, images, video, artwork, text, software and other copyrightable materials ("Digital Downloads") from Instant Media is governed by and conditioned upon your prior acceptance of these Terms of Use and the specific Usage Rules listed on the Site and/or otherwise associated with any Digital Download or content. Upon payment, applicable Digital Downloads you are only authorized to view and/or listen to the Digital Downloads on your Authorized Device and the Digital Downloads are not sold, notwithstanding the use of the terms "sell," "purchase," "order," "buy" or other similar words on the Site and in this Terms of Use. Upon payment, your authorized right to view or listen to the Digital Downloads is personal to you, and is non-exclusive, non-transferable, non-sublicensable, limited and only permitted within the United States of America.

You may only download, transfer, copy and use the Digital Downloads as stated in the particular Usage Rules for that Digital Download, which Usage Rules are hereby incorporated by reference. No other downloads, transfers, copies or uses of Digital Downloads are permitted. All other rights are reserved. As a condition of purchasing or downloading each Digital Download, you represent to Instant Media that you understand and agree to the limited uses associated with a particular Digital Downloads Usage Rules.

**Approved Electronic Devices For Digital Downloads.** You are permitted to view and/or listen to the Digital Downloads only upon approved electronic devices. "Approved Electronic Devices" are subject to the Usage Rules and include the following: (i) the Primary Computer and Secondary Computer registered with this Site, and (ii) lightweight devices that receive and store digital media files, and play them back in analog form, but which are incapable of further transferring Digital Downloads ("Portable Devices"). Portable Devices must support the Windows Media Audio ("WMA") format and meet "Class 1000" standards. WMAs are not compatible with any Macintosh Operating Systems. WITHOUT LIMITING ANY PROVISION HEREIN, EVEN IF THE USAGE RULES FOR PARTICULAR DIGITAL DOWNLOADS PERMIT BURNING COMPACT DISKS (WHICH SHALL NOT BE PERMITTED UNLESS THE WRITTEN USAGE RULES FOR SUCH SPECIFIC DIGITAL DOWNLOADS SPECIFICALLY PERMIT COMPACT DISK BURNING), INSTANT MEDIA MAKES NO WARRANTY THAT ANY PARTICULAR COMPACT DISC BURNER WILL BE COMPATIBLE WITH ANY DIGITAL DOWNLOAD OR THAT ANY COMPACT DISC BURNED WILL FUNCTION IN ALL COMPACT DISC PLAYERS.

**Conditions to Use of Digital Downloads by You.** Depending on the Usage Rules, Digital Rights Management ("DRM") software may be downloaded onto your Approved Electronic Devices along with your Digital Download files, and your use will be limited as specified in the Usage Rules. You hereby agree to the download, installation and operation of the DRM software on the Approved Electronic Devices. Instant Media reserves the right to change at any time, without prior notice to you, the software required to download, transfer, copy and use of any of the Digital Downloads. The speed at which a Digital Download can be transferred to your registered personal computer depends on a variety of factors including CPU speed, disk free space and the like and in large part upon the bandwidth of the connection provided to you by your Internet Service Provider. You are responsible for all charges associated with use of your Internet Service.

WARNING

Some Internet Service provider plans charge additional amounts based upon the amount of data that is transmitted ("Metered Data Plan"). Digital Downloads are extremely large data files and so downloading them the under a Metered Data Plan will result in very large additional usage charges ("Additional Usage Charges"). YOU, and not Instant Media, are responsible for all Internet Service Additional Usage Charges.

In addition, you are responsible for ensuring that your Approved Electronic Devices are compatible with the Site,

Software and Digital Downloads and meet the Approved Electronic Device minimum system configuration (which may change from time to time and can be found on the Company website at: www.im.com/download for the Site, Software and Digital Downloads (as may be supplemented by the Usage Rules) and have sufficient capacity (CPU, memory and free disk space) to accommodate each and every Digital Download ("Minimum Requirements"). It is crucial that you verify these minimum requirements, particularly prior to downloading EACH AND EVERY Digital Download.

If your Approved Electronic Devices fails to meet the Minimum Requirements, THE downloading, viewing and/or listening to Digital Download may PERMENENTLY damage your Approved Electronic Devices, cause them to perform erratically and/or result in permenant data loss and OTHER PROBLEMS.In ADDITION, if your Approved Electronic Device does not have sufficient free disk space capacity to accommodate the downloading, viewing OF and/or listening to EACH AND EVERY Digital Download, permanent damage to your Approved Electronic Devices May Result. (All of the foregoing damage collectively "Approved Electronic Device Damage"). Approved electronic device damage may require, among other things, new hardware, third party repairs, DATA RECOVERY SERVUCES and reinstallation of all software including the operating system ("Approved Electronic Device Damage Repairs"). You, and not Instant media, are responsible for all costs and expenses associated with Any and all Approved Electronic Device Damage Repairs. DATA LOST MAY NOT BE RECOVERABLE THEREFORE INSTANT MEDIA STRONGLY recommends THAT YOU BACK UP YOUR COMPUTER DATA PRIOR TO INSTALLING AND OPERATING THIS SOFWARE AND REGULARLY THEREAFTER.

Certain portions of the process of downloading Digital Download may be initiated or otherwise occur when your computer is unattended.You hereby consent to such initiation and running of these processes and assume any and all risks associated with same including, without limitation, any Approved Electronic Device Damage or Additional Usage Charges.

**Instant Media uses Microsoft digital rights management technology ("WM-DRM") for Windows Media distributed with the download manager software ("WM-DRM Software").** Portions of this software and other 3rd party applications use WM-DRM to play the songs you download ("Secure Content"). If the WM-DRM Software's security has been compromised, owners of Secure Content ("Secure Content Owners") may request that Microsoft revoke the WM-DRM Software's right to copy, display and/or play Secure Content. Revocation does not alter the WM-DRM Software's ability to play unprotected content. A list of revoked WM-DRM Software is sent to your computer whenever you download a license for Secure Content from the Internet. Microsoft may, in conjunction with such license, also download revocation lists onto your computer on behalf of Secure Content Owners. Secure Content Owners may also require you to upgrade some of the WM-DRM components distributed with this software ("WM-DRM Upgrades") before accessing their content.

When you attempt to play such content, WM-DRM Software built by Microsoft will notify you that a WM-DRM Upgrade is required and then ask for your consent before the WM-DRM Upgrade is downloaded. Non-Microsoft Software may do the same. If you decline the upgrade, you will not be able to access content that requires the WM-DRM Upgrade; however, you will still be able to access unprotected content and Secure Content that does not require the upgrade.

**Prohibited Uses of Digital Downloads.** You may not (or attempt to) reverse engineer, decompile, disassemble, modify or disable, alter or circumvent any copy protection or use limitation systems associated with any of the Digital Downloads. You may not (or attempt) play and then re-digitize any of the Digital Downloads, or upload those Digital Downloads to the Internet. You may not (or attempt to) create any "derivative works" by altering any of the Digital Downloads. You may not (or attempt to) use the Digital Downloads in conjunction with any other third-party content (for example, without limitation, to provide sound for a film). You may not (or attempt to) exploit any Digital Download for any commercial purposes (including, without limitation, the sale of bundled Digital Downloads transferred onto Approved Electronic Devices). You may not remove any proprietary notices or labels provided with the Digital Download. You further agree to indemnify and hold harmless Instant Media for your failure to comply with this section.

## 5. Conditions of Sale and Payment Terms.

To use this Site, set up a Customer Account, download, view and/or listen to Digital Download, download, install and operate the Software or purchase any Digital Downloads, goods and/or services on our Site, you must be, and hereby represent and warrant that you are: (a) at least eighteen (18) years of age or the applicable state age of majority, (b) a natural person (no corporations, partnerships or other legal entities), and (c) a resident of and domiciled in one of the 50 states of the United States of America, exclusive of its commonwealths, territories and possessions ("United States"). Prior to the purchase of any goods or services on our Site, you must provide us with a valid Instant Media account.

## 6. Methods of Payment, Credit Card Terms and Taxes.

All payments must be made by VISA, MasterCard, American Express, Discover, Diner's Club, and government credit cards (each of which may be removed by Instant Media at any time in its sole discretion). Unless expressly set forth on the Site, we do not accept any other payment form. If we offer or accept any other form of payment, you hereby agree to all restriction, terms and conditions associated with such additional form of payment. Your card issuer agreement governs your use of your designated card, and you must refer to that agreement and not this Terms of Use to

determine your rights and liabilities as a cardholder. YOU, AND NOT INSTANT MEDIA, ARE RESPONSIBLE FOR PAYING ANY UNAUTHORIZED AMOUNTS BILLED TO YOUR CREDIT CARD BY A THIRD-PARTY. You agree to pay all fees and charges incurred in connection with your purchases (including any applicable taxes) at the rates in effect when the charges were incurred. Unless you notify Instant Media of any discrepancies within sixty (60) days after they first appear on our credit card statement, you agree that they will be deemed accepted by you for all purposes. If Instant Media does not receive payment from your credit card issuer or its agent, you agree to pay all amounts due upon demand by Instant Media or its agents. You are responsible for paying any governmental taxes imposed on your purchases, including, but not limited to, sales, use or value-added taxes.

### 7. Order Acceptance Policy.

Your order will be deemed accepted by Instant Media upon our delivery of products or services that you have ordered, or upon the completion of the delivery of a Digital Download, as indicated by our servers. Instant Media reserves the right to implement processes and procedures at any time to limit risk, including requiring additional verifications or information before accepting your order. Instant Media is a reseller to Consumers and does not accept orders from resellers, exporters, wholesalers, any businesses of any kind or other customers who intend to resell.

### 8. Modifications to Prices or Billing Terms.

INSTANT MEDIA RESERVES THE RIGHT, AT ANY TIME, TO CHANGE ITS PRICES AND BILLING METHODS FOR PRODUCTS OR SERVICES SOLD, EFFECTIVE IMMEDIATELY UPON POSTING ON THE SITE OR BY E-MAIL DELIVERY TO YOU.

### 9. Service and Support for Goods Sold.

For technical service and support go to http://www.im.com/support

### 10. Indemnification.

You agree to indemnify, defend, save and hold harmless Instant Media and its parents, sister companies, subsidiaries, affiliates, service providers, other consumers, distributors, licensors, officers, directors and employees from any claim or demand, including reasonable attorneys' fees, made by any third-party arising out of or related to your Failure to Completely comply with these Terms of Use, or any applicable law, regulation or violation of anythird-party right.

### 11. LIMITATION OF LIABILITY.

THE SITE AND ALL PRODUCTS, SERVICES, CONTENT, DIGITAL DOWNLOADS, SOFTWARE, ARTWORK, DATA AND INFORMATION (COLLECTIVELY THE "WEBSITE SERVICES") IS PROVIDED TO YOU ON AN "AS IS" AND "AS AVAILABLE" BASIS. INSTANT MEDIA EXPRESSLY DISCLAIMS ALL WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUALITY OF DATA AND NON-INFRINGEMENT WITH RESPECT TO THESE WEBSITE SERVICES. INSTANT MEDIA IS NOT LIABLE FOR ANY DAMAGES, LOSSES, COSTS OR EXPENSES CAUSED OR ARISING OUT OF OR RELATED TO: 1) ACTS OR OMISSIONS OF ANY OF THE COPYRIGHT HOLDERS OR OTHER THIRD PARTIES, OR ANY OF THEIR RESPECTIVE AGENTS, INCLUDING THE INACCURACY OR MISDELIVERY OF ANY OFFERS MADE BY SUCH MERCHANTS OR THIRD PARTIES; 2) YOUR USE OF THE WEB SERVICES INCLUDING, WITHOUT LIMITATION, INTERRUPTIONS OR PROBLEMS WITH ACCESSING THE WEBSITE SERVICES; OR 3) DEACTIVATION OF A CUSTOMER ACCOUNT OR THE TERMINATION OF THE WEBSITE SERVICES.

IN NO EVENT WILL INSTANT MEDIA BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, PUNITIVE OR ANY OTHER DAMAGES OF ANY KIND (INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, DATA OR OTHER PECUNIARY LOSS) ARISING OUT OF OR RELATED TO THIS TERMS OF USE OR YOUR USE OR INABILITY TO USE THE SITE OR THE WEBSITE SERVICES, REGARDLESS OF WHETHER INSTANT MEDIA WAS MADE AWARE OF THE POSSIBILITY OF SUCH DAMAGES, AND REGARDLESS OF WHETHER SUCH DAMAGES ARISE IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHERWISE. YOU AUTHORIZE INSTANT MEDIA TO COLLECT, ACCESS AND PROCESS THE INFORMATION YOU PROVIDED OR CONFIRMED AT REGISTRATION OR OTHER INFORMATION ABOUT THE TRANSACTIONS AS REQUIRED TO PROVIDE THE INSTANT MEDIA SERVICES TO YOU. YOU ACKNOWLEDGE AND AGREE THAT THE LIMITATIONS OF LIABILITY, DISCLAIMERS OF WARRANTIES AND LIMITED REMEDIES SET FORTH HEREIN REPRESENT AN INSEPARABLE ALLOCATION OF RISK (INCLUDING, WITHOUT LIMITATION, IN THE EVENT OF A TOTAL AND FUNDAMENTAL BREACH OF THIS TERMS OF USE) THAT IS AN ESSENTIAL BASIS OF THE BARGAIN BETWEEN THE PARTIES.

WITHOUT WAIVING THE EXCLUSIVE GOVERNING LAW CLAUSE BELOW, SOME STATES DO NOT ALLOW EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU. IN SUCH STATES, THE LIABILITY OF INSTANT MEDIA, THIRD PARTY CONTENT PROVIDERS, AND THEIR RESPECTIVE AGENTS SHALL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW.

### 12. Policy to Terminate Privileges for Copyright Infringement.

Pursuant to 17 U.S.C. & 512 as amended by Title II of the Digital Millennium Copyright Act (the "Act"), Instant Media

will terminate the Customer Account of any Customer who uses his or her privileges to unlawfully transmit copyrighted material without a license, valid defense or fair use privilege to do so. After proper notification by the copyright holder or its agents to Instant Media and later confirmation through court order or an admission by the Customer that an account has been an instrument of unlawful infringement, Instant Media will terminate the infringing Customer's Customer Account. Instant Media may also in its sole discretion decide to terminate a Customer's Customer Account prior to that time if it has good belief that infringement has in fact occurred. In addition, pursuant to 17 U.S.C. & 512(c), Instant Media has implemented procedures for receiving written notification of claimed infringements and for processing such claims in accordance with the Act. Instant Media respects the intellectual property of others and we ask others to do the same. If you believe that your copyright has been infringed through the Instant Media Site, please contact content@im.com.

Any written notice describing the infringing activity must include the following information:

An electronic or physical signature of the person authorized to act on behalf of the exclusive owner of the intellectual property that is allegedly infringed;

A description of the allegedly infringing work or material;

A description of where the allegedly infringing material is located on the Site;

Information reasonably sufficient to allow us to contact you, such as your address, telephone number and e-mail address;

A statement by you that you have a good faith belief that the disputed use of the material is not authorized by the copyright or other proprietary right owner, its agent, or the law; and

A statement by you that the above information and notification is accurate, and under penalty of perjury, that you are the copyright owner or authorized to act on behalf of the owner whose exclusive right is allegedly infringed.

### 13. Linked Websites.
This Site may contain links to other independent third-party Web Sites ("Linked Sites"). These Linked Sites are provided solely as a convenience to you and other visitors. Such Linked Sites are not under Instant Media's control, and Instant Media is not responsible for and does not endorse, sponsor or review the content of such Linked Sites, including any information or materials contained on such Linked Sites. Instant Media does not represent that such sites are appropriate for children, in compliance with laws, or are what they purport to be. Accordingly, Instant Media does not accept any responsibility or liability for content contained at such sites. Likewise, the parties who own, control, or operate the sites at which such hyperlinks are directed do not necessarily have knowledge of, endorse, sponsor, or approve of the hyperlink or content contained at the Site.

### 14. Governing Law and Venue.
You agree that all matters relating to your access and use of the Site, including any and all legal claims or disputes arising out of or related to the Site or this Terms of Use (collectively, the "Claims"), will be governed by the laws of the United States of America and by the laws of the State of California without regard to its conflicts of laws provisions. You agree to the personal jurisdiction by and venue in the state and federal courts in Orange County California and waive any objection to such jurisdiction or venue. Any Claims must be brought within one (1) year after the cause of action arises, or such Claims or cause of action are barred.

### 15. General.
No delay or failure to take action under these Terms of Use shall constitute any waiver by Instant Media of any provision of these Terms of Use. If any provision of these Terms of Use is invalid or unenforceable under applicable law, it is, to that extent, deemed enforceable to the fullest extent possible (and severable in the event such provision is completely unenforceable) and the remaining provisions of these Terms of Use will continue in full force and effect. This Terms of Use will bind and inure to the benefit of Instant Media's permitted successors and assigns These Terms of Use are personal to you and may not be transferred, assigned or delegated to anyone. Any attempt by you to assign, transfer or delegate these Terms of Use shall be null and void. Instant Media may freely assign these Terms of Use without consent or notice. These Terms of Use (including all documents expressly incorporated herein by reference, including but not limited, to the relevant Usage Rules) constitute the complete and exclusive agreement between Instant Media and you with respect to the subject matter hereof and supersedes all prior oral or written understandings, communications or agreements not specifically incorporated herein. You hereby waive any and all defenses you may have based on the electronic form of these Terms of Use and the lack of signing by the parties hereto to execute these Terms of Use.

© Instant Media, Inc. 2004-2007     **Terms | Privacy | Company | News**
Patents Pending | I'M ® is a registered trademark of Instant Media Inc.



Home    Platform    Customers    Partners    Contact

## Company

### Overview

I'M is a new company started by world-class entrepreneurs in technology and media. We have created patent pending technology for media caching, and intend to be a leading player in newly-emerging era of Internet television.

### History

**December 2006**
I'M reaches 750,000 registered users.

**September 2006**
I'M releases Version 1.2 with an integrated ecommerce engine for premium video purchase and rental.

**August 2006**
I'M reaches 500,000 registered users.

**June 2006**
First daily show in High Definition, first interactive advertising.

**April 2006**
I'M reaches 20,000 registered users.

**January 2006**
First alpha release for public distribution, with full-length demo movies and 100 audiocasts.

**May 2004**
I'M files its first core technology patents on cached media.

**March 2004**
I'M opens its R&D office.

**January 2004**
I'M is founded by Scott Blum.

### Leadership

**Scott Blum - Chairman**

Scott is an experienced entrepreneur who has founded Buy.com, ThinkTank, and has engineered the successful launch of a string of technology and media ventures.

**Andy Leak - CEO**

Andy is a veteran high-tech executive and entrepreneur. Prior to I'M, Andy held leadership roles with Verity, Viant, and Oracle, and has started, advised and invested in numerous other technology startups.

**Geoff Schreiber - CTO**

Geoff is an expert in Digital Rights Management and Internet Media Distribution. Prior to I'M, Geoff worked for leading media and technology companies including Napster, Universal, and Intel.

### Learn More...

↳ **I'M Platform**

↳ **Branded Player**

↳ **Publishing Tool**

### Contact I'M

**By Phone:** 650.265.0430

**By eMail:** info@im.com

↳ **More**

---

© Instant Media, Inc. 2004-2007    **Terms | Privacy | Company | News**
Patents Pending | I'M ® is a registered trademark of Instant Media Inc.

Case 4:07-cv-02639-SBA    Document 40-4    Filed 07/03/2007    Page 17 of 25

 **Instant Media**
THE LEADER IN INTERNET TV

Home    Platform    Customers    Partners    Contact

# Privacy

Effective as of May 1, 2006

At Instant Media ("I'M"), your privacy is a priority. Please read our privacy policy details.

## Overview

Instant Media collects information about you to fulfill your product and service purchases, download requests, community and information services, and to create a more personalized online and I'M player experience. This Policy may change from time to time, so please check back periodically.

Except as otherwise discussed in this Privacy Policy, this document only addresses the collection, use and disclosure of information we collect from you online. For some services, we either collect and transfer personal information to a service provider you have selected, or you may visit other merchants through links on our site who may collect and use your personal information. In those cases the third-party service provider or merchant's privacy policy will govern how your information is handled. We encourage you to ask questions and to be very cautious before you disclose your personal information to others.

**Attn:** Privacy Compliance Officer

Instant Media, Inc.

1032 Elwell Court, #220

Palo Alto, CA 94303

## 1. What information does I'M collect from you?

In order to better provide you with numerous products and services, I'M collects two types of information about its visitors: Personally Identifiable Information and Non-Personally Identifiable Information. Our primary goal in collecting information from you is to provide you with a smooth, efficient, and customized experience while using our site, our software and our services.

Personally Identifiable Information

This refers to information that lets us know the specifics of who you are. Personal information is requested for example when you register and set up an account, order a product or service, register for opt-in information services such as newsletters and show guides, fill out surveys, or send us feedback. For example, this information might include your name, billing address, shipping address, telephone number, e-mail address, credit card or other payment information, and product details. With this information, I'M can fill your orders and better provide you with personalized services. For a few services, we may collect your personal information on behalf of other merchants and content providers and share it with them. If you visit one of the sites or third party stores available through a link on our site, they will independently collect, use and share your personal information in accordance with their own privacy policies. If you have questions about their information practices, please read their privacy policies. In many cases, you can find a link to their privacy policies on the page offering the partners' services.

Non-Personally Identifiable Information

This refers to information that does not by itself identify a specific individual. We gather certain information about you based upon where and how you use our site and our client software in several ways. This information is compiled and analyzed on both a personal and an aggregated basis. For example, this information may include the Web site's Uniform Resource Locator ("URL") that you just came from, which URL you next go to, what browser you are using, and your Internet Protocol ("IP") address, and what content has been downloaded, cached and/or viewed. A URL is the global address of documents and other resources on the World Wide Web. An IP address is an identifier for a computer or device on a Transmission Control Protocol/Internet Protocol ("TCP/IP") network, such as the World Wide Web. Networks like the Web use the TCP/IP protocol to route information based on the IP address of the destination. In other words, an IP address is a number that is automatically assigned to your computer whenever you are surfing the web, allowing web servers to locate and identify your computer. Computers require IP addresses in order for users to communicate on the Internet, browse and shop.

On an aggregated basis, we collect anonymous data related to the pages, products, browsing, downloads and other content that is sampled, clicked on, streamed, searched for, transferred from, downloaded and cached, and all aspects of your use of the client software. Except as otherwise limited in this Policy, we may disclose, sell, trade, or rent Non-

**Contact I'M**

**By Phone:**
650.265.0430

**By eMail:**
info@im.com

↳ **More**

Personally Identifiable Information to others without your consent.

## 2. Where do we collect information from you and how do we use it?

Our primary goal in collecting personal information is to provide I'M's visitors with a superior customized online experience. We use the customer contact information to fill orders, contact purchasers to inform them of their order status, to send promotional information, to enhance the operation of our site or services, administer our systems and tailor your I'M player experience.

Demographic data also may be collected at our site from third party advertising servers, content servers, or web site analysis agents who provide us with the zip code and area code associated with a visitor's server, along with pages viewed on our site. We review the actions of the I'M visitors on an aggregate basis to determine customers' preferences. I'M also does research on our visitors' demographics, interests, and content viewed based on the information provided to us during ordering, a promotion, from our server log files, from our web site analysis agents, or from contests, drawings or surveys. We will use this data to tailor the visitor's experience at our site, to tailor your experience using our I'M player, to improve our marketing and promotional efforts, to statistically analyze site use, to improve our product offerings, and to customize our site's content, layout, and services. We receive reports from third party ad servers, content servers, or web site analysis agents that tells us how many ads were presented and clicked upon or what content was served or viewed.

We may also share your personally identifiable information with third parties who provide services to us, our customers and web site visitors. Those third parties include authorized contractors, temporary employees and consultants and other companies working with us (collectively, "agents"). Where we believe it to be appropriate (in our sole discretion), we will ask our agents not to disclose or use your personal information for purposes other than to provide services to you or I'M.

We gather information in the following ways:

Browsing

We collect IP addresses for the purposes of system administration, to gather broad demographic information, to enable ads to be served on our site, to report Non-Personally Identifiable Information to our advertisers, and to monitor the level of activity on our site. We collect information from visitors to our site regarding the URLs they came from, domain types (e.g., .com or .org), their IP addresses, the date and time of their visit or order, the number of visits and orders, the number of visits per browsing session, the server type, the operating system and browser type used to come to the site, the country, state and telephone area code where their servers are located, the pages and page titles of our site that visitors viewed during their visit, whether the visitor's computer is enabled for Java or cookies, browser language, applications and plug-ins, and any search terms entered on our site.

Ordering/Downloading/Caching

When you order or download from us, and when we automatically cache content, we collect personally identifiable information from you. If you order one of our products or services, we will collect and maintain your name, e-mail address, billing address, shipping address, telephone number, product selections, credit card or other payment information, order number, referring URL, IP address, page you bought from and a password. We collect this, and other information, as disclosed in this Policy, in order to fill your order, to communicate with you about your order and to send you promotional materials. We may require additional verifications or information before accepting any order.

Digital Downloads

When you order a download or a product from us, we collect personally identifiable information from you. We collect and maintain your such personally identifiable information as your name, e-mail address, billing and shipping address, company name, company, home, facsimile and shipping contact telephone numbers, music selections, credit card or other payment information, order number, referring URL, IP address, page you bought from and a password. We collect this, and other information, as disclosed in this Policy, in order to deliver the download, ship products to you, to pay royalties and license fees, to administer our site and to send you promotional materials. When you download a digital file or other digital content, there are broad but necessary limits placed upon how you may copy, use and transfer that download to approved computers, electronic devices and media. In the future, those limits might be extended in exchange for your agreement to allow use of your Personally Identifiable Information in creative ways (e.g. download a sponsor's screensaver to your cellphone or other electronic devices).

Online Surveys and Polling

In order to improve our services to you, we ask some of our customers to voluntarily complete surveys, which may be collected by an independent third party. Individual survey answers are confidential, although Non-Personally Identifiable Information is collected and disclosed to third parties. If you do not wish to participate in a survey, simply decline to participate when asked.

Newsletters,Promotional E-mails and Personalized On-line Ads

We offer free newsletters, promotional e-mails and personalized on-line advertisements as a service to our customers. We will send you newsletters and e-mails periodically listing current specials and deals. You may "opt-out," or unsubscribe from our newsletters, emails or personalized on-line advertisements by following any unsubscribe instructions in any e-mail, newsletter or personalized on-line advertisement you receive from us, or by sending an e-mail to optout@im.com. After doing so, if you have opted out of receiving all newsletters, all promotional emails or all personalized on-line ads, you will not receive future promotional emails, newsletters or personalized on-line advertisements (as applicable), unless you open a new account, enter a contest, or otherwise subsequently sign up to receive newsletters, emails or personalized on-line advertisements. Please Note: If you agree to receive e-mails from any of our third party service providers or any third party merchants on our site, you will receive e-mails separately from them, and information that you choose to disclose to them will be subject to their privacy policy. If you later decide that you no longer want to receive their e-mails, you will need to follow their own specific opt-out instructions, as opting out to "optout@im.com" as described above will not opt you out of their promotional emails.

Contact Information and Third Party Data

If you contact I'M or our customer service representatives by telephone, e-mail or letter, we may keep a record of your correspondence or comments. If you report a problem with our site, we may collect such information in a file specific to you. If you contact us through our feedback area or by calling one of our customer service representatives, we may ask for your name, e-mail address and order information in order to send you a reply. If other users or third parties send us correspondence about your activities or purchases on our site, we may keep the information in a file specific to you.

Customer Service

We use a third party to help us provide customer service. In order to help you most effectively, we provide them with your order information.

Advertising

We will display advertisements on our site and through the I'M player. By knowing a little about you, I'M will be able to deliver more relevant advertisements and content to you in the form of targeted banners and promotions. For example, advertisers give us an advertisement and tell us the type of audience they want to reach. I'M takes the advertisement and includes it in a I'M e-mail or caches it on your PC to prior customers meeting that criterion. We may also have third-party advertising servers display ads linked to certain search terms that you have entered, or to certain pages or content that you are viewing. In this process, advertisers never have access to individual account information. I'M may share aggregated data with advertisers. We may also use advertising partners to assist us in delivering personalized on-line ads to you through the use of cookies while you are on the Internet or while using the I'M player.

Web Site Use

We also track customers' traffic patterns throughout their online session, including which pages, information and advertisements a customer views while using the site and what items they place in their basket or purchase. We use your IP address to diagnose problems with our servers, software, to administer our site and to gather demographic information. We may share aggregated statistics about pages viewed on our site, content viewed, cached and downloaded, sales and other shopping information with third parties.

Cookies

We use cookies and may allow others to use cookies in the operation of our site.

## 3. Who is collecting your information?
Ad Servers and Content Servers

We may use third party ad servers or content servers to serve ads, product information, or other information both on and off our site. Those third parties may use "action tags" or web beacons throughout the site to count the number of visitors who click on a banner ad or other information and to track the number of customers who continue on to make a purchase. They may also place their own "cookie" on your computer to help those ads to run, analyze site usage and to provide you with personalized on-line advertisements. With respect to personalized on-line ad serving, our third party ad server may collect your first name and/or a product group/category (chosen by I'M based on your personal preferences and/or prior purchase history e.g., electronics, books, dvds), which are used to serve you the most relevant personalized on-line ad. Except as set in the following sentence, we do not provide them with any of your Personally Identifiable Information. For more information about the information they collect, please see the section "Use of Cookies and Action Tags" below.

Image Servers

We may use a third party image serving company to serve the graphics that visitors see on our site more quickly. They collect a visitor's IP address and the URLs of any graphics viewed and the date and time of the visit. However, they do not collect and we do not provide them with any Personally Identifiable Information. They may also use a "cookie."

Email Services

We may use a third party to send promotional e-mails to customers. Images contained in the email may be served by the third party. They collect certain information about you such as your IP address, browser type, your operating system, the country and server your computer is logged onto, where the servers that your computer is logged onto is located, the time and date that a particular email was viewed, the area code and zip code associated with your server, and whether you responded to a particular ad or email, products viewed and whether you continued on to make a purchase. They may use a "cookie" or "action tags."

Website Analysis Agent

We may contract with several online partners to help manage and optimize our Internet business and marketing. We use the services of marketing companies to help us measure the effectiveness of our advertising and how visitors use our site. To do this, we use Action Tags and cookies provided by the marketing companies on this site. The type of information we collect includes things such as pages, information and advertisements viewed as well as what items are placed in a shopping basket or purchased, the order number, the amount of a purchase, the product number and the quantity purchased, content downloaded or cached, content streamed or otherwise viewed. By supplementing our records, this information helps us learn things like what kinds of customers our site attracts, which of our products most interest our customers, and what kinds of offers our customers like to see. Although the marketing companies log the information coming from our site on our behalf, we control how that data may and may not be used. For more information, please see the section "Use of Cookies and Action Tags" below.

Digital Downloads; Sampling and Streaming of Content

In addition to other disclosures as set forth in this Policy, we may make our customer records available to the licensor's of such digital content and their outside auditing agents on a confidential basis as part of periodic audits of our download sales. We use a third party to allow you to cache, download, sample and/or stream digital download samples on our site. These services may collect your IP address, browser type, Internet Service Provider (ISP), platform type and a date/time stamp. They also use cookies.

General Order Fulfillment and Site Operations

We contract with third-party service providers to operate many of our website functions. We may provide such other third-party service providers with your other personal information as needed to fulfill any orders that you may place.

Marketing Partners, Co-Branded Services, Framing/Windows on Third-Party Sites

We may run promotions for merchants where you may visit the merchants' sites. In some of those promotions, a window or frame containing the merchant's site may appear. Any time you are in a window, you should assume that your personal information is being collected, used and disclosed in accordance with that merchant's policies. This Privacy Policy does not apply to information that you supply to those merchants. Any information that you share with them will be used and disclosed in accordance with that merchant's privacy policy. However, once you click on a return link to our site, you can expect that further information that you disclose will be treated in accordance with this Policy.

On occasion, unaffiliated third parties will "frame" I'M's site in an effort to collect customer information. To ensure your privacy, make sure that your order originates from I'M's site. I'M is not in any manner responsible in the event that you do disclose information to an unaffiliated framing site.

Links and Banner Ads to Third-Party Sites

Please be aware that our site may contain links to other sites on the Internet that are owned and operated by third parties. The information practices of those websites linking from or to our site are not covered by this Policy. These other sites may send their own cookies to users, collect data, or solicit personal information. Additionally, other companies or ad servers, which place advertising on our site may collect information about you through the use of cookies when you view or click on their advertising. We cannot control this collection of information. You should contact advertisers directly if you have any questions about their use of the information that they collect.

## 4. With whom do we share your information?
Fulfillment

The information collected by I'M and its service providers is used for processing orders, keeping you informed about your order status, for statistical purposes, for improving our site, the I'm player and their performance, to serve ads, and to notify you of products or special offers that may be of interest to you. We will disclose your Personally Identifiable Information to third parties to charge your credit card, download, cache and stream content, fill your order,

deliver your order, provide customer service, provide you with credit and deliver promotional e-mails to you from I'M. For example, we must release your credit card information to the card-issuing bank to confirm payment; and release your address and telephone information to the delivery service to deliver products that you ordered. As mentioned previously, your Personally Identifiable Information is shared with our other third-party fulfillment partners and service providers, and with certain other merchants on our site.

Other Parties Generally

We may provide Non-Personally Identifiable Information about our customers' sales, traffic patterns, and related site information to third parties, but these statistics do not include any Personally Identifiable Information. We may release account information when we believe that such release is reasonably necessary to enforce or apply our Terms of Use or to protect the rights, property, and safety of I'M, our users, or others. If customers do not pay us for products ordered, we may submit their account information to a third party collection agency. We may also share your Personally Identifiable Information with third parties who provide services to us, our customers and web site visitors. Those third parties include authorized contractors, temporary employees and consultants and other companies working with us (collectively, "agents"). Where we believe it to be appropriate (in our sole discretion), we will ask our agents not to disclose or use your personal information for purposes other than to provide services to you or I'M.

Products Advertised on Our Site

Where you order or sign up for goods or services offered through our site, but sold directly to you by a third party or fulfilled by a third party, we give your personal information to that third party to facilitate the sale of such goods or services.

Data Analysis Agents

The information collected by or for I'M may be provided to an outside company for the purpose of analysis. That analysis is to help us to improve our site and product selection, and to notify you of special offers that may be of interest to you. That data analysis agent may not share any Personally Identifiable Information with others, or use it for any other purpose than to help I'M.

Ad & Content Servers, Advertisers, Image Servers and Website Analysis Agents

These third parties use their cookies' identification numbers and internal web site tracking features to serve ads on our site and to collect aggregated information to create statistics about our customers and visitors, traffic patterns, and related site information. In the event that our ad servers collect any Personally Identifiable Information on our behalf, it will not be used by them or disclosed to any third parties.

Compliance with Service of Process or Law Enforcement

Occasionally I'M may be asked by law enforcement or judicial authorities to provide Personally Identifiable Information to the appropriate governmental authorities. We will disclose Personally Identifiable Information upon receipt of a court order, subpoena, or to cooperate with a law enforcement investigation, without prior notice to you. I'M fully cooperates with law enforcement agencies in identifying those who use our services for illegal activities. We reserve the right to report to law enforcement agencies any activities that we believe to be unlawful.

Sale of the Company

I'M reserves the right to disclose your Personally Identifiable Information in the event that any such company is sold, in whole or in part, either as an entire corporate entity or through an asset sale that includes a customer information database. This right is reserved whether or not the customer database is sold independently of any continuing operations of such company.

## 5. How can you update or correct your Personally Identifiable Information?

We believe you should have the ability to access and edit the personal information that you have provided to us. During the online ordering process you can review, change, or delete the information that you have submitted. You may change any of your personal information in your account online at any time. We encourage you to promptly update your information if it changes. You may ask to have the information on your account deleted or removed; however, because we keep track of past purchases, you cannot delete information associated with past purchases. Also, as a security measure we "back up" the data stored on our systems, and such prior information cannot be completely removed from our databases. As a result, you should not expect that all of your Personally Identifiable Information will be completely removed from our backed-up databases.

## 6. What are your choices regarding collection, use, and distribution of your information?

You may "opt-out," or unsubscribe from our newsletters, emails or personalized on-line advertisements by following any unsubscribe instructions in any e-mail, newsletter or personalized on-line advertisement you receive from us, or by sending an e-mail to optout@im.com. After doing so, if you have opted out of receiving all newsletters, all promotional emails or all personalized on-line ads, you will not receive future promotional emails, newsletters or personalized on-

line advertisements (as applicable), unless you open a new account, enter a contest, or otherwise subsequently sign up to receive newsletters, emails or personalized on-line advertisements. **Please Note: If you agree to receive e-mails from any of our third party service providers or any third party merchants on our site, you will receive e-mails separately from them, and information that you choose to disclose to them will be subject to their privacy policy. If you later decide that you no longer want to receive their e-mails, you will need to follow their own specific opt-out instructions, as opting out to "optout@im.com" as described above will not opt you out of their promotional emails.**

**Ad-servers and other Content Servers:** You may also set your browser so that it will not accept "cookies" to prevent assignment from the ad server of a unique identifier; however, you may experience difficulty shopping on our site and performing other transactions if you do so.

### 7. What security precautions are in place to protect against the loss, misuse, or alteration of your information?

In order to most efficiently serve you, credit card transactions and order fulfillment are handled by established third party banking, processing agents and distribution institutions. They receive the information needed to verify and authorize your credit card or other payment information and to process and ship your order.

Within I'M, your information is kept on password protected, limited access servers. Wherever possible and applicable, I'M servers reside behind a corporate firewall that maintains controls on access to the system from both our internal network and the Internet.

### 8. A special note about children's privacy

You must be at least 18 years old to have our permission to use Instant Media. Our policy is that we do not knowingly collect, use or disclose Personally Identifiable Information about visitors under 13 years of age. If you are the parent or guardian of a child under 13 years of age and believe that they have disclosed personally identifiable information to us, please contact us at privacy@im.com so that we may delete the child's information.

### 9. I'M and third-party use of "cookies" and "action tags."

I'M Cookies: When you use our site we will store cookies on your computer in order to facilitate and customize your use of our site. A cookie is a small data text file, which a Web site stores on your computer's hard drive (if your Web browser permits) that can later be retrieved to identify you to I'M. Our cookies store randomly assigned user identification numbers, the country where you are located, and your first name to welcome you back to our site. The cookies make your use of the site easier, allow you to retrieve an earlier shopping cart, make the site run more smoothly and help us to maintain a secure site. You will be unable to shop on our site without your browser set to accept cookies.

**Ad Server and Content Server Cookies:** We may use an outside ad serving company or content server to display banner advertisements and other information on our site and other sites or to serve promotional emails or personalized on-line ads. As part of their service, they place a separate cookie on your computer. Except for the company that serves our promotional emails and the company that serves personalized on-line ads, I'M does not provide third-party ad servers with any of your Personally Identifiable Information. I'M and its third party ad servers do collect and use Non-Personally Identifiable Information about you, such as your IP address, browser type, the URLs from which you came, referring site's domain types (e.g., .com), operating system, the country, the server your computer is logged onto, where the servers that your computer is logged onto is located, the pages of our site and products that visitors viewed during their visit, where an ad was placed on a specific web site page, the time and date particular ads were served, the area code and zip code associated with your server and whether you responded to a particular ad, and a receipt identifier.

**Personalized On-line Ad Serving:** We may provide the company that serves our personalized on-line ads with your first name and/or with a product group/category (chosen by I'M based on your personal preferences and/or prior purchase history e.g., electronics, books, dvds), which are used to serve you the most relevant personalized on-line ad. The unique identifier included within the cookie placed tells the ad serving company to serve you a personalized on-line ad when you visit the site of a participating web site within the network. The foregoing personally identifying information is not disclosed to the participating web sites.

Our third-party ad servers will occasionally use outside agents, whose computers will serve ads on our site in the same manner and under the same conditions as above. In addition, other ad serving companies or advertisers may place banner ads on our site in the same manner as above, but accept as disclosed in this policy we do not disclose to them any Personally Identifiable Information.

**Image Server Cookies:** As part of the ad-serving process, a third party may serve graphics upon our site. In order to customize their service, they may also place a cookie upon your computer. While I'M does not control their use of that cookie, no Personally Identifiable or individual customers' product information is collected.

**Website Analysis Agent Cookies:** We may use a third party to analyze what our visitors find to be most interesting

on our site. To do that, they will place a cookie on your computer with a randomly assigned unique number in order to track the pages you view on our site, along with other Non-Personally Identifiable Information.

## 10. You should carefully review privacy policies of any third party sites accessible from I'M

Other sites accessible through our web site have their own privacy policies and data collection, use and disclosure practices. Please consult each site's privacy policy. I'M is not responsible for the policies or practices of third parties. Please be aware that this site may contain links to other sites on the Internet that are owned and operated by third parties. The information practices of those web sites linked to I'M are not covered by this Privacy Policy. These other sites may send their own cookies to users, collect data, or solicit personal information. Additionally, other companies that place advertising on our site may collect information about you when you view or click on their advertising through the use of cookies. We cannot control this collection of information. You should contact these advertisers directly if you have any questions about their use of the information that they collect.

On behalf of various sponsors, I'M provides sponsored links to third-party web sites. If you click on a sponsored link or banner ad, a "window" or "frame" containing a third-party's web site may appear in the foreground with the I'M web site in the background. Unless you are on I'M's web site, any time that you have moved to a window, you should assume that your personal information is being collected, used and disclosed in accordance with the windowed site's privacy policy (if any). If you are unsure as to whose privacy policy applies, please contact us by sending a letter to the address below.

## 11. Contacting I'M about privacy questions or concerns

If you have any questions about this Privacy Policy, the practices of this site, or your dealings with this site, please contact I'M by sending a letter to:

**Attn:** Privacy Compliance Officer

Instant Media, Inc.

1032 Elwell Court, #220

Palo Alto, CA 94303

## 12. Privacy Policy changes

This Privacy Policy was last changed on May 1, 2006. If I'M makes changes to any terms or conditions of the Privacy Policy, the changes will be posted in this document so that you will always know what information we gather, how we might use that information and to whom we will disclose it. We may change, modify, add or remove portions of this Policy at any time, and any changes will become effective immediately upon being posted unless we tell you otherwise.

© Instant Media, Inc. 2004-2007     **Terms | Privacy | Company | News**

Patents Pending | I'M ® is a registered trademark of Instant Media Inc.



Home    Platform    Customers    Partners    Contact

## Instant Media in the News

| | | |
|---|---|---|
| OMMA | 10-17-06 | I'M Ready for ITV |
| internet retailer | 10-17-06 | Interactive online TV boosts sales at Buy.com |
| Affiliate Response | 09-28-06 | Got Internet TV |
| PORTSMOUTH HERALD | 08-24-06 | Instant Media's gonna get you |
| MarketWatch | 08-24-06 | The Video Frenzy |
| YAHOO! FINANCE | 08-22-06 | Instant Media Announces On-Demand Entertainment and Shopping Program BuyTV Spurs Over 300% Increase in Featured Product Sales |
| RED ORBIT breaking news | 08-15-06 | Akamai and Instant Media Team to Deliver Seamless High-Definition Internet Video Experience |
| DM NEWS | 07-10-06 | Instant Media Debuts Pay-for-Performance Marketing Plan |
| adotas | 07-07-06 | Instant Media Offers Promoters Affiliate Marketing Program |
| PC WORLD | 07-01-06 | Download audio and video broadcasts--even some high-def ones-- automatically, then enjoy them in the viewer |
| eHomeUpgrade | 06-28-06 | Instant Media Offers Internet High Definition Content and Show Subscriptions |
| BrandonButtars more like Random Buttars | 06-24-06 | I'M - Instant Media at Brandon Buttars |
| DIGITAL TRENDS | 06-22-06 | Daily Download: Instant Media |
| Tv advertising | 06-19-06 | Instant Media Unveils Internet TV Advertising Tool |
| DM NEWS | 06-19-06 | DRTV News Briefs: Nielsen Debuts All-Electronic Ratings for TV Across Platforms |
| WHAS11.COM | 06-15-06 | Instant Media is like a TiVo for PC |

## Learn More...

↳ **I'M Platform**

↳ **Branded Player**

↳ **Publishing Tool**

## Contact I'M

**By Phone:** 650.265.0430

**By eMail:** info@im.com

↳ **More**



THR**PORTER**  06-07-06  Instant Media Unveils Innovative Interactive Advertising Tool for Internet TV

streaming media.com  06-07-06  Instant Media Unveils Innovative Interactive Advertising Tool for Internet TV

adotas  06-07-06  Instant Media Unveils Internet TV Advertising Tool

YAHOO! FINANCE  06-07-06  Instant Media Unveils Innovative Interactive Advertising Tool for Internet TV

Sports industry news  06-01-06  Internet TV Company Instant Media Makes PC World's "Most Popular Downloads" List

adotas  05-23-06  Instant Media Caches in on TV 2.0

PC WORLD  05-09-06  Instant Media

ITechTips  05-09-06  Free Videocasts, Free TV Shows on I'M.com

TECHLIVING  05-09-06  Instant Media Announces HD Internet TV

TWICE  05-09-06  Instant Media Sends HD Via Web

YAHOO! FINANCE  05-09-06  Instant Media Releases Free Software for High-Definition Internet TV

© Instant Media, Inc. 2004-2007     **Terms | Privacy | Company | News**
Patents Pending | I'M ® is a registered trademark of Instant Media Inc.