# Exhibit O

































