# Exhibit P



# The Leader in Internet TV™

Introduction | Features | Directory | Commercials

**Download Instant Media! It's Free**
1.2 for Windows XP, English, 7.54MB



Get Your I'M T-shirt

Select Your T-Shirt ▾    GET T-SHIRT

Sign up to receive new channel updates and Instant Media News.

Your Email: [                    ]    SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.

Patents Pending | Terms | Privacy



## Introducing Instant Media

- Our free software delivers shows to your PC.
- Browse hundreds of Videocasts, Audiocasts, and Audiocasts.
- Select your favorites.
- Shows download automatically in the background.
- Click to watch.

## Simple and Safe

- Installing I'M takes just a few minutes.
- Anyone can do it!
- Our software is totally ad-ware and spyware free.
- I'M builds a cache of large media files on your hard disk.
- You control the cache size.

## Content Directory



Content Directory
I'M has an integrated directory with hundreds of Channels, Videocasts, and Audiocasts.

## Subscribe to Channels



Channels
Browse through an integrated directory of channels. Just click to subscribe.

## Download Manager



I'M Toolbar
The I'M toolbar displays new shows as they are downloaded - instantly.

## Play Shows



Full Screen Video
Unlike streaming video, I'M uses patent pending media caching technology that allows us to display high quality, full screen video.

## Import Music and Video



## Manage Your Media



### Library

Your library is a collection of permanent media files. You can save media files from your cache into your library, or import music and/or video files from your hard disk to your library.

### Cached™

The Cached™ page shows every channel and show in your cache. New shows will be automatically downloaded to your cache. Old shows will be automatically removed to save space. You control the cache size.

Sign up to receive new channel updates and Instant Media News.

Your Email: [_____]    SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.

Patents Pending | Terms | Privacy



## Features

Instant Media is free software that delivers shows to your PC.

| Category | Feature | Benefit |
| --- | --- | --- |
| Playing Shows | Internet High Definition - iHD | (Click here to learn more about iHD) |
| | Full Screen Video | Supports DVD and HD quality videos. |
| | Music and Audio | Plays all video and audio formats. |
| | Play Modes | Plays both full screen and small format videos. |
| | Playback Independence | Play shows whenever and wherever you like. |
| | I'M Toolbar | An optional sidebar which sits on your desktop allows you to instantly see when new shows arrive. |
| Media Formats | Universal Player | Play both QuickTime and Windows Media files via a single player. No more switching back and forth from player to player. |
| | Format Support | Supports .wmv, .mov, .m4v, .mp4, .m4a, .wma, .mp3, .avi, .mpg, and many more formats. |
| Channels | Integrated Catalog | Integrated Catalog of videocasts (video blogs), audiocasts, and news feeds |
| | Download Management | Automated background downloading of large media files. Manages network disconnects seamlessly. |
| | Full RSS Support | Subscribe to any type of RSS channel. Supports textual RSS feeds. Full RSS enclosure support. |
| Media Management | Media Library | Built-in media library. Organize all your media in one place. |
| | Cache Management | Ability to easily set overall limit on cache size. |
| | Channel Management | Auto delete shows in a given channel by age, size, max number of shows. Auto-filter show selection by keyword match. |
| | Playlists | Create multiple playlists for your audio and video files. |
| Safety and Security | Spyware Free | No spyware, no viruses, and no junk. |
| | Clean Uninstall | Simple-to-use uninstall that completely removes all program components and data. |
| | Secure Data | I'M will never sell or distribute your personal data. |

● Download Instant Media

● Are you a Videocaster, Professional Content Producer, or Advertiser? Click here!

Sign up to receive new channel updates and Instant Media News.
Your Email: [                    ] SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.
Patents Pending | Terms | Privacy





## Commercials





I'M Connected



I'M Ready



I'M Cached

Sign up to receive new channel updates and Instant Media News.

Your Email: [_____]    SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.
Patents Pending | Terms | Privacy



I'M Instant Media - Company



Home   Intro   Features   Directory   Commercials   Download

## Company

### Overview

I'M is a new company started by world-class entrepreneurs in technology and media. We have created patent pending technology for media caching, and intend to be a leading player in newly-emerging era of Internet television.

### History

- **October 2006** - I'M partners with Universal and 20th Century for to deliver top-tier Movies and TV shows.
- **September 2006** - I'M releases Version 1.2 with an integrated ecommerce engine for premium video purchase and rental.
- **August 2006** - I'M reaches 500,000 registered users.
- **July 2006** - I'M launches its affiliate marketing program.
- **June 2006** - First daily show in High Definition, first interactive advertising.
- **May 2006** - I'M reaches 100,000 registered users.
- **April 2006** - I'M reaches 20,000 registered users.
- **March 2006** - I'M opens its headquarters office in Palo Alto.
- **February 2006** - First beta release with 1000 registered users, includes 100 videocasts and QuickTime support.
- **January 2006** - First alpha release for public distribution, with full-length demo movies and 100 audiocasts.
- **December 2005** - First alpha release for limited distribution.
- **May 2004** - I'M files its first core technology patents on cached media.
- **March 2004** - I'M opens its R&D office.
- **January 2004** - I'M is founded by Scott Blum.

### Leadership

**Scott Blum - Chairman**
Scott is an experienced entrepreneur who has founded Buy.com, ThinkTank, and has engineered the successful launch of a string of technology and media ventures.

**Andy Leak - CEO**
Andy is a veteran high-tech executive and entrepreneur. Prior to I'M, Andy held leadership roles with Verity, Viant, and Oracle, and has started, advised and invested in numerous other technology startups.

**Geoff Schreiber - CTO**
Geoff is an expert in Digital Rights Management and Internet Media Distribution. Prior to I'M, Geoff worked for leading media and technology companies including Napster, Universal, and Intel.

**Bryan Glickman - SVP, Content**
Bryan comes to I'M from Edmunds.com, where he led the video and interactive programs. Prior to Edmunds, Bryan was Associate Vice President of Broadcast and Broadband at CNET Networks. Bryan began his career working in network television production.

Sign up to receive new channel updates and Instant Media News.
Your Email:                          SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.
Patents Pending | Terms | Privacy

 Instant Media

Home    Intro    Features    Directory    Commercials    Download

## Press Releases

Instant Media Introduces Integrated Commerce Engine Into High-Definition Internet TV Platform

*Software Now Includes Premium Content Purchasing Capabilities*

PALO ALTO, Calif. - October 9, 2006 - Instant Media (I'M), a privately-held technology company pioneering Internet TV, today announced that a new version of its patent-pending software is now available for download. Instant Media 1.2 adds an integrated commerce engine, allowing users to purchase, rent or subscribe to premium content on I'M's free high-definition Internet TV player. The commerce function was added in anticipation of the launch of I'M's premium content channels. Additionally, an integrated marketing capability enables content providers to market and promote their offerings over the web and though a broad network of marketing affiliates.

Content producers now have several new options for delivering their premium content on I'M including download-to-own, download-to-rent, and recurring monthly subscriptions. The commerce function supports the purchase of individual titles, series and content bundles. After downloading I'M's free software, users can create a simple-to-use, password-protected account allowing them to easily purchase and download their favorite premium content. With eMarketer estimating that 139 million people will have sufficient bandwidth to be able to receive IPTV within the next four years, the need for efficient and glitch-free content delivery systems is essential for both programming providers and the rapidly growing audience they are trying to reach.

"I'M is committed to delivering the ultimate platform for Internet TV and is always looking for ways to improve," said Andy Leak, CEO of Instant Media. "Adding a commerce engine to our platform gives major film and television studios flexibility and control to determine how their content is distributed and monetized on I'M. We look forward to working closely with our content partners to expand audience and revenues in this emerging market."

I'M's new release also features integrated capabilities for marketing and promoting paid content. With tools to automate and execute marketing campaigns for paid content, I'M can work with content providers to attract new viewers over the web and through a network of more than 1200 affiliate marketing partners, including content sites, search marketing specialists, and online media directories.

For end-users, the new user interface features updated management tools that expand options to users organizing their content libraries. I'M's player automatically detects the amount of disk space available on a user's system and calculates an optimal size for the cache. Users can monitor their cache capacity with a visible bar on the player. When the cache becomes full, the content manager will mark the oldest items for deletion. Items users wish to save indefinitely can easily be saved to the library. Additionally, the upgraded interface allows users to create "filters" to screen content for inclusion of a particular word or phrase before it downloads to the cache. This feature helps I'M users to better target the content they download as they choose from the over 550 channels available on I'M today.

About Instant Media

Instant Media (I'M) is a technology company whose patent-pending software delivers HD quality, full screen video over Broadband Internet. The company's caching technology manages delivery of high definition media files and provides an automated disk management capability. I'M launched its free Internet TV software in May 2006, and currently boasts an installed base of more than 600,000 users, with more than 550 channels of content from top media companies such as CBS, NBC, ABC, PBS, and BBC, with top-tier advertisers including Chrysler, FedEx, and GE, and over 1300 affiliate marketing partners. I'M offers both free-to-view and paid content, and allows viewers to watch public domain programming. I'M strives to create the best video platform for consumers, advertisers and content providers.

Press Release Archive 🔹          Download Presskit 🔹



internet retailer

Movie Madness

OMMA

I'M Ready for iTV

internet retailer

Interactive online TV boosts sales at Buy.com

WorldScreen.com

Instant Media Announces Fox Content Deal

DMasia.com
Digital media news for asia

Instant Media signs distribution agreement with Twentieth Century Fox

Business Journal

Instant Media to offer Universal movies

News Archive 🔹


Sign up to receive new channel updates and Instant Media News.

Your Email: [                    ]  SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.

Patents Pending | Terms | Privacy

**IM Instant Media**

Home    Intro    Features    Directory    Commercials    Download

## Partners

I'M seeks strong and long lasting relationships with innovative partners.

**For Videocasters**
I'M provides publishing infrastructure for HD videocasts, eliminates distribution costs, and generates revenue streams for no extra effort.

**For Professional Content Producers**
I'M brings new ways to distribute and monetize content that is simple and easy to use.

**For Advertisers**
I'M enables you to leverage existing assets to rapidly use this new medium for highest effectiveness.

**For Device Manufacturers**
I'M provides new services that drive the adoption of home theater and mobile media players.

| For Videocasters |
| For Content Producers |
| For Advertisers |

## Videocasters

Instant Media is committed to providing the best platform for publishing and viewing high-definition video. If you are an independent videocaster, you have a home with Instant Media.

Instant Media provides key benefits for Videocasters:

**High-Definition Video**
Wow your audience with your very best product.

**Slash Costs**
Distribute to millions with just a laptop and broadband connection.

**No Extra Effort**
Instant Media works with your existing tools, data formats and publishing systems - no changes required.

● Instant Media is rolling out Videocast channels for a limited number of partners as part of a beta test program. Join the program.

## Professional Content Producers

If you create movies, television programs, or professional video, you're going to love Instant Media.

**High-Definition Video**
Your viewers will love your HD shows.

**Slash Costs**
Distribution with Instant Media is up to 1000 times cheaper than cable television or physical media.

**Giant Audience**
With Instant Media you'll have instant access to a worldwide audience of more than 100 million homes wired for broadband.

**Flexible Revenue Models**
We handle ad-supported content, pay-per-view, and subscriptions.

**No Extra Effort**
Instant Media works with your existing tools, data formats and publishing systems - no changes required. We can get you up and running in a week or less.

● Get in contact with Instant Media.

## Advertisers

Internet television is going to be your most effective and efficient channel ever.

**Interactive Advertising**
For real-time feedback and commerce.

**Accurate Measurement**
Aggregate viewing statistics that are 100% accurate and up to date.

● Get in contact with Instant Media.

Sign up to receive new channel updates and Instant Media News.

Your Email: [                    ]    SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.
Patents Pending | Terms | Privacy



 **Instant Media**

Home    Intro    Features    Directory    Commercials    Download

## Support - FAQs | feedback@im.com

### I've installed Instant Media - what do I do now?

To start watching shows through Instant Media, you will need to subscribe to one or more channels. You can find dozens of I'M Channels, Videocasts, and Audiocasts through the I'M Home tab. To subscribe to a channel, just click the Subscribe button for that channel.

For a short description of a channel, hover your mouse pointer over the channel name. Click on a channel to get more information.

Once you're subscribed to a channel, the most recent show will begin downloading onto your computer. A notification box will pop-up in the lower right corner of your screen when a show is ready to view.

### How long does it take a show to download?

It depends on the size of the media file and your network bandwidth. Audiocasts are typically a few megabytes. Standard definition video files are typically tens of megabytes. High definition files can be hundreds of megabytes. The key to Instant Media is that shows download automatically, in the background. Once you subscribe to a channel, you don't have to pay attention to the downloading process. You'll simply be notified when new shows are ready to watch.

### How do I see what shows I have?

You can use the toolbar to see recently downloaded shows or use the Cached™ tab in the main I'M window to see your shows for each channel.

The Toolbar

Shows are listed under Cached™ in the toolbar on the right side of the screen. The top item in the list is the show that has most recently finished downloading. By clicking on a show in the toolbar, you can play, save, delete, as well as get more information about the show.

The Cached™ Tab

Through the Cached™, you can manage both your shows and channels. You can also check on the status of shows that are downloading. The channels (as well as *All Channels* and *Downloading categories*) are listed in the left pane of the window.

Clicking on a channel name will display the available shows of that channel in the upper right pane. The lower right pane contains information about the channel and management options.

Clicking on a show in the upper right pane will display play and options (like play, delete, and save) in the lower right pane.

### Will the shows overflow my hard disk?

Instant Media has integrated disk management capability and provides a number of features to help you manage your disk usage.

First; users can manually delete files immediately after watching a show, or later if they decide to clear away old content.

Second; each channel is pre-configured with auto-delete rules that will automatically remove old material if you don't take action to delete or save a show.

Third; the size of the I'M cache determines that maximum amount of storage that I'M will consume. If the cache size is exceeded, old shows will be automatically removed. The cache size can be easily adjusted.

### Will I'M work with my broadband connection?

I'M will work with both high-speed Internet connections and lower speed connections. You will have slower download speeds with low-speed connections; however, since shows download in the background, you may not notice the slower download time. The video resolution of the shows will be the same regardless of your broadband speed.

Take special care if you are using a metered data plan which charges for data traffic usage by the megabyte. Instant Media will generate a very large amount of data traffic. You are responsible for any charges that occur within a metered data plan.

### How do I disable or enable the toolbar?

1. In the main window, select Options in the menu bar.
2. Click Preferences.
3. Click the check box Use I'M Toolbar to turn the toolbar on or off.
4. Click OK.
5. You will be informed that I'M needs to restart for the changes to take effect.
6. Click Yes.

### Can I subscribe to Audiocasts RSS feeds/channels that aren't listed in the directory?

Yes. First you will need the URL to the Audiocast that you want to add. The link will generally end in ".xml." Copy the link to the clipboard. Next, add the Audiocast through one of three methods:

From the main window
1. Click Channels in the menu bar.
2. Select Add RSS Feed.
3. Paste the link into the text box and click "Add" (right-click in the text box and click "Paste" or hold CTRL and press V on the keyboard).
4. A message box will appear informing you of whether the feed was added successfully.

From the I'M Home tab
1. In the main window, click the I'M Home icon.
2. Near the bottom of the page, find the section labeled *Add an RSS Feed*.
3. Paste the link into the text box. (Click in the text box, then hold down CTRL and press V).
4. Click the Add button.
5. A message box will appear informing you if the feed was added successfully.

From the toolbar
1. Near the top of the toolbar (on the right side of the screen), click on the word Cached™.
2. Click Add Feed in the shortcut menu.
3. Paste the link into the text box and click Add (right-click in the text box and select Paste in the shortcut menu or hold CTRL and press V).
4. A message box will appear informing you if the feed was added successfully.

## Can my old computer play High Definition video?

Most computers manufactured within the past few years are compatible with high-definition video specification that we highlight - Internet High Definition (iHD). To see if your computer is compatible, just subscribe to a free iHD channel and watch a show or two.

If you think your machine is questionable, you'll definitely want to do this test before purchasing a show or channel subscription on Instant Media.

To learn more about Internet High Definition, visit www.ihd.org.

## How do I uninstall Instant Media?

You can uninstall Instant Media by completing the following steps:

1. Download the new version of Instant Media.
2. Install the new version over the one currently running.
3. When asked if you want to continue with the install, click Upgrade.
4. Wait for Instant Media to finish installing the update.
5. Click the Start button.
6. Move your pointer to All Programs.
7. Find Instant Media in the list of programs and move your pointer over it.
8. Select Uninstall I'M from the submenu.
9. Follow the directions given in the uninstaller.

## Why doesn't Instant Media work on my Mac?

Plans for a Mac OS X version of I'M are being developed; however, there is currently no release date set.

Top of page

Sign up to receive new channel updates and Instant Media News.

Your Email: [                    ]    SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.
Patents Pending | Terms | Privacy



Home    Intro    Features    Directory    Commercials    Download

# Site Map

- Home
- Intro
- Features
  - Formats
- Channels
- Commercials
- Download
- Company
- News
- Partners
  - Forms
    - For Videocasters
    - For Content Providers
    - For Advertisers
- Contact
- Support
- Terms
- Privacy

Sign up to receive new channel updates and Instant Media News.

Your Email: [                    ]    SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.
Patents Pending | Terms | Privacy

**cafépress**.com

Cart & Checkout | Help | Order Status | Shop Home

**Instant Media**

Home    Intro    Features    Channels    Download



I'M 18
$15.99



I'M 21
$15.99



I'M 30
$15.99



I'M 40
$15.99



I'M 50
$15.99



I'M 60
$15.99



I'M 70
$15.99



I'M 80
$15.99



I'M 90
$15.99



I'M **Instant Media**

Home   Intro   Features   Directory   Commercials   Download

I'M Affiliate Program | FAQ

## Frequently Asked Questions

What does it cost to join?

Absolutely nothing! And you may cancel at any time.

Does my Web site qualify to be an I'M Affiliate?

Anyone with a Web site can participate in the I'M affiliate program. However, I'M only pays out for U.S. downloads. So you must have a U.S. audience.

In addition, we will deny approval to Web sites promoting the following subject matter: violence; discrimination of any kind based on race, sex, religion, national origin, physical disability, sexual orientation or age; illegal activities; and/or violation of intellectual property rights.

How much can I earn?

I'M offers a flat $1.00 commission rate per Free download of the I'M Media Player.

When can I get started?

Immediately. Just fill out the online registration form and you will be off and running. Approval usually takes two business days once you've completed your registration. We will first review and approve your application before you can participate in the program. Upon approval, you will be notified by Commission Junction of your username and password which you can then use to logon to Commission Junction and access the I'M merchandising inventory.

When will I be paid?

I'M pays its affiliates on a monthly basis. A check will be issued to you within approximately 30 days after the last day of the month. Checks will be issued for a minimum of $25. For commission totals below $25, we will carry over your commission total until you reach $25 at the relevant monthly payout date.

How can I keep track of my sales and earnings?

Simple. I'M has partnered with the Commission Junction affiliate network to provide you with the best and easiest reporting tools available. You'll have access to an online, password protected reporting system that will provide you detailed statistics for your site. Commission Junction will track the visitors you send to our site and track sales and traffic data. No cookies are used, and Commission Junction takes no personal information or credit card data from the visitors. Commission is earned when a consumer clicks on your link and downloads the I'M Media Player. Commission Junction generates the commission statements with a statement of the fees due to you and they will send you the check.

What kind of creatives does I'M provide me (i.e., buttons, banners, and links)?

We provide you with a wide range of effective creative options. This includes multiple size banners and buttons, text links as well as data feeds of all of our products.

Can I bid on the Trademark name Instant Media?

Yes! I'M allows the use of trademark bidding or URL bidding. Please refer to our keyword link in the Commission Junction interface often as we update it frequently with our best converting keywords.

When will commissions post to my Commission Junction reports?

It usually takes about an hour for a transaction to post in your Commission Junction Account Manager.



Sign up to receive new channel updates and Instant Media News.

Your Email: [                    ]   SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.

Patents Pending | Terms | Privacy



| (I'M) Instant Media | Home | Intro | Features | Directory | Commercials | Download |

## I'M Affiliate Program | FAQ

### Join Today

Join the Instant Media (I'M) affiliate program and partner with the leader in Internet TV to earn revenue from your Web site or Web Marketing strategy!

### It's Simple

It's FREE to join the I'M affiliate program! And for each customer, you refer who downloads the FREE I'M Media Player, you will earn a commission. It's that's simple!

### Tools and Technology

With an experienced affiliate Manager, affiliates will have a partner in I'M who will give them the knowledge needed to earn revenue. I'M will also provide the tools necessary for success such as a product catalog, strong creatives, and targeted text links.

Start today and begin promoting the I'M Media Player that delivers HD quality, full screen video over Broadband Internet connections.

### Team Up with Industry Leaders

I'M is at the forefront of the Internet Video Revolution. Now videocasters, paid search marketers, SEO specialists, content sites, and price comparison sites can earn revenue by promoting I'M or one of the thousands of channels available in I'M.

Affiliates can make money by promoting premium content and services. It's a win-win scenario for affiliates and I'M.

Instant Media's affiliate program is administered by Commission Junction, a leader in performance-based online marketing. A trusted 3rd party partner, Commission Junction provides real-time tracking, customizable reports, monthly commission checks, performance metrics and much more.



Sign up to receive new channel updates and Instant Media News.

Your Email: [                    ] [ SUBMIT ]

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.
Patents Pending | Terms | Privacy

Case 4:07-cv-02639-SBA      Document 40-6      Filed 07/03/2007      Page 20 of 32

 **Instant Media**

Home    Intro    Features    Directory    Commercials    Download

# Instant Media Terms and Conditions of Use

Effective as of May 1, 2006

Access to the Instant Media website, software and services is offered to you, the individual user, by Instant Media only if you accept to be bound by this Terms of Use Agreement ("Terms of Use").

PLEASE READ CAREFULLY.

This Terms of Use applies to use of the Instant Media website at www.im.com, (the "Site") and the Instant Media Software and Digital Downloads (as hereinafter defined) available to download from the Site (the "Software"). The Site and Software is the exclusive property of Instant Media. The Digital Downloads and other content of the Site are owned by Instant Media and/or its licensors and content providers, and are protected by applicable domestic and international copyright laws. "Instant Media", "IM" and the Instant Media logo are trademarks (the "Marks") belonging to Instant Media, Inc. Any unauthorized use of the Marks is strictly prohibited. These Terms of Use are in addition to, and not in lieu of, the End User License Agreement for Instant Media software and specific Usage Rules for content. The End User License Agreement and each specific Usage Rule are hereby incorporated herein by this reference so that the requirement to comply with these Terms of Use shall mean compliance with all of the Terms of Use, the End User License Agreement and all Usage Rules. Instant Media permits you to access the Site for the limited purpose of personal use, and not for any commercial purpose. You hereby agree not to use the Site, the Digital Downloads, or any element or portion thereof, for any commercial purpose whatsoever.

Instant Media reserves the right, at its sole discretion, to change, add or remove portions of this Terms of Use, at any time. It is your responsibility to check this Terms of Use each time before using the Site. Your continued use of the Site following the posting of changes will mean that you accept and agree to the changes. Subject to your full and complete compliance with this Terms of Use, the End User License Agreement and all Usage Rules, Instant Media grants you ("Customer") a personal, revocable, non-exclusive, non-transferable, non-sublicensable, limited privilege to enter and use the Site.

Instant Media offers its Site and Software for entertainment purposes only. Instant Media does not warrant the truth or validity of the information contained on the Site. You acknowledge and understand that, because of the possibility of human and mechanical error, mistakes or omissions in the data or information provided, delays or interruptions of the data or information stream from whatever cause, as well as other factors, Instant Media is not responsible for errors in or omissions from the information contained or accessed through the Site or Software. ALL INFORMATION AND CONTENT ON THE SITE ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT.

WARNING: Not Intended for Minors. Much of the content on or available through the Site is inappropriate for children. As such, the Site is not intended for use by persons under the age of eighteen (18) years of age ("Minors"). The Site Content may be confusing or offensive to Minors. Any Minor should seek consent from his/her legal guardian before using this Site, and such legal guardian should strictly monitor such Minor's use of the Site. Persons aged between 13 and 18 may use the Site only with the consent of such person's parent or guardian. If you are aged between 13 and 18 and have not received the consent of your parent or guardian to use the Site or if you are younger than 13, please exit our Site. Under no circumstances should persons younger than 18, even with their parent or guardian's consent, visit the Adult Channel section of the Site.

You may not publicly display any portion of the Site, or any films or other audiovisual or digital works available at this Site, without a written license signed by a party authorized to legally bind Instant Media to such a contractual arrangement. Any other use or exploitation of this Site, including the Site Content or Site Code, is strictly prohibited. You agree and acknowledge that you shall not acquire any ownership rights by downloading the Materials from the Site. You agree that links to the Site are only permitted upon express permission from and arrangement with Instant Media. You acknowledge and agree that modification of the Materials or use of the Materials for any other purpose is a violation of Instant Media's and possibly other third parties' copyright and proprietary rights. You agree to use the Materials and this Site only for purposes which are lawful in every nation and jurisdiction in the world and all subdivisions thereof. If you violate any provision of these Terms of Use, your permission to use the Materials automatically terminates and you must immediately destroy any copy you may have of any of the Materials. Any other use or exploitation of this Site, including the Materials, is strictly prohibited. You agree not to interrupt, or attempt to interrupt, the operation of the Site in any way.

You may "cache" pages of the Site for the sole purpose of increasing the speed and efficiency at which you access the Site in the future. However, no other copy or use of any portion of the Site is permissible, and the same shall constitute an act of copyright infringement.

## 1. Registration; Customer Accounts; Use of Site.

Before you can use the Software, you agree to comply with this Terms of Use. During the course of using I'M software, you may set up an account. You agree to provide us with accurate, current and complete information about yourself and your billing information as prompted by the account registration process. You may update any of your Customer Account information by using the account management function in the Software. You are responsible for all activity that occurs under your Customer Account and for maintaining the confidentiality of your Customer Account information, including your password. You agree to notify Instant Media immediately of any unauthorized use of your Customer Account or password, or any other breach of security. You may be held liable for losses incurred by Instant Media or any other user of the Site due to someone else using your password or Customer Account. You may not use anyone else's password or Customer Account at any time.

The following restrictions shall also apply to your use of the Site, and you agree that you will not: (i) frame or link to the Site; (ii) use any services or content on or provided by the Site, Software or Digital Downloads (as defined below) in conjunction with any device or service designed to circumvent technological measures employed to control access to, or the rights in, a content file or other work protected by the copyright laws of any jurisdiction; (iii) use any services or content on or provided by the Site, Software or Digital Downloads for any commercial or illegal purpose; (iv) use any services or content on or provided by the Site, Software or Digital Downloads to invade the privacy of, or obtain personal information about, any Instant Media account holder or user, or to obtain a list of Instant Media Customer Account holders or users; (v)

copy, modify, erase or damage any information or data contained on the Site; (vi) use the services or content on or provided by the Site, Software or Digital Downloads to violate any legal right of any third-party, including any publicity or privacy right, copyright or other intellectual property right, or take action that is harassing, libelous, defamatory, abusive, tortuous, threatening, harmful or otherwise objectionable; (vii) use any data mining, robots, or similar data gathering and/or extraction tools; or (viii) interfere or attempt to interfere with the operation of the Site in any way and through any means or device including, but not limited to, spamming, hacking, uploading computer viruses or time bombs.

You also agree that Instant Media may, in its sole discretion and without prior notice to you, terminate your access to the Site and your Customer Account for any reason or without reason, including without limitation: (1) attempts to gain unauthorized access to the Site or assistance to others attempting to do so (including, but not limited to, distributing instructions, software or tools for that purpose), (2) overcoming (or attempting to overcome) software security features limiting use of or protecting any portion of the Site, its content, the Software or Digital Downloads, (3) discontinuing or materially modifying the Site or any service offered on or through the Site, (4) violating the Terms of Use, (5) failing to pay for charges to Customer Account or other purchases, (6) suspected or actual copyright infringement, (7) unexpected operational difficulties, (8) requests by law enforcement or other government agencies or (9) any other violation of the End User License Agreement or any Usage Rules. You agree that Instant Media will not be liable to you or to any third-party for termination of your access to the Site.

## 2. Consent to Collection, Use & Disclosure of Your Personal Information.

As more fully described in our Privacy Policy at www.im.com/privacy, you must disclose and agree to permit Instant Media to collect certain personally identifiable information to use our Site, register a Customer Account, and make purchases. As a condition of registering with our Site or making any purchases of any products, services, content, Digital Downloads or conduct any transactions, you represent that you have first read our Privacy Policy and consent to the collection, use ,and disclosure of your personally identifiable information and non-personally identifiable information as described in our Privacy Policy. Our Privacy Policy's terms and condition will change from time to time, and as a condition of browsing the Site, using any features or making any purchase, you agree that you will first review our Privacy Policy prior to making any initial or subsequent purchases and/or downloads.

While Instant Media takes reasonable steps to safeguard and to prevent unauthorized access to your personal information, we cannot be responsible for the acts of those who gain unauthorized access, and we make no warranty, express, implied, or otherwise, that we will prevent unauthorized access to your private information. IN NO EVENT SHALL INSTANT MEDIA OR ITS AFFILIATES BE LIABLE FOR ANY DAMAGES (WHETHER CONSEQUENTIAL, DIRECT, INCIDENTAL, INDIRECT, PUNITIVE, SPECIAL OR OTHERWISE) RELATING TO UNAUTHORIZED ACCESS TO YOUR PERSONAL INFORMATION, REGARDLESS OF WHETHER SUCH DAMAGES ARE BASED ON CONTRACT, STRICT LIABILITY, TORT OR OTHER THEORIES OF LIABILITY, AND ALSO REGARDLESS OF WHETHER INSTANT MEDIA WAS GIVEN ACTUAL OR CONSTRUCTIVE NOTICE THAT DAMAGES WERE POSSIBLE.

## 3. Consent To Our Communication With You By E-Mail.

By establishing a Customer Account, and each time you make a purchase or download through our Site, you grant permission for Instant Media to contact you at your e-mail address. To stop receiving our marketing e-mails, send an e-mail to us at optout@im.com or follow the opt-out procedures set forth in such marketing e-mails.

Consider: Instant Media may periodically make special offers or communications to users of its Site. If you would like to receive such offers or communications, you may "Opt-In" at any time by checking the "Opt-In" box that appears on your Customer Account page of the Site, and providing the e-mail address you wish to use to receive such notices. If you change your mind at any time, you can reverse your option, or change your e-mail address, using the same page. Selecting the "Opt-In" option constitutes acceptance of Instant Media's use of your e-mail address to send you notices pertaining to Instant Media, its products and services, the Site, the Fee-Based Services, and related topics.

## 4. Digital Downloads.

Use of Digital Downloads.In addition to the requirements of Section 5, you must agree to and meet all of the following requirements to download, view and/or listen to any Digital Downloads:

Authorized Consumers. Your computer and other Approved Electronic Devices (defined below) must all be physically located in the United States of America ("Authorized Device"), and any Digital Downloads that you purchase may only be downloaded to your Primary Computer (defined below) or transferred to Secondary Computers (defined below) or Portable Devices (defined below), and you must first be a registered user of this Site and in full compliance with these Terms of Use.

Usage Rules. Your viewing and/or listening to any music, images, video, artwork, text, software and other copyrightable materials ("Digital Downloads") from Instant Media is governed by and conditioned upon your prior acceptance of these Terms of Use and the specific Usage Rules listed on the Site and/or otherwise associated with any Digital Download or content. Upon payment, applicable Digital Downloads you are only authorized to view and/or listen to the Digital Downloads on your Authorized Device and the Digital Downloads are not sold, notwithstanding the use of the terms "sell," "purchase," "order," "buy" or other similar words on the Site and in this Terms of Use. Upon payment, your authorized right to view and to listen to the Digital Downloads is personal to you, and is non-exclusive, non-transferable, non-sublicensable, limited and only permitted within the United States of America.

You may only download, transfer, copy and use the Digital Downloads as stated in the particular Usage Rules for that Digital Download, which Usage Rules are hereby incorporated by reference. No other downloads, transfers, copies or uses of Digital Downloads are permitted. All other rights are reserved. As a condition of purchasing or downloading each Digital Download, you represent to Instant Media that you understand and agree to the limited uses associated with a particular Digital Downloads Usage Rules.

Approved Electronic Devices For Digital Downloads. You are permitted to view and/or listen to the Digital Downloads only upon approved electronic devices. "Approved Electronic Devices" are subject to the Usage Rules and include the following: (i) the Primary Computer and Secondary Computer registered with this Site, and (ii) lightweight devices that receive and store digital media files, and play them back in analog form, but which are incapable of further transferring Digital Downloads ("Portable Devices"). Portable Devices must support the Windows Media Audio ("WMA") format and meet "Class 1000" standards. WMAs are

not compatible with any Macintosh Operating Systems. WITHOUT LIMITING ANY PROVISION HEREIN, EVEN IF THE USAGE RULES FOR PARTICULAR DIGITAL DOWNLOADS PERMIT BURNING COMPACT DISKS (WHICH SHALL NOT BE PERMITTED UNLESS THE WRITTEN USAGE RULES FOR SUCH SPECIFIC DIGITAL DOWNLOADS SPECIFICALLY PERMIT COMPACT DISK BURNING), INSTANT MEDIA MAKES NO WARRANTY THAT ANY PARTICULAR COMPACT DISC BURNER WILL BE COMPATIBLE WITH ANY DIGITAL DOWNLOAD OR THAT ANY COMPACT DISC BURNED WILL FUNCTION IN ALL COMPACT DISC PLAYERS.

Conditions to Use of Digital Downloads by You. Depending on the Usage Rules, Digital Rights Management ("DRM") software may be downloaded onto your Approved Electronic Devices along with your Digital Download files, and your use will be limited as specified in the Usage Rules. You hereby agree to the download, installation and operation of the DRM software on the Approved Electronic Devices. Instant Media reserves the right to change at any time, without prior notice to you, the software required to download, transfer, copy and use or limit use of any of the Digital Downloads. The speed at which a Digital Download can be transferred to your registered personal computer depends on a variety of factors including CPU speed, disk free space and the like and in large part upon the bandwidth of the connection provided to you by your Internet Service Provider. You are responsible for all charges associated with use of your Internet Service.

WARNING
Some Internet Service provider plans charge additional amounts based upon the amount of data that is transmitted ("Metered Data Plan"). Digital Downloads are extremely large data files and so downloading them the under a Metered Data Plan will result in very large additional usage charges ("Additional Usage Charges"). YOU, and not Instant Media, are responsible for all Internet Service Additional Usage Charges.

In addition, you are responsible for ensuring that your Approved Electronic Devices are compatible with the Site, Software and Digital Downloads and meet the Approved Electronic Device minimum system configuration (which may change from time to time and can be found on the Company website at: www.im.com/download for the Site, Software and Digital Downloads (as may be supplemented by the Usage Rules) and have sufficient capacity (CPU, memory and free disk space) to accommodate each and every Digital Download ("Minimum Requirements"). It is crucial that you verify these minimum requirements, particularly prior to downloading EACH AND EVERY Digital Download.

If your Approved Electronic Devices fails to meet the Minimum Requirements, THE downloading, viewing and/or listening to Digital Download may PERMENENTLY damage your Approved Electronic Devices, cause them to perform erratically and/or result in permenant data loss and OTHER PROBLEMS.In ADDITION, if your Approved Electronic Device does not have sufficient free disk space capacity to accommodate the downloading, viewing OF and/or listening to EACH AND EVERY Digital Download, permanent damage to your Approved Electronic Devices May Result. (All of the foregoing damage collectively "Approved Electronic Device Damage"). Approved electronic device damage may require, among other things, new hardware, third party repairs, DATA RECOVERY SERVUCES and reinstallation of all software including the operating system ("Approved Electronic Device Damage Repairs"). You, and not Instant media, are responsible for all costs and expenses associated with Any and all Approved Electronic Device Damage Repairs. DATA LOST MAY NOT BE RECOVERABLE THEREFORE INSTANT MEDIA STRONGLY recommends THAT YOU BACK UP YOUR COMPUTER DATA PRIOR TO INSTALLING AND OPERATING THIS SOFWARE AND REGULARLY THEREAFTER.

Certain portions of the process of downloading Digital Download may be initiated or otherwise occur when your computer is unattended.You hereby consent to such initiation and running of these processes and assume any and all risks associated with same including, without limitation, any Approved Electronic Device Damage or Additional Usage Charges.

Instant Media uses Microsoft digital rights management technology ("WM-DRM") for Windows Media distributed with the download manager software ("WM-DRM Software"). Portions of this software and other 3rd party applications use WM-DRM to play the songs you download ("Secure Content"). If the WM-DRM Software's security has been compromised, owners of Secure Content ("Secure Content Owners") may request that Microsoft revoke the WM-DRM Software's right to copy, display and/or play Secure Content. Revocation does not alter the WM-DRM Software's ability to play unprotected content. A list of revoked WM-DRM Software is sent to your computer whenever you download a license for Secure Content from the Internet. Microsoft may, in conjunction with such license, also download revocation lists onto your computer on behalf of Secure Content Owners. Secure Content Owners may also require you to upgrade some of the WM-DRM components distributed with this software ("WM-DRM Upgrades") before accessing their content.

When you attempt to play such content, WM-DRM Software built by Microsoft will notify you that a WM-DRM Upgrade is required and then ask for your consent before the WM-DRM Upgrade is downloaded. Non-Microsoft Software may do the same. If you decline the upgrade, you will not be able to access content that requires the WM-DRM Upgrade; however, you will still be able to access unprotected content and Secure Content that does not require the upgrade.

Prohibited Uses of Digital Downloads. You may not (or attempt to) reverse engineer, decompile, disassemble, modify or disable, alter or circumvent any copy protection or use limitation systems associated with any of the Digital Downloads. You may not (or attempt) play and then re-digitize any of the Digital Downloads, or upload those Digital Downloads to the Internet. You may not (or attempt) to create any "derivative works" by altering any of the Digital Downloads. You may not (or attempt to) use the Digital Downloads in conjunction with any other third-party content (for example, without limitation, to provide sound for a film). You may not (or attempt to) exploit any Digital Download for any commercial purposes (including, without limitation, the sale of bundled Digital Downloads transferred onto Approved Electronic Devices). You may not remove any proprietary notices or labels provided with the Digital Download. You further agree to indemnify and hold harmless Instant Media for your failure to comply with this section.

## 5. Conditions of Sale and Payment Terms.

To use this Site, set up a Customer Account, download, view and/or listen to Digital Download, download, install and operate the Software or purchase any Digital Downloads, goods and/or services on our Site, you must be, and hereby represent and warrant that you are: (a) at least eighteen (18) years of age or the applicable state age of majority, (b) a natural person (no corporations, partnerships or other legal entities), and (c) a resident of and domiciled in one of the 50 states of the United States of America, exclusive of its commonwealths, territories and possessions ("United States"). Prior to the purchase of any goods or services on our Site, you must provide us with a valid Instant Media account.

## 6. Methods of Payment, Credit Card Terms and Taxes.

All payments must be made by VISA, MasterCard, American Express, Discover, Diner's Club, and government credit cards (each of which may be

removed by Instant Media at any time in its sole discretion). Unless expressly set forth on the Site, we do not accept any other payment form. If we offer or accept any other form of payment, you hereby agree to all restriction, terms and conditions associated with such additional form of payment. Your card issuer agreement governs your use of your designated card, and you must refer to that agreement and not this Terms of Use to determine your rights and liabilities as a cardholder. YOU, AND NOT INSTANT MEDIA, ARE RESPONSIBLE FOR PAYING ANY UNAUTHORIZED AMOUNTS BILLED TO YOUR CREDIT CARD BY A THIRD-PARTY. You agree to pay all fees and charges incurred in connection with your purchases (including any applicable taxes) at the rates in effect when the charges were incurred. Unless you notify Instant Media of any discrepancies within sixty (60) days after they first appear on our credit card statement, you agree that they will be deemed accepted by you for all purposes. If Instant Media does not receive payment from your credit card issuer or its agent, you agree to pay all amounts due upon demand by Instant Media or its agents. You are responsible for paying any governmental taxes imposed on your purchases, including, but not limited to, sales, use or value-added taxes.

## 7. Order Acceptance Policy.

Your order will be deemed accepted by Instant Media upon our delivery of products or services that you have ordered, or upon the completion of the delivery of a Digital Download, as indicated by our servers. Instant Media reserves the right to implement processes and procedures at any time to limit risk, including requiring additional verifications or information before accepting any order. Instant Media is a reseller to Consumers and does not accept orders from resellers, exporters, wholesalers, any businesses of any kind or other customers who intend to resell.

## 8. Modifications to Prices or Billing Terms.

INSTANT MEDIA RESERVES THE RIGHT, AT ANY TIME, TO CHANGE ITS PRICES AND BILLING METHODS FOR PRODUCTS OR SERVICES SOLD, EFFECTIVE IMMEDIATELY UPON POSTING ON THE SITE OR BY E-MAIL DELIVERY TO YOU.

## 9. Service and Support for Goods Sold.

For technical service and support go to http://www.im.com/support

## 10. Indemnification.

You agree to indemnify, defend, save and hold harmless Instant Media and its parents, sister companies, subsidiaries, affiliates, service providers, other consumers, distributors, licensors, officers, directors and employees from any claim or demand, including reasonable attorneys' fees, made by any third-party arising out of or related to your Failure to Completely comply with these Terms of Use, or any applicable law, regulation or violation of anythird-party right.

## 11. LIMITATION OF LIABILITY.

THE SITE AND ALL PRODUCTS, SERVICES, CONTENT, DIGITAL DOWNLOADS, SOFTWARE, ARTWORK, DATA AND INFORMATION (COLLECTIVELY THE "WEBSITE SERVICES") IS PROVIDED TO YOU ON AN "AS IS" AND "AS AVAILABLE" BASIS. INSTANT MEDIA EXPRESSLY DISCLAIMS ALL WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUALITY OF DATA AND NON-INFRINGEMENT WITH RESPECT TO THESE WEBSITE SERVICES. INSTANT MEDIA IS NOT LIABLE FOR ANY DAMAGES, LOSSES, COSTS OR EXPENSES CAUSED OR ARISING OUT OF OR RELATED TO: 1) ACTS OR OMISSIONS OF ANY OF THE COPYRIGHT HOLDERS OR OTHER THIRD PARTIES, OR ANY OF THEIR RESPECTIVE AGENTS, INCLUDING THE INACCURACY OR MISDELIVERY OF ANY OFFERS MADE BY SUCH MERCHANTS OR THIRD PARTIES; 2) YOUR USE OF THE WEB SERVICES INCLUDING, WITHOUT LIMITATION, INTERRUPTIONS OR PROBLEMS WITH ACCESSING THE WEBSITE SERVICES; OR 3) DEACTIVATION OF A CUSTOMER ACCOUNT OR THE TERMINATION OF THE WEBSITE SERVICES.

IN NO EVENT WILL INSTANT MEDIA BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, PUNITIVE OR ANY OTHER DAMAGES OF ANY KIND (INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, DATA OR OTHER PECUNIARY LOSS) ARISING OUT OF OR RELATED TO THIS TERMS OF USE OR YOUR USE OR INABILITY TO USE THE SITE OR THE WEBSITE SERVICES, REGARDLESS OF WHETHER INSTANT MEDIA WAS MADE AWARE OF THE POSSIBILITY OF SUCH DAMAGES, AND REGARDLESS OF WHETHER SUCH DAMAGES ARISE IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHERWISE. YOU AUTHORIZE INSTANT MEDIA TO COLLECT, ACCESS AND PROCESS THE INFORMATION YOU PROVIDED OR CONFIRMED AT REGISTRATION OR OTHER INFORMATION ABOUT THE TRANSACTIONS AS REQUIRED TO PROVIDE THE INSTANT MEDIA SERVICES TO YOU. YOU ACKNOWLEDGE AND AGREE THAT THE LIMITATIONS OF LIABILITY, DISCLAIMERS OF WARRANTIES AND LIMITED REMEDIES SET FORTH HEREIN REPRESENT AN INSEPARABLE ALLOCATION OF RISK (INCLUDING, WITHOUT LIMITATION, IN THE EVENT OF A TOTAL AND FUNDAMENTAL BREACH OF THIS TERMS OF USE) THAT IS AN ESSENTIAL BASIS OF THE BARGAIN BETWEEN THE PARTIES.

WITHOUT WAIVING THE EXCLUSIVE GOVERNING LAW CLAUSE BELOW, SOME STATES DO NOT ALLOW EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU. IN SUCH STATES, THE LIABILITY OF INSTANT MEDIA, THIRD PARTY CONTENT PROVIDERS, AND THEIR RESPECTIVE AGENTS SHALL BE LIMITED TO THE GREATEST EXTENT PERMITTED BY LAW.

## 12. Policy to Terminate Privileges for Copyright Infringement.

Pursuant to 17 U.S.C.§ 512 as amended by Title II of the Digital Millennium Copyright Act (the "Act"), Instant Media will terminate the Customer Account of any Customer who uses his or her privileges to unlawfully transmit copyrighted material without a license, valid defense or fair use privilege to do so. After proper notification by the copyright holder or its agents to Instant Media and later confirmation through court order or an admission by the Customer that an account has been an instrument of unlawful infringement, Instant Media will terminate the infringing Customer's Customer Account. Instant Media may also in its sole discretion decide to terminate a Customer's Customer Account prior to that time if it has good belief that infringement has in fact occurred. In addition, pursuant to 17 U.S.C. § 512(c), Instant Media has implemented procedures for receiving written notification of claimed infringements and for processing such claims in accordance with the Act. Instant Media respects the intellectual property of others and we ask others to do the same. If you believe that your copyright has been infringed through the Instant Media Site, please contact content@im.com.

Any written notice describing the infringing activity must include the following information:

1. An electronic or physical signature of the person authorized to act on behalf of the exclusive owner of the intellectual property that is allegedly infringed;
2. A description of the allegedly infringing work or material;
3. A description of where the allegedly infringing material is located on the Site;
4. Information reasonably sufficient to allow us to contact you, such as your address, telephone number and e-mail address;
5. A statement by you that you have a good faith belief that the disputed use of the material is not authorized by the copyright or other proprietary right owner, its agent, or the law; and
6. A statement by you that the above information and notification is accurate, and under penalty of perjury, that you are the copyright owner or authorized to act on behalf of the owner whose exclusive right is allegedly infringed.

## 13. Linked Websites.

This Site may contain links to other independent third-party Web Sites ("Linked Sites"). These Linked Sites are provided solely as a convenience to you and other visitors. Such Linked Sites are not under Instant Media's control, and Instant Media is not responsible for and does not endorse, sponsor or review the content of such Linked Sites, including any information or materials contained on such Linked Sites. Instant Media does not represent that such sites are appropriate for children, in compliance with laws, or are what they purport to be. Accordingly, Instant Media does not accept any responsibility or liability for content contained at such sites. Likewise, the parties who own, control, or operate the sites at which such hyperlinks are directed do not necessarily have knowledge of, endorse, sponsor, or approve of the hyperlink or content contained at the Site.

## 14. Governing Law and Venue.

You agree that all matters relating to your access and use of the Site, including any and all legal claims or disputes arising out of or related to the Site or this Terms of Use (collectively, the "Claims"), will be governed by the laws of the United States of America and by the laws of the State of California without regard to its conflicts of laws provisions. You agree to the personal jurisdiction by and venue in the state and federal courts in Orange County California and waive any objection to such jurisdiction or venue. Any Claims must be brought within one (1) year after the cause of action arises, or such Claims or cause of action are barred.

## 15. General.

No delay or failure to take action under these Terms of Use shall constitute any waiver by Instant Media of any provision of these Terms of Use. If any provision of these Terms of Use is invalid or unenforceable under applicable law, it is, to that extent, deemed enforceable to the fullest extent possible (and severable in the event such provision is completely unenforceable) and the remaining provisions of these Terms of Use will continue in full force and effect. This Terms of Use will bind and inure to the benefit of Instant Media's permitted successors and assigns These Terms of Use are personal to you and may not be transferred, assigned or delegated to anyone. Any attempt by you to assign, transfer or delegate these Terms of Use shall be null and void. Instant Media may freely assign these Terms of Use without consent or notice. These Terms of Use (including all documents expressly incorporated herein by reference, including but not limited, to the relevant Usage Rules) constitute the complete and exclusive agreement between Instant Media and you with respect to the subject matter hereof and supersedes all prior oral or written understandings, communications or agreements not specifically incorporated herein. You hereby waive any and all defenses you may have based on the electronic form of these Terms of Use and the lack of signing by the parties hereto to execute these Terms of Use.

Top of page

Sign up to receive new channel updates and Instant Media News.

Your Email: [                    ]   SUBMIT

Company | News | Partners | Contact | Support | Site Map

© 2004-2007 Instant Media, Inc.
Patents Pending | Terms | Privacy



## PUBLISHER APPLICATION: Step 1 of 2

Welcome to the I'M Instant Media - The Leader in Internet TV sign-up area.

Join the Instant Media's Affiliate Program and start earning commissions today!

I'M's free software enables high-quality, full-screen, high-definition television over Internet broadband connections. Take advantage of this great offer and join the Internet TV revolution Today!

Instant Media - The Leader in Internet TV!

We have teamed up with Commission Junction to provide our publishers with trusted third-party tracking, real-time reporting, and monthly commission checks. If you are already a Commission Junction Publisher, you can skip the form and sign up for the I'M Instant Media - The Leader in Internet TV Program directly through the Commission Junction Member's Area

If you are not already a Commission Junction publisher, please complete the short application form below to get started earning commissions today.
More information about I'M Instant Media - The Leader in Internet TV



**Please Select Language Preference**

◉ English

○ Français

○ Deutsch

**Country**
| Select... ▾ |

**Functional Currency**
| Select... ▾ |

↑ **Note:** Your functional currency settings will establish the currency used to calculate and display all financial content in this account. All functional currency settings are permanent and may not be reversed or changed once established for a particular account.



Get the Player  I'M  Instant Media

**PUBLISHER APPLICATION: Step 2 of 2**

Commission Junction provides publishers the opportunity to earn more revenue from their audience on a pay-for-performance basis. Publishers can partner with thousands of advertisers online, place ads and links on their Web site in exchange for commissions, and manage all of these partnerships online with a single Web-based interface. Please complete the following steps to apply to join the Commission Junction network.

"*" denotes required fields.

**Service Agreement**

Read Through & Click Accept at the bottom of the document below

> ***Commission Junction Publisher Service Agreement***
>
> ***Introduction***
>
> This Publisher Service Agreement ("Agreement") is made by and agreed to between Commission Junction, Inc., a Delaware corporation, located at 530 East Montecito Street, Santa Barbara, CA 93103, USA ("CJ"), and you ("You"). As an application service provider, CJ facilitates "Performance

* ☐ I have read and accepted the Commission Junction Access Service Agreement. By clicking through this box you agree to be bound by the terms of the Commission Junction Service Agreements.

**Privacy Policy**

* ☐ I have read and accepted the Commission Junction Privacy Policy . By clicking through this box you agree to be bound by the terms of the Commission Junction Privacy Policy.

* ☐ I am at least 18 years of age.

**Site Information**

* Web site or newsletter name

* Web site URL
(Not required for newsletters)          http://

Describe your Web site

* Category
(Main topic of your Web site)          Select…

Define your promotional methods if any
(help)          ☐   Web site / Content

☐   Search Engine Marketing

☐   Email Marketing

☐   Software

* Does your Web site offer incentives to visitors, donate a portion of proceeds to charity or require special approval from advertisers? (help)          ○ Yes   ○ No

Description of your incentive/special
program

**Contact Information**

* First and Last Name

  Title/Function in Organization

* Phone

* E-mail (Valid email **REQUIRED** for
  registration confirmation and for login)

* Verify E-mail

**Company Information**

* Organization Name
  (Your name if none)

* Address

* City

* State                    Select...

* Zip Code

* Country                  UNITED STATES

  Note: Country selection is set in step one.

* Organization Phone

  Organization Fax

* Tax ID (SSN/EIN)
  Required for U.S. publishers

* Tax Classification        Select...
  Required for U.S. publishers

  VAT Number
  (Note: please include VAT prefix US)

* Currency                 USD United States Dollar

  Note: Functional currency is set in step one.

**Payment Information**

Receive your commission payments via free direct deposit if your bank is located in the U.S.,
UK, or Canada. Click here for details.

Note: **One** of the following payment types is required

* Select...

* **Please enter the characters into the box below**

  MsCzidN

[ << Back ]   [ Reset ]   [ Accept Terms ]









