# Exhibit Q

Web  Images  Video  News  Maps  Gmail  more ▼																																			Sign in

[Google]

[i'm]  [Search]   Advanced Search
                  Preferences

**Web**																																			Results **1** - **10** of about **902,000,000** for **i'm** [definition]. (**0.08** seconds)

**i'm** MAKING A DIFFERENCE
It's easy to get everyone talking by adding a Windows Live Messenger™ **i'm** button to your Web site or blog, or by displaying it in your e-mail signature. **...**
im.live.com/ - 18k - Cached - Similar pages

   **i'm** MAKING A DIFFERENCE
   **i'm** is a new initiative from Windows Live™ Messenger. Every time you start a
   conversation using **i'm**, Microsoft shares a portion of the program's advertising **...**
   im.live.com/Messenger/IM/About/ - 16k - Cached - Similar pages

**I'm** in! - Group Travel Planning and Unique Group Trip Ideas
**I'm** in! Great group travel ideas and private group planning pages to help turn group trip organizing from frustrating to fun.
www.imin.com/ - 21k - Cached - Similar pages

**I'M** Instant Media - The Leader in Internet TV
Unlike other video solutions that utilize streaming technologies, **I'M** excels at delivering full-screen video in DVD or HD quality. **I'M** presents a superior **...**
www.im.com/ - 6k - Cached - Similar pages

**I'm** Not Obsessed
**I'm** Not Obsessed is a celebrity gossip website that focuses on pop culture news and paparazzi photos.
www.imnotobsessed.com/ - 38k - Jul 2, 2007 - Cached - Similar pages

**I'm** From Barcelona
**I'm** From Barcelona handlar om att cykla hela dagarna, om vattkoppor och trädkojor och om sommarnätter som aldrig tar slut.
www.imfrombarcelona.com/ - Jul 1, 2007 - Similar pages

**I'm** The Decider
**I'm** above the law and I'll decide what's right or wrong. I am the egg head, **I'm** the Commander, **I'm** the Decider Koo-Koo-Kachoo **...**
decider.cf.huffingtonpost.com/ - 6k - Cached - Similar pages

**I'm** Not There (2007)
**I'm** Not There on IMDb: Movies, TV, Celebs, and more...
www.imdb.com/title/tt0368794/ - 41k - Cached - Similar pages

i guess **i'm** floating
I'd love to say something positive about them, but **I'm** completely unimpressed. Here, Craig Finn's vocals reveal their true colors, one of inexperience and a **...**
iguessimfloating.blogspot.com/ - Jul 2, 2007 - Similar pages

Celebrity Blog, Celebrity Pictures and Gossip Blogs
Damn **I'm** Cute is a premier celebrity gossip blog. Find the latest scoop on top celebrities, athletes, entertainers, and musicians, and see fashion success **...**
www.damnimcute.com/ - 56k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10   **Next**

Download Google Pack: free essential software for your PC

[i'm]  [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Video  News  Maps  Gmail  more ▼	Sign in

Google

[i'm                              ]  [Search]   Advanced Search
                                                Preferences

---

**Web**	Results **11** - **20** of about **902,000,000** for **i'm** [definition]. (0.05 seconds)

Leonard Cohen - **I'm** your Man
www.leonardcohenimyourman.com/ - 3k - Cached - Similar pages

{{{**I'm** Smitten}}}
www.imsmitten.com/ - 3k - Cached - Similar pages

ThinkGeek :: **I'm** blogging this.
100% cotton black heavyweight t-shirt. "**I'm** blogging this" on the front in white and
"www.oreilly.com" on the back, also in white. **...**
www.thinkgeek.com/oreilly/tshirts/5eb7/ - 22k - Cached - Similar pages

BBC - Radio 4 - Comedy - **I'm** Sorry I Haven't a Clue
The homepage of **I'm** Sorry i Haven'ta Clue, the long running Radio 4 comedy show.
www.bbc.co.uk/radio4/comedy/clue.shtml - 42k - Cached - Similar pages

**I'm** Not Sorry.net: Celebrating The Right To Choose
A site where women can share positive abortion experiences.
www.imnotsorry.net/ - 3k - Cached - Similar pages

Why **I'm** skipping the iPhone - Wireless World - MSNBC.com
Some disclosure at the outset: I am an Apple fan. I've owned the company's desktops
and laptops for more than a decade, bought my first iPod in 2003 and **...**
www.msnbc.msn.com/id/19464851/ - 43k - Cached - Similar pages

Well, **I'm** Back
**I'm** feeling rather swamped right now with 90+ bugs worth of bugmail to read.
Hopefully I can dig out soon. Chris is making great progress on <video>, **...**
weblogs.mozillazine.org/roc/ - 42k - Cached - Similar pages

Welcome to the **I'm** Safe Network
The **I'm** Safe! Network. Safety Activities to help parents and children make safe
choices.
www.imsafe.com/ - 12k - Cached - Similar pages

Digg - A T-Shirt for our times: "**I'm** in ur         ing ur      **...**
Although the "im in ur" meme started off with virtual death and destruction (**I'm** in your
base killing your d00dz), it was quickly overtaken by the legions **...**
digg.com/tech_news/A_T_Shirt_for_our_times_I_m_in_ur_ing_ur_PICTURE - 74k -
Cached - Similar pages

Just because **I'm** not working doesn't mean you can't (Lessig Blog)
While **I'm** away, I've set up a page on the Lessig Wiki to gather research and
suggestions about corruption. As I said, I'm a novice in this field. **...**
lessig.org/blog/2007/06/just_because_im_not_working_do.html - 13k -
Cached - Similar pages

---

**Previous** 1 **2** 3 4 5 6 7 8 9 10 11   **Next**

---

[i'm                    ]  [Search]

Search within results | Language Tools | Search Tips

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Video  News  Maps  Gmail  more ▼                                                                  Sign in

Google

[i'm]                              [Search]    Advanced Search
                                                Preferences

---

Web                                                          Results **21** - **30** of about **901,000,000** for **i'm** [definition]. (0.05 seconds)

**Schoolhouse Rock Site - America Rock I'm Just A Bill**
**I'm** just a bill. Yes, **I'm** only a bill. And **I'm** sitting here on Capitol Hill. Well, it's a long,
long journey To the capital city. **...**
www.school-house-rock.com/Bill.html - 9k - Cached - Similar pages

**Remote Access & Remote Control Software - I'm InTouch**
**I'm** InTouch is a secure and easy to use remote access and remote control software
technology that allows access to your distant PC from anywhere. **...**
www.imintouch.net/ - 40k - Cached - Similar pages

**I Know I'm Not Alone**
I Know **I'm** Not Alone - Documentary Film. Michael Franti travels to Iraq, Palestine and
Israel to explore the human cost of war with a group of friends, **...**
www.iknowimnotalone.com/ - 3k - Cached - Similar pages

**Hilton: 'I'm so much more grateful' - CNN.com**
Jailed heiress Paris Hilton says she suffers from claustrophobia -- a fear of
confinement in small places -- but that her time behind bars has renewed her **...**
www.cnn.com/2007/SHOWBIZ/06/22/paris.jail.reut/index.html - 45k - Jul 1, 2007 -
Cached - Similar pages

**Google Help : Search Features**
The "**I'm** Feeling Lucky™" button takes you directly to the first web page **...** An "**I'm**
Feeling Lucky" search means you spend less time searching for web pages **...**
www.google.com/help/features.html - 68k - Cached - Similar pages

**www.myspace.com/imfrombarcelona**
MySpace Profile - **I'm** From Barcelona, Jönköping, , SE, Don't give up on your **... I'm**
from Barcelona embraces the do-it-yourself mentality and live it's hard **...**
www.myspace.com/imfrombarcelona - 153k - Jul 2, 2007 - Cached - Similar pages

**BBC - Comedy - I'm Sorry I Haven't a Clue**
**I'm** Sorry I Haven'ta Clue - a website from the BBC celebrating the antidote to panel
games.
www.bbc.co.uk/comedy/clue/ - 25k - Cached - Similar pages

**Boing Boing: Sorry I'm all out of clever iPhone headlines: short ...**
Sorry **I'm** all out of clever iPhone headlines: short links roundup. The inevitable iPhone
cake: Link. (Thanks, Bonnie!) Michael Robertson (MP3.com, **...**
www.boingboing.net/2007/06/29/sorry_im_all_out_of_.html - 32k - Jul 2, 2007 -
Cached - Similar pages

**O'Donnell: I'm not right for 'Price' - CNN.com**
Rosie O'Donnell says she's out of the running to replace Bob Barker as host of "The
Price Is Right."
rss.cnn.com/~r/rss/cnn_showbiz/~3/127852452/index.html - 41k -
Cached - Similar pages

**Chronicle Podcasts : Correct Me If I'm Wrong...**
Blog:Chronicle Podcasts: category: Correct Me If **I'm** Wrong... SFGate.com. Quick
Search **....** And if **I'm** not mistaken, he came from L.A.. Listen: 1:14 min **...**
sfgate.com/cgi-bin/blogs/sfgate/category?blogid=5&cat=1066 - 57k -
Cached - Similar pages

---

                         **Previous**  1  2  **3**  4  5  6  7  8  9  10 11 12    **Next**

---

                              [i'm]                              [Search]

                    Search within results | Language Tools | Search Tips

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Video  News  Maps  Gmail  more ▼                                    Sign in

Google

[i'm]  [Search]   Advanced Search
              Preferences

---

Web  Video                                    Results **31** - **40** of about **902,000,000** for **i'm** [definition]. (0.17 seconds)

**I'm** Just Drinking
**I'm** glad I was able to get another episode produced before the holidays take hold.
This is my Christmas Present to you, the viewers. **...**
www.imjustdrinking.com/ - 4k - Cached - Similar pages

Inside **I'm** Dancing (2004)
Inside **I'm** Dancing on IMDb: Movies, TV, Celebs, and more...
www.imdb.com/title/tt0417791/ - 43k - Cached - Similar pages

I thought I was bad, **I'm** on my seventh Xbox360
**I'm** paying a premium to be LESS of a target than a PC guy. So I say to Apple, "Keep
it small. Don't grow the company too much. Keep the price up. **...**
www.theinquirer.net/default.aspx?article=40679 - 36k - Cached - Similar pages

Amazon.com: **I'm** Not Dead: Music: Pink
Pink has really made up for that by releasing **I'm** Not Dead. Each and every song has
Pink's personality all over it, and if you like it, **...**
www.amazon.com/Im-Not-Dead-Pink/dp/B000EGCITG - 181k - Jul 1, 2007 -
Cached - Similar pages

**I'm** just saying…
I'd like there to still be a Webcomic "Industy" by the time **I'm** ready to make my move.
Oh yes, **I'm** biding my time. That must be it. **...**
justsaying.biscuitpress.com/ - 43k - Cached - Similar pages

Blair tells Pope: Now **I'm** ready to become a Catholic | Politics **...**
Blair tells Pope: Now **I'm** ready to become a Catholic. John Hooper in Vatican City
Sunday June 24, 2007 The Observer. Tony Blair yesterday used his last **...**
observer.guardian.co.uk/politics/story/0,,2110067,00.html - 45k -
Cached - Similar pages

Chase me ladies, **I'm** in the cavalry
Urgent! Please send 300 kilos of white mice. No time to explain.
chasemeladies.blogspot.com/ - 60k - Jul 1, 2007 - Cached - Similar pages


YouTube - Amy Winehouse -You Know **I'm** No Good
Amy Winehouse -You Know **I'm** No Good **....** The DL - Amy **...**
➕ Watch video - 4min - ★★★★★
www.youtube.com/watch?v=HFVM5pVTwkM


YouTube - **I'm** Steve Jobs - WWDC 07
The introduction video to Apple's WWDC 2007 with "PC"
posing **...**
➕ Watch video - 2min - ★★★★½
www.youtube.com/watch?v=Bf5qZrFfQFg

Remote Access Software & Remote Control Software - **I'm** InTouch **...**
File Management : Open a remote control session & choose File Transfer from the **I'm**
InTouch toolbar. Choose the files to transfer. **...**
www.01com.com/ - 24k - Cached - Similar pages

**Previous**  1  2  3  **4**  5  6  7  8  9  10 11 12 13    **Next**

---

[i'm]  [Search]

Search within results | Language Tools | Search Tips

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Video  News  Maps  Gmail  more ▼                                                                                     Sign in

Google

[i'm]                    [Search]    Advanced Search
                                     Preferences

---

Web                                                            Results **41** - **50** of about **902,000,000** for **i'm** [definition]. (0.05 seconds)

**I'm** Blue, updated Tuesdays and Fridays without fail.
Highlights the trials, tribulations and comedy of the main character Blue Veers, and her friends Celia, Derec, Tyger, Max, and Duo.
www.blue-comic.com/ - 24k - Cached - Similar pages

I Am Bored - Sites for when you're bored.
Are you bored? I-Am-Bored.com lists places to go when you are feeling bored.
www.i-am-bored.com/ - 82k - Jul 2, 2007 - Cached - Similar pages

**I'm** Too Young For This! : A Place For Young Adults Affected By Cancer
**I'm** Too Young For This! : A Place For Young Adults Affected By Cancer.
imtooyoungforthis.org/ - 32k - Cached - Similar pages

Lance Bass: **I'm** Gay - Lance Bass : People.com
The onetime 'N Sync heartthrob says he's "more liberated and happy" than he's ever been.
www.people.com/people/article/0,26334,1219142,00.html - Jul 1, 2007 - Similar pages

BBC SPORT | Motorsport | **I'm** as good as Lewis - Coulthard
David Coulthard says he could match Lewis Hamilton if he had a better car.
news.bbc.co.uk/sport1/hi/motorsport/6252424.stm - 30k - Cached - Similar pages

Home - **I'm** Organic
Plus, get **I'm** Organic™ coupons and news! **...** Wholesale | Contact Us | Shipping Info | Your Privacy | Terms **I'm** Organic Inc. © 2006 - Site by Gauge Studios **...**
www.imorganic.com/ - 31k - Cached - Similar pages

Bolton: **I'm** 'very worried' for Israel | Jerusalem Post
27, 2007 8:53 Bolton: **I'm** 'very worried' for Israel By DAVID HOROVITZ **....** 248. Yeah, John.. **I'm** worried too. Jhoffa_ - USA (06/28/2007 17:22) **...**
www.jpost.com/servlet/Satellite?cid=1182409649665&pagename=JPost%2FJPArticle%2FShowFull - 84k - Cached - Similar pages

Woman: **I'm** no music pirate - OregonLive.com
Woman: **I'm** no music pirate. Suit - A Beaverton mom says the record industry terrorized her with bogus claims. Wednesday, June 27, 2007. ASHBEL S. GREEN **...**
www.oregonlive.com/news/oregonian/
index.ssf?/base/news/1182914724179260.xml&coll=7 - 26k - Jul 1, 2007 -
Cached - Similar pages

katrina.im-ok.org - Hurricane Katrina "**I'm** OK" Registry
<p><a href="http://katrina.im-ok.org/"><img src="http://media.im-ok.
org/katrina/katrina_im-ok_80x15.gif" alt="Hurricane Katrina **I'm** OK Registry" **...**
katrina.im-ok.org/ - 7k - Cached - Similar pages

People Say **I'm** Crazy
People Say **I'm** Crazy - a documentary about living with schizophrenia.
www.peoplesayimcrazy.org/ - 12k - Cached - Similar pages

Previous    1  2  3  4  **5**  6  7  8  9  10 11 12 13 14    Next

[i'm]    [Search]

Search within results | Language Tools | Search Tips

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google