# Exhibit R

 Live Search

| i'm | 🔍 |

Sign in 🔧

Web | Images | News | Maps | Classifieds | More▾

i'm Page 1 of 136,852,654 results · Options · Advanced

Back to 

### i'm MAKING A DIFFERENCE
This website requires Adobe Flash Player 6 or above. Upgrade your version of Flash and then return to this page and hit "Refresh".
im.live.com/Messenger/IM/Home · Cached page

### Amazon.com: M.I.A.M.I.: Music: Pitbull
Dammit Man" is also pretty decent, although I'm not exactly sure why it's censored. It's too bad that Oobie (the female singer that seems to show up on all rap albums that nobody has) doesn't impress …
www.amazon.com/M-I-M-I-Pitbull/dp/B0002CHI60 · Cached page

### I. M. Pei - Wikipedia, the free encyclopedia
Ieoh Ming Pei (: b. April 26, 1917), commonly known by his initials I. M. Pei, is a Pritzker Prize-winning architect, known as the last master of high modernist architecture. He works with the …
en.wikipedia.org/wiki/I.M._Pei · Cached page

#### i'm lovin' it - Wikipedia, the free encyclopedia
i'm lovin' it is an international branding campaign by McDonald's Corporation primarily aimed at people aged 15-24. It was the company's first global advertising campaign and was launched in Munich …
en.wikipedia.org/wiki/I%27m_lovin%27_it · Cached page
+ Show more results from en.wikipedia.org

### THE USED - I'M A FAKE LYRICS
I'M A Fake lyrics performed by The Used … Small, simple, safe price. Rise the wake and carry me with all of my regrets. This is not a small cut …
www.sing365.com/music/Lyric.nsf/I'm-A-Fake-lyrics-The-Used/D35134C61576323E48256EFE000AF3F… · 7/1/2007 · Cached page

#### EMINEM - WHEN I'M GONE LYRICS
When I'm Gone lyrics performed by Eminem … Intro] I remember the first time I came here, it's been a rough six years, and I'm just happy to not …
www.sing365.com/music/lyric.nsf/When-I'm-Gone-lyrics-Eminem/C5BFE116DD270E59482570B3002B8F… · Cached page
+ Show more results from www.sing365.com

### R. KELLY - I'M A FLIRT LYRICS
R. Kelly I'm A Flirt lyrics … feat. T.I. & T-Pain) [Chorus: R.Kelly] I'M A, I'm A, I'm A, I'm A Flirt Soon As I See Her Walk Up In …
www.metrolyrics.com/im-a-flirt-lyrics-r-kelly.html · 7/2/2007 · Cached page

#### JASON MRAZ - I'M YOURS LYRICS
Jason Mraz I'm yours lyrics … Well you done done me and you bet I felt it I tried to be chill but you're so hot that I melted
www.metrolyrics.com/lyrics/1097559300/Jason_Mraz/I'm_yours · 7/1/2007 · Cached page
+ Show more results from www.metrolyrics.com

### Where I'm From Poem
Where I'm From" Poem Assignment . Professional Poet's Exemplar. Where I'm From by George Ella Lyon I am from clothespins, from Clorox and carbon tetrachloride.

**H.I.M.**

H.I.M. community page where all media tagged H.I.M. including photos, videos and journals is … HIM Scandinavia is the land of the midnight sun, and -- as the dark syren calls of HIM remind us …

www.buzznet.com/tags/him  ·  7/1/2007  ·  Cached page

Didn't find an answer? Ask a real person on Live QnA.

Prev   1   2   3   4   5   Next

**Related searches:**

M I **L** F

M I **Homes**

I M **Pei**

M I **Hummel**

**B5dafivep** I M **PS**

I M **Mohsin**

I M **Singh**

M I **Swaco**

SPONSORED SITES

**I On**

Looking for I On? Find exactly what you want today.

www.ebay.com

**I'm With at Amazon.com**

Save up to 35% on top DVDs. Qualified orders over $25 ship free.

amazon.com

See your message here…

**Learn more** about the new Live Search.

i'm

© 2007 Microsoft    Trademarks  |  Privacy  |  Legal  |  For Site Owners

Account Central  |  Account  |  Feedback

 Live Search

 i'm [🔍]

Sign in 

| **Web** | Images | News | Maps | Classifieds | More▾ |

**i'm** Page 2 of 136,852,654 results · Options · Advanced

Back to 

### because I'm paradoxical
Mother of the cows … I'm gonna be working 'till 1.30 a.m four times next week!!111 Waoweeah … My manager just called and told me to work tomorrow night.
suemefordreaming.blogspot.com · Cached page

### YouTube - Maybe I'm Amazed
Actual Video for Maybe I'm Amazed … Hello, you either have JavaScript turned off or an old version of Macromedia's Flash Player. Get the …
www.youtube.com/watch?v=SEdiGC-ZNiU · Cached page

> #### YouTube - I'm with you - Avril Lavigne
> I'm Standing on a bridge I'm waiting in the dark I thought that you'd be here by now Theres nothing … Hello, you either have JavaScript turned off or an old version of Macromedia's Flash Player. Get …
> www.youtube.com/watch?v=R9Z26Pn0lmk · 7/2/2007 · Cached page
> +Show more results from www.youtube.com

### I'm a Senoir Citizen
Please scroll down a ways then it will scroll alone. I'm a SENIOR CITIZEN I'm usually interested in going home before I get to where I am going. I'm good on a trip for at least an hour without my …
www.llerrah.com/seniorcitizen.htm · Cached page

### I'M A FLIRT (REMIX) Lyrics - by R KELLY from album DOUBLE UP (2007 …
Words Lyrics of the song I'M A FLIRT (REMIX) By R KELLY from the album DOUBLE UP (2007) Info: "I'M A FLIRT (REMIX)" Lyrics (by R KELLY from the album DOUBLE UP (2007)
www.lyricsandsongs.com/song/306389.html · Cached page

### I'M Instant Media - The Leader in Internet TV
The Instant Media platform is built on patent-pending caching technology that delivers professional video. Unlike other video solutions that utilize streaming technologies, I'M excels at delivering …
www.im.com · 7/2/2007 · Cached page

### A.I.M. - Marvel Universe: The definitive online source for Marvel …
A.I.M. (Advanced Idea Mechanics) is an organization of brilliant scientists and their hirelings dedicated to the acquisition of power and the overthrow of all government by technological means.
www.marvel.com/universe/A.I.M. · Cached page

### poem
So what if I'm different and don't act like them? I'm not going to change and be someone I'm not. I like who I am, and I'm all that I've got!
www.gigglepoetry.com/poem.aspx?PoemID=46&CategoryID=8 · Cached page

### I'm Going to… Weight Watchers U"
Come see what Weight Watchers Meetings are all about. There's no cost, no obligation. Learn More
www.weightwatchers.com/util/art/index_art.aspx?tabnum=1&art_id=39271 · Cached page

### I'm Alone Charters
Offers three or four-day fishing trips to Chandeleur or Breton Island or Louisiana Marsh. Includes a typical day, a menu, the Captain's Corner, recent trips, and contact information.
www.imalonecharters.com · Cached page

**Related searches:**

M I **L F**

M I **Homes**

I M **Pei**

M I **Hummel**

B5dafivep I M **PS**

I M **Mohsin**

I M **Singh**

M I **Swaco**

Didn't find an answer? Ask a real person on Live QnA.

Prev   1  2  3  4  5  6   Next

**Learn more** about the new Live Search.

i'm

© 2007 Microsoft    Trademarks  |  Privacy  |  Legal  |  For Site Owners

Help Central  |  Account  |  Feedback

 Live Search

 i'm

Sign in 

| Web | Images | News | Maps | Classifieds | More▾ |

i'm Page 3 of 136,852,654 results · Options · Advanced



**I'm shaped liked SpongeBob! - Smart Fitness - MSNBC.com**
What are the best exercises if you're shaped like SpongeBob SquarePants? Or have scrawny chicken legs … **I'm** shaped liked SpongeBob! Exercise strategies to work out odd body-shape woes
www.msnbc.msn.com/id/18042863 · Cached page

**I'm Somebody's Mother?**
The musings of a mom whose purse somehow suddenly went from Prada to Petunia Pickle Bottom
www.rumymother.blogspot.com · 7/2/2007 · Cached page

**I'm Still in Japan**
For reasons I can't quite articulate, **I'm** still kicking around Japan, scraping together a life from restaurant work, translating, English teacher jobs and sheer luck.
jamieabroad.blogspot.com · Cached page

**Ian's Foods**
Contact FAQs Sitemap Privacy **I'm** a superfit kid © 2005. All rights reserved. **I'm** a superfit kid is a product of Ian's Natural Foods
www.imasuperfitkid.com · Cached page

**I._M. Pei - Great Buildings Online**
Biography and works of the modern architect from Great Buildings Online.
www.greatbuildings.com/architects/I._M._Pei.html · Cached page

**Avril Lavigne I'm With You Lyrics (AllAvril.com)**
Lyrics: **I'm** With You, Avril Lavigne. Find these lyrics and more by Avril here!
www.allavril.com/ImWith.shtml · Cached page

**I'M --- Image Management --- Athens Greece**
Designed & Hosted by Up2U
www.i-m.gr · Cached page

**THE USED LYRICS - I'm A Fake**
THE USED LYRICS "**I'm** A Fake" [Spoken:] Small, simple, safe price Rise the wake and carry me with all of my regrets This is not a small cut that scabs, and dries, and flakes, and heals
www.azlyrics.com/lyrics/used/imafake.html · Cached page

**I'm Sorry Greeting Cards**
There is only one happiness in life: to love and be loved. © Copyright 1LoveCards.com All rights reserved.
www.1lovecards.com/cards/sorry.shtml · Cached page

**H.I.M. MP3 Downloads - H.I.M. Music Downloads - H.I.M. Music Videos**
H.I.M. MP3 Downloads - MP3.com offers legal H.I.M. music downloads as well as all of your favorite H … After forming in Finland in 1995, H.I.M. (or His Infernal Majesty) set out on the path of goth …
www.mp3.com/artist/him1/summary · Cached page

Didn't find an answer? Ask a real person on Live QnA.

**Related searches:**
M I L F
M I Homes
I M Pei
M I Hummel
B5dafivep I M PS
I M Mohsin
I M Singh
M I Swaco

Back to msn

**Learn more** about the new Live
Search.

i'm

© 2007 Microsoft   Trademarks  |  Privacy  |  Legal  |  For Site Owners

Help Central  |  Account  |  Feedback

 Live Search

i'm                                               🔍

Sign in

| Web | Images | News | Maps | Classifieds | More▼ |

i'm  Page 4 of 136,852,654 results  ·  Options  ·  Advanced

 Back to msn

### I'm A Senior Citizen! - Best Humor from the Net from Humorama!
**I'm** A Senior Citizen - senior citizen humor about the getting older, joys of aging, I fall to pieces … **I'm** the life of the party… even when it lasts 'till 8pm. **I'm** very good at opening childproof …
www.dobhran.com/humor/GRhumor420.htm  ·  Cached page

### I'm an Organizing Junkie!
Welcome! **I'm** glad you found me. **I'm** Laura, the resident "freak" with a crazy passion for organizing! I am a SAH mom to three kids (girl 10, boys 7 and 1)
www.orgjunkie.blogspot.com  ·  Cached page

### I'm Bringing Ugly Back
Those veins in might scare some of you way, but not me. I look at the second picture, and any reservations I might have for her just go way. Jamie Eason is sexy as hell. Click here for more of her …
uglyback.wordpress.com  ·  7/2/2007  ·  Cached page

### I'm Just Here For The Fruit… - Jungleray
**I'm** Just Here For The Fruit… - Jungleray … Name: Sarah . Birthday: 09/10/1971. Gender: Female. City: DC metro. State: Virginia. Country:
jungleray.blogster.com  ·  Cached page

### I'm Betting On The Redd
As a professional gambler Max Redd has been making a living for more than 10 years by betting on horse racing. Today, he also helps the members of his Redd Racing betting advisory service to make …
maxredd.blogspot.com  ·  Cached page

### I'm Mad and I Eat
These nectarine segments have been outdoors less than 24 hours now, and they are clearly drying, not rotting. This picture is taken through the mesh of the white garment-washing bag, and I used the …
madeater.blogspot.com  ·  Cached page

### I'm Easy
It's not my way to love you just when no one's looking It's not my way to take your hand if **I'm** not sure It's not my way to let you see What's going on inside of me
solosong.net/easy.html  ·  Cached page

### I'm Tom Cruise, and I'm in LOVE!!!
**I'm** Tom Cruise, and **I'm** in LOVE!!! This is a blog to show just how much I love Katie, and just how much we both love living life together, and being awesome, and believing in Scientology!
tomcruiseblog.blogspot.com  ·  Cached page

### I'm A King Bee | Grateful Dead
**I'm** a king bee baby, buzzing around your hive **I'm** a king bee baby, buzzing around your hive Yeah I can make honey baby, let me come inside. Well **I'm** a king bee, want you to be my queen
www.dead.net/node/67  ·  7/1/2007  ·  Cached page

### I'm Not Obsessed
**I'm** Not Obsessed is a celebrity gossip website that focuses on pop culture news and paparazzi photos … Forget about the House of Blues ! Britney Spears is officially on tour with some real rockers …
www.imnotobsessed.com/index.php  ·  Cached page

**Related searches:**

M I L F

M I Homes

I M Pei

M I Hummel

B5dafivep I M PS

I M Mohsin

I M Singh

M I Swaco

Case 4:07-cv-02639-SBA     Document 40-8     Filed 07/03/2007     Page 9 of 11



Didn't find an answer? Ask a real person on Live QnA.

Prev    1  2  3  **4**  5  6  7  8    Next

**Learn more** about the new Live
Search.

i'm

© 2007 Microsoft    Trademarks  |  Privacy  |  Legal  |  For Site Owners

Help Central  |  Account  |  Feedback

 Live Search



Sign in 

| Web | Images | News | Maps | Classifieds | More▾ |

i'm Page 5 of 136,852,654 results · Options · Advanced

Back to msn

**I'm Learning To Share!**
Time for a little Show & Tell, 'cuz all that neat stuff is no fun if you keep it to yourself.
learning2share.blogspot.com · Cached page

**Company and Fund Index - M - Yahoo! Finance**
Company and Fund Index - Search over 30,000 listed companies or funds by alphabetical order and view their quote profiles, news, message boards and research reports.
biz.yahoo.com/i/m_.html · Cached page

**I'm A Flirt' Remix feat. T.I. & T-Pain | Musicbox: Powered by Sony …**
3065 users have added 'I'm A Flirt' Remix feat. T.I. & T-Pain to their favorites
musicbox.sonybmg.com/r_kelly/im_a_flirt · 7/1/2007 · Cached page

**I'm a Pundit Too**
I'm a Pundit Too I know you don't wanna hear me cryin', An I know you don't wanna hear me deny, That your satisfaction lies in your ILLUSIONS, But your delusions are yours and not mine, We take …
thenewpundit.blogspot.com · Cached page

**I'm Not Obsessed**
I'm Not Obsessed is a celebrity gossip website that focuses on pop culture news and paparazzi photos … Gwyneth Paltrow was photographed making her way around town in her brand new pair of crutches …
www.imnotobsessed.com/page/2 · Cached page

**I'M --- Image Management --- Athens Greece**
Our website has been updated to ensure your best possible navigation into the "I'M" world. Please be patient as there are several parts still under contruction and in the process of being …
www.i-m.gr/home.php · Cached page

**I'm From the Government. I'm Here to Help."**
In-depth and behind-the-scenes views from Jesse White, State Representative for the 46th District of Pennsylvania
jessewhite.blogspot.com · Cached page

**I.M.Pei**
Bartholomew County Public Library 536 Fifth Street Columbus IN 47201 (812) 379-1255 I.M. Pei - Architect of the Cleo Rogers Memorial Library
www.barth.lib.in.us/IMPei.html · Cached page

**M.I.L.F. tracker**
hi, i'm gary. nice to track you, er, i mean nice to meet you. jacksonville sometimes the sauce is sweeter than the batter. dallas there's plenty of gary for the both of you!
www.milftracker.net · Cached page

**Lovingyou.com: I'm Sorry eCards**
A collection of love, romance and relationships resources including advice, poetry, quotes … view larger. Another Chance Greeting: Love takes two to make it work. I'm sorry if I haven't been doing …
cards.lovingyou.com/gallery.cgi?mdb=gallery&cat=rdysorry · Cached page

Didn't find an answer? Ask a real person on Live QnA.

**Related searches:**
M I L F
M I Homes
I M Pei
M I Hummel
B5dafivep I M PS
I M Mohsin
I M Singh
M I Swaco

Prev | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Next

**Learn more** about the new Live Search.

i'm

© 2007 Microsoft    Trademarks  |  Privacy  |  Legal  |  For Site Owners

Help Central  |  Account  |  Feedback