# Exhibit S

i'm - Yahoo! Search Results Page 1 of 2

Yahoo! My Yahoo! Mail Welcome, **Guest** [Sign In] Help

YAHOO! SEARCH

**Web** | Images | Video | Local | Shopping | **more »**

i'm Search Advanced Search

Search Results

1 - 10 of about 929,000,000 for **i ' m** - 0.23 sec. (About this page

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

1. **i'm** MAKING A DIFFERENCE
... conversation using **i'm**, Microsoft shares a portion of the program's advertising ... by adding a Windows Live Messenger **i'm** initiative button to your Web site or ...
**im.live.com**/Messenger/IM/Home - 21k - Cached

2. **i'm** MAKING A DIFFERENCE
Keep having **i'm** conversations so you can keep funding the cause doing the work ... time you start a conversation using **i'm**, Microsoft shares a portion of the ...
**im.live.com**/Messenger/IM/About - 19k - Cached

3. Target Official Site | **I'm** Sorry That Sometimes **I'm** Mean [CD]
Shop for **I'm** Sorry That Sometimes **I'm** Mean at Target. Choose from a wide range of Music. Expect More, Pay Less at Target.com
www.**target.com**/gp/product/B0007M7O1O - 61k

4. Avril Lavigne **I'm** With You Lyrics (AllAvril.com)
Lyrics: **I'm** With You, Avril Lavigne. Find these lyrics and more by Avril here! ... **I'm** listening but theres no sound. Isn't anyone tryin to find me? ...
www.**allavril.com**/ImWith.shtml - 15k - Cached

5. Shop for Wines from **I'M** at Wine.com
Buy wines from **I'M** at Wine.com. Read winemaker's notes, customer reviews and professional ratings on wines from this winery.
**wine.com**/search/search_results.asp?N=0&Ne=4+1+9+5+6+7+15+8978&...

6. I Don't Know Why...i Guess **I'm** Shy - SHOP.COM
Shop for I Don't Know Why...i Guess **I'm** Shy at Shop.com. ... 9.65 - sammy samson can't say hello, not even to his friendly neighbors ...
www.**shop.com**/op/aprod-p53868102

7. Look **I'm** Dancing. - the Stationery Studio
Shop for look **i'm** dancing.s at The Stationery Studio. Affordable personalized stationery, notecards, printed napkins, invitations, moving cards, birth announcements...
**thestationerystudio.com**/index.cfm/fuseaction/.../Look_Im_Dancing!.html

8. **I'm** Ntoo Cuttin - Kansas City, MO : Citysearch.com
Get details on **I'm** Ntoo Cuttin - Kansas City, MO, at Citysearch - over 1 million user reviews & editorials about local businesses.
www.**citysearch.com**/profile/37358810

9. **I'm** Wanted - Compare Prices
Buy Music and CDs online. Compare prices on **I'm** Wanted at Shopzilla.
www.**shopzilla.com**/12--**I_M**_Wanted_-_cat_id--5201__prod_id--1118086 - 61k

10. **I'm** Alive in Web Cameras at Shopping.com
Find **I'm** Alive stores, compare **I'm** Alive prices. Shopping.com helps shoppers find, compare, and buy anything in just seconds
www.**shopping.com**/xGS-**I'M**_Alive

SPONSOR RESULTS

**I'm** with You Ringtone
Download a Complimentary **I'm** with you ringtone Instantly.
www.**HipTunez.com**

**I M** Ringtone
Download A Complimentary **i m** Ringtone Instantly.
www.**CellyTonez.com**

Mortgages - Banks Compete
$425,000 For Only $1,417/Month or $200,000 for Only $667/Month.
www.**LendingTree.com**

**I'm** With You at Amazon.com
Low prices on new & used music. Qualified orders over $25 ship free.
**Amazon.com**/music

**I M.**
Looking for **i m**.? Find exactly what you want today.
www.**eBay.com**

**I M** with You
Enjoy Savings & Selection On **I m** with you.
www.**Shopzilla.com**

Aaron Carter Ringtones
Get **I'm** All About You ringtones by Aaron Carter instantly.
www.**getphonetones.com**

**I M**
Find and Compare prices on **i m** at Smarter.com.
www.**smarter.com**

See your message here...

http://search.yahoo.com/search?p=i%27m&fr=yfp-t-471&toggle=1&cop=mss&ei=UTF-8 7/3/2007

- **I'm** with You Ringtone
  www.**HipTunez.com** - Download a Complimentary **I'm** with you ringtone Instantly.
- **I M** Ringtone
  www.**CellyTonez.com** - Download A Complimentary **i m** Ringtone Instantly.

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

**1** 2 3 4 5 6 7 8 9 10 **Next**

i'm Search

Search Faster **-Get Yahoo! Toolbar Now**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

i'm - Yahoo! Search Results Page 1 of 2

Yahoo! My Yahoo! Mail Welcome, **Guest** [Sign In] Help

**Web** | Images | Video | Local | Shopping | **more »**

YAHOO! SEARCH i'm Search Advanced Search

**Search Results**

11 - 20 of about 929,000,000 for **i ' m** - 0.38 sec. (About this page

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

11. Photos: Negril Gardens Beach Resort, Negril - TripAdvisor
Negril Gardens Beach Resort, Negril, Jamaica: **I'm** going back. - Visit TripAdvisor for 203 unbiased traveler reviews of Negril Gardens Beach Resort.
**tripadvisor.com**/ShowUserReviews-g147313-d151537-r6556160-Negril_Gar... - 111k

12. Circuit City | I Can't Help but Wonder Where **I'm** Bound
Buy I Can't Help but Wonder Where **I'm** Bound for $9.99 at Circuit City. Shop for more CDs at CircuitCity.com.
**circuitcity.com**/ccd/home.do?...&Key=432191&carriage=1123 - 37k

13. Computerworld Blogs | **I'm** not Smug or Complacent, Just Confident
Yeah, **I'm** a Mac user. And yes, my switch was mainly for security reasons. Having a friend who is a Unix programmer, I got the inside scoop years ago on Unix security...
www.**computerworld.com**/blogs/node/1597

14. Lumene Quick & Chic Nail Polish 20 **I'M** Losing You
Buy Lumene Quick & Chic Nail Polish 20 **I'M** Losing You online for $3.99 at CVS.com. Free shipping on orders $49 and over saves you time and money on all your health and
www.**cvs.com**/CVSApp/cvs/gateway/detail?prodid=341580

15. Celebrate Express : IAm One 1st Birthday Party Supplies - IAm One
**I'm** One Deluxe Pack - Includes 8 invitations, thank-you notes, dinner plates, dessert plates, cups, forks, spoons, napkins (2 per guest), tablecover, mylar balloon,
www.**celebrateexpress.com**/celebration/product.asp?sku=E2285 - 84k

16. **I'm** Not at CES: Day 2
Opinion: For an interesting look at the future of technology, try the North American International Auto Show.
www.**eweek.com**/article2/0,1759,2080925,00.asp

17. "**I'm** Amazed- Live" at YourMusic.com
Buy "**I'm** Amazed- Live" by The Brooklyn Tabernacle Choir and thousands of other CDs from YourMusic.com for only $6.99 each with free shipping. Choose your favorite ...
www.**yourmusic.com**/browse/album/103953.html - 51k

18. Buy "**I'm** Thrilled" Print from Art.com
Find this **I'm** Thrilled print and other great prints at Art.com. Shop Art.com for everyday discounts on over 100,000 wall posters & art prints.
www.**art.com**/asp/sp.asp?PD=10225365&RFID=346898&engine=sitematch

19. **I'm** Ready Product Info at eBay
Shop at eBay for **I'm** Ready and other Product Info - eBay - music. ... Campbell, Tevin (CD 1993) **I'm** Ready - Campbell, Tevin (CD) Best R&B WARNER BROS. ...
**product.ebay.com**/ws/product/ProductSaleSearch?... - 48k

20. **I'm** Free Memorial Frame from Personal Creations
Keep the memory of a loved one alive with our touching memorial frame. Displays a 3-1/2"x5" or 4"x6" photograph on one side and our heartwarming "**I'm** Free" poem on the...
www.**personalcreations.com**/x_e.asp?p=6954&WT.srch=1 - 19k

SPONSOR RESULTS

**I M** Ringtone
Download A Complimentary **i m** Ringtone Instantly.
www.**CellyTonez.com**

Mortgages - Banks Compete
$425,000 For Only $1,417/Month or $200,000 for Only $667/Month.
www.**LendingTree.com**

**I'm** With You at Amazon.com
Low prices on new & used music. Qualified orders over $25 ship free.
**Amazon.com**/music

**I M.**
Looking for **i m**.? Find exactly what you want today.
www.**eBay.com**

**I M** with You
Enjoy Savings & Selection On **I m** with you.
www.**Shopzilla.com**

Aaron Carter Ringtones
Get **I'm** All About You ringtones by Aaron Carter instantly.
www.**getphonetones.com**

**I M**
Find and Compare prices on **i m** at Smarter.com.
www.**smarter.com**

Buy **I M** Sheet Music
Find exactly what you want at Sheet Music Plus. Low prices. Shop now.
www.**sheetmusicplus.com**

See your message here...

SPONSOR RESULTS

http://search.yahoo.com/search?p=i%27m&ei=UTF-8&fr=yfp-t-471&xargs=12KPjg1ihSroGmmvmnEOOIMLrcmUsOkZ7Fo5h7DOV5CtdY6hNdE%2D... 7/3/2007

www.CellyTonez.com - Download A Complimentary **i m** Ringtone Instantly.

- Mortgages - Banks Compete
  www.LendingTree.com - $425,000 For Only $1,417/Month or $200,000 for Only $667/Month.

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

**Prev** 1 **2** 3 4 5 6 7 8 9 10 **Next**

i'm Search

Surf the web in safety- **Get Yahoo! Toolbar**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

i'm - Yahoo! Search Results Page 1 of 2

Yahoo! My Yahoo! Mail Welcome, **Guest** [Sign In] Help

YAHOO! SEARCH
Web | Images | Video | Local | Shopping | more »
i'm Search Advanced Search

Search Results

21 - 30 of about 929,000,000 for i ' m - 0.43 sec. (About this page

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

21. Sterling Silver **I'm** the Boss Charm
Sterling silver **I'm** the Boss CharmRemember, when you buy your beads and bead supplies from Artbeads.com, FREE SHIPPING is available in the USA with no minimum purchase
www.**artbeads.com**/charm161.html

22. Read Reviews on **I'm** Not Scared at Epinions.com
Epinions has the best comparison shopping information on **I'm** Not Scared. Compare prices from across the web and read reviews from other consumers on **I'm** Not
www.**epinions.com**/mvie_mu-1131680/display_~reviews - 50k

23. Whales & Friends: **I'm** In The Barn Wood Plaque
**I'm** In The Barn Wood Plaque - Find Jewelry, Clothing, Prints, T-shirts, Décor, Personalized Items and more. Whales & Friends Catalog: Order **I'm** In The Barn Wood...
www.**whalesdirect.com**/product.html?t_q=CL284 - 63k

24. Communique **I'm** Intouch V3.4 - NewEgg.com
Buy COMMUNIQUE **I'm** InTouch v3.4 for 76.99 and other Software at NewEgg.com.
www.**newegg.com**/Product/Product.asp?Item=N82E16832354002&ATT=32-354-002

25. VeggieTales: Where's God When **I'm** Scared DVD - AllAboardToys.com
Buy "VeggieTales: Where's God When **I'm** Scared DVD" and other great products at AllAboardToys.com. Check out our best toys for 2006 holiday season.
**allaboardtoys.com**/veggie_tales/videos__music/...

26. Just Enough Light for the Step **I'm** On Book of Prayers by Stormie Omart
Just Enough Light for the Step **I'm** On Book of Prayers by Stormie Omartian - In Stock now at Christianbook.com for $5.49
www.**christianbook.com**/Christian/Books/product?item_no=914668 - 13k

27. Why **I'm** Short Rediff - TheStreet.com
The Indian Internet company benefited from some after-market giddiness. Read this article and other financial news and analysis at TheStreet.com.
www.**thestreet.com**/_yahoopi/tech/internet/10264068.html

28. **I'm** Losing You - DVD, VHS at Yahoo! Shopping
Yahoo! Shopping is the best place to comparison shop for **I'm** Losing You - DVD, VHS. Compare products, compare prices, read reviews and merchant ratings.
**shopping.yahoo.com**/p:**I'm** Losing You:1800022460

29. Find in a Library: "**I'm** alone" case ...
English Book • Publisher: Washington, D.C. : United States G.P.O., 1931-35. ... Canada concerning the sinking of the "**I'm** alone," together with an Opinion of ...
**worldcat.org**/wcpa/ow/d940d8ea13ae2970a19afeb4da09e526.html

30. Ceo Kelly Mcneal Go Big Network: the Biggest For Startup Opportunities
Looking to invest in a bright, new start up company? Check out this opportunity in Brooklyn, New York. **I'm** 27 Years Old and Have Had Several Profitable Small...
**gobignetwork.com**/profiles/2a75372d-f2c2-4658-9c37-cfece4014f30.aspx

SPONSOR RESULTS

**I M.**
Looking for **i m**.? Find exactly what you want today.
www.**eBay.com**

**I M** with You
Enjoy Savings & Selection On **I m** with you.
www.**Shopzilla.com**

Aaron Carter Ringtones
Get **I'm** All About You ringtones by Aaron Carter instantly.
www.**getphonetones.com**

Find **I M** at Smarter.com
Compare prices on **i m** at Smarter.com.
www.**smarter.com**

Buy **I M** Sheet Music
Find exactly what you want at Sheet Music Plus. Low prices. Shop now.
www.**sheetmusicplus.com**

**I** Mi
Find, Compare and Buy Phones. Shop and Save from 1000's of Stores.
www.**Shopping.com**

tobyMac Ringtones
tobyMac Ringtones. Made Simple.
**BonusRingtones.fm**

**I** Mi
Shop & Save - Phones. Store Ratings, Consumer Reviews.
www.**Dealtime.com**

See your message here...

http://search.yahoo.com/search?p=i%27m&ei=UTF-8&fr=yfp-t-471&xargs=12KPjg14dSr4e9mvinEOOIMLrcmUsOkZ%2Dx8bo%5FXIR7GtYq8DtcV... 7/3/2007

- **I M**.
  www.**eBay.com** - Looking for **i m**.? Find exactly what you want today.
- **I M** with You
  www.**Shopzilla.com** - Enjoy Savings & Selection On **I m** with you.

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

**Prev** 1 2 **3** 4 5 6 7 8 9 10 **Next**

i'm Search

Search Faster **-Get Yahoo! Toolbar Now**

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

i'm - Yahoo! Search Results Page 1 of 2

Yahoo! My Yahoo! Mail Welcome, **Guest** [Sign In] Help

Web | Images | Video | Local | Shopping | more »

YAHOO! SEARCH i'm Search Advanced Search

Search Results

31 - 40 of about 929,000,000 for i ' m - 0.29 sec. (About this page

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

31. Barnes & Noble.com - **I'm** a Bluesman
Shop BN.com for a wide selection of music including: Country, Dance, Opera, World, Jazz, Latin, Pop and Rock. CD
**music.barnesandnoble.com**/search/product.asp?EAN=724359008127 - 59k

32. **I'm** Not Crazy **I'm** Vocalizing (CD Only) | Sam Ash
**I'm** Not Crazy **I'm** Vocalizing (CD Only) - Here is a CD that is just as effective in the car as the classroom. The eight fully orchestrated exercises are presented in
www.**samash.com**/catalog/showitem.asp?ItemID=60136

33. "**I'm** Not a Vampire - **I'm** a Professional Phlebotomist" Medical Humor
Scrubs & Medical Supply from AllHeart.com - A fun shirt for lab personnel. How many times a day does someone ask you this question? Now you can answer them before they...
www.**allheart.com**/mt203.html - 45k

34. **I'm** Sorry Flowers - FTD.COM
Find the perfect way to say you're sorry with FTD flowers and gifts. Send an I'm Sorry teddy bear, flowers or candies from FTD.
Quick Links: Cookies and Cakes - Roses
www.**ftd.com**/catalog/category.epl?index_id=occasion_imsorry - 63k

35. **I'm** Not Rappaport DVD (1996)
DVD Planet has thousands of titles like **I'm** Not Rappaport DVD (1996) and other Comedy DVDs for low, low prices. Buy **I'm** Not Rappaport DVD (1996) and other great DVDs...
www.**dvdplanet.com**/details.cfm?info=MCA025566 - 72k

36. **I'm** InTouch 5.6 | Office Depot
**I'm** InTouch 5.6. Taking care of you, Taking care of Business. Find what you need at Office Depot.
www.**officedepot.com**/ddSKU.do?level=SK&id=661070 - 65k

37. **I'm** Alone Charters, Pascagoula, MS - Yahoo! Travel
**I'm** Alone Charters, Pascagoula, MS: Find photos, descriptions, maps, and expert advice on things to do in Pascagoula, MS on Yahoo! Travel.
**travel.yahoo.com**/p-travelguide-2990954-**i_m**_alone_charters_pascagoula-i

38. **I'm** So Tan - Colchester, CT Tanning Salons @ YELLOWPAGES.COM
**I'm** So Tan - Tanning Salons in Colchester, CT. Get contact info, directions and more at YELLOWPAGES.COM
**yellowpages.com**/sp/moreinfo/index.jsp?listingId=51465770&id=51465770

39. Betsey Johnson Apparel - If You Think **I'm** Sexy Hoodie (Pink) at Zappos
Free Overnight Shipping - Free Overnight Shipping - Casual hoodie makes a statement with printed back. Reads "C'mon baby...let me know."; Zip closure. Front pockets. ...
www.**zappos.com**/n/p/dp/24323599/c/559.html

40. Complete Selection of **I'm** From Barcelona Ringtones
**I'm** From Barcelona tones are waiting to be downloaded at Thumbplay.com. Come and chose from thousands of ringtones.
**ringtones.thumbplay.com**/**I'm**-From-Barcelona-ringtones?pName=95a&... - 86k

SPONSOR RESULTS

**I M** with You
Enjoy Savings & Selection On **I m** with you.
www.**Shopzilla.com**

**I M**
Find and Compare prices on **i m** at Smarter.com.
www.**smarter.com**

Buy **I M** Sheet Music
Find exactly what you want at Sheet Music Plus. Low prices. Shop now.
www.**sheetmusicplus.com**

**I** Mi
Shop & Save - Phones. Store Ratings, Consumer Reviews.
www.**Shopping.com**

tobyMac Ringtones In 30 Seconds
All Ringtone Offers Are The Same. We Said It. Now Get Your Ringtones.
**BonusRingtones.fm**

**I** Mi
Shop & Save - Phones. Store Ratings, Consumer Reviews.
www.**Dealtime.com**

**I M** Ringtones
Get **i m** Ringtones. Takes just 30 seconds.
www.**ringtonesunlimited.info**

Refinance at 1.25%. Flex Payment Options
Refinance rates at 40-year lows. Calculate new payment. Save $1000s.
www.**MortgageSavingZone.com**

See your message here...

SPONSOR RESULTS

http://search.yahoo.com/search?p=i%27m&ei=UTF-8&fr=yfp-t-471&xargs=12KPjg12FSr4e9mvinEOOIMLrcmUsOkZ%2Dx8bo%5FXIR7GtYq8DtcV... 7/3/2007

www.**Shopzilla.com** - Enjoy Savings & Selection On **I m** with you.

- **I M**
  www.**smarter.com** - Find and Compare prices on **i m** at Smarter.com.

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

**Prev** 1 2 3 **4** 5 6 7 8 9 10 **Next**

i'm Search

**Get Yahoo! Toolbar** and search right from your browser

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

i'm - Yahoo! Search Results Page 1 of 2

Yahoo! My Yahoo! Mail Welcome, **Guest** [Sign In] Help

YAHOO! SEARCH
Web | Images | Video | Local | Shopping | more »
i'm Search Advanced Search

Search Results

41 - 50 of about 929,000,000 for **i ' m** - 0.41 sec. (About this page

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

41. **I'm** Cute/Cat-C At Gifts.com
Find the **I'm** Cute/cat-c Presents and other great Children's Clothing gifts at Gifts.com. Our gift ideas range from popular to unique items, including personalized gifts.
www.**gifts.com**/search/product?idealD=9718&prodID=101660 - 80k

42. **I'm** the One That I Want DVD at Netflix. Order Movies Online. DVDs...
DVD Rental - Only $4.99 a month. Free Trial. **I'm** the One That I Want and over 70,000 titles - fast and free DVD shipping. No Late Fees. Join over 6 million customers.
www.**netflix.com**/MovieDisplay?movieid=60001946 - 25k

43. Say It Loud - **I'm** Black and **I'm** Proud - Wikipedia, the free encyclopedia
... who respond to Brown's command of "Say it loud" with "**I'm** black and **I'm** proud! ... List of songs that sample "Say It Loud - **I'm** Black and **I'm** Proud" ...
**en.wikipedia.org**/wiki/Say_It_Loud_-_**I'm**_Black_and_**I'm**_Proud - 25k - Cached

44. **I'm** Real/**I'm** Real (Murder Remix) - Wikipedia, the free encyclopedia
The music video for "**I'm** Real" (Murder Remix) won an MTV Video Music Award in ... Gotti, who produced the remix of "**I'm** Real", openly admitted during an interview ...
Quick Links: Controversy - Charts - Chart trajectories
**en.wikipedia.org**/wiki/**I'm**_Real/**I'm**_Real_(Murder_Remix) - 40k - Cached

45. Big Brother Shirts-Big Brother T-shirts-Big Brother Tee Shirts!
... big brother sweatshirts-**I'm** Going To Be A Big Brother shirts-**I'm** Going To Be A ... Big Brother Shirts, **I'm** The Big Brother Shirts, Personalized Big Brother T-Shirts! ...
www.**cookiebabyinc.com**/big_sis_big_bro/btshirt.html - 206k

46. Big Sister Shirts, Big Sister T-shirts, Big Sister Tee Shirts!
... sister t-shirts, big sister tee shirts, **I'm** going to be a big sister, ... **I'm** The Big Sister Shirts, Personalized Big Sister T-Shirts! ...
www.**cookiebabyinc.com**/big_sis_big_bro/gtshirts.html - 68k

47. Buy **I'm** A Fool DVD At CCVideo.com
Buy classic films on DVD and hard to find titles from Critics' Choice massive catalog of unique movie selections. Find **I'm** A Fool DVD and other Drama DVD's.
www.**ccvideo.com**/item.cfm?itemid=MON325202 - 17k

48. **I'm** Ok, You're - AllBusiness.com
Metallgesellschaft ltd. Metallgesellschaft london held a jan. 6 briefing withrepresentatives from the london metal exchange and london clearing houseto reassure them.
www.**allbusiness.com**/specialty-businesses/427372-1.html

49. Pekka Airaksinen - Madam, **I'm** Adam
Dustedmagazine.com review of the album Madam, **I'm** Adam by Pekka Airaksinen. Written by Matt Wellins
www.**dustedmagazine.com**/reviews/1601

50. **I'M** The Reason Lacrosse T-Shirt | Lacrosse.com
Get a Free $10 Gift Card w/ Purchase of select Brine, STX, & Warrior gear. Buy your **I'M** The Reason Lacrosse T-Shirt & other Utopia Sport lacrosse gear at...

SPONSOR RESULTS

Buy **I M** Sheet Music
Find exactly what you want at Sheet Music Plus. Low prices. Shop now.
www.**sheetmusicplus.com**

**I** Mi
Shop for Phones. Compare & Buy from 1000's of Stores.
www.**Shopping.com**

tobyMac Ringtones In 30 Seconds
We've Got tobyMac Ringtones. Get Complimentary Ringtones Now.
**BonusRingtones.fm**

**I** Mi
Shop & Save - Phones. Store Ratings, Consumer Reviews.
www.**Dealtime.com**

**I M** Ringtones
Get **i m** Ringtones. Takes just 30 seconds.
www.**ringtonesunlimited.info**

Refinance at 1.25%. Flex Payment Options
Refinance rates at 40-year lows. Calculate new payment. Save $1000s.
www.**MortgageSavingZone.com**

Ingram Micro Inc (**IM**) : Info
Go to Hoover's for information on operations and products,...
www.**hoovers.com**

For You And **I** Ringtone
Get A For You And **I** Complimentary Real Music Ringtone.
www.**find-real-tones.com**

See your message here...

http://search.yahoo.com/search?p=i%27m&ei=UTF-8&fr=yfp-t-471&xargs=12KPjg1MNSr4e9mvinEOOIMLrcmUsOkZ%2Dx8bo%5FXIR7GtYq8Dtc... 7/3/2007

SPONSOR RESULTS

- Buy **I M** Sheet Music
  www.**sheetmusicplus.com** - Find exactly what you want at Sheet Music Plus. Low prices. Shop now.
- **I** Mi
  www.**Shopping.com** - Shop for Phones. Compare & Buy from 1000's of Stores.

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

Prev 1 2 3 4 **5** 6 7 8 9 10 Next

i'm Search

New on Y! Search: See stores that offer faster and safer checkout through PayPal. Learn more

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! My Yahoo! Mail Welcome, **Guest** [Sign In] Help

YAHOO! SEARCH

**Web** | Images | Video | Local | Shopping | **more »**

i'm Search Advanced Search

**Search Results**

51 - 60 of about 929,000,000 for **i ' m** - 0.29 sec. (About this page

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

51. **I'm** Not Sally Downloads on Rhapsody
**I'm** Not Sally Downloads - Sign up now for a Free 14 Day Trial and get unrestricted legal access to the entire 1,272,320 song Rhapsody catalog. Download, listen and...
www.**real.com**/dmm/rhapsody/artist/?artistid=6877077

52. Adorable Originals **I'm** The Baby Sister Romper - 12 Months
BabyUniverse has **I'm** The Baby Sister Romper - 12 Months from Adorable Originals and other Rompers for your baby. Also find Strollers, Car Seats, Bedding, Toys and more.
www.**babyuniverse.com**/pro.asp?id=80761

53. Quot;in Dog Years **I'm** Deadquot; Tshirt | ChimpFeet.com
ChimpFeet.com offers Quot;in Dog Years **I'm** Deadquot; Tshirt along with other Gifts for Pets and Pet Lovers.
www.**chimpfeet.com**/details.htm?id=3430&source=voltagecom

54. **I'm** Not Fat Dog T-Shirt | Wrapables.com
Justify your pooch's eating habits with our **I'm** Not Fat Dog T-Shirts! These adorable brown t-shirts have text across the back that reads, "**I'm** Not Fat...Just Fluffy!
www.**wrapables.com**/jsp/ProductDetail.jsp?ProductCode=C54839<query>

55. "**I'M** BO$$Y" Studded Tee - FashionBug.com
Find "**I'M** BO$$Y" Studded Tee at Fashion Bug - fun, fashionable and affordable styles for women of all ages.
**fashionbug.charmingshoppes.com**/pagebuilder/...&item=1069616&pagesize=3 - 69k

56. "I'll Sleep When **I'm** Dead" on DVD
Find "I'll Sleep When **I'm** Dead" on DVD, Join And Get 5 DVDs Of Your Choice For 49¢ Each. (Official Site). Harsh, gritty tale of the British underworld centering
**dvd-movies.columbiahouse.com**/itemId=1742850-dvd - 33k

57. Solo **I'm** On Your Side
Solo **I'm** On Your Side
**h71016.www7.hp.com**/dstore/sp_main.asp?HPURL=Y&...?sku=3287614

58. **I'm** Asian little girl. I like to talk about sex, but what do you like?
Hell, I don't know what to start with... What is yor favorite position? I like 69. Why? Hmm. You can gues why? :) Do you? ...
**camcontacts.net**/othercamsimilar.php?cn=CruellaDevil&ref=1370442&t=2178

59. Deep Discount Has Volcano, **I'm** Still Excited!!'s Volcano, **I'm**...
Buy it for $9.97 with free shipping. Deep Discount has 1000's of Rock & Pop CDs, from Volcano, **I'm** Still Excited.. and other top artists at low prices.
www.**deepdiscount.com**/viewproduct.htm?productId=5846488 - 114k

60. **I'm** Alan Partridge: Series 1 [2 Discs] - DVD at BestBuy.com
**I'm** Alan Partridge: Series 1 [2 Discs] - DVD - Includes:**I'm** Alan Partridge: A Room With an Alan (1997)**I'm** Alan Partridge: Alan Attraction (1997)**I'm** Alan Partridge:
www.**bestbuy.com**/site/olspage.jsp?id=1555604&skuId=8001609&type=product

SPONSOR RESULTS

tobyMac Ringtones In 30 Seconds
We've Got tobyMac Ringtones. Get Complimentary Ringtones Now.
**BonusRingtones.fm**

**I** Mi
Shop & Save - Phones. Store Ratings, Consumer Reviews.
www.**Dealtime.com**

**I M** Ringtones
Get **i m** Ringtones. Takes just 30 seconds.
www.**ringtonesunlimited.info**

Refinance at 1.25%. Flex Payment Options
Refinance rates at 40-year lows. Calculate new payment. Save $1000s.
www.**MortgageSavingZone.com**

**IM** Quotes, Charts & More
Get investors' predictions on **IM** for tomorrow's market.
www.**PredictWallStreet.com**

Ingram Micro Inc (**IM**) : Info
Go to Hoover's for information on operations and products,...
www.**hoovers.com**

For You And **I** Ringtone
Get A For You And **I** Complimentary Real Music Ringtone.
www.**find-real-tones.com**

Free **Im Im**
Join for Absolutely Free with no obligations to use our Webcam **im**.
www.**be2.net**

See your message here...

SPONSOR RESULTS

- tobyMac Ringtones In 30 Seconds

- **I** Mi
  www.**Dealtime.com** - Shop & Save - Phones. Store Ratings, Consumer Reviews.

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

**Prev** 1 2 3 4 5 **6** 7 8 9 10 **Next**

i'm Search

New on Y! Search: See stores that offer faster and safer checkout through PayPal. Learn more

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

i'm - Yahoo! Search Results Page 1 of 2

Yahoo! My Yahoo! Mail Welcome, **Guest** [Sign In] Help

YAHOO! SEARCH

Web | Images | Video | Local | Shopping | more »

i'm Search Advanced Search

Search Results

61 - 70 of about 929,000,000 for i ' m - 0.42 sec. (About this page

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

61. Find **I'm** From Barcelona Tickets in Brooklyn. Tickets in Brooklyn at...
**I'm** From Barcelona Tickets in Brooklyn. Act now & get your tickets before they sell out!
**theticketprofessionals.com**/...?event=I'm+From+Barcelona&venid=Southpaw

62. Big Sister T-shirts-Big Brother T-shirts-Big Cousin T-Shirts!
... t-shirts-big brother t-shirts-**I'm** going to be a big sister-**I'm** going to be a big ... Sister T-Shirts, Personalized Big Sister Shirts, **I'm** Going to Be A Big Sister! ...
www.**babygiftspersonalized.com**/big_brother_big_sister/index.htm - 33k

63. **I'm** Busy - Magnet | AllPosters.com
Find Magnet - **I'm** Busy at AllPosters.com. As World's largest poster & print store, we are dedicated to bringing you only the best. Track your orders online!
www.**allposters.com**/gallery.asp?apnum=2079086 - 85k

64. TrouserPress.com : **I'm** So Hollow
Trouser Press discography and critical career overview of **I'm** So Hollow ... This moderately unpleasant new-dance quartet from Sheffield has two awful ...
www.**trouserpress.com**/entry.php?a=im_so_hollow

65. **I'm** An Angel Sonogram Frames
Shop online for **I'm** An Angel Sonogram Frames and other Baby Art at CradleandAllUSA. We carry furnishings for your baby or child.
www.**cradleandallusa.net**/product_info.php?cPath=38_40&products_id=14

66. Sears Roebuck and Co. **I'M** Alright - Messina,Jo Dee
**I'M** Alright - Messina,Jo Dee... $7.99 In Stock?: yes
**sears.com**/sr/javasr/entry.do?sid=IOx20050719x0000001&pid=05810320000

67. Why **I'm** Against Net Neutrality
Congress should stay out of this fracas between telecom giants and Internet companies.
www.**baselinemag.com**/article2/0,1397,2012719,00.asp

68. **I'm** A Mark Martin Fan Coloring Shirt at SportsKids.com
Show Your Colors, Kids Coloring Shirt. Shirt is individually packaged with crayons and are ready for the kids to open and color their very own one of a kind driver...
**sportskids.com**/superstore/Apparel/Nascar/Martin_+Mark/p/346968.html

69. VoiceTech **I'm** Vocalizing 2 (CD & Warm Up Kit) | Sam Ash
VoiceTech **I'm** Vocalizing 2 (CD & Warm Up Kit) - If you have previously exercised with Im Not Crazy, Im Vocalizing!, you'll be sure to find this new edition even more
www.**samash.com**/catalog/showitem.asp?ItemID=52218

70. Buy Mommy **I'm** Here Child Locator at Leapsandboundscatalog.com
Kids can disappear in an instant. Make outings safer & less stressful with this easy-to-use child locator device. Clip the bear receiver to your child's shoe or...
**leapsandbounds.com**/jump.jsp?itemID=369761&itemType=PRODUCT&...

SPONSOR RESULTS

**I** Mi
Shop & Save - Phones. Store Ratings, Consumer Reviews.
www.**Dealtime.com**

**I M** Ringtones
Get **i m** Ringtones. Takes just 30 seconds.
www.**ringtonesunlimited.info**

Refinance at 1.25%. Flex Payment Options
Refinance rates at 40-year lows. Calculate new payment. Save $1000s.
www.**MortgageSavingZone.com**

Ingram Micro Inc (**IM**) : Info
Go to Hoover's for information on operations and products,...
www.**hoovers.com**

For You And **I** Ringtone
Get A For You And **I** Complimentary Real Music Ringtone.
www.**find-real-tones.com**

**Im**
Download 10,000+ Smiley Faces & Emoticons. Easy, Fun, Free.
www.**funfreeoffers.com**/smiley

FAA Inspection Authorization Prep Course
Get Your FAA Inspection Authorization here. American Airman Ground...
www.**americanairman.com**

Free Smily **Im**
US only. Add 10,000 Free animated Emoticons to your **im**.
**InstantMessenger.Smiley.com**

See your message here...

SPONSOR RESULTS

- **I** Mi

http://search.yahoo.com/search?p=i%27m&ei=UTF-8&fr=yfp-t-471&xargs=12KPjg1R9Sr4e9mvinEOOIMLrcmUsOkZ%2Dx8bo%5FXIR7GtYq8DtcV... 7/3/2007

- **I M** Ringtones
  www.**ringtonesunlimited.info** - Get **i m** Ringtones. Takes just 30 seconds.

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

**Prev** 2 3 4 5 6 **7** 8 9 10 11 **Next**

i'm Search

New on Y! Search: See stores that offer faster and safer checkout through PayPal. Learn more

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Search Results

71 - 80 of about 929,000,000 for **i ' m** - 0.45 sec. (About this page

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

71. Im Not A Tease T-shirt - Western Wear
Find women's apparel like im not a tease t-shirt at Western Wear by Sheplers.
www.**sheplers.com**/item.cfm?DI=294745 - 107k

72. **I'm** on Fire Hematite & Glass w/ Red Accent & Hanging 8 Ball Necklace
**I'm** on Fire Hematite & Glass w/ Red Accent & Hanging 8 Ball Necklace - Shop For Pool Cues, A Pool Cue Case, A New Set Of Billiards Balls Or Even Snooker Cues At...
**pooldawg.com**/product/-**i-m**-on-fire-hematite-glass-w-red-accent-hangi...

73. **I'M** Not Goofing Off Magnet | Oriental Trading Company
**I'M** Not Goofing Off Magnet - Find your **I'M** Not Goofing Off Magnet and other great supplies at Oriental Trading Company.
www.**orientaltrading.com**/bpentry?BP=515&sku=43/34011 - 53k

74. **I'm** Stressed Tee | Casual Living
Delightful screen print adorns a preshrunk cotton T-shirt. Unisex M, L, XL, XXL. USA/imported.
**casuallivingusa.com**/tl.asp?id=12377&page=product&uid=750630S&... - 20k

75. Madonna: **I'm** Going to Tell You a Secret on DVD
Madonna: **I'm** Going to Tell You a Secret is on DVD along with hundreds of other titles at TLA Video. Browse their catalog for movies, TV shows and New Releases.
www.**tlavideo.com**/details/product_details.cfm?id=232569 - 39k

76. Cos **I'm** Hot Shoe | Kenneth Cole
Find the latest Kenneth Cole fashions of the season at KennethCole.com. Cos **I'm** Hot Shoe - Distressed metallic leather pull-on boot, leather piece overlay detail, 3"
www.**kennethcole.com**/scripts/shop/product.asp?pid=7392&cc=KWCFT

77. Fuck Off! **I'm** English Swag : CafePress.com
Fuck Off! **I'm** English Football Supporter's Merchandise. Make a statement and be English! Let the world know you are English, and don't let them forget it. Make them ...
www.**cafepress.com**/foie - 43k - Cached

78. Dailymotion - Share Your **I'm** Videos
Watch **I'm** Videos on Dailymotion. Share Your Videos ... **i'm** +because +Gonna +here +hip +hop +just +kelly +kiss +lazy +live +love +not ...
www.**dailymotion.com**/tag/**i'm** - 39k - Cached

79. **I'm** Not Ready at CinemaNow.com
**I'm** Not Ready
www.**cinemanow.com**/movieDet.aspx?movieid=186187&affid=445

80. Promotional **I'm** No Quack: A Book of Doctor Cartoons
Shop online for **I'm** No Quack: A Book of Doctor Cartoons and all of your corporate and tradeshow branded Notebooks & Organizers at Plus2.
www.**plus2.com**/product/105194

SPONSOR RESULTS

- **IM** Quotes, Charts & More

SPONSOR RESULTS

**IM** Quotes, Charts & More
Get investors' predictions on **IM** for tomorrow's market.
www.**PredictWallStreet.com**

Ingram Micro Inc (**IM**) : Info
Go to Hoover's for information on operations and products,...
www.**hoovers.com**

For You And **I** Ringtone
Get A For You And **I** Complimentary Real Music Ringtone.
www.**find-real-tones.com**

**Im**
Download 10,000+ Smiley Faces & Emoticons. Easy, Fun, Free.
www.**funfreeoffers.com**/smiley

FAA Inspection Authorization Prep Course
Get Your FAA Inspection Authorization here. American Airman Ground...
www.**americanairman.com**

Free Smily **Im**
US only. Add 10,000 Free animated Emoticons to your **im**.
**InstantMessenger.Smiley.com**

**I M**.
Quickly search merchant prices. 100,000 Stores. Deals. Reviews.
**shopping.yahoo.com**

**M I** A: Low Prices
Shop, Compare, and Save at Pronto. More Products. Lower Prices.
www.**Pronto.com**

See your message here...

- Ingram Micro Inc (**IM**) : Info
  www.**hoovers.com** - Go to Hoover's for information on operations and products,...

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

**Prev** 3 4 5 6 7 **8** 9 10 11 12 **Next**

i'm Search

New on Y! Search: See stores that offer faster and safer checkout through PayPal. Learn more

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

i'm - Yahoo! Search Results Page 1 of 2

Yahoo! My Yahoo! Mail Welcome, **Guest** [Sign In] Help

Web | Images | Video | Local | Shopping | more »

YAHOO! SEARCH i'm Search Advanced Search

Search Results

81 - 90 of about 929,000,000 for **i ' m** - 0.39 sec. (About this page

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

81. YouTube - Maybe **I'm** Amazed
Actual Video for Maybe **I'm** Amazed ... maybe **i'm** a flan,maybe **i'm** the only flan that youv'e ever really kneaded ... And Wings - Mayby **I'm** Amazed. 05:23. From: ...
www.**youtube.com**/watch?v=SEdiGC-ZNiU - 99k - Cached

82. YouTube - The last song **I'm** wasting on you
Experimental video of me playing 'the last song **I'm** wasting on you' by evanescence, so sorry for some mistakes and I didn't learn it by heart [a]
**youtube.com**/?v=D20eWl0Zon0 - 82k - Cached

83. Sorry Definition - Free Online Dictionary: TheFreeDictionary.com
Definition of sorry. sor·ry adj. sor·ri·er, sor·ri·est 1. Feeling or...Find thousands of free online definitions and reference guides at TheFreeDictionary.com.
www.**thefreedictionary.com**/sorry

84. Jason Stuck-Up Hair Wax 4 Oz - NationalSupplementCenter.com
Buy Jason Stuck-Up Hair Wax 4 Oz at NationalSupplementCenter.com. NationalSupplementCenter prides itself on offering customers a comprehensive selections of all...
**store.nationalsupplementcenter.com**/078522000662.html

85. Lambert Inspections, LLC - Cottondale, FL (Florida)
View company profile and customer ratings for Lambert Inspections, LLC - Home Inspectors, Mold & Asbestos Services in Cottondale, FL (Florida) at 1800Contractor.com
www.**1800contractor.com**/rated.LambertInspectionsLLC.6530731.html?m=xmp

86. SAVEITWITHDAVID Automotive Accessories
... consumer money and this holiday season **I'm** delivering the best deals on the Internet. **I'm** committed to providing the best automotive accessory prices for your ...
www.**saveitwithdavid.com**

87. **I'm** free memorial frame - Fingerhut Official Site
Shop **i'm** free memorial frame - fingerhut at Fingerhut.com
**fingerhut.com**/ProductGroup.aspx?offergroupxid=19310&...

88. I Can Handel It Bumper Sticker at MusiciansFriend.com | Lifestyle
Shop for I Can Handel It Bumper Sticker by Chesbro; model Number - 08320 at Musician's Friend. We offer guitars, basses, keyboards, DJ gear and more at low prices...
**musiciansfriend.com**/product/Chesbro-I-Can-Handel-It-Bumper-Sticker?...

89. If **I'm** So Smart, Why Can't I Lose Weight - TheDietLibrary.com
If **I'm** So Smart, Why Can't I Lose Weight Information from The Diet Library's database of Diet Products. Read this before you buy.
www.**thedietlibrary.com**/IfImSoSmartWhyCantILoseWeight.html

90. **I'm** Sorry - ICQ Friendship Cards - ICQ.com
Homepage > Greetings > **I'm** Sorry. **I'm** Sorry. More Categories. Main. Birthday. Holidays ... Copyright ©1998-2007 ICQ Inc. All Rights Reserved ...
www.**icq.com**/friendship/pages/browse_page_18965.php - 33k - Cached

SPONSOR RESULTS

For You And **I** Ringtone
Get A For You And **I** Complimentary Real Music Ringtone.
www.**find-real-tones.com**

Free Smiley Faces
Free Cool and Cute Smileys, Icons & Emoticons. Come on, Have Fun.
www.**funfreeoffers.com**/smiley

FAA Inspection Authorization Prep Course
Get Your FAA Inspection Authorization here. American Airman Ground...
www.**americanairman.com**

Free Smily **Im**
US only. Add 10,000 Free animated Emoticons to your **im**.
**InstantMessenger.Smiley.com**

**I M**.
Quickly search merchant prices. 100,000 Stores. Deals. Reviews.
**shopping.yahoo.com**

**I M**.
Find **i m**. at Great Prices. Shop, Compare, and Save at Pronto.
www.**Pronto.com**

An **I'm** with You T-shirt on Cataloglink
Find an **I'm** with you T-shirt on CatalogLink.
www.**CatalogLink.com**

**I M** with You
Find Bargain Prices On **I m** with you.
www.**BizRate.com**

See your message here...

http://search.yahoo.com/search?p=i%27m&ei=UTF-8&fr=yfp-t-471&xargs=12KPjg0ltSr4e9mvinEOOIMLrcmUsOkZ%2Dx8bo%5FXIR7GtYq8DtcV%... 7/3/2007

- For You And **I** Ringtone
  www.**find-real-tones.com** - Get A For You And **I** Complimentary Real Music Ringtone.
- Free Smiley Faces
  www.**funfreeoffers.com**/smiley - Free Cool and Cute Smileys, Icons & Emoticons. Come on, Have Fun.

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

**Prev** 4 5 6 7 8 **9** 10 11 12 13 **Next**

i'm Search

**Get Yahoo! Toolbar** - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site

Yahoo! My Yahoo! Mail Welcome, **Guest** [Sign In] Help

**Web** | Images | Video | Local | Shopping | **more »**

YAHOO! SEARCH i'm Search Advanced Search

**Search Results**

91 - 100 of about 926,000,000 for **i ' m** - 0.38 sec. (About this page

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

91. Hyundai Mobis - Information & Fact Sheet - Hoover's
**I'm** goin' home, and when I wanna go home, **I'm** goin' Mobis. South Korean autoparts giant Hyundai Mobis keeps drivers movin' with an array of automotive modules and...
www.**hoovers.com**/hyundai-mobis/--ID__146660--/free-co-factsheet.xhtml - 54k

92. 01 Communique Launches Remote Tool for VARs
The remote-access tool **I'm** OnCall allows tech support workers to take over a user's PC through encrypted Web connections.
**thechannelinsider.com**/article/...+Remote+Tool+for+VARs/176580_1.aspx

93. Sun's Loiacono Outlines Solaris Road Map
In an eWEEK interview, the Sun exec says he sees Solaris, Linux, Java and even Windows coexisting.
www.**thechannelinsider.com**/article2/0,1759,1647675,00.asp - 6k

94. **I'm** A Little Tea Pot by Madame Alexander at FAO Schwartz
Pretty as a piece of China, **I'm** a Little Tea Pot doesn't really want to be poured, she just wants to look pretty. She is wearing a pink and white striped dress,
www.**fao.com**/catalog/product.jsp?productId=10031 - 53k

95. Bail Out Concrete Canoe Race | ENR Article
Price: $4.95 | Excerpt: "Although I don't speak for most of my faculty colleagues, **I'm** an advocate of student competitions such as the National Concrete Canoe...
**enr.ecnext.com**/comsite5/bin/pdinventory.pl?page=enr_document&...

96. Ask ShopSmart | More Information At ConsumerReports.org
Find answers to your questions with the ask ShopSmart section, an excerpt from Consumer Reports.
**consumerreports.org**/.../ask-shopsmart/winter07_ask-shopsmart_ov.htm - 51k

97. 3" Green Glow Badge W/ Kiss Me **I'm** Irish Imprint
Shop for a 3" green glow badge w/ kiss me **i'm** irish imprint at Windy City Novelties. Providing party favors, accessories & glow products for any occasion.
**windycitynovelties.com**/Epaysoft/cart/product.asp?...&s_cid=TRSI7366 - 67k

98. "Red Atmosphere" Abstract Painting by Gabriela Villareal | Novica.com
"Red Atmosphere (quadriptych)" - My painting reflects the history of my personal life what influences me and the mood **I'm** in when **I'm** inspired confides...
www.**novica.com**/referral.cfm?cellid=YAHSSP20061011&p=110366 - 39k

99. Trial Notebook System with Lawyer Forms for Deposition,Settlement, and Litigation Trial Notebooks
Trial Notebooks: Attorney Forms, Deposition, Trial, Settlement System. ... What **I'm** about to reveal is a simple system that is cutting total - to - trial ...
www.**trialnotebooks.com** - 29k

100. Find Articles on Dear Susan: The Skinny on Cooking Chicken at...
Find information on Cooking and other helpful articles. eDiets.com - The authority in diet, fitness and motivation...
www.**ediets.com**/news/article.cfm/cmi_1505988

SPONSOR RESULTS

**I'm** with You Ringtone
Download a Complimentary **I'm** with you ringtone Instantly.
www.**HipTunez.com**

**I M** Ringtone
Download A Complimentary **i m** Ringtone Instantly.
www.**CellyTonez.com**

Mortgages - Banks Compete
$425,000 For Only $1,417/Month or $200,000 for Only $667/Month.
www.**LendingTree.com**

**I'm** With You at Amazon.com
Low prices on new & used music. Qualified orders over $25 ship free.
**Amazon.com**/music

**I M**.
Looking for **i m**.? Find exactly what you want today.
www.**eBay.com**

**I M** with You
Enjoy Savings & Selection On **I m** with you.
www.**Shopzilla.com**

**I M**
Find and Compare prices on **i m** at Smarter.com.
www.**smarter.com**

Buy **I M** Sheet Music
Find exactly what you want at Sheet Music Plus. Low prices. Shop now.
www.**sheetmusicplus.com**

See your message here...

SPONSOR RESULTS

www.**HipTunez.com** - Download a Complimentary **I'm** with you ringtone Instantly.

- **I M** Ringtone
  www.**CellyTonez.com** - Download A Complimentary **i m** Ringtone Instantly.

Also try: **i'm** lyrics, **i'm** take me by the hand, computer world more...

**Prev** 5 6 7 8 9 **10** 11 12 13 14 **Next**

i'm Search

**Get Yahoo! Toolbar** - Stay safe from spyware

Copyright © 2007 Yahoo! All rights reserved. Privacy / Legal - Submit Your Site