# Exhibit T

instant media - Yahoo! Search Results

Yahoo! My Yahoo! Mail    Welcome, Guest [Sign In]    Help

**YAHOO! SEARCH**    [instant media]    Search    Advanced Search

Web  Images  Video  Local  Shopping  more »

Search Results    1 - 10 of about 51,700,000 for **instant media** - 0.27 sec. (About this page)

Also try: **instant media** downloads, **instant media** high definition, **internet tv**  more...

SPONSOR RESULTS

**I'M Instant Media**
Free Software Delivers Shows to Your PC. Click to Watch. Aff.
im.com

**Instant Media**
Find and Compare prices on **Instant media** at Smarter.com.
www.smarter.com

**Download Movies and Burn Dvds Instantly**
Join Over 240 million users & Get Instant Access to Movies, TV...
www.ultimatemoviedownloads.ne

**CD Media** 🏆
52x BenQ $0.10. 52x Ritek $0.15. Come and save today.
www.meritline.com

**Instant CDs**
Save on Music Instruments Now. Buy **Instant CDs** Fast.
www.Calibex.com/Music

**Media List**
Browse and compare great deals on **media** list.
www.MonsterMarketplace.com

**Instant Video**
Save on Audio and Video **Media**. Find. Compare. Buy.
www.Shopping.com

**Instant Cd**
Shop & Save on Computer Software. Store Ratings. Consumer Reviews.
www.Dealtime.com/computersofwi

See your message here...

1. **I'M Instant Media** - The Leader in Internet TV
   The **Instant Media** platform is built on patent-pending caching technology that ... **Instant Media** keeps audiences engaged using features such as email updates and ...
   im.com - 5k - Cached - More from this site

2. **I'M Instant Media** - The Leader in Internet TV
   Download **Instant Media**! It's Free. 12 for Windows XP. English. 7.54MB. Get Your I'M T-shirt. Sign up to receive new channel updates and **Instant Media** News. Your ...
   www.im.com/main.aspx - 7k - Cached - More from this site

3. **Instant Media** T-shirts - CafePress.com
   **Instant Media** - **Media** Player for DVD quality videos, movies, vlogs and more ... Partners | Contact | Site Map © 2004-2006 **Instant Media**, Inc. Patents Pending ...
   www.cafepress.com/instantmedia - 47k - Cached - More from this site

4. **Instant Media** download and review - view video podcasts on your PC from ...
   **Instant Media** (IM) allows you download and view video podcasts on your PC in full screen. ... Be the first one to rate **Instant Media**...
   www.snapfiles.com/get/instantmedia.html - '9k - Cached - More from this site

5. **Instant Media** Multimedia Players
   **Instant Media** is free software, safe and spyware free, that delivers TV shows to your PC. Safe, and Private - **Instant Media** downloads and installs in ...
   fwnetwork.com/freeware/details/multimedia_players/instant_media/143822 - 24k - Cached - More from this site

6. PC World - PC World Downloads - **Instant Media**
   Download audio and video broadcasts--even some high-def ones--automatically. ... **Instant Media** claims to be the first company to offer high-definition video to ...
   www.pcworld.com/downloads/file_description/0,fid,63556,00.asp - 59k - Cached - More from this site

7. **Instant Media** - User reviews and free download at Download.com
   Read what other users have to say about **Instant Media** before you download. ... Pros: I really thought the **Instant Media** media player was great. The HD content ...
   www.download.com/Instant-Media/3640-2139_4-10535852.html?sb=2&v=0 - 47k - Cached - More from this site

8. **Instant Media** - Reviews and free downloads at Download.com
   **Instant Media** - Watch high-definition Internet TV for free. ... User reviews of **Instant Media**. Average user rating: out of 18 votes ...
   www.download.com/Instant-Media/3000-2139_4-10576476.html - 52k - Cached - More from this site

9. Streamingmedia.com: Internet TV Company **Instant Media** Surpasses 500,000

