# Exhibit U

Live Search: instant media

Page 1 of 1

Sign in

Back to msn

Live Search

Web | Images | News | Maps | Classifieds | More▼

instant media [ 🔍 ]

instant media Page 1 of 2,557,242 results · Options · Advanced

**I'M Instant Media - The Leader in Internet TV**
The **Instant Media** platform is built on patent-pending caching technology that delivers professional video. Unlike other video solutions that utilize streaming technologies, I'M excels at delivering ...
www.**instantmedia**.com · Cached page

**I'M Instant Media - Contact**
I'M Ready for ITV; Try the new ad units at **Instant Media**'s broadband HDTV service I'M Interactive (im.com). The **Media** viewer displays pristine, full-screen high-def video
www.**instantmedia**.com/newsite/ contact/index.aspx · Cached page
+Show more results from www.instantmedia.com

**Instant Media Multimedia Players**
**Instant Media** is free software, safe and spyware free, that delivers TV shows to your PC. ... **Instant Media** is free software that delivers shows to your PC. Unlike Internet streaming solutions ...
www.fwnetwork.com/freeware/details/ multimedia_players/ **instant_media**/ 143822 · 6/24/2007 · Cached page

**I'M Instant Media - The Leader in Internet TV**
I'M **Instant Media** ... Sign up to receive new channel updates and **Instant Media** News.
www.**im**.com/main.aspx · 6/23/2007 · Cached page

**instant media - Advertising Agency Munich - Freelancer Network Munich**
Advertising Agency and Freelancers Network - Munich.A production-strong **media** network. ... Welcome, **instant media**, the advertising agency for corporate design, art, design, print, applications ...
www.**instantmedia**.de/start_munich_ advertising_html?flash=1& · 6/24/2007 · Cached page

**Instant Media T-shirts : CafePress.com**
**Instant Media** - **Media** Player for DVD quality videos, movies, vlogs and more
www.cafepress.com/**instantmedia** · 6/24/2007 · Cached page

**Instant Viral Media**
Imagine giving your audio or video presentation to thousands of people and instantly get them coming ... to thousands of people and instantly get them coming to your website to buy now.
www.market-soft.com/ivm · 6/24/2007 · Cached page

**I'M Instant Media - News**
Press Releases. **Instant Media** Signs Agreement With Twentieth Century Fox To Offer Feature Films And Television Shows Via The Internet PALO ALTO, Calif. - October 17, 2006 - **Instant Media** (IM). a ...

Related searches:
**Instant Media Review**

SPONSORED SITES

**Instant On**
Access files without booting your OS. Dell MediaDirect. Learn more.
www.dell.com/smallbusiness

**Get Cash In 1 Hour!**
No Faxing! 100% Online
FindMyPayDayLoan.Com/fast_apply

**Media**
**Media** at a great deal on eBay Motors!
www.ebaymotors.com

**Instant Media**
Learn about **Instant Media**.
www.shopica.com

**101Phones.com**
101 Phones - Discount Phones Shop Online Today and Save!
www.101Phones.com

See your message here...

