# Exhibit V

instant media - Google Search

Page 1 of 1

Web  Images  Video  News  Maps  Gmail  more ▼

Sign in

**Google** [instant media                    ] [Search]   Advanced Search
                                                          Preferences

Web                                                       Results **1** - **10** of about **158,000,000** for instant media. (0.10 seconds)

**I'M Instant Media** - The Leader in Internet TV
The **Instant Media** platform is built on patent-pending caching technology that delivers professional video. Unlike other video solutions that utilize ...
www.im.com/ - 6k - Cached - Similar pages

I'M **Instant Media** - Introduction
I'M **Instant Media** - High quality videos, audiocasts, vlogs, news, and more.
www.im.com/intro/index.aspx - 10k - Cached - Similar pages
[ More results from www.im.com ]

PC World - PC World Downloads - **Instant Media**
Download audio and video broadcasts--even some high-def ones--automatically, then enjoy them in the viewer.
www.pcworld.com/downloads/file_description/0,fid,63556,00.asp - 59k - Jun 24, 2007 -
Cached - Similar pages

**Instant Media**
**Instant Media** (IM) offers one of the most usable alternatives to iTunes for subscription audio and video. From a directory of audio and video shows, ...
www.jakeludington.com/downloads/20060626_instant_media.html - 18k -
Cached - Similar pages

**Instant Media** download and review - view video podcasts on your PC ..:
**Instant Media** (IM) allows you download and view video podcasts on your PC in full screen. It suppor.
www.snapfiles.com/get/instantmedia.html - 20k - Cached - Similar pages

**Instant Media** Debuts Pay-for-Performance Marketing Plan
Internet television provider **Instant Media** introduced an affiliate marketing program putting pay-for performance marketing at the forefront of the company's ...
www.dmnews.com/cms/dm-news/affiliate-marketing/37415.html - 20k -
Cached - Similar pages

Daily Download: **Instant Media** - Daily Download News - Digital Trends
Daily Download: **Instant Media** - **Instant Media** (IM) is free software that delivers high definition shows over the Internet. - Daily Download News at Digital ...
news.digitaltrends.com/news/story/10767/daily_download_instant_media - 39k -
Cached - Similar pages

i m **instant media**
www.jdoqocy.com/email-1518337-10429920 - Similar pages

Tucows Downloads - **Instant Media** 1.2 Freeware Software
**Instant Media** 1.2. **Instant Media** (IM) is free software that delivers high definition. Downloads and software from Tucows the largest online software ...
www.tucows.com/preview/503754 - 19k - Jun 24, 2007 - Cached - Similar pages

http://www.google.com/search?hl=en&q=instant+media&btnG=Search    6/25/2007

