# Exhibit X



