# Exhibit Y

















