# Exhibit DD



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 28 04:06:24 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

Logout *Please logout when you are done to release system resources allocated for you.*

Start List At:    OR Jump to record:

# 623 Records(s) found (This page: 1 ~ 100)

Refine Search ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL]    Submit

Current Search: S3: ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL] docs: 623 occ: 623

|  | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 79038552 | | F ME I'M FAMOUS! | TARR | LIVE |
| 2 | 79037772 | | IM | TARR | LIVE |
| 3 | 79037055 | | I'M GOING | TARR | LIVE |
| 4 | 79027399 | | STEIFF STEIFF KNOPF IM OHR | TARR | LIVE |
| 5 | 79036338 | | K610IM | TARR | LIVE |
| 6 | 79022193 | | I'M EASY | TARR | LIVE |
| 7 | 79021670 | | I'M 16 | TARR | LIVE |
| 8 | 79021669 | | I'M 17 | TARR | LIVE |
| 9 | 79021668 | | I'M 18 | TARR | LIVE |
| 10 | 79010482 | 3154229 | QUALITÄT IM QUADRAT | TARR | LIVE |
| 11 | 78905554 | | TGIG THANK GOD I'M GAY | TARR | LIVE |
| 12 | 78830785 | | I'M ONE OF THE BEST! | TARR | LIVE |
| 13 | 78866191 | | IM2PAY | TARR | LIVE |
| 14 | 78741236 | | I'M TOUGHER THAN I LOOK! | TARR | LIVE |
| 15 | 78706432 | 3254948 | I'M COOL | TARR | LIVE |
| 16 | 78706424 | 3254947 | I'M WARM | TARR | LIVE |
| 17 | 78706413 | 3254946 | I'M COOL | TARR | LIVE |
| 18 | 78634245 | | I'M NOT HERE, I'M REALLY | TARR | LIVE |
| 19 | 78699179 | | I'M ONCALL | TARR | LIVE |
| 20 | 78660163 | | IMAHOG | TARR | LIVE |
| 21 | 78947644 | | | TARR | LIVE |
| 22 | 78615308 | 3254198 | I'M ALL SET | TARR | LIVE |
| 23 | 78917393 | | IM MI INTEGRATED MEDIA MEASUREMENT INC | TARR | LIVE |
| 24 | 78936496 | | I'D RATHER BE CANOEING THAN DOING WHAT I'M DOING. | TARR | LIVE |

| 25 | 78854000 |  | I'M WHATS UP | TARR | LIVE |
|----|----------|--|--------------|------|------|
| 26 | 78719018 |  | IM | TARR | LIVE |
| 27 | 78735239 |  | I'M HOT!...AND I'M BALD! | TARR | LIVE |
| 28 | 78787107 |  | IM LOCK | TARR | LIVE |
| 29 | 78962580 |  | V WWW.VORTEXVALVE.COM I'M GOING VORTICULAR | TARR | LIVE |
| 30 | 78926608 |  | I'M A SUPERFIT KID | TARR | LIVE |
| 31 | 78778972 |  | IM | TARR | LIVE |
| 32 | 78893116 |  | VONAGE IM | TARR | LIVE |
| 33 | 78734479 | 3249040 | I'M A HEALTH NUT | TARR | LIVE |
| 34 | 78711935 |  | I LIFT THEREFORE IM | TARR | LIVE |
| 35 | 78919227 |  | I'M | TARR | LIVE |
| 36 | 78878209 |  | I'M AN IMMIGRANT | TARR | LIVE |
| 37 | 78878204 |  | I'M AN IMMIGRANT | TARR | LIVE |
| 38 | 78913144 |  | IM | TARR | LIVE |
| 39 | 78606565 |  | I'M A BELIEVER | TARR | LIVE |
| 40 | 78878201 |  | I'M AN IMMIGRANT | TARR | LIVE |
| 41 | 78838517 | 3246838 | MAMA DRILL I'M YA MOTIVATOR LADY!! | TARR | LIVE |
| 42 | 78832457 | 3246821 | IMPERFECT-(IM-PŬR-FIKT) ADJECTIVE. BEING TOTALLY SATISFIED WITH MY DIFFERENCES ACCORING TO MY REALISTIC IMAGE OF BEAUTY. IM·PER'FECT·ION. NOUN IM·PER'FECT·LY ADVERB | TARR | LIVE |
| 43 | 78783463 |  | I'M GOD'S VIRTUOUS WOMAN | TARR | LIVE |
| 44 | 78638303 |  | I'M NOT JUST SURVIVING, I'M THRIVING. | TARR | LIVE |
| 45 | 78578144 |  | I'M NOT JUST SURVIVING, I'M THRIVING. | TARR | LIVE |
| 46 | 78816017 |  | I'M CUTE HUH ? | TARR | LIVE |
| 47 | 78805177 |  | I'M ORGANIC | TARR | LIVE |
| 48 | 78911907 |  | KISS ME I'M IRISH | TARR | LIVE |
| 49 | 78849027 |  | I'M HERE LISTENING WITH PURPOSE | TARR | LIVE |
| 50 | 78849023 |  | I'M HERE AWAKENING IMAGINATIONS | TARR | LIVE |
| 51 | 78791962 |  | I'M AWARE ENTERTAINMENT | TARR | LIVE |
| 52 | 78970550 |  | HI HONEY, I'M HOME | TARR | LIVE |
| 53 | 78882484 |  | IM INTERNATIONAL MALE | TARR | LIVE |
| 54 | 78576979 |  | I'M SMITTEN WITH THE MITTEN! | TARR | LIVE |
| 55 | 78928619 |  | I'M A DREAMER | TARR | LIVE |
| 56 | 78878197 |  | I'M AN IMMIGRANT | TARR | LIVE |
| 57 | 78928605 |  | I'M A DREAMER | TARR | LIVE |
| 58 | 78928574 |  | I'M A DREAMER | TARR | LIVE |
| 59 | 78878195 |  | I'M AN IMMIGRANT | TARR | LIVE |
| 60 | 78921535 | 3237303 | LOVE ME I'M INTOLERANT | TARR | LIVE |
| 61 | 78884064 |  | I'M INTERACTIVE | TARR | LIVE |
| 62 | 78762533 |  | I'M IN | TARR | LIVE |
| 63 | 78714228 |  | IM IMPOSTOR | TARR | LIVE |
| 64 | 78722350 |  | I'M A CHILD OF APPALACHIA | TARR | LIVE |
| 65 | 78963830 |  | I'M OVER IT | TARR | LIVE |
| 66 | 78760746 | 3235310 | I'M THERE FOR YOU BABY... | TARR | LIVE |

| 67 | 78570302 | | WSI IM | TARR | LIVE |
|---|---|---|---|---|---|
| 68 | 78665329 | | I'M A SUPPORTER WWW.ABCF.ORG | TARR | LIVE |
| 69 | 78879200 | | INIKO MOSI IM FASHION APPROVED INIKO MOSI COLLECTION OF FINE GARMENTS | TARR | LIVE |
| 70 | 78962581 | | I'M GOING VORTICULAR | TARR | LIVE |
| 71 | 78966415 | | IM IM PARTNERS, LLC | TARR | LIVE |
| 72 | 78963173 | | I'M STILL ALIVE | TARR | LIVE |
| 73 | 78712691 | 3231468 | 'M | TARR | LIVE |
| 74 | 78674987 | | DON'T PANIC I'M ONLY HISPANIC | TARR | LIVE |
| 75 | 78878762 | | ILLUMISEARCH IM | TARR | LIVE |
| 76 | 78863521 | | CONFI·DOSE IM | TARR | LIVE |
| 77 | 78788118 | | I'M PLUMP & LUSCIOUS | TARR | LIVE |
| 78 | 78615279 | | SPATIAL IM | TARR | LIVE |
| 79 | 78641131 | | IM INSURANCE MARKETPLACE | TARR | LIVE |
| 80 | 78969663 | | HELL YEAH I'M BLE$$ED | TARR | LIVE |
| 81 | 78811737 | | I'M BLESSED, NOT FRESH.(WITH OR WITHOUT HALO ON ITEMS) | TARR | LIVE |
| 82 | 78946429 | | I'M IN RACE TRIM | TARR | LIVE |
| 83 | 78794983 | | I.M. FRIENDS | TARR | LIVE |
| 84 | 78714934 | | KIUCHI YUZU WINE I'M A JAPANESE CITRUS. | TARR | LIVE |
| 85 | 78943666 | | I'M NOT | TARR | LIVE |
| 86 | 78810975 | | I'M HERE TO SAVE THE PLANET | TARR | LIVE |
| 87 | 78649987 | 3218879 | IM-ITE | TARR | LIVE |
| 88 | 78978203 | | WSI IM | TARR | LIVE |
| 89 | 78772600 | | I'M INTERESTED | TARR | LIVE |
| 90 | 78706410 | | I'M WARM | TARR | LIVE |
| 91 | 78930521 | | YOU DON'T HAVE TO LIKE ME TO DO ME BUT YOU'LL LOVE ME WHEN I'M DONE | TARR | LIVE |
| 92 | 78927416 | | I'M GEEKED! | TARR | LIVE |
| 93 | 78968478 | | NO REALLY, I'M FINE | TARR | LIVE |
| 94 | 78867909 | | HEY MOM, I'M HUNGRY! | TARR | LIVE |
| 95 | 78838448 | | I'M IN | TARR | LIVE |
| 96 | 78838446 | | I'M IN | TARR | LIVE |
| 97 | 78838445 | | I'M IN | TARR | LIVE |
| 98 | 78812951 | | IT'S ALL MCCOOL BECAUSE THE TASTE IS MCCOOL AND THAT MEANS YOU'RE MCCOOL AND I'M MCCOOL AND WE'RE ALL MCCOOL AND THAT'S MCCOOL BECAUSE IT'S COOL TO BE MCCOOL | TARR | LIVE |
| 99 | 78926968 | | BECAUSE I'M BETTER THAN YOU | TARR | LIVE |
| 100 | 78778903 | | I'M SO GORGEOUS | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 28 04:06:24 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

| Logout | *Please logout when you are done to release system resources allocated for you.*

| Start | List At: |  OR | Jump | to record: |   **623 Records(s) found (This page: 101 ~ 200)**

Refine Search  ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL]   | Submit |

Current Search: S3: ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL] docs: 623 occ: 623

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 101 | 78771785 | | "I'M NOT LIKE YOU!" | TARR | LIVE |
| 102 | 78923290 | | I'M NOT AFRAID OF TERRORISTS | TARR | LIVE |
| 103 | 78914075 | | TGIG THANK GOD I'M GAY | TARR | LIVE |
| 104 | 78909159 | | I'M NOT A MODEL | TARR | LIVE |
| 105 | 78866302 | 3208899 | IMMOBILE I'M MOBILE | TARR | LIVE |
| 106 | 78821468 | | IM DINING | TARR | LIVE |
| 107 | 78909676 | | I'M NOT ILLEGAL | TARR | LIVE |
| 108 | 78904897 | | I'M DONE | TARR | LIVE |
| 109 | 78882146 | | IM2 INTERNATIONAL MALE | TARR | LIVE |
| 110 | 78859837 | | I'M WITH THE BAND | TARR | LIVE |
| 111 | 78837938 | | I'M IN | TARR | LIVE |
| 112 | 78638872 | 3202876 | THAT'S WHAT I'M TALKING ABOUT | TARR | LIVE |
| 113 | 78883140 | | IM2 | TARR | LIVE |
| 114 | 78902973 | | I'M NOT SPONSORED | TARR | LIVE |
| 115 | 78890225 | | I'M TOO OLD TO ... | TARR | LIVE |
| 116 | 78886220 | | I'M SINGLE, NOT IN A RELATIONSHIP AND OPEN TO MEET ANOTHER SINGLE | TARR | LIVE |
| 117 | 78700231 | | IM PURE | TARR | LIVE |
| 118 | 78545772 | 3195025 | I'M A SOCIAL BUTTERFLY! | TARR | LIVE |
| 119 | 78928557 | | I'M A DREAMER | TARR | LIVE |
| 120 | 78886693 | | I'M AN XB | TARR | LIVE |
| 121 | 78879088 | | I'M TRACKED OUT | TARR | LIVE |
| 122 | 78553417 | 3146765 | I'M THINKING ARBY'S | TARR | LIVE |
| 123 | 78883357 | | IM | TARR | LIVE |

| 124 | 78715273 | | DON'T HATE BECAUSE I'M AN ENTREPRENEUR | TARR | LIVE |
|-----|----------|--|-----------------------------------------|------|------|
| 125 | 78648339 | | I'M IN CONTROL | TARR | LIVE |
| 126 | 78769209 | | IF MOM CALLS, TELL HER I'M AT THE LIBRARY! | TARR | LIVE |
| 127 | 78905602 | | I'M SO ILLUMINATING | TARR | LIVE |
| 128 | 78723613 | | I'M BLUNT BUT I'M A GENTLEMAN | TARR | LIVE |
| 129 | 78508352 | 3178051 | I'M NOT SPOILED, I'M LOVED A LOT | TARR | LIVE |
| 130 | 78551631 | | I'M A MIGHTY KID | TARR | LIVE |
| 131 | 78928646 | | I'M A DREAMER | TARR | LIVE |
| 132 | 78867894 | | HEY MOM, I'M HUNGRY! | TARR | LIVE |
| 133 | 78619270 | 3173297 | IM | TARR | LIVE |
| 134 | 78851636 | | I'M N LUV WIT A GANGSTA | TARR | LIVE |
| 135 | 78763495 | | I'M IN | TARR | LIVE |
| 136 | 78538527 | 3169735 | I'M WHIPPED | TARR | LIVE |
| 137 | 78827245 | | I'M NACHO GIRLFRIEND | TARR | LIVE |
| 138 | 78827241 | | I'M HAVING OLIVE THE FUN | TARR | LIVE |
| 139 | 78699903 | 3166964 | I'M THE MILKMAN. | TARR | LIVE |
| 140 | 78670272 | 3162056 | I'M A SAVER! NAVY FEDERAL KIDS CLUB | TARR | LIVE |
| 141 | 78599532 | 3156585 | IMNOWONLINE.COM | TARR | LIVE |
| 142 | 78712771 | | THATS WHAT I'M TALKIN ABOUT | TARR | LIVE |
| 143 | 78788103 | | KISS ME, I'M YOURS | TARR | LIVE |
| 144 | 78794613 | | I'M A CONSERBERAL AND I VOTE | TARR | LIVE |
| 145 | 78762541 | | I'M IN | TARR | LIVE |
| 146 | 78791898 | | IF YOU BLINK I'M GONE | TARR | LIVE |
| 147 | 78764128 | | I'M PINGING IN THE RAIN | TARR | LIVE |
| 148 | 78704946 | | "BUT I'M THE BRIDE" | TARR | LIVE |
| 149 | 78650702 | | I'M OKAY CALL | TARR | LIVE |
| 150 | 78603344 | 3138299 | I'M IN | TARR | LIVE |
| 151 | 78959661 | | I'M ON IT | TARR | LIVE |
| 152 | 78777243 | | IMWORLD | TARR | LIVE |
| 153 | 78722952 | | I'M HERE | TARR | LIVE |
| 154 | 78637921 | | I'M HERE PHILOSOPHY THE PROCESS | TARR | LIVE |
| 155 | 78597546 | | I'M HERE PHILOSOPHY | TARR | LIVE |
| 156 | 78946145 | | I'M IMPERVIOUS MUSIC | TARR | LIVE |
| 157 | 78615274 | | SPATIAL IM | TARR | LIVE |
| 158 | 78519308 | | I'M A PEPPER | TARR | LIVE |
| 159 | 78655477 | 3119973 | IM SPORTS SERVICES | TARR | LIVE |
| 160 | 78929555 | | I'M A COOKIE THIEF TOO! | TARR | LIVE |
| 161 | 78924115 | | I'M A LITTLE MONSTER | TARR | LIVE |
| 162 | 78756326 | | I'M JUST HERE FOR THE BUD LIGHT | TARR | LIVE |
| 163 | 78609174 | 3109044 | I'M FINE | TARR | LIVE |
| 164 | 78905206 | | I'M ONLY 17 | TARR | LIVE |
| 165 | 78652399 | 3106507 | "I'M PERFECTLY BAKED!" | TARR | LIVE |
| 166 | 78544977 | 3106222 | THE ABC'S OF SAFE SLEEP IF I'M SLEEPING, TURN ME OVER | TARR | LIVE |
| 167 | 78733660 | | I'M HOT YOU'RE NOT | TARR | LIVE |

| 168 | 78734643 |         | I'M ABOUT TO SNAP                                                                                                                                                                                                          | TARR | LIVE |
|-----|----------|---------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|
| 169 | 78630640 | 3085468 | GET OUT OF THE WAY - I'M LATE FOR MY LOVE LIFE!                                                                                                                                                                            | TARR | LIVE |
| 170 | 78976484 | 3066084 | I'M A RUNNER                                                                                                                                                                                                               | TARR | LIVE |
| 171 | 78832880 |         | IM                                                                                                                                                                                                                        | TARR | LIVE |
| 172 | 78812239 |         | IM                                                                                                                                                                                                                        | TARR | LIVE |
| 173 | 78719381 |         | I'M A GREAT AMERICAN                                                                                                                                                                                                       | TARR | LIVE |
| 174 | 78688368 |         | I|M                                                                                                                                                                                                                       | TARR | LIVE |
| 175 | 78668363 |         | "I'M POWER"                                                                                                                                                                                                                | TARR | LIVE |
| 176 | 78664820 |         | I'M ALL ADVIL                                                                                                                                                                                                              | TARR | LIVE |
| 177 | 78654512 | 3071150 | I'M A WINNER                                                                                                                                                                                                               | TARR | LIVE |
| 178 | 78652232 |         | I'M GONNA BE                                                                                                                                                                                                               | TARR | LIVE |
| 179 | 78615713 |         | I'M SELECTIVE                                                                                                                                                                                                              | TARR | LIVE |
| 180 | 78599725 |         | "I'M A FRAYED KNOT"                                                                                                                                                                                                        | TARR | LIVE |
| 181 | 78596996 | 3057878 | LOVE ME. I'M THE BEST FRIEND YOU'VE GOT. -GOD                                                                                                                                                                              | TARR | LIVE |
| 182 | 78587870 | 3063621 | IM GENUINELY SMART                                                                                                                                                                                                         | TARR | LIVE |
| 183 | 78586943 |         | I'MPOSSIBLE                                                                                                                                                                                                                | TARR | LIVE |
| 184 | 78571784 | 3067882 | I'M GONNA SAVE YOU A LOTTTAAA MONEY!                                                                                                                                                                                       | TARR | LIVE |
| 185 | 78564877 | 3022297 | I'M A RUNNER                                                                                                                                                                                                               | TARR | LIVE |
| 186 | 78563749 | 3054937 | WHO WILL TAKE CARE OF MY CHILD WHEN I'M GONE?                                                                                                                                                                              | TARR | LIVE |
| 187 | 78546585 |         | IMMEDIA                                                                                                                                                                                                                    | TARR | LIVE |
| 188 | 78545759 |         | I'M ALL ABOUT GIRL POWER!                                                                                                                                                                                                  | TARR | LIVE |
| 189 | 78520791 | 3028741 | I'M TOO SEXY FOR THE SUN                                                                                                                                                                                                   | TARR | LIVE |
| 190 | 78514565 | 3037979 | I'M A PURRRSON                                                                                                                                                                                                             | TARR | LIVE |
| 191 | 78510541 | 3040970 | I.M.GOOD                                                                                                                                                                                                                   | TARR | LIVE |
| 192 | 78200964 | 3230406 | I'M IN CONTROL                                                                                                                                                                                                             | TARR | LIVE |
| 193 | 78264431 |         | I'M EASY ... AND I HAVE BAD TASTE                                                                                                                                                                                          | TARR | LIVE |
| 194 | 78421873 |         | IM GUARD                                                                                                                                                                                                                   | TARR | LIVE |
| 195 | 78482461 |         | I'M A STRIPPER                                                                                                                                                                                                             | TARR | LIVE |
| 196 | 78415999 |         | I'M                                                                                                                                                                                                                        | TARR | LIVE |
| 197 | 78313696 |         | I'M ALL LEGS                                                                                                                                                                                                               | TARR | LIVE |
| 198 | 78287068 | 2927850 | SCAM-CO.'S REAL "I LOVE YOU" PENNY LINCOLN LOOKS AT HEART WITH THREE MOST IM-PORTANT WORDS EN-GRAVED WITHIN. EXCEL-LENT GIFT FOR SOMEONE SPECIAL. 5996. LOVE PENNY. EACH 65 . 3 FOR $1.50 IN GOD WE TRUST LIBERTY I LOVE YOU 2004 D | TARR | LIVE |
| 199 | 78165294 | 2855869 | [E-IM@GES]                                                                                                                                                                                                                 | TARR | LIVE |
| 200 | 78099180 | 2681230 | PAN IM EX PACIFIC LOTUS LUXURY COLLECTION                                                                                                                                                                                  | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 28 04:06:24 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

Logout *Please logout when you are done to release system resources allocated for you.*

Start List At:    OR Jump to record:    **623 Records(s) found (This page: 201 ~ 300)**

Refine Search ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL]    Submit

Current Search: S3: ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL] docs: 623 occ: 623

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 201 | 78471469 | 3144247 | IM2 | TARR | LIVE |
| 202 | 78495136 | | I'M BIG IN | TARR | LIVE |
| 203 | 78323492 | 2936170 | HI, I'M SCREECH... BEST ONE | TARR | LIVE |
| 204 | 78308570 | 3199323 | BRIGHT IM | TARR | LIVE |
| 205 | 78467787 | 3177948 | I'M GOING TO READ | TARR | LIVE |
| 206 | 78070163 | 2725892 | HONEY, I'M HOME! | TARR | LIVE |
| 207 | 78201512 | 3090893 | IM INMES | TARR | LIVE |
| 208 | 78120715 | 2828540 | IM INTAKE MODIFYING TECHNOLOGY | TARR | LIVE |
| 209 | 78415899 | 3149552 | I'M | TARR | LIVE |
| 210 | 78389444 | 2965139 | M-PACT | TARR | LIVE |
| 211 | 78227259 | 2856975 | LOOK! I'M READING! | TARR | LIVE |
| 212 | 78257217 | 3104640 | I'M LOVIN' IT | TARR | LIVE |
| 213 | 78452876 | 3101883 | I CARE 'CAUSE I'M WORTH IT! | TARR | LIVE |
| 214 | 78491070 | | DOWN BOY I AM NOT THE GIRL NEXT DOOR I'M THE GIRL TWO DOORS DOWN | TARR | LIVE |
| 215 | 78467164 | | I'M NOT JUST AN ACCESSORY ANYMORE | TARR | LIVE |
| 216 | 78442888 | 3047026 | BABY I'M AMAZED | TARR | LIVE |
| 217 | 78424561 | | I'M A-OK. | TARR | LIVE |
| 218 | 78419524 | | I'M OUT | TARR | LIVE |
| 219 | 78416026 | | I'M CACHED | TARR | LIVE |
| 220 | 78415666 | | I'M A PRINCESS | TARR | LIVE |
| 221 | 78397106 | 3066724 | IF I'M LOST PLEASE CALL | TARR | LIVE |
| 222 | 78387111 | 3001233 | IMFRESH | TARR | LIVE |
| 223 | 78357840 | 2974442 | IM SMARTER | TARR | LIVE |

| 224 | 78355570 |         | IM&R                                                            | TARR | LIVE |
|-----|----------|---------|-----------------------------------------------------------------|------|------|
| 225 | 78352947 | 2962328 | SICKWEAR CUSTOM HATS & HELMETS, INC. "I'M FEELIN' SICK TODAY"   | TARR | LIVE |
| 226 | 78350901 | 3003687 | IM                                                              | TARR | LIVE |
| 227 | 78345509 | 2959566 | GET OUT OF THE WAY - I'M LATE FOR MY LIFE!                       | TARR | LIVE |
| 228 | 78294950 | 2874973 | THAT'S WHAT I'M TALKING ABOUT!                                   | TARR | LIVE |
| 229 | 78266064 | 2906400 | IM INTEMEDICA, LLC                                              | TARR | LIVE |
| 230 | 78263310 | 2879400 | "I'M OK BUT YOU NEED PROFESSIONAL HELP!"                         | TARR | LIVE |
| 231 | 78257216 | 2978889 | I'M LOVIN' IT                                                   | TARR | LIVE |
| 232 | 78257215 | 2978888 | I'M LOVIN' IT                                                   | TARR | LIVE |
| 233 | 78257203 | 2978887 | I'M LOVIN' IT                                                   | TARR | LIVE |
| 234 | 78232640 | 3008505 | I'M DIFFERENT                                                   | TARR | LIVE |
| 235 | 78224685 | 2953311 | I'M GONNA LIKE ME                                               | TARR | LIVE |
| 236 | 78221670 | 2874460 | AREN'T YOU GLAD I'M NOT A WIZARD!                                | TARR | LIVE |
| 237 | 78215115 | 2819854 | I'M PEER PROOF                                                  | TARR | LIVE |
| 238 | 78195054 | 2983837 | I'M WITH STUPID                                                 | TARR | LIVE |
| 239 | 78191355 | 2797673 | IM ICE MARINE                                                   | TARR | LIVE |
| 240 | 78188763 | 2906187 | I'M FEELING LUCKY                                               | TARR | LIVE |
| 241 | 78157824 | 2764295 | IM IDENTITY MINE                                                | TARR | LIVE |
| 242 | 78149942 | 2819608 | IM-AGE SOFTWARE                                                 | TARR | LIVE |
| 243 | 78149894 | 2877018 | IM-AGE                                                          | TARR | LIVE |
| 244 | 78120083 | 2773548 | IM-LIVE                                                         | TARR | LIVE |
| 245 | 78118352 | 2747165 | I'M AMAZING!                                                    | TARR | LIVE |
| 246 | 78116839 | 2800235 | I'M JUST WAITING MY TURN                                         | TARR | LIVE |
| 247 | 78097778 | 2764153 | IM                                                              | TARR | LIVE |
| 248 | 78094809 | 2690989 | JUST BE GLAD I'M NOT A WIZARD.                                   | TARR | LIVE |
| 249 | 78090978 | 2745084 | I'M A DINO-SAVER                                                | TARR | LIVE |
| 250 | 78090685 | 2663334 | I'M A DINO-SAVER                                                | TARR | LIVE |
| 251 | 78089855 | 2635441 | I'M TOO SEXY                                                    | TARR | LIVE |
| 252 | 78088708 | 2696779 | I'M TOO SEXY                                                    | TARR | LIVE |
| 253 | 78086282 | 2663317 | IM                                                              | TARR | LIVE |
| 254 | 78085469 | 2944729 | I'M A DOER                                                      | TARR | LIVE |
| 255 | 78067778 | 2803530 | IM/PACT                                                         | TARR | LIVE |
| 256 | 78062608 | 2637429 | "I'M DA POOP!"                                                  | TARR | LIVE |
| 257 | 78052200 | 2779449 | I'M INTOUCH                                                     | TARR | LIVE |
| 258 | 78045418 | 2615424 | IM INITIATIVE PARTNERS                                          | TARR | LIVE |
| 259 | 78043239 | 2612788 | IM NETWORKS                                                     | TARR | LIVE |
| 260 | 78043076 | 2517548 | I'M CALLING YOU                                                 | TARR | LIVE |
| 261 | 78040993 | 2522792 | IMSPORTS                                                        | TARR | LIVE |
| 262 | 78040527 | 2710128 | I'M BLESSED                                                     | TARR | LIVE |
| 263 | 78030512 | 2819531 | CHARMED, I'M SURE!                                              | TARR | LIVE |
| 264 | 78014775 | 2512807 | IM-UR                                                           | TARR | LIVE |
| 265 | 78014763 | 2512806 | IM-UR                                                           | TARR | LIVE |
| 266 | 78008725 | 2972559 | IM                                                              | TARR | LIVE |
|     |          |         |                                                                 |      |      |

| 267 | 78006283 | 2512792 | IM REMOTE TUNER | TARR | LIVE |
|-----|----------|---------|-----------------|------|------|
| 268 | 78006181 | 2664566 | IM TUNER | TARR | LIVE |
| 269 | 78003277 | 2863520 | I'M IDEAS 'N MIND $ | TARR | LIVE |
| 270 | 78000119 | 2722526 | IM-ANYWHERE | TARR | LIVE |
| 271 | 77213421 | | IMWELL HEALTH | TARR | LIVE |
| 272 | 77212715 | | I'M NOT A DEADBEAT! | TARR | LIVE |
| 273 | 77130724 | | I'M JUST A REGULAR PERSON | TARR | LIVE |
| 274 | 77130713 | | I'M JUST A REGULAR KID | TARR | LIVE |
| 275 | 77064493 | | I'M SO WONDERFUL! | TARR | LIVE |
| 276 | 77001284 | | HEY, I'M TALKING TO YOU! | TARR | LIVE |
| 277 | 77203919 | | IM | TARR | LIVE |
| 278 | 77122371 | | I'M GOING TO WRITE | TARR | LIVE |
| 279 | 77055349 | | GIVE ME NO TROUBLE, I'M IN MY PINK BUBBLE! | TARR | LIVE |
| 280 | 77031032 | | DON'T WORRY MOM, I'M TOTALLY MACHINE WASHABLE | TARR | LIVE |
| 281 | 77009689 | | I'M SORRY I BET ON BASEBALL | TARR | LIVE |
| 282 | 77130495 | | I'M NOT GAY, I JUST REALLY LOVE RAINBOWS | TARR | LIVE |
| 283 | 77129948 | | TALK TO ME LIKE I'M SOMEONE YOU LOVE | TARR | LIVE |
| 284 | 77127900 | | I'M READY FOR . . . | TARR | LIVE |
| 285 | 77127794 | | I'M AVAILABLE | TARR | LIVE |
| 286 | 77208055 | | I'M BURIED HERE | TARR | LIVE |
| 287 | 77194211 | | I'M SO THANKFUL | TARR | LIVE |
| 288 | 77094162 | | I'M A PEPPER | TARR | LIVE |
| 289 | 77207411 | | I'M RICK JAMES BITCH | TARR | LIVE |
| 290 | 77205411 | | I LIKE TO PLAY........AND I'M GOOD AT IT! | TARR | LIVE |
| 291 | 77123540 | | I'M TOO SMART TO BE THIS STUPID | TARR | LIVE |
| 292 | 77121743 | | I'M NOT AFRAID! | TARR | LIVE |
| 293 | 77142877 | | I'M ON IT. I OWN IT. | TARR | LIVE |
| 294 | 77119948 | | I'M ON IT. | TARR | LIVE |
| 295 | 77117458 | | I'M | TARR | LIVE |
| 296 | 77112631 | | THE SMARTEST IM ON EARTH | TARR | LIVE |
| 297 | 77202608 | | I'M RIGHT HERE | TARR | LIVE |
| 298 | 77202063 | | I'M IN A STATE OF MIND | TARR | LIVE |
| 299 | 77201403 | | I'M IN A FLIP FLOP STATE OF MIND | TARR | LIVE |
| 300 | 77200408 | | THIS IS WHY I'M HOT | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

**Trademarks** > **Trademark Electronic Search System(Tess)**

*TESS was last updated on Thu Jun 28 04:06:24 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

| Logout | *Please logout when you are done to release system resources allocated for you.*

| Start | **List At:** | OR | Jump | **to record:** | **623 Records(s) found (This page: 301 ~ 400)** |

**Refine Search** ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL]   | Submit |

Current Search: S3: ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL] docs: 623 occ: 623

|  | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 301 | 77059827 | | I'M THE "T" IN IT! | TARR | LIVE |
| 302 | 77113231 | | I'M A TEAMMATE | TARR | LIVE |
| 303 | 77043630 | | I'M OUT | TARR | LIVE |
| 304 | 77041383 | | I'M A GOOD SPORT. | TARR | LIVE |
| 305 | 77035126 | | IMTHERE | TARR | LIVE |
| 306 | 77032667 | | IM DREAM-E | TARR | LIVE |
| 307 | 77162192 | | I'M NOT SCARED | TARR | LIVE |
| 308 | 77115252 | | I'M WITH THE BANK | TARR | LIVE |
| 309 | 77109054 | | I'M HERE TEACH ME TO DANCE | TARR | LIVE |
| 310 | 77040177 | | I'M SMOKIN' SEAT SAVER | TARR | LIVE |
| 311 | 77037149 | | I'M THE ALPHA DOG | TARR | LIVE |
| 312 | 77036638 | | I'M SMOKIN' | TARR | LIVE |
| 313 | 77196859 | | I'M FEELING THE LOVE | TARR | LIVE |
| 314 | 77193855 | | I'M A QUEEN | TARR | LIVE |
| 315 | 77193822 | | I'M ALIVE! | TARR | LIVE |
| 316 | 77109232 | | HELP! I'M BEING HELD PRISONER IN A CHOCOLATE FACTORY - DON'T SEND HELP | TARR | LIVE |
| 317 | 77093922 | | I'M IN GOOD HANDS | TARR | LIVE |
| 318 | 77031789 | | IMAGOD CLOTHING CO. | TARR | LIVE |
| 319 | 77031759 | | I'M NOT HAVING FUN | TARR | LIVE |
| 320 | 77023296 | | IM OUT OF HERE .BIZ | TARR | LIVE |
| 321 | 77190483 | | I'M NOT SPOILED, JUST INDULGED! | TARR | LIVE |
| 322 | 77188842 | | IST I'M SO THANKFUL | TARR | LIVE |
| 323 | 77079456 | | RIVAL ME I'M BETTER THAN YOU! WHO'S BETTER THAN WHO? | TARR | LIVE |

| 324 | 77103848 | I'M LATE FOR THE OUTDOORS | TARR | LIVE |
|---|---|---|---|---|
| 325 | 77015051 | I'M A KID FOUNDATION | TARR | LIVE |
| 326 | 77151709 | RIGIM | TARR | LIVE |
| 327 | 77183887 | IM | TARR | LIVE |
| 328 | 77022224 | I'M NOT EVEN THINKING ABOUT MY NEXT CAR | TARR | LIVE |
| 329 | 77014208 | R I'M RITE. | TARR | LIVE |
| 330 | 77007767 | TRUST ME. I'M A TRAINED PROFESSIONAL. | TARR | LIVE |
| 331 | 77182896 | OH MY GOD I'M GAY | TARR | LIVE |
| 332 | 77177452 | IM-5 | TARR | LIVE |
| 333 | 77059440 | IMEDGE | TARR | LIVE |
| 334 | 77125539 | FLASHION LADY I'M HOT! | TARR | LIVE |
| 335 | 77084083 | FLASHIONABLES I'M HOT! | TARR | LIVE |
| 336 | 77171763 | LOOK AT ME I'M DRUG FREE · I'M DRUG FREE · I'M DRUG FREE · I'M DRUG FREE | TARR | LIVE |
| 337 | 77006242 | I'M A BOOMER BABY | TARR | LIVE |
| 338 | 77150770 | IM | TARR | LIVE |
| 339 | 77166863 | IM - IMPOSTER | TARR | LIVE |
| 340 | 77127730 | I'M READY... | TARR | LIVE |
| 341 | 77163704 | I'M NOT SMARTER THAN A 5TH GRADER | TARR | LIVE |
| 342 | 77163703 | I'M NOT SMARTER THAN A 5TH GRADER | TARR | LIVE |
| 343 | 77163702 | I'M NOT SMARTER THAN A 5TH GRADER | TARR | LIVE |
| 344 | 77163699 | I'M NOT SMARTER THAN A 5TH GRADER | TARR | LIVE |
| 345 | 77162476 | FWIGS FORGET WORK I'M GOING SNOWBOARDING | TARR | LIVE |
| 346 | 77096512 | I'M NOT SIGNED | TARR | LIVE |
| 347 | 77158124 | BECAUSE I'M AWESOME | TARR | LIVE |
| 348 | 77044300 | I CAN'T BELIEVE I'M RELATED TO THESE PEOPLE | TARR | LIVE |
| 349 | 77144539 | I'M DA SHIT | TARR | LIVE |
| 350 | 77144083 | I'M THERE FOR YOU BABY...THE ENTREPRENEUR'S GUIDE TO THE GALAXY. | TARR | LIVE |
| 351 | 77142003 | NO! I'M NOT THE NANNIE | TARR | LIVE |
| 352 | 77138011 | I'M THUMBBUDDY SPECIAL I GOT FINGERPRINTED! | TARR | LIVE |
| 353 | 77134173 | "IMPOSSIBLE VS. I'M POSSIBLE" | TARR | LIVE |
| 354 | 77133862 | I'M PRETTY DESIGNER APPAREL | TARR | LIVE |
| 355 | 77131145 | I'M A LITTLE TEAPOT | TARR | LIVE |
| 356 | 77130480 | I'M NOT GAY, I JUST REALLY LOVE RAINBOWS | TARR | LIVE |
| 357 | 77113151 | "GENUINE TEXAS" AND "AND I'M THE BEST THERE IS" | TARR | LIVE |
| 358 | 77118843 | IM YOUR BRAIN | TARR | LIVE |
| 359 | 77022981 | A PLACE FOR IM | TARR | LIVE |
| 360 | 77117478 | I'M | TARR | LIVE |
| 361 | 77117453 | I'M | TARR | LIVE |
| 362 | 77115261 | I'M WITH THE BANK | TARR | LIVE |
| 363 | 77115257 | I'M WITH THE BANK | TARR | LIVE |
| 364 | 77115249 | I'M WITH THE BANK | TARR | LIVE |
| 365 | 77114976 | IMO.IM | TARR | LIVE |
| 366 | 77112399 | IM ? IM | TARR | LIVE |

| 367 | 77108128 | | I'M NOT GAY I JUST LIKE RAINBOWS | TARR | LIVE |
|---|---|---|---|---|---|
| 368 | 77106787 | | BE TRUCKER FRIENDLY I'M TRUCKER FRIENDLY | TARR | LIVE |
| 369 | 77028804 | | T.G.I.G. THANK GOD I'M GAY | TARR | LIVE |
| 370 | 77099674 | | I'M EASY | TARR | LIVE |
| 371 | 77067702 | | I'M A WRESTLER | TARR | LIVE |
| 372 | 77088362 | | IBOS I'M BOARD OF SKIING | TARR | LIVE |
| 373 | 77073993 | | I'M JUST SAYING | TARR | LIVE |
| 374 | 77079587 | | I BEAT YOU CAUSE I'M BETTER | TARR | LIVE |
| 375 | 77078095 | | GIRLFREIND I'M SAVED | TARR | LIVE |
| 376 | 77064217 | | IM | TARR | LIVE |
| 377 | 77062263 | | BACK OFF! I'M OLD. | TARR | LIVE |
| 378 | 77056956 | | IM-ME | TARR | LIVE |
| 379 | 77052206 | | HONEY, I'M PARCHED | TARR | LIVE |
| 380 | 77034884 | | I'M SLOW I KNOW...GET OVER IT | TARR | LIVE |
| 381 | 77043626 | | I'M OUT | TARR | LIVE |
| 382 | 77043621 | | I'M OUT | TARR | LIVE |
| 383 | 77033068 | | KISS ME I'M POLISH | TARR | LIVE |
| 384 | 77039449 | | GROUP IM | TARR | LIVE |
| 385 | 77033946 | | I'M SICK OF PRICKS | TARR | LIVE |
| 386 | 77030785 | | I'M A MEAL MAKER | TARR | LIVE |
| 387 | 77026524 | | IM IMAGEMEDIA | TARR | LIVE |
| 388 | 77019769 | | I'M HERE QUESTIONING ASSUMPTIONS | TARR | LIVE |
| 389 | 77029129 | | I'M GRATEFUL... | TARR | LIVE |
| 390 | 77028844 | | T.G.I.G. THANK GOD I'M GAY | TARR | LIVE |
| 391 | 77015894 | | IM | TARR | LIVE |
| 392 | 77016204 | | MOM, DAD, I'M GAELIC | TARR | LIVE |
| 393 | 77014833 | | I'M EASY...AND I HAVE BAD TASTE! | TARR | LIVE |
| 394 | 77013806 | | MY - IM | TARR | LIVE |
| 395 | 77010687 | | I'M SOLD | TARR | LIVE |
| 396 | 77003616 | | IM TK | TARR | LIVE |
| 397 | 76666759 | | I'M SO HARLEM | TARR | LIVE |
| 398 | 76661935 | | OY VEY I'M HOT | TARR | LIVE |
| 399 | 76661444 | | SMART IM | TARR | LIVE |
| 400 | 76037945 | 2700872 | PRIMAL ACCESS IM | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 28 04:06:24 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

| Logout | *Please logout when you are done to release system resources allocated for you.*

| Start | List At: |    OR | Jump | to record:

# 623 Records(s) found (This page: 401 ~ 500)

Refine Search ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL] | Submit |

Current Search: S3: ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL] docs: 623 occ: 623

|  | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 401 | 76034691 | 2959996 | IMSERV | TARR | LIVE |
| 402 | 76034690 | 2551838 | IMNET | TARR | LIVE |
| 403 | 76672809 | | IM3EP | TARR | LIVE |
| 404 | 76149868 | | "LASSIE, I'M HOME" | TARR | LIVE |
| 405 | 76636962 | | IM BEAUTY | TARR | LIVE |
| 406 | 76376002 | 3238559 | I'M COOKING | TARR | LIVE |
| 407 | 76105754 | 2487333 | UNDERNEATH I'M LOVABLE | TARR | LIVE |
| 408 | 76661377 | | IM DIGITAL | TARR | LIVE |
| 409 | 76674663 | | I'M A TIGER GRRRR! | TARR | LIVE |
| 410 | 76195199 | 2522311 | IM | TARR | LIVE |
| 411 | 76467525 | 2872358 | IM ADVANTAGE ISO-MOUNT | TARR | LIVE |
| 412 | 76225265 | 2542862 | IM | TARR | LIVE |
| 413 | 76205512 | 2510160 | IMAGENIUS | TARR | LIVE |
| 414 | 76474899 | 2872364 | NEAXMAIL IM-16 | TARR | LIVE |
| 415 | 76659638 | | I'M DAN | TARR | LIVE |
| 416 | 76975485 | 2748582 | IM MUNO GENE TICS | TARR | LIVE |
| 417 | 76668376 | | I'M FROM HEAVEN YA KNOW | TARR | LIVE |
| 418 | 76620488 | | I'M THE STAR | TARR | LIVE |
| 419 | 76496298 | 2912116 | HI! I'M JOE Q. | TARR | LIVE |
| 420 | 76441798 | 2796983 | SHOES BROTHERS INSTANT SHOE REPAIR I'M A SOLE MAN | TARR | LIVE |
| 421 | 76436320 | 2785761 | OPTUM IM | TARR | LIVE |
| 422 | 76434333 | 2859424 | JAGERMEISTER AUSZUG EDELSTER KRAUTER KRAUTER LIQUEUR MAST JAGERMEISTER AG WOLFENBUTTEL, WESTERN GERMANY GEGRUNDET IM JAHRE 1878 DAS IST DES JAGERS EHRENSCHILD, DASS ER BESCHUTZT UND | TARR | LIVE |

| | | | HEGT SEIN WILD, WEIDMANNISCH JAGT, WIE SICH'S GEHORT, DEN SCHOPFER IM GESCHOPFE EHRT | | |
|---|---|---|---|---|---|
| 423 | 76364712 | 2832616 | I'M A CHILLIN! ARE YOU A CHILLIN? | TARR | LIVE |
| 424 | 76288784 | 2538265 | I'M ON AIR | TARR | LIVE |
| 425 | 76138164 | 2577678 | ALTON BROWN "I'M JUST HERE FOR THE FOOD" | TARR | LIVE |
| 426 | 76071477 | 2728537 | IM MUNO GENE TICS | TARR | LIVE |
| 427 | 76645999 | | I'M A TOY TESTER | TARR | LIVE |
| 428 | 76560519 | 2908002 | PEACH ME I'M DREAMIN' | TARR | LIVE |
| 429 | 76507556 | 2902779 | I'M A LITTLE TEAPOT | TARR | LIVE |
| 430 | 76655974 | | IM DIGITAL | TARR | LIVE |
| 431 | 76660825 | | "I'M A KARAOKE JUNKIE, AM I NEXT?!! | TARR | LIVE |
| 432 | 76120077 | 2514785 | SEX CHEX I'M YOURS BE MINE | TARR | LIVE |
| 433 | 76205522 | 2689938 | IMAGENIUS | TARR | LIVE |
| 434 | 76671377 | | IM | TARR | LIVE |
| 435 | 76299304 | 2776377 | I'M BORED | TARR | LIVE |
| 436 | 76632741 | | MULTI-IM | TARR | LIVE |
| 437 | 76668680 | | IM | TARR | LIVE |
| 438 | 76623862 | 3169230 | DENTALIMPLAN | TARR | LIVE |
| 439 | 76609265 | 3165693 | MOMMY I'M HERE | TARR | LIVE |
| 440 | 76413294 | 2882409 | LOOK AT ME WHEN I'M TALKING TO YOU | TARR | LIVE |
| 441 | 76424080 | 2798926 | I'M GAME | TARR | LIVE |
| 442 | 76666476 | | I'M RESPONSIBLE | TARR | LIVE |
| 443 | 76132731 | 2921017 | I'M READY | TARR | LIVE |
| 444 | 76024096 | 2779887 | I'M READY | TARR | LIVE |
| 445 | 76665551 | | I'M HOOKED | TARR | LIVE |
| 446 | 76665550 | | I'M ADDICTED | TARR | LIVE |
| 447 | 76125912 | 2611679 | I'M SARI | TARR | LIVE |
| 448 | 76102259 | 2471690 | LIFT ME I'M LIGHT | TARR | LIVE |
| 449 | 76384313 | 2668984 | I'M THIRD GOD-OTHERS-SELF | TARR | LIVE |
| 450 | 76218397 | 3051959 | JAGERMEISTER AUSZUG EDELSTER KRAEUTER KRAEUTER LIQUEUR CARAMEL COLOR ADDED 1,75 LITER 35% ALC. BY VOL. (70 PROOF) PRODUCED AND BOTTLED BY MAST-JAEGERMEISTER AG WOLFENBUETTEL, WESTERN GERMANY GEGRUENDET IM JAHRE 1878 DAS IST DES JAEGERS EHRENSCHILD, DASS ER BESCHUETZT UND HEGT SEIN WILD, WEIDMAENNISCH JAGT, WIE SICH'S GEHOERT, DEN SCHOEPFER IM GESCHOEPFE EHRT IMPORTED SERVE COLD KEEP ON ICE | TARR | LIVE |
| 451 | 76517608 | | VIDIIM | TARR | LIVE |
| 452 | 76599504 | 3109783 | I'M | TARR | LIVE |
| 453 | 76606737 | 3105618 | I'M AN INFLUENCER | TARR | LIVE |
| 454 | 76523849 | 3102583 | IM: EX | TARR | LIVE |
| 455 | 76077030 | 2583433 | I'M BANANAS OVER YOU | TARR | LIVE |
| 456 | 76121244 | 3061281 | I'M A 00'S KIND OF GIRL | TARR | LIVE |
| 457 | 76121243 | 2974707 | I'M A 00'S KIND OF GUY | TARR | LIVE |
| 458 | 76526232 | 3060662 | IM CATCHER | TARR | LIVE |
| 459 | 76371512 | 2772405 | I'M WITH THE BAND | TARR | LIVE |

| 460 | 76361120 | 2726630 | KISS ME, I'M IRISH! | TARR | LIVE |
|-----|----------|---------|---------------------|------|------|
| 461 | 76368810 | 3077028 | I'M A DOER | TARR | LIVE |
| 462 | 76304328 | 2675604 | HOW I'M LIVING | TARR | LIVE |
| 463 | 76619610 | 3039536 | IAI | TARR | LIVE |
| 464 | 76500072 | 2890846 | BUSINESSIM | TARR | LIVE |
| 465 | 76619609 | 3026162 | IAI ORIGINAL POKER APPAREL | TARR | LIVE |
| 466 | 76459316 | 2940522 | IT'S OFFICIAL, I'M AMAZING | TARR | LIVE |
| 467 | 76977029 | 2931484 | I'M HERE | TARR | LIVE |
| 468 | 76574573 | 2922480 | IM GUARDIAN | TARR | LIVE |
| 469 | 76524857 | 2850556 | IM: EXCEPTIONAL LEADERS ... EXTRAORDINARY RESULTS | TARR | LIVE |
| 470 | 76523848 | 2969226 | IM | TARR | LIVE |
| 471 | 76520228 | 2883826 | I'M THE ARTIST | TARR | LIVE |
| 472 | 76513497 | 2836190 | I'M READY FOR DESSERT | TARR | LIVE |
| 473 | 76507450 | 2878658 | TASKIM | TARR | LIVE |
| 474 | 76490576 | 2859562 | IM INTERSTATE MORTGAGE & LOAN CORPORATION | TARR | LIVE |
| 475 | 76437954 | 2931253 | I'M 4 | TARR | LIVE |
| 476 | 76433427 | 2719195 | BABY I'M YOURS | TARR | LIVE |
| 477 | 76430350 | 2864143 | IM INTERMARKETING EXPRESS | TARR | LIVE |
| 478 | 76422283 | 2868385 | I'M HERE TO LEARN | TARR | LIVE |
| 479 | 76386070 | 2692811 | I'M SMILING SUNDAE | TARR | LIVE |
| 480 | 76374451 | 2765346 | NOTHING MATTERS WHEN I'M IN MY SPATTERS | TARR | LIVE |
| 481 | 76348643 | 2807151 | IM SEARCH | TARR | LIVE |
| 482 | 76348589 | 2800971 | IM SEARCH | TARR | LIVE |
| 483 | 76320205 | 2615104 | WHEN I SEE THE JOCKEYS, I KNOW I'M HOME | TARR | LIVE |
| 484 | 76319345 | 2744023 | YOU CAN'T SCARE ME, I'M IN RETAIL. | TARR | LIVE |
| 485 | 76305633 | 2743908 | WGW WATCH GOD WORK I'M NEXT IN LINE FOR A MIRACLE | TARR | LIVE |
| 486 | 76288785 | 2538266 | I'M ON AIR | TARR | LIVE |
| 487 | 76209704 | 2591100 | WEALTH$IM | TARR | LIVE |
| 488 | 76167169 | 2597290 | IM | TARR | LIVE |
| 489 | 76154675 | 2602453 | I'M NOT STABLE | TARR | LIVE |
| 490 | 76143076 | 2590821 | I'M THIRD FOUNDATION | TARR | LIVE |
| 491 | 76134722 | 2854199 | I'M NO ANGEL | TARR | LIVE |
| 492 | 76123371 | 2619771 | IM INITIATIVE MEDIA | TARR | LIVE |
| 493 | 76099715 | 2611592 | HI, I'M FUZZY | TARR | LIVE |
| 494 | 76076671 | 2660266 | IM-MAXX | TARR | LIVE |
| 495 | 76065861 | 2650164 | I'M SO CONFIDENT I'M GOING TO SELL YOUR HOUSE HERE'S A BOX, START PACKING | TARR | LIVE |
| 496 | 76003091 | 2447784 | IM RECORDS | TARR | LIVE |
| 497 | 76003087 | 2447783 | IM RECORDS | TARR | LIVE |
| 498 | 75942100 | 2473259 | I'M A CELEBRITY | TARR | LIVE |
| 499 | 75667291 | 2451742 | I.M.GOOD | TARR | LIVE |
| 500 | 75738017 | 2390515 | I'M READY | TARR | LIVE |



|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 28 04:06:24 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

| Logout | *Please logout when you are done to release system resources allocated for you.*

| Start | List At: | OR | Jump | to record: | **623 Records(s) found (This page: 501 ~ 600)** |

**Refine Search** ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL] | Submit |

Current Search: S3: ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL] docs: 623 occ: 623

|  | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 501 | 75803809 | 2508650 | IM INTERFAITH MINISTRIES FOR GREATER HOUSTON | TARR | LIVE |
| 502 | 75811783 | 2440317 | SCOOT DEER DEER OH DEER I'M OUTTA HERE! | TARR | LIVE |
| 503 | 75800303 | 2702858 | IMORTGAGE.COM | TARR | LIVE |
| 504 | 75774248 | 2485950 | HAPPY HANK I'M HAPPY HANK. I'M HAPPY 'CAUSE JESUS LOVES ME. | TARR | LIVE |
| 505 | 75624879 | 2562751 | STEIFF KNOPF IM OHR | TARR | LIVE |
| 506 | 75617414 | 2415124 | A PEEK-A-BOO BEFORE I'M DUE | TARR | LIVE |
| 507 | 75533048 | 2621667 | I'M A THINKING TOY | TARR | LIVE |
| 508 | 75803362 | 2686939 | I'M A LITTLE TEAPOT | TARR | LIVE |
| 509 | 75797934 | 2447526 | I'M A CHEERIOS RACING KID! | TARR | LIVE |
| 510 | 75547943 | 2958856 | I'M JONESIN' | TARR | LIVE |
| 511 | 75602746 | 2404762 | I M HERE | TARR | LIVE |
| 512 | 75738018 | 2402904 | I'M READY | TARR | LIVE |
| 513 | 75782421 | 2355329 | I'M SAFE! | TARR | LIVE |
| 514 | 75523591 | 2331198 | I'M AN RN AN EXPERT IN NURSING CARE | TARR | LIVE |
| 515 | 75752326 | 2428062 | STEIFF KNOPF IM OHR | TARR | LIVE |
| 516 | 75751523 | 2541116 | GIRLFRIEND I'M SAVED | TARR | LIVE |
| 517 | 75943322 | 2712441 | I'M AN AWESOME DAD - GOD | TARR | LIVE |
| 518 | 75943318 | 2745625 | SEARCHING FOR THE ULTIMATE HIGH? I'M UP HERE - GOD | TARR | LIVE |
| 519 | 75943315 | 2676003 | I'M EVERYBODY'S HOMEY - GOD | TARR | LIVE |
| 520 | 75933575 | 2484724 | IMMEDIABUY | TARR | LIVE |
| 521 | 75923187 | 2625830 | DON'T BOTHER ME. I'M EATING | TARR | LIVE |
| 522 | 75917272 | 2505487 | I'M A SMART PLUMBER! PASCO | TARR | LIVE |
| 523 | 75914546 | 2740931 | "NEED A MARRIAGE COUNSELOR? I'M AVAILABLE." - GOD | TARR | LIVE |

| 524 | 75902455 | 2436825 | I'M A FAN | TARR | LIVE |
|---|---|---|---|---|---|
| 525 | 75896696 | 2415845 | IMSTORE | TARR | LIVE |
| 526 | 75887571 | 2410700 | TRAX'IM | TARR | LIVE |
| 527 | 75873553 | 2518460 | I'M COMMITTED | TARR | LIVE |
| 528 | 75872890 | 2646370 | IMSTORE | TARR | LIVE |
| 529 | 75866231 | 2737198 | I'M AN ASHKEFARDIC ULTRAREFOCONSERVADOX AND PROUD OF IT. | TARR | LIVE |
| 530 | 75743981 | 2507724 | IM BAND | TARR | LIVE |
| 531 | 75743979 | 2646222 | "IM" | TARR | LIVE |
| 532 | 75742266 | 2403722 | IM IMHOTECH | TARR | LIVE |
| 533 | 75741996 | 2412058 | IM | TARR | LIVE |
| 534 | 75734313 | 2462553 | EXPLAIN IT TO ME LIKE I'M FIVE YEARS OLD | TARR | LIVE |
| 535 | 75624877 | 2590188 | KNOPF IM OHR | TARR | LIVE |
| 536 | 75616472 | 2314317 | I'M O.K. | TARR | LIVE |
| 537 | 75589389 | 2482958 | IM RADIO | TARR | LIVE |
| 538 | 75572829 | 2678434 | IMPACT | TARR | LIVE |
| 539 | 75436430 | 2413400 | IM IMAGEMASTER TECHNOLOGY | TARR | LIVE |
| 540 | 75299645 | | I'M A BULLEVER | TARR | LIVE |
| 541 | 75200295 | 2116090 | 1-800 I'M AWARE | TARR | LIVE |
| 542 | 75059441 | 2024087 | I'M A ------ BABY | TARR | LIVE |
| 543 | 75038643 | 2043125 | PREP-IM | TARR | LIVE |
| 544 | 75041684 | 2088721 | THE AMERICAN BOARD OF INTERNAL MEDICINE THE AB OF IM | TARR | LIVE |
| 545 | 75498035 | 2547635 | I'M NOT SORRY | TARR | LIVE |
| 546 | 75105004 | 2085654 | IM | TARR | LIVE |
| 547 | 75254354 | 2153621 | I'M THE BIG SISTER | TARR | LIVE |
| 548 | 75129457 | 2312747 | STEIFF KNOPF IM OHR | TARR | LIVE |
| 549 | 75474516 | 2322564 | IMPACT! | TARR | LIVE |
| 550 | 75197319 | 2165258 | JAGERMEISTER KRAUTER-LIQUEUR IMPORTED AUSZUG EDELSTER KRAUTER CARAMEL COLOR ADDED ONE LITER 35% ALC. BY VOL. (70 PROOF) PRODUCED AND BOTTLED BY AG WOLFENBUTTEL WESTERN GERMANY GEGRUNDET IM JAHRE 1878 SERVE COLD KEEP ON ICE | TARR | LIVE |
| 551 | 75494954 | 2603029 | PHILADELPHIA "A PLACE I'M PROUD TO BE" | TARR | LIVE |
| 552 | 75488197 | 2330276 | MY NAME IS MAX AND I'M A GIRL | TARR | LIVE |
| 553 | 75486561 | 2266921 | IMPORT TUNER | TARR | LIVE |
| 554 | 75403881 | 2231940 | GOTEL MINISTRIES, INC. I JESUS I'M GOING TO HEAVEN, WANNA COME ALONG? CALL 1-800-252-LORD THE GOSPEL ON THE TELEPHONE | TARR | LIVE |
| 555 | 75399671 | 2296742 | QUANTUM IM | TARR | LIVE |
| 556 | 75304843 | 2183782 | IF I'M MAKING SO MUCH MONEY...WHERE IS IT? | TARR | LIVE |
| 557 | 75258840 | 2133553 | WHEN I'M AWAKE I'M BROWSING | TARR | LIVE |
| 558 | 75196266 | 2186595 | IM | TARR | LIVE |
| 559 | 75193606 | 2145982 | IM | TARR | LIVE |
| 560 | 75179158 | 2402288 | "SEE WHAT I'M SAYING" | TARR | LIVE |
| 561 | 75139084 | 2448572 | YES I'M FIT! | TARR | LIVE |
| | | | | | |

| 562 | 75138096 | 2131904 | I'M A KISS | TARR | LIVE |
|---|---|---|---|---|---|
| 563 | 75129459 | 2233180 | KNOPF IM OHR | TARR | LIVE |
| 564 | 75058439 | 2129789 | THANK GOD I'M FILIPINO | TARR | LIVE |
| 565 | 75038078 | 2080844 | IMEDGE | TARR | LIVE |
| 566 | 75038077 | 2183233 | IMEDGE | TARR | LIVE |
| 567 | 74562742 | 1952558 | JAGERMEISTER AUSZUG EDELSTER KRAUTER KRAUTER LIQUEUR MAST JAGERMEISTER AG WOLFENBUTTEL, WESTERN GERMANY GEGRUNDET IM JAHRE 1878 DAS IST DES JAGERS EHRENSCHILD, DASS ER BESCHUTZT UND HEGT SEIN WILD, WEIDMANNISCH JAGT, WIE SICH'S GEHORT, DEN SCHOPFER IM GESCHOPFE EHRT | TARR | LIVE |
| 568 | 74500328 | 1925763 | ASBACH URALT DEUTSCHER WEINBRAND GERMANBRANDY WEINBRENNEREI ASBACH 38% VOL 70 CL E IM ASBACH URALTIST DER GEIST DES WEINES | TARR | LIVE |
| 569 | 74305929 | 1781915 | I'M "SPEEDEE" | TARR | LIVE |
| 570 | 74305928 | 1766090 | I'M "SPEEDEE" | TARR | LIVE |
| 571 | 74043746 | 1688513 | I'M A MADD DAD | TARR | LIVE |
| 572 | 74734659 | 2102586 | I'M A KINDHEART KID MISSION: KINDNESS | TARR | LIVE |
| 573 | 74704901 | 2166736 | I'M THE BIG BROTHER | TARR | LIVE |
| 574 | 74545149 | 1962745 | I'M BIG ON LITTLE ROCK | TARR | LIVE |
| 575 | 74223519 | 1740189 | IM PAK | TARR | LIVE |
| 576 | 74638521 | 1968148 | IM | TARR | LIVE |
| 577 | 74520477 | 1947571 | I.M. BIGG | TARR | LIVE |
| 578 | 74697280 | 2284309 | IM | TARR | LIVE |
| 579 | 74670355 | 1971305 | IM = X | TARR | LIVE |
| 580 | 74727971 | 1987293 | I'M UNIQUE | TARR | LIVE |
| 581 | 74705878 | 2280145 | I'M THE LITTLE SISTER | TARR | LIVE |
| 582 | 74705877 | 2271215 | I'M THE LITTLE BROTHER | TARR | LIVE |
| 583 | 74684252 | 2016510 | I'M THE MAN | TARR | LIVE |
| 584 | 74419181 | 1835532 | I'M A BIG KID NOW | TARR | LIVE |
| 585 | 74156272 | 1715172 | MY LITTLE ANGEL TELLS ME I'M SPECIAL | TARR | LIVE |
| 586 | 74117320 | 1748077 | I'M FRESH | TARR | LIVE |
| 587 | 74030343 | 1644004 | I'M ON YOUR SIDE | TARR | LIVE |
| 588 | 73831020 | 1595523 | I'M "SPEEDEE" | TARR | LIVE |
| 589 | 73828793 | 1634425 | I'M TAKING CARE | TARR | LIVE |
| 590 | 73690005 | 1492984 | IM | TARR | LIVE |
| 591 | 73453474 | 1354416 | ORIGINAL STEIFF KNOPF IM OHR | TARR | LIVE |
| 592 | 73800215 | 1574919 | I'M A STENCIL! I'M A TEMPLATE! | TARR | LIVE |
| 593 | 73528570 | 1443586 | I.M.THUMBUDDY | TARR | LIVE |
| 594 | 73705290 | 1552575 | IM II | TARR | LIVE |
| 595 | 73705285 | 1555212 | IM II | TARR | LIVE |
| 596 | 73745438 | 1550490 | IM I-TEN MANAGEMENT CORP. | TARR | LIVE |
| 597 | 73688170 | 1522637 | WHEN I GET WET I'M READY TO SET | TARR | LIVE |
| 598 | 73551764 | 1408670 | KNOPF IM OHR | TARR | LIVE |
| 599 | 73544745 | 1418497 | I'M GILBERT GIBBLE | TARR | LIVE |
| 600 | 73777893 | 1554613 | I'M A TOYS "R" US KID! | TARR | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 28 04:06:24 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

| Logout | *Please logout when you are done to release system resources allocated for you.*

| Start | List At: |    OR | Jump | to record: |    **623 Records(s) found (This page: 601 ~ 623)**

Refine Search ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL] | Submit |

Current Search: S3: ((IM)[BI] and (live)[LD] and 'RN > "0")[ALL] docs: 623 occ: 623

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 601 | 73659917 | 1471299 | TEAMWORK/IM | TARR | LIVE |
| 602 | 73789981 | 1573996 | I'M NOT ONLY THE HAIR CLUB PRESIDENT, I'M ALSO A CLIENT | TARR | LIVE |
| 603 | 73785310 | 1565236 | I'M A MADD DAD | TARR | LIVE |
| 604 | 73761386 | 1552660 | ART-IM | TARR | LIVE |
| 605 | 73756871 | 1555012 | I'M SOLD ON ST. LOUIS | TARR | LIVE |
| 606 | 73681141 | 1489363 | I.M. ORGANIZED | TARR | LIVE |
| 607 | 73663028 | 1476879 | ULTRA-IM | TARR | LIVE |
| 608 | 73662707 | 1480376 | IM | TARR | LIVE |
| 609 | 73653167 | 1463559 | I'M 2 | TARR | LIVE |
| 610 | 73612180 | 1447228 | IM | TARR | LIVE |
| 611 | 73608807 | 1431171 | I'M A HUG | TARR | LIVE |
| 612 | 73589324 | 1415833 | I'M A BIG KID NOW | TARR | LIVE |
| 613 | 73570316 | 1423387 | WHEN YOU'RE HAPPY, I'M HAPPY | TARR | LIVE |
| 614 | 73523635 | 1420490 | I.M. THUMBUDDY | TARR | LIVE |
| 615 | 73492244 | 1337845 | I'M THE NRA | TARR | LIVE |
| 616 | 73473705 | 1419408 | I'M DRIVING CLUB | TARR | LIVE |
| 617 | 73321455 | 1275254 | I'M A KISSABLE KID! | TARR | LIVE |
| 618 | 73318900 | 1239935 | IM INTERNATIONAL MULTIFOODS | TARR | LIVE |
| 619 | 73301143 | 1213860 | IM | TARR | LIVE |
| 620 | 73242267 | 1176234 | IM SYSTEM | TARR | LIVE |
| 621 | 73025456 | 1051674 | IM | TARR | LIVE |
| 622 | 72118154 | 0763805 | IM | TARR | LIVE |
| 623 | 72211467 | 0794542 | IM-PAK | TARR | LIVE |



|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY