# Exhibit EE



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 28 04:06:24 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:    OR [Jump] to record:    **78 Records(s) found (This page: 1 ~ 78)**

Refine Search ((IM)[BI] and (live)[LD] and "009"[IC] and 'R| [Submit]

Current Search: S5: ((IM)[BI] and (live)[LD] and "009"[IC] and 'RN > "0")[ALL] docs: 78 occ: 78

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 79036338 | | K610IM | TARR | LIVE |
| 2 | 78699179 | | I'M ONCALL | TARR | LIVE |
| 3 | 78787107 | | IM LOCK | TARR | LIVE |
| 4 | 78893116 | | VONAGE IM | TARR | LIVE |
| 5 | 78919227 | | I'M | TARR | LIVE |
| 6 | 78913144 | | IM | TARR | LIVE |
| 7 | 78849027 | | I'M HERE LISTENING WITH PURPOSE | TARR | LIVE |
| 8 | 78849023 | | I'M HERE AWAKENING IMAGINATIONS | TARR | LIVE |
| 9 | 78791962 | | I'M AWARE ENTERTAINMENT | TARR | LIVE |
| 10 | 78615279 | | SPATIAL IM | TARR | LIVE |
| 11 | 78648339 | | I'M IN CONTROL | TARR | LIVE |
| 12 | 78722952 | | I'M HERE | TARR | LIVE |
| 13 | 78637921 | | I'M HERE PHILOSOPHY THE PROCESS | TARR | LIVE |
| 14 | 78597546 | | I'M HERE PHILOSOPHY | TARR | LIVE |
| 15 | 78615274 | | SPATIAL IM | TARR | LIVE |
| 16 | 78688368 | | I|M | TARR | LIVE |
| 17 | 78200964 | 3230406 | I'M IN CONTROL | TARR | LIVE |
| 18 | 78165294 | 2855869 | [E-IM@GES] | TARR | LIVE |
| 19 | 78308570 | 3199323 | BRIGHT IM | TARR | LIVE |
| 20 | 78416026 | | I'M CACHED | TARR | LIVE |
| 21 | 78357840 | 2974442 | IM SMARTER | TARR | LIVE |
| 22 | 78149942 | 2819608 | IM-AGE SOFTWARE | TARR | LIVE |
| 23 | 78149894 | 2877018 | IM-AGE | TARR | LIVE |
| 24 | 78120083 | 2773548 | IM-LIVE | TARR | LIVE |

| 25 | 78097778 | 2764153 | IM | TARR | LIVE |
|---|---|---|---|---|---|
| 26 | 78052200 | 2779449 | I'M INTOUCH | TARR | LIVE |
| 27 | 78043239 | 2612788 | IM NETWORKS | TARR | LIVE |
| 28 | 78040993 | 2522792 | IMSPORTS | TARR | LIVE |
| 29 | 78008725 | 2972559 | IM | TARR | LIVE |
| 30 | 78006283 | 2512792 | IM REMOTE TUNER | TARR | LIVE |
| 31 | 78006181 | 2664566 | IM TUNER | TARR | LIVE |
| 32 | 78000119 | 2722526 | IM-ANYWHERE | TARR | LIVE |
| 33 | 77208055 | | I'M BURIED HERE | TARR | LIVE |
| 34 | 77109054 | | I'M HERE TEACH ME TO DANCE | TARR | LIVE |
| 35 | 77196859 | | I'M FEELING THE LOVE | TARR | LIVE |
| 36 | 77151709 | | RIGIM | TARR | LIVE |
| 37 | 77007767 | | TRUST ME. I'M A TRAINED PROFESSIONAL. | TARR | LIVE |
| 38 | 77163699 | | I'M NOT SMARTER THAN A 5TH GRADER | TARR | LIVE |
| 39 | 77138011 | | I'M THUMBBUDDY SPECIAL I GOT FINGERPRINTED! | TARR | LIVE |
| 40 | 77130480 | | I'M NOT GAY, I JUST REALLY LOVE RAINBOWS | TARR | LIVE |
| 41 | 77117453 | | I'M | TARR | LIVE |
| 42 | 77114976 | | IMO.IM | TARR | LIVE |
| 43 | 77039449 | | GROUP IM | TARR | LIVE |
| 44 | 77019769 | | I'M HERE QUESTIONING ASSUMPTIONS | TARR | LIVE |
| 45 | 76661444 | | SMART IM | TARR | LIVE |
| 46 | 76037945 | 2700872 | PRIMAL ACCESS IM | TARR | LIVE |
| 47 | 76034691 | 2959996 | IMSERV | TARR | LIVE |
| 48 | 76034690 | 2551838 | IMNET | TARR | LIVE |
| 49 | 76672809 | | IM3EP | TARR | LIVE |
| 50 | 76661377 | | IM DIGITAL | TARR | LIVE |
| 51 | 76467525 | 2872358 | IM ADVANTAGE ISO-MOUNT | TARR | LIVE |
| 52 | 76474899 | 2872364 | NEAXMAIL IM-16 | TARR | LIVE |
| 53 | 76975485 | 2748582 | IM MUNO GENE TICS | TARR | LIVE |
| 54 | 76655974 | | IM DIGITAL | TARR | LIVE |
| 55 | 76623862 | 3169230 | DENTALIMPLAN | TARR | LIVE |
| 56 | 76609265 | 3165693 | MOMMY I'M HERE | TARR | LIVE |
| 57 | 76413294 | 2882409 | LOOK AT ME WHEN I'M TALKING TO YOU | TARR | LIVE |
| 58 | 76574573 | 2922480 | IM GUARDIAN | TARR | LIVE |
| 59 | 76507450 | 2878658 | TASKIM | TARR | LIVE |
| 60 | 76076671 | 2660266 | IM-MAXX | TARR | LIVE |
| 61 | 76003091 | 2447784 | IM RECORDS | TARR | LIVE |
| 62 | 76003087 | 2447783 | IM RECORDS | TARR | LIVE |
| 63 | 75887571 | 2410700 | TRAX'IM | TARR | LIVE |
| 64 | 75743981 | 2507724 | IM BAND | TARR | LIVE |
| 65 | 75743979 | 2646222 | "IM" | TARR | LIVE |
| 66 | 75589389 | 2482958 | IM RADIO | TARR | LIVE |
| 67 | 75436430 | 2413400 | IM IMAGEMASTER TECHNOLOGY | TARR | LIVE |

| 68 | 75179158 | 2402288 | "SEE WHAT I'M SAYING" | TARR | LIVE |
| 69 | 75038078 | 2080844 | IMEDGE | TARR | LIVE |
| 70 | 75038077 | 2183233 | IMEDGE | TARR | LIVE |
| 71 | 74734659 | 2102586 | I'M A KINDHEART KID MISSION: KINDNESS | TARR | LIVE |
| 72 | 74156272 | 1715172 | MY LITTLE ANGEL TELLS ME I'M SPECIAL | TARR | LIVE |
| 73 | 73690005 | 1492984 | IM | TARR | LIVE |
| 74 | 73705290 | 1552575 | IM II | TARR | LIVE |
| 75 | 73659917 | 1471299 | TEAMWORK/IM | TARR | LIVE |
| 76 | 73761386 | 1552660 | ART-IM | TARR | LIVE |
| 77 | 73612180 | 1447228 | IM | TARR | LIVE |
| 78 | 72118154 | 0763805 | IM | TARR | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY