# Exhibit FF



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 28 04:06:24 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:    OR  [Jump] to record:    **73 Records(s) found (This page: 1 ~ 73)**

**Refine Search** ((IM)[BI] and (live)[LD] and "035"[IC] and 'RI  [Submit]
**Current Search:** S6: ((IM)[BI] and (live)[LD] and "035"[IC] and 'RN > "0")[ALL] docs: 73 occ: 73

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78947644 | | | TARR | LIVE |
| 2 | 78917393 | | IM MI INTEGRATED MEDIA MEASUREMENT INC | TARR | LIVE |
| 3 | 78926608 | | I'M A SUPERFIT KID | TARR | LIVE |
| 4 | 78849027 | | I'M HERE LISTENING WITH PURPOSE | TARR | LIVE |
| 5 | 78849023 | | I'M HERE AWAKENING IMAGINATIONS | TARR | LIVE |
| 6 | 78882484 | | IM INTERNATIONAL MALE | TARR | LIVE |
| 7 | 78884064 | | I'M INTERACTIVE | TARR | LIVE |
| 8 | 78762533 | | I'M IN | TARR | LIVE |
| 9 | 78963830 | | I'M OVER IT | TARR | LIVE |
| 10 | 78966415 | | IM IM PARTNERS, LLC | TARR | LIVE |
| 11 | 78978203 | | WSI IM | TARR | LIVE |
| 12 | 78772600 | | I'M INTERESTED | TARR | LIVE |
| 13 | 78838446 | | I'M IN | TARR | LIVE |
| 14 | 78914075 | | TGIG THANK GOD I'M GAY | TARR | LIVE |
| 15 | 78821468 | | IM DINING | TARR | LIVE |
| 16 | 78882146 | | IM2 INTERNATIONAL MALE | TARR | LIVE |
| 17 | 78883140 | | IM2 | TARR | LIVE |
| 18 | 78902973 | | I'M NOT SPONSORED | TARR | LIVE |
| 19 | 78619270 | 3173297 | IM | TARR | LIVE |
| 20 | 78851636 | | I'M N LUV WIT A GANGSTA | TARR | LIVE |
| 21 | 78722952 | | I'M HERE | TARR | LIVE |
| 22 | 78637921 | | I'M HERE PHILOSOPHY THE PROCESS | TARR | LIVE |
| 23 | 78597546 | | I'M HERE PHILOSOPHY | TARR | LIVE |
| 24 | 78655477 | 3119973 | IM SPORTS SERVICES | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 25 | 78544977 | 3106222 | THE ABC'S OF SAFE SLEEP IF I'M SLEEPING, TURN ME OVER | TARR | LIVE |
| 26 | 78571784 | 3067882 | I'M GONNA SAVE YOU A LOTTTAAA MONEY! | TARR | LIVE |
| 27 | 78563749 | 3054937 | WHO WILL TAKE CARE OF MY CHILD WHEN I'M GONE? | TARR | LIVE |
| 28 | 78415999 | | I'M | TARR | LIVE |
| 29 | 78323492 | 2936170 | HI, I'M SCREECH... BEST ONE | TARR | LIVE |
| 30 | 78415899 | 3149552 | I'M | TARR | LIVE |
| 31 | 78045418 | 2615424 | IM INITIATIVE PARTNERS | TARR | LIVE |
| 32 | 78003277 | 2863520 | I'M IDEAS 'N MIND $ | TARR | LIVE |
| 33 | 77035126 | | IMTHERE | TARR | LIVE |
| 34 | 77109054 | | I'M HERE TEACH ME TO DANCE | TARR | LIVE |
| 35 | 77015051 | | I'M A KID FOUNDATION | TARR | LIVE |
| 36 | 77183887 | | IM | TARR | LIVE |
| 37 | 77022224 | | I'M NOT EVEN THINKING ABOUT MY NEXT CAR | TARR | LIVE |
| 38 | 77171763 | | LOOK AT ME I'M DRUG FREE · I'M DRUG FREE · I'M DRUG FREE · I'M DRUG FREE | TARR | LIVE |
| 39 | 77150770 | | IM | TARR | LIVE |
| 40 | 77096512 | | I'M NOT SIGNED | TARR | LIVE |
| 41 | 77115249 | | I'M WITH THE BANK | TARR | LIVE |
| 42 | 77114976 | | IMO.IM | TARR | LIVE |
| 43 | 77028804 | | T.G.I.G. THANK GOD I'M GAY | TARR | LIVE |
| 44 | 77064217 | | IM | TARR | LIVE |
| 45 | 77019769 | | I'M HERE QUESTIONING ASSUMPTIONS | TARR | LIVE |
| 46 | 77015894 | | IM | TARR | LIVE |
| 47 | 77014833 | | I'M EASY...AND I HAVE BAD TASTE! | TARR | LIVE |
| 48 | 76195199 | 2522311 | IM | TARR | LIVE |
| 49 | 76205512 | 2510160 | IMAGENIUS | TARR | LIVE |
| 50 | 76288784 | 2538265 | I'M ON AIR | TARR | LIVE |
| 51 | 76071477 | 2728537 | IM MUNO GENE TICS | TARR | LIVE |
| 52 | 76671377 | | IM | TARR | LIVE |
| 53 | 76424080 | 2798926 | I'M GAME | TARR | LIVE |
| 54 | 76523849 | 3102583 | IM: EX | TARR | LIVE |
| 55 | 76524857 | 2850556 | IM: EXCEPTIONAL LEADERS ... EXTRAORDINARY RESULTS | TARR | LIVE |
| 56 | 76523848 | 2969226 | IM | TARR | LIVE |
| 57 | 76430350 | 2864143 | IM INTERMARKETING EXPRESS | TARR | LIVE |
| 58 | 76422283 | 2868385 | I'M HERE TO LEARN | TARR | LIVE |
| 59 | 76348643 | 2807151 | IM SEARCH | TARR | LIVE |
| 60 | 76348589 | 2800971 | IM SEARCH | TARR | LIVE |
| 61 | 76319345 | 2744023 | YOU CAN'T SCARE ME, I'M IN RETAIL. | TARR | LIVE |
| 62 | 76288785 | 2538266 | I'M ON AIR | TARR | LIVE |
| 63 | 76167169 | 2597290 | IM | TARR | LIVE |
| 64 | 76123371 | 2619771 | IM INITIATIVE MEDIA | TARR | LIVE |
| 65 | 76065861 | 2650164 | I'M SO CONFIDENT I'M GOING TO SELL YOUR HOUSE HERE'S A BOX, START PACKING | TARR | LIVE |

| 66 | 75547943 | 2958856 | I'M JONESIN' | TARR | LIVE |
| 67 | 75933575 | 2484724 | IMMEDIABUY | TARR | LIVE |
| 68 | 75917272 | 2505487 | I'M A SMART PLUMBER! PASCO | TARR | LIVE |
| 69 | 75742266 | 2403722 | IM IMHOTECH | TARR | LIVE |
| 70 | 75105004 | 2085654 | IM | TARR | LIVE |
| 71 | 73745438 | 1550490 | IM I-TEN MANAGEMENT CORP. | TARR | LIVE |
| 72 | 73756871 | 1555012 | I'M SOLD ON ST. LOUIS | TARR | LIVE |
| 73 | 73473705 | 1419408 | I'M DRIVING CLUB | TARR | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY