# Exhibit HH



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 28 04:06:24 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:    OR [Jump] to record:    **73 Records(s) found (This page: 1 ~ 73)**

**Refine Search** ((I)[BI] and (AM)[BI] and (LIVE)[LD] and 'RN  [Submit]
**Current Search: S9:** ((I)[BI] and (AM)[BI] and (LIVE)[LD] and 'RN > "0" and "009"[IC])[ALL] docs: 73 occ: 73

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|----|---------------|-------------|-----------|--------------|-----------|
| 1  | 79034577 |         | I AM PROFISAFE | TARR | LIVE |
| 2  | 79017527 | 3145753 | I AM NOT A FOOTBALL PLAYER | TARR | LIVE |
| 3  | 78699179 |         | I'M ONCALL | TARR | LIVE |
| 4  | 78599395 |         | IAM | TARR | LIVE |
| 5  | 78919227 |         | I'M | TARR | LIVE |
| 6  | 78849027 |         | I'M HERE LISTENING WITH PURPOSE | TARR | LIVE |
| 7  | 78849023 |         | I'M HERE AWAKENING IMAGINATIONS | TARR | LIVE |
| 8  | 78791962 |         | I'M AWARE ENTERTAINMENT | TARR | LIVE |
| 9  | 78660313 |         | I AM WHORE, HEAR ME ROAR | TARR | LIVE |
| 10 | 78775043 |         | I AM IT I LOVE IT I DO IT | TARR | LIVE |
| 11 | 78648339 |         | I'M IN CONTROL | TARR | LIVE |
| 12 | 78798742 |         | I KNOW I AM | TARR | LIVE |
| 13 | 78618978 |         | TELL HELL.. I AIN'T COMIN' | TARR | LIVE |
| 14 | 78722952 |         | I'M HERE | TARR | LIVE |
| 15 | 78637921 |         | I'M HERE PHILOSOPHY THE PROCESS | TARR | LIVE |
| 16 | 78597546 |         | I'M HERE PHILOSOPHY | TARR | LIVE |
| 17 | 78627519 |         | IAMHUMAN | TARR | LIVE |
| 18 | 78674781 |         | I AM OK | TARR | LIVE |
| 19 | 78664676 |         | HERE I AM | TARR | LIVE |
| 20 | 78484259 |         | MR. I. M. DUNN | TARR | LIVE |
| 21 | 78224223 |         | AMIVOICE | TARR | LIVE |
| 22 | 78200964 | 3230406 | I'M IN CONTROL | TARR | LIVE |
| 23 | 78197870 | 3211747 | IMA ROBOT | TARR | LIVE |
| 24 | 78130959 | 2833125 | IMSAFE | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 25 | 78233180 | 2860181 | WHO AM I? | TARR | LIVE |
| 26 | 78314714 | 3088351 | IMSTAR | TARR | LIVE |
| 27 | 78456612 | | IAMZUMN | TARR | LIVE |
| 28 | 78416026 | | I'M CACHED | TARR | LIVE |
| 29 | 78149894 | 2877018 | IM-AGE | TARR | LIVE |
| 30 | 78120083 | 2773548 | IM-LIVE | TARR | LIVE |
| 31 | 78052200 | 2779449 | I'M INTOUCH | TARR | LIVE |
| 32 | 78000119 | 2722526 | IM-ANYWHERE | TARR | LIVE |
| 33 | 77039940 | | I'MME WHAT'S YOUR GIG? | TARR | LIVE |
| 34 | 77061348 | | IAMVOIP | TARR | LIVE |
| 35 | 77208055 | | I'M BURIED HERE | TARR | LIVE |
| 36 | 77109054 | | I'M HERE TEACH ME TO DANCE | TARR | LIVE |
| 37 | 77196859 | | I'M FEELING THE LOVE | TARR | LIVE |
| 38 | 77081889 | | IAMVOIP.COM | TARR | LIVE |
| 39 | 77177661 | | IMOK | TARR | LIVE |
| 40 | 77087088 | | I AM HIP HOP | TARR | LIVE |
| 41 | 77007767 | | TRUST ME. I'M A TRAINED PROFESSIONAL. | TARR | LIVE |
| 42 | 77168110 | | WHO AM I? WORLD | TARR | LIVE |
| 43 | 77075172 | | I AM MOTION | TARR | LIVE |
| 44 | 77163699 | | I'M NOT SMARTER THAN A 5TH GRADER | TARR | LIVE |
| 45 | 77163692 | | I AM NOT SMARTER THAN A 5TH GRADER | TARR | LIVE |
| 46 | 77148123 | | I AM FIT AND FREE | TARR | LIVE |
| 47 | 77138011 | | I'M THUMBBUDDY SPECIAL I GOT FINGERPRINTED! | TARR | LIVE |
| 48 | 77115363 | | I A.M.M. | TARR | LIVE |
| 49 | 77130480 | | I'M NOT GAY, I JUST REALLY LOVE RAINBOWS | TARR | LIVE |
| 50 | 77117453 | | I'M | TARR | LIVE |
| 51 | 77110121 | | I AM THE TEACHER | TARR | LIVE |
| 52 | 77108395 | | I AM JACKK | TARR | LIVE |
| 53 | 77019769 | | I'M HERE QUESTIONING ASSUMPTIONS | TARR | LIVE |
| 54 | 76667883 | | I AM ROYALTY | TARR | LIVE |
| 55 | 76673917 | | I AM PROSPERING | TARR | LIVE |
| 56 | 76508415 | 3188447 | I AM | TARR | LIVE |
| 57 | 76609265 | 3165693 | MOMMY I'M HERE | TARR | LIVE |
| 58 | 76413294 | 2882409 | LOOK AT ME WHEN I'M TALKING TO YOU | TARR | LIVE |
| 59 | 76566407 | 3071505 | HE IS I AM | TARR | LIVE |
| 60 | 76508358 | 2894498 | I-AM | TARR | LIVE |
| 61 | 76616039 | | I AM STILL ALIVE | TARR | LIVE |
| 62 | 76393070 | 2746425 | I AM YOUR IDEA | TARR | LIVE |
| 63 | 75887571 | 2410700 | TRAX'IM | TARR | LIVE |
| 64 | 75840894 | 2593473 | WHY I AM | TARR | LIVE |
| 65 | 75726325 | 2434685 | WHEREAMI | TARR | LIVE |
| 66 | 75263823 | 2219586 | I AM YOUR CHILD | TARR | LIVE |
| 67 | 75264530 | 2457547 | TELL ME WHO I AM | TARR | LIVE |

| 68 | 75263814 | 2219581 | I AM YOUR CHILD | TARR | LIVE |
| 69 | 75179158 | 2402288 | "SEE WHAT I'M SAYING" | TARR | LIVE |
| 70 | 74377827 | 1828123 | I AM | TARR | LIVE |
| 71 | 74218573 | 1780075 | I AM I CAN I WILL | TARR | LIVE |
| 72 | 74377540 | 1817807 | "I AM" MUSIC OF THE SPHERES | TARR | LIVE |
| 73 | 74156272 | 1715172 | MY LITTLE ANGEL TELLS ME I'M SPECIAL | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY