# Exhibit II



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 28 04:06:24 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:     OR [Jump] to record:     **92 Records(s) found (This page: 1 ~ 92)**

**Refine Search** ((I)[BI] and (AM)[BI] and (LIVE)[LD] and "03 [Submit]
**Current Search: S10:** ((I)[BI] and (AM)[BI] and (LIVE)[LD] and "035"[IC] and 'RN > "0")[ALL] docs: 92 occ: 92

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78886078 | | JIMI HENDRIX EXPERIENCE I AM EXPERIENCED | TARR | LIVE |
| 2 | 78926608 | | I'M A SUPERFIT KID | TARR | LIVE |
| 3 | 78895959 | | I AM SYKES. HOW FAR WILL YOU LET ME TAKE YOU? | TARR | LIVE |
| 4 | 78950608 | | THE ALIGNED LEADER PHYSICAL I DO...SPIRITUAL I AM...EMOTIONAL I FEEL...SPIRITUAL I AM...MENTAL I THINK...SPIRITUAL I AM... | TARR | LIVE |
| 5 | 78734675 | 3243806 | I AM THE BANK | TARR | LIVE |
| 6 | 78849027 | | I'M HERE LISTENING WITH PURPOSE | TARR | LIVE |
| 7 | 78849023 | | I'M HERE AWAKENING IMAGINATIONS | TARR | LIVE |
| 8 | 78738325 | 3241454 | IAMCONNECTED HUMAN RESOURCES FOR RESOURCEFUL WOMEN | TARR | LIVE |
| 9 | 78775480 | | I AMERICA | TARR | LIVE |
| 10 | 78634270 | | I'MWELL HEALTH, LLC | TARR | LIVE |
| 11 | 78884064 | | I'M INTERACTIVE | TARR | LIVE |
| 12 | 78762533 | | I'M IN | TARR | LIVE |
| 13 | 78963830 | | I'M OVER IT | TARR | LIVE |
| 14 | 78566563 | | I AM POWERFUL | TARR | LIVE |
| 15 | 78962489 | 3227987 | I AM THE ONLY ME | TARR | LIVE |
| 16 | 78950578 | | I AM IN HERE | TARR | LIVE |
| 17 | 78772600 | | I'M INTERESTED | TARR | LIVE |
| 18 | 78838446 | | I'M IN | TARR | LIVE |
| 19 | 78914075 | | TGIG THANK GOD I'M GAY | TARR | LIVE |
| 20 | 78906661 | | OF ALL THE PEOPLE IN THE WORLD TO BE I AM GLAD THAT I AM ME | TARR | LIVE |
| 21 | 78902973 | | I'M NOT SPONSORED | TARR | LIVE |

| 22 | 78735541 | | I AM DETROIT | TARR | LIVE |
| 23 | 78770231 | 3183375 | THE IAMSHAMAN SHOP | TARR | LIVE |
| 24 | 78868239 | | I AM THE CURE | TARR | LIVE |
| 25 | 78851636 | | I'M N LUV WIT A GANGSTA | TARR | LIVE |
| 26 | 78582566 | | IAMOLDER | TARR | LIVE |
| 27 | 78722952 | | I'M HERE | TARR | LIVE |
| 28 | 78637921 | | I'M HERE PHILOSOPHY THE PROCESS | TARR | LIVE |
| 29 | 78597546 | | I'M HERE PHILOSOPHY | TARR | LIVE |
| 30 | 78685519 | 3117177 | I AM HOPE | TARR | LIVE |
| 31 | 78544977 | 3106222 | THE ABC'S OF SAFE SLEEP IF I'M SLEEPING, TURN ME OVER | TARR | LIVE |
| 32 | 78571784 | 3067882 | I'M GONNA SAVE YOU A LOTTTAAA MONEY! | TARR | LIVE |
| 33 | 78563749 | 3054937 | WHO WILL TAKE CARE OF MY CHILD WHEN I'M GONE? | TARR | LIVE |
| 34 | 78415999 | | I'M | TARR | LIVE |
| 35 | 78323492 | 2936170 | HI, I'M SCREECH... BEST ONE | TARR | LIVE |
| 36 | 78415899 | 3149552 | I'M | TARR | LIVE |
| 37 | 78132466 | 2941533 | I AM A NEW YORKER | TARR | LIVE |
| 38 | 78052555 | 2670351 | BEAUTY I AM | TARR | LIVE |
| 39 | 78003277 | 2863520 | I'M IDEAS 'N MIND $ | TARR | LIVE |
| 40 | 77061348 | | IAMVOIP | TARR | LIVE |
| 41 | 77195728 | | I THINK, THEREFORE I AM A PACIFIST. | TARR | LIVE |
| 42 | 77109054 | | I'M HERE TEACH ME TO DANCE | TARR | LIVE |
| 43 | 77107192 | | I AM TV | TARR | LIVE |
| 44 | 77081889 | | IAMVOIP.COM | TARR | LIVE |
| 45 | 77064845 | | I.M. HOME | TARR | LIVE |
| 46 | 77192659 | | I AM AVAILABLE NETWORK | TARR | LIVE |
| 47 | 77087090 | | I AM HIP HOP | TARR | LIVE |
| 48 | 77015051 | | I'M A KID FOUNDATION | TARR | LIVE |
| 49 | 77022224 | | I'M NOT EVEN THINKING ABOUT MY NEXT CAR | TARR | LIVE |
| 50 | 77171763 | | LOOK AT ME I'M DRUG FREE · I'M DRUG FREE · I'M DRUG FREE · I'M DRUG FREE | TARR | LIVE |
| 51 | 77096512 | | I'M NOT SIGNED | TARR | LIVE |
| 52 | 77145373 | | I AM OPEN HOUSE | TARR | LIVE |
| 53 | 77115363 | | I A.M.M. | TARR | LIVE |
| 54 | 77115249 | | I'M WITH THE BANK | TARR | LIVE |
| 55 | 77063792 | | CAREERFAIRS.COM HERE I AM | TARR | LIVE |
| 56 | 77107318 | | I AM TV | TARR | LIVE |
| 57 | 77028804 | | T.G.I.G. THANK GOD I'M GAY | TARR | LIVE |
| 58 | 77089528 | | I CARE THEREFORE I AM | TARR | LIVE |
| 59 | 77079582 | | I AM THE MEDIA MAVEN | TARR | LIVE |
| 60 | 77075533 | | I THINK, THEREFORE I AM A DEMOCRAT | TARR | LIVE |
| 61 | 77068813 | | I AM A HAPPY CUSTOMER... | TARR | LIVE |
| 62 | 77064027 | | I AM SAFETY SMART | TARR | LIVE |
| 63 | 77041071 | | PRODIGAL DAUGHTERS I WAS LOST BUT NOW I AM FOUND LUKE 15:24 | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 64 | 77019769 | | I'M HERE QUESTIONING ASSUMPTIONS | TARR | LIVE |
| 65 | 77014833 | | I'M EASY...AND I HAVE BAD TASTE! | TARR | LIVE |
| 66 | 77002857 | | I AM | TARR | LIVE |
| 67 | 76051412 | 2560116 | I AM BUFFALO NIAGARA | TARR | LIVE |
| 68 | 76657358 | | "I HAVE INVESTED...I AM INVESTING...I WILL INVEST...IN YOU" | TARR | LIVE |
| 69 | 76205512 | 2510160 | IMAGENIUS | TARR | LIVE |
| 70 | 76660029 | 3212151 | I AM COLLEGE PRO | TARR | LIVE |
| 71 | 76288784 | 2538265 | I'M ON AIR | TARR | LIVE |
| 72 | 76078084 | 3159234 | IF I AM | TARR | LIVE |
| 73 | 76424080 | 2798926 | I'M GAME | TARR | LIVE |
| 74 | 76078900 | 3112262 | ALL I AM | TARR | LIVE |
| 75 | 76045189 | 2880591 | IAM.CA | TARR | LIVE |
| 76 | 76635850 | 3026327 | I AM BOB'S | TARR | LIVE |
| 77 | 76616039 | | I AM STILL ALIVE | TARR | LIVE |
| 78 | 76422283 | 2868385 | I'M HERE TO LEARN | TARR | LIVE |
| 79 | 76393070 | 2746425 | I AM YOUR IDEA | TARR | LIVE |
| 80 | 76319345 | 2744023 | YOU CAN'T SCARE ME, I'M IN RETAIL. | TARR | LIVE |
| 81 | 76288785 | 2538266 | I'M ON AIR | TARR | LIVE |
| 82 | 76211744 | 2698455 | IAMINDEPENDENT.COM | TARR | LIVE |
| 83 | 76080687 | 2477842 | AM I WORTHY? | TARR | LIVE |
| 84 | 76065861 | 2650164 | I'M SO CONFIDENT I'M GOING TO SELL YOUR HOUSE HERE'S A BOX, START PACKING | TARR | LIVE |
| 85 | 75772327 | 2368552 | IMPARTS | TARR | LIVE |
| 86 | 75917272 | 2505487 | I'M A SMART PLUMBER! PASCO | TARR | LIVE |
| 87 | 75822449 | 2518365 | I AM 3RD | TARR | LIVE |
| 88 | 75806044 | 2458499 | I AM... | TARR | LIVE |
| 89 | 75795558 | 2665004 | IMYOURMUSIC.COM | TARR | LIVE |
| 90 | 75762573 | 2472226 | I AM 3RD | TARR | LIVE |
| 91 | 75373479 | 2521464 | IAMUSA | TARR | LIVE |
| 92 | 73756871 | 1555012 | I'M SOLD ON ST. LOUIS | TARR | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    PREV LIST    NEXT LIST    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY