# Exhibit JJ

102507

**Time of Request:** Friday, June 29, 2007  14:01:22 EST
**Client ID/Project Name:** 17441.010
**Number of Lines:** 1753
**Job Number:**    1821:35367975

Research Information

**Service:**    Terms and Connectors Search
**Print Request:** All Documents 1-243
**Source:** D&B Duns Market Identifiers (Global)
**Search Terms:** i'm and date = 2007 or date = 2006 and ADDRESS (usa or united
   states)

**Send to:**  DONALDSON, MARY ANNE
          ARNOLD & PORTER LLP
          777 S FIGUEROA ST STE 4400
          LOS ANGELES, CA 90017-5800



1.  Dun's Market Identifiers, May 17, 2007, I'M All Bat LLC, 16414 Paralee Cv,  Austin, , TX, 78717-3009
**United States**
... TX 78717-3009, **United States**


2.  Dun's Market Identifiers, May 15, 2007, I'M Naturally Beautiful, 18981 Livernois Ave,  Detroit, , MI, 48221-2258
**United States**
... MI 48221-2258, **United States**


3.  Dun's Market Identifiers, May 14, 2007, I'M All Girl, Inc., 181 Beach 132nd St,  Far Rockaway, , NY, 11694-1407
**United States**
... NY 11694-1407, **United States**


4.  Dun's Market Identifiers, May 10, 2007, Be Like ME I'M Drug Free, 970 E Main St,  Grass Valley, , CA,
95945-5845
**United States**
... CA 95945-5845, **United States**


5.  Dun's Market Identifiers, May 6, 2007, I'M Puzzled, 303 Grand Ave,  Pacific Grove, , CA, 93950-3451
**United States**
... CA 93950-3451, **United States**


6.  Dun's Market Identifiers, May 6, 2007, I'M Sew Happy Quilting, 351 Ne 57th St,  Newport, , OR, 97365-1111
**United States**
... Newport, OR 97365-1111, **United States**


7.  Dun's Market Identifiers, May 6, 2007, I'M A Little Teacup Corp, 2089 N University Dr,  Coral Springs, , FL,
33071-6132
**United States**
... FL 33071-6132, **United States**


8.  Dun's Market Identifiers, May 6, 2007, I'M A Christian Apparel, 18500 W National Ave,  New Berlin, , WI,
53146-4242
**United States**
... WI 53146-4242, **United States**


9.  Dun's Market Identifiers, May 3, 2007, I'M Back In Black Inc, 1157 W Chester Pike,  Havertown, , PA, 19083-3440
**United States**
... PA 19083-3440, **United States**


10.  Dun's Market Identifiers, May 3, 2007, I'M Miami, 728 Ocean Dr,  Miami Beach, , FL, 33139-6220
**United States**

  

... FL 33139-6220, **United States**


11.  Dun's Market Identifiers, May 1, 2007, I'M Special Learning Center, 20 Chapel St,  Wallingford, , CT, 06492-2213
**United States**
... CT 06492-2213, **United States**


12.  Dun's Market Identifiers, April 26, 2007, I'M Sign, 247 Long Swamp Rd,  New Egypt, , NJ, 08533-2029
**United States**
... NJ 08533-2029, **United States**


13.  Dun's Market Identifiers, April 23, 2007, Cuz I'M Worth It, 105 Miller St,  Farmerville, , LA, 71241-2311
**United States**
... LA 71241-2311, **United States**


14.  Dun's Market Identifiers, April 22, 2007, Ernie Sullins Outlet Store, 876 E Main St,  Abingdon, , VA, 24210-4415
**United States**
... VA 24210-4415, **United States**
CROSS REFERENCE: **I'M** Free Manufacturing Co


15.  Dun's Market Identifiers, April 22, 2007, I'M A Body Exercise Studio Inc, 3980 RCA Blvd Ste 8001,  Palm Beach
Gardens, , FL, 33410-4232
**United States**
... FL 33410-4232, **United States**
... 2687 COMPANY NAME:  **I'M** A Body Exercise ...


16.  Dun's Market Identifiers, April 20, 2007, I'M The Lawn Guy Inc, 540 SW 27th Ave Bay 771,  Fort Lauderdale, ,
FL, 33312-2144
**United States**
... FL 33312-2144, **United States**


17.  Dun's Market Identifiers, April 20, 2007, I'M Impressed, 9540 Fran Lin Pkwy,  Munster, , IN, 46321-3921
**United States**
... IN 46321-3921, **United States**


18.  Dun's Market Identifiers, April 19, 2007, Sixty Fourty I'M Up, 303 Clinton Ave,  Newark, , NJ, 07108-2819
**United States**
... NJ 07108-2819, **United States**


19.  Dun's Market Identifiers, April 17, 2007, I'M Pulling For You, 2225 Holcroft Dr,  Jacksonville, , FL, 32208-2552
**United States**
... FL 32208-2552, **United States**

  

20.  Dun's Market Identifiers, April 12, 2007, I'M Your Type, 45 Brandy Ln,  Merritt Island, , FL, 32952-4927
**United States**
... FL 32952-4927, **United States**


21.  Worldbase, April 12, 2007, I'M YOUR TYPE, 45 BRANDY LN (registered address),  MERRITT ISLAND, , FL, 329524927
**USA**


22.  Dun's Market Identifiers, April 11, 2007, I'M A Basket Case Inc, 22 E Shawnee Rd,  Muskogee, , OK, 74403-1001
**United States**
... OK 74403-1001, **United States**
CROSS REFERENCE: **I'M** A Basket Case


23.  Worldbase, April 11, 2007, I'M A BASKET CASE INC, 22 E SHAWNEE RD (registered address),  MUSKOGEE, , OK, 744031001
**USA**


24.  Worldbase, April 9, 2007, I'M ON IT INC, 3980 HONEYSUCKLE DR SE (registered address),  SMYRNA, , GA, 300823343
**USA**


25.  Dun's Market Identifiers, April 5, 2007, I'M Pizza Inc, 118 Stable Oaks,  Liberty Hill, , TX, 78642-4005
**United States**
... TX 78642-4005, **United States**


26.  Dun's Market Identifiers, April 5, 2007, I'M A Body Exercise Studio Inc, 6185 Jog Rd,  Lake Worth, , FL, 33467-6503
**United States**
... FL 33467-6503, **United States**


27.  Worldbase, April 5, 2007, I'M PIZZA INC, 118 STABLE OAKS (registered address),  LIBERTY HILL, , TX, 786424005
**USA**


28.  Worldbase, April 5, 2007, I'M A BODY EXERCISE STUDIO INC, 6185 JOG RD,  LAKE WORTH, , FL, 334676503
**USA**


29.  Dun's Market Identifiers, April 4, 2007, Charmed I'M Sure, 301 Broadhead Dr,  Midland, , MI, 48642-8103
**United States**
... MI 48642-8103, **United States**

  

30.  Worldbase, April 4, 2007, CHARMED I'M SURE, 301 BROADHEAD DR (registered address),  MIDLAND, , MI, 486428103
**USA**


31.  Dun's Market Identifiers, April 4, 2007, Child Safety Solutions, Inc, P O Box 1403,  Rockland, , ME, 04841
**United States**
... Rockland, ME 04841-2843, **United States**
CROSS REFERENCE: **I'M** Safe Productions


32.  Dun's Market Identifiers, April 3, 2007, I'M Fly'n, 32240 W Bud Rd,  Maricopa, , AZ, 85239-4212
**United States**
... AZ 85239-4212, **United States**


33.  Dun's Market Identifiers, April 3, 2007, I'M Hungry Fish Market Inc, 12808 Inglewood Ave,  Hawthorne, , CA, 90250-5118
**United States**
... CA 90250-5118, **United States**


34.  Worldbase, April 3, 2007, I'M FLY'N, 32240 W BUD RD (registered address),  MARICOPA, , AZ, 852394212
**USA**


35.  Worldbase, April 3, 2007, I'M HUNGRY FISH MARKET INC, 12808 INGLEWOOD AVE (registered address),  HAWTHORNE, , CA, 902505118
**USA**


36.  Dun's Market Identifiers, April 2, 2007, Charmed I'M Sure Inc, 243 W 30th St FL 4,  New York, , NY, 10001-2812
**United States**
... NY 10001-2812, **United States**


37.  Worldbase, April 2, 2007, ERNIE SULLINS OUTLET STORE, 876 E MAIN ST,  ABINGDON, , VA, 242104415
**USA**
CROSS REFERENCE:  **I'M** FREE MANUFACTURING CO


38.  Dun's Market Identifiers, April 2, 2007, I'M Bloomin' Crazy, 25269 The Old Rd Ste M,  Stevenson Ranch, , CA, 91381-2258
**United States**
... CA 91381-2258, **United States**


39.  Dun's Market Identifiers, April 2, 2007, I'M Yours Inc, 125 N Industrial Dr,  Waco, , TX, 76710-7051
**United States**
... TX 76710-7051, **United States**

  

40.  Dun's Market Identifiers, April 2, 2007, I'M Special Child Care Center, 931 Terry Rd,  Tupelo, , MS, 38801-6837
**United States**
... MS 38801-6837, **United States**


41.  Worldbase, April 2, 2007, I'M SPECIAL CHILD CARE CENTER, 931 TERRY RD (registered address), TUPELO, , MS, 388016837
**USA**


42.  Dun's Market Identifiers, April 2, 2007, Spectator Deluxe, Inc, 231 N Broadway Unit 6,  Redondo Beach, , CA, 90277-3100
**United States**
... CA 90277-3100, **United States**
CROSS REFERENCE: **I'M** Stuffed


43.  Worldbase, March 31, 2007, CHARMED I'M SURE INC, 243 W 30TH ST FL 4 (registered address),  NEW YORK, , NY, 100012812
**USA**


44.  Worldbase, March 31, 2007, I'M BLOOMIN' CRAZY, 25269 THE OLD RD STE M (registered address), STEVENSON RANCH, , CA, 913812258
**USA**


45.  Worldbase, March 31, 2007, I'M YOURS INC, 125 N INDUSTRIAL DR (registered address),  WACO, , TX, 767107051
**USA**


46.  Dun's Market Identifiers, March 28, 2007, I'M The Light Inc, 14530 Carmenita Rd,  Norwalk, , CA, 90650-5225
**United States**
... CA 90650-5225, **United States**


47.  Worldbase, March 28, 2007, I'M THE LIGHT INC, 14530 CARMENITA RD (registered address),  NORWALK, , CA, 906505225
**USA**


48.  Worldbase, March 28, 2007, I'M STUFFED INC, P O BOX 877 (registered address),  NORTH VERNON, , IN, 472650877
**USA**
... VERNON, INDIANA 472651043, **USA**


49.  Dun's Market Identifiers, March 23, 2007, Honey I'M Home, 7027 Alonzo Ave NW,  Seattle, , WA, 98117-5323
**United States**
... WA 98117-5323, **United States**

  

50.  Worldbase, March 23, 2007, HONEY I'M HOME, 7027 ALONZO AVE NW (registered address),  SEATTLE, ,
WA, 981175323
**USA**


51.  Dun's Market Identifiers, March 22, 2007, Hallelujah I'M Saved Pentecost, 712 Eaverson St 1,  Jacksonville, , FL,
32204-1012
**United States**
... FL 32204-1012, **United States**


52.  Worldbase, March 22, 2007, HALLELUJAH I'M SAVED PENTECOST, 712 EAVERSON ST 1 (registered
address),  JACKSONVILLE, , FL, 322041012
**USA**


53.  Worldbase, March 22, 2007, I'M BLESSED CHILD DAY CARE, 226 8TH AVE SE (registered address),
HICKORY, , NC, 286023660
**USA**


54.  Dun's Market Identifiers, March 22, 2007, I'M Blessed Child Day Care, 226 8th Ave SE,  Hickory, , NC,
28602-3660
**United States**
... NC 28602-3660, **United States**


55.  Dun's Market Identifiers, March 22, 2007, I'M Dunn Trucking Enterprise L, 2203 Old Fort Hills Dr,  Fort
Washington, , MD, 20744-3936
**United States**
... MD 20744-3936, **United States**


56.  Worldbase, March 22, 2007, I'M DUNN TRUCKING ENTERPRISE L, 2203 OLD FORT HILLS DR (registered
address),  FORT WASHINGTON, , MD, 207443936
**USA**


57.  Dun's Market Identifiers, March 14, 2007, I'M N Christ Jesus, 13927 Ivanpah Rd,  Apple Valley, , CA, 92307-5906
**United States**
... CA 92307-5906, **United States**


58.  Worldbase, March 14, 2007, I'M N CHRIST JESUS, 13927 IVANPAH RD (registered address),  APPLE
VALLEY, , CA, 923075906
**USA**


59.  Dun's Market Identifiers, March 12, 2007, Eye Look Like But I'M Not LLC, 160 W Campus View Blvd,
Columbus, , OH, 43235-1448
**United States**

  

... OH 43235-1448, **United States**

60.  Worldbase, March 12, 2007, EYE LOOK LIKE BUT I'M NOT LLC, 160 W CAMPUS VIEW BLVD (registered address),  COLUMBUS, , OH, 432351448
**USA**

61.  Dun's Market Identifiers, March 12, 2007, Thank Goodness I'M Fit, 684 94th Ave N,  Naples, , FL, 34108-2447
**United States**
... FL 34108-2447, **United States**

62.  Worldbase, March 10, 2007, THANK GOODNESS I'M FIT, 684 94TH AVE N (registered address),  NAPLES, , FL, 341082447
**USA**

63.  Dun's Market Identifiers, March 7, 2007, Janice Chadwell, 730 Reading Rd,  Mason, , OH, 45040-1517
**United States**
... OH 45040-1517, **United States**
CROSS REFERENCE: **I'M** Styling

64.  Dun's Market Identifiers, March 5, 2007, I'M Big Now Learning Center, Rural Route 5 BOX,  Dallas, , PA, 18612
**United States**
... Dallas, PA 18612, **United States**

65.  Worldbase, March 5, 2007, I'M BIG NOW LEARNING CENTER, RUR RTE 5 BOX 132,  DALLAS, , PA, 186129194
**USA**
... DALLAS, PENNSYLVANIA 18612, **USA**

66.  Worldbase, March 3, 2007, I'M BLESSED, 695 VERMONT ST (registered address),  BROOKLYN, , NY, 112077007
**USA**

67.  Worldbase, March 3, 2007, MOMMY I'M HERE INC, 4428 TECHNOLOGY DR (registered address),  FREMONT, , CA, 945386342
**USA**

68.  Worldbase, March 1, 2007, I'M SPECIAL LEARNING CENTER, 20 CHAPEL ST (registered address),  WALLINGFORD, , CT, 064922213
**USA**

69.  Worldbase, February 27, 2007, I'M NOT A MODEL INC, 17 MARY ANN DR (registered address),





NANTUCKET, , MA, 025542802
**USA**

70. Worldbase, February 27, 2007, I'M YOUR HANDYMAN, LLC, 11092 LAKE SHORE CT (registered address), WALDORF, , MD, 206035930
**USA**

71. Worldbase, February 27, 2007, I'M YOUR HANDYMAN, 2921 SUNSET AVE (registered address), NORRISTOWN, , PA, 194034419
**USA**

72. Dun's Market Identifiers, February 26, 2007, I'M Doin' Good Inc, P O Box 231487,  New York, , NY, 10023
**United States**
... York, NY 10023, **United States**

73. Worldbase, February 26, 2007, I'M DOIN' GOOD INC, P O BOX 231487,  NEW YORK, , NY, 100230025
**USA**
... NEW YORK 10023, **USA**

74. Worldbase, February 24, 2007, I'M COVERED INSURANCE AGENCY, 3428 1/2 MOTOR AVE (registered address),  LOS ANGELES, , CA, 900344765
**USA**

75. Dun's Market Identifiers, February 21, 2007, I'M Blessed Inc, 2141 Rogers Ave,  Maitland, , FL, 32751-4834
**United States**
... FL 32751-4834, **United States**

76. Dun's Market Identifiers, February 21, 2007, I'M A Part Missionary Baptist, P O Box 2772,  West Memphis, , AR, 72303
**United States**
... AR 72301-5100, **United States**

77. Dun's Market Identifiers, February 21, 2007, I'M Over It Inc, 2500 Lee Rd,  Winter Park, , FL, 32789-1752
**United States**
... FL 32789-1752, **United States**

78. Worldbase, February 21, 2007, I'M BLESSED INC, 2141 ROGERS AVE (registered address),  MAITLAND, , FL, 327514834
**USA**

79. Worldbase, February 21, 2007, I'M OVER IT INC, 2500 LEE RD (registered address),  WINTER PARK, , FL,

  

327891752
**USA**


80.  Worldbase, February 21, 2007, I'M A PART MISSIONARY BAPTIST, P O BOX 2772 (registered address), WEST MEMPHIS, , AR, 723032772
**USA**
... MEMPHIS, ARKANSAS 723015100, **USA**


81.  Dun's Market Identifiers, February 16, 2007, Honey I'M Home, Inc, 740 Buttonwood Ln,  Dunedin, , FL, 34698-7201
**United States**
... FL 34698-7201, **United States**


82.  Worldbase, February 16, 2007, HONEY I'M HOME, INC, 740 BUTTONWOOD LN (registered address), DUNEDIN, , FL, 346987201
**USA**


83.  Dun's Market Identifiers, February 15, 2007, I'M Listening Transcription, 10216 N Davies Rd,  Lake Stevens, , WA, 98258-8568
**United States**
... WA 98258-8568, **United States**


84.  Dun's Market Identifiers, February 15, 2007, I'M In Hell, Inc, 5309 1/2 Reiger Ave,  Dallas, , TX, 75214-5031
**United States**
... TX 75214-5031, **United States**


85.  Worldbase, February 15, 2007, I'M LISTENING TRANSCRIPTION, 10216 N DAVIES RD (registered address), LAKE STEVENS, , WA, 982588568
**USA**


86.  Worldbase, February 15, 2007, I'M IN HELL, INC, 5309 1/2 REIGER AVE (registered address),  DALLAS, , TX, 752145031
**USA**


87.  Dun's Market Identifiers, February 15, 2007, Worth I'M It Salon, 8312 Fairbanks,  Houston, , TX, 77040-4246
**United States**
... TX 77040-4246, **United States**


88.  Worldbase, February 15, 2007, WORTH I'M IT SALON, 8312 FAIRBANKS (registered address),  HOUSTON, , TX, 770404246
**USA**

  

89.  Dun's Market Identifiers, February 13, 2007, Charmed I'M Sure, 11428 Lafitte Ln,  Austin, , TX, 78739-1461
**United States**
... TX 78739-1461, **United States**


90.  Worldbase, February 13, 2007, CHARMED I'M SURE, 11428 LAFITTE LN (registered address),  AUSTIN, , TX, 787391461
**USA**


91.  Worldbase, February 9, 2007, I'M PUZZLED, 303 GRAND AVE (registered address),  PACIFIC GROVE, , CA, 939503451
**USA**


92.  Dun's Market Identifiers, February 6, 2007, I'M Not Obsessed Inc., 67 Russell Rd,  Garden City, , NY, 11530-1933
**United States**
... NY 11530-1933, **United States**


93.  Worldbase, February 6, 2007, I'M NOT OBSESSED INC., 67 RUSSELL RD (registered address),  GARDEN CITY, , NY, 115301933
**USA**


94. Dun's Market Identifiers, January 30, 2007, I'M Your Type, 10902 Rustling Winds Dr,  Houston, , TX, 77064-4498
**United States**
... TX 77064-4498, **United States**


95.  Worldbase, January 30, 2007, I'M YOUR TYPE, 10902 RUSTLING WINDS DR (registered address),  HOUSTON, , TX, 770644498
**USA**


96.  Worldbase, January 22, 2007, CHIC I'M SHE'S SHABBY, 460 WOODWORTH AVE (registered address),  CLOVIS, , CA, 936121046
**USA**


97.  Dun's Market Identifiers, January 22, 2007, I'M Smart of Central New York Inc, P O Box 252,  Syracuse, , NY, 13201
**United States**
... Syracuse, NY 13202, **United States**
CROSS REFERENCE: **I'M** Smart of CNY


98.  Worldbase, January 22, 2007, I'M SMART OF CENTRAL NEW YORK INC, P O BOX 252 (registered address),  SYRACUSE, , NY, 132010252
**USA**
... NEW YORK 13202, **USA**



99.  Dun's Market Identifiers, January 17, 2007, I'M Your Type Medical Transcription, 10508 N Mapleleaf Ln, Spokane, , WA, 99217-9335
**United States**
... WA 99217-9335, **United States**


100.  Worldbase, January 17, 2007, I'M YOUR TYPE MEDICAL TRANSCRIPTION, 10508 N MAPLELEAF LN (registered address),  SPOKANE, , WA, 992179335
**USA**


101.  Dun's Market Identifiers, January 8, 2007, I'M Still Standing Corporation, 334 Joppa Crossing CT,  Joppa, , MD, 21085-3741
**United States**
... MD 21085-3741, **United States**


102.  Worldbase, January 8, 2007, I'M STILL STANDING CORPORATION, 334 JOPPA CROSSING CT (registered address),  JOPPA, , MD, 210853741
**USA**


103.  Dun's Market Identifiers, January 5, 2007, I'M OK Children's Visitation Center, 551 E Park St,  Belle Plaine, , MN, 56011-2118
**United States**
... MN 56011-2118, **United States**


104.  Worldbase, January 5, 2007, I'M OK CHILDREN'S VISITATION CENTER, 551 E PARK ST (registered address),  BELLE PLAINE, , MN, 560112118
**USA**


105.  Worldbase, December 29, 2006, CHARMED I'M SURE, 3112 BRYANT IRVIN RD N (registered address), FORT WORTH, , TX, 761075048
**USA**


106.  Dun's Market Identifiers, December 26, 2006, I'M Ready Productions, 515 N Sam Houston Pkwy E,  Houston, , TX, 77060-4034
**United States**
... TX 77060-4034, **United States**
CROSS REFERENCE: **I'M** Ready Entertainment


107.  Worldbase, December 26, 2006, I'M READY PRODUCTIONS, 515 N SAM HOUSTON PKWY E (registered address),  HOUSTON, , TX, 770604034
**USA**


108.  Worldbase, December 26, 2006, I'M BLESSED ART WORKS, 4800 W WIND TRL (registered address),

  

AUSTIN, , TX, 787451460
**USA**


109.  Dun's Market Identifiers, December 11, 2006, Charmed, I'M Sure, 550 W Plumb Ln Ste F,  Reno, , NV,
89509-3686
**United States**
... NV 89509-3686, **United States**
... COMPANY NAME:  Charmed, **I'M** Sure


110.  Worldbase, December 11, 2006, CHARMED, I'M SURE, 550 W PLUMB LN STE F,  RENO, , NV, 895093686
**USA**
... COMPANY NAME:  CHARMED, **I'M** SURE ADDRESS:  5000 ...


111.  Worldbase, December 8, 2006, I'M SERVICE, 4841 SW MACADAM AVE (registered address),  PORTLAND, ,
OR, 972393948
**USA**


112.  Dun's Market Identifiers, December 8, 2006, I'M Service, 4841 SW Macadam Ave,  Portland, , OR, 97239-3948
**United States**
... Portland, OR 97239-3948, **United States**


113.  Dun's Market Identifiers, December 4, 2006, Charmed I'M Sure, 4172 Pacific Coast Hwy,  Torrance, , CA,
90505-5759
**United States**
... CA 90505-5759, **United States**


114.  Worldbase, December 4, 2006, CHARMED I'M SURE, 4172 PACIFIC COAST HWY (registered address),
TORRANCE, , CA, 905055759
**USA**


115.  Dun's Market Identifiers, December 4, 2006, I'M In The Money, Inc., 3885 S Decatur Blvd,  Las Vegas, , NV,
89103-5855
**United States**
... NV 89103-5855, **United States**


116.  Dun's Market Identifiers, November 27, 2006, I'M My Brothers Keeper Ministry, 1435 Brainard St,  Detroit, , MI,
48208-2905
**United States**
... MI 48208-2905, **United States**


117.  Worldbase, November 27, 2006, I'M MY BROTHERS KEEPER MINISTRY, 1435 BRAINARD ST (registered
address),  DETROIT, , MI, 482082905

  

USA

118.  Worldbase, November 27, 2006, I'M GAME, 156 GR NORTHERN MALL (registered address),  NORTH OLMSTED, , OH, 44070
**USA**

119.  Worldbase, November 22, 2006, I'M SMITTEN, 1206 W MONTANA ST APT 3 (registered address),  CHICAGO, , IL, 606142109
**USA**

120.  Dun's Market Identifiers, November 22, 2006, I'M Smitten, 1206 W Montana St APT 3,  Chicago, , IL, 60614-2109
**United States**
... IL 60614-2109, **United States**

121.  Worldbase, November 17, 2006, I'M ROUND CORP, 50 W 72ND ST APT 1114 (registered address),  NEW YORK, , NY, 100234256
**USA**

122.  Dun's Market Identifiers, November 11, 2006, I'M Sew Happy, 13258 40th Ave S,  Seattle, , WA, 98168-3156
**United States**
... WA 98168-3156, **United States**

123.  Worldbase, November 11, 2006, I'M SEW HAPPY, 13258 40TH AVE S (registered address),  SEATTLE, , WA, 981683156
**USA**

124.  Dun's Market Identifiers, November 10, 2006, I'M Your Type, 508 Garden St,  Newburgh, , NY, 12550-1614
**United States**
... NY 12550-1614, **United States**
CROSS REFERENCE: **I'M** Your Type Prof  ...

125.  Worldbase, November 10, 2006, I'M YOUR TYPE, 508 GARDEN ST (registered address),  NEWBURGH, , NY, 125501614
**USA**

126.  Worldbase, October 24, 2006, CHARMED I'M SURE, 327 W CEDAR AVE (registered address),  GLADWIN, , MI, 486242021
**USA**

127.  Dun's Market Identifiers, October 18, 2006, I'M Toys, 1910 Plateau Way,  Wendover, , NV, 89883





**United States**
... Wendover, NV 89883, **United States**

128.  Worldbase, October 18, 2006, I'M TOYS, 1910 PLATEAU WAY (registered address),  WENDOVER, , NV, 89883
**USA**

129.  Worldbase, October 17, 2006, I'M NATURALLY BEAUTIFUL, 18981 LIVERNOIS AVE (registered address), DETROIT, , MI, 482212258
**USA**

130.  Worldbase, October 16, 2006, CHARMED, I'M SURE, 5000 MEADOWOOD MALL CIR,  RENO, , NV, 895026543
**USA**

131.  Dun's Market Identifiers, October 16, 2006, Charmed, I'M Sure, 5000 Meadowood Mall Cir,  Reno, , NV, 89502-6543
**United States**
... NV 89502-6543, **United States**

132.  Dun's Market Identifiers, October 7, 2006, For I'M Only A Child, 2159 Marfa Ave,  Dallas, , TX, 75216-5744
**United States**
... TX 75216-5744, **United States**

133.  Worldbase, October 7, 2006, FOR I'M ONLY A CHILD, 2159 MARFA AVE (registered address),  DALLAS, , TX, 752165744
**USA**

134.  Worldbase, October 5, 2006, I'M IN STITCHES, 1444 S BELL ST (registered address),  SAN ANGELO, , TX, 769037902
**USA**

135.  Worldbase, October 5, 2006, I'M A CHRISTIAN APPAREL, 18500 W NATIONAL AVE (registered address), NEW BERLIN, , WI, 531464242
**USA**

136.  Dun's Market Identifiers, October 5, 2006, I'M In Stitches, 1444 S Bell St,  San Angelo, , TX, 76903-7902
**United States**
... TX 76903-7902, **United States**
CROSS REFERENCE: **I'M** In Stiches





137.  Worldbase, October 3, 2006, I'M AFFORDABLE, 8409 WOODLAWN ST (registered address),  ALEXANDRIA, , VA, 223091717
**USA**


138.  Worldbase, September 28, 2006, I'M SEW HAPPY QUILTING, 351 NE 57TH ST (registered address), NEWPORT, , OR, 973651111
**USA**


139.  Worldbase, September 20, 2006, I'M ALL GIRL, INC., 181 BEACH 132ND ST (registered address),  FAR ROCKAWAY, , NY, 116941407
**USA**


140.  Worldbase, September 20, 2006, I'M IMPRESSED, 9540 FRAN LIN PKWY (registered address),  MUNSTER, , IN, 463213921
**USA**


141.  Worldbase, September 20, 2006, I'M SIGN, 247 LONG SWAMP RD (registered address),  NEW EGYPT, , NJ, 085332029
**USA**


142.  Worldbase, September 16, 2006, A LADY I'M, 455 BELWOOD RD SE (registered address),  CALHOUN, , GA, 307013961
**USA**


143.  Worldbase, September 14, 2006, I'M OK PERSONAL TRAINING STUDIO, 3801 S 291 HWY (registered address),  LEES SUMMIT, , MO, 640825009
**USA**


144.  Dun's Market Identifiers, September 6, 2006, I'M Steel Roofing, 12600 Ne 185th St,  Bothell, , WA, 98011-9338
**United States**
... WA 98011-9338, **United States**


145.  Worldbase, September 6, 2006, I'M STEEL ROOFING, 12600 NE 185TH ST (registered address),  BOTHELL, , WA, 980119338
**USA**


146.  Worldbase, August 30, 2006, JOEY DEMATTHEWS INC I'M FREE, 2512 SW MCDONALD ST (registered address),  PORT SAINT LUCIE, , FL, 349532584
**USA**


147.  Dun's Market Identifiers, August 28, 2006, I'M Thumbody Special Ink, 474 Marlane St,  Muskegon, , MI,

  

49442-2523
**United States**
... MI 49442-2523, **United States**


148.   Worldbase, August 28, 2006, I'M THUMBODY SPECIAL INK, 474 MARLANE ST (registered address), MUSKEGON, , MI, 494422523
**USA**


149.   Worldbase, August 25, 2006, I'M ONE, 1323 MAXIMILLIAN ST (registered address),  BATON ROUGE, , LA, 708026556
**USA**


150.   Dun's Market Identifiers, August 24, 2006, Calvin Croft Lavelle, 26 Leslie Ln,  Monroe, , LA, 71203-2715
**United States**
... LA 71203-2715, **United States**
CROSS REFERENCE: **I'M** Hungry Delivery Service


151.   Worldbase, August 17, 2006, HONEY I'M CLEANING SERVICE, 266 SW 16TH ST (registered address), DANIA, , FL, 330044249
**USA**


152.   Dun's Market Identifiers, August 15, 2006, I'M Instant Media, 1032 Elwell CT Ste 220,  Palo Alto, , CA, 94303-4309
**United States**
... CA 94303-4309, **United States**


153.   Worldbase, August 15, 2006, I'M INSTANT MEDIA, 1032 ELWELL CT STE 220 (registered address),  PALO ALTO, , CA, 943034309
**USA**


154.   Dun's Market Identifiers, August 14, 2006, I'M Redeemed Free Will Baptist, 1461 Clinton Hwy,  Clinton, , TN, 37716-6152
**United States**
... TN 37716-6152, **United States**


155.   Worldbase, August 14, 2006, I'M REDEEMED FREE WILL BAPTIST, 1461 CLINTON HWY (registered address),  CLINTON, , TN, 377166152
**USA**


156.   Dun's Market Identifiers, August 11, 2006, Bone Head Enterprises Inc, 5318 E 2nd St 536,  Long Beach, , CA, 90803-5324
**United States**

  

... CA 90803-5324, **United States**
CROSS REFERENCE: **I'M** A Bonehead,


157.  Dun's Market Identifiers, August 2, 2006, Hunny I'M Home, 2085 10th St,  Los Osos, , CA, 93402-3213
**United States**
... CA 93402-3213, **United States**


158.  Worldbase, August 2, 2006, HUNNY I'M HOME, 2085 10TH ST (registered address),  LOS OSOS, , CA,
934023213
**USA**


159.  Worldbase, July 28, 2006, I'M BACK IN BLACK INC, 1157 W CHESTER PIKE (registered address),
HAVERTOWN, , PA, 190833440
**USA**


160.  Dun's Market Identifiers, July 22, 2006, But Officer I'M Innocent, 7145 E 1st St,  Scottsdale, , AZ, 85251-5307
**United States**
... AZ 85251-5307, **United States**


161.  Worldbase, July 22, 2006, BUT OFFICER I'M INNOCENT, 7145 E 1ST ST (registered address),
SCOTTSDALE, , AZ, 852515307
**USA**


162.  Worldbase, July 19, 2006, I'M SMALL THATS ALL T SHIRTS, 8105 COLERIDGE DR (registered address),
NORTH LITTLE ROCK, , AR, 721164926
**USA**


163.  Dun's Market Identifiers, July 18, 2006, I'M Stuffed, P O Box 432,  Richboro, , PA, 18954
**United States**
... PA 18966-1628, **United States**


164.  Worldbase, July 18, 2006, I'M STUFFED, P O BOX 432 (registered address),  RICHBORO, , PA, 189540432
**USA**
... SOUTHAMPTON, PENNSYLVANIA 189661628, **USA**


165.  Worldbase, July 17, 2006, I'M ALL GUSSIED UP, 7890 N FRANKLIN ST APT 2 (registered address),  COEUR
D ALENE, , ID, 838158920
**USA**


166.  Worldbase, July 17, 2006, BE LIKE ME I'M DRUG FREE, 970 E MAIN ST (registered address),  GRASS
VALLEY, , CA, 959455845

  

USA

167.  Worldbase, July 12, 2006, I'M MIAMI, 728 OCEAN DR (registered address),  MIAMI BEACH, , FL, 331396220
**USA**

168.  Worldbase, July 5, 2006, LEAVE ME ALONE I'M KNITTING, 5815 GRAND AVE (registered address), KANSAS CITY, , MO, 641132127
**USA**

169.  Worldbase, July 4, 2006, A KING I'M, 3829 BROOKLYN AVE (registered address),  KANSAS CITY, , MO, 641092838
**USA**

170.  Dun's Market Identifiers, July 4, 2006, I'M Your Investment Inc, 851 NW 118th Ave,  Fort Lauderdale, , FL, 33325-1414
**United States**
... FL 33325-1414, **United States**

171.  Worldbase, July 4, 2006, I'M NOT AFRAID OF TERRORISTS, 909 S PEARL ST APT 301 (registered address), DENVER, , CO, 802094239
**USA**

172.  Worldbase, July 4, 2006, I'M ALL EARS, 921 S COAST HWY APT C (registered address),  LAGUNA BEACH, , CA, 926512750
**USA**

173.  Worldbase, July 4, 2006, I'M YOUR INVESTMENT INC, 851 NW 118TH AVE (registered address),  FORT LAUDERDALE, , FL, 333251414
**USA**

174.  Worldbase, July 3, 2006, I'M BEAN, 25 HOLLY LN (registered address),  BROWNSVILLE, , TX, 785208320
**USA**

175.  Dun's Market Identifiers, July 1, 2006, I'M Your Chef, 8762 Glenwood Dr,  Saint Louis, , MO, 63126-1926
**United States**
... MO 63126-1926, **United States**

176.  Worldbase, July 1, 2006, I'M YOUR CHEF, 8762 GLENWOOD DR (registered address),  SAINT LOUIS, , MO, 631261926
**USA**

  

177. Worldbase, June 28, 2006, I'M IN BOOK PERSONALIZED, 15800 HIGHWAY 3 APT 1315 (registered address),  WEBSTER, , TX, 775982179
**USA**

178. Worldbase, June 27, 2006, I'M GOING TRAVEL, 3313 KENTFIELD DR (registered address),  SACRAMENTO, , CA, 958216213
**USA**

179. Worldbase, June 26, 2006, LU I'M LTD, 823 MILTON RD (registered address),  PALATINE, , IL, 600674241
**USA**

180. Dun's Market Identifiers, June 24, 2006, I'M Still ME LLC, 85 Hill Rd,  Redding, , CT, 06896-2320
**United States**
... CT 06896-2320, **United States**

181. Worldbase, June 24, 2006, I'M STILL ME LLC, 85 HILL RD (registered address),  REDDING, , CT, 068962320
**USA**

182. Worldbase, June 24, 2006, I'M OLD FASHIONED, 851 ROUTE 28 (registered address),  SOUTH YARMOUTH, , MA, 026645275
**USA**

183. Worldbase, June 23, 2006, I'M THERE FOR YOU BABY, LLC, 2223 AVNDA DE LA PLYA 2 (registered address),  LA JOLLA, , CA, 92037
**USA**

184. Worldbase, June 22, 2006, ONO I'M HUNGRY, 1499 HUNTINGTON DR 200 (registered address),  SOUTH PASADENA, , CA, 910304552
**USA**

185. Dun's Market Identifiers, June 21, 2006, I'M Impressed Custom Apparel I, 16 Pythian Pl,  Palm Coast, , FL, 32164-7402
**United States**
... FL 32164-7402, **United States**

186. Worldbase, June 21, 2006, I'M THE STAR BOOKS, P O BOX 59613 (registered address),  LOS ANGELES, , CA, 900590613
**USA**
... ANGELES, CALIFORNIA 900292708, **USA**

187. Worldbase, June 21, 2006, I'M IMPRESSED CUSTOM APPAREL I, 16 PYTHIAN PL (registered address),

  

PALM COAST, , FL, 321647402
**USA**


188.  Worldbase, June 21, 2006, I'M THERE ERRAND SERVICE, 3825 ARROW DR (registered address),  AUSTIN, , TX, 787493938
**USA**


189.  Worldbase, June 20, 2006, FEELS LIKE I'M NAKED, 904 W ARMITAGE AVE (registered address), CHICAGO, , IL, 606144204
**USA**


190.  Worldbase, June 20, 2006, I'M TEED OFF CORP, 7250 BROADMOOR DR APT 16 (registered address),  NEW PORT RICHEY, , FL, 346534921
**USA**


191.  Worldbase, June 20, 2006, I'M A LITTLE TEACUP CORP, 2089 N UNIVERSITY DR (registered address), CORAL SPRINGS, , FL, 330716132
**USA**


192.  Worldbase, June 20, 2006, I'M ON FIRE, 1106 E 74TH ST (registered address),  CLEVELAND, , OH, 441031919
**USA**


193.  Worldbase, June 19, 2006, CHARMED I'M SURE, 3020 CHESTER LN (registered address),  BAKERSFIELD, , CA, 933041726
**USA**


194.  Worldbase, June 19, 2006, I'M BLESSED BTQ LADIES & MEN D, 177 N DARGAN ST (registered address), FLORENCE, , SC, 295062501
**USA**


195.  Worldbase, June 19, 2006, I'M STILL HERE INC, 309 NAVAJO AVE (registered address),  ORMOND BEACH, , FL, 321745815
**USA**


196.  Worldbase, June 19, 2006, I'M THE LAWN GUY INC, 540 SW 27TH AVE BAY 771 (registered address), FORT LAUDERDALE, , FL, 333122144
**USA**


197.  Worldbase, June 17, 2006, CHARMED I'M SURE, 5015 WESTHEIMER RD (registered address),  HOUSTON, , TX, 770565621

  

USA

198.  Worldbase, June 15, 2006, I'M IN TRAPEZOID INC, 257 HIGHLAND AVE (registered address),  NEWTON, , NJ, 078606753
USA

199.  Dun's Market Identifiers, June 14, 2006, I'M Impressed, 5448 La Forest Dr,  La Canada Flintridge, , CA, 91011-1340
**United States**
... CA 91011-1340, **United States**

200.  Worldbase, June 14, 2006, I'M IMPRESSED, 5448 LA FOREST DR (registered address),  LA CANADA FLINTRIDGE, , CA, 910111340
USA

201.  Dun's Market Identifiers, June 7, 2006, I'M Your Handy Man LLC, 33180 Industrial Rd,  Livonia, , MI, 48150-4200
**United States**
... MI 48150-4200, **United States**

202.  Worldbase, June 7, 2006, I'M YOUR HANDY MAN LLC, 33180 INDUSTRIAL RD (registered address), LIVONIA, , MI, 481504200
USA

203.  Worldbase, May 27, 2006, I'M SELLING IT MYSELF, INC., 19010 SAINT LAURENT DR (registered address), LUTZ, , FL, 335582809
USA

204.  Worldbase, May 24, 2006, I'M SO GOTHIC I'M DEAD, 1626 13TH AVE APT 25 (registered address), SEATTLE, , WA, 981222549
USA

205.  Worldbase, May 13, 2006, I'M RIGHT YOU'RE WRONG, 270 PARK AVE S APT 5 (registered address),  NEW YORK, , NY, 100106103
USA

206.  Worldbase, May 13, 2006, I'M BAG LADY, 705 EDWARDS AVE (registered address),  COOS BAY, , OR, 974203408
USA

207.  Dun's Market Identifiers, May 11, 2006, I'M Quick Pick Towing, 3047 SW 4th St,  Miami, , FL, 33135-2701



**United States**
... FL 33135-2701, **United States**

208.  Worldbase, May 11, 2006, I'M QUICK PICK TOWING, 3047 SW 4TH ST (registered address),  MIAMI, , FL, 331352701
**USA**

209.  Dun's Market Identifiers, May 4, 2006, I'M Pressing On King Jesus, 826 Catalpa Pl,  Missouri City, , TX, 77459-5712
**United States**
... TX 77459-5712, **United States**

210.  Worldbase, May 4, 2006, I'M PRESSING ON KING JESUS, 826 CATALPA PL (registered address), MISSOURI CITY, , TX, 774595712
**USA**

211.  Dun's Market Identifiers, May 3, 2006, I'M Good Co, LLC, 644 Plumtree Ln,  Fenton, , MI, 48430-4206
**United States**
... MI 48430-4206, **United States**

212.  Worldbase, May 3, 2006, I'M GOOD CO, LLC, 644 PLUMTREE LN (registered address),  FENTON, , MI, 484304206
**USA**

213.  Dun's Market Identifiers, April 15, 2006, Judith A McCartney, 1612 Adelman Loop,  Eugene, , OR, 97402-1622
**United States**
... Eugene, OR 97402-1622, **United States**
CROSS REFERENCE: **I'M** Your Type

214.  Dun's Market Identifiers, April 10, 2006, I'M Buying LLC, 1416 Badger Ave,  Eau Claire, , WI, 54701-4264
**United States**
... WI 54701-4264, **United States**

215.  Worldbase, April 10, 2006, I'M BUYING LLC, 1416 BADGER AVE (registered address),  EAU CLAIRE, , WI, 547014264
**USA**

216.  Worldbase, April 7, 2006, I'M EMPOWERED ENTERPRISES, 930 S 4TH ST STE 150 (registered address), LAS VEGAS, , NV, 891016845
**USA**



217. Dun's Market Identifiers, April 7, 2006, I'M Empowered Enterprises, 930 S 4th St Ste 150,  Las Vegas, , NV, 89101-6845
**United States**
... NV 89101-6845, **United States**


218. Dun's Market Identifiers, April 6, 2006, Ernie Sullins Outlet Store, 93 McDowell St,  Welch, , WV, 24801-2440
**United States**
... WV 24801-2440, **United States**
CROSS REFERENCE: **I'M** Free Mfg Co


219. Worldbase, April 6, 2006, ERNIE SULLINS OUTLET STORE, 93 MCDOWELL ST,  WELCH, , WV, 248012440
**USA**
CROSS REFERENCE:  **I'M** FREE MFG CO


220. Worldbase, April 3, 2006, I'M IN THE MONEY, INC., 3885 S DECATUR BLVD (registered address),  LAS VEGAS, , NV, 891035855
**USA**


221. Dun's Market Identifiers, March 29, 2006, I'M A Pal, 742 S Southern St,  Seattle, , WA, 98108-4357
**United States**
... WA 98108-4357, **United States**


222. Worldbase, March 29, 2006, I'M A PAL, 742 S SOUTHERN ST (registered address),  SEATTLE, , WA, 981084357
**USA**


223. Worldbase, March 10, 2006, I'M HERE TO TELL YOU INC, P O BOX 21056,  EL CAJON, , CA, 920210981
**USA**
... CAJON, CALIFORNIA 92021, **USA**


224. Worldbase, March 10, 2006, I'M NAC, LLC, P O BOX 674,  JENSEN BEACH, , FL, 349580674
**USA**
... BEACH, FLORIDA 34958, **USA**


225. Dun's Market Identifiers, March 10, 2006, I'M Here To Tell You Inc, P O Box 21056,  El Cajon, , CA, 92021
**United States**
... Cajon, CA 92021, **United States**


226. Worldbase, March 3, 2006, I'M ALL BAT LLC, 16414 PARALEE CV (registered address),  AUSTIN, , TX, 787173009
**USA**

  

227.  Worldbase, March 3, 2006, SCRAPPIN ' I'M, 1190 E 410 S (registered address),  SPANISH FORK, , UT, 846602359
**USA**


228.  Worldbase, February 23, 2006, I'M A BABY BOOMER LLC, 455 SIMSBURY RD (registered address), BLOOMFIELD, , CT, 060022245
**USA**


229.  Dun's Market Identifiers, February 16, 2006, I'M So Romantic, 300 Park Ave FL 17,  New York, , NY, 10022-7402
**United States**
... NY 10022-7402, **United States**


230.  Worldbase, February 16, 2006, I'M SO ROMANTIC, 300 PARK AVE FL 17 (registered address),  NEW YORK, , NY, 100227402
**USA**


231.  Dun's Market Identifiers, February 10, 2006, I'M Not Afraid Publications, 3001 Cash Rd,  Norman, , OK, 73026-9132
**United States**
... OK 73026-9132, **United States**


232.  Worldbase, February 10, 2006, I'M NOT AFRAID PUBLICATIONS, 3001 CASH RD (registered address), NORMAN, , OK, 730269132
**USA**


233.  Worldbase, February 1, 2006, I'M CHARMING, 8652 MACEDONIAN CT (registered address),  ELK GROVE, , CA, 956243452
**USA**


234.  Worldbase, January 26, 2006, CUZ I'M WORTH IT, 105 MILLER ST (registered address),  FARMERVILLE, , LA, 712412311
**USA**


235.  Worldbase, January 19, 2006, I'M A LITTLE ELEPHANT INC, P O BOX 1807,  LAKE CITY, , FL, 320561807
**USA**
... CITY, FLORIDA 32056, **USA**


236.  Dun's Market Identifiers, January 11, 2006, Baby I'M Amazed Inc, 400 E 55th St,  New York, , NY, 10022-5133
**United States**
... NY 10022-5133, **United States**



237. Worldbase, January 11, 2006, BABY I'M AMAZED INC, 400 E 55TH ST (registered address), NEW YORK, , NY, 100225133
**USA**


238. Worldbase, January 11, 2006, I'M NUTS INC, P O BOX 19334 (registered address), WEST PALM BEACH, , FL, 334169334
**USA**
... BEACH, FLORIDA 334153702, **USA**


239. Dun's Market Identifiers, January 11, 2006, Paula Ash, 5 Carl Ln, Long Valley, , NJ, 07853-3102
**United States**
... NJ 07853-3102, **United States**
CROSS REFERENCE: **I'M** Possible


240. Worldbase, January 9, 2006, HONEST JOHNS I'M BACK, 2430 LAS VEGAS BLVD S (registered address), LAS VEGAS, , NV, 891042531
**USA**


241. Worldbase, January 9, 2006, I'M YOUR SECRETARY' BUSINESS C, 1764 GASCONY RD (registered address), ENCINITAS, , CA, 920241225
**USA**


242. Worldbase, January 3, 2006, CHARMED I'M SURE FLORIDA LLC, 605 E GARDEN ST (registered address), LAKELAND, , FL, 338054617
**USA**


243. Worldbase, January 3, 2006, I'M OK, LLC, 10925 SW 153RD AVE (registered address), MIAMI, , FL, 331963570
**USA**

