# Exhibit KK

102507

**Time of Request:** Friday, June 29, 2007  13:42:44 EST
**Client ID/Project Name:** 17441.010
**Number of Lines:** 4426
**Job Number:**    1841:35365107

Research Information

**Service:**   Terms and Connectors Search
**Print Request:** All Documents 1-612
**Source:** D&B Duns Market Identifiers (Global)
**Search Terms:** i am  and date = 2007 or date = 2006 and ADDRESS (usa or united
    states)

**Send to:**   DONALDSON, MARY ANNE
           ARNOLD & PORTER LLP
           777 S FIGUEROA ST STE 4400
           LOS ANGELES, CA 90017-5800





1. Dun's Market Identifiers, May 17, 2007, I AM God's Creation Fellowship, 733 SE 15th St, Oklahoma City, , OK, 73129-4304
**United States**
... OK 73129-4304, **United States**


2. Dun's Market Identifiers, May 15, 2007, Hair I Am, P O Box 188, Westbrookville, , NY, 12785
**United States**
... Westbrookville, NY 12785, **United States**


3. Dun's Market Identifiers, May 15, 2007, I AM Your Neighbor, 2717 Yates Ave, Bronx, , NY, 10469-5330
**United States**
... NY 10469-5330, **United States**


4. Dun's Market Identifiers, May 15, 2007, I AM That I AM Healthcare, 9191 W Florissant Ave, Saint Louis, , MO, 63136-1424
**United States**
... MO 63136-1424, **United States**


5. Dun's Market Identifiers, May 15, 2007, Just As I AM Ministries Inc, 1415 Chapel Hill Dr, Waco, , TX, 76712-8714
**United States**
... TX 76712-8714, **United States**


6. Dun's Market Identifiers, May 14, 2007, Because I Am Woman, 8370 Earl Cir W, Jacksonville, , FL, 32219-3620
**United States**
... FL 32219-3620, **United States**


7. Dun's Market Identifiers, May 10, 2007, Hair I AM, 9001 Elizabeth Lake Rd, Palmdale, , CA, 93551-7100
**United States**
... CA 93551-7100, **United States**


8. Dun's Market Identifiers, May 8, 2007, I AM Temple of Chicago Inc, 176 W Washington St, Chicago, , IL, 60602-2306
**United States**
... IL 60602-2306, **United States**
CROSS REFERENCE: **I AM** Temple


9. Dun's Market Identifiers, May 7, 2007, Hair I Am Unisex, 1752 E 9th St APT B5, Brooklyn, , NY, 11223-2317
**United States**
... NY 11223-2317, **United States**

  

10. Dun's Market Identifiers, May 7, 2007, Sam I AM Bagels, 430 Springfield Ave Ste C, Berkeley Heights, , NJ, 07922-1167
**United States**
... NJ 07922-1167, **United States**
CROSS REFERENCE: Sam **I AM** Bagels


11. Dun's Market Identifiers, May 6, 2007, Gem I AM Children's Apparel, 1151 E Lebanon Rd, Dover, , DE, 19901-5829
**United States**
... DE 19901-5829, **United States**


12. Dun's Market Identifiers, May 6, 2007, I AM Christian Bookstore, 7272 W Atlantic Blvd, Pompano Beach, , FL, 33063-4238
**United States**
... FL 33063-4238, **United States**


13. Dun's Market Identifiers, May 6, 2007, I AM Alive Bible Church, 1290 Baltimore Pike, Chadds Ford, , PA, 19317-7361
**United States**
... PA 19317-7361, **United States**


14. Dun's Market Identifiers, May 6, 2007, I AM My Own Tattoo Shop, 1190 N Main St, Springville, , UT, 84663-4003
**United States**
... UT 84663-4003, **United States**


15. Dun's Market Identifiers, May 6, 2007, The I AM Foundation, 7825 Fay Ave Ste 200, La Jolla, , CA, 92037-4270
**United States**
... CA 92037-4270, **United States**


16. Dun's Market Identifiers, May 6, 2007, I AM Group Inc, 1801 SW 11th St, Miami, , FL, 33135-5109
**United States**
... FL 33135-5109, **United States**


17. Dun's Market Identifiers, May 6, 2007, I AM I Can I See LLC, 10721 W Capitol Dr, Milwaukee, , WI, 53222-1210
**United States**
... WI 53222-1210, **United States**


18. Dun's Market Identifiers, May 6, 2007, I AM Harvest Network Inc, 90 Commerce Dr Ste 5, Fayetteville, , GA, 30214-7519
**United States**
... GA 30214-7519, **United States**

  

19.  Dun's Market Identifiers, May 6, 2007, I AM Styles, 84 Albany St,  Poughkeepsie, , NY, 12601-1703
**United States**
... NY 12601-1703, **United States**


20.  Dun's Market Identifiers, May 6, 2007, Sam I AM Lawn & Landscape of C, 1635 S Prescott Ave,  Clearwater, , FL,
33756-1257
**United States**
... FL 33756-1257, **United States**


21.  Dun's Market Identifiers, May 3, 2007, Hair I AM, 525 Lick Hollow Rd,  Greeneville, , TN, 37743-3712
**United States**
... TN 37743-3712, **United States**


22.  Dun's Market Identifiers, May 2, 2007, Handy Man I AM, 3077 Greendale St,  Las Vegas, , NV, 89121-2714
**United States**
... NV 89121-2714, **United States**


23.  Dun's Market Identifiers, May 2, 2007, Marlowe, Richard I AM Construction, 1724 Pine Barren Rd,
Bloomingdale, , GA, 31302-9318
**United States**
... GA 31302-9318, **United States**


24.  Dun's Market Identifiers, May 2, 2007, Thank God I AM Painting, 8775 San Pedro Way,  Elk Grove, , CA,
95624-2532
**United States**
... CA 95624-2532, **United States**


25.  Dun's Market Identifiers, May 1, 2007, I AM In The Market Place Inc, 2901 Northwestern Pike,  Winchester, , VA,
22603-3824
**United States**
... VA 22603-3824, **United States**


26.  Dun's Market Identifiers, May 1, 2007, Saint Jermaine Foundation, 46 High St,  Stoneham, , MA, 02180-1170
**United States**
... MA 02180-1170, **United States**
CROSS REFERENCE: **I AM** Sanctuary


27.  Dun's Market Identifiers, May 1, 2007, Sam I AM Trucking, 214 N Pine St,  Elizabethton, , TN, 37643-2712
**United States**
... TN 37643-2712, **United States**


28. Dun's Market Identifiers, May 1, 2007, Univision Radio Florida, LLC, 800 S Douglas Rd Ste 111,  Coral Gables, ,





FL, 33134-3187
**United States**
... FL 33134-3187, **United States**
... W A Q **I AM** Radio Mambi


29.  Dun's Market Identifiers, April 27, 2007, Hair I AM, 15856 K St,  Mojave, , CA, 93501-1711
**United States**
... CA 93501-1711, **United States**


30.  Dun's Market Identifiers, April 27, 2007, I Am New Life Ministries, 38400 San Ignacio Rd,  Hemet, , CA, 92544-9488
**United States**
... CA 92544-9488, **United States**


31.  Dun's Market Identifiers, April 27, 2007, I Am I Can Learning Center Inc, 3707 Grant Rd,  McHenry, , IL, 60050-1051
**United States**
... IL 60050-1051, **United States**


32.  Dun's Market Identifiers, April 26, 2007, Hair I Am, 342 N Washington St,  Easton, , MD, 21601-3118
**United States**
... MD 21601-3118, **United States**


33.  Dun's Market Identifiers, April 26, 2007, Household of Faith Servants of The Great I AM, 3822 Coconut Rd,  Lake Worth, , FL, 33461-4002
**United States**
... FL 33461-4002, **United States**


34.  Dun's Market Identifiers, April 25, 2007, Hair I Am, 849 N Hill St,  Springfield, , IL, 62702-6229
**United States**
... IL 62702-6229, **United States**


35.  Dun's Market Identifiers, April 25, 2007, I Am Holy Temple Church, 2415 N Winnetka Ave,  Dallas, , TX, 75212-5340
**United States**
... TX 75212-5340, **United States**


36.  Dun's Market Identifiers, April 25, 2007, I AM Network, Inc, 1235 Hernando Rd,  Holly Springs, , MS, 38635-8370
**United States**
... MS 38635-8370, **United States**

  

37. Dun's Market Identifiers, April 24, 2007, I Am Women, 1145 Sycamore St, Rocky Mount, , NC, 27801-6057
**United States**
... NC 27801-6057, **United States**


38. Dun's Market Identifiers, April 24, 2007, I Am One Cleaning Service, P O Box 22523, Indianapolis, , IN, 46222
**United States**
... IN 46224-5501, **United States**


39. Dun's Market Identifiers, April 24, 2007, I AM Blessed Childrens Day Care, 652 Leighton Way, Stone Mountain, ,
GA, 30088-1829
**United States**
... GA 30088-1829, **United States**


40. Dun's Market Identifiers, April 24, 2007, I Am Activity Church Inc, 6904 Scotforth Rd, Philadelphia, , PA,
19119-3710
**United States**
... PA 19119-3710, **United States**


41. Dun's Market Identifiers, April 24, 2007, K P O Inc, 2078 Fairburn Rd Ste 10, Douglasville, , GA, 30135-1071
**United States**
... GA 30135-1071, **United States**
CROSS REFERENCE: **I AM** Wonderful Health Food


42. Dun's Market Identifiers, April 23, 2007, Great I AM Production Studio, P O Box 30412, Wilmington, , DE, 19805
**United States**
... DE 19720-2140, **United States**
CROSS REFERENCE: Great **I AM**


43. Dun's Market Identifiers, April 22, 2007, Just As I AM Ministry, 18905 W 7 Mile Rd, Detroit, , MI, 48219-2764
**United States**
... MI 48219-2764, **United States**


44. Dun's Market Identifiers, April 22, 2007, Music I AM Records Inc, 69 Montgomery St, Pawtucket, , RI,
02860-2046
**United States**
... RI 02860-2046, **United States**


45. Dun's Market Identifiers, April 22, 2007, Sam I AM Farm, 31668 N River Rd, Libertyville, , IL, 60048-4622
**United States**
... IL 60048-4622, **United States**


46. Dun's Market Identifiers, April 22, 2007, Sam I AM Bagels Inc, 1665 Stelton Rd, Piscataway, , NJ, 08854-5966

  

United States
... NJ 08854-5966, **United States**
CROSS REFERENCE: Sam **I AM** Bagels


47. Dun's Market Identifiers, April 20, 2007, Hair I Am, 786 Brighton Rd Rear,  Tonawanda, , NY, 14150-7051
**United States**
... NY 14150-7051, **United States**
CROSS REFERENCE: Hair **I AM** Unisex Salon


48. Dun's Market Identifiers, April 19, 2007, I AM Woman, LLC, 5723 Center Ln Ste B,  Falls Church, , VA,
22041-3041
**United States**
... VA 22041-3041, **United States**


49. Dun's Market Identifiers, April 19, 2007, The I AM Foundation Incorporated, P O Box 320322,  Boston, , MA,
02132
**United States**
... MA 02119-1022, **United States**


50. Dun's Market Identifiers, April 19, 2007, I Am That I Am Tabernacle, Drawer B135,  West Point, , GA, 31833
**United States**
BUSINESS ADDRESS: 1510 **US** Highway 29, West  ...
... GA 31833-1340, **United States**


51. Dun's Market Identifiers, April 18, 2007, I AM Health, 2355 Salzedo St,  Coral Gables, , FL, 33134-5001
**United States**
... FL 33134-5001, **United States**


52. Dun's Market Identifiers, April 16, 2007, I AM Centre of Wellness, 3224 Dante Dr Unit 209,  Orlando, , FL,
32835-2420
**United States**
... FL 32835-2420, **United States**


53. Dun's Market Identifiers, April 16, 2007, I Am A Promise, 139 Storey Blvd,  Cheyenne, , WY, 82009-3527
**United States**
... WY 82009-3527, **United States**


54. Dun's Market Identifiers, April 16, 2007, I AM Sanctuary of Mt Shasta, P O Box 1023,  Mount Shasta, , CA, 96067
**United States**
... CA 96067-2530, **United States**
CROSS REFERENCE: **I AM** Reading Room of Mt  ...

  

55. Worldbase, April 12, 2007, I AM GUARDED SECURITY SYSTEMS INC, P O BOX 8659 (registered address), POMPANO BEACH, , FL, 330758659
**USA**
... BEACH, FLORIDA 330652738, **USA**

56. Dun's Market Identifiers, April 12, 2007, I AM Guarded Security Systems Inc, P O Box 8659, Pompano Beach, , FL, 33075
**United States**
... FL 33065-2738, **United States**

57. Worldbase, April 11, 2007, SAINT GERMAIN FOUNDATION, 159 E 35TH ST, NEW YORK, , NY, 100164103
**USA**
CROSS REFERENCE: **I AM** SANCTUARIES OF N Y ...

58. Dun's Market Identifiers, April 11, 2007, Saint Germain Foundation, 159 E 35th St, New York, , NY, 10016-4103
**United States**
... NY 10016-4103, **United States**
CROSS REFERENCE: **I AM** Sanctuaries of N Y ...

59. Worldbase, April 11, 2007, SAM I AM BAGELS INC, 1665 STELTON RD (registered address), PISCATAWAY, , NJ, 088545966
**USA**
CROSS REFERENCE: SAM **I AM** BAGELS

60. Worldbase, April 10, 2007, I AM THAT I AM INC, 518 FAIRBANKS AVE (registered address), OAKLAND, , CA, 946101510
**USA**

61. Worldbase, April 10, 2007, I AM SANCTUARY, 1017 23RD ST, SACRAMENTO, , CA, 958164909
**USA**
... 6578 COMPANY NAME: **I AM** SANCTUARY ADDRESS: 7726 ...
CROSS REFERENCE: **I AM** TEMPLE

62. Dun's Market Identifiers, April 10, 2007, I AM Sanctuary, 1017 23rd St, Sacramento, , CA, 95816-4909
**United States**
... CA 95816-4909, **United States**
CROSS REFERENCE: **I AM** Temple

63. Dun's Market Identifiers, April 10, 2007, Organic Therefore I AM, 5 Shaw Dv, Bow, , NH, 03304-4132
**United States**
... NH 03304-4132, **United States**

  

64. Worldbase, April 10, 2007, ORGANIC THEREFORE I AM, 5 SHAW DV (registered address), BOW, , NH, 033044132
USA

65. Worldbase, April 9, 2007, I AM FIVE FOLD MINISTRIES, 4615 MONKHOUSE DR (registered address), SHREVEPORT, , LA, 711096119
USA

66. Dun's Market Identifiers, April 9, 2007, I Am Five Fold Ministries, 4615 Monkhouse Dr, Shreveport, , LA, 71109-6119
**United States**
... LA 71109-6119, **United States**

67. Dun's Market Identifiers, April 9, 2007, Saint Germain Foundation, 2307 Calvert St NW, Washington, , DC, 20008-2644
**United States**
... DC 20008-2644, **United States**
CROSS REFERENCE: **I AM** Accredited Activties

68. Worldbase, April 9, 2007, SAINT GERMAIN FOUNDATION, 2307 CALVERT ST NW, WASHINGTON, , DC, 200082644
USA
CROSS REFERENCE: **I AM** ACCREDITED ACTIVTIES

69. Worldbase, April 9, 2007, TAN I AM, 1500 N CLINTON ST (registered address), DEFIANCE, , OH, 435128886
USA

70. Worldbase, April 7, 2007, I AM SUNSET, 5053 DAVIS RD (registered address), SAINT CLAIR, , MI, 480792010
USA

71. Worldbase, April 7, 2007, I AM O, 1290 W HORIZON RIDGE PKWY (registered address), HENDERSON, , NV, 890125500
USA

72. Dun's Market Identifiers, April 7, 2007, I AM O, 1290 W Horizon Ridge Pkwy, Henderson, , NV, 89012-5500
**United States**
... NV 89012-5500, **United States**

73. Dun's Market Identifiers, April 6, 2007, Hair I AM, 2 Main St, Woburn, , MA, 01801-5612
**United States**
... MA 01801-5612, **United States**

  

74. Worldbase, April 6, 2007, HAIR I AM, 2 MAIN ST (registered address), WOBURN, , MA, 018015612
**USA**


75. Worldbase, April 6, 2007, I AM DESIGNS INC, P O BOX 10095 (registered address), JACKSON, , WY, 830020095
**USA**
... DIEGO, CALIFORNIA 921072340, **USA**


76. Dun's Market Identifiers, April 5, 2007, I Am Ministries, 5737 Waldorf Dr, El Paso, , TX, 79924-3437
**United States**
... TX 79924-3437, **United States**


77. Dun's Market Identifiers, April 5, 2007, I AM Sunset Industries LLC, 5986 Gratiot Ave, Saint Clair, , MI, 48079-1914
**United States**
... MI 48079-1914, **United States**


78. Worldbase, April 5, 2007, I AM MINISTRIES, 5737 WALDORF DR (registered address), EL PASO, , TX, 799243437
**USA**


79. Worldbase, April 5, 2007, I AM SUNSET INDUSTRIES LLC, 5986 GRATIOT AVE (registered address), SAINT CLAIR, , MI, 480791914
**USA**


80. Dun's Market Identifiers, April 3, 2007, I AM Inc., P O Box 328607, Columbus, , OH, 43232
**United States**
... OH 43205-1416, **United States**


81. Worldbase, April 3, 2007, I AM INC., P O BOX 328607 (registered address), COLUMBUS, , OH, 432328607
**USA**
... COLUMBUS, OHIO 432051416, **USA**


82. Dun's Market Identifiers, April 2, 2007, Air I AM Inc, 9770 Lago Dr, Boynton Beach, , FL, 33437-2770
**United States**
... FL 33437-2770, **United States**


83. Dun's Market Identifiers, April 2, 2007, Hair I Am, 106 W 2nd St, Montgomery City, , MO, 63361-1813
**United States**
... MO 63361-1813, **United States**

  

84. Dun's Market Identifiers, April 2, 2007, Hair I Am, 1821 E Main St,  Ventura, , CA, 93001-3408
**United States**
... CA 93001-3408, **United States**


85. Dun's Market Identifiers, April 2, 2007, I Am's Temple Christian Academy, 35 Watchung Ave 2,  Plainfield, , NJ,
07060-1207
**United States**
... NJ 07060-1207, **United States**


86. Dun's Market Identifiers, April 2, 2007, I Am Mike Inc, 1871 Scarboro Dr,  Glendale Heights, , IL, 60139-2120
**United States**
... IL 60139-2120, **United States**


87. Dun's Market Identifiers, April 2, 2007, I AM Auto Repairs, 384 Sqnkum Yellowbrook Rd,  Farmingdale, , NJ,
07727-3740
**United States**
... NJ 07727-3740, **United States**


88. Worldbase, April 2, 2007, I AM'S TEMPLE CHRISTIAN ACADEMY, 35 WATCHUNG AVE 2 (registered
address),  PLAINFIELD, , NJ, 070601207
**USA**


89. Dun's Market Identifiers, April 2, 2007, Thrifty Supply Company of Yakima Inc, 506 S 2nd Ave,  Yakima, , WA,
98902-3537
**United States**
... WA 98902-3537, **United States**
CROSS REFERENCE: **I AM** Thirty Supply Co


90. Worldbase, March 31, 2007, AIR I AM INC, 9770 LAGO DR (registered address),  BOYNTON BEACH, , FL,
334372770
**USA**


91. Worldbase, March 31, 2007, HAIR I AM, 106 W 2ND ST (registered address),  MONTGOMERY CITY, , MO,
633611813
**USA**


92. Worldbase, March 31, 2007, HAIR I AM, 1821 E MAIN ST (registered address),  VENTURA, , CA, 930013408
**USA**


93. Worldbase, March 31, 2007, I AM MIKE INC, 1871 SCARBORO DR (registered address),  GLENDALE
HEIGHTS, , IL, 601392120
**USA**

  

94. Worldbase, March 31, 2007, I AM WOMEN, 1145 SYCAMORE ST (registered address), ROCKY MOUNT, , NC, 278016057
USA


95. Worldbase, March 31, 2007, I AM AUTO REPAIRS, 384 SQNKUM YELLOWBROOK RD (registered address), FARMINGDALE, , NJ, 077273740
USA


96. Worldbase, March 31, 2007, THRIFTY SUPPLY COMPANY OF YAKIMA INC, 506 S 2ND AVE, YAKIMA, , WA, 989023537
USA
CROSS REFERENCE: **I AM** THIRTY SUPPLY CO


97. Dun's Market Identifiers, March 27, 2007, I Am Consultants, 5651 Dos Palmas Rd, Phelan, , CA, 92371-9610
**United States**
... CA 92371-9610, **United States**


98. Worldbase, March 27, 2007, I AM CONSULTANTS, 5651 DOS PALMAS RD (registered address), PHELAN, , CA, 923719610
USA


99. Dun's Market Identifiers, March 23, 2007, I AM Sanctuary, 447 Ne 22nd St, Miami, , FL, 33137-5117
**United States**
... FL 33137-5117, **United States**
... 6578 COMPANY NAME: **I Am** Sanctuary


100. Worldbase, March 23, 2007, I AM SANCTUARY, 447 NE 22ND ST, MIAMI, , FL, 331375117
USA
... 6578 COMPANY NAME: **I AM** SANCTUARY ADDRESS: 7726 ...


101. Worldbase, March 22, 2007, I AM I SAID, LLC, 111 BEECH ST (registered address), EDINBORO, , PA, 164122003
USA


102. Dun's Market Identifiers, March 21, 2007, Evangelic Church I AM Inc, 1221 N 17th Ave, Hollywood, , FL, 33020-3613
**United States**
... FL 33020-3613, **United States**


103. Worldbase, March 21, 2007, EVANGELIC CHURCH I AM INC, 1221 N 17TH AVE (registered address), HOLLYWOOD, , FL, 330203613
USA

  

104. Dun's Market Identifiers, March 21, 2007, Saint Germain Foundation, 5412 Brookside Blvd,  Kansas City, , MO, 64112-2863
**United States**
... MO 64112-2863, **United States**
CROSS REFERENCE: **I AM** Temple


105. Worldbase, March 21, 2007, SAINT GERMAIN FOUNDATION, 5412 BROOKSIDE BLVD,  KANSAS CITY, , MO, 641122863
**USA**
CROSS REFERENCE: **I AM** TEMPLE


106. Dun's Market Identifiers, March 20, 2007, I AM Sanctuary Modesto, 3118 North Ave,  Modesto, , CA, 95358-9707
**United States**
... CA 95358-9707, **United States**


107. Dun's Market Identifiers, March 20, 2007, I Am That I Am, 3870 Crenshaw Blvd,  Los Angeles, , CA, 90008-1837
**United States**
... CA 90008-1837, **United States**


108. Worldbase, March 20, 2007, I AM, P O BOX 83,  EL PASO, , AR, 720450083
**USA**
... VERNON, ARKANSAS 72111, **USA**


109. Dun's Market Identifiers, March 20, 2007, I AM, P O Box 83,  El Paso, , AR, 72045
**United States**
... Vernon, AR 72111, **United States**


110. Worldbase, March 20, 2007, I AM SANCTUARY MODESTO, 3118 NORTH AVE (registered address), MODESTO, , CA, 953589707
**USA**


111. Worldbase, March 20, 2007, I AM THAT I AM, 3870 CRENSHAW BLVD (registered address),  LOS ANGELES, , CA, 900081837
**USA**


112. Dun's Market Identifiers, March 20, 2007, Sufficient As I AM, 241 W Chase St FL 3,  Baltimore, , MD, 21201-4802
**United States**
... MD 21201-4802, **United States**

  

113. Worldbase, March 20, 2007, SUFFICIENT AS I AM, 241 W CHASE ST FL 3 (registered address),
BALTIMORE, , MD, 212014802
**USA**


114. Dun's Market Identifiers, March 19, 2007, I AM Temple Childrens Ministry, 620 Ravine Rd, Plainfield, , NJ,
07062-2036
**United States**
... NJ 07062-2036, **United States**


115. Worldbase, March 19, 2007, I AM TEMPLE CHILDRENS MINISTRY, 620 RAVINE RD (registered address),
PLAINFIELD, , NJ, 070622036
**USA**


116. Dun's Market Identifiers, March 15, 2007, I AM Evangelistic Ministr, 33a Lake Arrowhead Dr, Winter Haven, ,
FL, 33880-1054
**United States**
... FL 33880-1054, **United States**


117. Worldbase, March 15, 2007, I AM EVANGELISTIC MINISTR, 33A LAKE ARROWHEAD DR (registered
address), WINTER HAVEN, , FL, 338801054
**USA**


118. Dun's Market Identifiers, March 14, 2007, I Am Ministry Inc, P O Box 108, Reedville, , VA, 22539
**United States**
... VA 22539-3416, **United States**


119. Worldbase, March 14, 2007, I AM MINISTRY INC, P O BOX 108 (registered address), REEDVILLE, , VA,
225390108
**USA**
... REEDVILLE, VIRGINIA 225393416, **USA**


120. Worldbase, March 14, 2007, I AM NEW LIGHTS, 9003 SORRENTO ST (registered address), DALLAS, , TX,
752284451
**USA**


121. Dun's Market Identifiers, March 14, 2007, I AM New Lights, 9003 Sorrento St, Dallas, , TX, 75228-4451
**United States**
... TX 75228-4451, **United States**


122. Dun's Market Identifiers, March 12, 2007, I Am Volvo, 1570 E Osborn Rd, Phoenix, , AZ, 85014-5308
**United States**
... AZ 85014-5308, **United States**

  

123. Dun's Market Identifiers, March 10, 2007, I AM Enterprises, Inc, 308 England Ave, Fuquay Varina, , NC, 27526-2353
**United States**
... NC 27526-2353, **United States**


124. Worldbase, March 10, 2007, I AM ENTERPRISES, INC, 308 ENGLAND AVE (registered address), FUQUAY VARINA, , NC, 275262353
**USA**


125. Worldbase, March 10, 2007, I AM VOLVO, 1570 E OSBORN RD (registered address), PHOENIX, , AZ, 850145308
**USA**


126. Dun's Market Identifiers, March 7, 2007, I AM Reading Rm, 3700 Greenbriar St, Houston, , TX, 77098-4099
**United States**
... TX 77098-4099, **United States**


127. Worldbase, March 7, 2007, I AM READING RM, 3700 GREENBRIAR ST (registered address), HOUSTON, , TX, 770984099
**USA**


128. Worldbase, March 7, 2007, I AM MY BROTHERS KEEPER, 13562 CORCORAN ST (registered address), SAN FERNANDO, , CA, 913402507
**USA**


129. Worldbase, March 7, 2007, I AM STORY, 16829 GREENBRIAR RD (registered address), LAKE OSWEGO, , OR, 970345728
**USA**


130. Dun's Market Identifiers, March 6, 2007, I AM Sanctuary, 2037 SE Spruce Ave, Portland, , OR, 97214-5358
**United States**
... Portland, OR 97214-5358, **United States**


131. Worldbase, March 6, 2007, I AM SANCTUARY, 2037 SE SPRUCE AVE (registered address), PORTLAND, , OR, 972145358
**USA**


132. Worldbase, March 3, 2007, I AM NUTTS LLC, 2120 DEERFIELD AVE (registered address), MYRTLE BEACH, , SC, 295755401
**USA**

  

133.  Worldbase, March 3, 2007, I AM A BIZZY BEE INC, 9301 LIME BAY BLVD (registered address),  FORT
LAUDERDALE, , FL, 333213430
**USA**


134.  Worldbase, March 3, 2007, I AM STYLES, 84 ALBANY ST (registered address),  POUGHKEEPSIE, , NY,
126011703
**USA**


135.  Worldbase, March 3, 2007, I AM THIRD, LLC, 260 PARK CREEK DR (registered address),  ALPHARETTA, ,
GA, 300053771
**USA**


136.  Dun's Market Identifiers, March 2, 2007, I AM The Tiger, 1230 Fremont Blvd,  Seaside, , CA, 93955-5734
**United States**
... CA 93955-5734, **United States**


137.  Worldbase, March 2, 2007, I AM THE TIGER, 1230 FREMONT BLVD (registered address),  SEASIDE, , CA,
939555734
**USA**


138.  Worldbase, March 2, 2007, I AM IT INC, P O BOX 326 (registered address),  MURRELLS INLET, , SC,
295760326
**USA**
... SOUTH CAROLINA 295774050, **USA**


139.  Dun's Market Identifiers, February 27, 2007, I AM Entertainment, LLC, 2246 Lark St,  New Orleans, , LA,
70122-4318
**United States**
... LA 70122-4318, **United States**


140.  Worldbase, February 27, 2007, I AM ENTERTAINMENT, LLC, 2246 LARK ST (registered address),  NEW
ORLEANS, , LA, 701224318
**USA**


141.  Worldbase, February 27, 2007, I AM CENTER FOR EMPOWERMENT, 648 RAMPART LN (registered
address),  MURFREESBORO, , TN, 371284743
**USA**


142.  Dun's Market Identifiers, February 27, 2007, Temple I Am, 321 W Avenue C,  Robstown, , TX, 78380-2911
**United States**
... TX 78380-2911, **United States**

  

143.  Worldbase, February 27, 2007, TEMPLE I AM, 321 W AVENUE C (registered address),  ROBSTOWN, , TX, 783802911
**USA**


144.  Worldbase, February 24, 2007, ALL I AM INC, 517 PINEO AVE (registered address),  MILL VALLEY, , CA, 949413709
**USA**


145.  Worldbase, February 24, 2007, I AM SALON & DAY SPA INC, 5511 CAROLINA BEACH RD (registered address),  WILMINGTON, , NC, 284122786
**USA**


146.  Worldbase, February 23, 2007, MARLOWE, RICHARD I AM CONSTRUCTION, 1724 PINE BARREN RD (registered address),  BLOOMINGDALE, , GA, 313029318
**USA**


147.  Dun's Market Identifiers, February 21, 2007, I AM Ministries International, 70 Parkview Loop,  Staten Island, , NY, 10314-1663
**United States**
... NY 10314-1663, **United States**


148.  Dun's Market Identifiers, February 21, 2007, I AM / I Can Inc, P O Box 94647,  Lincoln, , NE, 68509
**United States**
... NE 68434-1915, **United States**


149.  Worldbase, February 21, 2007, I AM MINISTRIES INTERNATIONAL, 70 PARKVIEW LOOP (registered address),  STATEN ISLAND, , NY, 103141663
**USA**


150.  Worldbase, February 21, 2007, I AM / I CAN INC, P O BOX 94647 (registered address),  LINCOLN, , NE, 685094647
**USA**
... SEWARD, NEBRASKA 684341915, **USA**


151.  Dun's Market Identifiers, February 15, 2007, I AM Trucking Inc, 10771 S 200 W,  Fairmount, , IN, 46928-9526
**United States**
... IN 46928-9526, **United States**


152.  Worldbase, February 15, 2007, I AM TRUCKING INC, 10771 S 200 W (registered address),  FAIRMOUNT, , IN, 469289526
**USA**

  

153. Dun's Market Identifiers, February 15, 2007, Saint Germain's I Am Reading Room & Library, 447 W 8th St, Long Beach, , CA, 90813-4114
**United States**
... CA 90813-4114, **United States**
CROSS REFERENCE: **I AM** Reading Room & Library

154. Worldbase, February 15, 2007, SAINT GERMAIN'S I AM READING ROOM & LIBRARY, 447 W 8TH ST (registered address), LONG BEACH, , CA, 908134114
**USA**
CROSS REFERENCE: **I AM** READING ROOM & LIBRARY

155. Dun's Market Identifiers, February 14, 2007, I AM For Kids, 43 S Bradley Rd, Leoma, , TN, 38468-5389
**United States**
... TN 38468-5389, **United States**

156. Dun's Market Identifiers, February 14, 2007, I AM A Plumber Looking For Work, 462 Monterey Ave, Morro Bay, , CA, 93442-2580
**United States**
... CA 93442-2580, **United States**

157. Worldbase, February 14, 2007, I AM FOR KIDS, 43 S BRADLEY RD (registered address), LEOMA, , TN, 384685389
**USA**

158. Worldbase, February 14, 2007, I AM A PLUMBER LOOKING FOR WORK, 462 MONTEREY AVE (registered address), MORRO BAY, , CA, 934422580
**USA**

159. Worldbase, February 13, 2007, I AM TEMPLE OF CHICAGO INC, 176 W WASHINGTON ST (registered address), CHICAGO, , IL, 606022306
**USA**
CROSS REFERENCE: **I AM** TEMPLE

160. Dun's Market Identifiers, February 13, 2007, Saint Germain Foundation, 975 E 7th Ave, Denver, , CO, 80218-3306
**United States**
... CO 80218-3306, **United States**
CROSS REFERENCE: **I AM** Sanctuary

161. Worldbase, February 13, 2007, SAINT GERMAIN FOUNDATION, 975 E 7TH AVE, DENVER, , CO, 802183306
**USA**

  

CROSS REFERENCE: **I AM** SANCTUARY

162. Dun's Market Identifiers, February 12, 2007, I AM Faith Christian Ministries Church, Inc, 6142 Mableton Pkwy SW, Mableton, , GA, 30126-4300
**United States**
... GA 30126-4300, **United States**

163. Worldbase, February 12, 2007, BECAUSE I AM WOMAN, 8370 EARL CIR W (registered address), JACKSONVILLE, , FL, 322193620
**USA**

164. Worldbase, February 12, 2007, I AM FAITH CHRISTIAN MINISTRIES CHURCH, INC, 6142 MABLETON PKWY SW (registered address), MABLETON, , GA, 301264300
**USA**

165. Dun's Market Identifiers, February 9, 2007, I Am School Inc, 118 Siskiyou Ave, Mount Shasta, , CA, 96067-2540
**United States**
... CA 96067-2540, **United States**

166. Dun's Market Identifiers, February 9, 2007, I Am That I Am Church Inc, 20 Pershing Pl, Orlando, , FL, 32805-1830
**United States**
... FL 32805-1830, **United States**

167. Dun's Market Identifiers, February 9, 2007, I Am Deductible, 8550 W Forest Home Ave, Milwaukee, , WI, 53228-3418
**United States**
... WI 53228-3418, **United States**

168. Dun's Market Identifiers, February 9, 2007, I AM Light LLC, 1966 Clinton Ave, Chambersburg, , PA, 17201-4243
**United States**
... PA 17201-4243, **United States**

169. Dun's Market Identifiers, February 9, 2007, I AM Total Rehab Construction Inc, 2210 Spruce Trl APT 6, Willoughby, , OH, 44094-6702
**United States**
... OH 44094-6702, **United States**

170. Worldbase, February 9, 2007, I AM SCHOOL INC, 118 SISKIYOU AVE (registered address), MOUNT SHASTA, , CA, 960672540
**USA**

  

171. Worldbase, February 9, 2007, I AM THAT I AM CHURCH INC, 20 PERSHING PL (registered address), ORLANDO, , FL, 328051830
**USA**

172. Worldbase, February 9, 2007, I AM DEDUCTIBLE, 8550 W FOREST HOME AVE (registered address), MILWAUKEE, , WI, 532283418
**USA**

173. Worldbase, February 9, 2007, I AM LIGHT LLC, 1966 CLINTON AVE (registered address), CHAMBERSBURG, , PA, 172014243
**USA**

174. Worldbase, February 9, 2007, I AM TOTAL REHAB CONSTRUCTION INC, 2210 SPRUCE TRL APT 6 (registered address),  WILLOUGHBY, , OH, 440946702
**USA**

175. Worldbase, February 7, 2007, GEM I AM CHILDREN'S APPAREL, 1151 E LEBANON RD (registered address), DOVER, , DE, 199015829
**USA**

176. Dun's Market Identifiers, February 7, 2007, I AM Stl, LLC, 7700 Delmar Blvd,  Saint Louis, , MO, 63130-3915
**United States**
... MO 63130-3915, **United States**

177. Worldbase, February 7, 2007, I AM STL, LLC, 7700 DELMAR BLVD (registered address),  SAINT LOUIS, , MO, 631303915
**USA**

178. Dun's Market Identifiers, February 5, 2007, I AM Your Party Time, 2749 S Church St,  Burlington, , NC, 27215-5103
**United States**
... NC 27215-5103, **United States**

179. Dun's Market Identifiers, February 5, 2007, I AM Angels Haven, Inc, 1964 1st Ave APT 6p,  New York, , NY, 10029-6422
**United States**
... NY 10029-6422, **United States**

180. Worldbase, February 5, 2007, I AM YOUR PARTY TIME, 2749 S CHURCH ST (registered address), BURLINGTON, , NC, 272155103
**USA**



181.  Worldbase, February 5, 2007, I AM ANGELS HAVEN, INC, 1964 1ST AVE APT 6P (registered address),  NEW YORK, , NY, 100296422
**USA**


182.  Dun's Market Identifiers, January 31, 2007, Saint Germain Foundation Corp, 8025 Mountain Road Pl Ne, Albuquerque, , NM, 87110-7808
**United States**
... NM 87110-7808, **United States**
CROSS REFERENCE: **I AM** Temple of Albuquerque


183.  Worldbase, January 31, 2007, SAINT GERMAIN FOUNDATION CORP, 8025 MOUNTAIN ROAD PL NE (registered address),  ALBUQUERQUE, , NM, 871107808
**USA**
CROSS REFERENCE:  **I AM** TEMPLE OF ALBUQUERQUE


184.  Dun's Market Identifiers, January 30, 2007, I Am Jam Gifts & Good Thi, 4743 Hull Rd SE,  Conyers, , GA, 30094-4321
**United States**
... GA 30094-4321, **United States**


185.  Worldbase, January 30, 2007, I AM GROUP INC, 1801 SW 11TH ST (registered address),  MIAMI, , FL, 331355109
**USA**


186.  Worldbase, January 30, 2007, I AM JAM GIFTS & GOOD THI, 4743 HULL RD SE (registered address), CONYERS, , GA, 300944321
**USA**


187.  Dun's Market Identifiers, January 29, 2007, I Am Sanctuary, P O Box 10043,  Oakland, , CA, 94610
**United States**
... CA 94610-2740, **United States**
CROSS REFERENCE: **I AM** Activity


188.  Dun's Market Identifiers, January 29, 2007, I Am Sanctuary, 709 Penn Ave,  Pittsburgh, , PA, 15222-3424
**United States**
... PA 15222-3424, **United States**


189.  Dun's Market Identifiers, January 29, 2007, I AM Temple of San Marcos, 260 S Las Posas Rd,  San Marcos, , CA, 92078-2421
**United States**
... CA 92078-2421, **United States**

  

190.  Worldbase, January 29, 2007, I AM SANCTUARY, P O BOX 10043 (registered address),  OAKLAND, , CA, 946100043
**USA**
... OAKLAND, CALIFORNIA 946102740, **USA**
CROSS REFERENCE: **I AM** ACTIVITY


191.  Worldbase, January 29, 2007, I AM SANCTUARY, 709 PENN AVE (registered address),  PITTSBURGH, , PA, 152223424
**USA**


192.  Worldbase, January 29, 2007, I AM TEMPLE OF SAN MARCOS, 260 S LAS POSAS RD (registered address), SAN MARCOS, , CA, 920782421
**USA**


193.  Worldbase, January 25, 2007, TAN I AM & MORE, 535 E RIVERVIEW AVE (registered address), NAPOLEON, , OH, 435451865
**USA**


194.  Dun's Market Identifiers, January 24, 2007, I AM, 6001 Fandango Pl,  El Paso, , TX, 79912-5217
**United States**
... TX 79912-5217, **United States**


195.  Worldbase, January 24, 2007, I AM, 6001 FANDANGO PL (registered address),  EL PASO, , TX, 799125217
**USA**


196.  Dun's Market Identifiers, January 22, 2007, I AM Blessed Assurance Baptist, 2009 Virginia Rd,  Los Angeles, , CA, 90016-1731
**United States**
... CA 90016-1731, **United States**


197.  Worldbase, January 22, 2007, I AM SCHOOL, INC, 5470 S LOWELL BLVD (registered address), LITTLETON, , CO, 801232934
**USA**


198.  Worldbase, January 22, 2007, I AM BLESSED ASSURANCE BAPTIST, 2009 VIRGINIA RD (registered address),  LOS ANGELES, , CA, 900161731
**USA**


199.  Dun's Market Identifiers, January 18, 2007, I AM Bookkeeping Inc, P O Box 832,  Goodland, , FL, 34140
**United States**
... Goodland, FL 34140, **United States**

  

200. Dun's Market Identifiers, January 18, 2007, I AM Girl Productionz Inc, 20705 Ne 32nd Pl,  Miami, , FL,
33180-3652
**United States**
... FL 33180-3652, **United States**


201. Worldbase, January 18, 2007, I AM EMTY KEWI INC, 1002 NE 3RD ST (registered address),  CAPE CORAL, ,
FL, 339092166
**USA**


202. Worldbase, January 18, 2007, I AM GIRL PRODUCTIONZ INC, 20705 NE 32ND PL (registered address),
MIAMI, , FL, 331803652
**USA**


203. Worldbase, January 18, 2007, I AM BOOKKEEPING INC, P O BOX 832,  GOODLAND, , FL, 341400832
**USA**
... GOODLAND, FLORIDA 34140, **USA**


204. Worldbase, January 18, 2007, I AM NEW LIFE MINISTRIES, 38400 SAN IGNACIO RD (registered address),
HEMET, , CA, 925449488
**USA**


205. Dun's Market Identifiers, January 18, 2007, W A B I-AM 910, 12 Acme Rd,  Brewer, , ME, 04412-1546
**United States**
... Brewer, ME 04412-1546, **United States**


206. Worldbase, January 18, 2007, W A B I-AM 910, 12 ACME RD (registered address),  BREWER, , ME,
044121546
**USA**


207. Worldbase, January 18, 2007, YES I AM PRODUCTS LLC, 11391 APACHE PL (registered address),  LARGO, ,
FL, 337743850
**USA**


208. Dun's Market Identifiers, January 17, 2007, Great I Am Temple, 300 N Main St,  Monticello, , AR, 71655-4359
**United States**
... AR 71655-4359, **United States**


209. Worldbase, January 17, 2007, GREAT I AM TEMPLE, 300 N MAIN ST (registered address),  MONTICELLO, ,
AR, 716554359
**USA**

  

210. Worldbase, January 17, 2007, I AM EOHIPPUS HORSE, 2960 BOSTON POST RD (registered address), GUILFORD, , CT, 064371332
**USA**

211. Worldbase, January 17, 2007, I AM NOT A GEEK, 4716 N M 140 (registered address), WATERVLIET, , MI, 490989309
**USA**

212. Dun's Market Identifiers, January 16, 2007, I AM Sanctuary of Maui, 2474 Waipua St, Paia, , HI, 96779-9748
**United States**
... HI 96779-9748, **United States**

213. Worldbase, January 16, 2007, I AM SANCTUARY OF MAUI, 2474 WAIPUA ST (registered address), PAIA, , HI, 967799748
**USA**

214. Dun's Market Identifiers, January 16, 2007, Take ME As I AM Redevelopment Center Inc, P O Box 548, Moultrie, , GA, 31776
**United States**
... GA 31768-2304, **United States**

215. Worldbase, January 16, 2007, TAKE ME AS I AM REDEVELOPMENT CENTER INC, P O BOX 548 (registered address), MOULTRIE, , GA, 317760548
**USA**
... MOULTRIE, GEORGIA 317682304, **USA**

216. Worldbase, January 11, 2007, I AM INC, 7753 HOLLYWOOD DR (registered address), FLORENCE, , KY, 410422303
**USA**

217. Worldbase, January 11, 2007, I AM A MIRACLE FOUNDATION, 332 TRAILVIEW RD (registered address), ENCINITAS, , CA, 920243125
**USA**

218. Worldbase, January 11, 2007, I AM HIP HOP INC, 6136 W PICO BLVD (registered address), LOS ANGELES, , CA, 900352517
**USA**

219. Dun's Market Identifiers, January 10, 2007, Wilk News Talk Network, P O Box 729, Pittston, , PA, 18640
**United States**
... PA 18640-3907, **United States**
... W G B I - AM

  

220. Worldbase, January 10, 2007, WILK NEWS TALK NETWORK, P O BOX 729 (registered address), PITTSTON, , PA, 186400729
**USA**
... PITTSTON, PENNSYLVANIA 186403907, **USA**
... W G B **I - AM**


221. Dun's Market Identifiers, January 9, 2007, I Am Latin American, 2022 NW 21st Ave,  Miami, , FL, 33142-7320
**United States**
... FL 33142-7320, **United States**


222. Worldbase, January 9, 2007, I AM LATIN AMERICAN, 2022 NW 21ST AVE (registered address),  MIAMI, , FL, 331427320
**USA**


223. Dun's Market Identifiers, January 9, 2007, Will I AM Productions LLC, 422 Lafayette St,  Houma, , LA, 70360-4370
**United States**
... LA 70360-4370, **United States**


224. Worldbase, January 9, 2007, WILL I AM PRODUCTIONS LLC, 422 LAFAYETTE ST (registered address), HOUMA, , LA, 703604370
**USA**


225. Dun's Market Identifiers, January 8, 2007, Word Broadcasting Co Inc, 114 NW Martin L King Blvd,  Evansville, , IN, 47708-1950
**United States**
... IN 47708-1950, **United States**
... W V H **I-AM**


226. Worldbase, January 8, 2007, WORD BROADCASTING CO INC, 114 NW MARTIN L KING BLVD (registered address),  EVANSVILLE, , IN, 477081950
**USA**
... W V H **I-AM**


227. Dun's Market Identifiers, January 4, 2007, Harold L King, 2575 Westbury CT,  Suwanee, , GA, 30024-3177
**United States**
... GA 30024-3177, **United States**
CROSS REFERENCE: **I AM** Transport Company


228. Worldbase, January 4, 2007, HAROLD L KING, 2575 WESTBURY CT (registered address),  SUWANEE, , GA, 300243177
**USA**

  

CROSS REFERENCE: **I AM** TRANSPORT COMPANY

229. Dun's Market Identifiers, December 29, 2006, I AM Both Parents Organization, 3394 Curtis Dr,  Temple Hills, ,
MD, 20748
**United States**
... Hills, MD 20748, **United States**

230.  Worldbase, December 29, 2006, I AM BOTH PARENTS ORGANIZATION, 3394 CURTIS DR (registered
address),  TEMPLE HILLS, , MD, 20748
**USA**

231.  Worldbase, December 28, 2006, I AM THAT I AM HEALTHCARE, 9191 W FLORISSANT AVE (registered
address),  SAINT LOUIS, , MO, 631361424
**USA**

232.  Dun's Market Identifiers, December 27, 2006, Sam I AM Automotive Specialist, 215 S Sheridan Ave,  Valley
Center, , KS, 67147-4703
**United States**
... KS 67147-4703, **United States**

233.  Worldbase, December 27, 2006, SAM I AM AUTOMOTIVE SPECIALIST, 215 S SHERIDAN AVE (registered
address),  VALLEY CENTER, , KS, 671474703
**USA**

234.  Worldbase, December 22, 2006, I AM YOUR D.J. , LLC, 108 BOTSFORD RD (registered address),
SEYMOUR, , CT, 064832304
**USA**

235.  Dun's Market Identifiers, December 21, 2006, I Am Beauty Gallery, 200 Main St Ste 2,  Fort Lee, , NJ,
07024-5719
**United States**
... NJ 07024-5719, **United States**

236.  Dun's Market Identifiers, December 21, 2006, I AM Beyond LLC, 185 S Rodeo Dr,  Beverly Hills, , CA,
90212-2424
**United States**
... CA 90212-2424, **United States**

237.  Worldbase, December 21, 2006, I AM BEAUTY GALLERY, 200 MAIN ST STE 2 (registered address),  FORT
LEE, , NJ, 070245719
**USA**

  

238. Worldbase, December 21, 2006, I AM BEYOND LLC, 185 S RODEO DR (registered address), BEVERLY HILLS, , CA, 902122424
USA


239. Dun's Market Identifiers, December 19, 2006, I AM All About Fitness, 21362 103rd Pl SE, Kent, , WA, 98031-2056
**United States**
... WA 98031-2056, **United States**


240. Worldbase, December 19, 2006, I AM ALL ABOUT FITNESS, 21362 103RD PL SE (registered address), KENT, , WA, 980312056
USA


241. Dun's Market Identifiers, December 16, 2006, I AM Vending, 2151 N Vancouver Ave, Tulsa, , OK, 74127-2218
**United States**
... OK 74127-2218, **United States**


242. Worldbase, December 16, 2006, I AM VENDING, 2151 N VANCOUVER AVE (registered address), TULSA, , OK, 741272218
USA


243. Dun's Market Identifiers, December 14, 2006, I AM Healing Arts Center, 1918 Robinhood St, Sarasota, , FL, 34231-3620
**United States**
... FL 34231-3620, **United States**


244. Worldbase, December 14, 2006, I AM ENTERPRISES, P O BOX 2324 (registered address), BERKELEY, , CA, 947020324
USA
... BERKELEY, CALIFORNIA 947031920, **USA**


245. Worldbase, December 14, 2006, I AM HEALING ARTS CENTER, 1918 ROBINHOOD ST (registered address), SARASOTA, , FL, 342313620
USA


246. Dun's Market Identifiers, December 14, 2006, I Am Enterprises, P O Box 2324, Berkeley, , CA, 94702
**United States**
... CA 94703-1920, **United States**


247. Dun's Market Identifiers, December 13, 2006, I AM El Shaddai Institute, 113 Redwood Dr, Douglassville, , PA, 19518-1116
**United States**

  

... PA 19518-1116, **United States**

248.  Dun's Market Identifiers, December 13, 2006, I AM Alexa, 243 W 31st St,  Chicago, , IL,  60616-3625
**United States**
... IL 60616-3625, **United States**

249.  Worldbase, December 13, 2006, I AM EL SHADDAI INSTITUTE, 113 REDWOOD DR (registered address),
DOUGLASSVILLE, , PA, 195181116
**USA**

250.  Worldbase, December 13, 2006, I AM ALEXA, 243 W 31ST ST (registered address),  CHICAGO, , IL,
606163625
**USA**

251.  Dun's Market Identifiers, December 8, 2006, I AM Able Center For Family Development, 3410 W Roosevelt Rd,
Chicago, , IL, 60624-4343
**United States**
... IL 60624-4343, **United States**

252.  Dun's Market Identifiers, December 8, 2006, I AM Communications Inc, P O Box 851254,  Richardson, , TX,
75085
**United States**
... TX 75081-3808, **United States**

253.  Worldbase, December 8, 2006, I AM ABLE CENTER FOR FAMILY DEVELOPMENT, 3410 W ROOSEVELT
RD (registered address),  CHICAGO, , IL, 606244343
**USA**

254.  Worldbase, December 8, 2006, I AM COMMUNICATIONS INC, P O BOX 851254 (registered address),
RICHARDSON, , TX, 750851254
**USA**
... RICHARDSON, TEXAS 750813808, **USA**

255.  Dun's Market Identifiers, December 1, 2006, I Am Music, 25897 Western Ave,  Lomita, , CA, 90717-3359
**United States**
... CA 90717-3359, **United States**

256.  Dun's Market Identifiers, December 1, 2006, I AM Real Estate Investment, 217 Echodale Dr,  Charlotte, , NC,
28217-3410
**United States**
... NC 28217-3410, **United States**



257. Worldbase, December 1, 2006, I AM MUSIC, 25897 WESTERN AVE (registered address), LOMITA, , CA, 907173359
USA

258. Worldbase, December 1, 2006, I AM SHE, LLC, 16901 E WARREN PL UNIT B (registered address), AURORA, , CO, 800134104
USA

259. Worldbase, December 1, 2006, I AM REAL ESTATE INVESTMENT, 217 ECHODALE DR (registered address), CHARLOTTE, , NC, 282173410
USA

260. Dun's Market Identifiers, November 30, 2006, I AM Creations, 2999 N Texas St Ste 318, Fairfield, , CA, 94533-1287
**United States**
... CA 94533-1287, **United States**

261. Worldbase, November 30, 2006, I AM YOUR NEIGHBOR, 2717 YATES AVE (registered address), BRONX, , NY, 104695330
USA

262. Worldbase, November 30, 2006, I AM CREATIONS, 2999 N TEXAS ST STE 318 (registered address), FAIRFIELD, , CA, 945331287
USA

263. Worldbase, November 27, 2006, I AM CONCEPTS, 1906 HOLLYOAK DR (registered address), HOUSTON, , TX, 770844524
USA

264. Dun's Market Identifiers, November 21, 2006, I Am That I Am, 2300 24th Rd S APT 1022, Arlington, , VA, 22206-2629
**United States**
... VA 22206-2629, **United States**

265. Dun's Market Identifiers, November 21, 2006, I AM Worship Center, 1136 E 36th St N, Tulsa, , OK, 74106-2002
**United States**
... OK 74106-2002, **United States**

266. Worldbase, November 21, 2006, I AM THAT I AM, 2300 24TH RD S APT 1022 (registered address), ARLINGTON, , VA, 222062629
USA



267. Worldbase, November 21, 2006, I AM WORSHIP CENTER, 1136 E 36TH ST N (registered address),  TULSA, ,
OK, 741062002
**USA**


268. Dun's Market Identifiers, November 21, 2006, Saint Germain Foundation, 220 Mississippi River Blv,  Saint Paul, ,
MN, 55104-5614
**United States**
... MN 55104-5614, **United States**
CROSS REFERENCE: **I AM** Temple of The Twin Cities


269. Worldbase, November 21, 2006, SAINT GERMAIN FOUNDATION, 220 MISSISSIPPI RIVER BLV,  SAINT
PAUL, , MN, 551045614
**USA**
CROSS REFERENCE:  **I AM** TEMPLE OF THE TWIN CITIES


270. Dun's Market Identifiers, November 16, 2006, I AM Paradise Inc, 66-250 Kamehameha Hwy,  Haleiwa, , HI,
96712-1489
**United States**
... HI 96712-1489, **United States**


271. Worldbase, November 16, 2006, I AM PARADISE INC, 66-250 KAMEHAMEHA HWY (registered address),
HALEIWA, , HI, 967121489
**USA**


272. Dun's Market Identifiers, November 14, 2006, I Am That I Am, 6750 Mount Zion Rd,  New Waverly, , TX,
77358-2442
**United States**
... TX 77358-2442, **United States**


273. Worldbase, November 14, 2006, I AM THAT I AM, 6750 MOUNT ZION RD (registered address),  NEW
WAVERLY, , TX, 773582442
**USA**


274. Dun's Market Identifiers, November 11, 2006, Hair I AM, 10550 Associates CT,  Manassas, , VA, 20109-3457
**United States**
... VA 20109-3457, **United States**


275. Worldbase, November 11, 2006, HAIR I AM, 10550 ASSOCIATES CT (registered address),  MANASSAS, ,
VA, 201093457
**USA**


276. Dun's Market Identifiers, November 11, 2006, I Am Somebody Program, 1510 Corder Dr,  Nashville, , TN,

  

37206-1204
**United States**
... TN 37206-1204, **United States**


277.  Worldbase, November 11, 2006, I AM SOMEBODY PROGRAM, 1510 CORDER DR (registered address), NASHVILLE, , TN, 372061204
**USA**


278.  Dun's Market Identifiers, November 7, 2006, I AM Books Ltd, 53 Hillwood Dr,  Huntington Station, , NY, 11746-1310
**United States**
... NY 11746-1310, **United States**


279.  Dun's Market Identifiers, November 7, 2006, I AM Sending You.com, 1924 Las Cruces Ln,  Dallas, , TX, 75217-1431
**United States**
... TX 75217-1431, **United States**


280.  Worldbase, November 7, 2006, I AM BOOKS LTD, 53 HILLWOOD DR (registered address),  HUNTINGTON STATION, , NY, 117461310
**USA**


281.  Worldbase, November 7, 2006, I AM SENDING YOU.COM, 1924 LAS CRUCES LN (registered address), DALLAS, , TX, 752171431
**USA**


282.  Worldbase, November 6, 2006, DIAL I AM HURT, 316 E MAIN ST (registered address),  ANOKA, , MN, 553032696
**USA**


283.  Worldbase, November 2, 2006, I AM IN THE MARKET PLACE INC, 2901 NORTHWESTERN PIKE (registered address),  WINCHESTER, , VA, 226033824
**USA**


284.  Dun's Market Identifiers, October 31, 2006, Hair I AM, 210 Laurel St,  Pocomoke City, , MD, 21851-1454
**United States**
... MD 21851-1454, **United States**


285.  Worldbase, October 31, 2006, HAIR I AM, 210 LAUREL ST (registered address),  POCOMOKE CITY, , MD, 218511454
**USA**

  

286.  Worldbase, October 31, 2006, JUST AS I AM MINISTRIES INC, 1415 CHAPEL HILL DR (registered address),
WACO, , TX, 767128714
**USA**


287.  Worldbase, October 30, 2006, I AM PROSPERING INC, 378 MUSKOGEE XING (registered address),
DALLAS, , GA, 301320814
**USA**


288.  Dun's Market Identifiers, October 26, 2006, Hair I AM, 916 Harden St,  Columbia, , SC, 29205-1082
**United States**
... SC 29205-1082, **United States**


289.  Worldbase, October 26, 2006, HAIR I AM, 916 HARDEN ST (registered address),  COLUMBIA, , SC,
292051082
**USA**


290.  Dun's Market Identifiers, October 26, 2006, I AM Insruance Agency, 2101 Remington Ave,  Edinburg, , TX,
78539-3939
**United States**
... TX 78539-3939, **United States**


291.  Worldbase, October 26, 2006, I AM INSRUANCE AGENCY, 2101 REMINGTON AVE (registered address),
EDINBURG, , TX, 785393939
**USA**


292.  Dun's Market Identifiers, October 24, 2006, Hair I AM, 7012 Pumpkin Ln,  Fort Wayne, , IN, 46835-9551
**United States**
... IN 46835-9551, **United States**


293.  Worldbase, October 24, 2006, HAIR I AM, 7012 PUMPKIN LN (registered address),  FORT WAYNE, , IN,
468359551
**USA**


294.  Dun's Market Identifiers, October 23, 2006, I AM Temple, 7608 Aurora Ave N,  Seattle, , WA, 98103-4750
**United States**
... WA 98103-4750, **United States**


295.  Worldbase, October 23, 2006, I AM TEMPLE, 7608 AURORA AVE N (registered address),  SEATTLE, , WA,
981034750
**USA**

  

296. Worldbase, October 20, 2006, HAIR I AM ARTISTIC STYLING TEAM, 1427 E 10TH ST (registered address), CHARLOTTE, , NC, 282042052
USA

297. Dun's Market Identifiers, October 20, 2006, Hair I AM Artistic Styling Team, 1427 E 10th St,  Charlotte, , NC, 28204-2052
United States
... NC 28204-2052, United States

298. Dun's Market Identifiers, October 20, 2006, I AM The Way Church of The Lord Jesus, 542 Saratoga Ave, Brooklyn, , NY, 11212-4519
United States
... NY 11212-4519, United States

299. Worldbase, October 20, 2006, I AM THE WAY CHURCH OF THE LORD JESUS, 542 SARATOGA AVE (registered address),  BROOKLYN, , NY, 112124519
USA

300. Dun's Market Identifiers, October 20, 2006, Temple of I Am, 4380 Conner St,  Detroit, , MI, 48215-2254
United States
... MI 48215-2254, United States

301. Worldbase, October 20, 2006, TEMPLE OF I AM, 4380 CONNER ST (registered address),  DETROIT, , MI, 482152254
USA

302. Dun's Market Identifiers, October 19, 2006, I Am USA, P O Box 2945,  Champaign, , IL, 61825
United States
... IL 61821-6060, United States

303. Worldbase, October 19, 2006, I AM USA, P O BOX 2945 (registered address),  CHAMPAIGN, , IL, 618252945
USA
... CHAMPAIGN, ILLINOIS 618216060, USA

304. Worldbase, October 19, 2006, SAM I AM FARM, 31668 N RIVER RD (registered address),  LIBERTYVILLE, , IL, 600484622
USA

305. Dun's Market Identifiers, October 18, 2006, The I AM Salvage Corp, 737 W Cleveland Ave,  Milwaukee, , WI, 53215-3415
United States
... WI 53215-3415, United States

  

306. Worldbase, October 18, 2006, THE I AM SALVAGE CORP, 737 W CLEVELAND AVE (registered address), MILWAUKEE, , WI, 532153415
USA

307. Worldbase, October 17, 2006, GREAT I AM PRODUCTION STUDIO, 25 ROSE LN (registered address), NEW CASTLE, , DE, 197202140
USA

308. Dun's Market Identifiers, October 17, 2006, I Am Temple, 1137 McCloud Ave, Mount Shasta, , CA, 96067-9217
United States
... CA 96067-9217, United States

309. Dun's Market Identifiers, October 17, 2006, I AM Ministries Aka Glory of G, 2160 Forest Ave, Staten Island, , NY, 10303-1703
United States
... NY 10303-1703, United States

310. Worldbase, October 17, 2006, I AM MINISTRIES AKA GLORY OF G, 2160 FOREST AVE (registered address), STATEN ISLAND, , NY, 103031703
USA

311. Worldbase, October 17, 2006, I AM TEMPLE, 1137 MCCLOUD AVE (registered address), MOUNT SHASTA, , CA, 960679217
USA

312. Worldbase, October 17, 2006, I AM MOVEMENT, 3024 MEMORIAL DR SE (registered address), ATLANTA, , GA, 303173504
USA

313. Dun's Market Identifiers, October 16, 2006, I.aM. Maliamills, LLC, 263 W 38th St FL 16, New York, , NY, 10018-4483
United States
... NY 10018-4483, United States

314. Dun's Market Identifiers, October 16, 2006, I AM Nutrition Wellness & Heal, 8639 Greenbelt Rd, Greenbelt, , MD, 20770-2412
United States
... MD 20770-2412, United States

315. Dun's Market Identifiers, October 16, 2006, I AM Temple, 3208 S Kinnickinnic Ave, Milwaukee, , WI, 53207-3120
United States

  

... WI 53207-3120, **United States**

316. Worldbase, October 16, 2006, I.AM. MALIAMILLS, LLC, 263 W 38TH ST FL 16 (registered address),  NEW YORK, , NY, 100184483
**USA**

317. Worldbase, October 16, 2006, I AM NUTRITION WELLNESS & HEAL, 8639 GREENBELT RD (registered address),  GREENBELT, , MD, 207702412
**USA**

318. Worldbase, October 16, 2006, I AM TEMPLE, 3208 S KINNICKINNIC AVE (registered address), MILWAUKEE, , WI, 532073120
**USA**

319. Worldbase, October 16, 2006, JUST AS I AM MINISTRY, 18905 W 7 MILE RD (registered address), DETROIT, , MI, 482192764
**USA**

320. Dun's Market Identifiers, October 16, 2006, Yo Soy I Am, LLC, 10440 Nightengale Dr,  Riverview, , FL, 33569-4125
**United States**
... FL 33569-4125, **United States**

321. Worldbase, October 16, 2006, YO SOY I AM, LLC, 10440 NIGHTENGALE DR (registered address), RIVERVIEW, , FL, 335694125
**USA**

322. Dun's Market Identifiers, October 14, 2006, Hair I AM, 1518 W 2nd St,  Hastings, , NE, 68901-4834
**United States**
... NE 68901-4834, **United States**

323. Worldbase, October 14, 2006, HAIR I AM, 1518 W 2ND ST (registered address),  HASTINGS, , NE, 689014834
**USA**

324. Dun's Market Identifiers, October 13, 2006, I Am America Publishing, 328 N Beaumont Ave,  Baltimore, , MD, 21228-4343
**United States**
... MD 21228-4343, **United States**

325. Worldbase, October 13, 2006, I AM AMERICA PUBLISHING, 328 N BEAUMONT AVE (registered address), BALTIMORE, , MD, 212284343

  

USA

326. Dun's Market Identifiers, October 13, 2006, Just As I Am Incentives, 706 S Barton St, Arlington, , VA, 22204-2141
**United States**
... VA 22204-2141, **United States**


327. Worldbase, October 13, 2006, JUST AS I AM INCENTIVES, 706 S BARTON ST (registered address), ARLINGTON, , VA, 222042141
USA


328. Dun's Market Identifiers, October 5, 2006, Saint Germain Foundation, 23 Fairview Pl, Brooklyn, , NY, 11226-4215
**United States**
... NY 11226-4215, **United States**
... Saint Germain Foundation **I AM**


329. Worldbase, October 5, 2006, SAINT GERMAIN FOUNDATION, 23 FAIRVIEW PL (registered address), BROOKLYN, , NY, 112264215
USA
... SAINT GERMAIN FOUNDATION **I AM**


330. Dun's Market Identifiers, October 4, 2006, I AM Inc, 603 Bay St, Traverse City, , MI, 49684-2012
**United States**
... MI 49684-2012, **United States**


331. Worldbase, October 4, 2006, I AM INC, 603 BAY ST (registered address), TRAVERSE CITY, , MI, 496842012
USA


332. Dun's Market Identifiers, September 29, 2006, Hair I Am Hair Family Salon, 91 N Main St Ste 300, Carbondale, , PA, 18407-1913
**United States**
... PA 18407-1913, **United States**
CROSS REFERENCE: Hair **I AM** Family Salon


333. Worldbase, September 29, 2006, HAIR I AM HAIR FAMILY SALON, 91 N MAIN ST STE 300 (registered address), CARBONDALE, , PA, 184071913
USA
CROSS REFERENCE: HAIR **I AM** FAMILY SALON


334. Dun's Market Identifiers, September 28, 2006, I AM That I AM Productions, 2208 Piper Pl, Burlington, , IA, 52601-3318

  

United States
... IA 52601-3318, **United States**


335. Worldbase, September 28, 2006, I AM THAT I AM PRODUCTIONS, 2208 PIPER PL (registered address), BURLINGTON, , IA, 526013318
**USA**


336. Worldbase, September 28, 2006, MUSIC I AM RECORDS INC, 69 MONTGOMERY ST (registered address), PAWTUCKET, , RI, 028602046
**USA**


337. Dun's Market Identifiers, September 27, 2006, I AM Solutions LLC, 11350 Random Hills Rd, Fairfax, , VA, 22030-6044
**United States**
... VA 22030-6044, **United States**


338. Worldbase, September 27, 2006, I AM SOLUTIONS LLC, 11350 RANDOM HILLS RD (registered address), FAIRFAX, , VA, 220306044
**USA**


339. Worldbase, September 27, 2006, THE I AM FOUNDATION, 7825 FAY AVE STE 200 (registered address), LA JOLLA, , CA, 920374270
**USA**


340. Worldbase, September 27, 2006, I AM GAME INC, 206 CHERWELL DR (registered address), CARY, , NC, 275135589
**USA**


341. Dun's Market Identifiers, September 26, 2006, I AM Clutter Bug, 611 Seminole Trl, Lake In The Hills, , IL, 60156-1528
**United States**
... IL 60156-1528, **United States**


342. Worldbase, September 26, 2006, I AM CLUTTER BUG, 611 SEMINOLE TRL (registered address), LAKE IN THE HILLS, , IL, 601561528
**USA**


343. Dun's Market Identifiers, September 21, 2006, I Am Sanctuary, 2691 Almaden Rd, San Jose, , CA, 95125-4266
**United States**
... CA 95125-4266, **United States**

  

344. Worldbase, September 21, 2006, I AM SANCTUARY, 2691 ALMADEN RD (registered address),  SAN JOSE, ,
CA, 951254266
**USA**


345. Dun's Market Identifiers, September 21, 2006, Just As I AM Christian Ministr, 1700 15th St,  Oceano, , CA,
93445-8403
**United States**
... CA 93445-8403, **United States**


346. Worldbase, September 21, 2006, JUST AS I AM CHRISTIAN MINISTR, 1700 15TH ST (registered address),
OCEANO, , CA, 934458403
**USA**


347. Dun's Market Identifiers, September 20, 2006, I Am America Publishing, P O Box 2511,  Payson, , AZ, 85547
**United States**
... AZ 85541-5300, **United States**


348. Worldbase, September 20, 2006, I AM AMERICA PUBLISHING, P O BOX 2511 (registered address),
PAYSON, , AZ, 855472511
**USA**
... PAYSON, ARIZONA 855415300, **USA**


349. Worldbase, September 20, 2006, SAM I AM BAGELS, 430 SPRINGFIELD AVE STE C (registered address),
BERKELEY HEIGHTS, , NJ, 079221167
**USA**
CROSS REFERENCE:  SAM **I AM** BAGELS


350. Dun's Market Identifiers, September 19, 2006, Children of The I AM Church, 1322 Copley Rd,  Akron, , OH,
44320-2651
**United States**
... OH 44320-2651, **United States**


351. Worldbase, September 19, 2006, CHILDREN OF THE I AM CHURCH, 1322 COPLEY RD (registered address),
AKRON, , OH, 443202651
**USA**


352. Dun's Market Identifiers, September 19, 2006, Jsut As I AM Ministry, 6815 Forest Park Dr,  Savannah, , GA,
31406-1510
**United States**
... GA 31406-1510, **United States**


353. Worldbase, September 19, 2006, JSUT AS I AM MINISTRY, 6815 FOREST PARK DR (registered address),

  

SAVANNAH, , GA, 314061510
USA

354. Worldbase, September 18, 2006, ALL THAT I AM INC, 3758 N 61ST ST (registered address),  MILWAUKEE, ,
WI, 532162150
USA

355. Dun's Market Identifiers, September 16, 2006, Beatrice Delasantos, P O Box 452,  Dripping Sprin, , TX, 78620
**United States**
... TX 78620-4272, **United States**
CROSS REFERENCE: All That **I AM** 'the Bea Line'

356. Worldbase, September 16, 2006, BEATRICE DELASANTOS, P O BOX 452 (registered address),  DRIPPING
SPRINGS, , TX, 786200452
**USA**
... SPRINGS, TEXAS 786204272, **USA**
CROSS REFERENCE:  ALL THAT **I AM** THE BEA LINE

357. Dun's Market Identifiers, September 16, 2006, I Am Hugh Productions, 542 Fairbanks Ave,  Oakland, , CA,
94610-1510
**United States**
... CA 94610-1510, **United States**

358. Worldbase, September 16, 2006, I AM HUGH PRODUCTIONS, 542 FAIRBANKS AVE (registered address),
OAKLAND, , CA, 946101510
USA

359. Worldbase, September 14, 2006, I AM SANCTUARY, 7726 S ASHLAND AVE,  CHICAGO, , IL, 606204249
USA

360. Dun's Market Identifiers, September 13, 2006, Hair I Am, 12 Ledgewood Way APT 25,  Peabody, , MA,
01960-7411
**United States**
... MA 01960-7411, **United States**

361. Worldbase, September 13, 2006, HAIR I AM, 12 LEDGEWOOD WAY APT 25 (registered address),
PEABODY, , MA, 019607411
USA

362. Dun's Market Identifiers, September 13, 2006, Ham I AM Enterprises Ltd, 17618 Davenport Rd Ste 1,  Dallas, ,
TX, 75252-5964
**United States**

  

... TX 75252-5964, **United States**

363. Worldbase, September 13, 2006, HAM I AM ENTERPRISES LTD, 17618 DAVENPORT RD STE 1 (registered address), DALLAS, , TX, 752525964
**USA**

364. Dun's Market Identifiers, September 13, 2006, I AM Able Center 4 Family, 3410 W Roosevelt Rd, Chicago, , IL, 60624-4343
**United States**
... IL 60624-4343, **United States**

365. Dun's Market Identifiers, September 11, 2006, I AM Salon & Day Spa Inc, 5511 Carolina Beach Rd, Wilmington, , NC, 28412-2786
**United States**
... NC 28412-2786, **United States**

366. Dun's Market Identifiers, September 9, 2006, I Am A Camera, 3414 Lowell St NW, Washington, , DC, 20016-5023
**United States**
... DC 20016-5023, **United States**

367. Worldbase, September 9, 2006, I AM PLUMBER INC, 9775 BOCA GARDENS CIR N (registered address), BOCA RATON, , FL, 334961776
**USA**

368. Worldbase, September 9, 2006, I AM ABLE CENTER 4 FAMILY, 3410 W ROOSEVELT RD (registered address), CHICAGO, , IL, 606244343
**USA**

369. Worldbase, September 9, 2006, I AM A CAMERA, 3414 LOWELL ST NW (registered address), WASHINGTON, , DC, 200165023
**USA**

370. Worldbase, September 8, 2006, HAIR I AM, P O BOX 188 (registered address), WESTBROOKVILLE, , NY, 127850188
**USA**
... NEW YORK 12785, **USA**

371. Dun's Market Identifiers, September 8, 2006, I AM Project Inc, 3224 N College Rd Ste C, Wilmington, , NC, 28405-8826
**United States**
... NC 28405-8826, **United States**

  

372. Worldbase, September 8, 2006, I AM PROJECT INC, 3224 N COLLEGE RD STE C (registered address), WILMINGTON, , NC, 284058826
**USA**

373. Worldbase, September 8, 2006, UNIVISION RADIO FLORIDA, LLC, 800 S DOUGLAS RD STE 111,  CORAL GABLES, , FL, 331343187
**USA**
... W A Q **I AM** RADIO MAMBI

374. Dun's Market Identifiers, September 6, 2006, I AM Christian Fellowship, 1712 Prairie Hwy,  Breaux Bridge, , LA, 70517-7438
**United States**
... LA 70517-7438, **United States**

375. Worldbase, September 6, 2006, I AM DO RITE INC, 1261 ROBBIN DR (registered address),  PORT ORANGE, , FL, 321297428
**USA**

376. Worldbase, September 6, 2006, I AM CHRISTIAN FELLOWSHIP, 1712 PRAIRIE HWY (registered address), BREAUX BRIDGE, , LA, 705177438
**USA**

377. Worldbase, September 6, 2006, I AM R U, 5071 SAINT CLAIR ST (registered address),  DETROIT, , MI, 482133346
**USA**

378. Dun's Market Identifiers, September 5, 2006, Hair I Am, 4609 N Shore Dr,  Menominee, , MI, 49858-1225
**United States**
... MI 49858-1225, **United States**

379. Worldbase, September 5, 2006, HAIR I AM, 4609 N SHORE DR (registered address),  MENOMINEE, , MI, 498581225
**USA**

380. Worldbase, September 2, 2006, I AM UNIVERSAL MARKETING CONSULTANTS, 1215 WHITE MILLS RD (registered address),  BALTIMORE, , MD, 212282658
**USA**
CROSS REFERENCE: **I AM** UNIVERSAL MARKETING CONS

381. Worldbase, September 2, 2006, I AM MY OWN TATTOO SHOP, 1190 N MAIN ST (registered address), SPRINGVILLE, , UT, 846634003
**USA**

  

382. Worldbase, August 29, 2006, JUST AS I AM INC, 2043 SKYLINE DR (registered address), GOODLETTSVILLE, , TN, 370729701
USA

383. Dun's Market Identifiers, August 28, 2006, I Am Church of, 616 Myrtle Ave,  Brooklyn, , NY, 11205-1438
**United States**
... NY 11205-1438, **United States**

384. Dun's Market Identifiers, August 26, 2006, Hair I AM By Terri, 6707 Upland Dr,  Arlington, , WA, 98223-6389
**United States**
... WA 98223-6389, **United States**

385. Worldbase, August 26, 2006, HAIR I AM BY TERRI, 6707 UPLAND DR (registered address),  ARLINGTON, , WA, 982236389
USA

386. Worldbase, August 26, 2006, I AM TEMPLE, 904 SCHAFFERNOTH PL (registered address),  SPRINGFIELD, , NJ, 070813502
USA

387. Worldbase, August 26, 2006, I AM SANCTUARY OF OCEANSIDE, 501 S NEVADA ST (registered address), OCEANSIDE, , CA, 920544040
USA

388. Worldbase, August 26, 2006, I AM CHURCH OF, 616 MYRTLE AVE (registered address),  BROOKLYN, , NY, 112051438
USA

389. Dun's Market Identifiers, August 25, 2006, Hair I Am Beauty Salon, 17 Paddock Pl,  Newburgh, , NY, 12550-2940
**United States**
... NY 12550-2940, **United States**

390. Worldbase, August 25, 2006, HAIR I AM BEAUTY SALON, 17 PADDOCK PL (registered address), NEWBURGH, , NY, 125502940
USA

391. Worldbase, August 15, 2006, I AM FOUNDATION, 1615 CHARLESTON WALK SE (registered address), ATLANTA, , GA, 303163020
USA

  

392. Dun's Market Identifiers, August 15, 2006, Saint Germain Foundation, 1347 Madison Ave, Indianapolis, , IN, 46225-1606
**United States**
... IN 46225-1606, **United States**
CROSS REFERENCE: **I AM** Reading Room


393. Worldbase, August 15, 2006, SAINT GERMAIN FOUNDATION, 1347 MADISON AVE, INDIANAPOLIS, , IN, 462251606
**USA**
CROSS REFERENCE: **I AM** READING ROOM


394. Dun's Market Identifiers, August 14, 2006, I AM Your Henderson Child, Inc, P O Box 1182, Henderson, , KY, 42419
**United States**
... KY 42420-2913, **United States**


395. Worldbase, August 14, 2006, I AM YOUR HENDERSON CHILD, INC, P O BOX 1182 (registered address), HENDERSON, , KY, 424191182
**USA**
... HENDERSON, KENTUCKY 424202913, **USA**


396. Dun's Market Identifiers, August 11, 2006, I Am Publications Inc, 2704 S Pope Lick Rd, Louisville, , KY, 40299-4710
**United States**
... KY 40299-4710, **United States**


397. Worldbase, August 11, 2006, I AM PUBLICATIONS INC, 2704 S POPE LICK RD (registered address), LOUISVILLE, , KY, 402994710
**USA**


398. Dun's Market Identifiers, August 10, 2006, Sam I AM, 4670 Midas Ave, Rocklin, , CA, 95677-1719
**United States**
... CA 95677-1719, **United States**


399. Worldbase, August 10, 2006, SAM I AM, 4670 MIDAS AVE (registered address), ROCKLIN, , CA, 956771719
**USA**


400. Dun's Market Identifiers, August 9, 2006, Stan I AM Mortgage, 5015 E 1st Sq SW, Vero Beach, , FL, 32968-2246
**United States**
... FL 32968-2246, **United States**

  

401. Worldbase, August 9, 2006, STAN I AM MORTGAGE, 5015 E 1ST SQ SW (registered address),  VERO BEACH, , FL, 329682246
**USA**


402. Worldbase, August 7, 2006, HANDY MAN I AM, 3077 GREENDALE ST (registered address),  LAS VEGAS, , NV, 891212714
**USA**


403. Worldbase, July 31, 2006, I AM A PROMISE, 139 STOREY BLVD (registered address),  CHEYENNE, , WY, 820093527
**USA**


404. Dun's Market Identifiers, July 28, 2006, I AM Woman, 23077 Greenfield Rd,  Southfield, , MI, 48075-3709
**United States**
... MI 48075-3709, **United States**


405. Worldbase, July 28, 2006, I AM WOMAN, 23077 GREENFIELD RD (registered address),  SOUTHFIELD, , MI, 480753709
**USA**


406. Dun's Market Identifiers, July 27, 2006, I AM Publications LLC, P O Box 1731,  Fayetteville, , GA, 30214
**United States**
... Fairburn, GA 30213, **United States**


407. Worldbase, July 27, 2006, I AM PUBLICATIONS LLC, P O BOX 1731,  FAYETTEVILLE, , GA, 302146504
**USA**
... FAIRBURN, GEORGIA 30213, **USA**


408. Dun's Market Identifiers, July 26, 2006, I AM Sanctuary & St Germain Foundatio, 1711 M St NW,  Washington, , DC, 20036-4501
**United States**
... DC 20036-4501, **United States**
CROSS REFERENCE: **I AM** Snctary St Grmain ...


409. Worldbase, July 26, 2006, I AM SANCTUARY & ST GERMAIN FOUNDATIO, 1711 M ST NW (registered address),  WASHINGTON, , DC, 200364501
**USA**
CROSS REFERENCE: **I AM** SNCTARY ST GRMAIN ...


410. Dun's Market Identifiers, July 22, 2006, I AM, P O Box 451,  Pawling, , NY, 12564
**United States**
... Pawling, NY 12564, **United States**





411. Dun's Market Identifiers, July 22, 2006, I Am Temple of Saint Germain Foundation, 763 Oak St, East Hartford, , CT, 06118-3047
**United States**
... CT 06118-3047, **United States**
CROSS REFERENCE: **I AM** Tmple St Grmain ...


412. Worldbase, July 22, 2006, I AM, P O BOX 451, PAWLING, , NY, 125640451
**USA**
... NEW YORK 12564, **USA**


413. Worldbase, July 22, 2006, I AM I CAN LEARNING CENTER INC, 3707 GRANT RD (registered address), MCHENRY, , IL, 600501051
**USA**


414. Worldbase, July 22, 2006, I AM THAT I AM TABERNACLE, DRAWER B135 (registered address), WEST POINT, , GA, 31833
**USA**
BUSINESS ADDRESS: 1510 **US** HIGHWAY 29, WEST POINT, GEORGIA 318331340, **USA**


415. Worldbase, July 22, 2006, I AM TEMPLE OF SAINT GERMAIN FOUNDATION, 763 OAK ST (registered address), EAST HARTFORD, , CT, 061183047
**USA**
CROSS REFERENCE: **I AM** TMPLE ST GRMAIN ...


416. Dun's Market Identifiers, July 21, 2006, I AM A Driver Inc, 3145 E Flamingo Rd, Las Vegas, , NV, 89121-4352
**United States**
... NV 89121-4352, **United States**


417. Worldbase, July 21, 2006, I AM A DRIVER INC, 3145 E FLAMINGO RD (registered address), LAS VEGAS, , NV, 891214352
**USA**


418. Worldbase, July 21, 2006, I AM ENTERPRISE, LLC, P O BOX 24313, BARREN SPRINGS, , VA, 24313
**USA**
... SPRINGS, VIRGINIA 24313, **USA**


419. Dun's Market Identifiers, July 21, 2006, I AM Enterprise, LLC, P O Box 24313, Barren Springs, , VA, 24313
**United States**
... Springs, VA 24313, **United States**


420. Dun's Market Identifiers, July 20, 2006, Hair I AM, 22722 75th Ave SE, Woodinville, , WA, 98072-9779
**United States**

  

... WA 98072-9779, **United States**

421. Worldbase, July 20, 2006, HAIR I AM, 22722 75TH AVE SE (registered address),  WOODINVILLE, , WA,
980729779
**USA**

422. Dun's Market Identifiers, July 20, 2006, I AM Rolling Enterprises Inc, 1235 N Liberty Lake Rd,  Liberty Lake, ,
WA, 99019-7581
**United States**
... WA 99019-7581, **United States**

423. Worldbase, July 20, 2006, I AM ROLLING ENTERPRISES INC, 1235 N LIBERTY LAKE RD (registered
address),  LIBERTY LAKE, , WA, 990197581
**USA**

424. Dun's Market Identifiers, July 19, 2006, I AM Special Hair Design, 1112 S 6th St,  Temple, , TX, 76504-5925
**United States**
... TX 76504-5925, **United States**

425. Worldbase, July 19, 2006, I AM SPECIAL HAIR DESIGN, 1112 S 6TH ST (registered address),  TEMPLE, ,
TX, 765045925
**USA**

426. Worldbase, July 18, 2006, HAIR I AM, 9001 ELIZABETH LAKE RD (registered address),  PALMDALE, , CA,
935517100
**USA**

427. Dun's Market Identifiers, July 13, 2006, Just As I Am Baptist Church, 330 N Sam Houston Pkwy E,  Houston, ,
TX, 77060-3300
**United States**
... TX 77060-3300, **United States**

428. Worldbase, July 13, 2006, JUST AS I AM BAPTIST CHURCH, 330 N SAM HOUSTON PKWY E (registered
address),  HOUSTON, , TX, 770603300
**USA**

429. Worldbase, July 12, 2006, HAIR I AM, 15856 K ST (registered address),  MOJAVE, , CA, 935011711
**USA**

430. Dun's Market Identifiers, July 7, 2006, Hair I Am, 50 Barker St,  Calais, , ME, 04619-1432
**United States**

  

... Calais, ME 04619-1432, **United States**

431.  Worldbase, July 7, 2006, HAIR I AM, 50 BARKER ST (registered address),  CALAIS, , ME, 046191432
**USA**

432.  Worldbase, July 7, 2006, I AM GOD'S CREATION FELLOWSHIP, 733 SE 15TH ST (registered address),
OKLAHOMA CITY, , OK, 731294304
**USA**

433.  Dun's Market Identifiers, July 5, 2006, Denise Bangs, P O Box 1080,  Yelm, , WA, 98597
**United States**
... WA 98597-9650, **United States**
CROSS REFERENCE: Hair **I AM**

434.  Worldbase, July 5, 2006, DENISE BANGS, P O BOX 1080 (registered address),  YELM, , WA, 985971080
**USA**
... YELM, WASHINGTON 985979650, **USA**
CROSS REFERENCE:  HAIR **I AM**

435.  Dun's Market Identifiers, July 5, 2006, Lady I AM, 1015 Broadway,  Woodmere, , NY, 11598-1248
**United States**
... NY 11598-1248, **United States**

436.  Worldbase, July 5, 2006, LADY I AM, 1015 BROADWAY (registered address),  WOODMERE, , NY,
115981248
**USA**

437.  Dun's Market Identifiers, July 3, 2006, I AM Not An Ambulance Driver I, 225 Pennsylvania Ave,  Woodland
Park, , CO, 80863-8823
**United States**
... CO 80863-8823, **United States**

438.  Worldbase, July 3, 2006, I AM NOT AN AMBULANCE DRIVER I, 225 PENNSYLVANIA AVE (registered
address),  WOODLAND PARK, , CO, 808638823
**USA**

439.  Worldbase, June 30, 2006, I AM HAWAII, LLC, 1000 BISHOP ST STE 810 (registered address),  HONOLULU,
, HI, 968134208
**USA**

440.  Dun's Market Identifiers, June 29, 2006, I Am That I Am Publishing, 16815 Vanowen St APT 207,  Van Nuys, ,

  

CA, 91406-4574
**United States**
... CA 91406-4574, **United States**


441.  Worldbase, June 29, 2006, I AM THAT I AM PUBLISHING, 16815 VANOWEN ST APT 207 (registered address),  VAN NUYS, , CA, 914064574
**USA**


442.  Dun's Market Identifiers, June 27, 2006, Hair I Am, 864 Farmington Ave,  Bristol, , CT, 06010-3923
**United States**
... CT 06010-3923, **United States**


443.  Dun's Market Identifiers, June 27, 2006, Hair I Am, P O Box 632,  Heppner, , OR, 97836
**United States**
... St, Heppner, OR 97836, **United States**


444.  Worldbase, June 27, 2006, HAIR I AM, 864 FARMINGTON AVE (registered address),  BRISTOL, , CT, 060103923
**USA**


445.  Worldbase, June 27, 2006, HAIR I AM, P O BOX 632 (registered address),  HEPPNER, , OR, 978360632
**USA**
... HEPPNER, OREGON 97836, **USA**


446.  Worldbase, June 27, 2006, I AM THE VINE YE ARE THE BRANCHES CHURCH, 4731 STAMP RD B (registered address),  TEMPLE HILLS, , MD, 207486722
**USA**


447.  Dun's Market Identifiers, June 26, 2006, I Am Catering, 2319 E 23rd St,  Brooklyn, , NY, 11229-4815
**United States**
... NY 11229-4815, **United States**


448.  Worldbase, June 26, 2006, I AM CATERING, 2319 E 23RD ST (registered address),  BROOKLYN, , NY, 112294815
**USA**


449.  Dun's Market Identifiers, June 26, 2006, Infinite Aegis Management, LLC, 1 W Fairmont Dr,  Tempe, , AZ, 85282-3632
**United States**
... AZ 85282-3632, **United States**
CROSS REFERENCE: **I AM** Wellness

  

450. Worldbase, June 26, 2006, INFINITE AEGIS MANAGEMENT, LLC, 1 W FAIRMONT DR (registered address), TEMPE, , AZ, 852823632
**USA**
CROSS REFERENCE: **I AM** WELLNESS


451. Worldbase, June 26, 2006, SAM I AM LAWN & LANDSCAPE OF C, 1635 S PRESCOTT AVE (registered address), CLEARWATER, , FL, 337561257
**USA**


452. Worldbase, June 24, 2006, A WOMAN, I AM LLC, 51 SOPHIA CT (registered address), MERIDEN, , CT, 064507026
**USA**


453. Dun's Market Identifiers, June 24, 2006, Injury Management Funding LLC, 3801 E Florida Ave, Denver, , CO, 80210-2571
**United States**
... CO 80210-2571, **United States**
CROSS REFERENCE: **I AM** Funding


454. Worldbase, June 24, 2006, INJURY MANAGEMENT FUNDING LLC, 3801 E FLORIDA AVE (registered address), DENVER, , CO, 802102571
**USA**
CROSS REFERENCE: **I AM** FUNDING


455. Dun's Market Identifiers, June 22, 2006, I AM Ministry, 2101 S Michigan Ave, Chicago, , IL, 60616-1734
**United States**
... IL 60616-1734, **United States**


456. Worldbase, June 22, 2006, I AM FLAME INC, 3222 N WEIL ST (registered address), MILWAUKEE, , WI, 532122242
**USA**


457. Worldbase, June 22, 2006, I AM SPARKLING LIGHT INC, 4831 FAUNTLEROY WAY SW (registered address), SEATTLE, , WA, 981164562
**USA**


458. Worldbase, June 22, 2006, I AM THAT I AM RECORDS INC, 9899 SANTA MONICA BLVD (registered address), BEVERLY HILLS, , CA, 902121604
**USA**


459. Worldbase, June 22, 2006, I AM MINISTRY, 2101 S MICHIGAN AVE (registered address), CHICAGO, , IL, 606161734

  

USA

460. Dun's Market Identifiers, June 21, 2006, I AM Special Daycare, 510 Boyds Dr SE,  Marietta, , GA, 30067-7608
**United States**
... GA 30067-7608, **United States**

461. Worldbase, June 21, 2006, I AM FREE, 10009 HOMESTEAD RD (registered address),  HOUSTON, , TX, 770163723
USA

462. Worldbase, June 21, 2006, I AM SPECIAL DAYCARE, 510 BOYDS DR SE (registered address),  MARIETTA, , GA, 300677608
USA

463. Worldbase, June 21, 2006, SAM I AM, LLC, 16547 INTERLACHEN BLVD (registered address),  LAKEVILLE, , MN, 550444601
USA

464. Worldbase, June 20, 2006, I AM IMAGE INC, 980 N MICHIGAN AVE (registered address),  CHICAGO, , IL, 606114501
USA

465. Dun's Market Identifiers, June 20, 2006, Stephanie's Hair I Am, 101 Willow Dr,  Marion, , AR, 72364-2067
**United States**
... AR 72364-2067, **United States**
... REFERENCE: Stephanies Hair **I AM** Barbering

466. Worldbase, June 20, 2006, STEPHANIE'S HAIR I AM, 101 WILLOW DR (registered address),  MARION, , AR, 723642067
USA
... REFERENCE:  STEPHANIES HAIR **I AM** BARBERING

467. Worldbase, June 20, 2006, STUDIO I AM, 170 S WESTERN AVE (registered address),  LOS ANGELES, , CA, 900044102
USA

468. Worldbase, June 19, 2006, AS I AM INC, 26644 S MOONEY BLVD (registered address),  VISALIA, , CA, 932779326
USA

469. Worldbase, June 19, 2006, I AM CHRISTIAN WORSHIP, 2415 MEYER RD (registered address),  FORT

  

WAYNE, , IN, 468032911
USA


470. Worldbase, June 19, 2006, I CAN I AM FOUNDATION INC, 111 PINEDA AVE (registered address),
PENSACOLA, , FL, 325033638
USA


471. Dun's Market Identifiers, June 16, 2006, I AM Fine Art & Imports, 3239 Georgian Woods Cir, Decatur, , GA,
30034-5106
**United States**
... GA 30034-5106, **United States**


472. Worldbase, June 16, 2006, I AM FINE ART & IMPORTS, 3239 GEORGIAN WOODS CIR (registered address),
DECATUR, , GA, 300345106
USA


473. Worldbase, June 16, 2006, I AM PINESTRAW, 62 STEVENS ST (registered address), DANVILLE, , GA,
310176429
USA


474. Worldbase, June 15, 2006, I AM NOT SURE CONSTRUCTION, 5721 S WALLACE ST (registered address),
SEATTLE, , WA, 981782887
USA


475. Dun's Market Identifiers, June 14, 2006, Marilyn McMillan, 2602b Philadelphia Pike, Claymont, , DE,
19703-2504
**United States**
... DE 19703-2504, **United States**
CROSS REFERENCE: Teacher **I AM**


476. Worldbase, June 14, 2006, MARILYN MCMILLAN, 2602B PHILADELPHIA PIKE (registered address),
CLAYMONT, , DE, 197032504
USA
CROSS REFERENCE: TEACHER **I AM**


477. Dun's Market Identifiers, June 13, 2006, I AM Free Ministries Inc, 14681 SW 39th Court Rd, Ocala, , FL,
34473-2489
**United States**
... FL 34473-2489, **United States**


478. Worldbase, June 13, 2006, I AM FREE MINISTRIES INC, 14681 SW 39TH COURT RD (registered address),
OCALA, , FL, 344732489

  

USA

479.  Worldbase, June 12, 2006, I AM INC, 1220 MONIQUE CT APT A (registered address),  VISTA, , CA, 920843459
USA


480.  Worldbase, June 12, 2006, I AM TRUCKING INC, P O BOX 228,  WESTERN GROVE, , AR, 726850228
USA
... GROVE, ARKANSAS 72685, **USA**


481.  Dun's Market Identifiers, June 10, 2006, Hair I Am, 625 White St,  Springfield, , MA, 01108-3220
**United States**
... MA 01108-3220, **United States**


482.  Worldbase, June 10, 2006, HAIR I AM, 625 WHITE ST (registered address),  SPRINGFIELD, , MA, 011083220
USA


483.  Dun's Market Identifiers, June 9, 2006, I AM Pottery, 3121 E Elm Cir,  Katy, , TX, 77493-1130
**United States**
... TX 77493-1130, **United States**


484.  Dun's Market Identifiers, June 9, 2006, I AM Promotions, 4620 Preston Trail Dr,  Mesquite, , TX, 75150-1992
**United States**
... TX 75150-1992, **United States**


485.  Worldbase, June 9, 2006, I AM POTTERY, 3121 E ELM CIR (registered address),  KATY, , TX, 774931130
USA


486.  Worldbase, June 9, 2006, I AM PROMOTIONS, 4620 PRESTON TRAIL DR (registered address),  MESQUITE, , TX, 751501992
USA


487.  Dun's Market Identifiers, June 7, 2006, I AM Activity of Erie, 1611 Peach St,  Erie, , PA, 16501-2109
**United States**
... PA 16501-2109, **United States**


488.  Worldbase, June 7, 2006, I AM ACTIVITY OF ERIE, 1611 PEACH ST (registered address),  ERIE, , PA, 165012109
USA

  

489. Dun's Market Identifiers, June 7, 2006, Will I AM Music, 3101 Glendale Blvd, Los Angeles, , CA, 90039-1805
**United States**
... CA 90039-1805, **United States**


490. Worldbase, June 7, 2006, WILL I AM MUSIC, 3101 GLENDALE BLVD (registered address), LOS ANGELES, , CA, 900391805
**USA**


491. Worldbase, June 6, 2006, HAIR I AM, 786 BRIGHTON RD REAR (registered address), TONAWANDA, , NY, 141507051
**USA**
CROSS REFERENCE:  HAIR **I AM** UNISEX SALON


492. Worldbase, June 6, 2006, I AM SOMEBODY PANTRY INC, 1010 W KIEST BLVD (registered address), DALLAS, , TX, 752243335
**USA**


493. Dun's Market Identifiers, June 6, 2006, Sam I AM Embroidery, 407 S Newton St, Covina, , CA, 91723-3221
**United States**
... CA 91723-3221, **United States**


494. Worldbase, June 6, 2006, SAM I AM EMBROIDERY, 407 S NEWTON ST (registered address), COVINA, , CA, 917233221
**USA**


495. Dun's Market Identifiers, June 5, 2006, Hair I Am, 173 Adams St, Waltham, , MA, 02453-3909
**United States**
... MA 02453-3909, **United States**


496. Worldbase, June 5, 2006, HAIR I AM, 173 ADAMS ST (registered address), WALTHAM, , MA, 024533909
**USA**


497. Worldbase, June 5, 2006, HOLY ROLY POLY I AM A HOLY ROLLER & DES, P O BOX 13, WAPELLO, , IA, 526530013
**USA**
... WAPELLO, IOWA 52653, **USA**


498. Worldbase, June 5, 2006, I AM FAITH FELLOWSHIP MINISTRIES, 8656 MICHENER AVE (registered address), PHILADELPHIA, , PA, 191501604
**USA**

  

499. Worldbase, June 3, 2006, I AM FELLOWSHIP, 1722 SEYMOUR AVE (registered address), CINCINNATI, , OH, 452373012
**USA**

500. Worldbase, June 2, 2006, ETERNAL I AM CORPORATION, 1319 3RD STREET PROMENADE (registered address), SANTA MONICA, , CA, 904011309
**USA**

501. Worldbase, June 2, 2006, I AM FOUNDATION INTERNATIONAL INC, P O BOX 6, CANOGA PARK, , CA, 913050006
**USA**
... PARK, CALIFORNIA 91305, **USA**

502. Worldbase, June 2, 2006, I AM WHO I AM INC, P O BOX 310, SOUTH SALEM, , NY, 105900310
**USA**
... NEW YORK 10590, **USA**

503. Worldbase, June 2, 2006, YES I AM CAMILLE INC, 1144 CANTON ST STE 200 (registered address), ROSWELL, , GA, 300753683
**USA**

504. Dun's Market Identifiers, June 1, 2006, Hair I Am, 1 1st St, Big Sandy, , MT, 59520
**United States**
... Sandy, MT 59520, **United States**

505. Worldbase, June 1, 2006, HAIR I AM, 1 1ST ST (registered address), BIG SANDY, , MT, 59520
**USA**

506. Worldbase, May 31, 2006, I AM THE ROSE OF SHARON MINISTRY INC, P O BOX 31, TARPON SPRINGS, , FL, 346880031
**USA**
... SPRINGS, FLORIDA 34688, **USA**

507. Worldbase, May 31, 2006, K P O INC, 2078 FAIRBURN RD STE 10 (registered address), DOUGLASVILLE, , GA, 301351071
**USA**
CROSS REFERENCE: **I AM** WONDERFUL HEALTH FOOD

508. Dun's Market Identifiers, May 29, 2006, Hair I Am, 127 Exchange St, Colona, , IL, 61241-8814
**United States**
... IL 61241-8814, **United States**





509.  Worldbase, May 29, 2006, HAIR I AM, 127 EXCHANGE ST (registered address),  COLONA, , IL, 612418814
**USA**

510.  Dun's Market Identifiers, May 26, 2006, Sam I AM Trucking LLC, 3450 N La Palma Rd,  Casa Grande, , AZ,
85222-8396
**United States**
... AZ 85222-8396, **United States**

511.  Worldbase, May 26, 2006, SAM I AM TRUCKING LLC, 3450 N LA PALMA RD (registered address),  CASA
GRANDE, , AZ, 852228396
**USA**

512.  Worldbase, May 25, 2006, ART IS I AM WHERE, P O BOX 474 (registered address),  SHASTA, , CA,
960870474
**USA**
... SHASTA, CALIFORNIA 96087, **USA**

513.  Worldbase, May 25, 2006, I AM A SCRAPAHOLIC,  GRAY, , ME, 04039
**USA**

514.  Worldbase, May 23, 2006, GREG GINTHER, 1009 N SWEETZER AVE APT 1 (registered address),  LOS
ANGELES, , CA, 900694359
**USA**
CROSS REFERENCE:  **I AM** PRODUCTIONS

515.  Worldbase, May 23, 2006, HAIR I AM, 1094 S 52ND AVE E (registered address),  NEWTON, , IA, 502088432
**USA**

516.  Worldbase, May 23, 2006, I AM PAINTING, P O BOX 87,  MIMS, , FL, 327540087
**USA**
... MIMS, FLORIDA 32754, **USA**

517.  Worldbase, May 23, 2006, I AM HARVEST NETWORK, 696 BATTLECREEK RD (registered address),
JONESBORO, , GA, 302361997
**USA**

518.  Worldbase, May 20, 2006, HAIR I AM UNISEX, 3418 QUENTIN RD (registered address),  BROOKLYN, , NY,
112344229
**USA**

519.  Dun's Market Identifiers, May 13, 2006, I AM Third Financial Services, 6440 Avondale Dr Ste 400,  Oklahoma

  

City, , OK, 73116-6421
**United States**
... OK 73116-6421, **United States**

520.  Worldbase, May 13, 2006, I AM THIRD FINANCIAL SERVICES, 6440 AVONDALE DR STE 400 (registered address),  OKLAHOMA CITY, , OK, 731166421
**USA**

521.  Worldbase, May 13, 2006, I AM CONSTRUCTION LLC, 10346 SPRINGVALLEY AVE (registered address), BATON ROUGE, , LA, 708107717
**USA**

522.  Worldbase, May 13, 2006, I AM LLC, 2907 E OSBORN RD (registered address),  PHOENIX, , AZ, 850167036
**USA**

523.  Dun's Market Identifiers, May 13, 2006, I AM Construction LLC, 10346 Springvalley Ave,  Baton Rouge, , LA, 70810-7717
**United States**
... LA 70810-7717, **United States**

524.  Worldbase, May 13, 2006, YES I AM PRODUCTS, P O BOX 384,  INDIAN ROCKS BEACH, , FL, 337850384
**USA**
... BEACH, FLORIDA 33785, **USA**

525.  Worldbase, May 11, 2006, I AM CENTRE OF WELLNESS, 1123 E ALTAMONTE DR (registered address), ALTAMONTE SPRINGS, , FL, 327015000
**USA**

526.  Dun's Market Identifiers, May 11, 2006, Sam I AM Services, 4117 Honolulu Dr,  Sarasota, , FL, 34241-5602
**United States**
... FL 34241-5602, **United States**

527.  Worldbase, May 11, 2006, SAM I AM SERVICES, 4117 HONOLULU DR (registered address),  SARASOTA, , FL, 342415602
**USA**

528.  Worldbase, May 4, 2006, I AM MESSENGR DOT C, 8809 HARDING AVE (registered address),  MIAMI, , FL, 331543418
**USA**

529.  Worldbase, May 4, 2006, JUST AS I AM MINISTRY, P O BOX 853,  PALATKA, , FL, 321780853

  

**USA**
... PALATKA, FLORIDA 32178, **USA**

530. Dun's Market Identifiers, May 3, 2006, I AM Christian Daycare, 4108 Delray Ave, Orlando, , FL, 32839-1234
**United States**
... FL 32839-1234, **United States**

531. Worldbase, May 3, 2006, I AM CHRISTIAN DAYCARE, 4108 DELRAY AVE (registered address),
ORLANDO, , FL, 328391234
**USA**

532. Worldbase, May 2, 2006, I AM/ I BE INC, P O BOX 350744, JACKSONVILLE, , FL, 322350744
**USA**
... JACKSONVILLE, FLORIDA 32235, **USA**

533. Dun's Market Identifiers, April 29, 2006, I Am Sanctuary, 433 Devon Rd, Camp Hill, , PA, 17011-2119
**United States**
... PA 17011-2119, **United States**

534. Worldbase, April 29, 2006, I AM SANCTUARY, 433 DEVON RD (registered address), CAMP HILL, , PA,
170112119
**USA**

535. Worldbase, April 27, 2006, I AM ACTIVITY CHURCH INC, 6904 SCOTFORTH RD (registered address),
PHILADELPHIA, , PA, 191193710
**USA**

536. Worldbase, April 26, 2006, HAIR I AM, 849 N HILL ST (registered address), SPRINGFIELD, , IL, 627026229
**USA**

537. Worldbase, April 24, 2006, I AM THAT I AM SENT ME, P O BOX 437470, KAMUELA, , HI, 967437146
**USA**
... KAMUELA, HAWAII 96743, **USA**

538. Worldbase, April 24, 2006, SAM I AM, LLC, 1951 E VINEYARD ST (registered address), WAILUKU, , HI,
967931714
**USA**

539. Dun's Market Identifiers, April 21, 2006, I AM Music, 12641 Elm Pkwy, Rogers, , MN, 55374-4537
**United States**
... MN 55374-4537, **United States**

  

540. Worldbase, April 21, 2006, I AM MUSIC, 12641 ELM PKWY (registered address),  ROGERS, , MN, 553744537
**USA**

541. Dun's Market Identifiers, April 21, 2006, Twin Cities Literacy Foundation Inc, 8 W 60th St,  Minneapolis, , MN, 55419-2553
**United States**
... MN 55419-2553, **United States**
CROSS REFERENCE: **I AM** Learning Center

542. Worldbase, April 21, 2006, TWIN CITIES LITERACY FOUNDATION INC, 8 W 60TH ST (registered address), MINNEAPOLIS, , MN, 554192553
**USA**
CROSS REFERENCE: **I AM** LEARNING CENTER

543. Worldbase, April 19, 2006, I AM NETWORK, INC, 1235 HERNANDO RD (registered address),  HOLLY SPRINGS, , MS, 386358370
**USA**

544. Dun's Market Identifiers, April 18, 2006, I Am Project, 15707 85th Ave NW,  Stanwood, , WA, 98292-6799
**United States**
... WA 98292-6799, **United States**

545. Worldbase, April 18, 2006, I AM PROJECT, 15707 85TH AVE NW (registered address),  STANWOOD, , WA, 982926799
**USA**

546. Worldbase, April 15, 2006, AZ I AM, 2515 PERRY ST NE (registered address),  WASHINGTON, , DC, 200183132
**USA**

547. Dun's Market Identifiers, April 15, 2006, John C Bryan, 10488 Big Canoe,  Jasper, , GA, 30143-5126
**United States**
... GA 30143-5126, **United States**
CROSS REFERENCE: **I AM** Retired and No Longer

548. Worldbase, April 15, 2006, JOHN C BRYAN, 10488 BIG CANOE (registered address),  JASPER, , GA, 301435126
**USA**
CROSS REFERENCE: **I AM** RETIRED AND NO LONGER

549. Dun's Market Identifiers, April 14, 2006, Countrys What I AM, 15033 SE McLoughlin Blvd,  Portland, , OR, 97267-2800

  

**United States**
... Portland, OR 97267-2800, **United States**


550. Worldbase, April 14, 2006, COUNTRYS WHAT I AM, 15033 SE MCLOUGHLIN BLVD (registered address), PORTLAND, , OR, 972672800
**USA**


551. Dun's Market Identifiers, April 14, 2006, Elite Enterprise Resources LLC, 6509 Westview Ln,  Lanham, , MD, 20706-3568
**United States**
... MD 20706-3568, **United States**
CROSS REFERENCE: **I AM** Vance Consulting Services


552. Worldbase, April 14, 2006, ELITE ENTERPRISE RESOURCES LLC, 6509 WESTVIEW LN (registered address),  LANHAM, , MD, 207063568
**USA**
CROSS REFERENCE: **I AM** VANCE CONSULTING SERVICES


553. Dun's Market Identifiers, April 7, 2006, Just As I AM Christian Ministries Inc, 242 Orchis Rd,  Saint Augustine, , FL, 32086-6524
**United States**
... FL 32086-6524, **United States**


554. Worldbase, April 7, 2006, JUST AS I AM CHRISTIAN MINISTRIES INC, 242 ORCHIS RD (registered address),  SAINT AUGUSTINE, , FL, 320866524
**USA**


555. Worldbase, April 6, 2006, I AM BLESSED CHILDRENS DAY CARE, 652 LEIGHTON WAY (registered address),  STONE MOUNTAIN, , GA, 300881829
**USA**


556. Dun's Market Identifiers, April 6, 2006, Just As I Am Christian Church Inc, 1919 Madison Ave,  Toledo, , OH, 43604-5440
**United States**
... OH 43604-5440, **United States**


557. Worldbase, April 6, 2006, JUST AS I AM CHRISTIAN CHURCH INC, 1919 MADISON AVE (registered address),  TOLEDO, , OH, 436045440
**USA**


558. Worldbase, April 5, 2006, I AM HARVEST NETWORK INC, 90 COMMERCE DR STE 5 (registered address), FAYETTEVILLE, , GA, 302147519

  

USA

559. Worldbase, March 31, 2006, SAINT JERMAINE FOUNDATION, 46 HIGH ST (registered address), STONEHAM, , MA, 021801170
**USA**
CROSS REFERENCE: **I AM** SANCTUARY


560. Dun's Market Identifiers, March 30, 2006, I AM & Truth Saying Products, 197 Green St, Albany, , NY, 12202-2014
**United States**
... NY 12202-2014, **United States**


561. Worldbase, March 30, 2006, I AM & TRUTH SAYING PRODUCTS, 197 GREEN ST (registered address), ALBANY, , NY, 122022014
**USA**


562. Worldbase, March 28, 2006, I AM HOLY TEMPLE CHURCH, 2415 N WINNETKA AVE (registered address), DALLAS, , TX, 752125340
**USA**


563. Dun's Market Identifiers, March 22, 2006, I AM Cleaning Inc, 2419 Wells Ave, Sarasota, , FL, 34232-3950
**United States**
... FL 34232-3950, **United States**


564. Dun's Market Identifiers, March 22, 2006, I Am Rose of Light Temple, 45 S Sierra Madre Blvd, Pasadena, , CA, 91107-4266
**United States**
... CA 91107-4266, **United States**


565. Worldbase, March 22, 2006, I AM CLEANING INC, 2419 WELLS AVE (registered address), SARASOTA, , FL, 342323950
**USA**


566. Worldbase, March 22, 2006, I AM ROSE OF LIGHT TEMPLE, 45 S SIERRA MADRE BLVD (registered address), PASADENA, , CA, 911074266
**USA**


567. Dun's Market Identifiers, March 20, 2006, I AM Homes 2 LLC, 70452 Highway 21 Ste 200, Covington, , LA, 70433-8105
**United States**
... LA 70433-8105, **United States**

  

568. Dun's Market Identifiers, March 20, 2006, I AM Covered Ministries Inc, 35269 Liberty Dr, Slidell, , LA, 70460-5833
**United States**
... LA 70460-5833, **United States**

569. Worldbase, March 20, 2006, I AM HOMES 2 LLC, 70452 HIGHWAY 21 STE 200 (registered address), COVINGTON, , LA, 704338105
**USA**

570. Worldbase, March 20, 2006, I AM COVERED MINISTRIES INC, 35269 LIBERTY DR (registered address), SLIDELL, , LA, 704605833
**USA**

571. Worldbase, March 17, 2006, I AM BLESSED TRULY INC, 36 PORTLAND PL (registered address), JONESBORO, , GA, 302387036
**USA**

572. Dun's Market Identifiers, March 14, 2006, Hair I AM, 503 E 2150 S, Bountiful, , UT, 84010-4242
**United States**
... UT 84010-4242, **United States**

573. Worldbase, March 14, 2006, HAIR I AM, 503 E 2150 S (registered address), BOUNTIFUL, , UT, 840104242
**USA**

574. Worldbase, March 11, 2006, I AM SWEET, 646 N BROADWAY (registered address), NYACK, , NY, 109601046
**USA**

575. Worldbase, March 11, 2006, I AM PROVINCETOWN INC, 15 SHANK PAINTER RD (registered address), PROVINCETOWN, , MA, 026571318
**USA**

576. Worldbase, March 10, 2006, HAIR I AM, 13070 STATE HIGHWAY 33, GUSTINE, , CA, 953229744
**USA**

577. Worldbase, March 10, 2006, I AM ETC, 5077 NAVY RD, MILLINGTON, , TN, 380532113
**USA**

578. Dun's Market Identifiers, March 7, 2006, I Am Sanctuary, 2357 4th Ave, San Diego, , CA, 92101-1606
**United States**
... CA 92101-1606, **United States**





579. Worldbase, March 7, 2006, I AM SANCTUARY, 2357 4TH AVE (registered address), SAN DIEGO, , CA, 921011606
**USA**

580. Dun's Market Identifiers, March 3, 2006, Sam I AM Roofing Inc, 2546 Clairmont Ave, Sanford, , FL, 32773-4983
**United States**
... FL 32773-4983, **United States**

581. Worldbase, March 3, 2006, SAM I AM ROOFING INC, 2546 CLAIRMONT AVE (registered address), SANFORD, , FL, 327734983
**USA**

582. Worldbase, March 1, 2006, I AM AGEL, LLC, 8330 S 745 E (registered address), SANDY, , UT, 840940634
**USA**

583. Dun's Market Identifiers, February 27, 2006, I AM Creations 2, 2522 Batavia St, Nashville, , TN, 37208-3616
**United States**
... TN 37208-3616, **United States**

584. Worldbase, February 27, 2006, I AM CREATIONS 2, 2522 BATAVIA ST (registered address), NASHVILLE, , TN, 372083616
**USA**

585. Worldbase, February 25, 2006, HOUSEHOLD OF FAITH SERVANTS OF THE GREAT I AM, 3822 COCONUT RD (registered address), LAKE WORTH, , FL, 334614002
**USA**

586. Worldbase, February 24, 2006, I AM SANCTUARY OF MT SHASTA, P O BOX 1023 (registered address), MOUNT SHASTA, , CA, 960671023
**USA**
... SHASTA, CALIFORNIA 960672530, **USA**
CROSS REFERENCE: **I AM** READING ROOM OF MT ...

587. Dun's Market Identifiers, February 23, 2006, I AM Pre Paid Auto Repair Service, 820 Clement Dr, Cedar Hill, , TX, 75104-7287
**United States**
... TX 75104-7287, **United States**

588. Dun's Market Identifiers, February 23, 2006, I AM Center For Administering Rehabilitation and Employment Service, 806 Main St, Manchester, , CT, 06040-6029
**United States**

  

... CT 06040-6029, **United States**

589. Worldbase, February 23, 2006, I AM PRE PAID AUTO REPAIR SERVICE, 820 CLEMENT DR (registered address),  CEDAR HILL, , TX, 751047287
**USA**

590. Worldbase, February 23, 2006, I AM CENTER FOR ADMINISTERING REHABILITATION AND EMPLOYMENT SERVICE, 806 MAIN ST (registered address),  MANCHESTER, , CT, 060406029
**USA**

591. Dun's Market Identifiers, February 23, 2006, Locksmith I AM & Co, 463 S Maple Dr APT 5,  Beverly Hills, , CA, 90212-4746
**United States**
... CA 90212-4746, **United States**

592. Worldbase, February 23, 2006, LOCKSMITH I AM & CO, 463 S MAPLE DR APT 5 (registered address), BEVERLY HILLS, , CA, 902124746
**USA**

593. Worldbase, February 11, 2006, I AM AN AMERICAN FUND INC, 238 HILLCREST RD (registered address), LEWISTON, , ID, 835014210
**USA**

594. Worldbase, February 11, 2006, I AM, LLC, 9306 SURRATTS MANOR DR (registered address),  CLINTON, , MD, 207353007
**USA**

595. Dun's Market Identifiers, February 10, 2006, I AM Way Inc, 4551 S Tabor CT,  Morrison, , CO, 80465-1578
**United States**
... CO 80465-1578, **United States**

596. Worldbase, February 10, 2006, I AM WAY INC, 4551 S TABOR CT (registered address),  MORRISON, , CO, 804651578
**USA**

597. Worldbase, February 10, 2006, I AM A BETTER ME INC, 7267 DOCKSIDE LN (registered address), COLUMBIA, , MD, 210455050
**USA**

598. Worldbase, February 10, 2006, I AM THAT I AM, 8811 EARNESTWOOD DR (registered address), HOUSTON, , TX, 770836849



USA

599. Worldbase, February 10, 2006, I AM ALL IN LLC, 2305 TABLE ROCK CT (registered address), ARLINGTON, , TX, 760062783
USA

600. Worldbase, January 28, 2006, HAIR I AM, 342 N WASHINGTON ST (registered address),  EASTON, , MD, 216013118
USA

601. Worldbase, January 28, 2006, I AM UNIQUE, SPECIAL CARE AND CASE MANAGEMENT INC, 4318 BLAND RD (registered address),  RALEIGH, , NC, 276096125
USA
CROSS REFERENCE:  **I AM** UNIQUE

602. Worldbase, January 26, 2006, I AM MY SISTERS KEEPER, 4057 S MALTA ST (registered address), AURORA, , CO, 800137424
USA

603. Dun's Market Identifiers, January 19, 2006, Best I AM Daycare Ministry Inc, 1835 NW 85th St,  Miami, , FL, 33147-4269
**United States**
... FL 33147-4269, **United States**

604. Worldbase, January 19, 2006, BEST I AM DAYCARE MINISTRY INC, 1835 NW 85TH ST (registered address),  MIAMI, , FL, 331474269
USA

605. Dun's Market Identifiers, January 11, 2006, I AM Properties LLC, P O Box 13174,  Durham, , NC, 27709
**United States**
... Durham, NC 27709, **United States**

606. Worldbase, January 11, 2006, I AM PROPERTIES LLC, P O BOX 13174,  DURHAM, , NC, 277093174
USA
... NORTH CAROLINA 27709, **USA**

607. Worldbase, January 10, 2006, I AM CONSULTING SERVICES CORP, 2555 E 12TH ST APT 4M (registered address),  BROOKLYN, , NY, 112355025
USA

608. Worldbase, January 9, 2006, LADY I AM INC, 15 GEOFFREY LN (registered address),  HEWLETT, , NY,

  

Page 64

115571002
**USA**


609. Worldbase, January 5, 2006, HAIR I AM MOBILE BARBER & HAIRSTYLIST, 310 NE KINGS VALLEY HWY (registered address), DALLAS, , OR, 973389763
**USA**


610. Worldbase, January 5, 2006, I AM INDUSTRIES INC, 193 ROCKY BRANCH RD LOT 3 (registered address), BLOUNTVILLE, , TN, 376175702
**USA**


611. Dun's Market Identifiers, January 3, 2006, I AM Woman Inc, 16459 NW 91st CT,  Hialeah, , FL, 33018-6181
**United States**
... FL 33018-6181, **United States**


612. Worldbase, January 3, 2006, I AM WOMAN INC, 16459 NW 91ST CT (registered address),  HIALEAH, , FL, 330186181
**USA**

