# Exhibit LL




**800.808.1113** E-mail Us

Version 2007.6 | U.S. Business | Home About Us Our Quality Contact Us Help

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List

**Search Results** ✓m

Displaying 1-25 of 231 / Pages 10

Page **1** 2 3 4 5 6 7 8 9 10

Go to page: First Page Last Page Page number: [ ] Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | Fairbanks I/M Dept | 3175 Peger Rd | Fairbanks, AK | 99709 | (907) 459-1005 | | | |
| ☐ | Peger Road I/M & Auto Repair | 1904 Peger Rd | Fairbanks, AK | 99709 | (907) 479-6162 | | | |
| ☐ | Stosh's I/M Testing & Auto Rpr | 723 Gattney Rd | Fairbanks, AK | 99712 | (907) 457-8674 | | | |
| ☐ | I'm A Part Missionary Bapt Chr | 600 Vanderbilt Ave | West Memphis, AR | 72301 | (870) 732-1660 | | | |
| ☐ | Im Spa | 2311 W Lawson St | Fayetteville, AR | 72703 | (479) 251-7422 | | | |
| ☐ | But Officer I'm Innocent | Not Available | Scottsdale, AZ | 85251 | (480) 425-8988 | | | |
| ☐ | East Tucson IM Geriatrics Inc | 6556 E Carondelet Dr | Tucson, AZ | 85710 | (520) 296-8733 | | | |
| ☐ | East Tucson IM Geriatrics Inc | 6630 E Carondelet Dr | Tucson, AZ | 85710 | (520) 296-8733 | | | |
| ☐ | I'm Fly'n Mfg & Dist | 32240 W Bud Rd | Maricopa, AZ | 85239 | (520) 568-4976 | | | |
| ☐ | Im Specialist | 2737 W Baseline Rd | Tempe, AZ | 85283 | (602) 437-4800 | | | |
| ☐ | American Ex-Im Corp | 805 Kearny St | San Francisco, CA | 94108 | (415) 362-2255 | | | |
| ☐ | Be Like Me I'm Drug Free | 102 Eagle Ct | Grass Valley, CA | 95945 | (530) 477-8225 | | | |
| ☐ | Byung Moo Im Inc | 1625 W Olympic Blvd # 810 | Los Angeles, CA | 90015 | (213) 487-9141 | | | |
| ☐ | David IM Furniture Mfg | 1556 W 130th St | Gardena, CA | 90249 | (310) 243-1260 | | | |
| ☐ | Harmon Wong & Im | 1499 Huntington Dr # 200 | South Pasadena, CA | 91030 | (626) 403-9911 | | | |
| ☐ | I M | 1320 S Highland Ave | Los Angeles, CA | 90019 | (323) 939-4166 | | | |
| ☐ | I'm A Deli & Restaurant | 8930 W Pico Blvd | Los Angeles, CA | 90035 | (310) 274-2452 | | | |
| ☐ | I'm A Girl DJ | Not Available | Beverly Hills, CA | 90211 | (310) 659-7749 | | | |
| ☐ | I'm Bloomin' Crazy | 25269 The Old Rd | Newhall, CA | 91381 | (661) 255-1808 | | | |
| ☐ | I'm Covered Insurance | 10866 Washington Blvd # 218 | Culver City, CA | 90232 | (818) 760-6940 | | | |
| ☐ | I'm Covered Insurance | 3428 1/2 Motor Ave | Los Angeles, CA | 90034 | (310) 733-4655 | | | |
| ☐ | I'm Home Alone | 2325 Montgomery Dr | Santa Rosa, CA | 95405 | (707) 528-8712 | | | |
| ☐ | I'm Independent Living | 8185 Mills Gap Way | Sacramento, CA | 95828 | (916) 689-2560 | | | |
| ☐ | I'm Misbehavin | Not Available | San Diego, CA | 92111 | (858) 278-9453 | | | |
| ☐ | I'm Puzzled | 303 Grand Ave | Pacific Grove, CA | 93950 | (831) 655-1677 | | | |

Page **1** 2 3 4 5 6 7 8 9 10

Go to page: First Page Last Page Page number: [ ] Go!

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List




**ReferenceUSA** — An infoUSA Company

**Questions?** 800.808.1113 E-mail Us

Version 2007.6 | U.S. Business | Home  About Us  Our Quality  Contact Us  Help

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List

**Search Results** — Displaying 26-50 of 231 / Pages 10

Page 1 **2** 3 4 5 6 7 8 9 10

Go to page: First Page  Last Page  Page number: [  ] Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | I'm Rich Motoring | 104 E Avenue K4 | Lancaster, CA | 93535 | (661) 942-0795 | | | |
| ☐ | I'm Serious Productions | 122 E 7th St | Los Angeles, CA | 90014 | (213) 896-0466 | | | |
| ☐ | I'm Stein Recording Studio | 622 E Taylor Ave | Sunnyvale, CA | 94085 | (408) 749-0848 | | | |
| ☐ | I'm Your Handyman | 8902 Mission Dr | Pasadena, CA | 91107 | (626) 437-4643 | | | |
| ☐ | I'm Your Office & Phones | 19361 Willowbrook Ave | Yorba Linda, CA | 92886 | (714) 693-8358 | | | |
| ☐ | Im Chang | 525 N Gilbert St | Anaheim, CA | 92801 | (714) 758-0432 | | | |
| ☐ | Im Engineering Svc | 4510 E LA Palma Ave # 200 | Anaheim, CA | 92807 | (714) 695-1164 | | | |
| ☐ | Im Ex | 4129 Lake Tahoe Blvd | South Lake Tahoe, CA | 96150 | (530) 542-2880 | | | |
| ☐ | Im In Charge Family Support | 573 59th St | Oakland, CA | 94609 | (510) 595-1814 | | | |
| ☐ | Im Kwang Uk | 386 Beech Ave # 5 | Torrance, CA | 90501 | (310) 214-3164 | | | |
| ☐ | Im Link Corp | 2787 Gaspar Ct | Palo Alto, CA | 94306 | (650) 462-9018 | | | |
| ☐ | Im Michael | 1807 E Olympic Blvd | Los Angeles, CA | 90021 | (213) 627-8208 | | | |
| ☐ | Im Michael | 711 E Gage Ave | Los Angeles, CA | 90001 | (323) 238-0353 | | | |
| ☐ | Im, Helen H DDS | 12396 World Trade Dr # 209 | San Diego, CA | 92128 | (858) 451-2104 | | | |
| ☐ | Im, James MD | 9500 Stockdale Hwy # 104 | Bakersfield, CA | 93311 | (661) 664-8484 | | | |
| ☐ | Im, Katherine A DDS | 2035 E Highland Ave # B | San Bernardino, CA | 92404 | (909) 864-7200 | | | |
| ☐ | Im, Kevin DDS | 601 E Whittier Blvd # 103 | La Habra, CA | 90631 | (562) 905-2081 | | | |
| ☐ | Im, Richard B MD | 11234 Anderson St | Loma Linda, CA | 92354 | (909) 824-0800 | | | |
| ☐ | Im-Link Corp | 34401 7th St | Union City, CA | 94587 | (510) 489-2681 | | | |
| ☐ | IM-Press Printing | 265 E Base Line St | San Bernardino, CA | 92410 | (909) 884-1121 | | | |
| ☐ | Joong Im Law Offices | 2095 Van Ness Ave | San Francisco, CA | 94109 | (415) 775-9854 | | | |
| ☐ | Jump Im Family | 522 W 1st St | Rialto, CA | 92376 | (909) 873-0471 | | | |
| ☐ | Kim Im Sook Hair Fashions | 928 S Western Ave # 203 | Los Angeles, CA | 90006 | (213) 382-5959 | | | |
| ☐ | Kyubun Im | 514 E 8th St | Los Angeles, CA | 90014 | (213) 228-0061 | | | |
| ☐ | Liquidators IM Furniture | 339 W 17th St | Santa Ana, CA | 92706 | (714) 541-8824 | | | |

Page 1 **2** 3 4 5 6 7 8 9 10

Go to page: First Page  Last Page  Page number: [  ] Go!

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List




**Questions?**
800.808.1113  E-mail Us

Version 2007.6    U.S. Business    Home   About Us   Our Quality   Contact Us   Help

Details  Data Summary  Revise My Criteria  New Search  Download  Print  Purchase List

**Search Results**                          Displaying 51-75 of 231 / Pages 10

Page 1 2 **3** 4 5 6 7 8 9 10

Go to page: First Page  Last Page  Page number: [   ]  Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | Skin I'm In | Not Available | Ventura, CA | 93003 | (805) 642-7242 | | | |
| ☐ | WOON Suk Im Accounting & Tax | 981 S Western Ave # 303 | Los Angeles, CA | 90006 | (323) 734-8722 | | | |
| ☐ | World Ex Im Trading Inc | 19138 E Walnut Dr N # 204 | Rowland Heights, CA | 91748 | (626) 581-7747 | | | . |
| ☐ | Yu, Im Jung | 810 S Spring St # 708 | Los Angeles, CA | 90014 | (213) 622-5948 | | | |
| ☐ | Yu, Jung Im | 208 W 8th St | Los Angeles, CA | 90014 | (213) 622-5948 | | | |
| ☐ | I'm Special Learning Ctr | 20 Chapel St | Wallingford, CT | 06492 | (203) 265-7929 | | | |
| ☐ | Im So Tan LLC | 188 Norwich Ave # C6 | Colchester, CT | 06415 | (860) 537-8826 | | | |
| ☐ | Im, Kyeong-Bin DDS | 935 Main St # A104 | Manchester, CT | 06040 | (860) 649-0238 | | | |
| ☐ | Im Polish | 204 Rehoboth Ave | Rehoboth Beach, DE | 19971 | (302) 226-5225 | | | |
| ☐ | Camp Re-Im At Temple Sinai | 1400 N 46th Ave | Hollywood, FL | 33021 | (954) 987-1694 | | | |
| ☐ | EX-Im Marketing Svc | 1041 SE 17th St # 101 | Fort Lauderdale, FL | 33316 | (954) 524-1208 | | | |
| ☐ | I M | 6106 Oak Bluff Way | Lake Worth, FL | 33467 | (561) 357-7756 | | | |
| ☐ | I'm A Little Teacup | 2089 N University Dr | Coral Springs, FL | 33071 | (954) 575-0202 | | | |
| ☐ | I'm Latin America Restaurant | 1861 NW 22nd St | Miami, FL | 33142 | (305) 326-7566 | | | |
| ☐ | I'm Nutz Inc | 1801 Palm Beach Lakes Blvd | West Palm Beach, FL | 33401 | (561) 242-8700 | | | |
| ☐ | I'm Over It | 2500 Lee Rd | Winter Park, FL | 32789 | (407) 834-3500 | | | |
| ☐ | I'm Your Type Secretarial | 45 Brandy Ln | Merritt Island, FL | 32952 | (321) 459-2849 | | | |
| ☐ | Im Gurus Inc | 7575 Hollyridge Rd | Jacksonville, FL | 32256 | (904) 645-7832 | | | |
| ☐ | Im Hongsop | 2504 Peterson Rd | Lakeland, FL | 33812 | (863) 644-4219 | | | |
| ☐ | Im Hyun Chul | 11311 N Nebraska Ave | Tampa, FL | 33612 | (813) 971-3292 | | | |
| ☐ | Im, Sonny | Not Available | New Port Richey, FL | 34655 | (727) 815-8400 | | | |
| ☐ | Im, Sung Min MD | 151 S New York Ave | Winter Park, FL | 32789 | (407) 645-3626 | | | |
| ☐ | IM-Ex Electronics | 6 Tina Ln | Naples, FL | 34104 | (239) 455-9230 | | | . |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Pentecostal Church Of God IM | 1431 Alton Rd | Miami Beach, FL | 33139 | (305) 674-6743 | | | |
| ☐ | Sonny Im Law Offices | 39780 US Highway 19 N | Tarpon Springs, FL | 34689 | (727) 772-7500 | | | |

Page 1 2 **3** 4 5 6 7 8 9 10

Go to page: First Page  Last Page  Page number: [  ]  [Go!]

[Details]  [Data Summary]  [Revise My Criteria]  [New Search]  [Download]  [Print]  [Purchase List]

50 Prints/Downloads/Emails per Search
© 2007 infoUSA, Inc. All Rights Reserved.
5711 South 86th Circle, P.O. Box 27347 Omaha, NE 68127
IP: 208.252.208.252



**ReferenceUSA**
An *info*USA Company

☎ **Questions?**
800.808.1113 E-mail Us

Version 2007.6 | U.S. Business ▼ | Home   About Us   Our Quality   Contact Us   Help

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List

## Search Results

Displaying 76-100 of 231 / Pages 10

Page 1 2 3 **4** 5 6 7 8 9 10

Go to page: First Page  Last Page  Page number: [   ] Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | Thank Goodness I'm Fit | 684 94th Ave N | Naples, FL | 34108 | (239) 591-4135 | | | |
| ☐ | Im & AC | 2080 Martin Mill Rd | Moreland, GA | 30259 | (770) 252-3400 | | | |
| ☐ | Im Peds Primary Care | 360 Hospital Dr # 110 | Macon, GA | 31217 | (478) 841-2707 | | | |
| ☐ | Im South LLC | 5442 Frontage Rd | Forest Park, GA | 30297 | (404) 366-2236 | | | |
| ☐ | Star International Im & Ex | 5256 Belle Wood Ct | Buford, GA | 30518 | (678) 889-4422 | | | |
| ☐ | Cake Me I'm Yours | 475 320th St | Perry, IA | 50220 | (515) 465-2253 | | | |
| ☐ | Choi, Im Suk MD | 2701 17th St | Rock Island, IL | 61201 | (309) 779-5000 | | | |
| ☐ | F Im Stores | 4167 N Harlem Ave | Norridge, IL | 60706 | (708) 457-8120 | | | |
| ☐ | I'm Able Family Development | 3410 W Roosevelt Rd | Chicago, IL | 60624 | (773) 826-2929 | | | |
| ☐ | I'm In Stitches | Not Available | Rochelle, IL | 61068 | (815) 562-6383 | | | |
| ☐ | I'm No Angel Productions | 2603 W Farmington Rd | West Peoria, IL | 61604 | (309) 673-4930 | | | |
| ☐ | Im Jin House | 2725 W Lawrence Ave | Chicago, IL | 60625 | (773) 561-9866 | | | |
| ☐ | Im, Lorna L MD | 800 W Central Rd | Arlington Hts, IL | 60005 | (847) 618-1000 | | | |
| ☐ | Kim Sung Im | 7212 N Clark St | Chicago, IL | 60626 | (773) 764-5778 | | | |
| ☐ | I'm Hair For You | 104 E Broadway St | Monticello, IN | 47960 | (574) 583-7714 | | | |
| ☐ | I'm Stuffed | 615 N State St | North Vernon, IN | 47265 | (812) 346-6700 | | | |
| ☐ | Im Broadband Inc | 12990 State Road 23 | Granger, IN | 46530 | (574) 272-3201 | | | |
| ☐ | Im Id Billing Svc | 631 SW Horne St | Topeka, KS | 66606 | (785) 234-3042 | | | |
| ☐ | Im-Id Medical Consultants Pa | 1044 SW Webster Ave | Topeka, KS | 66604 | (785) 234-8405 | | | |
| ☐ | I'm Old Fashioned | 1086 Route 28 | South Yarmouth, MA | 02664 | (508) 398-6338 | | | |
| ☐ | IM Partners | 349 Sandy Neck Rd | West Barnstable, MA | 02668 | (508) 362-6566 | | | |
| ☐ | Im-Pruv Contractors | Not Available | Hingham, MA | 02043 | (781) 749-1760 | | | |
| ☐ | Nakyung Im Counseling Svc | 308 Harvard St # A | Brookline, MA | 02446 | (617) 738-9622 | | | |
| ☐ | New England Im-Ex Inc | 128 Eastern Ave # T10 | Chelsea, MA | 02150 | (617) 889-1835 | | | |
| ☐ | Pentecostal Church Of God IM | 81 Pleasant St | Worcester, MA | 01609 | (508) 753-6306 | | | |

Page 1 2 3 **4** 5 6 7 8 9 10

Go to page: First Page  Last Page  Page number: [   ] Go!

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List


ReferenceUSA — An infoUSA Company

Questions?
800.808.1113  E-mail Us

Version 2007.6 | U.S. Business | Home  About Us  Our Quality  Contact Us  Help

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List

**Search Results**                Displaying 101-125 of 231 / Pages 10

Page 1 2 3 4 **5** 6 7 8 9 10

Go to page: First Page  Last Page  Page number: [   ] Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | Ebenezer Im Svc Inc | 12054 Scaggsville Rd | Fulton, MD | 20759 | (301) 362-5050 | | | |
| ☐ | Hair IM | 1600 N Smallwood St | Baltimore, MD | 21216 | (410) 728-8655 | | | |
| ☐ | Ibrahim Im Salih PC | 7610 Pennsylvania Ave | District Heights, MD | 20747 | (301) 817-3001 | | | |
| ☐ | Im Transportation | 7411 Farmcrest Dr | New Carrollton, MD | 20784 | (301) 755-7231 | | | |
| ☐ | Im, John N MD | 1800 Harford Rd | Fallston, MD | 21047 | (410) 581-3700 | | | |
| ☐ | I'm Puzzled | 246 Lower Cross Rd | Nobleboro, ME | 04555 | (207) 563-5719 | | | |
| ☐ | Integrity Im E & Consulting | PO Box 245 | Harrison, ME | 04040 | (207) 583-4008 | | | |
| ☐ | Charmed I'm Sure | 4180 Mallards Lndg | Highland, MI | 48357 | (248) 889-3837 | | | |
| ☐ | I'm Naturally Beautiful | 18981 Livernois Ave | Detroit, MI | 48221 | (313) 341-9005 | | | |
| ☐ | I'm Thumbody Special Ink | 474 Marlane St | Muskegon, MI | 49442 | (231) 773-2171 | | | |
| ☐ | I'm Your Handy Man LLC | 33180 Industrial Rd # 200 | Livonia, MI | 48150 | (734) 513-8090 | | | |
| ☐ | Im, David Soon MD | 3501 Willis Rd | Milan, MI | 48160 | (734) 429-0862 | | | |
| ☐ | Im, S Samuel MD | 485 Columbia Ave E # 11a | Battle Creek, MI | 49015 | (269) 969-6211 | | | |
| ☐ | Ryan Lykins Im Plc | 44 Grandville Ave SW # 270 | Grand Rapids, MI | 49503 | (616) 459-6102 | | | |
| ☐ | Charmed I'm Sure | 7220 Humboldt Ave S | Minneapolis, MN | 55423 | (612) 866-2350 | | | |
| ☐ | I'm A Stylin' Penguin | 108 Warren St | Mankato, MN | 56001 | (507) 420-7533 | | | |
| ☐ | I'm A Stylin' Penguin | 608 W 5th St | Mankato, MN | 56001 | (507) 387-1608 | | | |
| ☐ | I'm OK Children's Visitation | 551 E Park St | Belle Plaine, MN | 56011 | (952) 873-4216 | | | |
| ☐ | Im Imports | 600 E Superior St | Duluth, MN | 55802 | (218) 628-2222 | | | |
| ☐ | Im Lupient Leasing | 7100 Wayzata Blvd | Minneapolis, MN | 55426 | (763) 542-9139 | | | |
| ☐ | I'm Ok Personal Training Std | 3801 S State Route 291 | Lees Summit, MO | 64082 | (816) 623-9293 | | | |
| ☐ | I'm Third Foundation | Not Available | Branson, MO | 65616 | (417) 335-8400 | | | |
| ☐ | I'm Your Chef | 8762 Glenwood Dr | Sappington, MO | 63126 | (314) 843-1155 | | | |
| ☐ | Im Ok Games LLC | 15 Bartley Ln | Fulton, MO | 65251 | (573) 642-7472 | | | |
| ☐ | Im-Pres Label & Sales Corp | 1501 Swift Ave | Kansas City, MO | 64116 | (816) 842-6590 | | | |

Page 1 2 3 4 **5** 6 7 8 9 10

Go to page: First Page  Last Page  Page number: [   ] Go!

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List




ReferenceUSA — An infoUSA Company

800.808.1113  E-mail Us

Version 2007.6    U.S. Business    Home  About Us  Our Quality  Contact Us  Help

Details  Data Summary  Revise My Criteria  New Search  Download  Print  Purchase List

**Search Results**                 Displaying 126-150 of 231 / Pages 10

Page 1 2 3 4 5 **6** 7 8 9 10

Go to page: First Page  Last Page  Page number: [  ] Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | I'm Alone Charter | 908 Westwood St | Pascagoula, MS | 39567 | (228) 769-5000 | | | |
| ☐ | Beautiful Because I'm Me | 2417 N Tryon St | Charlotte, NC | 28206 | (704) 376-9070 | | | |
| ☐ | Geo IM | 1329 Colts Pride Dr | Fayetteville, NC | 28312 | (910) 221-5532 | | | |
| ☐ | I'm The Cheapest Movers LLC | 227 Route 108 # 8 | Somersworth, NH | 03878 | (603) 740-0997 | | | |
| ☐ | Alan The Great IM Magic | 300 Lawrence Dr | Lanoka Harbor, NJ | 08734 | (732) 295-7676 | | | |
| ☐ | Atlantic Im & Export Corp | 220 Meister Ave | Branchburg, NJ | 08876 | (908) 595-0007 | | | |
| ☐ | I'm Impressed Kitchens | 476 Centennial Blvd | Voorhees, NJ | 08043 | (856) 741-2600 | | | |
| ☐ | Im Care Freehold | 246 South St | Freehold, NJ | 07728 | (732) 462-8388 | | | |
| ☐ | Im Care Freehold | 246 South St | Freehold, NJ | 07728 | (732) 462-8388 | | | |
| ☐ | IM Clone Systems Inc | 33 Chubb Way | Branchburg, NJ | 08876 | (908) 704-1807 | | | |
| ☐ | Im Mac Construction Inc | 1101 W Main St | Freehold, NJ | 07728 | (732) 431-0570 | | | |
| ☐ | Im Mack Constructions Managers | 588 Highway 70 | Brick, NJ | 08723 | (732) 920-6555 | | | |
| ☐ | Im Mack Constructions Managers | 87 Lackawanna Ave | Totowa, NJ | 07512 | (973) 837-0777 | | | |
| ☐ | Charmed I'm Sure | 550 W Plumb Ln # F | Reno, NV | 89509 | (775) 284-7766 | | | |
| ☐ | Hi I'm April Entertainment | 900 Karen Ave | Las Vegas, NV | 89109 | (702) 796-0210 | | | |
| ☐ | I'm Descrete & Cheap Kitty | Not Available | Las Vegas, NV | 89109 | (702) 946-0041 | | | |
| ☐ | I'm Misbehavin' | 900 Karen Ave | Las Vegas, NV | 89109 | (702) 737-8285 | | | |
| ☐ | I'm Sandi Meet Me Free | Not Available | Las Vegas, NV | 89109 | (702) 369-3652 | | | |
| ☐ | I'm Second Best | 900 Karen Ave | Las Vegas, NV | 89109 | (702) 734-9174 | | | |
| ☐ | Just Turned 19 I'm New In Town | Not Available | Las Vegas, NV | 89119 | (702) 739-2203 | | | |
| ☐ | Charmed I'm Sure Inc | 243 W 30th St # 4 | New York, NY | 10001 | (212) 947-4050 | | | |
| ☐ | Europe Craft Im | 1407 Broadway | New York, NY | 10018 | (212) 279-1158 | | | |
| ☐ | I'm Machine & Tool | 462 Cortland Rd | Groton, NY | 13073 | (607) 898-5518 | | | |
| ☐ | I'm Nuts Inc | 241 Rockaway Ave | Valley Stream, NY | 11580 | (516) 374-1940 | | | |
| ☐ | I'm Smart Of CNY | 428 W Onondaga St | Syracuse, NY | 13202 | (315) 471-4145 | | | |

Page 1 2 3 4 5 **6** 7 8 9 10

Go to page: First Page  Last Page  Page number: [  ] Go!

Details  Data Summary  Revise My Criteria  New Search  Download  Print  Purchase List




**Questions?**
800.808.1113 E-mail Us

Version 2007.6   U.S. Business   Home   About Us   Our Quality   Contact Us   Help

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List

**Search Results**   Displaying 151-175 of 231 / Pages 10

Page 1 2 3 4 5 6 7 8 9 10

Go to page: First Page  Last Page  Page number: [ ] Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | I'm Your Type Professional Ofc | 508 Garden St | Newburgh, NY | 12550 | (845) 566-1039 | | | |
| ☐ | Im Chait Gallery Auctioneers | 267 5th Ave | New York, NY | 10016 | (212) 213-5714 | | | |
| ☐ | Im Clone Systems Inc | 180 Varick St | New York, NY | 10014 | (212) 645-1405 | | | |
| ☐ | Im Doin Good | 160 W End Ave | New York, NY | 10023 | (212) 496-0573 | | | |
| ☐ | Im Mondello Fish Store | 6824 18th Ave | Brooklyn, NY | 11204 | (718) 236-3930 | | | |
| ☐ | Im Park | 336 Schermerhorn St | Brooklyn, NY | 11217 | (718) 875-1017 | | | |
| ☐ | Im School Of Healing Arts | 10 Spencer Ct | Brooklyn, NY | 11205 | (212) 741-8159 | | | |
| ☐ | Im, Matthias S | 830 Avenue Of The Americas # 2 | New York, NY | 10001 | (212) 683-9898 | | | |
| ☐ | Im, Paul DDS | 22110 59th Ave | Flushing, NY | 11364 | (718) 224-9453 | | | |
| ☐ | Im, Sohyun | 425 Lexington Ave # 15 | New York, NY | 10017 | (212) 455-2000 | | | |
| ☐ | Im, Won Gi MD | 221 Broadway # 303 | Amityville, NY | 11701 | (631) 789-7429 | | | |
| ☐ | Im-X Pilates Inc | 265 Madison Ave # 2 | New York, NY | 10016 | (212) 997-5550 | | | |
| ☐ | Universal Im-Export Inc | 81 Elizabeth St # 302 | New York, NY | 10013 | (212) 571-9688 | | | |
| ☐ | Akron EX-Im Sales Co Inc | 1340 E Archwood Ave | Akron, OH | 44306 | (330) 724-5251 | | | |
| ☐ | Happy I'm Nappy Braid & Natura | 1595 S Hawkins Ave | Akron, OH | 44320 | (330) 864-9223 | | | |
| ☐ | Honey I'm Home | 4210 W Sylvania Ave | Toledo, OH | 43623 | (419) 531-9200 | | | |
| ☐ | I'm Game | 156 Great Northern Mall | North Olmsted, OH | 44070 | (440) 734-1050 | | | |
| ☐ | I'm Stylin' For You | 730 Reading Rd | Mason, OH | 45040 | (513) 398-3379 | | | |
| ☐ | Im, Marvin Do | 109 Commerce Park Dr | Westerville, OH | 43082 | (614) 882-9355 | | | |
| ☐ | I'm A Basket Case | 22 E Shawnee Rd | Muskogee, OK | 74403 | (918) 682-2834 | | | |
| ☐ | Ex Im Marketing | 5885 SW 190th Ave | Beaverton, OR | 97007 | (503) 641-3431 | | | |
| ☐ | I M | 13521 SE Johnson Rd | Portland, OR | 97222 | (503) 786-8000 | | | |
| ☐ | I'm Service BMW Volkswagen | 4841 SW Macadam Ave | Portland, OR | 97239 | (503) 222-2125 | | | |

| | | | | | |
|---|---|---|---|---|---|
| ☐ | I'm So Happy Quilting | 351 NE 57th St | Newport, OR | 97365 | (541) 265-2490 |
| ☐ | Im Not There Guthier Inc | 115 SW Ash St | Portland, OR | 97204 | (503) 227-9069 |

Page 1 2 3 4 5 6 **7** 8 9 10

Go to page: First Page  Last Page  Page number: [    ] [Go]

[Details] [Data Summary] [Revise My Criteria] [New Search] [Download] [Print] [Purchase List]

50 Prints/Downloads/Emails per Search
© 2007 infoUSA, Inc. All Rights Reserved.
5711 South 86th Circle, P.O. Box 27347 Omaha, NE 68127
IP: 208.252.208.252




**Questions?**
800.808.1113  E-mail Us

Version 2007.6    U.S. Business    Home  About Us  Our Quality  Contact Us  Help

Details  Data Summary  Revise My Criteria  New Search  Download  Print  Purchase List

**Search Results**                    Displaying 176-200 of 231 / Pages 10

Page 1 2 3 4 5 6 7 **8** 9 10

Go to page:  First Page  Last Page  Page number: [  ]  Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | Im Tech Inc | 2101 NE Jack London St | Corvallis, OR | 97330 | (541) 757-2047 | | | |
| ☐ | Pan Im-Ex Pacific Inc | 8375 SW Barnes Rd # 101 | Portland, OR | 97225 | (503) 292-6418 | | | |
| ☐ | I & M | 6572 Lansdowne Ave | Philadelphia, PA | 19151 | (215) 877-7771 | | | |
| ☐ | I'm A Little Teapot | 925 Ridge Rd | Gettysburg, PA | 17325 | (717) 337-2463 | | | |
| ☐ | I'm Big Now Learning Ctr | 132 Memorial Hwy | Dallas, PA | 18612 | (570) 675-1220 | | | |
| ☐ | Im & Oh Inc | 361 E Chew Ave | Philadelphia, PA | 19120 | (215) 457-2400 | | | |
| ☐ | Im-Mack-Ulate Impressions | 305 James St | Turtle Creek, PA | 15145 | (412) 816-0399 | | | |
| ☐ | Mark Im Embroidery & Screen | 126 Connoq Main St | Connoquenessing, PA | 16027 | (724) 789-9888 | | | |
| ☐ | Pentecostal Church Of God IM | 217 N 2nd St | Allentown, PA | 18102 | (610) 433-0493 | | | |
| ☐ | Ran Im Chong Grocery | 8014 Ogontz Ave | Philadelphia, PA | 19150 | (215) 548-5860 | | | |
| ☐ | I'm Yours | 104 Tucson Dr | Sumter, SC | 29150 | (803) 775-4525 | | | |
| ☐ | Im X Mortgage Funding | 870 Cleveland St | Greenville, SC | 29601 | (864) 235-4500 | | | |
| ☐ | Eurpoean Im Export | 1447 Grove Meadow Ct | Germantown, TN | 38138 | (901) 751-0526 | | | |
| ☐ | Charmed I'm Sure | 6112 Bryant Irvin Rd | Fort Worth, TX | 76132 | (817) 361-5995 | | | |
| ☐ | Dan IM Inc | Not Available | Austin, TX | 78701 | (512) 478-1914 | | | |
| ☐ | Global IM-Export | 429 Benignus Rd | Houston, TX | 77024 | (713) 973-0143 | | | |
| ☐ | House Painting IM | Not Available | Corpus Christi, TX | 78412 | (361) 992-6783 | | | |
| ☐ | I'm In Stitches | 1444 S Bell St | San Angelo, TX | 76903 | (325) 651-5544 | | | |
| ☐ | I'm Pizza | 4201 Westbank Dr # B | Austin, TX | 78746 | (512) 327-1313 | | | |
| ☐ | I'm Ready Entertainment | 4206 Douglas St | Houston, TX | 77018 | (713) 692-8575 | | | |
| ☐ | I'm Ready Productions | Not Available | Houston, TX | 77022 | (713) 692-8575 | | | |
| ☐ | I'm That One | 2808 N Saint Augustine Dr #426 | Dallas, TX | 75227 | (972) 285-0314 | | | |
| ☐ | I'm Your Handyman | 736 James | Dallas, TX | 75205 | (214) 707-0095 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | I'm Your Type | 10902 Rustling Winds Dr | Houston, TX | 77064 | (281) 807-9998 | | | |
| ☐ | I'm Yours | 125 N Industrial Dr | Waco, TX | 76710 | (254) 776-3413 | | | |

Page 1 2 3 4 5 6 7 **8** 9 10

Go to page: First Page  Last Page  Page number: [    ] Go!

[Details]  [Data Summary]  [Revise My Criteria]  [New Search]  [Download]  [Print]  [Purchase List]

50 Prints/Downloads/Emails per Search
© 2007 infoUSA, Inc. All Rights Reserved.
5711 South 86th Circle, P.O. Box 27347 Omaha, NE 68127
IP: 208.252.208.252




**Questions?**
800.808.1113 E-mail Us

Version 2007.6 | U.S. Business | Home | About Us | Our Quality | Contact Us | Help

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List

## Search Results

Displaying 201-225 of 231 / Pages 10

Page 1 2 3 4 5 6 7 8 **9** 10

Go to page: First Page  Last Page  Page number: [ ]  Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | Im So Fly Cuts | 5247 Honeyvine Dr | Houston, TX | 77048 | (713) 991-7949 | | | |
| ☐ | Im Texas | Not Available | Houston, TX | 77057 | (713) 266-8811 | | | |
| ☐ | Im Texas | Not Available | Richmond, TX | 77469 | (281) 343-5551 | | | |
| ☐ | Im, Stephen S MD | 4747 Medical Dr | San Antonio, TX | 78229 | (210) 592-0340 | | | |
| ☐ | Med-Im Development Inc | 1733 Woodstead Ct | Spring, TX | 77380 | (281) 296-0404 | | | |
| ☐ | Trinity IM Clinic | 1034 Clinic Dr | Tyler, TX | 75701 | (903) 533-8161 | | | |
| ☐ | Western Im-Ex Inc | RR 11 Box 378g | Fort Worth, TX | 76108 | (817) 448-8866 | | | |
| ☐ | I'm Scrappin | 2106 N 1000 E | Lehi, UT | 84043 | (801) 766-9633 | | | |
| ☐ | I'm Shir Designs | 2806 Melanie Ln | Ogden, UT | 84403 | (801) 479-9016 | | | |
| ☐ | Im Home Furnishing | 1775 Eastbay Blvd | Provo, UT | 84606 | (801) 374-3185 | | | |
| ☐ | Im Home Furnishing | 977 S University Ave | Provo, UT | 84601 | (801) 377-4663 | | | |
| ☐ | Im Parts | 6990 S State St | Midvale, UT | 84047 | (801) 561-0470 | | | |
| ☐ | In & Out Im & SAFETY Insp | 480 S Main St | Spanish Fork, UT | 84660 | (801) 794-3100 | | | |
| ☐ | Quick IM State Inspection | 3141 S Main St | Salt Lake City, UT | 84115 | (801) 467-5200 | | | |
| ☐ | I'm Your Man | RR 4 | Gate City, VA | 24251 | (276) 386-6614 | | | |
| ☐ | Im Manufacturing Imc | 1100 Jefferson Davis Hwy | Richmond, VA | 23224 | (804) 233-8400 | | | |
| ☐ | Im Print Shoppe | 301 W Main St | Abingdon, VA | 24210 | (276) 676-2777 | | | |
| ☐ | Jessica Im Realty | Not Available | Mechanicsville, VA | 23111 | (804) 559-9916 | | | |
| ☐ | Corp IM | 1500 Broadway | Seattle, WA | 98122 | (206) 324-0919 | | | |
| ☐ | Honey I'm Home | 7027 Alonzo Ave NW | Seattle, WA | 98117 | (206) 782-4905 | | | |
| ☐ | I'm A Pal | 742 S Southern St | Seattle, WA | 98108 | (206) 762-3640 | | | |
| ☐ | Im Andrew | 7533 Olympic View Dr | Edmonds, WA | 98026 | (425) 672-3678 | | | |
| ☐ | Im, Catherine DDS | 3670 Bridgeport Way W | University Place, WA | 98466 | (253) 566-6404 | | | |
| ☐ | L G Panlasiqui Im Inc | 34616 11th Ave S # 6 | Federal Way, WA | 98003 | (253) 874-9430 | | | |
| ☐ | L G Panlasiqui Im Inc | 34616 11th Ave S # 6 | Federal Way, WA | 98003 | (253) 874-9430 | | | |

Page 1 2 3 4 5 6 7 8 **9** 10

Go to page: First Page  Last Page  Page number: [ ]  Go!

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List



 **Questions?**
800.808.1113  E-mail Us

Version 2007.6    U.S. Business    Home   About Us   Our Quality   Contact Us   Help

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List

**Search Results**         Displaying 226-231 of 231 / Pages 10

Page 1 2 3 4 5 6 7 8 9 **10**

Go to page: First Page  Last Page  Page number: [   ] Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | Hong, Im MD | 3610 Deer Rd | Wisconsin Rapids, WI | 54494 | (715) 424-3559 | | | |
| ☐ | I'm A Christian Apparel | 18500 W National Ave | New Berlin, WI | 53146 | (262) 679-4720 | | | |
| ☐ | I'm Hair For You | 2985 N Brookfield Rd | Brookfield, WI | 53045 | (414) 217-7702 | | | |
| ☐ | I'm Here | 819 S Park St | Madison, WI | 53715 | (608) 251-2707 | | | |
| ☐ | M Im Waycover Repair Inc | 1525 Office Park Ln | Beloit, WI | 53511 | (608) 363-9930 | | | |
| ☐ | I'm Free | 93 Mcdowell St | Welch, WV | 24801 | (304) 436-4254 | | | |

Page 1 2 3 4 5 6 7 8 9 **10**

Go to page: First Page  Last Page  Page number: [   ] Go!

Details | Data Summary | Revise My Criteria | New Search | Download | Print | Purchase List

50 Prints/Downloads/Emails per Search
© 2007 infoUSA, Inc. All Rights Reserved.
5711 South 86th Circle, P.O. Box 27347 Omaha, NE 68127
IP: 208.252.208.252