# Exhibit MM




Version 2007.6     U.S. Business ▾     Home   About Us   Our Quality   Contact Us   Help

〔Details〕 〔Data Summary〕 〔Revise My Criteria〕 〔New Search〕 〔Download〕 〔Print〕 〔Purchase List〕

Search Results  I AM                    Displaying 1-25 of 263 / Pages 11

Page **1** 2 3 4 5 6 7 8 9 10

Go to page:  First Page  Last Page  Page number: [        ] 〔Go!〕

| All | Company Name | Address | City/State | ZIP | Phone | Linkage | | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Up | Down | |
| ☐ | I AM Brakes & Suspension | 99 Deposito Paseo | Hot Springs Vlg, AR | 71909 | (501) 915-0205 | | | |
| ☐ | IAM | 106 N Alabama St | Crossett, AR | 71635 | (870) 364-3662 | ⬆ | | View |
| ☐ | IAM | 3700 Airport Rd | Jonesboro, AR | 72401 | (870) 931-4899 | ⬆ | | View |
| ☐ | Stephanie's Hair I AM | 907 E Broadway St | West Memphis, AR | 72301 | (870) 732-9289 | | | |
| ☐ | AM I Hungry | Not Available | Phoenix, AZ | 85048 | (480) 704-7811 | | | |
| ☐ | Barber I AM | 1051 Hancock Rd # 3 | Bullhead City, AZ | 86442 | (928) 758-9945 | | | |
| ☐ | I AM America | PO Box 2511 | Payson, AZ | 85547 | (928) 474-1341 | | | |
| ☐ | I AM Temple Of Tucson | 2919 N Los Altos Ave | Tucson, AZ | 85705 | (520) 670-1568 | | | |
| ☐ | Volvo AM I | 1570 E Osborn Rd | Phoenix, AZ | 85014 | (602) 275-2305 | | | |
| ☐ | All I AM Media | 150 Shoreline Hwy | Mill Valley, CA | 94941 | (415) 331-6060 | | | |
| ☐ | F I AM Mortgage Realty | 230 N Bonnie Brae St # 1 | Los Angeles, CA | 90026 | (213) 483-3831 | | | |
| ☐ | Gon Ji AM | 4653 Beverly Blvd | Los Angeles, CA | 90004 | (323) 469-4648 | | | |
| ☐ | Great I AM Ministries Inc | 6051 Grand Ave | Riverside, CA | 92504 | (951) 788-2433 | | | |
| ☐ | Hair I AM | 15856 K St | Mojave, CA | 93501 | (661) 824-0805 | | | |
| ☐ | Hair I AM | 1821 E Main St | Ventura, CA | 93001 | (805) 643-6803 | | | |
| ☐ | Hair I AM By Albert | 129 S Edwards St | Independence, CA | 93526 | (760) 878-2316 | | | |
| ☐ | Hair I AM On Wheels | 1815 S Catalina Ave | Redondo Beach, CA | 90277 | (310) 613-9426 | | | |
| ☐ | I AM A Plumber Looking For | Not Available | Morro Bay, CA | 93442 | (805) 772-7037 | | | |
| ☐ | I AM Accredited Sanctuary | 1320 S Hope St | Los Angeles, CA | 90015 | (213) 747-5003 | | | |
| ☐ | I AM Activity St Germain Fndtn | 1525 Chapala St | Santa Barbara, CA | 93101 | (805) 967-3852 | | | |
| ☐ | I AM Blessed Assurance Bapt | 2009 Virginia Rd | Los Angeles, CA | 90016 | (323) 731-2117 | | | |
| ☐ | I AM Foundation | 7825 Fay Ave # 200 | La Jolla, CA | 92037 | (858) 454-7010 | | | |
| ☐ | I AM Handy | Not Available | Temecula, CA | 92591 | (951) 541-4314 | | | |
| ☐ | I AM Music | 25897 Western Ave | Lomita, CA | 90717 | (310) 539-0777 | | | |
| ☐ | I AM New Life Ministries | 38400 San Ignacio Rd | Hemet, CA | 92544 | (951) 767-2575 | | | |

Page **1** 2 3 4 5 6 7 8 9 10

Go to page:  First Page  Last Page  Page number: [        ] 〔Go!〕

〔Details〕 〔Data Summary〕 〔Revise My Criteria〕 〔New Search〕 〔Download〕 〔Print〕 〔Purchase List〕



An *info*USA Company

 **Questions?**
800.808.1113 **E-mail Us**

Version 2007.6    | U.S. Business ▾ |    Home    About Us    Our Quality    Contact Us    Help

❮Details❯ ❮Data Summary❯ ❮Revise My Criteria❯ ❮New Search❯ ❮Download❯ ❮Print❯ ❮Purchase List❯

## Search Results                    Displaying 26-50 of 263 / Pages 11

Page 1 **2** 3 4 5 6 7 8 9 10

Go to page:  First Page  Last Page   Page number: [          ] [Go!]

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|-----|--------------|---------|------------|-----|-------|------------|--------------|------------------|
| ☐ | I AM Reading Room-Mount Shasta | 600 S Mount Shasta Blvd | Mt Shasta, CA | 96067 | (530) 926-2525 | | | |
| ☐ | I AM Rose Of Light Temple | 45 S Sierra Madre Blvd | Pasadena, CA | 91107 | (626) 792-4048 | | | |
| ☐ | I AM Sanctuary | 841 Foam St | Monterey, CA | 93940 | (831) 655-5443 | | | |
| ☐ | I AM Sanctuary | 2691 Almaden Rd | San Jose, CA | 95125 | (408) 265-1119 | | | |
| ☐ | I AM Sanctuary Of Oceanside | 501 S Nevada St | Oceanside, CA | 92054 | (760) 722-4494 | | | |
| ☐ | I AM Sanctuary-St Germain | 2357 4th Ave | San Diego, CA | 92101 | (619) 234-0732 | | | |
| ☐ | I AM Temple | 1137 Mccloud Ave | Mt Shasta, CA | 96067 | (530) 918-9182 | | | |
| ☐ | I AM Temple | 6769 Skyway | Paradise, CA | 95969 | (530) 877-9329 | | | |
| ☐ | I AM Temple | 1017 23rd St | Sacramento, CA | 95816 | (916) 446-3824 | | | |
| ☐ | I AM Temple Of San Marcos | 260 S Las Posas Rd | San Marcos, CA | 92078 | (760) 744-1784 | | | |
| ☐ | I AM That I AM | PO Box 4618 | Laguna Beach, CA | 92652 | (760) 505-6303 | | | |
| ☐ | I AM That I AM | Not Available | Los Angeles, CA | 90013 | (213) 673-4066 | | | |
| ☐ | IAM | 5115 Douglas Fir Rd | Calabasas, CA | 91302 | (818) 716-0992 | | | |
| ☐ | Just As I AM Christian Mnstrs | 1700 15th St | Oceano, CA | 93445 | (805) 473-0667 | | | |
| ☐ | Just As I AM Ministries | Not Available | Santa Rosa, CA | 95401 | (707) 792-1796 | | | |
| ☐ | Locksmith I AM & Co | 152 S Ardmore Ave | Los Angeles, CA | 90004 | (213) 364-7838 | | | |
| ☐ | Si-AM Connection Inc | Not Available | La Puente, CA | 91744 | (626) 336-3840 | | | |
| ☐ | Si-AM Connection Inc | 1433 Custoza Ave | Rowland Heights, CA | 91748 | (626) 581-1708 | | | |
| ☐ | Tan I AM | 15018 LA Mirada Blvd | La Mirada, CA | 90638 | (714) 521-3786 | | | |
| ☐ | Thank God I AM Painting | Not Available | Elk Grove, CA | 95624 | (916) 714-1278 | | | |
| ☐ | Will I AM | 5540 Hollywood Blvd | Los Angeles, CA | 90028 | (323) 467-6500 | | | |
| ☐ | Will I AM Music | 3101 Glendale Blvd | Los Angeles, CA | 90039 | (323) 661-1524 | | | |
| ☐ | Brooke Burgee I AM Oz | 400 Pine St | Red Cliff, CO | 81649 | (970) 827-5278 | | | |
| ☐ | I AM Sanctuary | 975 E 7th Ave | Denver, CO | 80218 | (303) 831-7199 | | | |
| ☐ | I AM Study Group | Not Available | Crestone, CO | 81131 | (719) 256-4704 | | | |

Page 1 **2** 3 4 5 6 7 8 9 10

Go to page:  First Page  Last Page   Page number: [          ] [Go!]

❮Details❯ ❮Data Summary❯ ❮Revise My Criteria❯ ❮New Search❯ ❮Download❯ ❮Print❯ ❮Purchase List❯




☎ Questions?
800.808.1113  E-mail Us

| Version 2007.6 | U.S. Business ▼ | Home   About Us   Our Quality   Contact Us   Help |

❰Details❱  ❰Data Summary❱  ❰Revise My Criteria❱  ❰New Search❱  ❰Download❱  ❰Print❱  ❰Purchase List❱

## Search Results          Displaying 51-75 of 263 / Pages 11

Page 1 2 **3** 4 5 6 7 8 9 10

Go to page:  First Page  Last Page  Page number: [        ] ❰Go!❱

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|-----|--------------|---------|------------|-----|-------|---------|-----------|------------------|
| ☐ | Eohlppus I AM Horse | 2960 Boston Post Rd | Guilford, CT | 06437 | (203) 315-8316 | | | |
| ☐ | Hair I AM | 864 Farmington Ave | Bristol, CT | 06010 | (860) 584-9641 | | | |
| ☐ | I AM Temple Of Saint Germain | 763 Oak St | East Hartford, CT | 06118 | (860) 568-8205 | | | |
| ☐ | I AM Your DJ | Not Available | Seymour, CT | 06483 | (203) 888-2332 | | | |
| ☐ | Sam I AM Karaoke | Not Available | Putnam, CT | 06260 | (860) 963-7424 | | | |
| ☐ | I AM Sanctuary & St Germain | 1711 M St NW | Washington, DC | 20036 | (202) 347-5152 | | | |
| ☐ | Gem I AM Children's Apparel | 1151 E Lebanon Rd # 1151 F | Dover, DE | 19901 | (302) 698-4145 | | | |
| ☐ | Great I-AM Production Studio | 25 Rose Ln | New Castle, DE | 19720 | (302) 888-2477 | | | |
| ☐ | Teacher I AM | 2602 Philadelphia Pike # B | Claymont, DE | 19703 | (302) 798-2388 | | | |
| ☐ | A M & I Africh Mgmt & Invest | 5407 Boggy Creek Rd | Orlando, FL | 32824 | (407) 240-0408 | | | |
| ☐ | Air I AM Inc | 9770 Lago Dr | Boynton Beach, FL | 33437 | (561) 424-0673 | | | |
| ☐ | Air I AM Plumbing | 1181 S Rogers Cir | Boca Raton, FL | 33487 | (561) 305-2538 | | | |
| ☐ | I AM A Promise Preschool | 27521 W 1st Ave | Hilliard, FL | 32046 | (904) 845-1166 | | | |
| ☐ | I AM Cabinets | 736 S 50th St | Tampa, FL | 33619 | (813) 514-2620 | | | |
| ☐ | I AM Christian Bookstore | 7272 W Atlantic Blvd | Margate, FL | 33063 | (954) 972-2644 | | | |
| ☐ | I AM Corp | 5471 Spring Hill Dr | Spring Hill, FL | 34606 | (352) 666-2708 | | | |
| ☐ | I AM Group Inc | 1800 NW South River Dr | Miami, FL | 33125 | (305) 646-0100 | | | |
| ☐ | I AM Guarded Security Systems | 2839 Center Port Cir | Pompano Beach, FL | 33064 | (954) 752-6900 | | | |
| ☐ | I AM Healing Arts Ctr | 1918 Robinhood St | Sarasota, FL | 34231 | (941) 927-6797 | | | |
| ☐ | I AM Health | 2355 Salzedo St | Coral Gables, FL | 33134 | (305) 627-6712 | | | |
| ☐ | I AM Institute Inc | 5507 Pine Island Rd | Bokeelia, FL | 33922 | (239) 282-4325 | | | |
| ☐ | I AM Latin American | 2022 NW 21st Ave | Miami, FL | 33142 | (305) 324-8444 | | | |
| ☐ | I AM Ministry Ctr | 4339 Gulf Breeze Pkwy | Gulf Breeze, FL | 32563 | (850) 934-8385 | | | |
| ☐ | I AM Sanctuary | 2126 Kings Ave | Jacksonville, FL | 32207 | (904) 398-5347 | | | |
| ☐ | I AM Sanctuary | 447 NE 22nd St | Miami, FL | 33137 | (305) 573-1492 | | | |

Page 1 2 **3** 4 5 6 7 8 9 10

Go to page:  First Page  Last Page  Page number: [        ] ❰Go!❱

❰Details❱  ❰Data Summary❱  ❰Revise My Criteria❱  ❰New Search❱  ❰Download❱  ❰Print❱  ❰Purchase List❱



 Questions?

800.808.1113 **E-mail Us**

| Version 2007.6 | U.S. Business ▾ | Home   About Us   Our Quality   Contact Us   Help |
|---|---|---|

❪Details❫ ❪Data Summary❫ ❪Revise My Criteria❫ ❪New Search❫ ❪Download❫ ❪Print❫ ❪Purchase List❫

## Search Results

Page 1 2 3 **4** 5 6 7 8 9 10

### Displaying 76-100 of 263 / Pages 11

Go to page:  First Page   Last Page   Page number: [      ] ❪Go!❫

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | I AM Temple Of Orlando | 31520 Mount Plymouth Loop | Sorrento, FL | 32776 | (352) 383-1363 | | | |
| ☐ | I AM Woman Corp | 1903 W State Road 434 | Longwood, FL | 32750 | (407) 834-7112 | | | |
| ☐ | Plumber I AM Inc | 9775 Boca Gardens Cir N # D | Boca Raton, FL | 33496 | (561) 482-0661 | | | |
| ☐ | Restaurant I AM Latin America | 6741 Coral Way | Miami, FL | 33155 | (305) 264-0749 | | | |
| ☐ | Sam I AM Lawn & Maintenance | 1635 S Prescott Ave | Clearwater, FL | 33756 | (727) 461-0240 | | | |
| ☐ | Stan I AM Mortgage | 425 40th Ct SW | Vero Beach, FL | 32968 | (772) 978-9609 | | | |
| ☐ | Here AM I Ministries Inc | 5321 Camden Lake Dr NW | Acworth, GA | 30101 | (770) 529-4644 | | | |
| ☐ | I AM & Aw Local Lodge 2783 | 709 Osborne St | St Marys, GA | 31558 | (912) 729-7462 | | | |
| ☐ | I AM Cellular | 5343 Old Highway 5 # 303 | Woodstock, GA | 30188 | (770) 928-7171 | | | |
| ☐ | I AM Faith Missions Ministries | 6142 Mabletn Pkwy SE | Mableton, GA | 30126 | (770) 739-2929 | | | |
| ☐ | I AM Handyman Technician | 5367 Salem Springs Dr | Lithonia, GA | 30038 | (770) 873-1102 | | | |
| ☐ | I AM Harvest Network Inc | 90 Commerce Dr # B | Fayetteville, GA | 30214 | (770) 716-0203 | | | |
| ☐ | I AM Reading Room | 1204 Albany Ave | Waycross, GA | 31501 | (912) 283-8675 | | | |
| ☐ | I AM Sanctuary | 2107 Mcafee Rd | Decatur, GA | 30032 | (404) 371-1453 | | | |
| ☐ | I AM Sanctuary Of Atlanta | 2346 Sanford Rd | Decatur, GA | 30033 | (770) 934-5633 | | | |
| ☐ | I AM That I AM Tabernacle | 1510 US Highway 29 | West Point, GA | 31833 | (706) 645-1227 | | | |
| ☐ | I AM Trade Show | 880 Glenwood Ave SE | Atlanta, GA | 30316 | (404) 688-7588 | | | |
| ☐ | I AM Wonderful | 2078 Fairburn Rd | Douglasville, GA | 30135 | (770) 920-9375 | | | |
| ☐ | I AM Creations & Design | Not Available | Haleiwa, HI | 96712 | (808) 637-4469 | | | |
| ☐ | I AM Entertainment | Not Available | Hilo, HI | 96720 | (808) 937-2788 | | | |
| ☐ | I AM Paradise | 66-250 Kamehameha Hwy # G190 | Haleiwa, HI | 96712 | (808) 637-6888 | | | |
| ☐ | I AM Sanctuary | 3745 Claudine St | Honolulu, HI | 96816 | (808) 734-0444 | | | |
| ☐ | I AM Sancturary Of Maui | Not Available | Paia, HI | 96779 | (808) 873-0847 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | I AM Inc | 520 N Government Way | Coeur D Alene, ID | 83814 | (208) 676-1633 | | |
| ☐ | Hair I AM | 127 Exchange St | Colona, IL | 61241 | (309) 949-2807 | | |

Page 1 2 3 **4** 5 6 7 8 9 10

Go to page:  First Page   Last Page   Page number: [        ] Go!

⦅Details⦆ ⦅Data Summary⦆ ⦅Revise My Criteria⦆ ⦅New Search⦆ ⦅Download⦆ ⦅Print⦆ ⦅Purchase List⦆

50 Prints/Downloads/Emails per Search
© 2007 infoUSA, Inc. All Rights Reserved.
5711 South 86th Circle, P.O. Box 27347 Omaha, NE 68127
IP: 208.252.208.252



An *info*USA Company

 **Questions?**
800.808.1113  **E-mail Us**

| Version 2007.6 | U.S. Business | Home  About Us  Our Quality  Contact Us  Help |
|---|---|---|

Details  Data Summary  Revise My Criteria  New Search  Download  Print  Purchase List

## Search Results

**Displaying 101-125 of 263 / Pages 11**

Page 1 2 3 4 **5** 6 7 8 9 10

Go to page:  First Page  Last Page  Page number: [        ]  Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | Hair I AM Salon & Day Spa | 625 W Rollins Rd # H | Round Lake Beach, IL | 60073 | (847) 546-1810 | | | |
| ☐ | I AM Alexa | 243 W 31st St | Chicago, IL | 60616 | (312) 225-0277 | | | |
| ☐ | I AM Ceramics | 7140 S Honore St | Chicago, IL | 60636 | (773) 434-9567 | | | |
| ☐ | I AM I Can Learning Ctr Inc | 3707 Grant Dr | Johnsburg, IL | 60050 | (815) 363-1333 | | | |
| ☐ | I AM Mike Inc | 1871 Scarboro Dr | Glendale Heights, IL | 60139 | (630) 894-9988 | | | |
| ☐ | I AM Precious Jewels | 1858 E 87th St | Chicago, IL | 60617 | (773) 375-9700 | | | |
| ☐ | I AM Siam Inc | 1 Huntington Ln | Wheeling, IL | 60090 | (847) 419-0698 | | | |
| ☐ | I AM Temple Of Chicago | 176 W Washington St | Chicago, IL | 60602 | (312) 346-1380 | | | |
| ☐ | I AM Thee Inc | 225 Donelda Ln | Rockford, IL | 61102 | (815) 962-4881 | | | |
| ☐ | Hair I AM | 1126 W Bristol St | Elkhart, IN | 46514 | (574) 264-9931 | | | |
| ☐ | I AM Fun | 824 W Morgan St | Kokomo, IN | 46901 | (765) 452-4323 | | | |
| ☐ | I AM Reading Room | 1347 Madison Ave | Indianapolis, IN | 46225 | (317) 632-8462 | | | |
| ☐ | I AM The One Cleaning Svc | 1719 N Lynhurst Dr | Indianapolis, IN | 46224 | (317) 243-5595 | | | |
| ☐ | IAM | 1202 E Franklin St | Huntington, IN | 46750 | (260) 359-1545 | ⬆ | | View |
| ☐ | I AM Christian Fellowship | 1712 Prairie Hwy | Breaux Bridge, LA | 70517 | (337) 234-7575 | | | |
| ☐ | I AM Five-Fold Ministries | 3301 W College St | Shreveport, LA | 71109 | (318) 636-0555 | | | |
| ☐ | I AM Ironman | 2755 Tifton St | Kenner, LA | 70062 | (504) 952-3426 | | | |
| ☐ | I AM N Computer Training LLC | 47 Fairfield Ave | Gretna, LA | 70056 | (504) 309-9081 | | | |
| ☐ | Hair I AM | 173 Adams St | Waltham, MA | 02453 | (781) 891-6816 | | | |
| ☐ | Hair I AM | 2 Main St | Woburn, MA | 01801 | (781) 932-3336 | | | |
| ☐ | I AM Sanctuary | 46 High St | Stoneham, MA | 02180 | (781) 438-3861 | | | |
| ☐ | Just As I AM | 60 Island St | Lawrence, MA | 01840 | (978) 681-5155 | | | |
| ☐ | Hair I AM | 342 N Washington St | Easton, MD | 21601 | (410) 819-3646 | | | |
| ☐ | I AM Nutri Wellness & Health | 8639 Greenbelt Rd | Greenbelt, MD | 20770 | (301) 552-3180 | | | |
| ☐ | I AM Real Jesus Is Real | 9103 Dangerfield Rd | Clinton, MD | 20735 | (301) 877-8700 | | | |

Page 1 2 3 4 **5** 6 7 8 9 10

Go to page:  First Page  Last Page  Page number: [        ]  Go!

Details  Data Summary  Revise My Criteria  New Search  Download  Print  Purchase List



An *info*USA Company



**Questions?**
800.808.1113 E-mail Us

Version 2007.6    U.S. Business ▼    Home   About Us   Our Quality   Contact Us   Help

Details   Data Summary   Revise My Criteria   New Search   Download   Print   Purchase List

## Search Results

Displaying 126-150 of 263 / Pages 11

Page 1 2 3 4 5 **6** 7 8 9 10

Go to page: First Page  Last Page  Page number: [          ] Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|-----|--------------|---------|------------|-----|-------|------------|--------------|------------------|
| ☐ | I AM The Notary | 2636 Churchville Rd | Churchville, MD | 21028 | (410) 734-4773 | | | |
| ☐ | I AM Universal Marketing | 1215 White Mills Rd | Catonsville, MD | 21228 | (410) 747-4800 | | | |
| ☐ | IAM | Not Available | Waldorf, MD | 20602 | (301) 638-3668 | ⬆ | | View |
| ☐ | Sam I AM Powerwashing & Paint | Not Available | Columbia, MD | 21044 | (443) 864-9330 | | | |
| ☐ | A M & I Painting | Not Available | York, ME | 03909 | (207) 361-4084 | | | |
| ☐ | Hair I AM | 78 Barker St | Calais, ME | 04619 | (207) 454-3993 | | | |
| ☐ | I AM Computer Svc & Repair | Not Available | Presque Isle, ME | 04769 | (207) 764-2600 | | | |
| ☐ | Hair I AM | 4609 N Shore Dr | Menominee, MI | 49858 | (906) 863-7730 | | | |
| ☐ | I AM Exact Care Connection | 20700 Civic Center Dr # 170 | Southfield, MI | 48076 | (248) 663-2460 | | | |
| ☐ | I AM Inc | 13282 S West Bay Shore Dr | Traverse City, MI | 49684 | (231) 922-0170 | | | |
| ☐ | I AM My Brother's Keeper | 1435 Brainard St | Detroit, MI | 48208 | (313) 832-0007 | | | |
| ☐ | I AM RU | 5071 Saint Clair St | Detroit, MI | 48213 | (313) 922-0558 | | | |
| ☐ | I AM Temple | 2300 2nd Ave | Detroit, MI | 48201 | (313) 962-4891 | | | |
| ☐ | I AM Temple Saint Germain | 6404 Quail Run Rd | Oshtemo, MI | 49077 | (269) 353-6046 | | | |
| ☐ | I AM Woman | 23077 Greenfield Rd # 100 | Southfield, MI | 48075 | (248) 559-3181 | | | |
| ☐ | IAM | 490 W Western Ave | Muskegon, MI | 49440 | (231) 722-0050 | ⬆ | | View |
| ☐ | IAM | 1301 W Long Lake Rd | Troy, MI | 48098 | (248) 312-7262 | | | |
| ☐ | Just As I AM Ministry | 18905 W 7 Mile Rd | Detroit, MI | 48219 | (313) 533-3489 | | | |
| ☐ | Temple Of I AM | 4380 Conner St | Detroit, MI | 48215 | (313) 824-8689 | | | |
| ☐ | Dial I AM Hurt | Not Available | White Bear Lake, MN | 55110 | (651) 426-4878 | | | |
| ☐ | Hair I AM Beauty Salon Ctr | 146 2nd Ave SE | Cambridge, MN | 55008 | (763) 689-2434 | | | |
| ☐ | I AM A Baset Case Com | Not Available | Wayzata, MN | 55391 | (952) 473-2192 | | | |
| ☐ | I AM Learning Ctr | 8 W 60th St | Minneapolis, MN | 55419 | (612) 871-1340 | | | |
| ☐ | I AM Magazine | 6600 France Ave S | Edina, MN | 55435 | (952) 285-2612 | | | |
| ☐ | Tan I AM | 151 Silver Lake Rd NW # 5 | New Brighton, MN | 55112 | (651) 638-3060 | | | |

Page 1 2 3 4 5 **6** 7 8 9 10

Go to page: First Page  Last Page  Page number: [          ] Go!

Details   Data Summary   Revise My Criteria   New Search   Download   Print   Purchase List



An infoUSA Company



**Questions?**
800.808.1113 E-mail Us

Version 2007.6       U.S. Business ▼           Home   About Us   Our Quality   Contact Us   Help

❮Details❯ ❮Data Summary❯ ❮Revise My Criteria❯ ❮New Search❯ ❮Download❯ ❮Print❯ ❮Purchase List❯

## Search Results
### Displaying 151-175 of 263 / Pages 11

Page 1 2 3 4 5 6 **7** 8 9 10

Go to page:  First Page  Last Page  Page number: [          ] ❮Go!❯

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | Hair I AM | 106 W 2nd St | Montgomery City, MO | 63361 | (573) 564-3973 | | | |
| ☐ | I AM Not A Stupid User | 1285 Stephenridge Dr | St Charles, MO | 63304 | (314) 452-7861 | | | |
| ☐ | I AM Temple & Sanctuary | 5412 Brookside Blvd | Kansas City, MO | 64112 | (816) 444-2707 | | | |
| ☐ | I AM Temple-St Germain Fndtn | 211 S Skinker Blvd | St Louis, MO | 63105 | (314) 727-6624 | | | |
| ☐ | IAM | 1428 8th St | West Plains, MO | 65775 | (417) 256-0708 | ⬆ | | View |
| ☐ | Hair I AM | 781 1st St | Big Sandy, MT | 59520 | (406) 378-3169 | | | |
| ☐ | I AM Third Foundation | 6901 Goldenstein Ln | Bozeman, MT | 59715 | (406) 586-1781 | | | |
| ☐ | I AM 108 | 53 Cabarrus Ave W | Concord, NC | 28025 | (704) 786-9108 | | | |
| ☐ | I AM Insurance | 1934 S Horner Blvd | Sanford, NC | 27330 | (919) 777-9835 | | | |
| ☐ | I AM Salon & Day Spa | 5511 Carolina Beach Rd | Wilmington, NC | 28412 | (910) 395-1335 | | | |
| ☐ | I AM The Foundation-The WRLD | 409 Martin Luther King Dr | Elizabethtown, NC | 28337 | (910) 879-0213 | | | |
| ☐ | I AM Unique | 4318 Bland Rd | Raleigh, NC | 27609 | (919) 981-0790 | | | |
| ☐ | I AM Up All Night | 23 Cambridge Arms | Fayetteville, NC | 28303 | (910) 864-9916 | | | |
| ☐ | I AM Woman | 1145 Sycamore St | Rocky Mount, NC | 27801 | (252) 985-1139 | | | |
| ☐ | Hair I AM | 1518 W 2nd St | Hastings, NE | 68901 | (402) 462-8922 | | | |
| ☐ | Hair I AM | Church St | Kingston, NH | 03848 | (603) 642-4626 | | | |
| ☐ | Hair I AM | 461 5th St | Hoboken, NJ | 07030 | (201) 795-9077 | | | |
| ☐ | I AM Beauty Gallery | 200 Main St # 2 | Fort Lee, NJ | 07024 | (201) 363-9744 | | | |
| ☐ | I AM Financial Svc | 38 Ingraham Pl | Newark, NJ | 07108 | (973) 424-9847 | | | |
| ☐ | I AM Temple | 904 Schaffernoth Pl | Springfield, NJ | 07081 | (973) 467-8130 | | | |
| ☐ | Sam I AM Bagels | 430 Springfield Ave # C | Berkeley Heights, NJ | 07922 | (908) 464-6600 | | | |
| ☐ | Sam I AM Bagels | 1665 Stelton Rd | Piscataway, NJ | 08854 | (732) 985-2511 | | | |
| ☐ | Sam I AM Bagels | 225 US Highway 46 | Totowa, NJ | 07512 | (973) 785-3399 | | | |
| ☐ | I AM Able Ctr For Family Dev | 8415 Sonoma Valley Rd NE | Albuquerque, NM | 87122 | (505) 239-1700 | | | |
| ☐ | I AM Ring Tones | 813 Marcella St NE | Albuquerque, NM | 87123 | (505) 315-2150 | | | |

Page 1 2 3 4 5 6 **7** 8 9 10

Go to page:  First Page  Last Page  Page number: [          ] ❮Go!❯

❮Details❯ ❮Data Summary❯ ❮Revise My Criteria❯ ❮New Search❯ ❮Download❯ ❮Print❯ ❮Purchase List❯



Version 2007.6    **Questions?**
800.808.1113  **E-mail Us**

U.S. Business       Home   About Us   Our Quality   Contact Us   Help

Details   Data Summary   Revise My Criteria   New Search   Download   Print   Purchase List

## Search Results

**Displaying 176-200 of 263 / Pages 11**

Page 1 2 3 4 5 6 7 **8** 9 10

Go to page:  First Page  Last Page   Page number: [        ] Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | I AM Temple | 8025 Mountain Road Pl NE | Albuquerque, NM | 87110 | (505) 256-0686 | | | |
| ☐ | Hair I AM | 7143 Lincoln Avenue Ext | Lockport, NY | 14094 | (716) 434-8399 | | | |
| ☐ | Hair I AM | 668 Lovejoy Rd | Ogdensburg, NY | 13669 | (315) 244-0259 | | | |
| ☐ | Hair I AM | 1761 Route 209 | Westbrookville, NY | 12785 | (845) 754-7552 | | | |
| ☐ | Hair I AM Beauty Salon | 17 Paddock Pl | Newburgh, NY | 12550 | (845) 564-4247 | | | |
| ☐ | Hair I AM Unisex Salon | 786 Brighton Rd | Tonawanda, NY | 14150 | (716) 838-1888 | | | |
| ☐ | I AM Adam LTD | 350 5th Ave | New York, NY | 10118 | (212) 239-0207 | | | |
| ☐ | I AM Books LTD | 315 Main St | Huntington, NY | 11743 | (631) 271-5683 | | | |
| ☐ | I AM Fac Creations | 209 W 21st St # 5c | New York, NY | 10011 | (212) 807-1346 | | | |
| ☐ | I AM I Can | 150 Broadhollow Rd # 218 | Melville, NY | 11747 | (631) 385-3342 | | | |
| ☐ | I AM Image New York | 1230 Avenue Of The Americas | New York, NY | 10020 | (646) 756-2821 | | | |
| ☐ | I AM Ministries Aka The Glory | 2160 Forest Ave | Staten Island, NY | 10303 | (718) 442-5426 | | | |
| ☐ | I AM Ministries Inc | 70 Parkview Loop | Staten Island, NY | 10314 | (718) 477-4426 | | | |
| ☐ | I AM No Slob Inc | 347 E 138th St | Bronx, NY | 10454 | (718) 292-2728 | | | |
| ☐ | I AM Sanctuaries Of NYC | 159 E 35th St | New York, NY | 10016 | (212) 686-9088 | | | |
| ☐ | I AM Sanctuaries Of Queens | 9426 Van Wyck Expy | Jamaica, NY | 11419 | (718) 206-9142 | | | |
| ☐ | I AM The Church-The Living God | 616 Myrtle Ave | Brooklyn, NY | 11205 | (718) 857-7665 | | | |
| ☐ | I AM The Way Church Of The Lrd | 542 Saratoga Ave | Brooklyn, NY | 11212 | (718) 345-4140 | | | |
| ☐ | IAM | 16059 Rockaway Blvd | Jamaica, NY | 11434 | (718) 341-7871 | | | |
| ☐ | Lady I AM | 1015 Broadway | Woodmere, NY | 11598 | (516) 295-5239 | | | |
| ☐ | Research I AM | 540 Madison Ave # 18 | New York, NY | 10022 | (212) 980-1738 | | | |
| ☐ | St Germain Foundation I AM | 23 Fairview Pl | Brooklyn, NY | 11226 | (718) 941-2822 | | | |
| ☐ | Children Of The I AM | 1322 Copley Rd | Akron, OH | 44320 | (330) 836-4303 | | | |
| ☐ | Hair I AM | 2612 E Pleasant Home Rd | Creston, OH | 44217 | (330) 435-4191 | | | |
| ☐ | I AM Entertainment | 700 Park Rd | Worthington, OH | 43085 | (614) 507-6205 | | | |

Page 1 2 3 4 5 6 7 **8** 9 10

Go to page:  First Page  Last Page   Page number: [        ] Go!

Details   Data Summary   Revise My Criteria   New Search   Download   Print   Purchase List



An *info*USA Company

 **Questions?**
**800.808.1113  E-mail Us**

Version 2007.6          U.S. Business ▼          Home   About Us   Our Quality   Contact Us   Help

〖Details〗 〖Data Summary〗 〖Revise My Criteria〗 〖New Search〗 〖Download〗 〖Print〗 〖Purchase List〗

## Search Results          Displaying 201-225 of 263 / Pages 11

Page 1 2 3 4 5 6 7 8 **9** 10

Go to page: First Page  Last Page  Page number: [      ] 〖Go!〗

| All | Company Name | Address | City/State | ZIP | Phone | Linkage | | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Up | Down | |
| ☐ | I AM Listening | 850 Euclid Ave | Cleveland, OH | 44114 | (216) 274-1222 | | | |
| ☐ | IAM | 930 Grove Ave | Ashland, OH | 44805 | (419) 289-6811 | ⬆ | | View |
| ☐ | IAM | 349 N Market St | Wooster, OH | 44691 | (330) 202-7640 | ⬆ | | View |
| ☐ | Tan I AM | 1500 N Clinton St | Defiance, OH | 43512 | (419) 782-6500 | | | |
| ☐ | Who Do You Sam I AM | Not Available | Lorain, OH | 44055 | (440) 277-0877 | | | |
| ☐ | Hair I AM At Tanning Zone | 4606 Boomer Dr | Woodward, OK | 73801 | (580) 256-3033 | | | |
| ☐ | I AM God's Creation Fellowship | 733 SE 15th St | Oklahoma City, OK | 73129 | (405) 601-9736 | | | |
| ☐ | Hair I AM | 471 Main St | Heppner, OR | 97836 | (541) 676-9644 | | | |
| ☐ | I AM Sanctuary | 2037 SE Spruce Ave | Portland, OR | 97214 | (503) 236-1885 | | | |
| ☐ | AM I Done Yet | 1010 Walnut Dr | Walnutport, PA | 18088 | (610) 767-0963 | | | |
| ☐ | Hair I AM Family Salon | 91 N Main St # 300 | Carbondale, PA | 18407 | (570) 282-1629 | | | |
| ☐ | I AM Activity | 6904 Scotforth Rd | Philadelphia, PA | 19119 | (215) 438-1472 | | | |
| ☐ | I AM Activity Of Erie | Not Available | Erie, PA | 16501 | (814) 451-2519 | | | |
| ☐ | I AM Activity Of Saint Germain | Not Available | Waterford, PA | 16441 | (814) 796-1404 | | | |
| ☐ | I AM Alive Bible Church | 1290 Baltimore Pike | Chadds Ford, PA | 19317 | (610) 459-8544 | | | |
| ☐ | I AM Nails Salon | 1153 Penn St | Williamsport, PA | 17701 | (570) 327-0686 | | | |
| ☐ | I AM Sanctuary | 709 Penn Ave | Pittsburgh, PA | 15222 | (412) 281-2267 | | | |
| ☐ | I AM Sanctuary | 126 S Front St # A | Wormleysburg, PA | 17043 | (717) 730-4070 | | | |
| ☐ | Hair I AM | 916 1/2 Harden St | Columbia, SC | 29205 | (803) 933-9334 | | | |
| ☐ | Hair I AM | 1517 E Bobo Newsom Hwy | Hartsville, SC | 29550 | (843) 332-6321 | | | |
| ☐ | How High AM I | 671 Clearview Dr | Charleston, SC | 29412 | (843) 864-9353 | | | |
| ☐ | I AM It Inc | 210 S Ocean Blvd | Myrtle Beach, SC | 29577 | (843) 626-5511 | | | |
| ☐ | IAM | 1 Dublin St | Walterboro, SC | 29488 | (843) 538-8863 | | | |
| ☐ | Hair I AM | 525 Lick Hollow Rd | Greeneville, TN | 37743 | (423) 639-7253 | | | |
| ☐ | I AM For Kids | 43 S Bradley Rd | Leoma, TN | 38468 | (931) 852-2974 | | | |

Page 1 2 3 4 5 6 7 8 **9** 10

Go to page: First Page  Last Page  Page number: [      ] 〖Go!〗

〖Details〗 〖Data Summary〗 〖Revise My Criteria〗 〖New Search〗 〖Download〗 〖Print〗 〖Purchase List〗



 **Questions?**
**800.808.1113 E-mail Us**

Version 2007.6 | U.S. Business ▼ | Home   About Us   Our Quality   Contact Us   Help

〔Details〕 〔Data Summary〕 〔Revise My Criteria〕 〔New Search〕 〔Download〕 〔Print〕 〔Purchase List〕

## Search Results

**Displaying 226-250 of 263 / Pages 11**

Page 1 2 3 4 5 6 7 8 9 **10**

Go to page: First Page  Last Page  Page number: [＿＿＿] 〔Go!〕

| All | Company Name | Address | City/State | ZIP | Phone | Linkage | | Corporate Family |
|-----|--------------|---------|------------|-----|-------|---------|---|------------------|
| | | | | | | Up | Down | |
| ☐ | I AM Reading Room | 2121 Hillsboro Rd | Franklin, TN | 37069 | (615) 791-5858 | | | |
| ☐ | Church Of I AM | 3180 S 11th St | Beaumont, TX | 77705 | (409) 842-0716 | | | |
| ☐ | Ham I AM | 17618 Davenport Rd # 1 | Dallas, TX | 75252 | (972) 424-0127 | | | |
| ☐ | Ham I AM Inc | 641 Presidential Dr | Richardson, TX | 75081 | (972) 238-1776 | | | |
| ☐ | Here I AM Orphan Ministries | 114 E Alamo St | Brenham, TX | 77833 | (979) 421-6471 | | | |
| ☐ | I AM | Not Available | Dallas, TX | 75252 | (972) 407-9700 | | | |
| ☐ | I AM Concepts | 1906 Hollyoak Dr | Houston, TX | 77084 | (281) 398-0092 | | | |
| ☐ | I AM Enterprises | 8340 Fathom Cir # 802 | Austin, TX | 78750 | (512) 918-1370 | | | |
| ☐ | I AM Holy Temple Church | 2415 N Winnetka Ave | Dallas, TX | 75212 | (214) 741-1002 | | | |
| ☐ | I AM Insurance | 2101 Remington Ave | Edinburg, TX | 78539 | (956) 316-3800 | | | |
| ☐ | I AM Ministries | 5737 Waldorf Dr | El Paso, TX | 79924 | (915) 755-6466 | | | |
| ☐ | I AM Reading Room | 3700 Greenbriar St | Houston, TX | 77098 | (713) 522-5977 | | | |
| ☐ | I AM Sanctuary | 136 9th St | San Antonio, TX | 78215 | (210) 224-9173 | | | |
| ☐ | I AM Sanctuary & Reading Room | 5510 Shoalwood Ave | Austin, TX | 78756 | (512) 458-6885 | | | |
| ☐ | I AM Special Hair Design | 1112 S 6th St | Temple, TX | 76504 | (254) 771-1255 | | | |
| ☐ | I AM That I AM Training Ctr | 4710 Lynnacre Dr | Dallas, TX | 75211 | (214) 372-4272 | | | |
| ☐ | I AM The Alpha & Omega Church | 2922 Vance Jackson Rd | San Antonio, TX | 78213 | (210) 442-2400 | | | |
| ☐ | I AM The Way Cogic | 8627 Wileyvale Rd | Houston, TX | 77016 | (713) 635-3973 | | | |
| ☐ | I AM My Own Tattoo Shop | 1190 N Main St # 3 | Springville, UT | 84663 | (801) 491-3253 | | | |
| ☐ | I AM Sanctuary | Not Available | Midvale, UT | 84047 | (801) 565-8566 | | | |
| ☐ | Hair I AM | 10552 Associates Ct | Manassas, VA | 20109 | (703) 366-3181 | | | |
| ☐ | I AM A Voice | Not Available | Colonial Beach, VA | 22443 | (804) 224-7777 | | | |
| ☐ | I AM Enterprize | 2303 Arbor Dr | Richmond, VA | 23222 | (804) 329-0681 | | | |
| ☐ | I AM The Way Gift Shop | 4546 E Princess Anne Rd | Norfolk, VA | 23502 | (757) 855-2244 | | | |
| ☐ | I AM Trucking | 1500 Steel St | Chesapeake, VA | 23323 | (757) 485-4600 | | | |

Page 1 2 3 4 5 6 7 8 9 **10**

Go to page: First Page  Last Page  Page number: [＿＿＿] 〔Go!〕

〔Details〕 〔Data Summary〕 〔Revise My Criteria〕 〔New Search〕 〔Download〕 〔Print〕 〔Purchase List〕



An *info*USA Company

 **Questions?**
800.808.1113 **E-mail Us**

| Version 2007.6 | U.S. Business ▾ | Home   About Us   Our Quality   Contact Us   Help |
|---|---|---|

❮Details❯  ❮Data Summary❯  ❮Revise My Criteria❯  ❮New Search❯  ❮Download❯  ❮Print❯  ❮Purchase List❯

## Search Results                    Displaying 251-263 of 263 / Pages 11

Previous 10 Pages  Page **11**

Go to page:  First Page  Last Page  Page number: [        ] Go!

| All | Company Name | Address | City/State | ZIP | Phone | Linkage Up | Linkage Down | Corporate Family |
|---|---|---|---|---|---|---|---|---|
| ☐ | Hair I AM | 22722 75th Ave SE | Woodinville, WA | 98072 | (425) 481-4247 | | | |
| ☐ | Hair I AM | 10223 Grove Rd SE | Yelm, WA | 98597 | (360) 458-2284 | | | |
| ☐ | I AM Reading Room | 7608 Aurora Ave N | Seattle, WA | 98103 | (206) 525-1840 | | | |
| ☐ | Just As I AM Early Learning | 7834 S Superior Ave | Concrete, WA | 98237 | (360) 853-7800 | | | |
| ☐ | A Handy Man I AM | 1279 Hillcrest Hts | Green Bay, WI | 54313 | (920) 434-4836 | | | |
| ☐ | AM I High Aviation | 404 Highway 66 | Stevens Point, WI | 54481 | (715) 252-3326 | | | |
| ☐ | Hair I AM | 234 Brook St # 7 | Waukesha, WI | 53188 | (262) 896-9240 | | | |
| ☐ | I AM Deductible | 8550 W Forest Home Ave | Milwaukee, WI | 53228 | (414) 529-3703 | | | |
| ☐ | I AM I Can I See Foundation | 10721 W Capitol Dr | Wauwatosa, WI | 53222 | (414) 462-2960 | | | |
| ☐ | I AM Temple | 3208 S Kinnickinnic Ave | Milwaukee, WI | 53207 | (414) 744-8529 | | | |
| ☐ | Sam-I-AM Sportfishing Charters | 3304 Wright Ave | Racine, WI | 53405 | (262) 637-8943 | | | |
| ☐ | I AM Coffee | 21 Bank St | Welch, WV | 24801 | (304) 436-5200 | | | |
| ☐ | I AM A Promise | 139 Storey Blvd | Cheyenne, WY | 82009 | (307) 634-8932 | | | |

Previous 10 Pages  Page **11**

Go to page:  First Page  Last Page  Page number: [        ] Go!

❮Details❯  ❮Data Summary❯  ❮Revise My Criteria❯  ❮New Search❯  ❮Download❯  ❮Print❯  ❮Purchase List❯

50 Prints/Downloads/Emails per Search
© 2007 infoUSA, Inc. All Rights Reserved.
5711 South 86th Circle, P.O. Box 27347 Omaha, NE 68127
IP: 208.252.208.252