# Exhibit OO

# YELLOWPAGES.COM

We found **2 businesses** for ""i am"" **nationwide**.

**I AM**
4015 Messina Dr Apt C
San Diego, CA 92113 Map

(619) 266-8532


Review This Business!
**Rate it**  Read Reviews

More Options

**I AM**
Serving Your Area

(972) 407-9700

Review This Business!
**Rate it**  Read Reviews

More Options

**Part of the new at&t**

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.