# Exhibit SS

A CITY SLICKER E-MAILED IN THE STICKS.
THE NEW INSPIRON™ 1521 NOTEBOOK, now with the option of long-range wireless.
$799 Add long-range wireless for $180
Offer ends 7/11
HEY, GET IT HERE.
DELL YOURS IS HERE
Site Map | Help
AIM.com
Main
Downloads
Services
Fun with AIM
Developers
AIM Beta
Support
AIM version 6.1
For Windows
Easier text messaging. Buddy profile images. More colors. Vista ready. Find out what else is new in AIM 6.1.
Install Now
Mac | Win 98 | Linux | All
Mail
Get a Screen Name
AIM Express
Can't download AIM? Use AIM Express.
AIM Location
Find yourself.
Find your buddies.
SurfinDiane
Your AIM WeeMee
Awesome Outfits
Tragic Mishaps
Go Get a AIM WeeMee
AIM 6.1 Features
Grouped IMs
Buddy Icons
Offline IMs
AIM Share
Share a Web site or broadcast a message to folks on your Buddy List.
AIM BuddyBlog
New products and running commentaries abound. The AIM team loves to blog.
AIM Pages
It's your life on a page. Create a profile today and make friends. Or just ignore everyone, whatever.
Message Boards
Others want to hear your opinion. Let people know how you really feel on the message boards.
Outside the U.S.?
Argentina | Australia | Canada (English) | Canada (French) | France | Germany | Japan | Latino | Netherlands | UK | India
For Testers
AIM® Beta
The new AIM Beta is compatible with MS Vista, check it out and let us know what you think.
For Professionals
AIM® Pro
Integrate IMs into your calendar and get heightened security features. Plus, AIM Pro is Vista-compatible.
For Spanish Speakers
AIM en Español
AIM 6.0 and AIM Express are now available in Spanish. ¡Chatea con tus amigos y tu familia desde cualquier lugar del planeta!
For Gamers
Playlinc™
SCI's Playlinc client brings next-generation messaging into your favorite games and more.
For Music and Fashion Lovers
The Lounge
Our friends at the Lounge set up a virtual hub where you can gush about music, fashion and celebs.
AIM.com | Download AIM | Fun with AIM | Developers | Support | Add AIM to Your Site | Get Help | AIM Today | AOL.com | AIM Beta
Terms of Use | Updated Privacy Policy | Trademarks | Bulk E-mail Policy | Advertise With Us
© 2007 AOL LLC. All Rights Reserved.

