# Exhibit TT

ImLive.com - Live Video Chat With Experts! Page 1 of 1

Case 4:07-cv-02639-SBA    Document 43-3    Filed 07/03/2007    Page 2 of 2



Video Chat Live With Experts

 It's fast, easy and free!

**Members Login** | **FAQ** | **Customer Service**

**Video Chat with LIVE experts or become an expert yourself at the world's largest web cam arena!**

Over 8,000,000 members... 12,000 new members every day... Join everyone's favorite web cam arena!    Over 8,000,000 members.



**Live Experts**

Consult LIVE experts in a variety of fields!

Mysticism & Spirituality

Counseling & Coaching

Health, Diet & Fitness

Your Computer

And Much More!

**Sexual Stress Relief**

Watch live amateurs on their web cams!

Live Sex Video Chat

Live Web cam Shows

Live Sex Shows

For adults only - must be 18 or older

**Friends & Romance**

Find new friends or a special match!

Mingle with Charming Singles

Find local companions in your area

View personal videos

**Mad Video Competitions**

Watch the wildest, wackiest videos and share them with your friends!

Role Playing Competition

Hot for Teacher Competition

Bartender Hotties Competition

Fitness Fever Competition

[Search hosts by Nickname ▼] [_____] **Search**    **Advanced Search**

**Video Chat at ImLive Language sites in your language!**

English | Spanish | French | German

**Have an Expertise? Want to share it and make extra money?**

Become a Video Chat host - Host Login - Host FAQ

ImLive.com recommends the use of IE6, IE7, Firefox 1.5, Firefox 2, Or Mac Safari and Firefox 2

Affiliate Program - Become an Agent - Agent Login

Terms of Use - Privacy Policy - Anti-Spam Policy - Compliance with 18 U.S.C. § 2257 - Site Index - Site Map - Site Terminology

Public Relations - Make ImLive Your Homepage!

© 2007 ImLive.com All Rights Reserved