# Exhibit UU



## What is IMVU?

IMVU is a cool new way to hang out and have fun with your friends online! Just like an old-school text-based messenger, you download IMVU's software onto your PC. But with IMVU you create your own avatars who chat in killer 3D scenes. Check it out and experience 3D chat for yourself!



**IMVU 3D messenger**
Hang out and chat with friends or meet new people from around the world. With 3D avatars, chatting is way more fun. Check it out for yourself!



**IMVU home pages**
You don't just get 3D chat with IMVU, you also get your own customizable homepage for free!
Your homepage lets you see and be seen. Just meet someone in a chat? Check out their homepage to find out more about them!





**The IMVU catalog**
Browse for new clothes, shoes, hairstyles, accessories, pets, furniture and more in the IMVU catalog! All the products are created by IMVU users and thousands of new items are added every day!
Try on new items before you buy to make sure you love them and have fun creating an entire wardrobe of amazing outfits!



© 2007 IMVU All rights reserved