# Exhibit WW



# X-IM FREE Encrypted Instant Messaging

› Download FREE   › Features   › Our Encryption   › Help   › Advertise   › Privacy

**Ads by Google**

**Microsoft Unified**
Transforming PCs into an All in One Communications Device- Learn More
www.microsoft.com/UC

**Secure Instant Messaging**
Secure IM on your Enterprise Systems. Free 30 Day Trial!
www.akonix.com

**Pointsec Encryption**
World's Most Popular Encryption Secure Laptops, Phones, PCs, PDAs
www.pointsec.com

**Instant Messenging**
Are You Instant Messenging? You Could Be! Find Programs Here.
www.MessengerWeb.com

**Hardware Security**

X-IM is a free Secure Instant Messaging (IM) and Chat program which lets you communicate with anyone on the Internet securely, using 256-bit Strong Encryption. Download now for free and start communicating securely right away!

**Download Now**   X-IM Version 1.13

Find out what's new in version 1.13



Why Encryption?



How secure is it?