# Exhibit XX

IMAGERYMEDIA.COM

HOME   ABOUT   WORK   PROCESS   PRESS   GAMES   CONTACT

**CLIENT STUDIES**

Cartoon Network
Adult Swim
Random House
Morgan Collection
School of Visual Arts

Z100
Canon
FedEx
EGamingZone.com
Dereko Baby

The Other Side
John Kerry
Sovereign Authority
The Kennedy Firm
Jonny Smokes

RECENT WORK   ADVERGAMES   E-LEARNING   MOTION GRAPHICS   ANIMATION   WIDGETS

CLICK ONE OF OUR **CLIENTS** ABOVE AND SEE WHAT WE DID FOR THEM



