# Exhibit YY


**Home Page**

- Home
- Making A Difference
- Merchants/Products/Svcs
- Career Opportunities
- Contact Us

www.in-on-line.com
(808) 669-8533
mail@in-on-line.com

**SPEND LESS, SAVE MORE, EVERY TIME YOU SHOP! EVERY DAY!**

Present your iNTERNETWORK mARKETING (im)™ Member ID at the time of purchase and get IMMEDIATE / "On-The-Spot" Savings & Best Prices, EVERY time you shop at Participating im™ Member Merchants. im™ Members SAVE $100's to $1,000's a year!

LIFETIME Consumer Memberships are a ONE-TIME payment of $19.95 (Hi residents add 80¢ sales tax). SAVE $100's to $1,000's a Year! SAVE MORE - EVERY TIME YOU SHOP at im™ Participating Member Merchants. ("Click" on "Merchants / Products / Services" and follow the prompts). Order your Consumer Membership "on-line" or phone us and we'll expedite order processing. Orders placed By 3pm (MST) shipped same day.

ATTENTION MERCHANTS: Promote your business around the clock through our Network Membership Marketing System. We provide the most affordable marketing you can ever utilize! At INTERNETWORK mARKETING, we're "...making a difference". For Details: "Click" on "Contact Us" or call (808) 669-8533

Join Today | Order Online |