# Exhibit ZZ

