# Exhibit AAA



