# Exhibit BBB




- Home
- About iMedia
- Finding iMedia
- Gallery
- Workshops



iMedia is a University resource available to faculty, staff, and students who need design assistance or image creation for their instructional or research projects.

We provide photography, multimedia, and graphic design, as well as consultation and customized training in graphics applications.

Home | About iMedia | Finding iMedia | Gallery | Workshops

Send comments and questions to: iMedia@buffalo.edu

Last Updated: 12.23.06