# Exhibit DDD




productSEARCH  GO▶

0 items  $0.00
View Cart  Sign In  Edit Profile
WishList  Giftcards

**Shop by Brand** | **Shop by Product** | **Visit Our Retail Store** | **Contact Us** | **Help** | **FAQs**

Home Page | Drums & Percussion | Guitars & Amplifiers | Basses & Amplifiers | Keyboards & Synths | Live Sound | DJ & Lighting | Brass & Woodwinds | Orchestra | Recording & Software | Sheet Music & Books | DVDs & Videos | Clothing & Gifts

- View Order History
- Order by catalog number
  GO▶

Drums & Percussion
Guitars & Amplifiers
Basses & Amplifiers
Keyboards & Synths
Live Sounds
DJ & Lighting
Brass & Woodwinds
Orchestra
Recording & Software
Sheet Music & Books
DVDs & Videos
Clothing & Gifts
- Books
- Clothing/Hats
- DVDs
- VHS Videos
- Metronomes
- Music Stands













▽ Promotions
- Sabian Box Bonanza
- Yamaha Rydeen pkg
- NAMM Money Card
▽ Retail Store
- Groove Garage
- Rentals
- Electronic Repair
- Educators
▽ Sponsors
- Pabst / Riverside
▽ Catalogs (FREE)
- Busting Out Drum '07
- Drum & Perc '06-'07
- Educator Edition
▽ Resources
- The Outlet
- New Products
- Newsletter Subscribe NOW!

---

Printed Music  New Products  Books & Videos  Band & Orchestra  Drums & Percussion  Gifts  Clearance Specials
Guitars & Basses  Keyboards & Recording  Pro Audio/DJ & Lighting

---



The Interstate Difference • Visit Our Store • Our History • Our Mission • Join Our Team
Our site is best viewed at 800x600 or above using the most current Microsoft or Netscape browsers.
Account maintenance and shopping cart use require a browser with 128 bit encryption with JavaScript and cookies enabled.
Send comments and suggestions to web-master@interstatemusic.com
Main phone (toll free) 1-877-213-2580 Fax (toll free): 1-800-529-0382
Privacy Policy  Online Ordering Policy  Ordering by Phone  Special Orders  Returns  Warranties  Low Price Guarantee
Interstatemusic.com is a division of Cascio Music Incorporated. All content © Copyright 1999 - 2007 Cascio Music Company, Inc. All Rights Reserved.
All prices, descriptions, and specifications subject to change without notice. Not responsible for pricing errors.