# Exhibit EEE







- Sleepy Ray - Christian, Blues, Electric, & Guitar
- Purchase CD's at IAM.com's ® Secure Online Store
- IAM ® a Musician News

o 10 Steps Toward Becoming an Extra
o Become a Featured IAM ® Actor Face
o IAM ® an Actor News

■ Become a Featured IAM ® Model Face
■ IAM ® a Model News

• Become a Featured IAM ® Athlete Face
• IAM ® an Athlete News

o Become a Featured IAM ® Dancer Face
o IAM ® a Dancer News

musicians  models  dancers
actors  athletes