# Exhibit FFF

## NEXT GENERATION SPORTS TRAINING MEDIA

: OUR STORY
: OUR MISSION
: OUR PRODUCTS
: OUR CLIENTS

**Immersion Media uses next generation** animation technology to teach and showcase sports and fitness skills, rules and concepts.

Check out our newest creation--The Virtual Lacrosse Academy: Casey and Mikey Powell present the Brine Method.

CLICK HERE FOR DETAILS ON OUR AWESOME SOCCER DVD

: NEWS    : FEEDBACK

CONTACT US:

3520 PRESTWICK DRIVE
FAYETTEVILLE, NC 28303
PHONE: 910.868.8441
FAX: 910.868.8412





A proud member of:



The non-profit coalition for increasing participation. For info and programs, go to: **www.PlayBallUSA.info**

© 2007 *Immersion Media*, Inc. All Rights Reserved.