# Exhibit GGG