# Exhibit HHH

