# Exhibit III



I'm OnCall is a secure **online help desk support** application that auto configures a temporary connection to your customer's PC, without any pre-installed software. Rapidly resolve your customer's technical issues with **on demand PC remote control**. With **I'm OnCall**, resellers, IT help desks, software vendors and other support organizations can deliver outstanding **live customer support** through reduced call times and cost-effective problem resolution.



Start your free 10 day trial now!



Applications

I'm OnCall can benefit many different industries on different levels. Select one of the industries below to find out how I'm OnCall can work for your organization.

[ Please Choose An Industry ]

**I'm OnCall Advantages:**

- Login to I'm OnCall from any web browser
- Auto configured remote connections and remote PC control in less than a minute
- Customer focused – no pre-installed software or configuration
- **Remote desktop control** is possible within minutes of your first I'm OnCall login
- Create a branded interface with your company's logo
- Technician's remote control interface includes screen sizing and file transfer
- Technician activity reporting
- Customer incident tracking
- Cost-effective **help desk management** solution allowing flexible growth with minimal upfront costs
- Comprehensive platform for delivering outstanding **PC remote support** services
- As a **managed service provider** of on demand technical support, increase service revenues, lower costs and generate high ROI.

• **Features**

Copyright © 2007 - 01 Communique. All rights reserved.

Free Trial | Terms of Service | Privacy Policy | Remote Access Software | Remote Control Software