# Exhibit JJJ





The leader in remote access & remote control software.

**I'm InTouch** — Remote Access Software

Products | FREE Trial | Tech Support | Buy NOW! | FAQs | **Remote Access Login**

Flexible, Remote Access to Your PC

CONVENIENT • SECURE • EASY TO USE

**Just Released - Version 5.62**
Includes compatibility with Vista and fast user switching!

### What is I'm InTouch?
- Login
- FREE Trial
- About I'm InTouch
- How It Works
- Features
- Applications
- Security
- Pricing
- System Requirements

start **FREE 30 DAY TRIAL**

BlackBerry Handheld User Applications

Stay in touch with all of your information while you're on the go.
- HUB Canada

### Features of I'm InTouch
- PC Remote Control
- Child Monitoring Software
- Pocket PC Remote Control
- Remote Presentation
- Web Conferencing
- File Management Software
- Contact Management
- Online Calendar
- Remote Desktop Printing
- Remote Email Access
- Wireless Email Software
- Live Streaming Video

- About Us
- Press Room
- Contact Us

## I'm InTouch

I'm InTouch is a secure and easy to use remote access and remote control software technology that allows access to your distant PC from anywhere. With I'm InTouch, you can run programs, manage files, email, contacts and calendar information. Even print remote documents locally!

- How I'm InTouch works
- System Requirements
- Features of I'm InTouch
- FAQs
- Press
- Customer Testimonials



**New Features:**
- Compatibility with Windows Vista
- Fast user switching

### New in Version 5.62
- Compatibility with Windows Vista
- Fast user switching

| Features | I'm InTouch | GoToMyPC | pcAnywhere |
|---|---|---|---|
| PC Remote control | ✓ | ✓ | ✓ |
| Pocket PC remote control | ✓ | ✓ | |
| Transfer files | ✓ | ✓ | ✓ |
| Print remote documents | ✓ | ✓ | ✓ |
| Firewall settings maintained | ✓ | ✓ | |
| Remote presentation for up to 10 attendees | ✓ | | |
| Child Monitoring Software (stealth mode operation) | ✓ | | |
| One-step PC Locator | ✓ | | |
| Outlook access from cellular phone | ✓ | | |
| Notification on cell phone of new email | ✓ | | |
| File access from browser of PC or wireless device | ✓ | | |
| Webcam access from wireless device | ✓ | | |

I'm InTouch is protected under:   Patent infringement lawsuit against:
U.S. Patents 6928479, 6938076    Citrix Online: **Press Release  Court Pleading**

| back to the top |

Remote Access Software | Remote Control Software | Privacy Policy | Terms of Use

Remote Email Access | Contact Management | Online Calendar | File Management Software | PC Remote Control
Live Streaming Video | Wireless Email Software

Copyright 2007 • 01 Communique

I'm InTouch is protected under U.S. Patent Numbers 6,928,479 & 6,938,076