# Exhibit KKK


