# Exhibit LLL

http://www.imnetworks.co.uk/



# imnetworks
c o n s u l t i n g

HOME    IT    TELEPHONY    DESIGN    PHOTOGRAPHY    VIDEO    CONTACT

**tel: 0870 118 8076**

Get in contact with us today, call 0870 118 8076.... or click on the contact button at the top for further information.

**In this section...**

IT
TELEPHONY
DESIGN
PHOTOGRAPHY
VIDEO

## Welcome...

Thank you for joining us at IMNetworks, use the below links to find out more about our products and services we can supply. Then call us and we can assist you with your requirements in greater depth.

**IT Services**

Supply, install and support of your IT systems

**Telephony & Telecoms**

Telephones, fixed line, mobile, VOIP and internet solutions

**Design**

Whatever your need, on-time and within budget

**Photography**

Digital & 35mm photography, manipulation and printing

**Video**

Digital video shooting, editing, conversion, all straight to DVD

Please choose a section above to explore.

Site design & content ©2006 imnetworks.co.uk

**Incoming News...**

symantec.

**Security Alerts**

**Latest Threats**
- 07-01-07   W32.Daxlesh
- 07-01-07   Trojan.Trickanclick
- 06-29-07   W32.Svich
- 06-29-07   W32.Pife
- 06-29-07   W32.Gexin.A
- 06-29-07   W32.Espoleo
  More...

**Top Threats**
More...

**Security Advisories**
- Microsoft Internet Explorer URLMON.DLL COM Object Insta...
- Microsoft Win32 API Parameter Validation Remote Code Ex...
  More...

**Search Threat Database**

[          ]  go

Use this feed on your site