# Exhibit MMM

Live Online TV, Funny Videos and more at Imvite.com



http://www.imvite.com 6/30/2007 5:34:57 AM