# Exhibit NNN

Invested Managements,Inc.::::Designed by Notty Designs







**About IAM**
:: vision
:: IAM board
:: **support IAM**
   *"Give a Seat of Honor"*

**Programs**
:: programs
:: calendar of events
:: conferences

**Community**
:: membership
:: virtual gallery
:: exhibits

**Resources**
:: IAM store
:: articles
:: audio recordings
:: regional groups
:: links

**Contact Us**
:: join IAM list
:: comments

## Inspire, Engage & Create.

*"Art is not a pleasure, a solace, or an amusement; art is a great matter.
Art is an organ of human life, transmitting man's
reasonable perception into feeling."*
**Leo Tolstoy**



I am
Gordon Pennington,
Marketing Strategist

### CONTRIBUTE
Click here to support the
**Conference Fund**

If you would like to make a
general donation to IAM,
please click here

[ Donate ]

Click here for more info.

Become a donor and
receive an archival print.
Art for Donations Program

**NEWS**

### 2007 Conference MP3s Available
Click here to view and purchase »

### "Give a Seat of Honor" Capital Campaign
Support our new space build-out »

**UPDATED SUMMER EVENTS**
... Goings-on around NYC »

*Want to host your own regional IAM group?*
:: Get materials here

Our focus on peacemaking started in response to **Sept. 11th, 2001** with the TriBeCa Temporary Project has taken us to **Tokyo** for Christmas in Peace project.

**Ian Cron's** new book release **Chasing Francis**
:: Learn more

:: Home    :: IAM Store    :: Contact Us    :: Copyright © 2005-2007 All Rights Reserved





## Hurricane Katrina "I'm OK" Registry

Please help by spreading the word about this site and the Red Cross website.

**Why this registry is different...** By using the person's telephone number, you can find out immediately if there is information or not. This allows you to pinpoint a specific person or household. You don't have to comb a bunch of message boards or try different search criteria in a database. Just use the person's phone number, that's it! Read more about us...







### Find Out if Someone You Know is OK

Please enter the person's primary **phone number** that they used before the disaster occured. Please include area code:

[                    ] [ Search ]

### Tell People that Someone You Know is OK

Please enter the disaster victim's primary **phone number** that they used before the disaster occured. Please include area code:

[                    ] [ Search ]

### Tell People You are OK

Please enter your primary **phone number** that you used before the disaster occured. Please include area code.

[                    ] [ Search ]

### Other Efforts to Check Out

- Displaced Designer
- Flickr Katrina Relief Auction
- Photoblogger Charity Auctions

### Donate

We are **not accepting donations** for this project. If you would like to donate, please consider the following widely recognized organizations.

- Red Cross
- AmeriCares

### Steal These Buttons

Please help spread the word by stealing our buttons! Below each button is code that you can paste into your own website. This code will automatically create the button and links for you.

**Tiny (80x15)**



```
<p><a href="http://katrina.im-ok.org/"><img
src="http://media.im-ok.org/katrina/katrina_im-ok_80x15.gif"
alt="Hurricane Katrina I'm OK Registry"
title="Hurricane Katrina I'm OK Registry"
border='0' /></a></p>
```

**Small (88x31)**



```
<p><a href="http://katrina.im-ok.org/"><img
src="http://media.im-ok.org/katrina/katrina_im-ok_88x31.gif"
alt="Hurricane Katrina I'm OK Registry"
title="Hurricane Katrina I'm OK Registry"
border='0' /></a></p>
```

**Medium (120x90)**



```
<p><a href="http://katrina.im-ok.org/"><img
src="http://media.im-ok.org/katrina/katrina_im-ok_120x90.gif"
alt="Hurricane Katrina I'm OK Registry"
title="Hurricane Katrina I'm OK Registry"
border='0' /></a></p>
```

**Large (180x120)**

```
<p><a href="http://katrina.im-ok.org/"><img
src="http://media.im-ok.org/katrina/katrina_im-ok_180x120.gif"
alt="Hurricane Katrina I'm OK Registry"
title="Hurricane Katrina I'm OK Registry"
border='0' /></a></p>
```

The sponsors and creators of the im-ok.org registry cannot accept responsibility for any inaccurate information in this registry and cannot accept responsibility for any consequences arising from registration on this site. There is no guarantee that you will find or be found if you use this site, but we hope that it helps some people to reconnect to family and friends during this time of need.

volunteer.im.ok@gmail.com
contact.im.ok@gmail.com

Sponsored by Cathy Muth of O. R. Colan Associates
Created by Brandon Stone of Photoblogs.org and Management Skills Blog





**I'M SAFE!**   To join the I'm Safe! mailing list for news and special offers, *click here.*

Home | Safety Solutions | Ordering | Catalog | Testimonials | Free Stuff

Fire and Life Safety Educators

**Home**

**Safety Solutions**
Baby
Bike
Car
Home
Pedestrian
Personal Safety
Pet
Safe Routes 2 School
Summer
Water
Build Your Own Book

**About Us**
**Newsletter**
**Testimonials**
**Ordering**
**Free Stuff**

### Cool Activities for a Safe Summer!



This summer, Americans are expected to take a record 329.6 million leisure trips, mostly by auto. Many of us will swim in one of 8.6 million US pools, or cycle among 85 million US bike riders, or enjoy a summer barbeque on one of the 17 million grills and smokers sold during 2006.

In short, we will be having fun!

As a special Cool Summer bonus, the Summer Safety Adventure Activity book is available at 15% off until July 31. (Mention code 318079 when ordering--offers cannot be combined).



To help get the season off to a good start, here are 7 "Safe Summer" activities for children and their families.

Our new Safety Planner will assist you in planning events all year long.

**Month**

View the holidays and safety events planned month by month.

**Topic**

Determine what topic is best for the safety event during the month.

**Special Offers**

View our special offers as they relate to monthly events during the year.

The Learning Corner | 2007 Safety Calendar | Free Stuff

**Hurricane Season runs June 1 thru November 30, 2007**

May 22, 2007 — Experts at the NOAA Climate Prediction Center are projecting a 75 percent chance that the Atlantic Hurricane Season will be above normal this year—showing the ongoing active hurricane era remains strong. With the start of the hurricane season upon us, NOAA recommends those in hurricane-prone regions to begin their preparation plans.* Try our NEW I'm Safe After the Storm activity book to help prevent injuries both before and after a hurricane.

*Taken from NOAA website

**I'm Safe!**
**(a division of Child Safety Solutions, Inc.)**
P.O. Box 1403
Rockland, ME 04841
1-877-NOW-SAFE
(1-877-669-7233)
Fax: 207-230-1188
info@imsafe.com

Home Page I AM Propsering Propserity Affirmation and Feng Shui Products.



## I AM Prospering

Think, Read, Write, Speak..."I AM Prospering"

### NEW Prosperity MUG

Welcome III the Blessings of Speaking

# I AM Prospering®

**Prosperity ITEMS**
(click on the above)

I AM Prospering Prosperity Sterling Silver Custom Tie Tack - Lapel Pin
I AM Prospering LIGHT & LOVE Crystal Sun Catcher

Contained within I AM Prospering is the LIGHT & Love of
the Great I AM that I AM

I Invite You to Be the Fullness of the
Empowered Spiritual Being

I AM Prospering™

About Us

Search

Contact Us

Products

Site Map

# IMPublications
Scientific and Technical Publishers

- **Home**
- **Periodicals**
- **Books**
- **Site Resources**
- **Ordering**
- **Contact Us**

journal search ...    SEARCH

## SUBJECTS
- **Mass Spectroscopy**
- **NIR Spectroscopy**
- **Surface Analysis**
- **Nanotechnology**
- **Consumer Books**

## INFORMATION FOR
- **Authors**
- **Subscribers**
- **Librarians**
- **Booksellers**
- **Advertisers**

## NEWSLETTERS
Keep up-to-date with the latest content and offers, enter your e-mail:

your e-mail:    Go

Choose list(s):
- ☑ Mass Spectroscopy
- ☑ NIR Spectroscopy

Subscribe

## New Book on Diffuse Reflection—Available NOW

A jar of sweets may not appear to be a serious introduction to the attempt to progress the understanding of the challenging nature of what is usually termed "diffuse reflection". However, this book by the father and son team of Don and Kevin Dahm is the first such attempt since the famous book by Wendlandt and Hecht some forty years ago. The sweets are not only useful models, they also indicate the desire of the authors to make this a readable and entertaining book as well as a very serious attempt to advance our theoretical understanding of this complex and confusing topic.

The Dahms have been developing and advancing a new theory for the last few years. This book brings it together. It explains the nature of reflected radiation and then the problem of finding a mathematical description of it.

*read more*

## Publication Guarantee

Find out about our Guaranteed Publication time of three weeks for Letters in *European Journal of Mass Spectrometry*.

The first two Letters published under this guarantee have publication times of 10 days and 3 days!

*read more*



### Gerry Downey Receives 2007 Hirschfeld Award

Dr Gerard (Gerry) Downey, Editor of *NIR news*, presented with the 2007 Tomas Hirschfeld Award at an award session at Pittcon 2007. This is awarded annually for significant contributions to the growth of NIR spectroscopy.

Gerry started as the new Editor for the international newsletter, *NIR news*, published by IM Publications under the NIR Publications imprint at the beginning of the year. Many congratulations to Gerry!

### *NIR news*

Subscribers to this popular newsletter can now have access to

the majority of the newsletter online. (The References section is not available online due to copyright restrictions.) Subscribers should make sure that they complete a Web Agreement to activate their online access.

In addition, *NIR news* started 2007 with a brand new, fresh, modern design and full-colour throughout.

*more information on NIR news*

## Online Manuscript Submission

*EJMS* authors: speed up the handling of your manuscript and track its progress through the review process. Submit online at http://www.impub.co.uk/authors/.

Advertise | About Us | Contact Us | Privacy