# Exhibit OOO

# IM Software - People Ready Business

**IM-Software** creates new generation of applications for the widest range of telecommunication sectors. We have articulated a clear vision of intelligent internet applications and products that are indeed revolutionary.

**Software Engineering** is the key that makes IM-Software's innovative and technically superior telecom products fly. We use the widest range of platforms and software technologies that are set to be the key for all future Telecom systems.

As a **Telecommunications Network Operator** with our own Public Electronic Communications Network, IM-Software established itself with a focus in two key areas:

· **Provision of Business Telecommunications**
· **Telecom Software Development**.

IM-Software provides software development that improves the speed, quality, and predictability of your business. Our web sites are distinctive, fast and constructed to the highest standards. Telecom networks and security solutions we design and implement never fail.

As a DTI licensed Telecom Service Provider, over the years we made large investments in comprehensive range of wholesale and service provider products including asymmetric digital subscriber line (ADSL), internet protocol (IP) access, the bulk delivery of private circuits, non-geographic numbers, frame relay and integrated services digital network (ISDN) connections for service providers and operators.

A great number of the World's most complex organisations rely on IM-Software products and services to build better and faster business solutions for their clients. Feel free to take a look around.

IM-Software - Software employer  |  Events  |  Contact




Indumart - Instrumentation Products & Process Control Systems Toronto Canada



# INDUMART
### INDUstrial Measuring, Automation & Regulating Technologies



**SPECIAL PRODUCTS**
- Deadweight Tester for Differential Pressure
- Submersible Level Transmitter with Data Logger
- Compact Temperature Transmitter



- Transmitters
- Gauges
- Switches
- Recorders
- Indicators
- Controllers
- Calibrators
- Valves
- Pneumatics



**NEW PRODUCTS**
- Radar Level Transmitter
- Circular Bargraph Indicator
- Pressure Gauge with Flush Diaphragm

Indumart Inc. | Browse By Products | Browse By Model No. | Site Map

## Welcome to Indumart Inc., Canada

Indumart instruments have been used in all areas of industry including: chemicals, petrochemicals, off-shore platforms, food processing, water and waste water treatment, and energy production. Our measuring & control instruments have been designed to withstand the high demands of today's tough industrial environment and to ensure the integrity of your process with maximum reliability.

1 - 15 West Pearce St., Richmond Hill, Ontario, L4B 1H6, Canada  Tel:(905)707-9998  Fax:(905)707-8484        Contact Us



Sist oppdatert: 10.11.2002
Webdesign: Amund Tosterud

Copyright for Industriell Måleteknikk AS



**Industriell Måleteknikk AS**
Skårersletta 60 Postboks 158
1471 Skårer
Telefon: 67 97 22 62
Telefax: 67 97 22 64
E-mail: im@im.no

Industriell Måleteknikk ble startet i 1980 av siv.ing. Martin Furevik, som hadde arbeidet med luftforurensing - både måling og rensing - siden 1971.

Firmaet leverer støvmålingapparater og gassanalysatorer/-detektorer for de fleste oppgaver innen måling av luftforurensing og prosesskontroll. Instrumentene brukes til måling i uteluft, arbeidsmiljø, industrielle prosesser og skorsteiner. Mange av landets største bedrifter og flere forskningsinstitutter bruker våre instrumenter.

Målsetningen har hele tiden vært å levere kvalitetsinstrumenter basert på anerkjente måleprinsipper og å yte god service slik at brukerne får glede av investeringen i lang tid. For eksempel er de aller fleste av Durag støvmålerne, som vi har levert i løpet av firmaets 22 år, fremdeles i drift. Dette skyldes både den gode kvaliteten på instrumentene, og at vi har hatt så gunstige priser på service at det har lønt seg å reparere framfor å kjøpe nytt. God rådgivning om rett instrument til oppgaven har også vært viktig for de gode resultater.






Case 4:07-cv-02639-SBA    Document 45-7    Filed 07/03/2007    Page 7 of 10






inicio
objetivos
servicios
contacto

::

Bienvenido a Intelligent Marketing

Soluciones para su estrategia comercial

**Atención PYMES**
Hosting Gratis por un Mes
Registrese Aqui



















Sitio Optimizado para  5.0+  6.0  1024 x 768    Desarrollado por



IM - An Imaging Tool

# IM - Version 3.2 SimpleSearch

Google [Search]



- IM
  - Product
    - Overview
    - Availability
    - Support
    - Credits
  - Documentation
    - Copyright
    - Download
      - Library Download
  - Tips
    - CVS
    - History
    - To Do
    - Comparing
  - Guide
    - Representation
    - Storage
    - Capture
    - Processing
  - Additional Reference

© Tecgraf/PUC-Rio
(im@tecgraf.puc-rio.br)

# IM

## Image Representation, Storage, Capture and Processing

### Version 3.2

**IM** is a toolkit for Digital Imaging. IM is based on 4 concepts: Image Representation, Storage, Processing and Capture. The main goal of the library is to provide a simple API and abstraction of images for scientific applications.

The most popular file formats are supported: TIFF, BMP, PNG, JPEG, GIF and AVI. Image representation includes scientific data types. About a hundred Image Processing operations are available.

This work was developed at Tecgraf/PUC-Rio by means of the partnership with PETROBRAS/CENPES.

**Project Management:**

Antonio Escaño Scuri

Tecgraf - Computer Graphics Technology Group, PUC-Rio, Brazil
http://www.tecgraf.puc-rio.br/im