# Exhibit PPP

**From:** Scott Blum [mailto:scott@buy.com]
**Sent:** Thursday, May 17, 2007 5:05 PM
**To:** Peter Becker (LCA); Tom Rubin (LCA)
**Cc:** Craig Mundie; Steve Ballmer; David Pritchard; Horacio Gutierrez (LCA)
**Subject:** I'M disappointed

Dear Gentlemen,

I don't believe that you understand the seriousness of the trademark issues I mentioned in my letter. Instant Media is a small start-up company whose business is being affected negatively by your hijacking of our registered trademark, our marketing and branding and the meaning of "I'M". We have spent millions of dollars on the aforementioned. We were hoping that you would research this issue thoroughly because of my earlier email. To help you better understand the seriousness of this issue I include the following;

    1)    On search through MSN and Google, which generates the majority of our business, Instant Media used to be number 1 or 2 in the search results. Now that Microsoft launched its campaign we come up 3 or 4, always below Microsoft, when searching for our registered mark "I'M".
    2)    I have included a 30 second commercial of our branding effort using the "I'M" mark. As you will see by the attached video, we have established "I'M this" and "I'M that" as our marketing effort. These commercials have run extensively on television. Your marketing campaign is 100% identical to ours, and thus adds confusion in the market place.
    3)    Again, we have spent millions of dollars branding "I'M" to indicate Instant Media as the source. You, in turn, are trying to get "I'M" to stand for Instant Messaging. It is well documented that "IM" (with no apostrophe) is the abbreviation for Instant Messaging.

I don't believe that you are fully aware of the negative impact you are having on our small company. I was hoping that by personally reaching out to you, Microsoft would do more research to understand how you have affected our business. Based on your response, we have no choice but to file a lawsuit to stop this confusion in the marketplace. I am still hopeful that this issue can be resolved quickly and that we can reach a positive outcome for both companies. Attached is a courtesy copy of the complaint. Please note this is NOT service of the complaint, and we still hope to reach an amicable resolution.

Scott Blum

**From:** Peter Becker (LCA) [mailto:peterbe@microsoft.com]
**Sent:** Monday, May 14, 2007 4:29 PM
**To:** Scott Blum
**Cc:** Tom Rubin (LCA)
**Subject:** RE: Trademarks - I'M

Dear Mr. Blum,

Thank you for your email below to Steve and Craig. We appreciate you bringing your concerns to our attention. As a trademark owner, Microsoft understands the value and importance of trademarks and respects the legitimate trademark rights of others. We have no desire to see any confusion in the marketplace. As such, we take the matters raised in your letter very seriously and have given them careful review and consideration.

As you may know, our use of "i'm" is for a charitable giving program driven by instant messaging (IM). Every time a participating Windows Live Messenger user instant messages (IM's) someone, a donation is made to the charity they've chosen from our list of participating not-for-profit organizations. More information on our offering can be seen at http://im.live.com/Messenger/IM/Home/. Every time an IM conversation begins, Microsoft shares a portion of the program's advertising revenue with some of the world's most effective organizations dedicated to social causes. Charities of choice include the Susan G. Komen for the Cure Foundation, the National Multiple Sclerosis Society and the American Red Cross, to name just a few.

Our use of "i'm" derives from two roots. First, it stands for "Instant Messaging," which as you are probably aware is a generic term in the messaging industry. Second, it is the contraction of "I am", which is highlighted in our promotional efforts that are also viewable at http://im.live.com/Messenger/IM/Home/. Those use our stylized "i'm" to start sentences such as "i'm making a difference", "i'm fighting AIDS", "i'm stopping global warming", "i'm helping nine million refugee kids", etc. Our "i'm" program functions solely through our Messenger service, and you may rest assured that we do not intend to expand our use outside of this realm.

Upon receiving your email, we reviewed the Instant Media, Inc. offerings on your website, www.im.com. We can assure you that our scope of services will in no way conflict with your offerings. As stated above, our use of "i'm" is for a charitable giving program, while your use of I'M is for hosted broadband video solutions and caching technology. We note from your trademark registrations that in addition to hosted broadband video solutions, you offer electronic retailing services featuring general merchandise, music and movies related to entertainment, as well as software for IPTV that includes viewing, encoding, news feeds and services and access to the internet under the IM/Instant Media brand. Microsoft has no plans to use "i'm" in these fields of

service. Accordingly, we don't believe that consumers participating in the "i'm" charitable giving program through our Messenger service could be confused with Instant Media Inc.'s I'M offering.

Also, please note that we adopted this term knowing that any rights we could establish in this stylized logo would be very narrow due to the numerous other coexisting uses out there, in the same way that any business seeking to claim rights in highly diluted word or phrase can only claim narrow rights in a particular niche. In fact, our preliminary search revealed that there are literally hundreds of "I'm" standalone and composite similar marks on the United States Trademark Registry. Additionally, there are approximately 35 identical active marks on the registry for "IM" not including the Microsoft applications for our stylized "i'm" or the Instant Media, Inc. applications and registrations for "IM". These records can be found through the USPTO's searchable trademark database at http://tess2.uspto.gov/bin/gate.exe?f=tess&state=pkvk96.1.1. As your offering is able to co-exist with these many marks on the registry, several of which are in the same class of service as your registrations, we believe that our separate uses will also be able to co-exist without issue. Of course, should you have customers that have any questions, please let us know the details and we would be more than happy to work with you to rectify this situation. We would just need information about the specific issue at hand to understand how best to address any concerns.

I trust that this review and our description of our limited use of "i'm" adequately addresses your concerns. In short, based on our review, we do not believe that our use of "i'm" has caused any marketplace confusion or infringed any rights owned by Instant Media, Inc. As to your offer to sell us your trademark rights, we appreciate the offer but must politely decline it given that we have no plans to expand our use of "i'm" into the niches covered by your registrations.

Should you have any further questions, please don't hesitate to contact me.

Sincerely,

Pete Becker
Senior Attorney
Microsoft Corporation

---

**From:** Tom Rubin (LCA)
**Sent:** Friday, May 11, 2007 12:16 PM
**To:** Scott Blum
**Cc:** Peter Becker (LCA)
**Subject:** RE: Trademarks - I'M

I'm looping in Pete Becker, one of our senior trademark attorneys, who will respond to your email shortly. Dropping others to bcc.

Tom

**From:** Craig Mundie
**Sent:** Tuesday, May 08, 2007 8:18 PM
**To:** Scott Blum; Steve Ballmer
**Cc:** Debbie Hill; Brenda King; David Pritchard; Tom Rubin (LCA); Horacio Gutierrez (LCA)

**Subject:** RE: Trademarks - I'M

Scott – I received this note and am currently in South America. I will get someone to discuss this situation with you shortly.

**From:** Scott Blum [mailto:scott@buy.com]
**Sent:** Tuesday, May 08, 2007 1:11 PM
**To:** Steve Ballmer; Craig Mundie
**Cc:** Debbie Hill; Brenda King
**Subject:** Trademarks - I'M

Dear Steve and Craig,

It is unfortunate that I need to write to you regarding this matter, but am hopeful that my relationship with you personally and professionally will assist in having this issue addressed positively.

I think you both are familiar with my branding, the name of my company and my logos. So you can imagine I am disappointed to see Microsoft has applied to trademark "I'M", which my company Instant Media has been using for a long time and has registered as its trademark. As I have said many times, I would like to be an ally to Microsoft, having mutually beneficial business relations. That being said, if it is important for Microsoft to own the I'M trademark, I am willing to discuss selling to you our prior registered trademark rights, and also will consider including our URL, im.com, in a transaction.

My company, Instant Media (see www.im.com), has developed a next generation media player technology utilizing smart caching vs. dumb downloading. I believe you should take a serious look at these technologies and patent applications, but that is separate from the immediate trademark issue. As you may recall, I visited Microsoft back in 2002 to show off BuyMusic.com the world's first legal digital music store for Windows (BuyMusic.com). This was built 100% on .NET and was 6 months ahead of the iTunes PC version. At that time, I offered to license the technology to Microsoft or to have BuyMusic.com be acquired. After being strung out for 3 or 4 months and then berated by a Microsoft executive in a voice message, which I have saved (you should remember it since I sent it to you), I was told that you were going to do it yourselves. It took you almost 18 months to enter the business and by that time, it was game over.

My holding company, ThinkTank, makes its living developing and selling companies and I have a long history of being ahead of the curve. For example, in December of '05, I sold Commerce5 to Digital River (DVIR) for $45 million in cash. Since the acquisition, Digital River's market cap went from $800 million to $2.2 billion. Commerce5 is handling 100% of all the Vista downloads for Digital River. I would say it was a pretty good acquisition. Also, the team at MSN is now looking at Buy.com and BuyTV as potential acquisitions. Buy.com sales grew 33% last year and in the 4th quarter alone we made over $9 million. BuyTV is the video version of Buy.com. Please check it out at Buy.tv. My latest venture, Yoga Today (www.yogatoday.com), is a free 1-hour yoga class shot in high-definition 365 days a year. This is also the first internet show to be picked up by cable television, which we are launching at the end of June to 46 million homes. This is

something that MSN could also look at since we believe providing free yoga to the world promotes a healthy lifestyle.

A few years back, I visited with Craig a couple of times to show him everything I was working on and I would be happy to restart this process more formally through the relationship with ThinkTank. I have been a partner and reseller of Microsoft for 10 years now and hope to keep this relationship going for many years to come. I believe I have proven myself to be a trusted and trustable business partner - despite that infamous voicemail.

The immediate issue is the "I'M" trademark, and I hope to discuss this with you and reach an amicable and mutually beneficial business arrangement - without resorting to the courts - which really would not be good for either of us. Obviously we want to move expeditiously and therefore I request your response by May 16, 2007.

Best regards,

Scott Blum  im_cut_d6_300kbps.wmv  Scan001.pdf