```
 1  ARNOLD & PORTER LLP
    Suzanne V. Wilson (State Bar #152399)
 2  suzanne.wilson@aporter.com
    Charles C. Cavanagh (State Bar #198468)
 3  charles.cavanagh@aporter.com
    Elizabeth G. Frank (State Bar #245676 )
 4  elizabeth.frank@aporter.com
    777 South Figueroa Street, 44th Floor
 5  Los Angeles, California  90017-5844
    Telephone:  (213) 243-4000
 6  Facsimile:  (213) 243-4199
 7
    Catherine R. Rowland (Pro Hac Vice Pending)
 8  catherine.rowland@aporter.com
    555 Twelfth Street, N.W.
 9  Washington, D.C.  20004
    Telephone:  (202) 942-5000
10  Facsimile:  (202) 942-5999
11
    Attorneys for Defendant Microsoft Corporation
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| INSTANT MEDIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. CV 07-02639 SBA<br><br>**EXHIBITS PP, QQ AND RR TO DECLARATION OF CHARLES C. CAVANAGH IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INSTANT MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[EXHIBITS WOULD NOT UPLOAD FOR ELECTRONIC FILING]**<br><br>Judge:   Hon. Saundra Brown Armstrong<br>Date:    July 24, 2007<br>Time:    1:00 p.m.<br>Ctrm.:   3 |
|---|---|

438365_1.DOC

Case No. CV 07-02639 SBA
EXHIBITS PP, QQ AND RR TO DECL. OF CHARLES CAVANAGH  IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBITS PP, QQ AND RR TO DECLARATION. OF CHARLES CAVANAGH IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

__X__ Physical Object (description): __Printouts of exhibits which, in PDF format, would not upload electronically for filing.__

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

_____ Other (description): _____

Dated: July 5, 2007

ARNOLD & PORTER
Suzanne V. Wilson
Charles C. Cavanagh
Elizabeth G. Frank


By: /s/ Charles C. Cavanagh
    Charles C. Cavanagh
    Attorneys for Defendant
    Microsoft Corporation

- 2 -

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On **July 5, 2007**, I served the foregoing document described as:

**EXHIBITS PP, QQ AND RR TO DECLARATION OF CHARLES C. CAVANAGH IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INSTANT MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION [MANUAL FILING NOTIFICATION]**

☒ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee. Executed on **July 5, 2007** at Los Angeles, California.

☒ **BY ELECTRONIC MAIL** I caused the above-referenced document to be transmitted by e-mail, and said transmissions were reported as complete and without error. Executed on **July 5, 2007**, at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Pamela J. Tanigawa_
Pamela J. Tanigawa

<u>SERVICE LIST</u>
*Instant Media, Inc. v. Microsoft Corporation*
U.S.D.C. Case No. C 07-02639 SBA

***VIA PERSONAL SERVICE***
Jeffrey D. Wexler
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 892-4992
Facsimile: (213) 892-7731
Email: jwexler@luce.com

***VIA ELECTRONIC MAIL***
Justin L. Allamano
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone: (415) 356-4600
Facsimile: (415) 356-4610
Email: jallamano@luce.com

***VIA ELECTRONIC MAIL***
Mitchell P. Brook
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130-2594
Telephone: (858) 720-6300
Facsimile: (858) 720-6306
Email: mbrook@luce.com