1  ARNOLD & PORTER LLP
   Suzanne V. Wilson (State Bar #152399)
2  suzanne.wilson@aporter.com
   Charles C. Cavanagh (State Bar #198468)
3  charles.cavanagh@aporter.com
   Elizabeth G. Frank (State Bar #245676)
4  elizabeth.frank@aporter.com
   777 South Figueroa Street, 44th Floor
5  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
6  Facsimile:  (213) 243-4199

7
   Catherine R. Rowland (*Pro Hac Vice* Pending)
8  catherine.rowland@aporter.com
   555 Twelfth Street, N.W.
9  Washington, D.C.  20004
   Telephone:  (202) 942-5000
10 Facsimile:  (202) 942-5999

11 *Attorneys for Defendant Microsoft Corporation*

12

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>               Defendant. | Case No. CV 07-02639 SBA<br><br>**DECLARATION OF PAMELA TANIGAWA REGARDING TECHNICAL FAILURES IN FILING EXHIBITS IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[GENERAL ORDER 45 OF LOCAL RULES REQUIRES DECLARATION REGARDING TECHNICAL FAILURE TO BE FILED WITH DOCUMENTS NOT FILED DUE TO TECHNICAL FAILURE]**<br><br>Judge:    Hon. Saundra Brown Armstrong<br>Date:     July 24, 2007<br>Time:    1:00 p.m.<br>Ctrm.:   3 |

438369_1.DOC

**MANUAL FILING NOTIFICATION**

Regarding:    DECLARATION OF PAMELA TANIGAWA REGARDING TECHNICAL FAILURES IN FILING EXHIBITS IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____   Voluminous Document (PDF file size larger than efiling system allowances)

_____   Unable to Scan Documents

_____   Physical Object (description): _____

_____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____   Item Under Seal

_____   Conformance with the Judicial Conference Privacy Policy (General Order 53).

__X__   Other (description):   General Order 45 of Local Rules requires declaration regarding filing technical failure to be filed in conjunction with documents incapable of being filed electronically.

Dated:  July 5, 2007                              ARNOLD & PORTER
                                                  Suzanne V. Wilson
                                                  Charles C. Cavanagh
                                                  Elizabeth G. Frank


                                                  By:  /s/ Charles C. Cavanagh
                                                       Charles C. Cavanagh
                                                       Attorneys for Defendant
                                                       Microsoft Corporation

- 2 -

Case No. CV 07-02639 SBA
DECLARATION OF PAMELA TANIGAWA REGARDING TECHNICAL FAILURES IN FILING EXHIBITS IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On **July 5, 2007**, I served the foregoing document described as:

**DECLARATION OF PAMELA TANIGAWA REGARDING TECHNICAL FAILURES IN FILING EXHIBITS IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION [MANUAL FILING NOTIFICATION]**

☒ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee. Executed on **July 5, 2007** at Los Angeles, California.

☒ **BY ELECTRONIC MAIL** I caused the above-referenced document to be transmitted by e-mail, and said transmissions were reported as complete and without error. Executed on **July 5, 2007**, at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Pamela D. Tanigawa_
Pamela J. Tanigawa

PROOF OF SERVICE

SERVICE LIST
*Instant Media, Inc. v. Microsoft Corporation*
U.S.D.C. Case No. C 07-02639 SBA

**VIA PERSONAL SERVICE**
Jeffrey D. Wexler
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 892-4992
Facsimile: (213) 892-7731
Email: jwexler@luce.com

**VIA ELECTRONIC MAIL**
Justin L. Allamano
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone: (415) 356-4600
Facsimile: (415) 356-4610
Email: jallamano@luce.com

**VIA ELECTRONIC MAIL**
Mitchell P. Brook
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130-2594
Telephone: (858) 720-6300
Facsimile: (858) 720-6306
Email: mbrook@luce.com