1 | Justin L. Allamano, State Bar No. 229764
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2 | Rincon Center II
121 Spear Street, Suite 200
3 | San Francisco, California 94105-1582

4 | Mitchell P. Brook, State Bar No. 172105
Michael H. Bierman, State Bar No. 89156
5 | Jeffrey D. Wexler, State Bar No. 132256
Andrea M. Kimball, State Bar No. 196485
6 | Michael J. Mancuso, State Bar No. 228669
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
7 | Del Mar Gateway, 11988 El Camino Real, Suite 200
San Diego, California 92130-2594
8 | Telephone No.: 858.720.6300
Fax No.: 858.720.6306
9 | E-Mail:   jallamano@luce.com
          mbrook@luce.com
10 |         jwexler@luce.com
          akimball@luce.com
11 |         mmancuso@luce.com

12 | Attorneys for Instant Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., | Case No. C 07-02639 SBA (MEJ) |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF PLAINTIFF INSTANT MEDIA'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | Date: July 24, 2007<br>Time: 1:00 p.m.<br>Ctrm.: 3 |
| | The Honorable Saundra Brown Armstrong, District Judge |

1

Case No. C 07-02639 SBA (MEJ)
Supp. Declaration of Jeffrey D. Wexler in Support
of Plaintiff's Motion for Preliminary Injunction

I, Jeffrey D. Wexler, declare and state as follows:

1. I am a partner with the law firm of Luce, Forward, Hamilton & Scripps LLP, counsel for plaintiff Instant Media, Inc. in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a July 9, 2007 screen shot of the home page for Microsoft's **i'm** initiative. That home page shows that, during the four-month period from March 1, 2007 through July 9, 2007, Microsoft had raised a total of $28,138.91 for charities through the **i'm** initiative. (Previously, this web page did not include information concerning the amount of money raised for charities, as is evidenced by Exhibit A to the Declaration of Tara Kriese [Docket 37] filed by Microsoft on July 3, 2007.) This web page may be accessed at http://im.live.com/Messenger/IM/Home/.

3. Attached hereto as Exhibit B is a true and correct copy of a July 9, 2007 screen shot of a portion of the home page for Inside Windows Live Messenger. This web page identifies the dates on which Microsoft has released Beta and Final versions of Windows Live Messenger 8. The web page shows that Microsoft released Windows Live Messenger 8.5 Beta 1 on May 30, 2007. The web page also shows that, for Windows Live Messenger 8.0 and Windows Live Messenger 8.1, about six to 10 weeks typically passed between Microsoft's release of a Beta version of Windows Live Messenger and the next Beta version (or the final version) of the next release of Windows Live Messenger. This web page may be accessed at http://messengersays.spaces.live.com/.

4. Attached hereto as Exhibit C is a true and correct copy of a July 5, 2007 screen shot of the MSN Messenger Help entry entitled "About using voice and video in MSN Messenger," which I accessed by clicking the help tab on MSN Messenger and searching for the term "video."

5. Attached hereto as Exhibit D is a true and correct copy of a July 6, 2007 screen shot of Instant Media's home page. This web page may be accessed at http://www.im.com/newsite/index.aspx.

2   Case No. C 07-02639 SBA (MEJ)
Supp. Declaration of Jeffrey D. Wexler in Support
of Plaintiff's Motion for Preliminary Injunction

6. Attached hereto as Exhibit E are true and correct copies of July 6, 2007 screen shots of Instant Media's page for downloading Instant Media's **I'M** software. The screen shots show a selection of Instant Media's scrolling display using the term **I'M** followed by another word (but do not show the entire scrolling display). This web page may be accessed at http://www.im.com/newsite/download/index.aspx.

7. Attached hereto as Exhibit F is a true and correct copy of a June 13, 2007 Notice of Publication received by Luce Forward from the United States Patent & Trademark Office (the "PTO"), showing that the PTO would on July 3, 2007 be publishing in the Official Gazette for opposition Instant Media's **I'M** mark in International Class 9.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2007 at Los Angeles, California.

By: _____
Jeffrey D. Wexler

201002780.1

3    Case No. C 07-02639 SBA (MEJ)
Supp. Declaration of Jeffrey D. Wexler in Support
of Plaintiff's Motion for Preliminary Injunction