# Exhibit B

Inside Windows Live Messenger: - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites
Address http://messengersays.spaces.live.com/
Links
Search Web
...attempting to retrieve buttons from Yahoo!...
Windows Live Spaces
Sign in
Spaces Central Inside Windows Live Messen...
Create your space | Home | Help
Inside Windows Live Messenger:
from the people who build it.
Windows Live Alerts
MessengerSays Alerts Sign up
Popular Posts
Get Windows Live Messenger
Help! Feedback!
Meet The Bloggers (2.0)
The i'm Initiative
Translations
Blog
June 18
Rock, Paper, Scissors has come to Messenger!
Posted by Jason
That's right - now you can show your RPS prowess to your Messenger buddies around the world!
To play, just log in to Messenger, open a conversation window with a buddy, and select Rock Paper Scissors from the games dropdown. Rock Paper Scissors can provide you and your friends with a few minutes of fun or the ultimate online decision making tool.
Poll
How do you feel about the new placement of the typing indicator and last message received info?
Love it
Like it
Do not care
Dislike it
Hate it
Have not used it
Done
Internet
Start
Inside Windows Li...
Inbox - Microsoft O...
CDTracker
SmarTimers
Adobe Acrobat - [D...
Document3 - Micros...
9:12 AM
Monday

Inside Windows Live Messenger: - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites
Address http://messengersays.spaces.live.com/
Links
Search Web
...attempting to retrieve buttons from Yahoo!...
Translations
De binnen Vensters leven Boodschapper
Messager De phase Intérieur De Windows
Innerer Windows Phasenkurier
Τα εσωτερικά παράθυρα ζουν αγγελιοφόρος
Messaggero In tensione Interno Di Windows
Mensageiro Vivo Interno De Windows
Внутренний Посыльный В реальном маштабе времени Windows
Mensajero Vivo Interior De Windows
Archives
July, 2007
June, 2007
To play, just log in to Messenger, open a conversation window with a buddy, and select Rock Paper Scissors from the games dropdown. Rock Paper Scissors can provide you and your friends with a few minutes of fun or the ultimate online decision making tool.
Enjoy!
----
If you have a comment/question/concern/discussion topic/rant/rave/other - please head over to the Windows Live Messenger Newsgroup.
6:37 PM | Add a comment | Read comments (47) | Send a message | Permalink | Trackbacks (2) | Blog it
June 07
Silly Wabbit! ('.')
Dislike it
Hate it
Have not used it
Releases
8.0 Beta 1
Dec 13, 2005
8.0 Beta 2
Feb 26, 2006
8.0 Beta 3
May 2, 2006
8.0 Final
June 19, 2006
8.0 Final Refresh
Aug, 10, 2006
8.1 Beta 1
Oct 30, 2006
8.1 Beta 1 Refresh
Dec 13, 2006
8.1 Final
Jan 29, 2007
8.5 Beta 1
May 30, 2007
Team Blogs
Done
Internet
Start
Inside Windows Li...
Inbox - Microsoft O...
CDTracker
SmarTimers
Adobe Acrobat - [D...
Document3 - Micros...
9:13 AM
Monday

