# Exhibit E















