UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INSTANT MEDIA, INC.

        Plaintiff(s),

v.

MICROSOFT CORPORATION

        Defendant(s).

Case No. CV 07-02639 SBA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8.1.07

Dated: 8-1-07

_____
[Party]

_____
[Counsel]

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **August 1, 2007**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **August 1, 2007**.

_____
Pamela J. Tanigawa

#437348

PROOF OF SERVICE