UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 07-02639 SBA<br><br>**[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE CONFIDENTIAL SUPPLEMENTAL DECLARATION OF TARA KRIESE IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INSTANT MEDIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO RULE 79-5**<br><br>[Civil Local Rules 79-5 and 7-11(b)]<br><br>Judge:　Hon. Saundra Brown Armstrong<br>Date:　　July 24, 2007<br>Time:　　1:00 p.m.<br>Ctrm.:　　3 |

Case No. C 07-02639 SBA
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  The Administrative Motion for an Order Granting Permission to File Under Seal the Confidential Supplemental Declaration of Tara Kriese in Support of Microsoft's Memorandum in Opposition to Plaintiff Instant Media Inc.'s Motion for a Preliminary Injunction (the "Administrative Motion") was filed on July 3, 2007 and came before the Court without argument or opposition.

Having considered the Administrative Motion, the Memorandum of Points and Authorities and the declaration of Suzanne V. Wilson submitted in support thereof, and good cause appearing for the granting of the Administrative Motion, IT IS HEREBY ORDERED that, for good cause shown, pursuant to Civ. L.R. 79-5(b) and 7-11(b), the Administrative Motion shall be, and hereby is, GRANTED, and that the Confidential Supplemental Declaration of Tara Kriese in Support of Microsoft's Memorandum in Opposition to Plaintiff Instant Media Inc.'s Motion for a Preliminary Injunction shall be filed under seal.

DATED: 8/13/07

*Saundra B. Armstrong*

THE HON. SAUNDRA BROWN ARMSTRONG

Respectfully submitted by:
ARNOLD & PORTER LLP

By: /s/
    Suzanne V. Wilson
    Attorneys for Defendant
    Microsoft Corporation.

438168