UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 9/6/07

C-07-02639 SBA              JUDGE: SAUNDRA BROWN ARMSTRONG

Title: INSTANT MEDIA INC vs. MICROSOFT CORPORATION

Atty.:  JEFFREY WEXLER            SUZANNE WILSON

                                  CHARLES CAVANAGH

Deputy Clerk: Lisa R. Clark         Court Reporter:    N/R
PROCEEDINGS
Plt   DFT
( ) ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( ) ( ) **2.**
( ) ( ) **3.**
( ) ( ) **4.**
( ) Motion(s)   ( ) Granted    ( ) Denied    ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to _____ for a Telephone Case Management Conference at ___ p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off **1/25/08**  Expert Discovery Cut-off **3/24/08**
Plft to name Experts by **2/1/08**    Deft to name Experts by **2/1/08**
All Dispositive Motions to be heard by ( Motion Cut-off) **5/20/08**
Case Continued to **7/1/08** for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due **6/10/08**  Motions in limine/objections to evidence due **6/17/08** Responses to motions in limine and/or responses to objections to evidence due **6/24/08**
Case Continued to **7/7/08** for Trial(Court/**Jury**: **5** Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE **TO BE ASSIGNED** FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 5/21-6/6/08 BEFORE A MAGISTRATE JUDGE; CASE REFERRED TO ENE; DEADLINE TO AMEND PLEADINGS IS 11/27/07
cc: WINGS HOM AND ADR VIA FAX