| | |
|---|---|
| 1 | Michael A. Piazza (SBN 235881) |
| | DORSEY & WHITNEY LLP |
| 2 | 38 Technology Drive |
| | Irvine, CA 92618-5310 |
| 3 | Telephone: (949) 932-3600 |
| | Facsimile: (949) 932-3601 |
| 4 | piazza.mike@dorsey.com |
| | New Attorneys for Plaintiff INSTANT MEDIA, INC. |
| 5 | |
| | Justin L. Allamano (SBN 229764) |
| 6 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| | Rincon Center II |
| 7 | 121 Spear Street, Suite 200 |
| | San Francisco, CA 94105-1582 |
| 8 | Telephone: (415) 356-4600 |
| 9 | Facsimile: (415) 356-4610 |
| | Present Attorneys for Plaintiff INSTANT MEDIA, INC. |
| 10 | |
| 11 | Mitchell P. Brook (SBN 172105) |
| | Michael H. Bierman (SBN 89156) |
| 12 | Jeffrey D. Wexler (SBN 132256) |
| | Andrea M. Kimball (SBN 196485) |
| 13 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| | Del Mar Gateway |
| 14 | 11988 El Camino Real, Suite 200 |
| | San Diego, CA 92130-2594 |
| 15 | Telephone (858) 720-6300 |
| 16 | Facsimile: (858) 720-6306 |
| | Present Attorneys for Plaintiff INSTANT MEDIA, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INSTANT MEDIA, INC., | ) | NO.: C 07-02639 SBA |
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| v. | ) | |
| MICROSOFT CORPORATION, | ) | |
| Defendant. | ) | |

1

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. C 07-02639 SBA

1   PLEASE TAKE NOTICE that the Law Firm of Dorsey & Whitney LLP and Michael A.
2   Piazza, 38 Technology Drive, Irvine, California 92618-5310, telephone (949) 932-3600/facsimile
3   (949) 932-3601, are substituted as attorneys of record for Plaintiff Instant Media, Inc., in place of
4   Justin L. Allamano of Luce, Forward, Hamilton & Scripps LLP, Rincon Center II, 121 Spear Street,
5   Suite 200, San Francisco, California 94105-1582, telephone (415) 356-4600/facsimile (415) 356-4610
6   and Mitchell P. Brook, Michael H. Bierman, Jeffrey D. Wexler and Andrea M. Kimball of Luce,
7   Forward, Hamilton & Scripps LLP, Del Mar Gateway, 11988 El Camino Real, Suite 200, San Diego,
8   California 92130-2594, telephone (858) 720-6300/facsimile (858) 720-6306.

10   DATED: September 17, 2007                   DORSEY & WHITNEY LLP

                                                 By: _____
                                                 MICHAEL A. PIAZZA
                                                 New Attorneys for Plaintiff
                                                 INSTANT MEDIA, INC.

16   DATED: September 18, 2007                   LUCE, FORWARD, HAMILTON & SCRIPPS LLP

                                                 By: _____
                                                 JUSTIN L. ALLAMANO
                                                 Present Attorneys for Plaintiff
                                                 INSTANT MEDIA, INC.

```
 1 | DATED: September 1?, 2007          LUCE, FORWARD, HAMILTON & SCRIPPS LLP
 2 |
 3 |
 4 |                                    By: _____
 5 |                                         MITCHELL P. BROOK
                                             MICHAEL H. BIERMAN
 6 |                                          JEFFREY D. WEXLER
                                             ANDREA M. KIMBALL
 7 |                                          Present Attorneys for Plaintiff
                                             INSTANT MEDIA, INC.
 8 | CONSENT TO SUBSTITUTION.
 9 |
10 | DATED: September 28, 2007          INSTANT MEDIA, INC.
11 |
12 |                                    By: _____
13 |
14 | IT IS SO ORDERED.
15 |
16 | DATED: September ___, 2007         By: _____
17 |                                         JUDGE OF THE U.S. DISTRICT COURT
```

3