# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Instant Media Inc, | 07-02639 SBA ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Microsoft Corporation, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Peter J. Courture**
Law+
978 Highlands Circle
P.O. Box 3692
Los Altos, CA 94024
650-968-8855

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-02639 SBA ENE                               - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

3

4  Dated: October 2, 2007

5  RICHARD W. WIEKING
   Clerk
6  by:     Claudia M. Forehand

7  

8  ADR Case Administrator
   415-522-2059
9  Claudia_Forehand@cand.uscourts.gov

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-02639 SBA ENE                              - 2 -