DORSEY & WHITNEY LLP
Michael A. Piazza (State Bar # 235881)
piazza.mike@dorsey.com
38 Technology Drive
Irvine, CA 92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

*Attorneys for Plaintiff Instant Media, Inc.*

ARNOLD & PORTER LLP
Suzanne V. Wilson (State Bar #152399)
suzanne.wilson@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Catherine R. Rowland (*Pro Hac Vice*)
catherine.rowland@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. CV 07-02639 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEF EXTENSION OF DISCOVERY CUT-OFF DATES** |

Case No. C 07-02639 SBA
STIPULATION AND [PROPOSED] ORDER RE: EXT. OF DISCOVERY CUT-OFF DATES

1    Plaintiff Instant Media, Inc., on the one hand, and defendant Microsoft Corporation, on the
2 other hand, by and through their respective counsel of record, hereby stipulate and agree as follows:
3    WHEREAS, pursuant to the Court's Civil Case Management Conference Minutes, entered
4 on September 6, 2007 (the "September 6 Order"), the current deadlines for amendment of the
5 pleadings and for fact and expert discovery in this matter are as follows: (1) the deadline to amend
6 the pleadings is November 27, 2007; (2) the fact discovery cut-off is January 25, 2008; (3) the
7 deadline for the parties' expert designations is February 1, 2008; (4) the deadline for rebuttal expert
8 disclosure is March 3, 2008; and (5) the expert discovery cut-off is March 24, 2008;
9    WHEREAS, pursuant to ADR Local Rule 5-4(b), the current deadline for the parties to
10 participate in an Early Neutral Evaluation session is on or about December 6, 2007;
11   WHEREAS, the parties seek to explore settlement in this matter and have scheduled a
12 private mediation through JAMS for November 27, 2007;
13   WHEREAS, the parties seek to avoid the time and cost of discovery and the ENE until after
14 they have completed private mediation on November 27, 2007;
15   WHEREAS, the parties have agreed to a brief extension of the amendment of the pleadings
16 and discovery deadlines identified herein by two weeks and have agreed to re-schedule the ENE
17 date, if necessary, until after the November 27 mediation;
18   WHEREAS, the extension of these deadlines will not impact the other deadlines set by the
19 Court in the September 6 Order, including the motion cut-off date and the trial date.
20   NOW, THEREFORE, the parties stipulate and agree as follows:
21   1.   The deadline to amend the pleadings shall be extended to December 11, 2007;
22   2.   The fact discovery cut-off shall be extended to February 8, 2008;
23   3.   The deadline for the parties to make expert designations shall be extended to February
24 15, 2008;
25   4.   The deadline for any rebuttal expert disclosures shall be extended to March 17, 2008;
26   5.   The expert discovery cut-off shall be extended to April 7, 2007; and
27 / / /
28

6. If the mediation on November 27, 2007 is not successful, the parties shall schedule and complete the ENE by February 8, 2008.

Dated: November ___, 2007     DORSEY & WHITNEY LLP

By: _____
Michael A. Piazza
Attorneys for Plaintiff
Instant Media, Inc.

Dated: November 9, 2007     ARNOLD & PORTER LLP

By: /s/ Suzanne V. Wilson
Suzanne V. Wilson
Attorneys for Defendant
Microsoft Corporation

## [PROPOSED] ORDER

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2007

_____
The Honorable Saundra Brown Armstrong
United States District Judge

6. If the mediation on November 27, 2007 is not successful, the parties shall schedule and complete the ENE by February 8, 2008.

Dated: November 9, 2007          DORSEY & WHITNEY LLP

By: _____
    Michael A. Piazza
    Attorneys for Plaintiff
    Instant Media, Inc.

Dated: November ___, 2007        ARNOLD & PORTER LLP

By: _____
    Suzanne V. Wilson
    Attorneys for Defendant
    Microsoft Corporation

## [PROPOSED] ORDER

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2007     _____
                                 The Honorable Saundra Brown Armstrong
                                 United States District Judge