Michael A. Piazza (SBN 235881)
DORSEY & WHITNEY LLP
38 Technology Drive
Irvine, CA 92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601
piazza.mike@dorsey.com

Attorneys for Plaintiff INSTANT MEDIA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., | NO.: C 07-02639 SBA |
| Plaintiff, | |
| v. | **DECLARATION OF MICHAEL A. PIAZZA IN SUPPORT OF MOTION TO AMEND COMPLAINT** |
| MICROSOFT CORPORATION, | |
| Defendant. | **HEARING:**<br>Date: February 5, 2008<br>Time: 1:00 p.m.<br>Crtrm: 3 |

I, Michael A. Piazza, declare as follows.

1.      I am a partner with the law firm of Dorsey & Whitney LLP, and counsel of record for Plaintiff Instant Media, Inc. ("Instant Media") in this action.  I submit this declaration in support of Instant Media's Motion for Leave to File a First Amended Complaint.  I have personal knowledge of the following, except as to those facts I understand on information and belief and as to those facts I believe them to be true and could competently testify thereto if called upon to do so.

2.      Attached hereto as Exhibt "A" is a true and correct copy of the [Proposed] First Amended Complaint that Instant Media seeks leave to file.

3.      Attached hereto as Exhibit "B" is a true and correct copy (with asterisk added by 4th ¶ ) of a press release downloaded from a Microsoft website (specials.msn.com/InsideMSN/032107-2007-IM-Making_Difference.aspx) stating: "Since the i'm campaign launched March 1, [2007], thousands of Windows Live Messengers have joined."

4.      Attached hereto collectively as Exhibit "C" are true and correct copies of Microsoft web pages describing Windows Live Messenger.

5.      Attached hereto collectively as Exhibit "D" are true and correct copies of web pages showing the Google and Yahoo search lists for both "I'M" and "i'm," with Microsoft's **i'm** Initiative at the www.im.live.com website as the first hits on the lists.

6.      Attached hereto as Exhibit "E" is a true and correct copy of a press release found on a Microsoft website (advertising.Microsoft.com/uk/Microsoft-aquantive-announcement), dated May 18, 2007, announcing Microsoft's plan to acquire aQuantive, Inc.

7.      Attached hereto as Exhibit "F" is a true and correct copy of the first page of a press release found on an aQuantive, Inc. website (www.aquantive.com/news/releases/Microsoft-aQuantive.asp), stating that Microsoft completed its acquisition of aQuantive, Inc. on August 13, 2007.

8.      Prior to filing the instant motion to amend, I attempted to meet and confer with counsel for Microsoft, Charles Cavanaugh, both via telephone and email, in order to avoid the necessity of a formal motion to amend.  I was unable to reach Mr. Cavanaugh, but will continue to try to do so in order to try to avoid the necessity of further briefing and/or hearing of this motion.

///

///

///

DECLARATION OF MICHAEL PIAZZA IN SUPPORT OF MOTION TO AMEND COMPLAINT
CASE NO. C 07-02639 SBA
4851-2120-5506\1\475879\00007

1        I declare under penalty of perjury under the laws of the United States that the foregoing is true

2    and correct.  Signed on December 11, 2007, in Irvine, California.

3

4

5                         Michael A. Piazza, Esq.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL PIAZZA IN SUPPORT OF MOTION TO AMEND COMPLAINT
CASE NO. C 07-02639 SBA
4851-2120-5506\1\475879\00007

# EXHIBIT A

Michael A. Piazza (SBN 235881)
DORSEY & WHITNEY LLP
38 Technology Drive
Irvine, CA 92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601
piazza.mike@dorsey.com

Attorneys for Plaintiff INSTANT MEDIA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA INC., | Case No. C 07-02639 SBA |
| Plaintiff, | **FIRST AMENDED COMPLAINT FOR:** |
| v. | **(1) FEDERAL TRADEMARK INFRINGEMENT;** |
| MICROSOFT CORPORATION, | **(2) FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN;** |
| Defendant. | **(3) CALIFORNIA TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION;** |
| | **(4) COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION;** |
| | **(5) UNJUST ENRICHMENT;** |
| | **(6) MISAPPROPRIATION; AND** |
| | **(7) VIOLATION OF THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT** |
| | **DEMAND FOR JURY TRIAL** |

4845-4828-9794\1\475879\00007

1    For its First Amended Complaint against defendant Microsoft Corporation,
2  plaintiff Instant Media, Inc. states and alleges the following:

3                          **THE PARTIES**

4    1.    Plaintiff Instant Media Inc. ("Instant Media") is a Delaware corporation
5  with its principal place of business at 1032 Elwell Court, Suite 220, Palo Alto,
6  California.  Instant Media develops and offers to the public software for Internet
7  communication, such as Internet-transmitted television, and other communication
8  content, and also develops distribution campaigns for others.

9    2.    Instant Media is informed and believes, and on that basis alleges that
10  defendant Microsoft Corporation ("Microsoft") is a Washington corporation having
11  its principal place of business in Redmond, Washington.

12                      **NATURE OF THE ACTION**

13    3.    This is an action for damages and injunctive relief against defendant
14  Microsoft for trademark infringement, unfair competition, unjust enrichment and
15  misappropriation.

16    4.    This action arises out of defendant Microsoft's use, in connection with
17  software and on-line promotional campaigns for others, of the designation **I'M**,
18  which is identical to and likely to be confused with plaintiff Instant Media's family
19  of **I'M®** trademarks, which includes the federally registered **I'M®** trademark,
20  pending applications and other common law trademarks (collectively referred to
21  herein as the **I'M®** family of trademarks" or **I'M®** Marks"). Microsoft's use of the
22  designation **I'M**, as used herein, is in violation of the Lanham Act (15 U.S.C.  §§
23  1051-1127), the California Business & Professions Code (including §§ 14335,
24  17200 *et seq.* and 17500 *et seq.*), and the common law.

25                      **JURISDICTION AND VENUE**

26    5.    This Court has subject matter jurisdiction under 15 U.S.C. § 1121, and
27  28 U.S.C. §§ 1331, 1338(a), 1338(b), and 1367.

28

Case No. C 07-02639 SBA
                                                          FIRST AMENDED COMPLAINT

4845-4828-9794\1\475879\00007

1    6.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1395

2  because defendant Microsoft does business in this district and offers goods and

3  services in this district under a designation that infringes Instant Media's

4  trademarks, and on information and belief, has a place of business in this district.

5    7.    In addition, venue is proper in this district because Instant Media has

6  suffered harm in that confusion among the consuming public has occurred, and is

7  likely to occur, in this district, thereby damaging the value of Instant Media's

8  trademarks.

9    8.    This Court has personal jurisdiction over defendant Microsoft, who

10  resides and/or does business in California.

11                    **INTRADISTRICT ASSIGNMENT**

12    9.    Assignment in San Jose is proper because this is an Intellectual

13  Property Action for purposes of Civil L.R. 3-2(c), and, thus, is subject to assignment

14  on a district-wide basis.

15              **INSTANT MEDIA'S BUSINESS AND TRADEMARKS**

16    10.    Instant Media develops software and provides Internet media content

17  delivery, which it makes available to the public and its business partners using the

18  **I'M**® family of marks.  Instant Media also operates the website IM.com.  Instant

19  Media has used the **I'M**® trademarks since at least as early as 2004.  Among the

20  **I'M**® software that is presently distributed is a client-side program that can be

21  downloaded by consumers and installed on their computers to assist with Internet

22  communication and reception of communication data from remote sources via the

23  Internet.

24    11.    Instant Media is the owner of a trademark registration and has several

25  allowed and pending trademark applications with the United States Patent and

26  Trademark Office ("PTO"), including:

27        a.    Reg. No. 3,149,552 registered September 26, 2006, based

28    on an application filed May 10, 2004, for "**I'M**" in international class

3

1   35 for electronic retailing services via the Internet and other electronic
2   communications networks, featuring general consumer merchandise,
3   music, movies and related merchandise; developing on-line
4   promotional campaigns for others in the field of entertainment (the
5   "'552 registration").

6       b.    Application No. 78/416,026 filed May 10, 2004 and
7   allowed August 2, 2005, for "**I'M CACHED**" in international class 9
8   for software for receiving, transmitting, extracting, encoding, decoding,
9   storing, organizing, viewing and outputting audio, video and
10  audiovisual data; software for providing Internet access; and software
11  for conducting commercial transactions, namely computer e-commerce
12  software to allow users to perform electronic business transactions via a
13  global computer network.

14      c.    Application No. 78/919,227, filed June 28, 2006, for
15  "**I'M**" in international class 9 having presently pending description of
16  goods including software for receiving, accessing, extracting, encoding,
17  decoding, storing, organizing, managing, viewing and outputting audio,
18  video and audiovisual data; software for subscribing to news,
19  information, audio, video and audiovisual programs, and news feeds for
20  use by subscribers; software for providing access to the Internet;
21  software implementing Internet Protocol television, television and
22  movie subscription services; software for conducting commercial
23  transactions, namely computer e-commerce software to allow users to
24  perform electronic financial and retail business transactions via a global
25  computer network.

26      d.    Application No. 78/415,999, filed May 10, 2004 and
27  allowed July 4, 2006, for "**I'M**" in a circle in international class 35 for
28  electronic retailing services via the Internet and other electronic

4845-4828-9794\1\475879\00007

1   communications networks, featuring general consumer merchandise,
2   music, movies and related merchandise; developing on-line
3   promotional campaigns for others in the field of entertainment.

4       e.     Application No. 78/772,600, filed December 13, 2005 and
5   published by the PTO for opposition, for "**I'M INTERESTED**" in
6   international classes 35 and 38 for electronic retailing services via the
7   Internet and other electronic communications networks, featuring
8   general consumer merchandise, namely, downloadable video and
9   audio, and multimedia works; downloadable advertising or infomercial
10  content; electronic devices; and, video and computer games;
11  developing on-line promotional campaigns for others in the field of
12  entertainment; advertising referral services; general business and
13  consumer referral services, namely, promoting the goods and services
14  of others by displaying advertising on an Internet website and
15  providing consumer response information to advertisers; providing a
16  business networking and referral website and database for facilitating
17  business and sales introductions, referrals, discounts, and advertising;
18  streaming of video, audio, multimedia works, advertising and
19  infomercial content.

20      f.     Application No. 78/884,064, filed May 15, 2006 for "**I'M
21  INTERACTIVE**" which has been approved for publication by the
22  PTO in international class 35 for electronic retail store services via the
23  Internet and other electronic communications networks, featuring
24  streamed and downloadable video and audio and multimedia works,
25  streamed or downloadable advertising or infomercial content, consumer
26  electronic device, and, video and computer games; developing on-line
27  promotional campaigns for others in the field of entertainment namely,
28  Internet video, Internet TV; advertising referral services; general

5

1
2
3
4
5
6

business and consumer referral services, namely, promoting the goods and services of others by displaying advertising on an Internet website and providing consumer response information to advertisers; providing a business networking and referral website and database for facilitating business and sales introductions, referrals, discounts, advertising among individuals and businesses.

7
8
9
10
11
12
13
14
15

12.    Instant Media has used and is currently using the aforementioned **I'M**® trademarks, and others.  One or more of the **I'M**® trademarks has been continuously used by Inter Media since at least as early as 2004.  Instant Media has created a recognizable brand usage on its website featuring **I'M**® alone, **I'M**® in a circle, and **I'M**® in conjunction with other words – combined with a motion display of the trademarks on the screen, which allows consumers to scroll amongst the marks and slogans – such as "I'M INSTANT MEDIA" … "I'M PROUD" … "I'M CONNECTED" … "I'M SURFING" … "I'M THINKING" … "I'M HD" … "I'M COOL" … "I'M UPGRADING" … "I'M REAL."

16
17
18
19

13.    Instant Media has expended considerable time, resources and effort in promoting the **I'M**® family of trademarks and developing substantial goodwill associated therewith.   For example, Instant Media has expended considerable resources and effort on advertising on television and the Internet.

20

## MICROSOFT'S UNLAWFUL CONDUCT

21
22
23
24
25
26

14.    Defendant Microsoft has begun to market and widely distribute software via a new branding and promotional campaign under the designation **I'M**. The **I'M**  software distributed by Microsoft is a client-side program that can be downloaded by consumers and installed on their computers to assist with Internet communication and reception of content data from remote providers, particularly correspondents via instant messaging.

27
28

15.    Microsoft's unauthorized use of a designation which is identical to Instant Media's **I'M**® trademark, and is confusingly similar to other trademarks in

6

1  Instant Media's **I'M**® family of marks, for directly competitive services and for
2  software, using a motion display as does Instant Media, constitutes a deliberate
3  attempt to misappropriate for its own ends Instant Media's **I'M**® trademark, its
4  family of trademarks, and its motion display method.  It also is a deliberate attempt
5  by Microsoft to exploit for its own benefit the creativity of Instant Media, and the
6  substantial goodwill associated with the popular and well-known **I'M**® family of
7  marks.

8      16.    In selecting and using the trade names and marks that include the
9  designation **I'M** in connection with the sale and offering of its goods and services,
10  Microsoft (1) has acted and continues to act with the intent and willful purpose of
11  improperly taking or benefiting from the creativity, reputation and goodwill which
12  Instant Media has established in the **I'M**® marks, and to undermine and
13  misappropriate Instant Media's **I'M**® marks for its own purposes, and (2) has caused
14  and continues to cause its goods and services to be palmed off as made, authorized,
15  sponsored, or endorsed by or otherwise connected with Instant Media.

16      17.    Microsoft's use in commerce of the trade names and marks that include
17  the designation **I'M** is actionable as reverse confusion because such use by
18  Microsoft is likely to cause confusion as to source of the goods and services offered
19  by Instant Media under its **I'M**® marks, thereby leading the public to incorrectly
20  assume that, for example, (1) Instant Media's goods and services are really those of
21  Microsoft, or (2) Instant Media has become somehow connected with Microsoft.

22      18.    Microsoft's use in commerce of the trade names and marks that include
23  the designation **I'M** is actionable as reverse confusion because such use by
24  Microsoft is likely to lead a substantial number of consumers to believe incorrectly
25  that Instant Media has stolen a trademark belonging to Microsoft.  Consumers who
26  know that Microsoft is using the designation **I'M** and that Instant Media is not
27  affiliated with Microsoft would therefore be likely to conclude that Instant Media is
28  using its **I'M**® marks to confuse consumers into believing that **I'M**® designates

Case No. C 07-02639 SBA
FIRST AMENDED COMPLAINT

1  Microsoft, or potentially that Instant Media is the late entrant seeking to
2  misappropriate Microsoft's goodwill and promotion strategies.

3      19.    Microsoft's activities are likely to cause confusion, to cause mistake
4  and to deceive consumers and others as to the source, nature and quality of the
5  goods and services offered by Microsoft, and otherwise diminish and/or dilute the
6  value of Instant Media's **I'M**® marks.

7      20.    Instant Media has been damaged by Microsoft's wrongful conduct in
8  an amount to be proven at trial.

9      21.    Unless Microsoft's activities are preliminarily and permanently
10  enjoined, Instant Media and its assets, goodwill and reputation will suffer
11  irreparable injury.

12      22.    Microsoft has profited from its wrongful conduct and has been unjustly
13  enriched in an amount to be proven at trial

14              **FIRST CLAIM FOR RELIEF**
15              (Federal Trademark Infringement)
16                  (15 U.S.C. §1114(1))

17      23.    Instant Media incorporates the preceding paragraphs as though fully set
18  forth herein.

19      24.    The actions of Microsoft as described herein constitute infringement of
20  Instant Media's federally registered trademark in **I'M**® as well as its common law
21  trademark rights in **I'M** and the **I'M**® family of trademarks in violation of section
22  32(1) of the Lanham Act, 15 U.S.C. § 1114(1), and of Instant Media's trademark
23  rights at common law.

24      25.    Microsoft's acts of infringement have caused Instant Media damages in
25  an amount to be proven at trial. Instant Media seeks judgment pursuant to 15 U.S.C.
26  § 1117 for Microsoft's profits made through its unauthorized and infringing use of
27  Instant Media's trademarks, for the damages sustained by Instant Media, for all

28

Case No. C 07-02639 SBA
                                        FIRST AMENDED COMPLAINT

4845-4828-9794\1\475879\00007

1  costs necessary to remediate the infringing uses and their effects, and for the costs,
2  expenses, and reasonable attorneys' fees incurred in bringing the present action.

3      26.    Instant Media seeks judgment for three times the damages awarded,
4  due to the willful and intentional nature of Microsoft's conduct, or such other
5  compensation as the Court deems just.

6                    **SECOND CLAIM FOR RELIEF**

7  (Unfair Competition and False Designation of Origin in Violation of Federal Law)
8                        (15 U.S.C. §1125(a))

9      27.    Instant Media incorporates the preceding paragraphs as though fully set
10  forth herein.

11     28.    Instant Media owns and enjoys common law trademark rights in the
12  **I'M**® family of trademarks and also owns a federally registered trademark right in
13  **I'M**®, which rights are superior to any rights of defendant Microsoft.

14     29.    Microsoft's use of the **I'M** designation as aforesaid constitutes a false
15  designation of origin, passing off, misappropriation, palming off and/or misleading
16  description or representation of fact which is likely to cause mistake, confusion and/
17  or deception as to origin, sponsorship, authorization, creation, or approval of
18  Microsoft's goods and services, in violation of 15 U.S.C. § 1125(a).

19     30.    As a result of Microsoft's acts, Instant Media has suffered damages and
20  other harm, in an amount to be proven at trial. Instant Media seeks judgment for
21  Microsoft's profits made by these acts, for the damages sustained by Instant Media,
22  for all costs necessary to remediate the false designation of origin, passing off,
23  misappropriation, palming off and/or misleading description or representation of
24  fact, and for the costs, expenses and reasonable attorneys' fees incurred in bringing
25  the present action.

26     31.    Instant Media further seeks judgment for three times the amount of
27  damages awarded, due to the nature of Microsoft's conduct, or such other
28  compensation as the Court deems just.

                                    9

4845-4828-9794\1\475879\00007

## THIRD CLAIM FOR RELIEF

(Trademark Infringement and Unfair Competition Under California Law)

(Cal. Bus. & Prof. Code §§ 17200 *et seq.* and 17500 *et seq.*)

32.   Instant Media incorporates the preceding paragraphs as though fully set forth herein.

33.   Microsoft's acts, including the use of Instant Media's trademarks and trade names, constitute trademark infringement, false advertising, and unfair competition under California statutory law, including Cal. Bus. & Prof. Code §§ 17200 *et seq.* and 17500 *et seq.*

34.   Instant Media has suffered damages as a direct result of Microsoft's conduct as described herein, for which money damages are an inadequate remedy, and such damage will continue unless the Court enjoins Microsoft's use of the I'M designation.

35.   Microsoft has used and is using Instant Media's marketing and business concepts and/or plans including its promotional concepts as well as its trademarks in commerce.  Such acts constitute unlawful competition.

36.   Microsoft should be required to restore to Instant Media any and all profits earned as a result of its unlawful and unfair activities, and to compensate Instant Media for damages, attorneys' fees and costs incurred.

## FOURTH CLAIM FOR RELIEF

(Common Law Trademark Infringement and Unfair Competition)

37.   Instant Media incorporates the preceding paragraphs as though fully set forth herein.

38.   In addition to the rights under the Lanham Act and state statutory law set forth above, Instant Media also has valid and existing rights under the common law with respect to the **I'M**® family of trademarks, which rights Microsoft has violated by virtue of its actions as described herein.

4845-4828-9794\1\475879\00007

1    39.    Microsoft's wrongful acts as described herein have damaged Instant
2   Media, in an amount to be proven at trial.

3    40.    Instant Media has suffered damages as a direct result of Microsoft's
4   conduct as described herein, for which money damages are an inadequate remedy,
5   and such damage will continue unless the Court enjoins Microsoft's use of the I'M
6   designation.

7                              **FIFTH CLAIM FOR RELIEF**

8                                  (Unjust Enrichment)

9    41.    Instant Media incorporates the preceding paragraphs as though fully set
10   forth herein.

11    42.    Microsoft has been unjustly enriched by the conduct described herein
12   by receiving profits and other goodwill that rightfully should have gone to Instant
13   Media and by appropriating Instant Media's promotional concepts and business
14   concepts, techniques and/or plans, trademarks and goodwill.    The Court should
15   disgorge Microsoft of its unjust enrichment and award it to Instant Media.

16                              **SIXTH CLAIM FOR RELIEF**

17                                  (Misappropriation)

18    43.    Instant Media incorporates the preceding paragraphs as though fully set
19   forth herein.

20    44.    Upon information and belief, Microsoft has misappropriated the
21   goodwill, marks and business and marketing concepts, techniques and/or plans of
22   Instant Media.

23    45.    Microsoft's wrongful acts as described herein have damaged Instant
24   Media in an amount to be proven at trial.  Microsoft has also been unjustly enriched
25   by virtue of its misappropriation of Instant Media's business, marketing and
26   promotional concepts, techniques and/or plans, trademarks and goodwill.

27

28

                                        11              Case No. C 07-02639 SBA
                                                        FIRST AMENDED COMPLAINT

1    46.    Microsoft has taken Instant Media's business, marketing and
2  promotional concepts, techniques and/or plans, as well as Instant Media's
3  trademarks and goodwill, and is using that property in commerce.

4    47.    Instant Media has suffered damages as a direct result of Microsoft's
5  conduct as described herein, for which money damages are an inadequate remedy,
6  and such damage will continue unless the Court enjoins Microsoft's use of the I'M
7  designation and its motion display associated therewith.

8                           **SEVENTH CLAIM FOR RELIEF**
9          (Violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C.A.,
10                                  § 1125(d))

11    48.    Instant Media incorporates the preceding paragraphs as though fully set
12  forth herein.

13    49.    Instant Media owns the popular and well-known **I'M**® family of marks.
14  Over the past few years, Instant Media has created and promoted a marketing
15  campaign centered around the I'M family of marks.  The result is that it has created
16  a recognizable and distinctive branding and media campaign, featuring **I'M** alone
17  and in conjunction with other words used both on Instant Media's Internet website
18  located at www.im.com, and in commercials, marketing materials, and public
19  relations.  In fact, the marks are crucial to Instant Media's efforts to build awareness
20  of its software and services, and to get prospective customers to associate **I'M**
21  uniquely with Instant Media.

22    50.    Microsoft uses, and upon information and belief has registered, the
23  domain name www.im.live.com, which is confusingly similar to Instant Media's
24  **I'M** mark.

25    51.    Upon information and belief, Microsoft has established a platform to
26  provide video and data products through its website that are similar if not identical
27  to Instant Media's products available on its website.  Consumers looking for Instant
28  Media's website (www.im.com) can be easily misdirected to the confusingly similar

                                        12                    Case No. C 07-02639 SBA
                                                              FIRST AMENDED COMPLAINT

1    **i'm** web site (www.im.live.com ) through Microsoft's use of the **I'M** mark in its

2    domain name and keywords, and then be enticed to purchase Microsoft's products

3    instead of Instant Media's.

4       52.     Microsoft has, and at all times relevant herein has had, a bad faith

5    intent to profit from the **I'M** mark. Upon information and belief, at all relevant

6    times herein, Microsoft was aware of Instant Media's trademark rights in the **I'M**

7    mark but nonetheless incorporated the mark into its domain name,

8    www.im.live.com. Microsoft offers goods and services similar if not identical to

9    those offered by Instant Media. And Microsoft intended to, and did, divert

10    customers from Instant Media's website at www.im.com, to Microsoft's website at

11    www.im.live.com, thereby harming the goodwill represented in Instant Media's

12    mark for commercial gain by creating a likelihood of confusion as to the source,

13    sponsorship, affiliation and/or endorsement of the site.

14                               **PRAYER FOR RELIEF**

15       WHEREFORE, Instant Media prays for the following relief:

16       1.     That defendant Microsoft, its officers, agents, servants, partners,

17    affiliates, subsidiaries, employees, attorneys and all others in concert or participation

18    with them, be preliminarily enjoined during the pendency of this action and

19    permanently enjoined thereafter from using the name or designation **I'M** or any

20    derivation therefrom, or any other designation similar to or likely to cause confusion

21    with **I'M**® or an **I'M**® motion display, in connection with the sale, offering for sale,

22    promotion, distribution, or advertising of any goods and services, including any

23    online promotional campaigns for others, or client software or other software that

24    can be used for reception of communications or data via the Internet, or any related

25    consumer merchandise;

26       2.     That the Court award Instant Media the profits made by Microsoft and

27    the actual damages suffered by Instant Media as a result of Microsoft's unlawful

28    conduct, and a reasonable royalty, in an amount to be proven at trial;

Case No. C 07-02639 SBA
FIRST AMENDED COMPLAINT

4845-4828-9794\1\475879\00007

3.     That this Court award Instant Media triple the amount of the damages awarded, whether Microsoft's profits, Instant Media's lost profits or other damages;

4.     That the Court order Microsoft to file with the Court and serve upon Instant Media's counsel within fifteen (15) days after entry of Judgment a report in writing under oath setting forth in detail the manner and form in which Microsoft has complied with the requirements of the Injunction and Order;

5.     That the Court award prejudgment interest as authorized by law;

6.     That the Court award Instant Media its costs incurred in this action, including reasonable attorneys' fees, pursuant to 15 U.S.C. § 1117 and California law;

7.     That the Court impose a constructive trust over those Microsoft profits that constitute unjust enrichment;
That the Court award restitutionary relief against Microsoft and in favor of Instant Media, including disgorgement of wrongfully obtained profits and goodwill and any other appropriate relief;

8.     That the Court grant Instant Media any other remedy to which it may be entitled; and

9.     That the Court grant such other and further relief as it shall deem just.


DORSEY & WHITNEY LLP


DATED:  December 11, 2007          By:  _____
                                        MICHAEL A. PIAZZA
                                        Attorneys for Plaintiff INSTANT
                                        MEDIA, INC.

Case No. C 07-02639 SBA
FIRST AMENDED COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2        Trial by jury is hereby demanded for all issues so triable.

3

4                                              DORSEY & WHITNEY LLP

5

6

7   DATED:  December 11, 2007          By: _____

8                                          MICHAEL A. PIAZZA
                                           Attorneys for Plaintiff INSTANT
9                                          MEDIA, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    Case No. C 07-02639 SBA
                                                    FIRST AMENDED COMPLAINT

4845-4828-9794\1\475879\00007

**EXHIBIT B**

# 'I'm' Making a Difference & So Can You

**By Jody Brannon, Inside MSN Editor**



*Mar. 21, 2007*

Earlier this month, Tony of Amarillo, Texas, took us to task, writing, "Several suggestions have been submitted and nothing has been done. So, now what? Why bother?"

Well, Tony, teams throughout Microsoft are acting on dozens of suggestions, though sometimes they take longer to take shape than any of us would like.

Among the most common letters we receive are from people wanting to read about individuals making a difference in the world. An example of one Microsoft team that quickly sprang into action to do just that is the Windows Live Messenger group. Its i'm initiative allows users of the latest version to choose one of nine organizations worthy causes to receive a contribution each time they have an instant message conversation.



Since the i'm campaign launched March 1, thousands of Windows Live Messenger users have joined. In downloading the application, they select which group they'd like to benefit. That process creates an i'm icon in line with their name. That little symbol means he or she spurs a Microsoft donation with each instant message conversation.

Nine of the world's most effective organizations dedicated to social causes are participating in this campaign; each is guaranteed to receive at least $100,000 from a portion of advertising revenue.

No cap has been set on the amount to be donated, so if you participate you can choose to give to any of these groups: American Red Cross, Boys & Girls Clubs of America, National AIDS Fund, National Multiple Sclerosis Society, ninemillion.org; Sierra Club; stopglobalwarming.org; Susan B. Komen for the Cure; or the U.S. Fund for UNICEF. You can even redirect your giving between groups by changing your settings.

The organizations are thrilled to be involved in the program. "Instant Messaging is a great way to keep in touch with friends and family," says Kristine Templin of the American Red Cross, "and now with the i'm initiative people can also touch the lives of those in need in communities across the country."

Among my 49 Windows Live Messenger contacts, 13 are participating so far -- and making a difference to their organizations of choice (mine is Komen for the Cure) each time they start a conversation with me. Last week's quick question showed that 42 percent of MSN readers who voted use IM daily. That made me recall December's discussion on what to call the holiday season, in which many users more broadly spoke about making a difference, year-round.

Jim, of Fairfield Bay, Ark., urged more coverage of "regular people doing good things;" Cincinnati resident Rocco wanted "more human interest stories, such as ordinary people beating the odds or people giving back to their communities;" and Toni of Bradford, Pa., emphasized the importance of "caring about people ... and helping each other."

Using Windows Live Messenger is a direct way you can show you care about people and helping  others, while engaging in an efficient means of communicating. You can download Windows Live Messenger 8.1 and start giving right away.

## We want to hear from

Tell us what you think about MSN. Sub... published and edited. We cannot provi... response to your comments.

**Subject title**

**Your input or letter**

**First name**

**City and state or country**

By sending your comments, you are a... Microsoft Service Agreement.

 Send

MSN Privacy | Questions?

**EXHIBIT C**



| Quick Links | Home | Worldwide |

Search Microsoft.com for: [                    ] Go

**Microsoft**

Download Center

Search [All Downloads ▾]  [                    ] Go  Adv:
Search

Download Center Home

**Product Families**
- Windows
- Office
- Servers
- Business Solutions
- Developer Tools
- Windows Live
- MSN
- Games & Xbox
- Windows Mobile
- All Downloads

**Download Categories**
- Games
- DirectX
- Internet
- Windows Security & Updates
- Windows Media
- Drivers
- Home & Office
- Mobile Devices
- Mac & Other Platforms
- System Tools
- Development Resources

**Download Resources**
- Microsoft Update Services
- Download Center Help
- Related Sites

**Download Notifications**
- Notifications Signup

**Worldwide Downloads**
- Countries & Regions

# Windows Live Messenger 8.1

Windows Live

### Brief Description

Windows Live Messenger is the next-generation MSN Messenger. It has everything you already love about Messenger, and much more!

## On This Page

Quick Details                 Overview
System Requirements           Instructions
Related Resources             What Others Are Downloading

[ **Download** ]

## Quick Details

| | |
|---|---|
| File Name: | Install_Messenger.exe |
| Version: | 8.1.0178 |
| Date Published: | 10/3/2007 |
| Language: | English |
| Download Size: | 17.2 MB - 35.2 MB* |
| Estimated Download Time: | [Dial-up (56K) ▾] 1 hr 4 min |

*Download size depends on selected download components.

**Change Language:**   [English ▾]  [Change]

## Overview

Windows Live Messenger is the next-generation MSN Messenger. It has everything you already love about Messenger—your contact list, emoticons, and instant access to your friends via text, voice, and video—plus new ways to connect and share photos and documents effortlessly. As always, it's free to download Messenger and use most of its features.

↑ Top of page

## System Requirements

- **Supported Operating Systems:** Windows Server 2003; Windows Vista Windows XP



- Pentium 233 MHz (500 MHz recommended)
- 128 MB of RAM (256 MB recommended)
- Up to 50 MB of hard disk space for installation, 15 MB to run the program
- Microsoft Internet Explorer version 6 SP1 or later must be installed on your computer, though it does not need to be your default.
- 800 x 600 or higher screen resolution

↑ Top of page

## Instructions

1. Click the **Download** button on this page to start the download, or select different language from the **Change language** drop-down list and click **Change**.
2. Do one of the following:
   - To start the installation immediately, click **Run**.
   - To save the download to your computer for installation at a later time, click **Save**.
   - To cancel the installation, click **Cancel**.

↑ Top of page

## Related Resources

1. Learn About Windows Live Messenger
2. Browse Better with Windows Live Toolbar
3. Get Security Updates Automatically
4. Download Adobe Flash Player

↑ Top of page

## What Others Are Downloading

Others who downloaded **Windows Live Messenger 8.1** also downloaded:

1. Windows Internet Explorer 7 for Windows XP SP2
2. Windows Live Messenger 8.0
3. Windows Live Messenger (Version 2008)
4. MSN Messenger 7.5 for Windows
5. Internet Explorer 6 Service Pack 1

↑ Top of page

Manage Your Profile  |  Contact Us

© 2007 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

E-Mail          IM & Blogging          Search & Learn          Internet Access          Entertainment          M

See. Hear. Share. Instantly.

After clicking button, choo

Overview   Features   System Requirements                                              **Download**

### Video Conversation
The next best thing to being there. Hear the laughter and see the smiles with a Messenger Video Conversation.*

### PC-to-PC Calling
Stop typing and start talking. Talk to friends and family right from your PC.*

### Express yourself
Go beyond words—express yourself with winks, emoticons, and your own personal display image.

### PC-to-Mobile Messaging
Friends on the go? No problem. Send and receive text messages between your PC and your contact's mobile phone—for free.**



(Please review the MSN Messenger Terms of Use.)

Looking for Messenger for Mac? Here you go.

Take a look at Windows Live Messenger.***

**Download**

This product description is based on the latest version of MSN Messenger. If you have an older version of Windows, Messenger might no features described here. See the System Requirements page for more information.

*Both parties must have compatible microphones, speakers, and/or cameras. Internet connection fees may apply.
**Free offer does not include any charges made by the recipient's wireless carrier for receiving or replying to messages.

*** If you decide to install Windows Live Messenger after looking at the demo, you will need Windows® XP.

**EXHIBIT D**

Web   Images   Video   News   Maps   Gmail   more ▾

Sign in

# Google

I'M     [Search]   Advanced Search
Preferences

---

**Web**                    Results **1 - 10** of about **728,000,000** for I'M [definition]. (**0.16** seconds)

## i'm MAKING A DIFFERENCE
The **i'm**™ Initiative from Windows Live Messenger™ makes helping your favorite cause as
easy as sending an instant message. ...
im.live.com/ - 19k - Cached - Similar pages

    Join           Learn more
    Get Involved     Run Once
    Choose the organization

    More results from live.com »

## i'm MAKING A DIFFERENCE
**i'm** is a new initiative from Windows Live™ Messenger. Every time you start a conversation
using **i'm**, Microsoft shares a portion of the program's advertising ...
im.live.com/Messenger/IM/About/ - 20k - Cached - Similar pages

## Unique Group Travel Ideas and Trip Planning | **I'm in!** – Group ...
**I'm** in! Great group travel ideas and private group planning pages to help turn group trip
organizing from frustrating to fun.
www.imin.com/ - 60k - Cached - Similar pages

## Where **I'm** From
A poem by George Ella Lyons is called "Where **I'm** From." I first heard it read by
Appalachian poet Rita Quillen. Six months later, we used it as a writing ...
www.swva.net/fred1st/wif.htm - 7k - Cached - Similar pages

## Where **I'm** From by George Ella Lyon, poet and writer
"Where **I'm** From" grew out of my response to a poem from Stories I Ain't Told Nobody Yet
(Orchard Books, 1989; Theater Communications Group, ...
www.georgeellalyon.com/where.html - 10k - Cached - Similar pages

## **I'm** Not Obsessed - Celebrity Gossip And Pictures
**I'm** Not Obsessed is a celebrity gossip website that focuses on pop culture news and
paparazzi photos.
www.imnotobsessed.com/ - 91k - Cached - Similar pages

## **I'm** Not There (2007)
**I'm** Not There on IMDb: Movies, TV, Celebs, and more...
www.imdb.com/title/tt0368794/ - 47k - Cached - Similar pages

## Chase me ladies, **I'm** in the cavalry
Urgent! Please send 300 kilos of white mice. No time to explain.
chasemeladies.blogspot.com/ - 61k - Cached - Similar pages

## i guess **i'm** floating
**I'm** going to continue my praise for the song, but this time it's performed by a different artist!
Thanks to Chris for pointing me towards a great cover by ...
iguessimfloating.blogspot.com/ - 83k - Cached - Similar pages

## **I'm** From Barcelona

Web  Images  Video  News  Maps  Gmail  more ▾                                    Sign in

## Google

| i'm | | Search  Advanced Search |
| --- | --- | --- |
| | | Preferences |

**Web**                          Results **1 - 10** of about **729,000,000** for **i'm** [definition]. (0.15 seconds)

### i'm MAKING A DIFFERENCE
The i'm™ Initiative from Windows Live Messenger™ makes helping your favorite cause as
easy as sending an instant message. ...
im.live.com/ - 19k - Cached - Similar pages

Join                    Learn more
Get Involved            Run Once
Choose the organization

More results from live.com »

### i'm MAKING A DIFFERENCE
i'm is a new initiative from Windows Live™ Messenger. Every time you start a conversation
using i'm, Microsoft shares a portion of the program's advertising ...
im.live.com/Messenger/IM/About/ - 20k - Cached - Similar pages

### Unique Group Travel Ideas and Trip Planning | I'm in! – Group ...
I'm in! Great group travel ideas and private group planning pages to help turn group trip
organizing from frustrating to fun.
www.imin.com/ - 60k - Cached - Similar pages

### Where I'm From
A poem by George Ella Lyons is called "Where I'm From." I first heard it read by
Appalachian poet Rita Quillen. Six months later, we used it as a writing ...
www.swva.net/fred1st/wif.htm - 7k - Cached - Similar pages

### Where I'm From by George Ella Lyon, poet and writer
"Where I'm From" grew out of my response to a poem from Stories I Ain't Told Nobody Yet
(Orchard Books, 1989; Theater Communications Group, ...
www.georgeellalyon.com/where.html - 10k - Cached - Similar pages

### I'm Not Obsessed - Celebrity Gossip And Pictures
I'm Not Obsessed is a celebrity gossip website that focuses on pop culture news and
paparazzi photos.
www.imnotobsessed.com/ - 88k - Cached - Similar pages

### I'm Not There (2007)
I'm Not There on IMDb: Movies, TV, Celebs, and more...
www.imdb.com/title/tt0368794/ - 47k - Cached - Similar pages

### Chase me ladies, I'm in the cavalry
Urgent! Please send 300 kilos of white mice. No time to explain.
chasemeladies.blogspot.com/ - 61k - Cached - Similar pages

### i guess i'm floating
I'm going to continue my praise for the song, but this time it's performed by a different artist!
Thanks to Chris for pointing me towards a great cover by ...
iguessimfloating.blogspot.com/ - 83k - Cached - Similar pages

### I'm From Barcelona

i'm - Yahoo! Search Results                                          Page 2 of 3

Case 4:07-cv-02639-SBA    Document 66    Filed 12/11/2007    Page 29 of 33

1-10 of 1,330,000,000 for i ' m (About) - 0.22 sec

**Also try:** i'm with you,   i'm lyrics,   i'm take me by the hand,   take me somewhere,   More...

### i'm MAKING A DIFFERENCE
1.
... time you start a conversation using **i'm**, we share a portion of our advertising ... Keep having **i'm** conversations so you can keep funding the cause doing the work ...
im.live.com  - 18k - Cached

### i'm: Blogs, Photos, Videos and more on Technorati
2.
tonight, when i get home from the bar, **i'm** going to have something to say about this. ... **I'm** A Celebrity 2007: Celebrities Revealed ...
www.**technorati**.com/tag/i'm  - 37k - Cached

### AVRIL LAVIGNE LYRICS - I'm With You
3.
**I'm** listening but there's no sound. Isn't anyone tryin to find me? ... Maybe **I'm** just out of my mind. Yea yea yea. It's a damn cold night. Trying to figure ...
www.**azlyrics**.com/lyrics/avrillavigne/imwithyou.html  - 3k - Cached

### AARON CARTER LYRICS - I'm All About You
4.
"**I'm** All About You" There's somethin' that. I've got to ... That **I'm** singing about. There is only one these words. Are going out to ... **I'm** all about you...
www.**azlyrics**.com/lyrics/aaroncarter/imallaboutyou.html  - 3k - Cached

### I'm Sorry That Sometimes I'm Mean [CD] | Target Official Site
5.
Shop for **I'm** Sorry That Sometimes **I'm** Mean at Target. Choose from a wide range of Music. Expect More, Pay Less at Target.com
www.**target**.com/Im-Sorry-That-Sometimes-Mean/dp/B000XFZSUO  - 85k

### I'm Definition - Free Online Dictionary: TheFreeDictionary.com
6.
Definition of **I'm**. **I'm** Contraction of I am. Our Living Language...Find thousands of free online definitions and reference guides at TheFreeDictionary.com.
www.**thefreedictionary**.com/I'm  - 96k

### Wal-Mart DVD | I'm Bout It
7.
Buy the DVD **I'm** Bout It for $9.07 at Walmart.com. Find thousands of movies for less - buy now.
www.**walmart**.com/catalog/product.gsp?product_id=3339987  - 86k

### Barnes & Noble.com - I'm Growing!
8.
Holiday Gift Ideas - Find this book plus much more at BN.com. Free 3-Day Delivery on orders over 25 dollars. **I'm** Growing!, Aliki, Paperback, , 006445116X
search.**barnesandnoble**.com/booksearch/isbninquiry.asp?ean=9780064451161  - 100k

### i'm MAKING A DIFFERENCE
9.
Keep having **i'm** conversations so you can keep funding the cause doing the work ... time you start a conversation using **i'm**, Microsoft shares a portion of the ...
im.live.com/Messenger/IM/About  - 20k - Cached

### Shop for Wines from I'M at Wine.com
10.
Buy wines from **I'M** at Wine.com. Read winemaker's notes, customer reviews and professional ratings on wines from this winery.
wine.com/search/search_results.asp?N=0&Ne=4+1+9+5+6+7+15+8978&...

**EXHIBIT E**

Microsoft· Digital Advertising Solutions

# Industry News

**News & Events**

Industry News
Press Releases
Industry Events
Newsletter signup
Press Resources
Mediaweek.tv

## Microsoft Acquires aQuantive

Industry News | 18.05.07

Expanding upon its vision to provide the advertising industry with a world-class, Internet-wi
platform, Microsoft today announced that it will acquire aQuantive, Inc.

The aQuantive acquisition helps Microsoft to enhance relationships with advertisers, agencie
owners/publishers by strengthening its world-class advertising platforms and services. It als
Microsoft increased abilities in building and supporting next-generation advertising solutions
environments, and platforms such as cross-media planning, video-on-demand, and IPTV.

**Benefits**
Pairing aQuantive's technologies and services with Microsoft's portfolio will provide value for
groups:

- **Advertisers and ad agencies** will benefit from the creation of a media planning, buying
  campaign management solution to drive maximum ROI and optimize their reach.
- **Media owners/publishers** will gain access to inventory optimization and monetization :
  across a full suite of rich media, video, and targeting capabilities via Atlas Publisher and [
- **The broader advertising industry** will benefit from the leading interactive agency, Ave
  Razorfish, bringing the voice of the marketer into Microsoft's advertising platforms and se

"Today's announcement represents the next step in the evolution of our ad network from ou
investment in MSN, to the broader Microsoft network including Xbox, Windows Live and Offi
to the full capacity of the Internet," said Steve Ballmer, chief executive officer of Microsoft.
intensely committed to creating a thriving advertising business and to partnering closely wit
constituencies in this industry to help maximize the digital advertising opportunity for all."

**Success in Digital Marketing**
Founded in 1997, aQuantive, Inc. is the parent company of one of the industry's most succe
of digital marketing service and technology companies, encompassing three main brands: A
Razorfish provides agencies and advertisers with digital marketing and measurement servic
them use the Internet to build relationships with customers. Atlas provides advanced tools a
for marketers, agencies, and publishers that help them manage and measure digital market
campaigns. DRIVEpm is an ad network providing services to publishers and advertisers to m

**More Information**

aQuantive, which has approximately 2,600 employees, will continue to operate from its Sea
headquarters as part of Microsoft's Online Services Business. The mission of this group is to
platform for MSN, Windows Live and Office Online.

Request more information about advertising opportunities with Microsoft Digital Advertising

**EXHIBIT F**



Operating Units    News    Company Info    Investor Relations    Job Info    Privac

aQuantive
A Wholly Owned Subsidiary of Microsoft

News

- aQuantive, Inc. News
- Avenue A | Razorfish News
- Atlas News
- DRIVEpm News
- Featured Articles
  - Featured Article Archives
- Speaking Engagements

Featured Articles

## Microsoft Completes Acquisition of aQuantive, C
## Advertiser and Publisher Solutions Group
*New business group reflects increased focus on online adve*
*market opportunities.*

**REDMOND, Wash. - Aug. 13, 2007 -** Microsoft Corp. has
completed its acquisition of aQuantive Inc. The acquisition w
Microsoft deliver on its previously outlined goal to provide tl
advertising industry with a world-class advertising platform ɛ
devices and media that will create the best experiences for us
advertisers and publishers.

Microsoft also created the Advertiser and Publisher Solutions
Group. This new business group will be responsible for build
Microsoft's monetization engine to serve the Advertiser and F
community. The APS team will assume responsibility for bui
and marketing all ad platforms, including Atlas, DRIVEpm, I
and Microsoft® AdCenter, along with emerging media types
in-game and mobile ads, and the agency arm Avenue A | Raz
The APS group will be run by Brian McAndrews, CEO of aC
who will report directly to Kevin Johnson, president of Micrc
Platforms & Services Division (PSD).

"Today we take a significant step forward in our ability to caɩ
share of the $40 billion online ad opportunity and the larger $
billion ad market, which is rapidly shifting to the world of on