IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>   Defendant. | NO.:  C 07-02639 SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF INSTANT MEDIA, INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**<u>HEARING:</u>**<br>**Date: February 5, 2008**<br>**Time: 1:00 p.m.**<br>**Crtrm: 3** |

   This matter came on for hearing on February 5, 2008, before the Honorable Saundra Brown Armstrong in Courtroom 3 of the United States District Court for the Northern District of California, Oakland Division, located at 1031 Clay Street, Third Floor, Oakland, California 94612, upon Plaintiff Instant Media Inc.'s Motion for Leave to File a First Amended Complaint against Defendant Microsoft Corporation, made pursuant to Rule 15 of the Federal Rules of Civil Procedure.

   Based upon a review of the files, records and proceedings herein, including the memoranda submitted by counsel and the oral argument presented in connection therewith, the

1

1 | Court grants Plaintiff's Motion.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff Instant Media Inc.'s Motion for Leave to File First Amended Complaint is GRANTED.

    2.    Plaintiff Instant Media Inc.'s [Proposed] First Amended Complaint, attached as Exhibit "A" to the Declaration of Michael A. Piazza in Support of Motion to Amend Complaint is hereby filed as Plaintiff's First Amended Complaint.

    IT IS SO ORDERED.

    Dated this _____ day of _____, 2008.

                                                                                  _____
                                                                                 Honorable Saundra Brown Armstrong
                                                                                 United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28