1  Michael A. Piazza (SBN 235881)
   DORSEY & WHITNEY LLP
2  38 Technology Drive
   Irvine, CA 92618-5310
3  Telephone: (949) 932-3600
   Facsimile: (949) 932-3601
4  piazza.mike@dorsey.com

5  Attorneys for Plaintiff INSTANT MEDIA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant. | NO.:  C 07-02639 SBA<br><br>**PLAINTIFF INSTANT MEDIA, INC.'S AMENDED NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**HEARING:**<br>**Date: February 26, 2008**<br>**Time: 1:00 p.m.**<br>**Crtrm: 3** |

///

**AMENDED NOTICE OF MOTION**

PLEASE TAKE NOTICE that, on Tuesday, February 26, 2008, at 1:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Saundra Brown Armstrong in Courtroom 3 of the United States District Court for the Northern District of California, Oakland Division, located at 1031 Clay Street, Third Floor, Oakland, California 94612, Plaintiff INSTANT MEDIA, INC. ("Instant Media") will, and hereby does, move the Court for an order granting leave to file an amended complaint against Defendant Microsoft Corporation ("Microsoft") that includes a claim for violation of the Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C.A., § 1125(d). A copy of Instant Media's proposed First Amended Complaint is attached as Exhibit "A" to the Declaration of Michael Piazza in support of the motion, on file and previously served.

This motion is made, pursuant to Rule 15 of the Federal Rules of Civil Procedure, on the following grounds: (1) Instant Media has learned of facts that justify amendment of the complaint to add an additional theory of relief; (2) this is Instant Media's first request to the Court seeking leave to amend its complaint; (3) the ACPA cause of action is similar to the legal theories already asserted against Microsoft, and thus the discovery completed by both parties is relevant and applicable such that Microsoft will not be prejudiced, and the trial of this action need not be postponed beyond its currently scheduled date; (4) this motion and the proposed First Amended Complaint are being filed by the stipulated deadline of December 11, 2007; and (5) justice would be served by the granting of leave to amend in that the ACPA claim asserted in the proposed First Amended Complaint arises out of the same facts and circumstances, and the same transactions, as already alleged in the Complaint.

///

1

This motion is based upon this Notice of Motion, the following papers already on file and previously served: the Memorandum of Points and Authorities, the accompanying Declaration of Michael A. Piazza in Support of Motion to Amend Complaint ("Piazza Decl."), the proposed First Amended Complaint attached as Exhibit "A" to the Piazza Decl., and all other pleadings and papers on file in this action, together with such other evidence and oral argument as may be presented at the hearing of this motion.

                                                DORSEY & WHITNEY LLP

DATED: December 18, 2007          By:  /s/ Michael A. Piazza
                                                _____
                                                MICHAEL A. PIAZZA
                                                Attorneys for Plaintiff INSTANT MEDIA, INC.