1  MICHAEL A. PIAZZA, State Bar No. 235881
   EVE A. BRACKMANN, State Bar No. 232558
2  DORSEY & WHITNEY LLP
   38 Technology Drive
3  Irvine, California 92618-5312
   Telephone:   (949) 932-3600
4  Facsimile:   (949) 932-3601

5  Attorneys for Plaintiff
   INSTANT MEDIA, INC.

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  INSTANT MEDIA, INC.,              )   Case No.:  C 07-02639 SBA
                                      )
12              Plaintiff,             )
                                      )   **INSTANT MEDIA'S NOTICE OF**
13       v.                            )   **WITHDRAWAL OF MOTION FOR**
                                      )   **LEAVE TO FILE FIRST AMENDED**
14  MICROSOFT CORPORATION,            )   **COMPLAINT**
                                      )
15              Defendant.             )
                                      )
                                      )
                                      )
                                      )
                                      )

TO THE COURT, AND THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Instant Media, Inc. ("Plaintiff") hereby withdraws its MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, filed on December 11, 2007 and set for hearing on February 26, 2008.  Plaintiff requests that the motion be taken off calendar.

DATED: January 15, 2008                    DORSEY & WHITNEY LLP

                                           By: /s/ Michael A. Piazza
                                              Michael A. Piazza, Esq.
                                              Eve A. Brackmann, Esq.
                                              Attorneys for Plaintiff
                                              Instant Media, Inc.

1.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 38 Technology Drive, Irvine, California 92618. On January 15, 2008, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **INSTANT MEDIA'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

SERVED UPON: See Attached Service List

☒ (BY U.S. MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by O.C. Corporate Courier, Inc. to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 15, 2008, at Irvine, California.

/s/ Michael A. Piazza

## SERVICE LIST

ARNOLD & PORTER LLP
Suzanne V. Wilson
Charles C. Cavanagh
Elizabeth G. Frank
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
suzanne.wilson@aporter.com
charles.cavanagh@aporter.com
elizabeth.frank@aporter.com

Catherine R. Rowland
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
catherine.rowland@aporter.com

*Attorneys for Defendant Microsoft Corporation*