DORSEY & WHITNEY LLP
Michael A. Piazza (State Bar # 235881)
piazza.mike@dorsey.com
38 Technology Drive
Irvine, CA 92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

*Attorneys for Plaintiff Instant Media, Inc.*

ARNOLD & PORTER LLP
Suzanne V. Wilson (State Bar #152399)
suzanne.wilson@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Catherine R. Rowland (*Pro Hac Vice*)
catherine.rowland@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Defendant. | Case No. CV 07-02639 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL DEADLINES**<br><br>Pre-Trial Conf.:　　　July 1, 2008<br>Trial:　　　　　　　 July 7, 2008<br><br>Proposed Pre-Trial Conf.: August 19, 2008<br>Proposed Trial:　　　　August 25, 2008 |

1  Plaintiff Instant Media, Inc., on the one hand, and defendant Microsoft Corporation, on the
2  other hand, by and through their respective counsel of record, hereby stipulate and agree as follows:
3  WHEREAS, through its Civil Case Management Conference Minutes, entered on September
4  6, 2007, and its Order for Pretrial Preparation, entered on September 7, 2007, the Court set the
5  following deadlines, among others: (1) General Discovery Cut-off: January 25, 2008; (2) Parties to
6  Designate Experts: February 1, 2008; (3) Parties to Designate Rebuttal Experts: March 3, 2008;
7  (4) Expert Discovery Cut-off: March 24, 2008; (5) Dispositive Motion Cut-off: May 20, 2008;
8  (6) Mandatory Settlement Conference to be Held: May 21-June 6, 2008; (7) Pretrial Papers Due:
9  June 10, 2008; (8) Motions in Limine / Objections to Evidence Due: June 17, 2008; (9) Responses
10 to Motions in Limine / Objections to Evidence Due: June 24, 2008; (10) Pretrial Conference: July
11 1, 2008 at 1:00p.m.; and (11) Trial: July 7, 2008 at 8:30 a.m.;
12 WHEREAS, in mid-January 2008, the parties engaged in settlement discussions and have
13 reached a settlement agreement;
14 WHEREAS, the parties have agreed to stay the litigation, including all discovery, while they
15 complete the documentation of their settlement in a written agreement;
16 WHEREAS, in the unlikely event that the parties are unable to complete the documentation
17 of their settlement, they wish to preserve their rights as they stood prior to their settlement
18 agreement;
19 WHEREAS, the parties agree that the pretrial deadlines identified herein should be
20 continued by seven weeks in order to permit them adequate time to finish memorializing the
21 settlement to which they have agreed;
22 NOW, THEREFORE, the parties stipulate and agree as follows:
23 1. The deadline for completing the Early Neutral Evaluation shall be continued to
24 March 28, 2008.
25 2. The General Discovery Cut-off shall be continued to March 28, 2008.
26 3. The date by which parties shall designate experts shall be continued to April 4, 2008.
27 4. The date by which parties shall designate rebuttal experts shall be continued to May
28 5, 2008.

- 1 -

| | | |
|---|---|---|
|1| 5. | The Expert Discovery Cut-off shall be continued to May 27, 2008. |
|2| 6. | The Dispositive Motion Cut-off shall be continued to July 8, 2008. |
|3| 7. | The period for conducting the Mandatory Settlement Conference shall be continued to July 9-July 25, 2008. |
|5| 8. | The date on which pretrial papers are due shall be continued to July 29, 2008. |
|6| 9. | The date on which Motions in Limine / Objections to Evidence are due shall be continued to August 5, 2008. |
|8| 10. | The date on which responses to Motions in Limine / Objections to Evidence are due shall be continued to August 12, 2008. |
|10| 11. | The date of the Pretrial Conference shall be continued to August 19, 2008 at 1:00p.m. |
|12| 12. | The date of the Trial shall be continued to August 25, 2008 at 8:30 a.m. |

Dated: February 11, 2008

DORSEY & WHITNEY LLP

By: _____
Attorneys for Plaintiff
Instant Media, Inc.

Dated: February 11, 2008

ARNOLD & PORTER LLP

By: _____
Attorneys for Defendant
Microsoft Corporation

1  DORSEY & WHITNEY LLP
   Michael A. Piazza (State Bar # 235881)
2  piazza.mike@dorsey.com
   38 Technology Drive
3  Irvine, CA 92618-5310
   Telephone:  (949) 932-3600
4  Facsimile:  (949) 932-3601

5  *Attorneys for Plaintiff Instant Media, Inc.*

6  ARNOLD & PORTER LLP
   Suzanne V. Wilson (State Bar #152399)
7  suzanne.wilson@aporter.com
   777 South Figueroa Street, 44th Floor
8  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
9  Facsimile:  (213) 243-4199

10
   Catherine R. Rowland (*Pro Hac Vice*)
11 catherine.rowland@aporter.com
   555 Twelfth Street, N.W.
12 Washington, D.C.  20004
   Telephone:  (202) 942-5000
13 Facsimile:  (202) 942-5999

14 *Attorneys for Defendant Microsoft Corporation*

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                              OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | INSTANT MEDIA, INC., a Delaware corporation, | ) Case No. CV 07-02639 SBA |
| 20 | | ) **[PROPOSED] ORDER CONTINUING PRE-TRIAL DEADLINES** |
| 21 | Plaintiff, | ) |
| 22 | v. | ) Pre-Trial Conf.:   July 1, 2008 |
| 23 | MICROSOFT CORPORATION, a Washington corporation, | ) Trial:              July 7, 2008 |
| 24 | Defendant. | ) Proposed Pre-Trial Conf.: August 19, 2008<br>) Proposed Trial:         August 25, 2008 |

25
26
27
28

---
Case No. C 07-02639 SBA
[PROPOSED] ORDER CONTINUING PRE-TRIAL DEADLINES

Based on the stipulation of the parties, IT IS HEREBY ORDERED as follows:

1. The deadline for completing the Early Neutral Evaluation shall be continued to March 28, 2008.

2. The General Discovery Cut-off shall be continued to March 28, 2008.

3. The date by which parties shall designate experts shall be continued to April 4, 2008.

4. The date by which parties shall designate rebuttal experts shall be continued to May 5, 2008.

5. The Expert Discovery Cut-off shall be continued to May 27, 2008.

6. The Dispositive Motion Cut-off shall be continued to July 8, 2008.

7. The period for conducting the Mandatory Settlement Conference shall be continued to July 9-July 25, 2008.

8. The date on which pretrial papers are due shall be continued to July 29, 2008.

9. The date on which Motions in Limine / Objections to Evidence are due shall be continued to August 5, 2008.

10. The date on which responses to Motions in Limine / Objections to Evidence are due shall be continued to August 12, 2008.

11. The date of the Pretrial Conference shall be continued to August 19, 2008 at 1:00p.m.

1  12. The date of the Trial shall be continued to August 25, 2008 at 8:30 a.m.

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2008

_____
The Honorable Saundra Brown Armstrong
United States District Judge

Submitted by:

DORSEY & WHITNEY LLP

By: _____
Attorneys for Plaintiff
Instant Media, Inc.

ARNOLD & PORTER LLP

By: _____
Attorneys for Defendant
Microsoft Corporation

- 2 -

Case No. C 07-02639 SBA
[PROPOSED] ORDER CONTINUING PRE-TRIAL DEADLINES

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **February 11, 2008**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL DEADLINES** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **February 11, 2008**.

_____
Pamela J. Tanigawa

#438218