DORSEY & WHITNEY LLP
Michael A. Piazza (State Bar # 235881)
piazza.mike@dorsey.com
38 Technology Drive
Irvine, CA 92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

*Attorneys for Plaintiff Instant Media, Inc.*

ARNOLD & PORTER LLP
Suzanne V. Wilson (State Bar #152399)
suzanne.wilson@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Catherine R. Rowland (*Pro Hac Vice*)
catherine.rowland@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INSTANT MEDIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. CV 07-02639 SBA<br><br>**[PROPOSED] ORDER CONTINUING PRE-TRIAL DEADLINES**<br><br>Pre-Trial Conf.: July 1, 2008<br>Trial: July 7, 2008<br><br>Proposed Pre-Trial Conf.: August 19, 2008<br>Proposed Trial: August 25, 2008 |

1  Based on the stipulation of the parties, IT IS HEREBY ORDERED as follows:

2  1. The deadline for completing the Early Neutral Evaluation shall be continued to March 28, 2008.

4  2. The General Discovery Cut-off shall be continued to March 28, 2008.

5  3. The date by which parties shall designate experts shall be continued to April 4, 2008.

6  4. The date by which parties shall designate rebuttal experts shall be continued to May 5, 2008.

8  5. The Expert Discovery Cut-off shall be continued to May 27, 2008.

9  6. The Dispositive Motion Cut-off shall be continued to July 8, 2008.

10 7. The period for conducting the Mandatory Settlement Conference shall be continued to July 9-July 25, 2008.

12 8. The date on which pretrial papers are due shall be continued to July 29, 2008.

13 9. The date on which Motions in Limine / Objections to Evidence are due shall be continued to August 5, 2008.

15 10. The date on which responses to Motions in Limine / Objections to Evidence are due shall be continued to August 12, 2008.

17 11. The date of the Pretrial Conference shall be continued to August 19, 2008 at 1:00p.m.

1   12.   The date of the Trial shall be continued to August 25, 2008 at 8:30 a.m.

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2008

_____
The Honorable Saundra Brown Armstrong
United States District Judge

Submitted by:

DORSEY & WHITNEY LLP

By: _____
Attorneys for Plaintiff
Instant Media, Inc.

ARNOLD & PORTER LLP

By: _____
Attorneys for Defendant
Microsoft Corporation

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **February 11, 2008,** by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **[PROPOSED] ORDER CONTINUING PRE-TRIAL DEADLINES** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **February 11, 2008.**

_____
Pamela J. Tanigawa

#438218