UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTANT MEDIA, INC., | No. C 07-2639 SBA(WDB) |
| Plaintiff, | CLERK'S NOTICE OF SETTLEMENT CONFERENCE |
| v. | |
| MICROSOFT CORP., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference will take place on **Thursday, May 29, 2008, at 2:00 p.m.,** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. **By no later than May 22, 2008,** each party must lodge with Magistrate Judge Brazil a Confidential Settlement Conference Statement. **This Statement must be lodged at the Oakland, California courthouse.** See Magistrate Judge Brazil's Settlement Conference Standing Order, a copy of which can be found on the Court's website at www.cand.uscourts.gov.

Lead trial counsel must appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and settle the case. If an insurance company's agreement would be necessary to achieve a settlement herein, a representative of the insurance company with full authority to negotiate and settle up to the limits of coverage also must attend the settlement conference.

1       The parties must notify Magistrate Judge Brazil's law clerk immediately at 510-637-3324 if this case settles prior to the date set for settlement conference.

Dated: February 12, 2008

                                            Richard W. Wieking, Clerk
                                            United States District Court

                                            By:  Hera Kim
                                                       Law Clerk/Deputy Clerk

cc:     SBA
        Wings