1  MICHAEL A. PIAZZA, State Bar No. 235881
   EVE A. BRACKMANN, State Bar No. 232558
2  DORSEY & WHITNEY LLP
   38 Technology Drive
3  Irvine, California 92618-5312
   Telephone:  (949) 932-3600
4  Facsimile:   (949) 932-3601

5  Attorneys for Plaintiff
   INSTANT MEDIA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTANT MEDIA, INC., | Case No.: C 07-02639 SBA |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

///

///

1.
STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Instant Media, Inc. and Defendant Microsoft Corporation (each referred to herein as a "Party," collectively the "Parties") by and through their counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41(a) that the above entitled action is dismissed in its entirety, with prejudice, each Party to bear its own costs and attorneys' fees.

Respectfully submitted,

DATED: March 25, 2008

DORSEY & WHITNEY LLP

By _____
Michael A. Piazza
Eve A. Brackmann
Attorneys for Plaintiff
INSTANT MEDIA, INC.

DATED: ~~March~~ April 11, 2008

ARNOLD & PORTER LLP

By _____
Suzanne V. Wilson
Charles C. Cavanagh
Attorneys for Defendant
MICROSOFT CORPORATION

2.

STIPULATION FOR DISMISSAL WITH PREJUDICE

4815-5056-0514\1\475879\00007

OCOLIB1\PS2\
265368.02

MICHAEL A. PIAZZA, State Bar No. 235881
EVE A. BRACKMANN, State Bar No. 232558
DORSEY & WHITNEY LLP
38 Technology Drive
Irvine, California 92618-5312
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

Attorneys for Plaintiff
INSTANT MEDIA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTANT MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No.: C 07-02639 SBA <br><br> **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

1.

ORDER FOR DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | |
| 2 | IT IS HEREBY ORDERED, in accordance with the Stipulation for Dismissal With Prejudice, that the above-entitled action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. |

DATED: March ___, 2008         BY THE COURT:

    _____
    Honorable Saundra Brown Armstrong
    United States District Judge

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **April 14, 2008**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **April 14, 2008**.

_____
Pamela J. Tanigawa