1  MICHAEL A. PIAZZA, State Bar No. 235881
   EVE A. BRACKMANN, State Bar No. 232558
2  DORSEY & WHITNEY LLP
   38 Technology Drive
3  Irvine, California 92618-5312
   Telephone:  (949) 932-3600
4  Facsimile:   (949) 932-3601

5  Attorneys for Plaintiff
   INSTANT MEDIA, INC.

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 INSTANT MEDIA, INC.,                  )   Case No.: C 07-02639 SBA
                                         )
12              Plaintiff,                )
                                         )   **[PROPOSED] ORDER FOR**
13       v.                               )   **DISMISSAL WITH PREJUDICE**
                                         )
14 MICROSOFT CORPORATION,                )
                                         )
15              Defendant.                )
                                         )

27 ///
28 ///

1.
ORDER FOR DISMISSAL WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED, in accordance with the Stipulation for Dismissal With Prejudice, that the above-entitled action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: March ___, 2008          BY THE COURT:

_____
Honorable Saundra Brown Armstrong
United States District Judge

PROOF OF SERVICE

Instant Media, Inc. v. Microsoft Corporation

U.S.D.C. Case No. C 07-02639 SBA

I, Pamela J. Tanigawa, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On **April 14, 2008**, by electronic transmission via the ECF System of the United States District Court, Northern California, I served the following document described as **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action who are registered for e-filing in the within action.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on **April 14, 2008**.

_____
Pamela J. Tanigawa