1  MICHAEL A. PIAZZA, State Bar No. 235881
2  EVE A. BRACKMANN, State Bar No. 232558
   DORSEY & WHITNEY LLP
3  38 Technology Drive
   Irvine, California 92618-5312
4  Telephone: (949) 932-3600
   Facsimile: (949) 932-3601
5
   Attorneys for Plaintiff
6  INSTANT MEDIA, INC.

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 INSTANT MEDIA, INC.,              )  Case No. CV 07-02639 SBA
                                     )
12              Plaintiff,           )
                                     )  **ORDER FOR DISMISSAL WITH**
13       v.                          )  **PREJUDICE**
                                     )
14 MICROSOFT CORPORATION,            )
                                     )
15              Defendant.           )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18                                   )
                                     )
19 _____ )

20

21

22

23

24

25

26

27  ///

28  ///

ORDER FOR DISMISSAL WITH PREJUDICE

1  IT IS HEREBY ORDERED, in accordance with the Stipulation for Dismissal
2  With Prejudice, that the above-entitled action is dismissed with prejudice, with each party to
3  bear its own costs and attorneys' fees.
4
5  Dated:  April 22, 2008                    BY THE COURT:
6
7                                            _____
8                                            Honorable Saundra Brown Armstrong
                                             United States District Judge

- 1 -
ORDER FOR DISMISSAL WITH PREJUDICE