AO 120 (Rev. 2/99)

| TO:    Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
| --- | --- |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District of California___ on the following    ☐ Patents or    ✔ Trademarks:

| DOCKET NO.<br>CV 07-02639 EMC | DATE FILED<br>May 17, 2007 | U.S. DISTRICT COURT<br>450 Golden Gate Avenue, P.O. Box 36060, San Francisco, CA 94102 |
| --- | --- | --- |
| PLAINTIFF<br>INSTANT MEDIA INC. | | DEFENDANT<br>MICROSOFT CORPORATION |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- |
| 1    see Complaint | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
| --- | --- | --- |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
| --- |
| ***Order of Dismissal With Prejudice, entered on 04/22/08*** |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Jessie Mosley | DATE 04/23/08 |
| --- | --- | --- |

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

1   MICHAEL A. PIAZZA, State Bar No. 235881
     EVE A. BRACKMANN, State Bar No. 232558

2   DORSEY & WHITNEY LLP
     38 Technology Drive

3   Irvine, California 92618-5312
     Telephone: (949) 932-3600

4   Facsimile: (949) 932-3601

5   Attorneys for Plaintiff

6   INSTANT MEDIA, INC.

**Ɛ FILED**

APR 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7

8          IN THE UNITED STATES DISTRICT COURT

9      FOR THE NORTHERN DISTRICT OF CALIFORNIA

#75

10

11   INSTANT MEDIA, INC.,          )  Case No. CV 07-02639 SBA
                          )

12            Plaintiff,      )
                          )  **ORDER FOR DISMISSAL WITH**

13      v.              )  **PREJUDICE**
                          )

14   MICROSOFT CORPORATION,    )
                          )

15            Defendant.    )
                          )

16                           )

17                           )

18                           )

19

20

21

22

23

24

25

26

27   ///

28   ///

ORDER FOR DISMISSAL WITH PREJUDICE

Entered on Civil Docket 4/22/08

Case 4:07-cv-02639-SBA     Document 75     Filed 04/22/2008     Page 2 of 2

1        IT IS HEREBY ORDERED, in accordance with the Stipulation for Dismissal

2   With Prejudice, that the above-entitled action is dismissed with prejudice, with each party to

3   bear its own costs and attorneys' fees.

4

5   Dated:  April 22, 2008              BY THE COURT:

6

7

                       Honorable Saundra Brown Armstrong

8                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

ORDER FOR DISMISSAL WITH PREJUDICE